# State of Louisiana
# Secretary of State

07/03/2025

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

LINCOLN NATIONAL LIFE INSURANCE COMPANY, THE
C/O CORPORATION SERVICE COMPANY
450 LAUREL STREET, 8TH FLOOR
BATON ROUGE, LA 70801

Suit No.: 865930
24TH JUDICIAL DISTRICT COURT
JEFFERSON PARISH

LUCIA ROMAGOSA
vs
LINCOLN NATIONAL LIFE INSURANCE COMPANY

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

NANCY LANDRY
Secretary of State

Served on: NANCY LANDRY
Served by: B GARAFOLA

Date: 07/02/2025
Title: DEPUTY SHERIFF

JN

EXHIBIT

A

No: 1363468

[SERVICE COPY] / [RETURN COPY]

(101) CITATION: PETITION FOR BREACH OF CONTRACT; 250623-5663-6

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

LUCIA ROMAGOSA
versus
LINCOLN NATIONAL LIFE INSURANCE COMPANY

Case: 865-930 Div: "C"
P 1 LUCIA ROMAGOSA

To: LINCOLN NATIONAL LIFE INSURANCE COMPANY
THRU SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE LA 70809

SOS CK#14249 $50.00
EBR CK#14250 $41.52

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR BREACH OF CONTRACT of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within TWENTY ONE (21) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney MICHAEL G. GAFFNEY and was issued by the Clerk of Court on the 23rd day of June, 2025.

/s/ Marilyn Guidry
Marilyn Guidry, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

SERVICE INFORMATION

(101) CITATION: PETITION FOR BREACH OF CONTRACT; 250623-5663-6

Received:______ Served:______ Returned:______

Service was made:
___ Personal ___ Domicilary ______

Unable to serve:
___ Not at this address
___ Vacant
___ Moved
___ No such address
___ Other ______
___ Numerous attempts ___ times
___ Received too late to serve
___ No longer works at this address
___ Need apartment / building number

Service: $______ Mileage: $______ Total: $______

Completed by:______ # ______
Deputy Sheriff
Parish of: ______

SERVED ON
NANCY LANDRY
JUL 02 2025
SECRETARY OF STATE
COMMERCIAL DIVISION

24th JUDICIAL DISTRICT COURT

PARISH OF JEFFERSON

STATE OF LOUISIANA

NO.: **865930** DIVISION " **C** "

**LUCIA ROMAGOSA**

**VERSUS**

**LINCOLN NATIONAL LIFE INSURANCE COMPANY**

FILED____________________ ____________________
DEPUTY CLERK

# PETITION FOR BREACH OF CONTRACT

The Petition of Lucia Romagosa, a person of the full age of majority, domiciled in the Parish of Jefferson, State of Louisiana, respectfully represents as follows:

I.

The following parties are made Defendants herein:

**LINCOLN NATIONAL LIFE INSURANCE COMPANY,** a Foreign Insurance Company authorized to do and doing business in the State of Louisiana which pursuant to RS 22:335 has appointed the Louisiana Secretary of State as its agent for service of process (hereinafter sometimes referred to as "Lincoln National Life" or "Defendant").

II.

That the said Defendant is justly and truly indebted unto your Petitioner for such damages as are reasonable under the circumstances, including but not limited to all disability benefits provided under the disability policy, Claim #12028057 issued by Lincoln National Life to Lucia Romagosa, together with legal interest thereon from the date the benefits and/or obligations were due until paid, legal fees, and for all costs of these proceedings, for the following, to wit:

III.

Lucia Romagosa was born on July 18, 1959.

IV.

24th E-Filed: 06/11/2025 13:28 Case: 865930 Div:C Atty:028858 CHARLES CUSIMANO III



SEAL OF THE CLERK OF COURT PARISH OF JEFFERSON LOUISIANA
JON A. GEGENHEIMER
06/23/2025 10:50:26 CERTIFIED TRUE COPY - Pg:1 of 5 - Jefferson Parish Clerk of Court - ID:25162536

Lucia Romagosa purchased a Long-Term Disability Policy through her employer, LCMC Health (Louisiana Children's Medical Center) which Long-Term Disability Policy was issued to Lucia Romagosa by the Defendant, Lincoln National Life Insurance Company.

V.

Lucia Romagosa became disabled on May 11, 2021 as a result of various infirmities of which the Defendant is aware and which will be provided at trial.

VI.

Lucia Romagosa satisfied the Elimination Period provided under the Long-Term Disability Policy on November 9, 2021.

VII.

The Defendant, Lincoln National Life Insurance Company, approved the claim for disability submitted by Lucia Romagosa with an effective date as of November 9, 2021.

VIII.

The Defendant, Lincoln National Life Insurance Company, agreed that Lucia Romagosa was disabled under the policy definitions as a result of the medical conditions which she was experiencing as the material and substantial duties of her occupation exceeded her functional capabilities and accordingly approved her claim.

