**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**LUCIA ROMAGOSA,**

**Plaintiff,**

**V.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant.**

**CIVIL ACTION NO. 2:25-cv-01512**

**JUDGE MILAZZO**

**MAGISTRATE JUDGE CURRAULT**

## ORDER GRANTING PRO HAC ADMISSION

IT IS ORDERED that Iwana Rademaekers be and the same is hereby admitted *pro hac vice* as additional counsel of record for Defendant The Lincoln National Life Insurance Company in the above referenced matter.

Entered this 24th day of July, 2025.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**