**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**LUCIA ROMAGOSA,**

**Plaintiff,**

**V.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant.**

**CIVIL ACTION NO. 2:25-cv-01512**

**JUDGE MILAZZO**

**MAGISTRATE JUDGE CURRAULT**

**DEFENDANT'S NOTICE OF COMPLAINCE**

Pursuant to LR 3.2 and the Court's Directive entered on July 23, 2025 (dkt 5), Defendant, The Lincoln National Life Insurance Company, hereby files this Notice of Compliance with 28 U.S.C. §1447(b), and states as follows:

(1) The Parties remaining in this action are Plaintiff, Lucia Romagosa and Defendant, The Lincoln National Life Insurance Company.

(2) Copies of all pleadings that were filed in the state court were attached to the Notice of Removal filed by Defendant on July 23, 2025 (dkt 1).

(3) A copy of the return of service of process filed in state court is attached hereto.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*_/s/ Iwana Rademaekers_*

Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
Email: iwana@rademaekerslaw.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

-AND-

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*
Lindsay Calhoun (Bar #35070)
Keiran S. McCluskie (Bar # 40874)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: keiran.mccluskie@phelps.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2025, the above and foregoing Answer to Plaintiff's Complaint was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

/s/ *Iwana Rademaekers*
Iwana Rademaekers