[SERVICE COPY] [RETURN COPY]

(101) CITATION: PETITION FOR BREACH OF CONTRACT; 250623-5663-6

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

FILED FOR RECORD 07/15/2025 15:52:13
Courtney T. Boudreaux DY CLERK
JEFFERSON PARISH LA

LUCIA ROMAGOSA
versus
LINCOLN NATIONAL LIFE INSURANCE COMPANY

Case: 865-930 Div: "C"
P 1 LUCIA ROMAGOSA

To: LINCOLN NATIONAL LIFE INSURANCE COMPANY
THRU SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE LA 70809

SOS CK#14249 $50.00
EBR CK#14250 $41.52

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR BREACH OF CONTRACT of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within TWENTY ONE (21) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney MICHAEL G. GAFFNEY and was issued by the Clerk of Court on the 23rd day of June, 2025.

/s/ Marilyn Guidry
Marilyn Guidry, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

## SERVICE INFORMATION

(101) CITATION: PETITION FOR BREACH OF CONTRACT; 250623-5663-6

Received:__________ Served:__________ Returned:__________

Service was made:
___ Personal ___ Domicilary ____________________

Unable to serve:
___ Not at this address
___ Vacant
___ Moved
___ No such address
___ Other ____________________
___ Numerous attempts _____ times
___ Received too late to serve
___ No longer works at this address
___ Need apartment / building number

Service: $__________ Mileage: $__________ Total: $__________

Completed by:______________________________ # __________
Deputy Sheriff

Parish of: ______________________________

I made service on the named party through the Office of the Secretary of State on
JUL 0 2 2025
by tendering a copy of this document to:
JULIE NESBITT
DY. B. GARAFOLA #0577
Deputy Sheriff, Parish of East Baton Rouge, LA

RECEIVED
DATE
JUL 0 1 2025
E.B.R. Sheriff Office

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053