**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**LUCIA ROMAGOSA,**

**Plaintiff,**

**V.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant.**

**CIVIL ACTION NO. 2:25-cv-01512**

**JUDGE MILAZZO**

**MAGISTRATE JUDGE CURRAULT**

## JOINT STIPULATION REGARDING ERISA PLAN

Pursuant to the ERISA Case Management Order entered by the Court on July 31, 2025 (Document 9), Plaintiff, Lucia Romagosa, and Defendant, The Lincoln National Life Insurance Company, stipulate as follows:

a. ERISA governs the employee benefit plan and policy at issue in the above-styled action;

b. The relevant plan documents contain sufficient language to vest the administrator with discretionary authority to determine eligibility for benefits and/or construe and interpret the terms of the plan.

c. ERISA preempts all state law claims related to the employee benefit plan and policy at issue in the above-styled action.

Respectfully submitted,

**GAFFNEY & GAFFNEY, A LAW CORPORATION**

*/s/ Michael G. Gaffney*
Michael G. Gaffney (Bar #5868)
Christopher M. Gaffney (Bar #34290)
3015 19th Street
Metairie, LA 70002
PH: (504) 299-7169
Email: Mike@Gaffneyla.com
Email: Chris@Gaffneyla.com

-and-

**CUSIMANO LAW FIRM, PLC**

*/s/ Charles V. Cusimano, III*
Charles V. Cusimano, III (Bar #28858)
3015 19th Street
Metairie, LA 70002
PH: (504) 525-1213
Email: Chuck@Cusimanolaw.com

**COUNSEL FOR PLAINTIFF**

**AND**

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
Email: iwana@rademaekerslaw.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

-and-

**PHELPS DUNBAR, LLP**

*<u>/s/ Lindsay Calhoun</u>*
Lindsay Calhoun (Bar #35070)
Keiran S. McCluskie (Bar # 40874)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: keiran.mccluskie@phelps.com

**COUNSEL FOR DEFENDANT**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 29, 2025, the above and foregoing document was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

/s/ *Iwana Rademaekers*
Iwana Rademaekers