**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LUCIA ROMAGOSA,** | **CIVIL ACTION NO. 2:25-cv-01512** |
| **Plaintiff,** | |
| | **JUDGE MILAZZO** |
| **V.** | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **MAGISTRATE JUDGE CURRAULT** |
| **Defendant.** | |

**DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD**

Defendant The Lincoln National Life Insurance Company files Defendant's Submission of Administrative Record pursuant to the Order entered by the Court on July 31, 2025 (Document 9).

1. Group Disability Income Policy and Certificate (Lincoln/Romagosa 0001-0127);

2. July 4, 2024, correspondence containing decision on appeal (Lincoln/ Romagosa 0173-0181).

3. The Administrative Record pertaining to LTD claim (Lincoln/ Romagosa 0128-0172 and 0182-1028).

Dated this 29th day of September 2025.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ *Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
Email: rademaei@jacksonlewis.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: (214) 579-9319

Facsimile: (469) 444-6456

- And -

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*
Lindsay Calhoun (Bar #35070)
Keiran S. McCluskie (Bar # 40874)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: keiran.mccluskie@phelps.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2025, the above and foregoing Defendant's Submission of Administrative Record was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

/s/ *Iwana Rademaekers*
Iwana Rademaekers