The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578

LUCIA ROMAGOSA

EXHIBIT

2

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

July 4, 2024

Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Lucia:

We completed our review of your appeal request for Long Term Disability Benefits and are maintaining the denial of benefits beyond November 8, 2023.

**Claim and Initial Decision**

You filed a claim for headaches and anxiety with a date of disability of May 11, 2021, you satisfied the Elimination Period for long-term disability benefits on November 9, 2021. Therefore, on November 9, 2023, you experienced the change in definition of disability, from the ability to perform the material and substantial duties of your own occupation to the ability to perform *any other occupation* for which you are qualified.

The medical information contained in your file includes, but not limited to, office treatment notes, medications, progress notes, lab results, therapy notes, physical therapy notes, and diagnostic test results from East Jefferson General Hospital and Drs. Mouledoux, Putnam, Segura, Hickman, Singha, Gaber, and Rabito, as well as Brandt Aymond, PA-C and Chet Myer, PA-C. Based on the medical information contained in your file, we conducted our claim investigation.

During the initial claim investigation, we reviewed the information in your file. This review, which included a physician peer review, concluded as a result of your conditions, the material and substantial duties of your occupation exceed these functional capacities and your claim was approved.

As part of our ongoing claim investigation, we requested and received updated medical records. We reviewed this information and This review concluded we should refer your file for a physician peer review. Therefore, we referred your file to Zeyad Morcos, M.D., board

certified in Neurology, for review. Following the review of your file, Dr. Morcos concluded:

> *Based on the available medical records there is evidence that the claimant was diagnosed with non intractable headache unspecified, chronic headache and fatigue that is causing impairment. The claimant has a previous history of encephalitis that has resolved and is not impairing. On 12/21/2022 her treating provider opined the claimant could return to occupational demands at a light or sedentary level of function. The claimant has record of previous imaging on 05/11/2021 that included MRI of the brain The MRI of the brain, MRA of circle of Willis, and on 10/01/2021 MRI scan of the brain that showed no abnormal findings. Upon multiple physical examinations there were noted no new neurological deficits or abnormal findings. The presence of no abnormal physical exam findings support that the claimant is able to perform activitiesof daily living. The claimant's clinical and diagnostic findings do not support the claimant cannot perform functional occupational demands on a full time from 11/8/2022 to - 11/9/2023 and beyond.*
>
> *Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, the supported level of impairment translates into restrictions and limitations from 11/8/2022 to - 11/9/2023 and beyond:*
>
> *The claimant is managed for the condition chronic intractable migraine, headache, and other fatigue.*
>
> - *Sitting: Unrestricted,*
> - *Standing: Frequent*
> - *Walking: Frequent*
>
> *The claimant is managed for the conditions of chronic intractable migraine, headache, and other fatigue.*
>
> *Bilateral Upper Extremities-*
>
> - *Lifting: Occasional, up to 20 lbs., utilizing both upper extremities together,*
> - *Pushing: Occasional, up to 20 lbs., utilizing both upper extremities together,*
> - *Pulling: Occasional, up to 20 lbs., utilizing both upper extremities together.*
> - *Carrying: Occasional, up to 20 lbs, utilizing both upper extremities together*
>
> *There were no significant findings associated with upper extremity pain or motor deficits, below the level of the shoulders bilaterally on review of the available medical records.*
>
> *Reaching-*
>
> - *Over shoulder level: Unrestricted bilateral.*
> - *To desk level: Unrestricted, bilateral,*
> - *Below waist level: Unrestricted bilateral*

*Bilateral Upper Extremities-*

*Fine manipulation: Unrestricted, bilateral,*
*Simple grasping: Unrestricted, bilateral,*
*Firm Grasping: Unrestricted, bilateral*

*The claimant is managed for the conditions of chronic intractable migraine, headache and other fatigue:*

- *Climbing stairs: Unrestricted,*
- *Balancing: Unrestricted,*
- *Stooping: Unrestricted,*
- *Bending: Unrestricted,*
- *Kneeling: Unrestricted,*
- *Crouching: Unrestricted,*
- *Crawling: Unrestricted,*
- *Ladder climbing: Unrestricted,*
- *Lower extremities for foot controls- Unrestricted,*
- *Exposure to unprotected heights, Exposure to uneven or slippery surfaces, Exposure to bodies of water where drowning may be a risk, Exposure to electrical hazards, Exposure to sharp objects, or Exposure to moving mechanical parts: Never*

Dr. Morcos noted there are no medication side effects that would impact your functional ability and you would be able to perform at a sustained full-time capacity within the identified restrictions.