IX.

The Defendant paid Lucia Romagosa the Disability benefits which were due under the Disability Policy issued to Lucia Romagosa through November 9, 2023.

X.

The Defendant referred Lucia Romagosa to its own physician, Zeyad Morcos, M.D., who opined that that taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, the supported level of impairment translates into restrictions and limitations from 11/8/2022 to 11/9/2023 and beyond.

XI.

The Defendant additionally had the file of Lucia Romagosa reviewed by a vocational consultant to identify alternative occupations for which Lucia Romagosa was qualified.

XII.

24th E-Filed: 06/11/2025 13:28 Case: 865930 Div:C Atty:028858 CHARLES CUSIMANO III



SEAL OF THE CLERK OF COURT PARISH OF JEFFERSON LOUISIANA
JON A. GEGENHEIMER
06/23/2025 10:50:26 CERTIFIED TRUE COPY - Pg:2 of 5 - Jefferson Parish Clerk of Court - ID:25162536

The Defendant terminated the payment of Disability Benefits to Lucia Romagosa based upon its opinion that the information does not support a severity in restrictions and limitations rendering Lucia Romagosa unable to perform the duties of any occupation.

XIII.

Lucia Romagosa submitted an appeal of the preliminary decision by Lincoln National Life Insurance Company to deny the payment of her disability benefits after 11/29/2023.

XIV.

On July 8, 2024, Lincoln National Life Insurance Company denied the appeal filed by Lucia Romagosa and no further disability benefits were paid to her under her Long-Term Disability Policy.

XV.

Lucia Romagosa's treating physicians have determined that Lucia Romagosa is disabled under the terms of her Long-Term Disability Policy and is unable to perform the duties of any occupation.

XVI.

Lucia Romagosa is disabled and is unable to perform the duties of any occupation.

XVII.

Lucia Romagosa is entitled to the Long Terme Disability benefits of the Long-Term Disability Policy issued to her by Lincoln National Life Insurance Company through her employment at LCMC.

XVIII.

For the above and foregoing reasons, the Defendant should be cast in judgment for a reasonable sum to fully, fairly, and adequately compensate Petitioner for all damages that are just and reasonable under the facts and circumstances of this case, including but not limited to Disability Benefits under the Long Term Disability Policy issued to her by Lincoln National Life Insurance Company through her employment at LCMC.

WHEREFORE, Petitioner prays that the Defendant, Lincoln National Life Insurance Company be served with a copy of this Petition and be cited to appear and answer same, and after due proceeding are had there be judgment rendered herein in favor of Lucia Romagosa, and against the Defendant as the facts may justify, in an amount as may be deemed reasonable under the

24th E-Filed: 06/11/2025 13:28 Case: 865930 Div:C Atty:028858 CHARLES CUSIMANO III



SEAL OF THE CLERK OF COURT PARISH OF JEFFERSON LOUISIANA
JON A. GEGENHEIMER
06/23/2025 10:50:26 CERTIFIED TRUE COPY - Pg:3 of 5 - Jefferson Parish Clerk of Court - ID:25162536

circumstances by this Honorable Court, to fully, fairly, and adequately compensate Petitioner for the damages sustained herein, including but not limited to Disability Benefits under the Long Term Disability Policy issued to her by Lincoln National Life Insurance Company through her employment at LCMC together with legal interest thereon from the date each Disability Benefit was due until paid, attorney fees, and for all costs of these proceedings, and for all general and equitable relief as may be afforded in the premises.

Respectfully submitted,

**MICHAEL G. GAFFNEY (5868)**
**CHRISTOPHER M. GAFFNEY (34290)**
Mike@Gaffneyla.com
Chris@Gaffeyla.com
Gaffney & Gaffney, A Law Corporation
3015 19th Street
Metairie, Louisiana 70002
Telephone: (504) 299- 7169
Fax: (504) 335-1915

**CHARLES V. CUSIMANO, III (#28858)**
Cusimano Law Firm, PLC
Chuck@Cusimanolaw.com
3015 19th Street
Metairie, Louisiana 70002
Telephone: 504-525-1213
Facsimile: 866-525-1851

**PLEASE SERVE:**
**PERSONAL SERVICE ONLY**
Lincoln National Life Insurance Company
Through the Secretary of State
State of Louisiana

M:\client doc\Romagosa, Lucia\Petition for Breach of Contract.docx



SEAL OF THE CLERK OF COURT PARISH OF JEFFERSON
JON A. GEGENHEIMER
06/23/2025 10:50:26 CERTIFIED TRUE COPY - Pg:4 of 5 - Jefferson Parish Clerk of Court - ID:25162536

24th E-Filed: 06/11/2025 13:28 Case: 865930 Div:C Atty:028858 CHARLES CUSIMANO III