**Vocational Review**

Your file was reviewed by a vocational consultant to identify alternative occupations for which you are qualified. This vocational assessment considers your transferable skills compared with your limitations. The results of this report indicate you have acquired, based on your education, training, and work history, the following transferable skills:

**Skills & Abilities:**

Nursing – Providing assessment, planning, implementation, and evaluation of nursing care for patients, performing patient assessments, administering medications, carrying out established nursing procedures, performing nursing care for patients with various needs, performing lab draws, working as part of an interdisciplinary team, educating patients and their families on health-related issues, complying with safety standards and protocols, responding to emergencies, managing caseload of patients, performing telephonic case management duties, completing precise and detailed work, using hand—eye coordination, utilizing knowledge of medical terminology

Communication/Interpersonal – Speaking effectively, listening attentively, informing and consulting with staff, patients, and families, demonstrating care and concern, collaborating with others, working well as part of a team

Service – Answering questions, clarifying and explaining information, providing education and teaching care techniques, interacting with diverse populations, working well with the public, handling patient issues and complaints, utilizing problem solving skills

Organizational/Clerical – Demonstrating efficiency and ability to get a job done, utilizing time management skills, multi-tasking, understanding and applying both written and verbal instructions, using basic computer and clerical skills, performing data entry operations, maintaining patient records and documentation

These skills would allow you to perform the following vocational alternatives:

1. Pre-Certification Nurse
2. Telephonic Triage Nurse
3. Telephonic Advice Nurse
4. Utilization Review Nurse

Based on the totality of the information contained in your file and the physician and vocational reviews, the information does not support a severity in restrictions and limitations rendering you continually unable to perform the duties of any occupation; therefore, your claim was closed. The basis for our denial was outlined in our letter of July 4, 2023. At that time, you were given the opportunity to provide additional medical and/or vocational documentation, which you felt, would support your claim. Specifically, we asked for copies of office treatment notes, diagnostic test results, prescription records, physical exam findings, physical therapy notes, functional capacity evaluations, and restrictions and limitations from all your treating providers.

**Appeal Evaluation**

We received your appeal request on April 23, 2024; however, no additional information was included. As discussed in a telephone conversation on April 25, 2024, and outlined in our letter of April 25, 2024, we confirmed that this information was received and that your file has been referred to the appeal unit for review. We provided you until June 8, 2024, to gather and submit additional records. We received information from Dr. Rabito, Dr. Harris, Dr. Gaber, Dr. Segura, Chet Myer, PA-C, and Brandt Aymond, PA-C. Therefore, we proceed with the appeal review.

We reviewed the information submitted with your appeal. This review concluded we should refer your file for another physician peer review. Therefore, we referred your file to Jon Glass, M.D., board certified in Neurology, for review. Following the review of your file, which included a telephone conversation with Dr. Gaber, Dr. Glass concluded:

> *There is no evidence that the claimant has any neurological impairment requiring restrictions/limitations from 11/9/23 to - forward. She has a history of migraines that have been in general well-controlled with exacerbations that do not result in a continuous impairment.*

Dr. Glass noted there are no medication side effects that would impact your functional ability and you would be able to perform at a sustained full-time capacity within the identified restrictions.

As outlined in our letter of June 19, 2024, we emailed you a copy of the clinical review performed during our appeal review. We asked you to review the report and provide a response, along with any other information to be submitted by July 12, 2024. On June 27, 2024, we received a signed response from Dr. Gaber, which stated you had chronic daily headaches, but he was unaware of the intensity or of the headaches prevented return to work. On June 28, 2024, Dr. Gaber provided another update, referring to Dr. Segura's letter on the severity of headaches. On June 29, 2024, we received a narrative response from Dr. Segura, which stated you have been treated for headaches since 2021, which have been difficult to control. You may experience some photosensitivity and sound sensitivity. The headache severity may affect your cognitive status, which may prohibit you from multi-tasking as your job required.

We reviewed and considered the additional information. You were provided a copy of the physician peer reviews for your review, as well as to have your physician(s) review and provide additional clinical information, office treatment notes, diagnostic test results, medication changes, or narrative responses, you wanted considered in the appeal review. Furthermore, there were no new clinical records included to speak to your impairment level for the time period under review. Therefore, we proceeded with our appeal review.

## Conclusion

We conducted a thorough and independent review of your entire claim. In summary, we do understand that you may have continued to experience some symptoms associated with your conditions. We also understand that your symptoms may result in some degree of functional impairment and may preclude you from performing some occupations. However, the information does not contain significant exam findings, diagnostic test results or other forms of medical evidence substantiating that your symptoms remained of such severity that they resulted in restrictions or limitations rendering you unable to perform the duties of any occupation after that date.

Having carefully considered all the information submitted in support of your claim, our position remains that proof of your disability in accordance with the LCMC Health policy provisions has not been provided and our original determination to deny benefits beyond November 8, 2023, is upheld.

This claim determination reflects an evaluation of the claim facts and policy provisions.

## The Policy

The LCMC Health Long Term Disability policy, under which you are covered, states:

> ***"Disability"*** *or* ***"Disabled",*** *with respect to Long Term Disability, means:*
>
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

*Applicable to Class 2, 2A, 4, 5::*

> i. *If the Covered Person is eligible for the 24 Month Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform with reasonable continuity the Material and Substantial Duties of his Own Occupation; and*
>
> ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

***"Material and Substantial Duties"****, with respect to Long Term Disability, means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

***"Own Occupation"****, with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as it is normally performed in the national economy.*

***"Any Occupation"*** *means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical, mental capacity and which provides the Covered Person with substantially the same earning capacity as the Covered Person's former earning capacity prior to the start of the Disability.*

Under the Employee Retirement Income Security Act (ERISA) appeal guidelines, you were entitled to appeal the decision made by The Lincoln National Life Insurance Company (Lincoln), and to submit any additional information you wished to be considered as part of the appeal. Lincoln has conducted a full and fair review of your appeal and accompanying materials and has concluded that the denial of benefits will be maintained.

At this time, your administrative right to review has been exhausted; no further review will be conducted by Lincoln and your claim will remain closed. You may request to receive, free of charge, copies of all documents relevant to your claim. You have the right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.

The LCMC Health Group Disability Income Policy contains the below provision:

***Legal Proceedings***

*A claimant or the claimant's authorized representative cannot start any legal action:*

> *1. until 60 days after Proof of claim has been given; or*
> *2. more than one year after the time Proof of claim is required.*

The policy may be subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact the local U.S. Department of Labor Office or the state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, she has the right to bring a civil action under applicable law. Your employer's policy has a contractual limitations period of one year, which means that a lawsuit must be brought within one year after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is July 3, 2025.

This information is provided for purposes of this claim only, as the time proof of claim is required may differ based on claim specifics and applicable policy language.

Nothing in this letter should be construed as a waiver of any Lincoln rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

Decisions made by Lincoln are based on the provisions outlined in the LCMC Health policy. These provisions are not contingent on decisions made by either the Social Security Administration or other disability-determining entities. No internal rules, guidelines, protocols, standard or other similar criteria were relied upon in rendering the claim determination.

If you require language translation assistance, please contact Lincoln to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If you have any questions regarding this matter, please contact me.

Sincerely,

Charles Johnson
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16398
Secure Fax No.: (603) 334-0401