**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 12028057 Claim Last Updated 07/03/2024 Printed On 7/8/2025

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | LUCIA A ROMAGOSA | SSN | | Birth Date | |
| Address | | Salary Amount $ | 6933.33 | Mode | M |
| | | Date of Hire | 09/07/1994 | | |
| | | Last Work Date | 05/07/2021 | | |
| | | Federal Tax | Employee Option | State Tax | No |
| Phone | | Phys Demands | Medium | | |

JobDesc REGISTERED NURSE (INPATIENT)

| | | | | | | |
|---|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Any Occ | Received Date | 11/05/2021 | |
| Disability Date | 05/11/2021 | Close Date | 11/09/2023 | Reopen Date | 11/09/2022 | |
| Sick Days Left | 182 | Max Ben Date | 11/08/2026 | RTW FT / PT | | |
| Ben Begin Date | 11/09/2021 | Apprv Thru Date | 11/08/2023 | Gross Ben $ | | |

Diagnosis 1 Code/Desc G44.22 Chronic tension-type headache

Diagnosis 2 Code/Desc F41.9 Anxiety disorder, unspecified

Policyholder Information

Customer ID 09 - LF0494 LCMC HEALTH

Subsidiary LCMC LCMC HEALTH - ASO

Location CHNOLA00 CHILDRENS HOSPITAL NEW ORLEANS

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2021

Class 02 ALL ACTIVE FULL-TIME STAFF EMPLOYEES WITH ONE OR MORE YEARS OF SERVI

Waiting Period: New/Mode-Current/Mode 1 Year 1 Year Days in WRKWK

| | | | | | |
|---|---|---|---|---|---|
| Elimination Period: Days/Type | 180 | Sickness | COLA: Mode/Duration | | |
| Successive Period: Period/Mode | 6 | Month | SS Integration:Type/Value | FSS | |
| Partial Disability Type/Pct | QRP+ | 10.00 | Survivor Ben Months/Wait Period | 3 | 180 |

Non-Verifiable Symptoms Limit Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 02 | 10/01/1995 |
| PD | 01 | STD | 02 | 04/01/1995 |

Additional Information:



EXHIBIT

3

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim
* **Claim/Event/Leave Number** 12028057 **Accommodation Number**
**Note type:**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**07/08/2025 9:33 AM - CLAIM Note 129**
Claim/Event/Leave: 12028057
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [07/08/2025 - MAINELLI, DEBRA]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**09/26/2024 5:02 PM - PHONE Note 76**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject : ACD
Text: [09/26/2024 - HULSTINE, NICHOLE]EE CALLED TO REQUEST EXPLANATION OF BENEFITS FROM JUNE 2022- NOVEMBER 2023. DCM PROVIDED VIA EMAIL AND US MAIL PER EE'S REQUEST. EE HAD A QUESTIONS REGARDING HER APPEAL. DCM ADVISED: YOUR EMPLOYER'S POLICY HAS A CONTRACTUAL LIMITATIONS PERIOD OF ONE YEAR, WHICH MEANS THAT A LAWSUIT MUST BE BROUGHT WITHIN ONE YEAR AFTER THE DATE WRITTEN PROOF OF CLAIM OR PROOF OF CONTINUED DISABILITY WAS REQUIRED. THE DATE ON WHICH THE CONTRACTUAL LIMITATIONS PERIOD EXPIRES FORTHIS CLAIM IS JULY 3, 2025. DCM ADVISED OF MBD 11/8/26. NO ADDITIONAL QUESTIONS/CONCERNS AT THIS TIME

**07/09/2024 4:53 PM - PHONE Note 75**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject : RE LTR
Text: [07/09/2024 - CORPORAN, KRISTIANNE]EE STATED NEEDED LTR FROM 6/2023 WHEN HER BENEFITS WERE REINSTATED. EMAILED LTR PER REQUEST.

**07/03/2024 10:58 AM - CLAIM Note 128**
Claim/Event/Leave: 12028057
NoteSubject : Appeal
Other Subject : STATUS - OUT
Text: [07/03/2024 - JOHNSON, CHARLES]COMPLETED APPEAL REVIEW - THE INFORMATION IN THE FILE DOES NOT SUPPORT ONGOING IMPAIRMENTS FROM ANY OCCUPATION - SENT REPORT TO THE EE - RECD A RESPONSE FROM THE AP - DOES NOT ALTER THE DETERMINATION - MAINTAIN DENIAL

**06/27/2024 2:28 PM - CLAIM Note 127**
Claim/Event/Leave: 12028057
NoteSubject : Appeal
Other Subject : CALL TO EE
Text: [06/27/2024 - JOHNSON, CHARLES]RECD A VCM TRANSFER FROM THE EE STATING SHE JUST RECD THE REQUEST TO GET THE INFORMATION FORM HER PROVIDER - RETURNED HER CALL - NO ANSWER - LEFT A VOICEMAIL THAT WE SENT YOU THE COMPLETE REVIEW AND SHE HAS UNTIL 7-12-24 TO RESPOND - IF SHE HAS ANY ADDITIONAL QUESTIONS - PLEASE LET ME KNOW

**06/18/2024 1:47 PM - CLAIM Note 126**
Claim/Event/Leave: 12028057
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [06/18/2024 - MUELLER, JACQUELINE]INVOICE RECEIVED ON 06/18/2024 AND DATED 06/17/2024 FROM NETWORK MEDICAL REVIEW CO INV#11975661 IN THE AMOUNT OF $660.00 FOR NEURO PEER REVIEW NO MD LISTED. INVOICE PAID IN FULL.

**06/18/2024 12:48 PM - CLAIM Note 125**
Claim/Event/Leave: 12028057
NoteSubject : Appeal

NoteSubject : Appeal
Other Subject : STATUS
Text: [06/18/2024 - JOHNSON, CHARLES]RECD AND REVIEWED THE NEUROLOGY PEER REVIEW - THE INFORMATION DOES NOT SUPPORT ONGOING NEUROLOGICAL SYMPTOMS OF A SEVERITY TO PREVENT RETURN TO WORK - SENT REPORT TO THE EE FOR RIGHT TO REVIEW

**06/13/2024 8:13 AM - CLAIM Note 124**
Claim/Event/Leave: 12028057
NoteSubject : Appeal
Other Subject :
Text: [06/13/2024 - DANIELL, JANE]CLAIM REASSIGNED TO CHARLES JOHNSON

**06/07/2024 8:50 PM - CLAIM Note 123**
Claim/Event/Leave: 12028057
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 6/7/2024 - REFERRED TO NETWORK MEDICAL REVIEW FOR PEER REVIEW.

**06/06/2024 11:52 AM - CLAIM Note 122**
Claim/Event/Leave: 12028057
NoteSubject : Action Plan
Other Subject : CRS REVIEW
Text: [06/06/2024 - DANIELL, JANE]APPEAL RECEIVED 4/23/24. INITIAL TOLLING WITH APPEAL EXTENSION SENT 4/25/24. TOLLING ENDED 6/5/24. 90 DAY 9/1/24. REFERRING CLAIM FOR NEUROLOGY PEER. FURTHER ACTION ON RECEIPT OF REPORT.

**06/05/2024 2:18 PM - PHONE Note 74**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject :
Text: [06/05/2024 - DANIELL, JANE]RETURNED CALL TO EE AND ADVISED WE RECD A LETTER FROM HER CHIROPRACTOR AND HER VM. JUST LETTING HER KNOW AS SHE REQUESTED. EE STATED SHE THINKS SHE HAS SUBMITTED EVERYTHING. EE ASKED IF SHE COULD CALL W/ANY QUESTIONS ETC. TOLD HER YES. PROVIDED MY BUSINESS HOURS FOR EST. ALSO TOLD HER THAT WE WILL REFER HER CLAIM FOR A MEDICAL REVIEW AND WILL SEND HER A LETTER LETTING HER KNOW WHEN SHE CAN EXPECT AN UPDATE.

**06/05/2024 7:22 AM - PHONE Note 73**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject :
Text: [06/05/2024 - DANIELL, JANE]EE CALLED YESTERDAY AFTERNOON AT 2:42 PM AND LEFT A VMM THAT SHE FAXED THE LAST DOCUMENT TO LINCOLN. TO THE BEST OF HER KNOWLEDGE SHE DOESN'T HAVE ANY OTHER DOCUMENTS TO FAX. PLEASE CALL HER AND LET HER KNOW IF WE RECD THE MESSAGE AND LETTER.

**06/05/2024 7:19 AM - CLAIM Note 121**
Claim/Event/Leave: 12028057
NoteSubject : Appeal
Other Subject : STATUS
Text: [06/05/2024 - DANIELL, JANE]RECEIVED AND REVIEWED THE NOTE FROM DR. THERESA HARRIS AT HARRIS SPORTS & FAMILY CHIROPRACTIC

**06/03/2024 9:08 AM - CLAIM Note 120**
Claim/Event/Leave: 12028057
NoteSubject : Appeal
Other Subject : STATUS
Text: [06/03/2024 - DANIELL, JANE]RECEIVED AND REVIEWED THE 5/30/24 OV NOTE FROM DR EDWARD GABER. ALSO RECD A FAX FROM EE THAT SHE WILL BE SENDING CHIROPRACTOR NOTES

**05/30/2024 1:17 PM - CLAIM Note 119**
Claim/Event/Leave: 12028057
NoteSubject : Appeal
Other Subject : STATUS
Text: [05/30/2024 - DANIELL, JANE]RECEIVED AND REVIEWED MEDICAL RECORDS FROM DR. ENRIQUE SEGURA, DR, MICHAEL HICKHAM,BRANDT AYMOND PA-C, CHET MYER, PA-D, AND DR FRANK RABITO COVERING THE PERIOD OF MARCH 16, 0223 TO MAY 7, 2024.

**05/29/2024 3:52 PM - PHONE Note 72**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject :
Text: [05/29/2024 - DANIELL, JANE]RETURNED CALL TO EE AND ADVISED THAT WE RECD 17 SEPARATE DOCUMENTS. ALSO RECD HER VMM FROM LAST EVENING. TOLD HER THAT I WILL WAIT TO PROCEED W/THE MEDICAL REVIEW UNTIL WE RECEIVE THE LETTER FROM HER CHIROPRACTOR. SHE STATED WHY WAIT? TOLD HER THAT UNDER ERISA WE CANNOT PROCEED UNTIL SHE TELLS US THAT WE HAVE EVERYTHING FOR HER APPEAL. SHE STATED SHE MENTIONED IN THE VM AND IN RECORDS THAT WHEN SHE HAS A BAD HEADACHE SHE DOESN'T HYDRATE BECAUSE SHE VOMITS AND IT LED TO

A KIDNEY INFECTION. BEING A NURSE SHE STATED SHE TENDS TO WORRY IF THINGS ARE EXPLAINED AS WELL IF SOMEONE DOESN'T HAVE A MEDICAL BACKGROUND. EXPLAINED THAT I UNDERSTOOD WHAT SHE WAS SAYING BUT HAVE BEEN IN DISABILITY CLAIMS FOR MANY YRS. SHE STATED SHE TRIED TO BE THOROUGH AND S/B ENOUGH. TRYINGTO GET ALL THE RECORDS TOGETHER WAS GRUELING WHEN SHE DIDN'T FEEL WELL. SHE STATED HER FAMILY TELLS HER SHE SAYS TOO MUCH BUT SHE TRIES TO BE OPEN AND HONEST. TOLD EE THAT I WILL WAIT TO HEARFROM HER ABOUT THE CHIROPRACTOR LETTER OR A VMM TO PROCEED W/THE APPEAL REVIEW.

**05/29/2024 7:21 AM - PHONE Note 71**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject :
Text: [05/29/2024 - DANIELL, JANE]EE CALLED AT 9:30 PM LAST EVENING AND LEFT A VMM STATING SHE WAS CALLING TO LET ME KNOW THAT AS OF 8:25 PM CST SHE FAXED OVER 12 OV NOTES, ONE ER VISIT, AND AN MRI. SO, SHE SENT 14 PACKETS. THE ER PACKET IS THE BIGGEST PACKET. SHE WAS IN THE ER W/A KIDNEY INFECTION. EE STATED WHEN SHE HAS A MIGRAINE SHE DOES NOT EAT, OR DRINK AND SHE IS THROWING UP A LOT AND HER KIDNEYS TOOK A HIT. SHE HAS ANOTHER LETTER THAT SHE DOES NOT HAVE YET. SHE WILL HAVE ON MONDAY. IT IS FROM HER CHIROPRACTOR. SHE SEES HER FOR HEADACHES. AS SOON AS SHE GETS THE LETTER, SHE WILL FAX IT. EE STATED SHE DOES NOT KNOW IF WE NEED IT, BUT SHE D LIKE TO HAVE IT ADDED TO HER FILE. EE STATED HER PHONE NUMBER IS PLEASE CALLHER TO LET HER KNOW WE RECEIVED THE INFORMATION.

**05/29/2024 7:21 AM - PHONE Note 70**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject :
Text: [05/29/2024 - DANIELL, JANE]EE CALLED AT 4:21 PM YESTERDAY AFTERNOON AND LEFT A VMM TO LET ME KNOW THAT IN A COUPLE OF HOURS SHE WILL HAVE EVERTYHING TOGETHER AND WILL BE FAXING RECORDS TO 603-334-0401. EACH PAGE HAS HER CLAIM NUMBER AND MY NAME ATTHE TOP OF THE PAGE. THERE ARE SEVERAL NEUROLOGY, INFECTIOUS DISEASE, AND OTHER VISITS. TOTAL VISITS THERE ARE OV NOTES AND MRI REPORT, ER ROOM REPORTS. ALL WILL BE FAXED W/IN THE NEXT FEW HOURS. WHEN TRAFFIC DIES DOWN, SHE WILL HAVE SOMEONE TAKE HER TO FAX THE INFO. HER PHONE NUMBER IS EE STATED THANK YOU FOR YOUR UNDERSTANDING AND PATIENCE

**05/28/2024 7:24 AM - PHONE Note 69**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject :
Text: [05/28/2024 - DANIELL, JANE]EE CALLED ON MAY 23, 2024 AT 5:38 PM. SHE STATED IN HER VMM SHE HAS EVERYTHING FROM MEDICAL RECORDS. THE ONLY THING SHE IS MISSING IS A LETTER FROM ONE MORE DR. SHE STATED SHE HEARD MY VOICEMAIL THAT OUT OF THE OFFICEFRIDAY AND MONDAY. SO WHEN YOU RE BACK IN THE OFFICE YOU SHOULD SEE EVERYTHING ON TUESDAY. SHE STATED SHE HOPES TO CONNECT W/ME ON TUESDAY.

**05/23/2024 11:10 AM - PHONE Note 68**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject :
Text: [05/23/2024 - DANIELL, JANE]CALLED EE AT AND LEFT A VMM THAT I RECD HER VOICE MAIL MESSAGES FROM YESTERDAY AFTERNOON/EVENING. CONFIRMED SHE HAS UNTIL JUNE 8 TO SUBMIT HER MEDICAL RECORDS. ADVISED WE WILL WAIT FOR THE RECORDS SHE IS GATHERING.

**05/23/2024 7:13 AM - PHONE Note 67**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject :
Text: [05/23/2024 - DANIELL, JANE]EE CALLED AT 11:25 PM YESTERDAY AND LEFT A VMM STATING SHE WAS CALLING BACK . SHE LEFT A VMM EARLIER. CALLING BECAUSE SHE THOUGHT WE SENT AN EMAIL TODAY. SHE SUFFERED ALL DAY WITH A REALLY BAD MIGRAINE. SHE READ THE EMAIL WITH -TODAY'S DATE- SHE DOESN'T KNOW WHY. IT IS ACTUALLY APRIL 25. SHE STATED SHE LEFT A VMM BECAUSE SHE WAS NERVOUS ABOUT IT AND DOESN T KNOW WHY BUT SHE WANTS TO APOLOGIZE. SHE REALIZED THE EMAIL IS A MONTH OLD SO SHE APOLOGIZES. SHE HAS TOGO BACK TO MEDICAL RECORDS TOMORROW BECAUSE TWO OR THREE OF THE APPOINTMENTS WERE JUST BLANK. SHE IS GETTING THE PAPERWORK AND SHE WANTS TO LET US KNOW. SORRY FOR ANY MISUNDERSTANDING. SHE WAS SICK ALL DAY. PLEASE LET HER KNOW WE RECD THE MESSAGE.

**05/23/2024 7:07 AM - PHONE Note 66**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject :
Text: [05/23/2024 - DANIELL, JANE]EE CALLED AT 6:31 PM YESTERDAY AND LEFT A VMM. SHE RECEIVED A LETTER STATING THAT NOTHING HAS BEEN RECEIVED AND HER CLAIM IS BEING FORWARDED. SHE STATED SHE LEFT A VMM THE OTHER DAY TELLING US THAT SHE WAS GETTING ALL THE RECORDS TOGETHER. SHE FINALLY HAS ALL THE RECORDS TOGETHER EXCEPT ONE LETTER THAT SHE WILL GET ON FRIDAY BUT SHE IS GOING TO GO AHEAD AND FAX WHAT SHE HAS ON THURSDAY. SHE WANTS TO VERIFY THE FAX NUMBER 603-334-0401. IF WE COULD PLEASE CALL HERBACK AT SHE HAS A DENTIST AND DRS APPT TOMORROW. IF SHE DOESN T ANSWER PLEASE LEAVE A MESSAGE. SHE STATED HER DEADLINE FOR LINCOLN IS NOT THE 25TH IT IS JUNE 8TH. NOT SURE WHY HER FILE WAS FORWARDED. SHE LEFT A MESSAGE SAYING SHE WAS GETTING EVERYTHING TOGETHER. EE STATED IT TAKES A WHILE TO DO IT. IT DOESN T HAPPEN INSTANTLY. PLEASE LET HER KNOW THAT WE RECD THE MESSAGE AND WILL FAX DOCUMENTS TOMORROW. PLEASE LET THE PEOPLE KNOW THAT WE SENT THE FILE WHICH HAS INCOMPLETEDOCUMENTS THAT ARE COMING AND

PLEASE LET THE PEOPLE KNOW THAT WE SENT THE FILE WHICH HAS INCOMPLETEDOCUMENTS THAT ARE COMING AND THE LAST DAY IS JUNE 8TH PER THE CONVERSATION WE HAD BEFORE.

**05/14/2024 3:34 PM - PHONE Note 65**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject :
Text: [05/14/2024 - DANIELL, JANE]RETURNED CALL TO EE BUT CALL DIDN'T GO THROUGH. TRIED CALLING AGAIN AND EE ANSWERED. TOLD HER I WAS CALLING TO LET HER KNOW WE RECD HER MESSAGE AND WE WILL BE WTG FOR THE RECORDS. EE ASKED FOR THE FAX NUMBER AND PROVIDED 603-334-0401. ALSO ADVISED EE THE FAX NUMBER IS ON THE 4/25/24 CORRESPONDENCE I SENT. ADVISED EE TO PUT HER CLAIM NUMBER ON THE TOP PAGE.

**05/13/2024 7:05 AM - PHONE Note 64**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject :
Text: [05/13/2024 - DANIELL, JANE]EE CALLED AND LEFT VMM ON FRIDAY MAY 10 AT 4:46 PM STATING SHE WAS CALLING TO INFORM US THAT SHE IS GETTING ALL THE RECORDS TOGETHER TO FAX. SHE IS ABOUT HALF WAY DONE. SHE JUST WANTED TO LET US KNOW.

**04/25/2024 1:42 PM - CLAIM Note 118**
Claim/Event/Leave: 12028057
NoteSubject : Action Plan
Other Subject : CRS INITIAL REVIEW
Text: [04/25/2024 - DANIELL, JANE]PRESCREEN COMPLETED. CODING IS ACCURATE. LTD, FI, ERISA. JD ON FILE. AUTH ON FILE. CLAIM DENIED NOT TD ANY OCC BEYOND 11/8/23. DATE OF DENIAL WAS 11/08/2023. APPEAL TIMEFRAME IS 180 DAYS, APPEAL FILING DUE DATE 05/05/2024. LETTER OF APPEAL RECEIVED 04/23/2024 WITH NO MEDICAL. NO ATTORNEY REP ON FILE. INITIAL TOLLING STARTED ON: 04/25/2024. TOLLING ENDED ON : 06/08/2024. NEW 45TH DAY OF REVIEW : 07/21/2024. ACTION PLAN: TOLLING FOR ADDTIONAL MEDICAL RECORDS FROMEE'S TREATING PROVIDERS. FURTHER ACTION ON RECEIPT OR DEADLINE, WHICHEVER OCCURS FIRST.[04/25/2024 - DANIELL, JANE]90 DAY IS 9/4/24

**04/25/2024 1:40 PM - PHONE Note 63**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject :
Text: [04/25/2024 - DANIELL, JANE]CALLED EE TO INTRODUCE MYSELF AN ACKN RECEIPT OF HER APPEAL. ASKED IF SHE WILL BE SUBMITTING ANY ADDITIONAL INFORMATION. SHE STATED THAT SHE HAS ALREADY REQUESTED THE RECORDS FROM EACH DR SHE TREATS WITH. ADVISED WE CANPROVIDER HER ADDL 30 DAYS TO SUBMIT THE RECORDS. EE STATED SHE WAS TOLD SHE WOULD HAVE 45 DAYS TO SUBMIT THEM. EXPLAINED TO EE THAT SHE HAS HAD 180 DAYS TO SUBMIT HER APPEAL SINCE 11/8/23. THE 180 DAY DEADLINE IS 5/5/24. THUS, ALL RECORDS FOR HER APPEAL SHOULD BE RECEIVED BY THAT DATE. READ HER THE APPEAL PERFECTION PARAGRAPH IN THE CLOSRUE LTR. EXPLAINED TO EE THAT ON APPEAL WE HAVE 45 DAYS TO REVIEW HER CLAIM W/AN ADDL 45 IF NECESSARY. EE STATED SHE WAS TOLD SHE HAD 45 DAYS TO SEND INTHE RECORDS AFTER WE RECD HER LETTER. EXPLAINED TO EE THAT WE ARE OBLIGATED TO ADMINISTER HER CLAIM BASED ON ERISA GUIDELINES. ADVISED EE WE CAN PROVIDE HER WITH 30 DAYS TO SUBMIT THE RECORDS. IF SHE IS UNABLE TO SUBMIT BY MAY 24TH THEN SHE CAN CALL AND LET US KNOW AND WE CAN PROVIDE HER AN ADDITIONAL WEEK. SHE WAS ADAMANT THAT SHE WAS TOLD 45 DAYS THEREFORE I ADVISED HER WE CAN MAKE AN EXCEPTION AND THE MEDICAL RECORDS NEED TO BE SUBMITTED WITHIN 45 DAYS. I EXPLAINED THE 45-DAY DEADLINE WOULD BE JUNE 8 WHICH IS A SATURDAY THEREFORE WE NEED IT NO LATER THAN JUNE 10TH SHE ASKED IF JUNE 10TH WOULD BE IN THE LETTER, AND I STATED THE DEADLINE IS JUNE 8TH & WILL BE IN THE LETTER SHE NEEDS TO SUBMIT THE RECORDS AS SOON AS POSSIBLE AND NO LATER THAN THE 10TH. THE EE STATED THERE IS NO DOUBT SHE IS SICK AND IS UNABLE TO GO BACK TO WORK, BUT SHE IS REALLY WORRIED ABOUT THIS. SHE IS NERVOUS ABOUT GETTING THE RECORDS. SHE STATED IT IS GRUELING AND THE RECORDS DEPARTMENT TAKES A LONG TIME TOGET THE INFORMATION TO CLAIMANTS. ADVISED EE I WILL SEND HER A LETTER WITH ALL THE INFO DISCUSSED AND IT WILL CONTAIN MY CONTACT INFO.

**04/25/2024 8:42 AM - CLAIM Note 117**
Claim/Event/Leave: 12028057
NoteSubject : Appeal
Other Subject : REFERRAL RECD
Text: [04/25/2024 - MURRAY, KIMBERLY]ASSIGNED TO JANE DANIELL

**04/24/2024 8:50 PM - CLAIM Note 116**
Claim/Event/Leave: 12028057
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 4/24/2024 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**04/24/2024 8:55 AM - CLAIM Note 115**
Claim/Event/Leave: 12028057
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [04/24/2024 - HUSSEY, CAITLIN]AGREE WITH REFERRAL TO CRS AS NOTED, EE DID NOT SUBMIT ANY ADDITIONAL MEDICAL INFORMATION FOR REVIEW TO ALTER AO DECISION

**04/24/2024 7:46 AM - CLAIM Note 114**

Claim/Event/Leave: 12028057
NoteSubject : Ref to Appeals
Other Subject : MGR REVIE
Text: [04/24/2024 - HULSTINE, NICHOLE]63YOF, RN, (MED OCC), LDW: 5/7/21, DOD: 5/11/21, LTD BBD: 11/9/21, DX: TREATED FOR VIRAL MENINGITIS AND HEADACHES AND ANXIETY. OOW D/T SEVERE HEADACHES *TX AP: DR. SEGURA (NEUROLOGY), DR. HICKHAM (ID). **NEURO PEER COMPLETED 6/9/22 CONFIRMS EE CONTINUES TO HAVE LIGHT R/LS INCLUDING NO LIFTING OVER 15LBS OCCASIONAL WHICH PRECLUDES EE FROM OWN MED OCC AS REGISTERED NURSE. EE WAS PLACED ON NP FOR UPDATED MR, CSS, RA AND CIF. CM CALLED AP OFFICE AND CX THAT LOV WAS APRIL. AP OFFICE STATES EE CANCELLED NOV AND DID NOT RESCHEDULE ANOTHER ONE/ PEER ADDENDUM COMPLETED ON 11/30 STATES ADDITIONAL RECORDS DO NOT NECESSITATE ANY RESTRICTIONS. EE WAS UNRESPONSIVE AND CLAIM WAS CLOSED NOT TD/FTPP. EE REQUESTED APPEAL 5/24/23W/ ADDITIONAL RECORDS. STATED SHE HAS MORE COMING IN. PROVIDED COMPLETED CSS, RA AND CIF. ADDITIONAL RECORDS RECVD AS OF 5/30/23. DCM RECOMMENDED NEURO FFR TO DETERMINE IF ADDITIONAL MR RECVD SUPPORTS R/LS CURRENTLY AND PAST CID 11/9/2023. FFR W/ NEURO SUPPORTED R/LS BEYOND 11/8/22 AND BEYOND CID 11/9/23. TSA REVEALED ALT OCC FOUND. ***DCM RECOMMENDED APC AND CLOSING LTD CLAIM NOT TD AO. LETTER OF APPEAL RECEIVED. ****DCM RECOMMENDS SENDING TO ARU FOR REVIEW AT THIS TIME

**04/24/2024 7:44 AM - CLAIM Note 113**
Claim/Event/Leave: 12028057
NoteSubject : Other
Other Subject : APPEAL
Text: [04/24/2024 - HULSTINE, NICHOLE]LETTER OF APPEAL RECEIVED. NO ADDITIONAL MR RECEIVED WITH LETETR

**04/23/2024 3:28 PM - PHONE Note 62**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject :
Text: [04/23/2024 - TROMBLEY, ERIN]EE CALLED IN AND WANTED TO DISCUSS APPEAL PROCESS AND CONFIRM FAX NUMBER TO SEND IN REQ. REVIEWED APPEAL MUST BE SUBMITTED IN WRITING AND FAX NUMBER IS THE SAME. EE U/S AND THANKED. CM ADVISED OF NEW ACM CONTACT INFO FORFURTHER QUESTIONS. EE THANKED AND IS SORRY TO HEAR SHE CAN'T WORK WITH CM ANYMORE. EE HAD NFQ THANKS EXCHANGED AND C/E

**12/15/2023 3:00 PM - PHONE Note 61**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject :
Text: [12/15/2023 - TROMBLEY, ERIN]VM FROM EE REQ C/B. CM R/C AND DISCUSSED CLAIM WAS CLOSED. EE WANTED TO CONFIRM DATES SHE WAS PAID THROUGH AND WAS TOLD TO F/U AROUND NOVEMBER. REVIEWED EE WILL NEED TO SEND APPEAL REQ. DISCUSSED EE HASN'T HAD RECENT APPOINTMENT W/ NEURO AND HAS A HARD TIME GETTING IN. SHE IS FEELING REALLY FRUSTRATED AND SAD RIGHT NOW. WANT TO RTW BUT CAN'T GET IN TO BE SEEN. WAS GOING TO GET OFF THE PHONE W/ CM AND CALL AP OFFICE TO TRY TO GET IN. HAS BEEN ON CANCELLATION LIST BUTHASN'T GOT APPT. SCHEDULED. DISCUSSED EE HAS 180 DAYS FROM CID 11/9/23 TO SUBMIT APPEAL. RECOMMEND EE SEND ADDITIONAL INFO. EE U/S. NFQ THANKS EXCHANGED AND C/E.

**10/02/2023 12:11 PM - CLAIM Note 112**
Claim/Event/Leave: 12028057
NoteSubject : Other
Other Subject :
Text: [10/02/2023 - HULSTINE, NICHOLE]B&B CLOSED FOR EE UNRESPONSIVE

**07/17/2023 9:29 AM - OVERPMT Note 2**
Claim/Event/Leave: 12028057
NoteSubject : OP/SS
Other Subject : SS PENDING
Text: [07/17/2023 - PATTON, LAURA]REFERRAL CLOSED. FILE CURRENTLY WITH VENDOR/ATTORNEY (B&B). IF AWARDED WILL RE-OPEN REFERRAL AND CALC OVERPAYMENT.

**07/13/2023 8:50 PM - CLAIM Note 111**
Claim/Event/Leave: 12028057
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY PENDING HAS BEEN RECEIVED AND ASSIGNED TO REBEKAH LATOUR.

**07/13/2023 8:50 PM - CLAIM Note 110**
Claim/Event/Leave: 12028057
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY PENDING.WITH A REASON OF .COMMENTS: SSDB-PENDING

**07/10/2023 8:50 PM - CLAIM Note 109**
Claim/Event/Leave: 12028057
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY PENDING HAS BEEN

Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY PENDING HAS BEEN RECEIVED AND ASSIGNED TO REBEKAH LATOUR.

**07/10/2023 8:50 PM - CLAIM Note 108**
Claim/Event/Leave: 12028057
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY PENDING.WITH A REASON OF .COMMENTS: NOT TD AO

**07/05/2023 10:16 AM - CLAIM Note 107**
Claim/Event/Leave: 12028057
NoteSubject : Social Security
Other Subject : CLAIM CLOSED
Text: [07/05/2023 - CRAWFORD, ALEXUS]CLAIM CLOSED DUE TO NOT TD OWN OCC MAILED CLOSED CLAIM WITH SS PENDING LETTER. CLOSED REFERRAL AND TASKS. NO FURTHER ACTION NEEDED AT THIS TIME.

**07/03/2023 9:58 AM - CLAIM Note 106**
Claim/Event/Leave: 12028057
NoteSubject : LTR to ER
Other Subject : CLOSURE LTR
Text: [07/03/2023 - HUSSEY, CAITLIN]MAILED COPY OF CLOSURE LETTER TO EE

**07/03/2023 9:56 AM - PHONE Note 60**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject : RETURN CALL
Text: [07/03/2023 - HUSSEY, CAITLIN]EE CALLED AND LM AT 114PM ON 7/1/2023 (SATURDAY) *** RETURNED CALL AT WENT OVER CLOSURE. EE REPORTS THAT SHE WILL HAVE A FOLLOW UP MRI, EE REPOTS THAT HER NEURO DOES NOT FEEL SHE CAN WORK, MANAGER WENT OVER THREE CALL ATTEMPTS TO NEURO SEGURA WITH NO CONTACT. NOTED EE CAN SUBMIT UPDATED MEDICAL RECORDS TO SUPPORT IMPAIRMENT. CONFIRMED EMAIL ON FILE IS CORRECT AND CLOSURE LETTER SENT TO THIS ADDRESS. EE WAS ABLE TO LOCATE LETTER IN HER EMAIL. MANAGERENCOURAGED EE TO DISCUSS FINDINGS WITH HER PHYSICIAN. MANAGER DISCUSSED THAT EE HAS 180 DAYS FROM CID AS CLAIM IS SUPPORT THROUGH OWN OCC, WENT OVER OWN OCC AND ANY OCC AND THAT CLAIM WAS APC THROUGH CID. EE REPORTS SHE WILL CONNECT WITH HER NEURO. ** EE REQUESTED A HARD COPY OF CLOSURE LETTER AS WELL.

**06/30/2023 8:50 PM - CLAIM Note 105**
Claim/Event/Leave: 12028057
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF ADVANCE PAY AND CLOSE HAS BEEN REASSIGNED TO DONNA MILLS.

**06/30/2023 8:50 PM - CLAIM Note 104**
Claim/Event/Leave: 12028057
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF ADVANCE PAY AND CLOSE HAS BEEN RECEIVED AND ASSIGNED TO KEVIN WILCOX.

**06/30/2023 8:50 PM - CLAIM Note 103**
Claim/Event/Leave: 12028057
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR ADVANCE PAY AND CLOSE. COMMENTS: PAY THROUGH 11/8/23

**06/30/2023 1:20 PM - CLAIM Note 102**
Claim/Event/Leave: 12028057
NoteSubject : Other
Other Subject : PAYMENT SERVICES
Text: [06/30/2023 - MILLS, DONNA]REFERRAL RECEIVED AND MANUAL PAYMENT ISSUED FROM06/09/23 THRU 11/08/23 FOR $20,800.00 AS REQUESTED BY CS SINCE CLAIM IS BEING ADVANCE PAID AND CLOSED. COPY OF CALC WORKSHEET HAS BEEN SAVED TO THE DOC LIST. OVER PAYMENT AUTHORIZATION SENT TO MANAGER FOR OVER AUTH REVIEW.

**06/30/2023 9:42 AM - PHONE Note 59**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject : CLOSED
Text: [06/30/2023 - HULSTINE, NICHOLE]CALLED EE TO NOTIFY THAT CLAIM WAS CLOSING NOT TD AO. DC ALSO ADVISED CLAIM WOULD BE AP&C AND CLOSED. DCM LEFT THIS DETAILED MESSAGE ON EE'S VM. DCM ALSO PROVIDED DIRECT CONTACT INFORMATION FOR A RETURN CALL.

**06/30/2023 8:01 AM - CLAIM Note 101**
Claim/Event/Leave: 12028057
NoteSubject : Other

NoteSubject : Other
Other Subject : DIRECTOR REVIEW
Text: [06/30/2023 - DOWNS, BLAIR]AGREE W/ CLOSURE D/T NOT TD AO BASED ON CLINCAL AND VOCATIONAL REVIEWS CLMT HAS CAPACITY TO PERFORM ALT OCCS. OK TO APC

**06/29/2023 1:41 PM - CLAIM Note 100**
Claim/Event/Leave: 12028057
NoteSubject : Closed
Other Subject : NOT TD AO
Text: [06/29/2023 - HULSTINE, NICHOLE]63YOF, RN, (MED OCC), LDW: 5/7/21, DOD: 5/11/21, LTD BBD: 11/9/21, DX: TREATED FOR VIRAL MENINGITIS AND HEADACHES AND ANXIETY. OOW D/T SEVERE HEADACHES *TX AP: DR. SEGURA (NEUROLOGY), DR. HICKHAM (ID). **NEURO PEER COMPLETED 6/9/22 CONFIRMS EE CONTINUES TO HAVE LIGHT R/LS INCLUDING NO LIFTING OVER 15LBS OCCASIONAL WHICH PRECLUDES EE FROM OWN MED OCC AS REGISTERED NURSE. EE WAS PLACED ON NP FOR UPDATED MR, CSS, RA AND CIF. CM CALLED AP OFFICE AND CX THAT LOV WAS APRIL. AP OFFICE STATES EE CANCELLED NOV AND DID NOT RESCHEDULE ANOTHER ONE/ PEER ADDENDUM COMPLETED ON 11/30 STATES ADDITIONAL RECORDS DO NOT NECESSITATE ANY RESTRICTIONS. EE WAS UNRESPONSIVE AND CLAIM WAS CLOSED NOT TD/FTPP. EE REQUESTED APPEAL 5/24/23W/ ADDITIONAL RECORDS. STATED SHE HAS MORE COMING IN. PROVIDED COMPLETED CSS, RA AND CIF. ADDITIONAL RECORDS RECVD AS OF 5/30/23. DCM RECOMMENDED NEURO FFR TO DETERMINE IF ADDITIONAL MR RECVD SUPPORTS R/LS CURRENTLY AND PAST CID 11/9/2023. FFR W/ NEURO SUPPORTED R/LS BEYOND 11/8/22 AND BEYOND CID 11/9/23. TSA REVEALED ALT OCC FOUND. ***DCM RECOMMENDS APC AND CLOSING LTD CLAIM NOT TD AO AT THIS TIME.

**06/29/2023 12:47 PM - PHONE Note 58**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject : LEFT VM
Text: [06/29/2023 - HULSTINE, NICHOLE]CALLED EE TO NOTIFY OF AO DETERMINATION AND OFFER AP AND C. DCM LEFT A VOICEMAIL ADVISING FOR REASON OF CALL. DCM PROVIDED DIRECT CONTACT INFORMATION FOR A RETURN CALL

**06/29/2023 7:29 AM - CLAIM Note 99**
Claim/Event/Leave: 12028057
NoteSubject : Voc Rehab
Other Subject : TSA-AO FOUND
Text: [06/29/2023 - HULSTINE, NICHOLE]WHILE OCCUPATIONAL ALTERNATIVES WERE IDENTIFIED THROUGH THE OASYS ANALYSIS, THESE OPTIONS WERE ULTIMATELY OMITTED FROM THE REPORT AS THEY FELL OUTSIDE OF THE INSURED S CURRENT RESTRICTIONS AND LIMITATIONS OR DID NOT MEET THEIR PRE-DISABILITY EARNINGS. HOWEVER, BASED UPON MY VOCATIONAL EXPERTISE AND LABOR MARKET RESEARCH, THE FOLLOWING OCCUPATIONS WOULD BE EXAMPLES OF VIABLE OCCUPATIONAL ALTERNATIVES BASED UPON THE INSURED S PHYSICAL ABILITIES AND IDENTIFIED SKILLSLEVEL. EXAMPLES OF OCCUPATIONS IDENTIFIED BASED ON NATIONAL LABOR MARKET AND THE INSURED S ABILITY PROFILE ANALYSIS: OCCUPATION STRENGTH MONTHLY WAGE PRE-CERTIFICATION NURSE S $6,769 TELEPHONIC TRIAGE NURSE S $6,769 TELEPHONIC ADVICE NURSE S $6,769 UTILIZATION REVIEW NURSE S $6,769 *WAGE INFORMATION IS BASED ON MEDIAN 2022 DATA FROM THE BUREAU OF LABOR STATISTICS

**06/28/2023 1:20 PM - CLAIM Note 98**
Claim/Event/Leave: 12028057
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [06/28/2023 - HALL, NICOLE]RCVD REFERRAL FOR TSA REPORT; COMPLETED TSA AND PLACED REPORT IN S1 WITH NOTIFICATION TO CCM. ALTERNATE OCCUPATIONS WERE IDENTIFIED.

**06/27/2023 8:51 PM - CLAIM Note 97**
Claim/Event/Leave: 12028057
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 6/27/2023-REFERRAL RECEIVED BY VCM AND ASSIGNED TO HALL, NICOLE ANN. CLAIM/AS EVENT IS PENDING REVIEW.

**06/22/2023 8:27 AM - CLAIM Note 96**
Claim/Event/Leave: 12028057
NoteSubject : Social Security
Other Subject : SSDI
Text: [06/22/2023 - CRAWFORD, ALEXUS]RECON STILL PENDING

**06/21/2023 10:39 PM - NOTIFICATION Note 9**
Claim/Event: 12028057
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name 1 : Lincoln Financial Group: Claim 12028057. Benefit payment for 11/09/2022 through 06/08/2023 in the net amount of $29,120.00 has issued. Please allow 7 days for US Postal delivery or 3 days for direct deposit. For direct deposit, visit MyLincolnPortal.com to view your statement.
**TEXT Life Cycle**
Sent ON: 06/21/2023 10:39 PM EST
Current Status: DELIVERED
Delivered ON: 06/22/2023 11:00 AM EST

**06/16/2023 8:50 PM - CLAIM Note 95**

Claim/Event/Leave: 12028057
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF REOPEN CLAIM (SUCCESSIVE/EXTENSION) HAS BEEN RECEIVED AND ASSIGNED TO SHEILA CANNEY.

**06/16/2023 3:23 PM - CLAIM Note 94**
Claim/Event/Leave: 12028057
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [06/16/2023 - CANNEY, SHEILA]REOPEN REFERRAL RECEIVED, CLAIM REOPENED AFTER APPEAL. PER CS REQUEST EXTENDED PAYMENT FROM 11/9/22 IN ACCORDANCE TO DATE SHOWN ON FRONT CLAIM SCREEN THROUGH 11/8/23. CS REOPEN NOTE STATES REOPEN 11/8/22 TO 11/9/23 BUTLAST PAYMENT THROUGH 11/8/22 AND INITIAL PAYMENT CALCULATION WORKSHEET SHOWING 11/8/23 AS APPROVE THROUGH. EMAIL SENT TO CS TO ADVISE. ABOVE AUTHORITY SENT TO MANAGER FOR APPROVAL[06/16/2023 - CANNEY, SHEILA]CS EMAIL RESPONSE RECEIVED FROM: HULSTINE, NICHOLE <NICHOLE.HULSTINE@LFG.COM> SENT: FRIDAY, JUNE 16, 2023 3:19 PM TO: CANNEY, SHEILA <SHEILA.CANNEY@LFG.COM> SUBJECT: RE: CLAIM 12028057 - LUCIA ROMAGOSA THIS IS CORRECT. THANK YOU SO MUCH!

**06/16/2023 3:22 PM - PHONE Note 57**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject :
Text: [06/16/2023 - HULSTINE, NICHOLE]NOTIFIED EE OF PAYMENT BEING SCHEDULED AS WELL AS THE AMOUNT BEING $29,120.00. DCM ADVISED OF THE PAYMENT PERIOD FROM DATE THRU DATE.

**06/16/2023 3:16 PM - CLAIM Note 93**
Claim/Event/Leave: 12028057
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [06/16/2023 - CANNEY, SHEILA]FROM: CANNEY, SHEILA SENT: FRIDAY, JUNE 16, 2023 3:16 PM TO: HULSTINE, NICHOLE <NICHOLE.HULSTINE@LFG.COM> SUBJECT: CLAIM 12028057 - LUCIA ROMAGOSA GOOD AFTERNOON, I RECEIVED THE REOPEN REFERRAL FOR THE ABOVE CLAIM. CLAIM NOTE 90 STATES REOPEN 11/8/22 AND PAY THROUGH 11/9/23. THE REOPEN DATE ON THE FRONT CLAIM SCREEN IS SHOWING 11/9/22 (LAST PAYMENT THROUGH 11/8/22 SO THIS IS CORRECT) AND THE APPROVE THROUGH DATE ON THE INITIAL CALCULATION WORKSHEET IS 11/8/23. I AM THINKING THE DATES IN THE NOTE MAY BE TRANSPOSED, I HAVE SCHEDULED PAYMENT FROM 11/9/22 TO 11/8/23. PLEASE LET ME KNOW IF THIS IS NOT CORRECT. THANK YOU

**06/16/2023 3:06 PM - CLAIM Note 92**
Claim/Event/Leave: 12028057
NoteSubject : Other
Other Subject : VENDOR PMT
Text: [06/16/2023 - LENANE, MECHELLE]INVOICE DATED 06/13/23 FROM ECN INV #BOCA 190477 IN THE AMT OF $ 660.00 FOR PROVIDER: ZEYAD MORCOS, MD SPECIALTY: NEUROLOGY PEER REVIEW. INVOICE PAID IN FULL.

**06/15/2023 8:51 PM - CLAIM Note 91**
Claim/Event/Leave: 12028057
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 6/15/2023 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**06/15/2023 8:51 PM - CLAIM Note 90**
Claim/Event/Leave: 12028057
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR REOPEN CLAIM (SUCCESSIVE/EXTENSION). BEN BEG:11/8/2022 BEN END:11/9/2023 COMMENTS: REOPEN PAY FROM 11/8/22-11/9/2023

**06/15/2023 4:13 PM - PHONE Note 56**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject : RETURNED CALL
Text: [06/15/2023 - HULSTINE, NICHOLE]DCM ADVISED OF REOPENING OF CLAIM. DCM ADVISED SHE WOULD BE MANAGING CLAIM MOVING FORWARD. DCM REVIEWED WITH EE THE CID AND THAT A TSA IS NEEDED. DCM STATED SHE REFERRED THIS OVER WITH VOC NOW. EE IS HOPEFUL TO RTW ASA NURSE SOMEHOW/SOMEWHERE BUT SHE IS UNSURE ON A TIME FRAME. DCM WILL WATCH FOR PAYMENT STATUS UPDATE. DCM ADVISED SHE CAN ALWAYS CALL TO CHECK IN AS WELL. DCM ADVISED OF NEXT STEPS AND HOW CLAIM WOULD PROCEED MOVING FORWARD.

**06/15/2023 4:02 PM - PHONE Note 55**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject : APPROVAL-REOPEN
Text: [06/15/2023 - HULSTINE, NICHOLE]CALLED AND LEFT EE A VOICEMAIL ADVISING OF REOPEN AND APPROVAL. DCM ADVISED SENT TO PSU FOR CALCULATIONS AND SETTING UP PAYMENT. DCM ALSO PROVIDED DCM'S DIRECT NUMBER FOR RETURN CALL.

**06/15/2023 3:54 PM - CLAIM Note 89**
Claim/Event/Leave: 12028057
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [06/15/2023 - HUSSEY, CAITLIN]AGREE WITH REOPENING CLAIM FOLLOWING RECEIPT OF MISSING MEDICAL RECORDS AND PHYSICIAN REVIEW WHICH SUPPORTS LESS THAN EE'S OWN OCC CAPACITY ** AGREE WITH TSA AT THIS TIME IF THERE IS NO OTHER SIGNIFICANT MEDICAL RECORDSAS EE INDICATED SHE HAD ADDITIONAL RECORDS

**06/15/2023 3:44 PM - CLAIM Note 88**
Claim/Event/Leave: 12028057
NoteSubject : Action Plan
Other Subject : RTW AO NOV 2023
Text: [06/15/2023 - HULSTINE, NICHOLE]63YOF, RN, (MED OCC), LDW: 5/7/21, DOD: 5/11/21, LTD BBD: 11/9/21, DX: TREATED FOR VIRAL MENINGITIS AND HEADACHES AND ANXIETY. OOW D/T SEVERE HEADACHES *TX AP: DR. SEGURA (NEUROLOGY), DR. HICKHAM (ID). **NEURO PEER COMPLETED 6/9/22 CONFIRMS EE CONTINUES TO HAVE LIGHT R/LS INCLUDING NO LIFTING OVER 15LBS OCCASIONAL WHICH PRECLUDES EE FROM OWN MED OCC AS REGISTERED NURSE. EE WAS PLACED ON NP FOR UPDATED MR, CSS, RA AND CIF. CM CALLED AP OFFICE AND CX THAT LOV WAS APRIL. AP OFFICE STATES EE CANCELLED NOV AND DID NOT RESCHEDULE ANOTHER ONE/ PEER ADDENDUM COMPLETED ON 11/30 STATES ADDITIONAL RECORDS DO NOT NECESSITATE ANY RESTRICTIONS. EE WAS UNRESPONSIVE AND CLAIM WAS CLOSED NOT TD/FTPP. EE REQUESTED APPEAL 5/24/23W/ ADDITIONAL RECORDS. STATED SHE HAS MORE COMING IN. PROVIDED COMPLETED CSS, RA AND CIF. ADDITIONAL RECORDS RECVD AS OF 5/30/23. DCM RECOMMENDED NEURO FFR TO DETERMINE IF ADDITIONAL MR RECVD SUPPORTS R/LS CURRENTLY AND PAST CID 11/9/2023. FFR W/ NEURO SUPPORTED R/LS BEYOND 11/8/22 AND BEYOND CID 11/9/23. ***DCM RECOMMENDS REOPENING OF LTD CLAIM AND ISSUING BENEFITS FROM 11/8/22-11/9/23. DCM ALSO RECOMMENDS OBTAINING A TSA WITH THE NEW R/LS FROM FFR TO MAKE AO DETERMINATION. ***ACTION PLAN-DCMWILL GATHER CLINICAL UPDATES EVERY 60-90 DAYS. ONCE TSA IS OBTAINED, DCM WILL MAKE AO DETERMINATION AS WELL AS UPDATE ACTION PLAN ACCORDINGLY AT THAT TIME (POSSIBLE PDMU OR CLOSE NOT TD AO AT THAT TIME).

**06/15/2023 3:39 PM - CLAIM Note 87**
Claim/Event/Leave: 12028057
NoteSubject : Reopen
Other Subject : MGR REVIEW
Text: [06/15/2023 - HULSTINE, NICHOLE]63YOF, RN, (MED OCC), LDW: 5/7/21, DOD: 5/11/21, LTD BBD: 11/9/21, DX: TREATED FOR VIRAL MENINGITIS AND HEADACHES AND ANXIETY. OOW D/T SEVERE HEADACHES *TX AP: DR. SEGURA (NEUROLOGY), DR. HICKHAM (ID). **NEURO PEER COMPLETED 6/9/22 CONFIRMS EE CONTINUES TO HAVE LIGHT R/LS INCLUDING NO LIFTING OVER 15LBS OCCASIONAL WHICH PRECLUDES EE FROM OWN MED OCC AS REGISTERED NURSE. EE WAS PLACED ON NP FOR UPDATED MR, CSS, RA AND CIF. CM CALLED AP OFFICE AND CX THAT LOV WAS APRIL. AP OFFICE STATES EE CANCELLED NOV AND DID NOT RESCHEDULE ANOTHER ONE/ PEER ADDENDUM COMPLETED ON 11/30 STATES ADDITIONAL RECORDS DO NOT NECESSITATE ANY RESTRICTIONS. EE WAS UNRESPONSIVE AND CLAIM WAS CLOSED NOT TD/FTPP. EE REQUESTED APPEAL 5/24/23W/ ADDITIONAL RECORDS. STATED SHE HAS MORE COMING IN. PROVIDED COMPLETED CSS, RA AND CIF. ADDITIONAL RECORDS RECVD AS OF 5/30/23. DCM RECOMMENDED NEURO FFR TO DETERMINE IF ADDITIONAL MR RECVD SUPPORTS R/LS CURRENTLY AND PAST CID 11/9/2023. FFR W/ NEURO SUPPORTED R/LS BEYOND 11/8/22 AND BEYOND CID 11/9/23. ***DCM RECOMMENDS REOPENING OF LTD CLAIM AND ISSUING BENEFITS FROM 11/8/22-11/9/23. DCM ALSO RECOMMENDS OBTAINING A TSA WITH THE NEW R/LS FROM FFR TO MAKE AO DETERMINATION.

**06/15/2023 3:33 PM - CLAIM Note 86**
Claim/Event/Leave: 12028057
NoteSubject : Peer Review
Other Subject : SUPPORTED-11/9/23
Text: [06/15/2023 - HULSTINE, NICHOLE]TAKING INTO CONSIDERATION THE ENTIRE CLINICAL PICTURE, INCLUDING EVIDENCE-BASED MEDICINE AND ANY MEDICATION OR OTHER TREATMENT SIDE EFFECTS, THE SUPPORTED LEVEL OF IMPAIRMENT TRANSLATES INTO RESTRICTIONS AND LIMITATIONS FROM 11/8/2022 TO - 11/9/2023 AND BEYOND THE CLAIMANT IS MANAGED FOR THE CONDITION CHRONIC INTRACTABLE MIGRAINE, HEADACHE, AND OTHER FATIGUE. SITTING: UNRESTRICTED STANDING: FREQUENT WALKING: FREQUENT THE CLAIMANT IS MANAGED FOR THE CONDITIONSOF CHRONIC INTRACTABLE MIGRAINE, HEADACHE, AND OTHER FATIGUE. BILATERAL UPPER EXTREMITIES- - LIFTING: OCCASIONAL, UP TO 20 LBS., UTILIZING BOTH UPPER EXTREMITIES TOGETHER -PUSHING: OCCASIONAL, UP TO 20 LBS., UTILIZING BOTH UPPER EXTREMITIES TOGETHER -PULLING: OCCASIONAL, UP TO 20 LBS., UTILIZING BOTH UPPER EXTREMITIES TOGETHER -CARRYING: OCCASIONAL, UP TO 20 LBS, UTILIZING BOTH UPPER EXTREMITIES TOGETHER THERE WERE NO SIGNIFICANT FINDINGS ASSOCIATED WITH UPPER EXTREMITY PAIN OR MOTOR DEFICITS, BELOW THE LEVEL OF THE SHOULDERS BILATERALLY ON REVIEW OF THE AVAILABLE MEDICAL RECORDS. REACHING- -OVER SHOULDER LEVEL: UNRESTRICTED BILATERAL -TO DESK LEVEL: UNRESTRICTED, BILATERAL -BELOW WAIST LEVEL: UNRESTRICTED BILATERAL THERE WERE NOSIGNIFICANT FINDINGS ASSOCIATED WITH UPPER EXTREMITY PAIN OR MOTOR DEFICITS, BELOW THE LEVEL OF THE SHOULDERS BILATERALLY ON REVIEW OF THE AVAILABLE MEDICAL RECORDS. BILATERAL UPPER EXTREMITIES- -FINE MANIPULATION: UNRESTRICTED, BILATERAL -SIMPLEGRASPING: UNRESTRICTED, BILATERAL -FIRM GRASPING: UNRESTRICTED, BILATERAL THE CLAIMANT IS MANAGED FOR THE CONDITIONS OF CHRONIC INTRACTABLE MIGRAINE, HEADACHE AND OTHER FATIGUE CLIMBING STAIRS: UNRESTRICTED BALANCING: UNRESTRICTED STOOPING: UNRESTRICTED BENDING: UNRESTRICTED KNEELING: UNRESTRICTED CROUCHING: UNRESTRICTED CRAWLING: UNRESTRICTED LADDER CLIMBING: UNRESTRICTED LOWER EXTREMITIES FOR FOOT CONTROLS- UNRESTRICTED THE CLAIMANT IS MANAGED FOR THE CONDITIONS OF CHRONIC INTRACTABLE MIGRAINE, HEADACHE AND OTHER FATIGUE EXPOSURE TO UNPROTECTED HEIGHTS: NEVER EXPOSURE TO UNEVEN OR SLIPPERY SURFACES: NEVER EXPOSURE TO BODIES OF WATER WHERE DROWNING MAY BE A RISK: NEVER 11 EXPOSURE TO ELECTRICAL HAZARDS: NEVER EXPOSURE TO SHARP OBJECTS: NEVER EXPOSURE TO MOVING MECHANICAL PARTS: NEVER THE ABOVE MEDICALLY SUPPORTED RESTRICTIONS AND LIMITATIONS ARE LIKELY TEMPORARY AS OF 11/8/2022

TO - 11/9/2023 AND BEYOND. THE DURATION OF THE OUTLINE RESTRICTIONS/LIMITATIONS IS 6 MONTHS FROM THE DATE OF THIS REPORT. THERE IS EXPECTATION OF CLAIMANT IMPROVEMENT AFTER AN ADDITIONAL SIX (6) MONTHS. THE BASIS FOR THIS OPINION IS THAT THE CURRENT AND/OR PLANNED TREATMENT IS REASONABLY LIKELY TO RESULT IN LESS RESTRICTIONS AND/OR LIMITATIONS FOR THE CLAIMANT BY THE END OF THE (6) MONTH PERIOD. THEREFORE, RE-EVALUATION IN SIX (6) MONTHS WOULD TYPICALLY BE INDICATED/APPLICABLE.

**06/09/2023 8:40 AM - PHONE Note 54**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject : R/C
Text: [06/09/2023 - TROMBLEY, ERIN]R/C TO ADVISED EE THAT VM WAS RECVD. UNFORTUNATELY IT HAD BEEN TOO LONG AND PHYSICIAN WOULD NOT ACCEPT AS AN ADDENDUM SO CLAIM HAD TO GO UNDER FFR W/ ANOTHER PHYSICIAN. ADVISED THIS JUST PUSHES RESULTS BACK BY ABOUT 1 WEEK. ADVISED REVIEW SHOULD BE BACK AROUND NEXT FRIDAY. DISCUSSED TODAY IS CMS LAST DAY SO ONCE REVIEW IS RECVD ON OF CMS TEAM MEMBER WILL REACH OUT TO EE W/ THE RESULTS. EE U/S AND THANKED CM FOR THE C/B. EE WISHED CM LUCK. THANKS EXCHANGED AND C/E.

**06/09/2023 8:37 AM - PHONE Note 53**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject : VM
Text: [06/09/2023 - TROMBLEY, ERIN]VM FROM EE STATING IS WAS 2:30 AM AND SHE WAS AWAKE W/ A POUNDING HEADACHE AND COULDN'T SLEEP. WONDERING IF THERE WAS ANY UPDATE ON HER REQUEST FOR APPEAL YET AND IF THE DOCTOR HAD A CHANCE TO REVIEW EVERYTHING. REALLY HASN'T BEEN FEELING WELL. HOPING FOR A C/B W/ AN UPDATE.

**06/02/2023 8:50 PM - CLAIM Note 85**
Claim/Event/Leave: 12028057
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 6/2/2023 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**05/30/2023 8:50 PM - CLAIM Note 84**
Claim/Event/Leave: 12028057
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 5/30/2023 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**05/30/2023 4:41 PM - PHONE Note 52**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject : CID DISCUSSION
Text: [05/30/2023 - TROMBLEY, ERIN]CALLED EE AND DISCUSSED THAT ALL RECORDS SHE SENT OVER WERE RECVD. CONFIRMED CM COULD READ ALL OVN THAT WERE SENT OVER. DISCUSSED CLAIM WAS BEING SENT OUT FOR ADDENDUM TO REVIEW TO SEE IF CLAIM IS SUPPORTED AND ABLE TO BEREOPENED. ALSO DICUSSED THAT CID IS 11/9/23 SO WILL BE ASSESSING FOR CID AS WELL. DISCUSSED OWN OCC VS AO AND DISCUSSED ROLE OF VOC TEAM. REVIEWED POSSIBLE OUTCOMES OF REVIEW AND DISCUSSED THERE IS A CHANCE CLAIM MAY NOT BE ABLE TO BE REOPENED IF NOT SUPPORTED. EE ASKED ABOUT HER ATTY AND WHEN THEY SHOULD GET INVOLVED? CM ADVISED EE CAN INVOLVE THEM AT ANY TIME. DISCUSSED THAT CLAIM MAY BE HANDLED SOLELY BY ATTY IF EE DIDN'T WANT INVOLVEMENT. EE U/S. EE ASKED IF CLAIM REOPENS WILL CM CONTINUE TO BE ADCM? ADVISED THAT CM IS GOING OUT ON LEAVE SOON SO IF CLAIM IS REOPENED WILL BE REASSIGNED TO SOMEONE ELSE. EE U/S. CM WILL CALL EE ONCE PEER REPORT IS BACK. ADVISED IF CM IS NOT IN THE OFFICE ON OF CMS TEAM MATES WILL CALL EE. EE U/S. HAD NFQTHANKS EXCHANGED AND C/E.

**05/30/2023 3:24 PM - CLAIM Note 83**
Claim/Event/Leave: 12028057
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [05/30/2023 - DOW, KAITLYN]INVOICE RECEIVED ON 5/30/2023 AND DATED 5/26/2023 FROM MRO. INV #69513704 , IN THE AMOUNT OF $40.00 FOR MEDICAL RECORDS FROM MPSI. INVOICE PAID IN FULL.

**05/30/2023 12:44 PM - PHONE Note 51**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject :
Text: [05/30/2023 - TROMBLEY, ERIN]VM FROM EE ADVISING EVERYTHING HAS BEEN UPLOADED VIA PORTAL. UNABLE TO SEE EVERYTHING THAT WAS UPLOADED BUT DID UPLOAD EVERYTHING INCLUDING 4/13 OVN FROM DR. HICKHAM THAT WASN'T LEGIBLE. REQ C/B TO CONFIRM EVERYTHING WASRECVD. THANKED CM FOR EVERYTHING.

**05/30/2023 12:42 PM - CLAIM Note 82**
Claim/Event/Leave: 12028057
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [05/30/2023 - HUSSEY, CAITLIN]AGREE WITH NEURO ADDENDUM AS CLAIM CLOSED NOT TD DUE TO LACK OF INFORMATION. MEDICAL RECORDS HAVE NOW BEEN RECEIVED FOR REVIEW.

**05/30/2023 11:56 AM - CLAIM Note 81**
Claim/Event/Leave: 12028057
NoteSubject : Ref to Other
Other Subject : NEURO PEER
Text: [05/30/2023 - TROMBLEY, ERIN]63YOF, RN, (MED OCC), LDW: 5/7/21, DOD: 5/11/21, LTD BBD: 11/9/21, DX: TREATED FOR VIRAL MENINGITIS AND HEADACHES AND ANXIETY. OOW D/T SEVERE HEADACHES *TX AP: DR. SEGURA (NEUROLOGY), DR. HICKHAM (ID). **NEURO PEER COMPLETED 6/9/22 CONFIRMS EE CONTINUES TO HAVE LIGHT R/LS INCLUDING NO LIFTING OVER 15LBS OCCASIONAL WHICH PRECLUDES EE FROM OWN MED OCC AS REGISTERED NURSE. EE WAS PLACED ON NP FOR UPDATED MR, CSS, RA AND CIF. CM CALLED AP OFFICE AND CX THAT LOV WAS APRIL. AP OFFICE STATES EE CANCELLED NOV AND DID NOT RESCHEDULE ANOTHER ONE/ PEER ADDENDUM COMPLETED ON 11/30 STATES ADDITIONAL RECORDS DO NOT NECESSITATE ANY RESTRICTIONS. EE WAS UNRESPONSIVE AND CLAIM WAS CLOSED NOT TD/FTPP. EE REQUESTED APPEAL 5/24/23W/ ADDITIONAL RECORDS. STATED SHE HAS MORE COMING IN. PROVIDED COMPLETED CSS, RA AND CIF. ADDITIONAL RECORDS RECVD AS OF 5/30/23. CM RECOMMEND NEURO ADDENDUM TO DETERMINE IF ADDITIONAL MR RECVD SUPPORTS R/LS CURRENTLY AND PAST CID 11/9/2023.

**05/30/2023 8:43 AM - CLAIM Note 80**
Claim/Event/Leave: 12028057
NoteSubject : Med Records Rcvd
Other Subject :
Text: [05/30/2023 - TROMBLEY, ERIN]EE SENT IN COPY OF HANDICAP PLACARD ID AND COPY OF LOUISIANA STATE DRIVERS LICENSE. EE ALSO PROVIDED MR FROM DR. SEGURA AND DR. HICKHAM 7/2021-5/2/23. STILL AWATING RESULTS OF BRAIN MRI BEFORE MAKING ANY FURTHER MANAGEMENT DECISIONS. POSSIBLE REFERRAL TO HEADACHE SPECIALIST

**05/26/2023 12:13 PM - PHONE Note 50**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject : VM
Text: [05/26/2023 - TROMBLEY, ERIN]EE CALLED IN STATING SHE GOT ALL OF HER RECORDS AND WILL BE MEETING HER DAUGHTER LATER TODAY AND SHE WILL HELP UPLOAD TO HER PORTAL TONIGHT. REQUESTED C/B TO CONFIRM RECEIPT OF VM. *R/C AT ADVISED GOT EESVM. EE STILL NEEDS TO REACH OUT TO PORTAL HELP DESK FOR HELP GETTING ACCESS. STATES SHE WAS ABLE TO GET ALL RECORDS AND WILL UPLOAD EVERYTHING. STATES CM SHOULD HAVE IT ALL BY MONDAY. ADVISED THAT MONDAY IS A HOLIDAY SO CM WILL SEE THEM TUESDAY. EE U/S. STATES HER MRI STIL ISN'T SCHEDULED YET AND EXPRESSED WORRY ABOUT DR. HICKAMS MISTAKE STATING SHE HAD MIGRAINES HER WHOLE LIFE. CM ADVISED WE ASSESS HER CURRENT STATUS AND HOW SHE IS DOING NOW. LIKELY THAT WILL NOT HAVE ANY IMPACT ON CLAIM. EE U/S. NFQ THANKS EXCHANGED AND C/E.

**05/25/2023 1:45 PM - PHONE Note 49**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject :
Text: [05/25/2023 - TROMBLEY, ERIN]CALLED EE TO CONFIRM RECEIPT OF REQ TO APPEAL. ADVISED RECVD RECORDS ATTACHED TO APPEAL. EE WANTED TO CLARIFY ONE OF THE NOTES FROM DR. HICKAM STATES SHE HAS NOT HAD HEADACHES HER WHOLE LIFE. STATES SHE JUST HASN'T HAD ACHANCE TO ASK AP TO FIX IT. STATES SHE HAD HEADACHES WHEN SHE FIRST GOT HER PERIOD AS A TEENAGER BUT NEVER ACTUALLY HAD MIGRAINES. THINKS AP MISUNDERSTOOD. DID HAVE A MIGRAINE IN HER 30S BUT THAT'S HER HX WITH HEADACHES PRIOR TO ENCEPHALITIS. STATESDR. RABITO REALLY THINKS ENCEPHALITIS WAS FROM J&J VACCINE BUT NEUROLOGIST DISAGREES W/ THIS AND THINKS IT'S LIKELY FROM VIRAL MENINGITIS. EE STATED SHE JUST WANTS TO BE UP FRONT AND LET CM KNOW. CM THANKED FOR CLARIFICATION WILL PUT A NOTE IN CLAIM. ADVISED THAT OVN FROM DR. HICKAM DATED 4/14/23 IS UNREADABLE. POOR QUALITY. EE STATES SHE WILL RESEND THAT NOTE OVER. WORKING ON GETTING INTO HER LINCOLN PORTAL TO UPLOAD STUFF BUT HER HUSBAND WHO PASSED HAD CREATED THE ACCOUNT SO SHE IS NOT SURE WHAT HER USERNAME IS AND CAN'T CHANGE PASSWORD. CM ADVISED EE SHOULD REACH OUT TO PORTAL HELP DESK, CM SENT EMAIL THE OTHER DAY W/ PORTAL HELP DESK PHONE NUMBER. EE LOCATED THIS NUMBER AND WILL WORK ON GETTING IN. CM ASKED IF EE WAS ABLE TO GET RECORDS FROM DR. SEGURA? ADVISED CM ONLY HAS 5 CALENDAR DAYS TO TAKE ACTION ON HER APPEAL REQUEST. ADVISED WE HAVE UNTIL MONDAY. IF RECORDS RECVD BY THEN CM CAN JUST SEND CLAIM FOR A REVIEW TO DETERMINE IF WE ARE ABLE TO REOPEN BUT IF NOT THEN WILL HAVE TOSEND OVER TO CRU FOR FURTHER HANDLING OF CLAIM. EE STATES SHE DOES NOT WANT CLAIM TO MOVE AND WANTS TO STAY W/ CM AS CM KNOWS HER. ADVISED CAN REQUEST RECORDS FROM AP OFFICE BUT UNSURE HOW SOON WE COULD GET THEM. CM SENT EE AN UPDATED AUTH AND EE SIGNED IT WHILE ON THE PHONE. UPDATED AUTH NOW ON FILE. CM WILL SEND REQ TO AP OFFICE AND ATTEMPT TO CALL TODAY TO SEE IF THEY CAN SEND OVER NOTES. EE ALSO PLANS TO GO TO AP OFFICE AND TRY TO OBTAIN THEM AND UPLOAD THEM TO THE PORTAL. ONCE RECORDS RECVD CM CAN SEND CLAIM FOR REVIEW. EE U/S. WILL KEEP CM UPDATED. EE ADVISED CM SHOULD S/W ANGELA FOR RECORDS. THANKS EXCHANGED AND C/E.

**05/25/2023 1:32 PM - CLAIM Note 79**
Claim/Event/Leave: 12028057
NoteSubject : Appeal
Other Subject : REQ TO APPEAL
Text: [05/25/2023 - TROMBLEY, ERIN]RECVD REQUEST TO APPEAL CLOSURE W/ ADDITIONAL RECORDS FROM DR. RABITO AND DR. HICKUM DATED 1/19/23- 4/4/23. OVN FROM DR. HICKUM DATED 4/14/23 UNREADABLE.

**05/25/2023 1:30 PM - CLAIM Note 78**
Claim/Event/Leave: 12028057
NoteSubject : LTR to AP
Other Subject :

Other Subject :
Text: [05/25/2023 - TROMBLEY, ERIN] SENT LETTER REQUEST-PROVIDER-MEDICAL TO DR. ENRIQUE SEGURA VIA FAX AT 5044565172. INCLUDED ATTACHMENT(S): AUTHORIZATION.

**05/25/2023 1:25 PM - DOCUMENT Note 7**
Claim/Event/Leave: 12028057
NoteSubject : eSignature
Other Subject : Document Signed

**05/25/2023 1:21 PM - DOCUMENT Note 6**
Claim/Event/Leave: 12028057
NoteSubject : eSignature
Other Subject : Document Requested

**05/24/2023 11:24 AM - PHONE Note 48**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject :
Text: [05/24/2023 - TROMBLEY, ERIN]S/W EE AND ADVISED DID NOT HAVE ANY MR ON FILE EE STATING SHE SENT OVER. ADVISED ONLY THING RECVD WAS FORMS THAT EE SENT LAST WEEK. EE STATES THAT'S A PROBLEM THESE WERE SENT LAST WEEK. CM ASKED WHAT EXACTLY WAS SENT LASTWEEK? VM STATES EES DAUGHTER UPLOADED THEM YESTERDAY. EE STATES SHE UPLOADED SOME YESTERDAY AND DR. SIGURA ISN'T RELEASING RECORDS WHICH IS ALSO A PROBLEM. CM RECOMMENDED EE ATTEMPT TO UPLOAD DOCUMENTS TO PORTAL. CONFIRMED MYLINCOLNPORTAL.COM AND EEASKED CM TO EMAIL INFO FOR PORTAL HELP DESK. EE WILL WORK ON UPLOADING INFO TODAY AND TRY TO GO TO DR. SIGURAS OFFICE. EE ASKED IF FORM RECVD STATING SHE APPEALS WAS RECVD? CM ADVISED ONLY THING RECVD WAS LTD FORMS SENT LAST WEEK BY EES DAUGHTER. EESTATES SHE WILL WORK ON THIS LETTER TODAY AND UPLOAD IT TO PORTAL. CM WILL KEEP AN EYE OUT FOR INFO. NFQ THANKS EXCHANGED AND C/E.
[05/24/2023 - TROMBLEY, ERIN]*LETTER W/ PORTAL INFO SENT

**05/24/2023 11:06 AM - PHONE Note 47**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject :
Text: [05/24/2023 - TROMBLEY, ERIN]EE CALLED TO ADVISE CM SHOULD HAVE RECORDS FROM ENRIQUE SIGURA, FRANK RABETOS AND MICHAEL HICKUMS. IF CM DOESN T HAVE INFO C/B. NOT SURE IF CM NEEDS PLACARD HANGING IN CAR. HAS ID. GOT MESSAGE THAT THINGS WERE LEGIBLE. HASN T SENT BACK EAST JEFFERSON HOSPITAL RECORDS. WAS GOING TO REFAX BUT WILL WAIT FOR CM TO C/B FIRST. ENRIQUE SIGURA WAS FAXED, SCANNED DOCUMENTS FROM FRANK RABETO AND MICHAEL HICKUMS. ENRIQUE SIGURE DID NOT WANT TO RELEASE RECORDS TO HER. MAY GO INAND SIGN RELEASE FORM W/ THEM. DR. SIGURA IS THE BIG DOCTOR THAT EXPLAINS WHAT GOING ON. MICHAEL HICKUM IS JUST TO SHOW SHE GETS INJECTIONS IN HEAD. NOT SURE IF CM NEEDS RECORDS FROM CVS BUT SHES TAKING AMITRIPTYLINE, QUILIPTO AND NEURDATEC. SHOULD HAVE RECVD RELEASE TO SPEAK W/ ATTY. THIS IS IMPORTANT NEEDS TO CONFIRM THIS WAS RECVD.

**05/19/2023 11:49 AM - PHONE Note 46**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject :
Text: [05/19/2023 - TROMBLEY, ERIN]CALLED EE BACK AT ADVISED ALL INFO RECVD HAS BEEN LEGIBLE NO ISSUES READING IT. HAVE NOT RECVD ANYTHING FROM DR. SEGURA AS OF THIS MORNING. EE CAN C/B LATER TODAY OR MONDAY AS IT CAN TAKE APPROX. 24 HRS TOGET INTO CLAIM.

**05/19/2023 11:46 AM - PHONE Note 45**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject :
Text: [05/19/2023 - TROMBLEY, ERIN]VM FROM EE THANKING FOR FORMS BEING SENT. CM SHOULD BE RECVING MORE INFO AS SHE SENT IN OVN. HAS ONE MORE PROVIDER INFO TO GET. FEELING A LITTLE BETTER TODAY BUT DOESN'T LIKE TO DO THINGS WHEN SHE HAS HEADACHES. WILL COMPLETE FORM AND SCAN IT IN. WANTED R/C TO CONFIRM ALL INFO RECVD SO FAR IS LEGIBLE. *SECOND VM - ENT THAT GIVES BOTOX INJECTIONS RELEASED RECORDS AS WELL AS INFECTIOUS DISEASE AND EAST JEFFERSON. NEUROLOGY WOULD NOT RELEASE RECORDS BUT TOLD EE THEY FAXED LAST 3 VISITS TO LFG. WON'T PUT INFO IN EES HANDS. EE WANTING TO CONFIRM RECORDS FROM ENRIQU SAGURAS HAVE BEEN RECVD. ALSO WANTED TO KNOW IF WE NEED PRINT OUT FROM CVS. WANTS TO MAKE SURE ALL INFO WAS RECVD ESPECIALLY ENRIQUE SEGURA AS HE IS THE MAIN DOCTOR.

**05/18/2023 8:41 AM - PHONE Note 44**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject :
Text: [05/18/2023 - TROMBLEY, ERIN]VM FROM EE STATING SHE WOULD LIKE AQ FORM TO COMPLETE AFTER SPEAKING W/ LEGAL AND BEING REFERRED TO DISABILITY PERSON. REQUESTED EMAIL OF COPY OF AQ TO COMPLETE AND WANTS TO KNOW WHAT THE EMAIL WILL COME UNDER. REQ C/B. AT *CM R/C AT NO ANSWER. LVM ADVISING FORM EMAILED AND EMAIL WOULD COME IN AS LFGNOTIFICATIONS@LFG.COM. CONFIRMED RECEIPT OF FORMS SHE SENT IN W/ NOTES ON THEM. C/B W/ QUESTIONS.

**05/18/2023 8:36 AM - CLAIM Note 77**

Claim/Event/Leave: 12028057
NoteSubject : Other
Other Subject : NOTE FROM EE
Text: [05/18/2023 - TROMBLEY, ERIN]RECVD TPA FOR GNO LEGAL, CIF AND CSS. NOTED ANY TIME DOCTORS APPT. HAS BEEN CANCELLED IS BECAUSE EE TOO SICK TO GET OUT OF BED D/T HEADACHE. ANY APPT. THAT'S CANCELLED IS RESCHEDULED AT LATER DATE. CURRENTLY BEDRIDDEN W/HEADACHE 3-4 DAY PER WEEK IN BED ENTIR DAY. NEXT MRI IS SOON. WILL LLET CM KNOW THE DATE. ON 3 HEADACHE MEDS AND BOTOX INJECTIONS.

**05/16/2023 3:20 PM - PHONE Note 43**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject :
Text: [05/16/2023 - TROMBLEY, ERIN]EE STATES SHE PROVIDED INFO. STATES SHE'S SEEN INFECTIOUS DISEASE AND THEY ARE DOING SOME TESTS. POSSIBLY TESTING FOR LYME. MAY DO A REPEAT SPINAL TAP. LOV W/ SEGURA WAS IN MAY. HAS A REPEAT MRI. NO SCHEDULED YET. SEEINGDR. HICUM (ENT) GIVES EE BOTOX. STATES SHE GRINDS TEETH. WAKES UP W/ HEADACHES A LOT. IF SHE STAYS STILL AND KEEP LIGHTS AND NOISE DOWN CAN GET UP IN THE EVENING. ON 3 DIFFERENT HEADACHE MEDICATIONS. TAKES NEURETC AND UBREVLY WHEN SHE HAS HEADACHES.NEUROLOGIST STATES IF THEY CAN'T GET HEADACHES UNDER CONTROL MAY SEND EE TO HEADACHE SPECIALIST. STATES SHE SENT INFO OVER BUT FORGOT TO SEND A LETTER STATING SHE'S APPEALING. STATES SHE IS SENDING INFO OVER GIVING AUTHORIZATION TO S/W ATTY BUT HASN'T RETAINED THEM. DISCUSSED EE SHOULD GET OVN TOGETHER TO SUBMIT W/ APPEAL. ADVISED ANY RECORDS FROM 4/12/22 AND GOING FORWARD IS WHAT IS NEEDED. ADVISED LETTER NEEDS TO STATE EE IS APPEALING REQUEST. EE THANKED. NFQ THANKS EXCHANGED AND C/E.

**05/16/2023 1:49 PM - PHONE Note 42**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject :
Text: [05/16/2023 - TROMBLEY, ERIN]CALLED EE AT NO ANSWER. LVM ADVISING FORM SHE IS REFERRING TO IS THE AQ. THIS WAS NOT EXPIRED AT THE TIME OF CLAIM CLOSURE THEREFORE WAS NOT INCLUDED ON NP. EE THINKS SHE WOULD LIKE TO COMPLETE A NEW ONE CM IS HAPPY TO SEND BLANK FORM BUT THIS FORM JUST EXPIRED AS OF 4/2023. AS FAR AS RECORDS, CM DOESN'T SEE ANYTHING NEW IN CLAIM. CAN TAKE 1-2 DAYS TO SHOW UP IN CLAIM HOWEVER. IF EE WOULD LIKE TO CALL IN A COUPLE OF DAYS TO CHECK STATUS SHE IS WELCOMETO. C/B W/ ADDITIONAL QUESTIONS.

**05/16/2023 1:44 PM - PHONE Note 41**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject :
Text: [05/16/2023 - TROMBLEY, ERIN]ANOTHER VM FROM EE ADVISING SHE DIDN'T KNOW HOW TO SCAN AND DAUGHTER WAS DOING IT. CM SHOULD RECV EMAIL FROM DAUGHTY JILLY264 SENT FROM HER OFFICE THIS MORNING. BIG CONCERN ABOUT NONE OF THE PAPERS ASKING HOW SHES DOING.NO FORMS ASKING HOW LONG SHE CAN WALK OR STAND FOR. JUST CONFUSED. GOING TO GRADUATION AND THEN WILL COME HOME AND LAY DOWN. JUST WANTS TO MAKE SURE EVERYTHING IS CORRECT. REQ C/B.

**05/16/2023 1:40 PM - PHONE Note 40**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject :
Text: [05/16/2023 - TROMBLEY, ERIN]VM FROM EE ADVISING HER DAUGHTER SENT OUT INFO THROUGH EMAIL BY HER DAUGHTER. CAN GO HAVE THINGS FAXED TOO. CONFUSED ABOUT PAPERWORK. FILLED OUT INFO TO TALK TO ATTY AND INFO ABOUT DOCTORS. USUALLY IN BED IF SHE MISSES APPTS. D/T HEADACHES. SAW ANOTHER DOCTOR FOR INFECTIOUS DISEASE. HAS ANOTHER MRI COMING UP. THOUGHT WE NEEDED FORM ABOUT ACTIVITIES OF DAILY LIVING SO IF WE NEED THIS INFO PLEASE LET HER KNOW. NOT DRIVING MUCH. HAS SOMEONE TAKIGN HER TO GRANDSONS GRADUATION BUT CAN GO TO OFFICE DEPOT OR SOMETHING. THINKS SHE SHOULD HAVE HAD THESE FORMS. LIVING WITH HEADACHES DAILY. NEITHER DOCTORS SAYS SHE IS ABLE TO RTW. TRIED TO GET A DESK JOB AT THE BIGGINING OF THE YEAR AT CHILDRENS BUT JOB SHE WAS UPPOSED TOLOOK FOR IS SUPPOSED TO BE A DESK JOB. COULDN'T FIND ONE OF THOSE JOBS AND DOESN'T THINK SHE WOULD HAVE BEEN ABLE TO DO IT ANYWAY 5 DAYS A WEEKS DRIVING TO WORK. CAN DRIVE SOMETIMES. HOPES SHES NOT MISSING ANY INFO THE PACKET OF PAPERS SHE FILLED OUTFOR PERMISSION TO S/W ATTY BUT NO FORMS FOR ADLS BUT PUT NOTES IN HER PAPERWORK. REQ C/B IF SHE IS MISSING FORMS.

**04/12/2023 3:45 PM - CLAIM Note 76**
Claim/Event/Leave: 12028057
NoteSubject : LTR to EE
Other Subject :
Text: [04/12/2023 - TROMBLEY, ERIN]CLOSURE LETTER AND FORMS RESENT TO EES EMAIL.

**04/12/2023 3:44 PM - PHONE Note 39**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject :
Text: [04/12/2023 - TROMBLEY, ERIN]EE LEFT MLTPL VM ADVISING NEEDING C/B TO DISCUSS. HAS HAD MLTPL APPTS AND IS NOT CLEARED FOR RTW. CM R/C AND S/W EE. REPORTS SHEHAS BEEN SEEN BY A COUPLE PROVIDERS AND IS NOT CLEARED TO RTW D/T DEBILITATING HEADACHES ANDIS BED RIDDEN FOR MULTIPLE DAYS IN A WEEK. ORDERED

ANOTHER MRI AND CHANGING MEDICATIONS. EE WENT BACK AND SAW INFECTIOUS DISEASE AND THEY ORDERED A BUNCH OF TESTS. EE HAS BEEN SEEN TWICE AND HAS ANOTHER OV IN MAY. EE WANTED CM TO RESENT FORMS THAT NEEDED TO BE COMPLETED AS SHE COULDN'T LOCATE THEM IN HER EMAIL. STATES SHE TRIED TO GO SOMEWHERE TO PRINT THEM BUT COULDN'T FIND THE EMAIL. STATES SHE DOES HAVE AN ATTY AND ASKED IF THEY ARE ABLE TO SEND INFO IN? CM ADVISED IF EE WANTS ATTY TO HAVE CONTACT W/ US AND FOR US TO BE ABLE TO CONTACT THEM REGARDING HER CLAIM TPA WILL NEED TO BE ON FILE. CM ADVISED WILL EMAIL COPY OF CLOSURE LETTER, FORMS AND TPA TO EES EMAIL. EE ALSO ASKED WHERE INFO CAN BE SENT? CM ADVISED WRITTEN APPEAL REQUEST NEEDSTO BE SENT EITHER TO INFO ON CLOSURE LETTER OR CAN EMAIL/FAX/UPLOAD TO PORTAL. EE U/S. DISCUSSED THAT CM WILL SEND LETTER W/ ALL INFO AND PROVIDED EE W/ PORTAL HELP DESK PH# IN CASE EE UNABLE TO GET INTO PORTAL. EE THANKED. STATES HER HEADACHES HAVEBEEN BAD. WILL SEND INFO ON AS SHE KNOWS SHE NEEDS TO GET IT IN SOON. EE HAD NFQ THANKS EXCHANGED AND C/E.

**03/10/2023 3:49 PM - PHONE Note 38**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject :
Text: [03/10/2023 - TROMBLEY, ERIN]VM FROM EE ADVISING SHE WILL BE SEEING NEUROLOGIST IN MAY AND ALSO GOING TO SEE INFECTIOUS DISEASE DOCTOR. WORKING ON HER APPEAL. WANTED TO COMPLETE PAPERWORK AND PROVIDED EMAIL ADDRESS TO SEND PAPERWORK NEEDED. REQ C/B.* CALLED EE AT EE STATES SHE HAS BEEN TRYING TO GET INTO NEUROLOGIST BECAUSE HER HEADACHES HAVE BEEN GETTING BAD AGAIN. STATES SHE KEEP MISSING PHONE CALLS BECAUSE SOMETHING IS WRONG WITH HER PHONE. ALSO STATES SHE HAS NOT LET HER LICESES LAPS AND HAS KEPT EVERYTHING UP. WANTS TO RTW BUT JUST CAN'T PULL 12 HR SHIFTS. CM ADVISED WILL EMAIL FORMS AND INCLUDE EMAIL TO SEND THEM TO. NFQ THANKS EXCHANGED AND C/E

**01/10/2023 1:10 PM - OVERPMT Note 1**
Claim/Event/Leave: 12028057
NoteSubject : OP/SS
Other Subject : SS PENDING
Text: [01/10/2023 - CARMICHAEL, CHERYL]REFERRAL CLOSED. FILE CURRENTLY WITH VENDOR (BROWN & BROWN). IF AWARDED WILL RE-OPEN REFERRAL AND CALC OVERPAYMENT.

**12/27/2022 2:45 PM - PHONE Note 37**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject :
Text: [12/27/2022 - TROMBLEY, ERIN]CALLED EE AT NO ANSWER. LVM ADVISING CM RECVD EES VM. IF EE HAS ADDITIONAL INFO SHE WOULD NEED TO SUBMIT IT WITH A REQUEST FOR APPEAL IN ORDER FOR CLAIM TO BE CONSIDERED FOR REOPEN. C/B W/ ANY QUESTIONS.

**12/27/2022 2:43 PM - PHONE Note 36**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject :
Text: [12/27/2022 - TROMBLEY, ERIN]EE LVM ADVISING SHE SAW NEUROLOGIST WHO DID NOT UNDERSTAND WHY EE IS NO LONGER SUPPORTED. STATES HE WOULD TRY EE AT A SEDENTARY JOB MAYBE A PRN JOB BUT CAN'T PREDICT THE FUTURE. AP NOT SURE IF EE WOULD EVER BE ABLE TO RTWD/T WHAT EE HAS. REQ C/B.

**12/23/2022 2:52 PM - PHONE Note 35**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject : CLAIM
Text: [12/23/2022 - ROBINSON, DAVINA]EE LUCIA ROMAGOSA ER CHILDRENS HOSPITAL NEW ORLEANS DOB - SSN PHONE - EE - CALLED ABOUT HER CLAIM SENT TO DCM FOR HER CLOSED STD

**12/12/2022 8:50 PM - CLAIM Note 75**
Claim/Event/Leave: 12028057
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY PENDING HAS BEEN RECEIVED AND ASSIGNED TO REBEKAH LATOUR.

**12/12/2022 9:30 AM - CLAIM Note 74**
Claim/Event/Leave: 12028057
NoteSubject : Social Security
Other Subject : SSDB
Text: [12/12/2022 - HERTERICH, KIMBERLY]LTD CLAIM CLOSED. PER BB PORTAL, SSDB CLAIM STILL PENDING AT RECON LEVEL. SENT CLOSED CLAIM WITH SSDB CLAIM PENDING LETTER, CLOSING SS REFERRAL

**12/09/2022 8:50 PM - CLAIM Note 73**
Claim/Event/Leave: 12028057
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY PENDING.WITH A REASON OF .COMMENTS: N/A

**12/08/2022 1:22 PM - CLAIM Note 72**

**12/08/2022 1:22 PM - CLAIM Note 72**
Claim/Event/Leave: 12028057
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [12/08/2022 - MUELLER, JACQUELINE]INVOICE RECEIVED ON 12/01/2022 AND DATED 11/30/2022 FROM EXAM COORDINATORS NETWORK INV # BOCA 166759 IN THE AMOUNT OF $200.00 FOR NEURO PEER REVIEW ADDENDUM BY LEON MEYTIN INVOICE PAID IN FULL.

**12/07/2022 5:04 PM - PHONE Note 34**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject :
Text: [12/07/2022 - TROMBLEY, ERIN]EE CALLED IN STATING SHE HAD A MISSED CALL AND ONLY HEARD PART OF THE MESSAGE THAT WAS LEFT SAYING CLAIM WAS CLOSED. STATES HER RINGER IS BROKEN. STATES SHE IS STILL GETTING HEADACHES. HAS A HAD A DIFFICULT YEAR. HUSBANDPASSED AWAY. EE STATES IT ISN'T EASY TO GET INTO THE DOCTORS AND WAS REFERRED TO ANOTHER DOCTOR BUT DOESN'T KNOW THE INFORMATION. EE ASKED WHAT SHE NEEDS TO DO TO KEEP HER CLAIM OPENED. CM ADVISED CLAIM HAS BEEN CLOSED AND EE WILL NEED TO SUBMIT AN APPEAL. ADVISED IF EE SUBMITS AN APPEAL WITH NO ADDITIONAL INFORMATION CLAIM WILL BE TURNED OVER TO APPEALS. IF EE SUBMITS AN APPEAL WITH ADDITIONAL INFO CM CAN REVIEW AND IF UNABLE TO MAKE DETERMINATION BASED ON INFO IT WOULD GO TO APPEALS. RECOMMENDEE PROVIDE ADDITIONAL INFO W/ APPEAL TO SPEAK UP THE PROCESS AND HAVE A BETTER CHANCE AT A TURN OVER. EE IS GOING TO TRY TO GET IN TO SEE HER DOCTOR ASAP. CM ADVISED LETTERS WERE SENT TO EE AND CONFIRMED MAILING ADDRESS. EE STATES NOTHING HAS CHANGED BUT SHE COULD HAVE PUT IT DOWN AND NOT PAID ATTENTION. CM OFFERED TO EMAIL A COPY OF LETTER TO EE SO IT DOESN'T GET MISPLACED. EE CONFIRMED EMAIL ADDRESS ON FILE. CM RESENT LETTER VIA EMAIL. EE WILL CALL W/ FURTHER QUESTIONS. ASKED IF SHE NEEDED TOINVOLVE HER ATTY. CM ADVISED EE CAN IF SHE WOULD LIKE BUT IS NOT REQUIRED. NFQ THANKS EXCHANGED AND C/E.

**12/05/2022 12:47 PM - PHONE Note 33**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject : CLOSURE
Text: [12/05/2022 - TROMBLEY, ERIN]CALLED EE AT NO ANSWER. LVM ADVISING CLAIM CLOSED FOR LACK OF INFORMATION AND MEDICAL REVIEW BASED ON RECORDS ON FILE.

**12/05/2022 10:52 AM - CLAIM Note 71**
Claim/Event/Leave: 12028057
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [12/05/2022 - HUSSEY, CAITLIN]AGREE WITH NOT TD OWN OCC / FTPP / FTPI DETERMINATION AS NOTED. EE HAS BEEN UNRESPONSIVE AND WE ARE UNAWARE OF ALTERNATE PHYSICIANS FOR MEDICAL RECORDS. MEDICAL RECORDS ON FILE WERE REVIEWED AND NO R/LKS ARE SUPPORTED

**12/05/2022 10:28 AM - CLAIM Note 70**
Claim/Event/Leave: 12028057
NoteSubject : Closed
Other Subject : REF FOR REVIEW
Text: [12/05/2022 - TROMBLEY, ERIN]63YOF, RN, (MED OCC), LDW: 5/7/21, DOD: 5/11/21, LTD BBD: 11/9/21, DX: TREATED FOR VIRAL MENINGITIS AND HEADACHES AND ANXIETY. OOW D/T SEVERE HEADACHES *TX AP: DR. SEGURA (NEUROLOGY), DR. VOIGT (HA SPECIALIST- CONTACT INFO REMAINS O/S AFTER SEVERAL ATTEMPTS AT OBTAINING. *TX PLAN: R/LS FORM DATED 4/12/22 GIVES EE SED-LIGHT WORK CAPACITY AND CLEARS EE FOR SURGERY (UNKNOWN). **NEURO PEER COMPLETED 6/9/22 CONFIRMS EE CONTINUES TO HAVE LIGHT R/LS INCLUDING NO LIFTING OVER 15LBS OCCASIONAL WHICH PRECLUDES EE FROM OWN MED OCC AS REGISTEREDNURSE. CM CALLED AP OFFICE AND CX THAT LOV WAS APRIL. AP OFFICE STATES EE CANCELLED NOV AND DID NOT RESCHEDULE ANOTHER ONE. PEER ADDENDUM COMPLETED ON 11/30 STATES ADDITIONAL RECORDS DO NOT NECESSITATE ANY RESTRICTIONS. CM RECOMMENDS CLOSURE NOT TD.

**12/05/2022 9:10 AM - CLAIM Note 69**
Claim/Event/Leave: 12028057
NoteSubject : Med Records Rcvd
Other Subject : PEER ADDENDUM
Text: [12/05/2022 - TROMBLEY, ERIN]NEUROLOGY PEER STATES: APS BY ENRIQUE SEGURA ON 10/26/22 STATES CLAIMANT HAS FATIGUE, COGNITIVE SYMPTOMS, AND HEADACHES AND REQUIRES WORK RESTRICTIONS. HOWEVER, NO ACTUAL OFFICE NOTES ARE PROVIDED SO IT S UNCLEAR WHY THECLAIMANT SPECIFICALLY REQUIRES RESTRICTIONS. THUS, NO NEUROLOGICAL RESTRICTIONS ARE BEING PLACED AT THIS TIME. THE TYPICAL TREATMENT FOR HEADACHES IS TO FOLLOW UP WITH NEUROLOGY TO MAKE MEDICATION ADJUSTMENTS

**11/21/2022 2:32 PM - CLAIM Note 68**
Claim/Event/Leave: 12028057
NoteSubject : Ref to Other
Other Subject : REQUEST FOR ADDENDUM
Text: [11/21/2022 - TROMBLEY, ERIN]GOOD AFTERNOON, I WOULD LIKE TO REQUEST AN ADDENDUM PEER REVIEW FROM NEUROLOGY FOR THIS CLAIM. THE PRIOR PEER WAS COMPLETED ON 6/9/2022 BY DR. LEON MEYTIN. QUESTIONS: PLEASE REVIEW THE ADDITIONAL MEDICAL RECORDSRECEIVED AND DETERMINE IF ANY RESTRICTIONS OR LIMITATIONS ARE APPROPRIATE BASED UPON THE MEDICAL EVIDENCE PROVIDED. IF THERE ARE RESTRICTIONS AND LIMITATIONS, WHAT IS THE EXPECTED DURATION? PLEASE COMMENT ON WHAT APPROPRIATE TREATMENT FOR THIS CONDITION IS. THIS CLAIMANT HAS CANCELLED ALL UPCOMING APPOINTMENTS AND HAS NO FURTHER APPOINTMENTS SCHEDULED. I HAVE

ATTACHED THE ADDITIONAL MEDICAL. THANK YOU!

**11/21/2022 12:19 PM - PHONE Note 32**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject :
Text: [11/21/2022 - TROMBLEY, ERIN]CALLED EE AT NO ANSWER. LVM AND ADVISED ON SUSPENSION OF BENEFITS AND INFO NEEDED.[11/21/2022 - TROMBLEY, ERIN]SUSPENSION LETTER SENT

**11/21/2022 11:43 AM - CLAIM Note 67**
Claim/Event/Leave: 12028057
NoteSubject : Other
Other Subject : P2 REVIEW
Text: [11/21/2022 - BURKE, MANDI]AGREE WITH SUSPENSION FOR OUTSTANDING INFO. ALSO RECOMMEND ADDENDUM PEER REVIEW WITH INFO RECEIVED BEYOND JUNE 2022 PEER.

**11/21/2022 10:45 AM - CLAIM Note 66**
Claim/Event/Leave: 12028057
NoteSubject : Notice/Proof Review
Other Subject : DAY 45
Text: [11/21/2022 - TROMBLEY, ERIN]63YOF, RN, (MED OCC), LDW: 5/7/21, DOD: 5/11/21, LTD BBD: 11/9/21, DX: HEADACHES. *TX AP: DR. SEGURA (NEUROLOGY), DR. VOIGT (HA SPECIALIST- CONTACT INFO REMAINS O/S AFTER SEVERAL ATTEMPTS AT OBTAINING. *TX PLAN: R/LS FORM DATED 4/12/22 GIVES EE SED-LIGHT WORK CAPACITY AND CLEARS EE FOR SURGERY (UNKNOWN). **NEURO PEER COMPLETED 6/9/22 CONFIRMS EE CONTINUES TO HAVE LIGHT R/LS INCLUDING NO LIFTING OVER 15LBS OCCASIONAL WHICH PRECLUDES EE FROM OWN MED OCC AS REGISTEREDNURSE. EE PLACED ON NP FOR CLINICAL UPDATE, CIF, CSS, RA AND UPDATED MR. MULTIPLE CONTACT ATTEMPTS MADE W/ NO RESPONSE. DUPLICATE RECORDS RECVD FROM LOV IN APRIL W/ DR. SEGURA. APS WAS RECVD ADVISING EE UNABLE TO RTW. CM CALLED AP OFFICE AND CX THATLOV WAS APRIL. AP OFFICE STATES EE CANCELLED NOV AND DID NOT RESCHEDULE ANOTHER ONE. NO FORMS RECVD. CM RECOMMEND SUSPEND BENEFITS AS THERE ARE NO UPDATED RECORDS ORTHER THAN APS TO REVIEW FOR ONGOING SUPPORT AND NO UPDATE ON EES CONDITION.

**11/07/2022 12:11 PM - CLAIM Note 65**
Claim/Event/Leave: 12028057
NoteSubject : Social Security
Other Subject : SSDB
Text: [11/07/2022 - HERTERICH, KIMBERLY]PER BB PORTAL, INITIAL APP DENIED ON 9/5/2022, RECON APP FILED ON 11/1/2022. SET F/U TASK TO REVIEW STATUS OF SSDB CLAIM.

**11/04/2022 3:35 PM - CLAIM Note 64**
Claim/Event/Leave: 12028057
NoteSubject : Notice/Proof Review
Other Subject : DAY 29
Text: [11/04/2022 - TROMBLEY, ERIN]CALLED EE AT NO ANSWER. LVM ADVISING OF NEEDING UPDATE AND CONTACT W/ EE AS WELL AS UPDATED FORMS. REMINDED OF DUE DATES. ******LETTER SENT. *****RECORDS FROM AP HAVE BEEN RECVD AND EE HAS NOV SCHEDULED ATTHIS TIME.

**11/03/2022 8:16 AM - CLAIM Note 63**
Claim/Event/Leave: 12028057
NoteSubject : Med Records Rcvd
Other Subject : DR. SEGURA
Text: [11/03/2022 - TROMBLEY, ERIN]DUPLICATE OVN DATED 4/12 RECVD

**11/02/2022 10:45 PM - NOTIFICATION Note 8**
Claim/Event: 12028057
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name 1 : Lincoln Financial Group: Claim 12028057. Benefit payment for 10/09/2022 through 11/08/2022 in the net amount of $4,160.00 has issued. Please allow 7 days for US Postal delivery or 3 days for direct deposit. For direct deposit, visit MyLincolnPortal.com to view your statement.
**TEXT Life Cycle**
Sent ON: 11/02/2022 10:45 PM EST
Current Status: DELIVERED
Delivered ON: 11/03/2022 11:01 AM EST

**11/01/2022 5:04 PM - CLAIM Note 62**
Claim/Event/Leave: 12028057
NoteSubject : Social Security
Other Subject : RECON FILED
Text: [11/01/2022 - TROMBLEY, ERIN]RECON FILED W/ BROWN AND BROWN AS CLAIMANT WAS DENIED SS ON 9/5.

**11/01/2022 11:03 AM - CLAIM Note 61**
Claim/Event/Leave: 12028057
NoteSubject : Other
Other Subject : VENDOR PAYMENT

Text: [11/01/2022 - ALVELO LOPEZ, ASHLEY]INVOICE RECEIVED ON 10/31/2022 AND DATED 10/28/2022 FROM MRO. INV #61776924 , IN THE AMOUNT OF $25.00 FOR MEDICAL RECORDS FROM MPSI-EJ NEUROLOGICAL ASSOCIATES . INVOICE PAID IN FULL.

**11/01/2022 9:48 AM - PHONE Note 31**
Claim/Event/Leave: 12028057
NoteSubject : Called AP
Other Subject : DR. SEGURA
Text: [11/01/2022 - TROMBLEY, ERIN]CALLED AP OFFICE TO CONFIRM NOV. S/W OFFICE STAFF WHO STATES EE CANCELLED SEPTEMBER OV AND DOES NOT HAVE ANOTHER ONE SCHEDULED. CONFIRMED LOV WAS IN APRIL. THANKS EXCHANGED AND C/E.

**10/27/2022 4:39 PM - CLAIM Note 60**
Claim/Event/Leave: 12028057
NoteSubject : Med Records Rcvd
Other Subject : ENRIQUE SEGURA
Text: [10/27/2022 - TROMBLEY, ERIN]APS STATEMENT RECVD. DX: NONINTRACTABLE HEADACHES UNSP. CHRONIC PATTERN AND ENCEPHALITIS. SYMPTOMS: FATIGUE, COGNITIVE SYMPTOMS AND HEADACHES. MOST RECENT TREATMENT 4/14 NEXT TREATMENT 1/10/23. TREATMENT IS MEDICATIONS AND PROGNOSIS IS GUARDED. UNABLE TO GIVE TIMEFRAME FOR RTW.

**10/25/2022 4:10 PM - CLAIM Note 59**
Claim/Event/Leave: 12028057
NoteSubject : Other
Other Subject :
Text: [10/25/2022 - TROMBLEY, ERIN]RECVD NOTIFICATION THAT MRO RECVD MR REQ AND IT PROCESSING IT

**10/21/2022 1:44 PM - CLAIM Note 58**
Claim/Event/Leave: 12028057
NoteSubject : Notice/Proof Review
Other Subject : DAY 15
Text: [10/21/2022 - TROMBLEY, ERIN]CALLED EE AT NO ANSWER LVM REQ C/B. **************SENT SUB MR REQ TO AP SEGURA

**10/07/2022 12:15 PM - CLAIM Note 57**
Claim/Event/Leave: 12028057
NoteSubject : Notice/Proof Review
Other Subject : DUE 12/20
Text: [10/07/2022 - TROMBLEY, ERIN]EE PLACED ON NP FOR CONTACT, UPDATED MR FROM ALL PROVIDERS AS WELL AS CIF, CSS, RA. DUE 12/20. DAY 15= 10/21, DAY 30= 11/5, DAY 45= 11/20, DAY 75= 12/20. EE CALLED AND LETTER SENT.

**10/07/2022 12:07 PM - PHONE Note 30**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject :
Text: [10/07/2022 - TROMBLEY, ERIN]CALLED EE AT NO ANSWER. LVM STATING EE IS BEING PLACED ON NP FOR CONTACT AS WE NEED UPDATE AND UPDATED MR. ADVISED OF DUE DATE OF 12/20.

**10/03/2022 11:11 PM - NOTIFICATION Note 7**
Claim/Event: 12028057
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name 1 : Lincoln Financial Group: Claim 12028057. Benefit payment for 09/09/2022 through 10/08/2022 in the net amount of $4,160.00 has issued. Please allow 7 days for US Postal delivery or 3 days for direct deposit. For direct deposit, visit MyLincolnPortal.com to view your statement.
**TEXT Life Cycle**
Sent ON: 10/03/2022 11:11 PM EST
Current Status: DELIVERED
Delivered ON: 10/04/2022 11:06 AM EST

**09/28/2022 10:40 AM - PHONE Note 29**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject :
Text: [09/28/2022 - TROMBLEY, ERIN]CALLED EE AT RANG TWICE AND SENT TO VM. LVM ASKING FOR EE TO R/C W/ UPDATE ON HOW SHE IS DOING, TREATMENT PLANS AND RTW PLANS.

**09/21/2022 1:58 PM - PHONE Note 28**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject :
Text: [09/21/2022 - TROMBLEY, ERIN]CALLED EE AT NO ANSWER, VOICEMAILBOX FULL. UNABLE TO LVM.

**09/12/2022 10:48 AM - PHONE Note 27**
Claim/Event/Leave: 12028057

Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject :
Text: [09/12/2022 - TROMBLEY, ERIN]CALLED EE AT NO ANSWER. LVM REQUESTING C/B FOR UPDATE TO SEE HOW EE IS DOING.

**09/09/2022 8:22 AM - CLAIM Note 56**
Claim/Event/Leave: 12028057
NoteSubject : Social Security
Other Subject : SSDB
Text: [09/09/2022 - HERTERICH, KIMBERLY]PER BB PORTAL, SSDB CLAIM STILL PENDING AT INITIAL LEVEL. SET F/U TASK TO REVIEW STATUS OF SSDB CLAIM.

**09/02/2022 10:45 PM - NOTIFICATION Note 6**
Claim/Event: 12028057
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name 1 : Lincoln Financial Group: Claim 12028057. Your benefit payment for 08/09/2022 through 09/08/2022 in the net amount of $4,160.00 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 09/02/2022 10:45 PM EST
Current Status: DELIVERED
Delivered ON: 09/03/2022 11:00 AM EST

**08/02/2022 10:46 PM - NOTIFICATION Note 5**
Claim/Event: 12028057
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name 1 : Lincoln Financial Group: Claim 12028057. Your benefit payment for 07/09/2022 through 08/08/2022 in the net amount of $4,160.00 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 08/02/2022 10:46 PM EST
Current Status: DELIVERED
Delivered ON: 08/03/2022 11:00 AM EST

**07/04/2022 11:11 PM - NOTIFICATION Note 4**
Claim/Event: 12028057
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name 1 : Lincoln Financial Group: Claim 12028057. Your benefit payment for 06/09/2022 through 07/08/2022 in the net amount of $4,160.00 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 07/04/2022 11:11 PM EST
Current Status: DELIVERED
Delivered ON: 07/05/2022 11:00 AM EST

**06/13/2022 10:34 AM - CLAIM Note 55**
Claim/Event/Leave: 12028057
NoteSubject : Peer Review
Other Subject : VENDOR PAYMENT
Text: [06/13/2022 - MAURICE, DANIELLE]INVOICE RECEIVED ON 06/13/2022 AND DATED 06/09/2022 FROM EXAM COORDINATORS NETWORK, LLC. INV # BOCA 145525 , IN THE AMOUNT OF $660.00 FOR PEER REVIEW PERFORMED BY LEON MEYTIN, MD WITH A SPECIALTY IN NEUROLOGY. DATE OFSERVICE 05/26/2022. INVOICE PAID IN FULL

**06/10/2022 4:03 PM - CLAIM Note 54**
Claim/Event/Leave: 12028057
NoteSubject : Action Plan
Other Subject : MED REVIEW NOV 2022
Text: [06/10/2022 - PERKINS, BRE-ANN]62YOF, RN, (MED OCC), LDW: 5/7/21, DOD: 5/11/21, LTD BBD: 11/9/21, DX: HEADACHES. *TX AP: DR. SEGURA (NEUROLOGY): LOV 4/12/22, NOV UNKNOWN; - DR. VOIGT (HA SPECIALIST): LOV AND NOV UNKNOWN. CONTACT INFO REMAINS O/S AFTER SEVERAL ATTEMPTS AT OBTAINING. *TX PLAN: R/LS FORM DATED 4/12/22 GIVES EE SED-LIGHT WORK CAPACITY AND CLEARS EE FOR SURGERY (UNKNOWN). **NEURO PEER COMPLETED 6/9/22 CONFIRMS EE CONTINUES TO HAVE LIGHT R/LS INCLUDING NO LIFTING OVER 15LBS OCCASIONAL WHICH PRECLUDES EE FROM OWN MED OCC AS REGISTERED NURSE. ***ACTION PLAN: CM TO CONTINUE W/ 90 DAY CLINICAL UPDATES. IF NO RTW PLANS BY SEPT 2022 CM TO OBTAIN UPDATED MRS FOR ONGOING REVIEW AS RECOMMENDED BY NEURO PEER[11/01/2022 - TROMBLEY, ERIN]CXNO ADDITIONAL APPTS W/ AP.

**06/10/2022 3:57 PM - CLAIM Note 53**
Claim/Event/Leave: 12028057
NoteSubject : Peer Review
Other Subject : NEURO
Text: [06/10/2022 - PERKINS, BRE-ANN]NEURO PEER COMPLETED 6/9/22 DETERMINED R/LS OF: DUE TO THE CLAIMANT S SYMPTOMS, THE FOLLOWING RESTRICTIONS ARE NECESSARY: LIFT/CARRY/PUSH/PULL: UP TO 15 LBS. OCCASIONALLY WALKING: FREQUENTLY, FOR A TOTAL OF 4 HOURS SITTING: FREQUENTLY, FOR A TOTAL OF 4 HOURS STANDING: FREQUENTLY, FOR A TOTAL OF 4 HOURS STOOP/KNEEL/CROUCH/BEND/CRAWL: FREQUENTLY REACH ABOVE SHOULDER

OR AT DESK LEVEL OR BELOW WAIST, LEFT : UNRESTRICTED REACH ABOVE SHOULDER OR AT DESK LEVEL OR BELOW WAIST, RIGHT : UNRESTRICTED FINE FINGER/GRASP, LEFT: UNRESTRICTED FINE FINGER/GRASP, RIGHT: UNRESTRICTED THE CLAIMANT WOULD BE UNABLE TO CLIMB LADDERS, WORK AT UNPROTECTED HEIGHTS OR OPERATE HEAVY MACHINERY. THE CLAIMANT SHOULD BE ABLE TO WORK NO MORE THAN 20 HOURS PER WEEK, NO MORE THAN 4 HOURS PER DAY. LIMITED SCREEN TIME OF NOT MORE THAN 30 MINUTES AT A TIME WITH A 15-MINUTE BREAK BEFORE RESUMING AGAIN TO DECREASE THE RISK OF DEVELOPING MIGRAINES WHILE AT WORK, AS SCREENS ARE A COMMON HEADACHE TRIGGER. *RECOMMEND EVAL IN 3 MONTHS W/ UPDATED CLINICAL

**06/03/2022 1:10 PM - PHONE Note 26**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject : RTC
Text: [06/03/2022 - PERKINS, BRE-ANN]EE LEFT VM FOR CM ON 6/2/22 ASKING FOR CALL BACK ON CLAIM STATUS. WANTED TO KNOW IF ALL INFO HAD BEEN RCVD. CALLED EE BACK AT #: NO ANSWER, LEFT MSG ADVISING THAT ALL MRS HAVE BEEN RCVD AND CLAIM IS OUTFOR CLINICAL REVIEW DUE BACK AROUND 6/6/22. ASKED EE TO RTC W/ ANY MORE Q'S

**06/02/2022 11:05 PM - NOTIFICATION Note 3**
Claim/Event: 12028057
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name 1 : Lincoln Financial Group: Claim 12028057. Your benefit payment for 05/09/2022 through 06/08/2022 in the net amount of $4,160.00 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 06/02/2022 11:05 PM EST
Current Status: DELIVERED
Delivered ON: 06/03/2022 11:03 AM EST

**05/24/2022 8:51 PM - CLAIM Note 52**
Claim/Event/Leave: 12028057
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 5/24/2022 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**05/23/2022 8:52 PM - CLAIM Note 51**
Claim/Event/Leave: 12028057
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 5/23/2022-REFERRAL RECEIVED BY VCM AND ASSIGNED TO HALL, NICOLE ANN. CLAIM/AS EVENT IS PENDING REVIEW.

**05/23/2022 2:19 PM - CLAIM Note 50**
Claim/Event/Leave: 12028057
NoteSubject : Voc Rehab
Other Subject : OA
Text: [05/23/2022 - HALL, NICOLE]RCVD REFERRAL FOR OA REPORT; COMPLETED OA AND PLACED IN S1 WITH NOTIFICATION TO CCM. OA SUMMARY PROVIDED BELOW: WITH A REASONABLE DEGREE OF VOCATIONAL CERTAINTY, THE TYPICAL PHYSICAL DEMANDS OF THE INSURED S OCCUPATION OF REGISTERED NURSE (DIRECT PATIENT CARE) ARE MOST OFTEN MEDIUM IN PHYSICAL DEMAND. POSITIONAL REQUIREMENTS ARE OUTLINED ABOVE. BASED ON THE STANDARD VOCATIONAL RESOURCES OUTLINED ABOVE, COUPLED WITH MY VOCATIONAL EXPERTISE, PART-TIME OPPORTUNITY DOES EXIST IN THIS OCCUPATION.

**05/20/2022 8:51 PM - CLAIM Note 49**
Claim/Event/Leave: 12028057
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 5/20/2022 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**05/20/2022 11:42 AM - CLAIM Note 48**
Claim/Event/Leave: 12028057
NoteSubject : Peer Review
Other Subject : NEURO
Text: [05/20/2022 - PERKINS, BRE-ANN]CLAIM REFERRED FOR NEURO PEER VIA CRT

**05/19/2022 11:20 AM - CLAIM Note 47**
Claim/Event/Leave: 12028057
NoteSubject : Other
Other Subject : SPECIALIST REVIEW
Text: [05/19/2022 - SERAIKAS, HANNAH]AGREE W/ NEURO PEER RECOMMENDATION

**05/18/2022 3:50 PM - CLAIM Note 46**
Claim/Event/Leave: 12028057
NoteSubject : Peer Review
Other Subject : NEURO / M1 REVIEW
Text: [05/18/2022 - PERKINS, BRE-ANN]62YOF, RN, (PRESUMED MED OCC), LDW: 5/7/21, DOD: 5/11/21, LTD BBD: 11/9/21, DX:

HEADACHES. *TX AP: DR. SEGURA (NEUROLOGY): LOV 4/12/22, NOV UNKNOWN; - DR. VOIGT (HA SPECIALIST): LOV AND NOV UNKNOWN. CONTACT INFO REMAINSO/S AFTER SEVERAL ATTEMPTS AT OBTAINING. *TX PLAN: R/LS FORM DATED 4/12/22 GIVES EE SED-LIGHT WORK CAPACITY AND CLEARS EE FOR SURGERY (UNKNOWN). ***CM RECOMMENDING NEURO PEER REVIEW AT THIS TIME TO CX EE'S R/LS AND DURATION. CM TO OBTAIN OA AS WELLTO CX OCC LEVEL FOR COMPARISON.

**05/18/2022 3:41 PM - PHONE Note 25**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject : UNABLE TO REACH
Text: [05/18/2022 - PERKINS, BRE-ANN]CALLED EE AT #: TO F/U ON CIF FORM TO OBTAIN DR. VOIGT'S CONTACT INFO AND NOV. NO ANSWER AND VM BOX FULL, UNABLE TO LEAVE A MSG

**05/02/2022 11:31 PM - NOTIFICATION Note 2**
Claim/Event: 12028057
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name 1 : Lincoln Financial Group: Claim 12028057. Your benefit payment for 04/09/2022 through 05/08/2022 in the net amount of $4,160.00 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 05/02/2022 11:31 PM EST
Current Status: DELIVERED
Delivered ON: 05/03/2022 11:01 AM EST

**04/29/2022 6:02 PM - PHONE Note 24**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject : UNSUCCESSFUL
Text: [04/29/2022 - HULSTINE, NICHOLE]DCM ATTEMPTED TO REACH EE FOR AP INFORMATION. VOICEMAIL WAS FULL AND COULD NOT ACCEPT MESSAGES AT THIS TIME. DCM TO MAIL THE CIF FOR EE TO COMPLETE. DCM ALSO TO SET F/U TASK.

**04/18/2022 5:10 PM - PHONE Note 23**
Claim/Event/Leave: 12028057
NoteSubject : Called Other
Other Subject : TPA INFO INVALID
Text: [04/18/2022 - ROHNER, PATRICIA]TPA TO DAUGHTER TIFFANIE PER TPA REC'D 4/18/22 AT 864-247-5581. INITIALLY DAUGHTER DISCONNECTED AND SAID SHE WASN'T INTERESTED IN A LOAN WHILE I TRIED TO INTRODUCE MYSELF. UPON RTC, TIFFANIE ADVISED HER MOTHER DOES NOTHAVE LTD. I CONFIRMED SHE DOES, AND SIGNED TPA AUTHORIZING US TO SPEAK WITH HER ON EE'S BEHALF AND I HAD QUESTIONS FROM THE MOST RECENT OVN REC'D. CALLER STATES I HAVE THE WRONG PERSON, HER MOTHER DOES NOT HAVE LTD, DOES NOT WANT FURTHER CALLS.

**04/18/2022 4:48 PM - CLAIM Note 45**
Claim/Event/Leave: 12028057
NoteSubject : Action Plan
Other Subject : MED REV JUN 2022
Text: [04/18/2022 - ROHNER, PATRICIA]62YOF, RN (PRESUMED MED OCC). LDW: 5/7/21, DOD: 5/11/21, LTD BBD: 11/9/21. DX: HEADACHES. ONLY TREATING WITH DR. SEGURA (NEUROLOGY): LOV 1/28/22, NOV 4/12/22. 4/12/22 OVN WITH RF GIVING LIGHT ONLY FC IMAGED 4/14/22. 4/14/22 LOVN DOCUMENTS EE REMAINS STABLE, CONTINUES ON ELAVIL 25MG AT BEDTIME WITH SOME RELIEF TO HEADACHE INTENSITY. NURTEC PROVIDES SATISFACTORY ACUTE RELIEF. PT HEADACHES ARE NOT OUT OF THE ORDINARY GIVEN HER RECENT ENCEPHALITIS. AP SUSPECTSHER RECENT STRESS/ANXIETY IS EXACERBATING HER HEADACHES. BRAIN MRI PERFORMED 10/1/21 SHOWS EXPECTED EVOLUTION OF HER PRIOR FINDINGS. WILL INCREASE PT ELAVIL DOSE TO 50MG FOR HEADACHE PREVENTION, NURTEC PRN. WILL REFER TO HEADACHE SPECIALIST DR. VOIGTFOR FURTHER EVAL. PT IS CLEARED FROM A NEUROLOGICAL PERSPECTIVE FOR UPCOMING SURGERY, CLEARED TO STARTED SEDENTARY OF LIGHT DUTY WORK. LM FOR EE 4/18/22TO CONFIRM VOIGT CONTACT INFO AND FOV DATE. *** ACTION PLAN: BENEFITS REINSTATED AS ALL OVN FROM NEURO REC D AS REQUESTED. PENDING RTC FROM EE WITH HA SPECIALIST VOIGT S CONTACT INFO/ FOV DATE. DEPENDENT ON FOV DATE, WILL OBTAIN TO INCLUDE IN CP REVIEW OF IF ONG RLS OF LESS THAN MEDIUM OO REMAIN SUPPORTED.

**04/18/2022 4:45 PM - PHONE Note 22**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject : FORMS, STATUS
Text: [04/18/2022 - ROHNER, PATRICIA]VM FROM EE. WANTS TO CONFIRM DOCUMENTS RECD LISTING DR AND CONTACT INFO. PLS CB. *** RTC TO EE AT REACHED VM, LMOM FOR RTC. ON THE FORMS EMAILED 4/15/22, THE CIF WAS BLANK NO AP INFO LISTED. WAS THIS FORM PREVIOUSLY SENT? COULD SHE PLEASE RESEND IF SO. STATUS WISE, LTD CLAIM IS APPROVED. BENEFITS REINSTATED. UPD MR REC D FROM EAST JEFFERSON NEUROLOGICAL/ DR SEGURA RECD, RF GIVING LIGHT LEVEL FC AND 4/12/22 OVN, RECD 4/14/22. 4/12 OVNDOCUMENTS EE WAS REFERRED TO A HA SPECIALIST DR VOIGT FOR FURTHER EVAL, COULD SHE RTC TO PROVIDE THAT AP S FULL CONTACT INFO AND FOV IF ESTABLISHED.

**04/14/2022 11:16 AM - PHONE Note 21**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject : RTC
Text: [04/14/2022 - PERKINS, BRE-ANN]EE LEFT VM ON 4/13/22 STATING DR. SEGURA'S NURSE WOULD BE SENDING OVN.

WANTED TO CONFIRM AGAIN IF ALL THAT IS NEEDED NOW IS HER LTD FORMS. CM RTC TO #: LET EE KNOW THAT OVN REMAINS O/S AS OF THIS MORNINGAND WE ARE STILL NEEDING LTD FORMS FROM EE. EE VOICED U/S, THANKED, C/E.

**04/13/2022 11:57 AM - PHONE Note 20**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject : RTC
Text: [04/13/2022 - PERKINS, BRE-ANN]EE LEFT VM FOR CM ON 4/12/22 STATING THAT SHE JUST LEFT HER AP OFFICE AND HER NOV IS IN 3 MONTHS FOR FOLLOW UP. STATES THE AP DOUBLED HER DOSE OF ONE MED. EE REPORTED THAT AP WAS COMPLETING THE FORM FOR LFG AND WILL BEFAXING SOON. EE ASKED FOR RTC BACK AT #: NO ANSWER, LEFT MSG ADVISING THAT R/LS FORM HAD BEEN RCVD AND WHAT WE ARE NEEDING NOW IS JUST THE OVN FROM HER APPT YESTERDAY AND THE LTD FORMS THAT EE NEEDS TO COMPLETE. ASKED EE TO RTC W ANYQ'S

**04/13/2022 11:54 AM - CLAIM Note 44**
Claim/Event/Leave: 12028057
NoteSubject : Med Records Rcvd
Other Subject : SEGURA
Text: [04/13/2022 - PERKINS, BRE-ANN]RCVD R/LS FORM COMPLETED BY DR. SEGURA INDICATED EE CAN WORK SED OR LIGHT CAPACITY FROM 5/12/21-TBD D/T FATIGUE AND HEADACHE

**04/04/2022 11:20 AM - CLAIM Note 43**
Claim/Event/Leave: 12028057
NoteSubject : LTR to AP
Other Subject : SEGURA
Text: [04/04/2022 - PERKINS, BRE-ANN]COPY OF R/LS FORM FAXED TO DR. SEGURA'S OFFICE ATTN: PENNY AS REQ BY EE

**04/04/2022 11:20 AM - CLAIM Note 42**
Claim/Event/Leave: 12028057
NoteSubject : LTR to EE
Other Subject : EMAIL TO EE
Text: [04/04/2022 - PERKINS, BRE-ANN]COPY OF R/LS FORM EMAILED TO EE AS REQ

**04/04/2022 11:16 AM - PHONE Note 19**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject : RTC
Text: [04/04/2022 - PERKINS, BRE-ANN]EE LEFT VM FOR CM ON 4/1/22 STATING THAT SHE RCVD A CALLED DR. SEGURA'S OFFICE TO STATE THAT HER INSURANCE W/ THEM IS FINALLY ALL SET AND THEY HAVE CONFIRMED HER APPT FOR 4/12/22. THEY WILL BE CALLING HER IF THERE ARE ANY CANCELLATIONS FOR HER TO BE SEEN SOONER. EE ASKED FOR CALL BACK TO ENSURE VM WAS RCVD. CM RTC TO #: EE ASKED THAT CM EMAIL HER A COPY OF THE R/LS FORM FOR DR. SEGURA TO COMPLETE AS WELL AS FAX ANOTHER COPY TO DR. SEGURA'S OFFICE ATTN: PENNY. CM AGREED TO DO BOTH. EE THANKED, HAD NFQ, C/E.

**04/01/2022 11:52 AM - PHONE Note 18**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject :
Text: [04/01/2022 - PERKINS, BRE-ANN]EE CALLED BACK. CM EXPLAINED N/P AND HOW BENS HAVE BEEN TEMPORARILY SUSPENDED D/T OUTSTANDING R/LS FORM FROM DR. SEGURA AND LTD FORMS TO BE COMPLETED BY EE. EE CX SHE HAD THE FORMS AND WILL COMPLETE THEM TODAY AND FAX THEM IN TOMORROW. CM NOTED. EE TO SEE DR. SEGURA ON 4/12/22 AND EE WILL MAKE SURE AP SENDS CM R/LS FORM AND OVN. CM THANKED EE WHO HAD NFQ, C/E.

**04/01/2022 11:35 AM - PHONE Note 17**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject : RTC
Text: [04/01/2022 - PERKINS, BRE-ANN]EE LEFT VM FOR CM ON 3/31/22 ADVISING THAT SHE HAD SUBMITTED SSDI INITIAL APP. WANTED TO KNOW HOW THESE BENS WOULD AFFECT LTD BENS IF EE IS AWARDED. ASKED FOR A CALL BACK AT #: CM RTC TO THIS NUMBER. REVIEWED W/ EE THAT WE HAD RCVD THE PROOF OF FILING FROM BROWN AND BROWN. DISCUSSED HOW SSDI BENS WOULD BE AN OFFSET TO LTD BENS IF/WHEN EE IS AWARDED. ALSO REVIEWED THAT IF EE GETS A LUMP SUM BACK PAY TO NOT SPEND THAT MONEY UNTIL OP CALC CAN BE MADE W/LTD. EE VOICED U/S. CM ATTEMPTED TO DISCUSS CURRENT SUSPENSION OF BENS W/ EE D/T OUTSTAND R/LS FROM DR. SEGURA AND MISSING LTD FORMS. EE INTERRUPTED CM TO STATE SHE HAD TO LET CM GO D/T NEEDING TO DEAL W/ A CIRCUMSTANCE OUTSIDE OF HER CONTROL. STATEDSHE WOULD CALL CM BACK AND DISCONNECTED CALL.

**03/23/2022 11:58 AM - PHONE Note 16**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject : LEFT MSG
Text: [03/23/2022 - PERKINS, BRE-ANN]CALLED EE AT #: TO DISCUSS SUSPENSION OF BENS. NO ANSWER, CALL WENT STRAIGHT TO VM. LEFT MSG FOR EE ASKING FOR RTC TO DISCUSS STATUS UPDATE OF LTD CLAIM

**03/23/2022 11:56 AM - CLAIM Note 41**

Claim/Event/Leave: 12028057
NoteSubject : LTR to EE
Other Subject : SUSP OF BENS
Text: [03/23/2022 - PERKINS, BRE-ANN]MAILED EE SUSPENSION OF BENS LETTER

**03/22/2022 5:43 PM - CLAIM Note 40**
Claim/Event/Leave: 12028057
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [03/22/2022 - LISTER, TIMOTHY]AGREE WITH SUSPENSION OF BENEFITS AS OUTLINED BY DCM.

**03/22/2022 3:59 PM - CLAIM Note 39**
Claim/Event/Leave: 12028057
NoteSubject : Other
Other Subject : SUSP OF BENS/ M1 REV
Text: [03/22/2022 - PERKINS, BRE-ANN]62YOF, RN (PRESUMED MED OCC), LDW: 5/7/21, DOD: 5/11/21, LTD BBD: 11/9/21, DX: HEADACHES. *TX APS: DR. SEGURA (NEUROLOGY): LOV 1/28/22, NOV 4/12/22. *TX PLAN: JUST FOLLOWING W/ NEUROLOGY. **AS OF N/P DAY 45 (3/20/22) R/LS FORM AND LTD FORMS REMAIN O/S. CM THEREFORE RECOMMENDING SUSPENSION OF LTD BENS EFFECTIVE 3/9/22 (EE LAST PAID THRU 3/8/22) UNTIL INFO HAS BEEN RCVD FOR ONGOING CLINICAL REVIEW OF CLAIM TO HELP DETERMINE R/LS AND DURATION.

**03/18/2022 12:06 PM - CLAIM Note 38**
Claim/Event/Leave: 12028057
NoteSubject : Social Security
Other Subject : SSDI
Text: [03/18/2022 - HERTERICH, KIMBERLY]REC'D LETTER FROM BB CONFIRMING THAT INITIAL APP WAS FILED ON 3/17/2022. SET F/U TASK TO CHECK STATUS OF SSDI CLAIM.

**03/11/2022 10:45 AM - CLAIM Note 37**
Claim/Event/Leave: 12028057
NoteSubject : Med Records Rcvd
Other Subject : SEGURA
Text: [03/11/2022 - PERKINS, BRE-ANN]RCVD NEURO OVN DOS 1/28/21 FROM DR. SEGURA

**03/10/2022 4:26 PM - PHONE Note 15**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject : N/P DAY 21
Text: [03/10/2022 - PERKINS, BRE-ANN]CALLED EE TO REMIND HER OF DAY 30 N/P (3/5/22). EE STATED SHE HAD TO RESCHEDULE APPT D/T COBRA INSURANCE NOT SHOWING AS ACTIVE. SHE IS WORKING ON RESOLVING THIS ISSUE. ADVISED EE THAT WE ARE STILL NEEDING LTD FORMS AS WELL.EE STATED SHE HAD NOT RCVD THESE YET. CM LET EE KNOW THEY WERE RESENT IN REMINDER LETTER. EE THANKED CM, C/E.

**03/10/2022 4:19 PM - CLAIM Note 36**
Claim/Event/Leave: 12028057
NoteSubject : LTR to EE
Other Subject : N/P DAY 21
Text: [03/10/2022 - PERKINS, BRE-ANN]MAILED EE N/P DAY 30 (3/7/22) REMINDER LETTER

**03/10/2022 4:18 PM - PHONE Note 14**
Claim/Event/Leave: 12028057
NoteSubject : Called AP
Other Subject : SEGURA
Text: [03/10/2022 - PERKINS, BRE-ANN]CALLED DR. SEGURA'S OFFICE TO F/U ON MRS REQ. S/W REP NAMED WHO STATED EE NO SHOWED FOR HER APPT TODAY AND WAS RESCHEDULED FOR 4/12/22 SO AP CANNOT COMPLETE R/LS FORM. CM ASKED IF OVNS COULD BE SENT AS REQUESTED. REP CXTHAT EE HAS ONLY BEEN SEEN ONCE SINCE NOV 2021 SO SHE WILL FAX THAT TO #: 603-334-0401. CM THANKED AND C/E

**03/09/2022 10:43 AM - CLAIM Note 35**
Claim/Event/Leave: 12028057
NoteSubject : Social Security
Other Subject : 30 DAY LETTER
Text: [03/09/2022 - HERTERICH, KIMBERLY]NO RESPONSE FROM EE. MAILED 30-DAY LETTER TO OBTAIN STATUS OF SS APPLICATION. SET TASK TO RECEIVE DOCUMENTATION.

**02/09/2022 2:55 PM - CLAIM Note 34**
Claim/Event/Leave: 12028057
NoteSubject : Social Security
Other Subject : SSDI UPDATE
Text: [02/09/2022 - ANDREWS, ANNE]SENT 30 DAY SSDI POA LTR. NO RTW AND NO POA IN FILE. T2 B AND B - FORMS NOT YET SENT FROM B AND B. REVIEW IN 30 DAYS.[03/09/2022 - HERTERICH, KIMBERLY]**ETA LETTER SENT AGAIN IN ERROR**

**02/04/2022 6:34 PM - CLAIM Note 33**
Claim/Event/Leave: 12028057
NoteSubject : Other

NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [02/04/2022 - SRP041, SRP041]INVOICE RECEIVED FROM RELEASEPOINT. , INV #715674, IN THE AMOUNT OF $64.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**02/04/2022 12:58 PM - PHONE Note 13**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject : LEFT MSG
Text: [02/04/2022 - PERKINS, BRE-ANN]CALLED EE AT TO MAKE AWARE OF N/P AND DEADLINES. NO ANSWER, LEFT MSG W/ INFO AND ASKED EE TO RTC W/ ANY Q'S

**02/04/2022 12:53 PM - CLAIM Note 32**
Claim/Event/Leave: 12028057
NoteSubject : LTR to EE
Other Subject : N/P DUE 4/19/22
Text: [02/04/2022 - PERKINS, BRE-ANN]MAILED EE N/P LETTER FOR LTD FORMS AND UPDATED MRS DOS 12/1/21-PRES W/ R/LS FROM DR. SEGURA, ALL DUE 4/19/22

**02/04/2022 12:49 PM - CLAIM Note 31**
Claim/Event/Leave: 12028057
NoteSubject : LTR to AP
Other Subject : SEGURA
Text: [02/04/2022 - PERKINS, BRE-ANN]REQ UDATED MRS DOS 12/1/21-PRES W/ R/LS FROM DR. SEGURA

**02/04/2022 12:43 PM - CLAIM Note 30**
Claim/Event/Leave: 12028057
NoteSubject : Other
Other Subject : EMAIL FROM ER
Text: [02/04/2022 - PERKINS, BRE-ANN]RCVD EMAIL FROM ER CX THAT EE HAS NOT RTW. ADDED TO DOC LIST.

**02/04/2022 12:39 PM - PHONE Note 12**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject : VM
Text: [02/04/2022 - PERKINS, BRE-ANN]EE LEFT VM FOR CM ON 2/3/22 ADVISING THAT SHE IS NOT RELEASED TO RTW AS OF YET. CX THAT LAST APPT WAS 2/28/22 W/ DR. SEGURA AND THEY ARE STILL WORKING ON MED CHANGES. EE WILL F/U IN 6 WEEKS. ASKED CM TO CALL BACK ONLY IF CM HAD QUESTIONS OR REACH OUT TO AP FOR UPDATED MRS. NO RTC NEEDED AT THIS TIME.

**02/03/2022 3:46 PM - CLAIM Note 29**
Claim/Event/Leave: 12028057
NoteSubject : LTR to ER
Other Subject :
Text: [02/03/2022 - PERKINS, BRE-ANN]EMAIL SENT TO ER TO CX IF EE HAS RTW, COPY ADDED TO DOC LIST

**02/03/2022 3:41 PM - PHONE Note 11**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject : LEFT MSG X 2
Text: [02/03/2022 - PERKINS, BRE-ANN]2ND ATTEMPT MADE TO REACH EE AT #: TO CX IF SHE RTW AFTER 1/28/22 OV. NO ANSWER, LEFT MSG ASKING EE TO RTC

**02/02/2022 4:01 PM - PHONE Note 10**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject : LEFT MSG
Text: [02/02/2022 - PERKINS, BRE-ANN]CALLED EE TO F/U ON 1/28/22 OV AND ASK ABOUT ANY RTW PLANS. NO ANSWER AT #: LEFT MSG ASKING EE TO RTC

**02/01/2022 7:40 AM - CLAIM Note 28**
Claim/Event/Leave: 12028057
NoteSubject : Social Security
Other Subject : SSDI UPDATE
Text: [02/01/2022 - ANDREWS, ANNE]EXTENDED 30 DAY SSDI POA LTR ONE WEEK. POSS RTW 01/28/22. I WILL REVIEW DCM NOTES FROM 02/01/22 AND ANY NEW MR. IF NO RTW INDICATED WILL THEN MAIL OUT 30 DAY SSDI POA LTR. B AND B T2-NO FORMS SENT YET.

**01/24/2022 3:36 PM - PHONE Note 9**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject : UPDATE
Text: [01/24/2022 - PERKINS, BRE-ANN]CALLED EE TO F/U ON OFFICE VISIT 1/21/22. EE STATES THIS APPT WAS RESCHEDULED BY AP OFFICE TO 1/28/22 AS AP WAS OOO ON 1/21/22. EE IS HOPEFUL TO BE RELEASED TO RTW. SHE STATES HER HEADACHES ARE STILL PRESENT BUT MUCH BETTER ON NEW MED. EE FEELS SHE HAS JUST LEARNED TO

LIVE WITH IT, BUT IS UNSURE HOW SHE WILL BE AT WORK. EE IS JUST THANKFUL TO NOT BE IN THE HOSPITAL D/T SEVERITY OF HEADACHES ANYMORE. EE ASKED ABOUT NEXT BEN CHECK RELEASE DATE. DISCUSSED THIS W/ EE WHO HAD NFQ. CM TO F/U W/ EE ABOUT RTW AFTER 1/28/22 VISIT. REMINDED EE THAT UPDATED MRS AND LTD FORMS WILL BE NEEDED IF SHE IS UNABLE TO RTW. EE VOICED U/S. THANKED CM, C/E

**01/06/2022 10:56 PM - NOTIFICATION Note 1**
Claim/Event: 12028057
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name Lincoln Financial Group: Claim 12028057. Your benefit payment for 11/09/2021 through 01/08/2022 in the net amount of $8,320.00 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 01/06/2022 10:56 PM EST
Current Status: DELIVERED
Delivered ON: 01/07/2022 10:02 AM EST

**01/06/2022 2:36 PM - CLAIM Note 27**
Claim/Event/Leave: 12028057
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [01/06/2022 - O'CONNOR, NANCY]SET UP SCHEDULED PAYMENT FROM 11/09/2021 THROUGH 11/08/2023 BASED ON PER SALARY SCREENSHOT FROM ER IN DOC LIST- PPE 5/1/21-$1600.00 WEEKLY ( 40 HRS) *52= $83,200.00/12= $6,933.33 MONTHLY. . THE BENEFIT IS 60% OR $4,160.00. MAX BEN DATE CALCULATE AT 11/08/2026 . THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST. ABOVE LIMIT, SENT TO MGR FOR AUTHORIZATION.

**01/03/2022 8:56 AM - CLAIM Note 26**
Claim/Event/Leave: 12028057
NoteSubject : Med Records Rcvd
Other Subject : EJ GEN HOSP
Text: [01/03/2022 - FITZGERALD, JOEL]RECORDS DOWNLOADED FROM RP PORTAL AND UPLOADED TO CLAIM FILE. RCVD 41 PGS- HOSPITAL RECORDS INCLUDING ED RECORDS 5/3, DATES RANGE 5/3-5/14/21

**12/29/2021 3:53 PM - CLAIM Note 25**
Claim/Event/Leave: 12028057
NoteSubject : Other
Other Subject : SALARY REQ-2ND
Text: [12/29/2021 - O'CONNOR, NANCY]FROM: OCONNOR, NANCY SENT: WEDNESDAY, DECEMBER 29, 2021 3:54 PM TO: 'LCMCLEAVEREQUEST@LCMCHEALTH.ORG' <LCMCLEAVEREQUEST@LCMCHEALTH.ORG> SUBJECT: *2ND REQUEST* LTD SALARY VERIFICATION - LUCIA ROMAGOSA - LTD CLAIM 12028057 IMPORTANCE: HIGH GOOD AFTERNOON, I AM FOLLOWING UP AS I HAVE NOT RECEIVED A RESPONSE ON MY BELOW REQUEST. PLEASE CONTACT ME WITH ANY QUESTIONS. THANK YOU,

**12/29/2021 7:47 AM - CLAIM Note 24**
Claim/Event/Leave: 12028057
NoteSubject : Social Security
Other Subject : SSDI
Text: [12/29/2021 - ANDREWS, ANNE]T2 B AND B. SENT ETA LTR. REVIEWED FILE AND PORTAL. FU IN 30 DAYS WITH PC AND CONTINUE SSDI PROCESS.

**12/22/2021 9:15 PM - CLAIM Note 23**
Claim/Event/Leave: 12028057
NoteSubject : Other
Other Subject : SALARY VERIFICATION
Text: [12/22/2021 - O'CONNOR, NANCY]FROM: OCONNOR, NANCY SENT: WEDNESDAY, DECEMBER 22, 2021 9:15 PM TO: LCMCLEAVEREQUEST@LCMCHEALTH.ORG SUBJECT: LTD SALARY VERIFICATION - LUCIA ROMAGOSA - LTD CLAIM 12028057 GOOD MORNING, I AM A PAYMENT SPECIALIST IN THE FINANCIAL SERVICES DEPARTMENT WITHIN DISABILITY CLAIMS, AND I AM CONTACTING YOU FOR SALARY VERIFICATION REGARDING THE LTD CLAIM FOR LUCIA ROMAGOSA, (DOB PLEASE PROVIDE THE FOLLOWING: A COPY OF THE EMPLOYEE S EARNINGS STATEMENT FOR THE PAY PERIOD ENDING PRIOR TO, BUT NOT INCLUDING, THE DISABILITY DATE OF 05/11/2021. CONFIRM THE STANDARD NUMBER OF HOURS THIS EMPLOYEE WAS SCHEDULED TO WORK PER PAY PERIOD PRIOR TO DISABILITY. PLEASE CONTACT ME WITH ANY QUESTIONS. THANK YOU,

**12/20/2021 8:51 PM - CLAIM Note 22**
Claim/Event/Leave: 12028057
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO NANCY O'CONNOR.

**12/20/2021 8:51 PM - CLAIM Note 21**
Claim/Event/Leave: 12028057
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION. COMMENTS: BBD 11/9/2021

**12/20/2021 1:43 PM - PHONE Note 8**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject : APPROVAL CALL
Text: [12/20/2021 - FITZGERALD, JOEL]CALLED CLMT AT PH# ADV OF APPROVAL AND REITERATED THE DOD & LTD BBD, AND EXPLAINED THE 24 MONTH OWN OCC PERIOD AND CID WHICH WE CAN REVISIT IF SHE IS UNABLE TO RTW IN JAN 2022. DISCUSSED THE DOD BBD ANDMBD CORRECTIONS ON STD CLAIM AND NO PAYMENT DISCREPANCY BECAUSE EITHER WAY HER STD CLAIM WAS APPROVED FOR THE MAXIMUM ALLOWED BENEFIT DAYS AND BENEFIT AMOUNT. SHE ACK UNDERSTANDING. ADV OF THE BENEFIT PERCENTAGE (60% - ROUGH ESTIMATE IS $4150/MONTHBUT THIS IS PENDING OUR PAYMENT SPECIALIST VERIFYING SALARY/BENEFIT INFO WITH EMPLOYER SO WE SHOULD KNOW MORE IN A WEEK OR TWO AND SINCE SHE HAS TEXT NOTIFICATIONS SET UP WITH US SHE WILL RECEIVE A TEXT ONCE A PAYMENT IS ISSUED FROM OUR SYSTEM). EXPLAINED ONCE BENEFIT CALC COMPLETED HOW THE EMPLOYEE SHOULD EXPECT TO GET PAID AND THE FREQUENCY OF THE PAYMENTS. DEFERRED QUESTIONS REGARDING WHETHER A PAY RAISE SHE RCVD AFTER HER DOD WHILE SHE WAS ON LOA WERE INCLUDED IN HER STD PAYMENTS TO HER EMPLOYER HR BENEFITS SPECIALIST AS WE DO NOT ISSUE PAYMENTS ON STD AND THEY OWN THE STD PLAN DOCUMENT. ADVISED HER THAT FOR LTD, HER PAY AMOUNT WILL BE BASED ON HER EARNINGS IMMEDIATELY PRIOR TO HER DOD AND WOULD NOT INCLUDE / FACTOR IN A PAY RAISE SHERECEIVED AFTER THE DOD, AND READ THE BME DEFINITION TO HER FROM THE CONTRACT, BUT ADVISED I CANNOT VERIFY WHETHER THIS ALSO APPLIES TO THE STD PLAN. APPROVAL LETTER INCLUDES DIRECT DEPOSIT APP AND A W-4S FOR VOLUNTARY FEDERAL INCOME TAX WITHHOLDING.DISCUSSED TAXABILITY. SET UP DD FOR THE CLMT OVER THE PHONE (SHE PROVIDED BANK INFO, ROUTING AND ACCOUNT INFO & VERIFIED OUR CLAIM SYSTEM SHOWS HER DD STATUS AS ACTIVE NOW). VERIFIED HER NOV WITH DR. SEGURA IS SCHEDULED FOR 1/21/2022. SHE EXPECTS TOBE RELEASED AT THAT POINT BUT IF NOT, SHE ASKED WHAT TO EXPECT. SET EXPECTATIONS FOR ONGOING CASE MGMT - AFTER NOV CS WILL CONTACT CLMT FOR UPDATES AND IF NO RTW PLANNED FOR JANUARY, WE WILL NEED TO ENSURE THE LTD FORMS ARE RECEIVED AND REQUEST UPDATED RECORDS FOR ONGOING REVIEW OF BENEFITS. ANY TIME WE NEED UPDATED PROOF OF DISABILITY WE NOTIFY CLMT VIA CALL ATTEMPT AND VIA WRITTEN LETTER, WE REQUEST THE RECORDS AND FOLLOW UP WITH PROVIDERS FOR THE INFO, AND WE GIVE 45 DAYS TO SUBMIT PROOF, SUSPEND BENEFIT PAYMENTS ON DAY 45, THEN GIVE A 30 DAY GRACE PERIOD FOR A TOTAL OF 75 DAYS BEFORE WE WOULD CONSIDER CLOSING THE LTD CLAIM FOR FTP PROOF. ADV SHE MAY BE REQUIRED TO APPLY FOR SSDI AT THAT POINT TOO AND THIS WOULD BE AN OFFSET TO LTD. *SS: ADV HER THAT HER ASSIGNED LTD CS WILL STILL BE MANAGING THE LTD CLAIM, BUT A LFG SS SPECIALIST WILL MONITOR THE SS APPLICATION PROCESS. THE SS SPECIALIST WILL EXPLAIN THE BENEFITS OF APPLYING FOR SOCIAL SECURITY DISABILITY BENEFITS, PROVIDE ASSISTANCE THROUGHOUT THE APPLICATION PROCESS IF NECESSARY, AS WELL AS ANSWER ANY OTHER QUESTIONS. IF SHE'S DEEMED A GOOD CANDIDATE THE POLICY REQUIRES SHE MUST APPLY AND IF THAT OCCURS SHE WILL GET A CALL FROM THE SS SPECIALIST IN THE NEXT COUPLE OF WEEKS; HOWEVER, THEY MAY DETERMINE TO DELAY THE REQUIREMENT IN WHICH CASE SHE WON'T GET A CALL, ONLY A LETTER, THEN SS SPECIALIST WILL CONTACT HER AT A LATER TIME IF AND WHEN DEEMED NECESSARY. VERIFIED NO FURTHER QUESTIONS, SHE THANKED FOR ASSISTANCE, PC ENDED.

**12/20/2021 12:26 PM - CLAIM Note 20**
Claim/Event/Leave: 12028057
NoteSubject : Action Plan
Other Subject : NP APR 2022
Text: [12/20/2021 - FITZGERALD, JOEL]62 Y/O FEMALE RN, PRESUMED MEDIUM OCC (JD ON FILE, OA NOT NEEDED FOR INITIAL DETERM AND MAY BE COMPLETED AT A FUTURE DATE IF AND WHEN IT IS NEEDED AS PART OF ONGOING DISABILITY REVIEW). OOW DUE TO DAILY HEADACHES WHICHSTARTED IN LATE APRIL 2021. LDW 5/7/21, DOD 5/11/21. OWN OCC PERIOD IS FROM BBD 11/9/21 THRU 11/8/2023; ANY OCC PERIOD IS FROM THE CID DATE 11/9/2023 THRU MBD OF 11/8/2026. **HISTORY OF MEDICAL CONDITION: CLMT WAS SEEN IN EMERGENCY ROOM 5/11/2021 ANDEVALUATED IN HOSPITAL DUE TO HISTORY OF 3-4 WEEKS OF HEADACHES WHICH STARTED 5 DAYS AFTER RECEIVING THE JOHNSON AND JOHNSON VACCINE AROUND 4/10/2021. MRI ON 5/11/21 SHOWED SOME ABNORMALITIES AND SHE WAS ASSESSED AND TREATED FOR MENINGITIS / ENCEPHALITIS AND HEADACHES BY NEUROLOGIST DR. SEGURA. MULTIPLE HEADACHE AND OTHER MEDICATIONS INCLUDING STEROID MEDROL DOSEPAK WERE STARTED. SHE FOLLOWED UP WITH ENT DR. MICHAEL HICKMAN ON 6/18/2021 NOTING CLMT HAD BOTOX INJECTIONS AND REPORTED HEADACHE INTENSITY IMPROVEMENT BUT HEADACHES WERE STILL OCCURRING. DR. HICKMAN NOTED THE HEADACHES ARE A NEUROLOGIC ISSUE AND ADVISED HER THAT SHE NEEDS TO FOLLOW UP WITH NEUROLOGY MOVING FORWARD. AFTER THE 5/12 VISIT CLMT WAS SEEN ON 7/23 BY DR. SEGURA AND THENNOT AGAIN UNTIL 11/30/2021. ON 11/30/2021 VISIT WITH DR. SEGURA CLMT REPORTED IMPROVEMENTS TO INTENSITY OF HEADACHES SINCE LAST VISIT, BUT FREQUENCY REMAINED THE SAME WITH ALMOST DAILY HEADACHES. SUBSEQUENT MRI 10/1/2021 REVEALED MINIMAL CHANGES. PATIENT RECOVERY ALSO COMPLICATED BY REPORTS OF ANXIETY AND DEPRESSION AND RECENT STRESS DUE TO THE DEATH OF HER HUSBAND IN OCTOBER 2021. 11/30/21 ASSESSMENT/PLAN DOCUMENTED AS INCREASING ELAVIL TO 25MG QHS, START ON NURTEC PRN IN PLACE OF UBRELVY 100MGPRN. AP NOTES OPINION THAT HEADACHES ARE NOT OUT OF ORDINARY GIVEN RECENT EPISODE OF ENCEPHALITIS AND AP SUSPECTS STRESS/ANXIETY MAY BE EXACERBATING HEADACHES & HE RECOMMENDED SHE ESTABLISH CARE WITH A THERAPIST FOR DEPRESSION. **ONGOING TREATMENTPLAN: F/U WITH CLINIC 6 WEEKS FROM 11/30 VISIT WITH NEURO AP SEGURA (ESTIMATE 1/11/22). **ACTION PLAN GOAL: RTW OO JAN 2022. **STEPS: FOLLOW UP WITH CLMT FOR PHONE UPDATES REGARDING SYMPTOMS AND ERTW AND IF NOT IMPROVED ENOUGH FOR RTW IN JAN/FEB 2022, WILL CONSIDER REQUESTING UPDATED MEDICALS FOR POTENTIAL REVIEW OF DISABILITY BEYOND THE JAN 2022 FOLLOW UP VISIT WITH DR. SEGURA.[02/07/2022 - PERKINS, BRE-ANN]***NO RTW AS OF 2/4/22. EE PLACED ON N/P FOR UPDATED MRS DOS 12/1/21-PRES W/ R/LS FROMDR. SEGURA AND LTD FORMS, DUE 4/19/22

**12/20/2021 12:16 PM - CLAIM Note 19**
Claim/Event/Leave: 12028057
NoteSubject : Ref to Other
Other Subject : PSU
Text: [12/20/2021 - FITZGERALD, JOEL]REFERRED VIA SCORE FOR COMPLETION OF INITIAL CALCS / BENEFIT SET UP

**12/20/2021 12:14 PM - CLAIM Note 18**
Claim/Event/Leave: 12028057
NoteSubject : Approved
Other Subject : LTR TO EE
Text: [12/20/2021 - FITZGERALD, JOEL]APPROVAL LTR MAILED TO CLMT, W-4S ATTACHED. INITIAL APPROVAL IS REASONABLY SUPPORTED CONSIDERING THE R/LS SUPPORTED WHICH WOULD PRECLUDE FROM FULL TIME WORK IN A REGISTERED NURSE OCCUPATION. IT IS REASONABLE TO CONCLUDETHAT THE OCC WOULD REQUIRE PREDICTABLE SUSTAINABLE CONCENTRATION AND FOCUS AND AT THIS TIME PER ICP DESK CONSULT ON 12/20/2021 THE RECORDS SUPPORT THAT THE CLAIMANT DOES NOT HAVE CAPACITY FOR THIS. IT IS ANTICIPATED THAT SHE WILL CONTINUE TO IMPROVE AND EXPECTED THAT SHE WILL BE ABLE TO RETURN TO WORK WITHIN THE NEXT MONTH. IF IMPROVEMENT DOES NOT CONTINUE AND/OR SHE DOES NOT RETURN TO WORK IMMINENTLY IN JANUARY 2022, THE PLAN WILL BE TO OBTAIN UPDATES FROM THE CLMT AND REQUEST UPDATED MEDICALRECORDS AND ONCE RECEIVED, ASSESS FOR ONGOING R/LS INCLUDING UTILIZING CLINICAL RESOURCES IF NEEDED BASED ON WHAT INFORMATION IS IN THE UPDATED RECORDS. *ELIGIBILITY VERIFIED: LTD CLASS 2 (EMAIL CONFIRMATION ON FILE) 60% BENEFIT. 100% ER CONTRIB, THUS EDOC IS 10/1/1995 (DOH 9/7/1994 + EWP-1ST OF MONTH FOLLOWING 1 YEAR). *JOB/OCC: RN, PRESUMED MEDIUM WITH JD ON FILE - NO OA AT THIS TIME. *LDW/DOD DISCREPANCY CLARIFIED, GAP DUE TO NOT SCHEDULED FOR WORK DURING GAP. LDW: 5/7/2021 VERIFIED WITH ER(EMAIL ON FILE), DOD 5/11/2021 - FIRST DATE OF TXMT FOR DISABLING CONDITION. *LTD FORMS: NOT YET RCVD. PLAN TO FOLLOW UP FOR THESE IF NOT RCVD AND IF NEEDING UPDATED RECORDS IN JAN 2022. 62 Y/O FEMALE WHO WAS SEEN IN EMERGENCY ROOM 5/11/2021 AND EVALUATED IN HOSPITAL DUE TO HISTORY OF 3-4 WEEKS OF HEADACHES WHICH STARTED 5 DAYS AFTER RECEIVING THE JOHNSON AND JOHNSON VACCINE AROUND 4/10/2021. MRI ON 5/11/21 SHOWED ABNORMALITIES AND SHE WAS ASSESSED AND TREATED FOR ENCEPHALITIS (MENINGITIS) ANDHEADACHES BY NEUROLOGIST DR. SEGURA. MULTIPLE HEADACHE AND OTHER MEDICATIONS INCLUDING STEROID MEDROL DOSEPAK WERE STARTED. SHE FOLLOWED UP WITH ENT DR. MICHAEL HICKMAN ON 6/18/2021 NOTING CLMT HAD BOTOX INJECTIONS AND REPORTED HEADACHE INTENSITY IMPROVEMENT BUT HEADACHES STILL OCCURRING. DR. HICKMAN NOTED THE HEADACHES ARE A NEUROLOGIC ISSUE AND ADVISED HER THAT SHE NEEDS TO FOLLOW UP WITH NEUROLOGY MOVING FORWARD. CLMT SEEN ON 7/28/2021 AND AGAIN ON 11/30/2021 VISIT WITH DR. SEGURA IN BOTH VISITS CLMT REPORTED IMPROVEMENTS TO INTENSITY OF HEADACHES SINCE LAST VISIT, BUT FREQUENCY REMAINED THE SAME WITH ALMOST DAILY HEADACHES. SUBSEQUENT MRI 10/1/2021 REVEALED MINIMAL CHANGES. PATIENT RECOVERY ALSO COMPLICATED BY REPORTS OF ANXIETY AND DEPRESSION AND RECENT STRESS DUE TO THE DEATH OF HER HUSBAND IN OCTOBER 2021. AP INDICATES SHE WILL REMAIN OFF WORKWHILE RECOVERING AND SHE IS TO F/U WITH CLINIC IN 6 WEEKS AND HE RECOMMENDED SHE ESTABLISH CARE WITH A THERAPIST FOR HER DEPRESSION.

**12/20/2021 12:08 PM - NOTIFICATION Note 1**
Claim/Event/Leave: 12028057
NoteSubject : Text Message
Other Subject : Approved
Text: Recipient Name 1 : Lincoln Financial Group: Claim 12028057. Your disability claim has been approved.
**TEXT Life Cycle**
Sent ON: 12/20/2021 12:08 PM EST
Current Status: DELIVERED
Delivered ON: 12/20/2021 12:08 PM EST

**12/20/2021 12:05 PM - CLAIM Note 17**
Claim/Event/Leave: 12028057
NoteSubject : Other
Other Subject : NEURO ICP CONSULT
Text: [12/20/2021 - FITZGERALD, JOEL]DESK CONSULT COMPLETED WITH NEUROLOGIST DR. LINDA COWELL ON 12/20/2021. FILE REVIEWED WITH ICP INCLUDING RECORDS DATED 5/11/2021-11/30/2021. DR. COWELL OPINES THAT R&LS OF INABILITY TO SUSTAIN CONCENTRATION AND FOCUS ONA PREDICTABLE BASIS ARE SUPPORTED FROM THE DOD 5/11/2021 UNTIL THE NEXT FOLLOW UP VISIT WITH NEUROLOGY WHICH IS NOTED AS 6 WEEKS FROM THE 11/30/21 VISIT (APPROXIMATELY 1/11/22). THESE RESTRICTIONS AND LIMITATIONS ARE REASONABLE GIVEN THE HOSPITALIZATION AND ONGOING CONSISTENT REPORTS OF HEADACHES SUPPORTED BY THE ABNORMALITIES EVIDENCED IN THE MRI RESULTS AND SPINAL TAP FLUIDS RESULTS. SEVERAL OFFICE VISIT NOTES IN A ROW SHOW PROGRESSION/IMPROVEMENT IN SYMPTOM SEVERITY ALTHOUGH FREQUENCY HAS NOT YET IMPROVED WHICH INDICATES SHE HAS PARTIALLY RESPONDED TO MULTIPLE MEDICATIONS PRESCRIBED TO TREAT HER HEADACHES, BUT THE IMPROVEMENT HAS NOT YET BEEN TO THE DEGREE THAT WOULD ALLOW FOR SUSTAINED CONCENTRATION AND FOCUS ON A PREDICTABLE BASIS. ICP DR. COWELL RECOMMENDS OBTAINING UPDATES AFTER THE NEXT NEUROLOGY VISIT TO ASSESS FOR IMPROVEMENT AND IF THERE IS NO IMMINENT RTW PLAN IN PLACE AT THAT TIME, IT WOULD BE REASONABLE TO OBTAIN UPDATED MEDICAL RECORDS. ASSESSMENT OF FUTURE CLINICAL RESOURCE UTILIZATION IS DEPENDENT ON WHAT THOSE UPDATED RECORDS SHOW, BUT A NEUROLOGY PEER REVIEW MAY BE REASONABLE AT THAT TIME IF ONGOING R/LS ARE QUESTIONABLE.

**12/17/2021 11:14 AM - CLAIM Note 16**
Claim/Event/Leave: 12028057
NoteSubject : Other
Other Subject : CONSULT SCHEDULED
Text: [12/17/2021 - FITZGERALD, JOEL]NEUROLOGY ICP DESK CONSULT SCHEDULED FOR 11AM EST ON MONDAY 12/20/2021 WITH NEURO ICP DR. COWELL TO DISCUSS THIS CLAIM FILE.

**12/16/2021 11:51 AM - PHONE Note 7**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject : RTC
Text: [12/16/2021 - PERKINS, BRE-ANN]EE LEFT VM FOR CM ON 12/15/21 ASKING FOR CALL BACK TO DISCUSS Q'S EE HAS

REGARDING LTD CLAIM. CM RETURNED EE'S CALL TO #: EE WANTED TO ENSURE ALL INFORMATION FROM AP HAD BEEN RCVD FOR REVIEW OF LTD. CXEDTHAT IT HAD BEEN AND WE ARE AWAITING CLINICAL REVIEW OF CLAIM AT THIS TIME IN ORDER TO MAKE OUR INITIAL DETERMINATION. EE VOICED U/S, THANKED CM, C/E

**12/16/2021 10:32 AM - CLAIM Note 15**
Claim/Event/Leave: 12028057
NoteSubject : LTR to AP
Other Subject : SEGURA
Text: [12/16/2021 - FITZGERALD, JOEL]FAXED REQUEST FOR AP STATEMENT TO AP SEGURA

**12/16/2021 10:30 AM - CLAIM Note 14**
Claim/Event/Leave: 12028057
NoteSubject : LTR to AP
Other Subject : EAST JEFFERSON HSPTL
Text: [12/16/2021 - FITZGERALD, JOEL]SUBMITTED REQUEST VIA RELEASEPOINT WITH SPECIFIC AUTHORIZATION FOR EJGH UPLOADED AS ATTACHMENT. REQUESTING ONLY THE DISCHARGE SUMMARY AND ABSTRACT/PERTINENT RECORDS FROM MAY OF 2021. "YOUR WEBORDER TRANSACTION ID IS: 55665192 TRANSACTION DATE: 2021-12-16 07:28:55"

**12/16/2021 10:18 AM - CLAIM Note 13**
Claim/Event/Leave: 12028057
NoteSubject : Ref to Other
Other Subject : ICP DESK CONSULT
Text: [12/16/2021 - FITZGERALD, JOEL]EMAIL SUBMITTED TO DR. KLEIN AND DR. COWELL ASKING FOR AVAILABILITY FOR A NEUROLOGY ICP DESK CONSULT WITHIN THE NEXT BUSINESS DAY OR TWO.

**12/16/2021 10:15 AM - MDS Note**
Claim/Leave: 12028057
Episode #: 1
Nurse Name: ROCKETT, ABIGAIL
Service #: 17294411
Service Date: 12/16/2021
Activity: NURSE REVIEW, MEDICAL RECORDS REVIEW
Contact Information: CLAIMS, BRE-ANN, PERKINS
Note Type: INFORMATION OBTAINED DESC
Text: NDC OPEN CONSULT REVIEW. EE CEASED WORK 5/11/21 DUE TO HEADACHES AFTER RECEIVING THE JOHNSON AND JOHNSON COVID-19 VACCINE. RECORDS INDICATE SHE WAS INPATIENT 5/11-5/14/21 AND HAS TREATED WITH BOTH NEUROLOGY AND ENT WITH TESTING ORDERED/COMPLETED AND MEDICATIONS GIVEN FOR SYMPTOM RELIEF. RESTRICTIONS MAY BE SUPPORTED HOWEVER GIVEN THERE IS A GAP IN TX NOTED FROM 7/2021-11/30/21, COMORBID CONTRIBUTING ANXIETY/DEPRESSION NOTED, AND OVERALL COMPLEXITY / POSSIBLE COVID VACCINE REACTION NOTED, NDC IS UNABLE TODETERMINE R/LS IN A CONSULT SETTING. RECOMMEND CS REFER FILE BACK TO CLINICAL SERVICES FOR A COVID NURSE FFR VS. NEUROLOGY ICP CONSULT. DISCUSSED WITH CS (J. FITZGERALD). CONSULT COMPLETE.

**12/15/2021 2:51 PM - CLAIM Note 12**
Claim/Event/Leave: 12028057
NoteSubject : DOD Discrepancy
Other Subject :
Text: [12/15/2021 - FITZGERALD, JOEL]THE LTD EP IS 'THE GREATER OF' PROVISION AND THUS THE ACCURATE LTD BBD IS 11/9/2021 TAKING INTO CONSIDERATION THE DATE RANGE CORRECTION ON THE ASSOCIATED STD CLAIM. THE STD CLAIM WAS APPROVED FOR CORRECT # OF BENEFIT DAYS TOTALING 168 DAYS AFTER A 14 DAY ELIMINATION PERIOD, APPROVED DATES 5/21/2021 THROUGH 11/4/2021 AND REMAINS CODED AS SUCH. HOWEVER, THE DATES SHOULD HAVE BEEN LDW 5/7/2021, DOD 5/11/2021, WITH APPROVED DATES FROM BBD 5/25/2021 THRU MBD 11/8/2021.CORRECTIONS ARE BASED ON VERIFICATION OF 5/7/21 LDW AND CORRECT DOD BEING 5/11/2021. NO PAY ADJUSTMENTS NEEDED AS STD CLAIM WAS APPROVED FOR CORRECT # OF BENEFIT DAYS DESPITE INCORRECT DATE RANGE CODED ON STD CLAIM. ALTHOUGH BASED ON CODING OF STD CLAIM IN S1 THERE APPEARS TO BE A GAP BETWEEN STD MBD AND LTD BBD, THERE IS NO GAP WHEN TAKING INTO CONSIDERATION THE CORRECTED STD DATE RANGE OF APPROVED BENEFITS.

**12/15/2021 2:39 PM - CLAIM Note 11**
Claim/Event/Leave: 12028057
NoteSubject : LDW Discrepancy
Other Subject : VERIFIED
Text: [12/15/2021 - FITZGERALD, JOEL]ER EMAIL ADDED TO DOC LIST. VERIFICATION RCVD THAT LDW WAS 5/7/2021.

**12/15/2021 1:44 PM - CLAIM Note 10**
Claim/Event/Leave: 12028057
NoteSubject : LDW Discrepancy
Other Subject : EMAIL TO ER
Text: [12/15/2021 - FITZGERALD, JOEL]EMAILED EMPLOYER CONTACT TO VERIFY THE LDW.

**12/15/2021 1:40 PM - CLAIM Note 9**
Claim/Event/Leave: 12028057
NoteSubject : Ref to Other
Other Subject : NURSE OPEN CONSULT
Text: [12/15/2021 - FITZGERALD, JOEL]REFERRAL SUBMITTED VIA EMAIL TO NURSE OPEN CONSULT SHARED MAILBOX.

**12/15/2021 1:39 PM - CLAIM Note 8**
Claim/Event/Leave: 12028057
NoteSubject : Pended
Other Subject : PLAN
Text: [12/15/2021 - FITZGERALD, JOEL]**PENDED PLAN: 1) VERIFY LDW WITH ER AND REVIEW TO CLARIFY DOD ACCURACY. 2) NURSE CONSULT TO DISCUSS RECORDS ON FILE. IS THE GAP IN TREATMENT BETWEEN 6/18 AND 11/30 REASONABLE / EXPECTED OR WOULD IT BE ANTICIPATED THATSHE WOULD HAVE RECEIVED MORE REGULAR TREATMENT? ANY INSIGHT INTO WHY LYME DISEASE TESTING REFERRAL WAS RECOMMENDED AND WHY THE 11/30 NOTE SEEMS TO EXCLUDE IT IN THE ONGOING ASSESSMENT/PLAN? GIVEN HER ADVANCING AGE AND THE INFORMATION IN THE RECORDS,IS THE INFO SUFFICIENT TO SUPPORT R&LS FOR THE LTD EP AND THRU THE EXPECTED NOV WITH NEUROLOGY 6 WEEKS FROM 11/30/21 - OR DOES A NEUROLOGY PEER REVIEW NEED TO OCCUR IN ORDER TO DETERMINE THIS / IS ADDITIONAL INFORMATION OR CLARIFICATION NECESSARY PRIOR TO RENDING INITIAL LIABILITY DECISION? *OUTSTANDING ITEMS: 1) LTD FORMS NEEDED. 2) LDW & DOD NEED CLARIFICATION. 3) POTENTIALLY CONSIDERING CLAIMANT UPDATES DEPENDING ON INFORMATION DISCUSSED VIA NURSE CONSULT: DID THE CLAIMANT EVER PURSUE/COMPLETE LYME DISEASE TESTING AND IF NOT, WHY? HAS THE CLAIMANT STARTED TREATING FOR DEPRESSION/ANXIETY AS RECOMMENDED BY DR. SEGURA? WHAT IS HER TREATMENT PLAN AND SCHEDULE FOR ONGOING CARE AFTER THE 11/30/2021 VISIT AND WHAT ARE HER ERTW PLANS AND GOALS?WHAT DOES HER CURRENT AVERAGE DAY LOOK LIKE: HOW DO HER HEADACHES IMPACT HER ADLS AND OTHER ACTIVITIES AT PRESENT?

**12/15/2021 1:38 PM - CLAIM Note 7**
Claim/Event/Leave: 12028057
NoteSubject : Pended
Other Subject : PENDED RVW SUMMARY
Text: [12/15/2021 - FITZGERALD, JOEL]**PENDED REVIEW SUMMARY: *ELIGIBILITY: LTD CLASS 2 (EMAIL CONFIRMATION ON FILE) 60% BENEFIT. 100% ER CONTRIB, THUS EDOC IS 10/1/1995 (DOH 9/7/1994 + EWP-1ST OF MONTH FOLLOWING 1 YEAR). *JOB/OCC: RN, PRESUMED MEDIUM WITHJD ON FILE - NO OA AT THIS TIME. *LDW/DOD DISCREPANCY: DATES CODED ON STD CLAIM OF LDW 5/6/2021 DOES NOT APPEAR TO BE VERIFIED VIA DOCUMENTATION AND THE DOD CODED 5/7/2021 IS INCONSISTENT WITH THE FIRST TREATMENT DATE IN THE RECORDS ON FILE OF 5/11/2021, ALTHOUGH IT IS POSSIBLE THAT DISABILITY OCCURRED PRIOR TO THAT VISIT DATE. *LTD FORMS: NOT RCVD AS OF 12/15. SPECIFIC FACILITY AUTH ON FILE IS OUTDATED. *MEDICAL RECORDS: RECORDS ON FILE ARE DATED 5/11-5/12 AND 11/30/21 FROM NEURO DR. SEGURA AND 5/12 AND 6/18/21 FROM ENT DR. HICKMAN. **HISTORY OF TXMT AND SUMMARY OF MED INFO ON FILE: 62 Y/O FEMALE WHO WAS SEEN IN EMERGENCY ROOM 5/11/2021 AND EVALUATED IN HOSPITAL DUE TO HISTORY OF 3-4 WEEKS OF HEADACHES WHICH STARTED 5 DAYS AFTER RECEIVINGTHE JOHNSON AND JOHNSON VACCINE AROUND 4/10/2021. MRI ON 5/11/21 SHOWED SOME ABNORMALITIES AND SHE WAS ASSESSED AND TREATED FOR ENCEPHALITIS (MENINGITIS) AND HEADACHES BY NEUROLOGIST DR. SEGURA. MULTIPLE HEADACHE AND OTHER MEDICATIONS INCLUDING STEROID MEDROL DOSEPAK WERE STARTED. SHE FOLLOWED UP WITH ENT DR. MICHAEL HICKMAN ON 6/18/2021 NOTING CLMT HAD BOTOX INJECTIONS AND REPORTED HEADACHE INTENSITY IMPROVEMENT BUT HEADACHES STILL OCCURRING. DR. HICKMAN DID TREAT HER ON 6/18 BUT HE NOTED THE HEADACHES ARE A NEUROLOGIC ISSUE AND ADVISED HER THAT SHE NEEDS TO FOLLOW UP WITH NEUROLOGY MOVING FORWARD. AFTER THE 5/12 VISIT CLMT WAS NOT SEEN AGAIN BY DR. SEGURA UNTIL 11/30/2021. ON 11/30/2021 VISIT WITH DR. SEGURA CLMT REPORTED IMPROVEMENTSTO INTENSITY OF HEADACHES SINCE LAST VISIT, BUT FREQUENCY REMAINED THE SAME WITH ALMOST DAILY HEADACHES. SUBSEQUENT MRI 10/1/2021 REVEALED STABLE MINIMAL CHANGES. PATIENT RECOVERY ALSO COMPLICATED BY REPORTS OF ANXIETY AND DEPRESSION AND RECENT STRESS DUE TO THE DEATH OF HER HUSBAND IN OCTOBER 2021. OF NOTE: PATIENT WAS REFERRED FOR LYME DISEASE RULE OUT TESTING BUT AS OF THE 11/30/21 OVN AP NOTES THIS HAS NOT BEEN COMPLETED BY PATIENT YET. ASSESSMENT/PLAN DOCUMENTED AS INCREASING ELAVIL TO 25MGQHS, START ON NURTEC PRN IN PLACE OF UBRELVY 100MG PRN. AP NOTES OPINION THAT HEADACHES ARE NOT OUT OF ORDINARY GIVEN RECENT EPISODE OF ENCEPHALITIS AND AP SUSPECTS STRESS/ANXIETY MAY BE EXACERBATING HEADACHES. AP INDICATES SHE WILL REMAIN OFF WORKWHILE RECOVERING BUT NO SPECIFIC R&LS OR DURATION IS DOCUMENTED. F/U WITH CLINIC IN 6 WEEKS AND HE RECOMMENDED SHE ESTABLISH CARE WITH A THERAPIST FOR HER DEPRESSION.

**12/15/2021 11:08 AM - PHONE Note 6**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject : RTC/LFT MSG
Text: [12/15/2021 - PERKINS, BRE-ANN]EE LEFT VM FOR CM ON 12/14/21 ASKING IF MRS HAD BEEN RCVD TO EXTEND BENS. CM RETURNED CALL TO NO ANSWER. LEFT MSG ADVISING THAT STD HAD BEEN EXTENDED THRU MBD AND THAT ER IS RESPONSIBLE FOR THOSE BENEFITS. ADVISED EE THAT FURTHER CLINICAL REVIEW IS LIKELY NEEDED ON LTD CLAIM B4 DECISION CAN BE MADE. ADVISED THIS USUALLY CAN TAKE UP TO 2 WEEKS. ASKED EE TCB W/ ANY Q'S

**12/15/2021 8:32 AM - CLAIM Note 6**
Claim/Event/Leave: 12028057
NoteSubject : Peer Review
Other Subject : NEURO/M1 REV
Text: [12/15/2021 - PERKINS, BRE-ANN]62YOF, REGISTERED NURSE (PRESUMED MED OCC), LDW: 5/6/21, DOD 5/7/21, DX: MENINGITIS. EE BEGAN HAVING DEBILITATING MIGRAINES AFTER RCVING THE JOHNSON AND JOHNSON COVID VACCINE. FOUND TO HAVE BRAIN SWELLING THAT REOPENEDBRAIN BLEED. EE DID NOT HAVE TO HAVE SX. COMORBIDS: ASTHMA, EE IS NOT CLAIMING. CURRENT TXING PROVIDERS: -ENRIQUE SEGURA (NEURO): LOV IN JULY OR AUGUST 2021, NOV 11/30/21. EE HAD MRI AT THE END OF SEPTEMBER 2021 WHICH WILL BE REVIEWED AT NOV; -MICHAEL HICKHAM (ENT): LOV APRIL 2021, NOV IS NOT SCHEDULED YET. TX PLAN: EE IS TAKING MEDS FOR HEADACHES INCLUDING AMITRIPTYLINE. EE IS HOPING TO BE CLEARED TO RTW IN A DESK JOB AFTER 11/30/21. EE STATES THAT SHE HAS SPOKEN TO ER ABOUT THIS ALREADY ANDJUST NEEDS TO BE CLEARED BY AP. *MRI RESULTS FROM MAY 2021 AND 11/30/21 OVN FROM DR. SEGURA HAVE BEEN RCVD INDICATING EE HAS ONGOING MIGRAINES, MEDS INCREASED AND F/U IN 6 WEEKS (AROUND 1/11/22). ALSO INDICATED DX OF ANXIETY/DEPRESSION FOR EE AFTER DEATH OF HUSBAND IN OCT 2021. ***CM RECOMMENDING NEURO PEER AT THIS TIME TO REVIEW AVAILABLE MRS TO HELP DETERMINE EE'S REASONABLE R/LS FROM LTD BBD OF 11/5/21 THRU PRESENT AND ONGOING TO AID IN INITIAL DETERMINATION

11/8/21 THRU PRESENT AND ONGOING TO AID IN INITIAL DETERMINATION.

**12/14/2021 11:39 AM - CLAIM Note 5**
Claim/Event/Leave: 12028057
NoteSubject : ERISA
Other Subject : 1ST LETTER
Text: [12/14/2021 - PERKINS, BRE-ANN]MAILED EE 1ST ERISA LETTER FOR DAY 40

**12/14/2021 9:48 AM - PHONE Note 5**
Claim/Event/Leave: 12028057
NoteSubject : Called EE
Other Subject : RTC
Text: [12/14/2021 - PERKINS, BRE-ANN]EE LEFT VM FOR CM ON 12/13/21. ASKING CM TO RESEND REQUEST TO DR. SEGURA'S OFFICE TO FAX #: 504-456-5172 ATTN PENNY. EE STATES THAT HER LOV WAS 11/30/21 AND NOV IS ON 1/21/22. EE ASKES CM TO PLEASE STATE ON THE FAX THAT REQUEST IS URGENT. CM HAS REFAXED. CM RETURNED CALL TO EE AT #: NO ANSWER, LEFT MSG ADVISING EE THAT REQUEST WAS SENT AS REQUESTED.

**12/13/2021 12:12 PM - PHONE Note 4**
Claim/Event/Leave: 12028057
NoteSubject : EE Called
Other Subject :
Text: [12/13/2021 - PERKINS, BRE-ANN]EE CALLED TO SEE IF MRS HAD BEEN RCVD FROM DR. SEGURA'S OFFICE. ADVISED EE THAT MRS REMAIN O/S. EE VOICED FRUSTRATION AND STATED THEY KEEP TELLING HER THEY'VE NOT RCVD A REQUEST. REVIEWED FAX NUMBER THAT MRS WERE SENT TO WHICH EE CX IS CORRECT. EE ASKED WHAT ELSE SHE CAN DO. ADVISED SHE MIGHT NEED THEM TO RELEASE MRS DIRECTLY TO HER. EE STATED WHAT ABOUT THE FORM. CM TO EMAIL COPY OF R/LS FORM TO EE TO TAKE TO AP OFFICE. EE VOICED U/S, THANKED, C/E .

**11/15/2021 5:10 AM - DOCUMENT Note 5**
Claim/Event/Leave: 12028057
NoteSubject : eSignature
Other Subject : Document Expired

**11/14/2021 12:37 PM - DOCUMENT Note 4**
Claim/Event/Leave: 12028057
NoteSubject : eSignature
Other Subject : Document Will Expire

**11/13/2021 12:37 PM - DOCUMENT Note 3**
Claim/Event/Leave: 12028057
NoteSubject : eSignature
Other Subject : Document Not Signed Day 5

**11/11/2021 12:03 PM - PHONE Note 3**
Claim/Event/Leave: 12028057
NoteSubject : Called AP
Other Subject : SEGURA
Text: [11/11/2021 - PERKINS, BRE-ANN]CALLED DR. SEGURA'S OFFICE, SPOKE TO REP WHO STATED MA WOULD HAVE TO ANSWER CM'S QUESTIONS. CM TRANSFERRED TO MA WHO STATED THAT EE HADN'T BEEN SEEN SINCE BEFORE MAY SO NO MRS AVAILABLE TO SEND AND DR. SEGURA WILL NOTCOMPLETE R/LS FORM UNTIL EE IS SEEN AGAIN. MA CX THAT EE'S NOV IS 11/30/21. CM VOICED U/S, THANKED, C/E.

**11/10/2021 12:37 PM - DOCUMENT Note 2**
Claim/Event/Leave: 12028057
NoteSubject : eSignature
Other Subject : Document Not Signed Day 2

**11/08/2021 12:37 PM - DOCUMENT Note 1**
Claim/Event/Leave: 12028057
NoteSubject : eSignature
Other Subject : Document Requested

**11/08/2021 12:35 PM - CLAIM Note 4**
Claim/Event/Leave: 12028057
NoteSubject : Action Plan
Other Subject : PENDED
Text: [11/08/2021 - PERKINS, BRE-ANN]62YOF, REGISTERED NURSE (PRESUMED MED OCC), LDW: 5/6/21, DOD 5/7/21, DX: MENINGITIS. EE BEGAN HAVING DEBILITATING MIGRAINES AFTER RCVING THE JOHNSON AND JOHNSON COVID VACCINE. FOUND TO HAVE BRAIN SWELLING THAT REOPENEDBRAIN BLEED. EE DID NOT HAVE TO HAVE SX. COMORBIDS: ASTHMA, EE IS NOT CLAIMING. CURRENT TXING PROVIDERS: -ENRIQUE SEGURA (NEURO): LOV IN JULY OR AUGUST 2021, NOV 11/30/21. EE HAD MRI AT THE END OF SEPTEMBER 2021 WHICH WILL BE REVIEWED AT NOV; -MICHAEL HICKHAM (ENT): LOV APRIL 2021, NOV IS NOT SCHEDULED YET. TX PLAN: EE IS TAKING MEDS FOR HEADACHES INCLUDING AMITRIPTYLINE. EE IS HOPING TO BE CLEARED TO RTW IN A DESK JOB AFTER 11/30/21. EE STATES THAT SHE HAS SPOKEN TO ER ABOUT THIS ALREADY ANDJUST NEEDS TO BE CLEARED BY AP. **PENDED ACTION PLAN: EE HAS BEEN PLACED ON DUAL N/P FOR MRS DOD-PRESENT FROM DR. SEGURA, DUE 12/19/21. MRS HAVE BEEN REQUESTED W/ R/LS FORM. ONCE RCVD CM TO REVIEW FOR POSSIBLE EXTENSION OF STD AND INITIAL APPROVAL FOR LTD. IF R/LS REMAIN UNCLEAR CM TO CONSIDER

MDS REVIEW OR CONSULT.

**11/08/2021 12:30 PM - CLAIM Note 3**
Claim/Event/Leave: 12028057
NoteSubject : LTR to AP
Other Subject : SEGURA
Text: [11/08/2021 - PERKINS, BRE-ANN]REQ MRS DOD-PRESENT W/ R/LS FROM DR.SEGURA

**11/08/2021 12:26 PM - PHONE Note 2**
Claim/Event/Leave: 12028057
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [11/08/2021 - PERKINS, BRE-ANN]CALLED EE FOR ICP. **GENERAL INFO: EE CX ALL DEMOS INCLUDING: NAME, SSN, DOB, ADDRESS, PHONE NUMBER AND EMAIL. MARITAL STATUS: WIDOWED DEPENDENTS: NONE HIGHEST LEVEL OF ED: ASSOCIATES IN NURSING **JOB INFO: EE CX LDW: 5/6/21 AND DOD: 5/7/21 JOB TITLE: STAFF REGISTERED NURSE, CERTIFIED PEDIATRIC NURSE DUTIES: EE GOT PATIENT S READY FOR SURGERY AND TOOK THEM BACK AFTER SX. EE TOOK VITAL SIGNS, RAN TESTS, STARTED IVS, GAVE MEDS ETC. EE STATES THIS WAS A WALKING AND STANDING JOB. EE DID HAVE TO OCCASIONALLY LIFT AND MOVE PATIENTS. **MEDICAL: DX: EE STATES THAT SHE HAD JOHNSON AND JOHNSON VACCINE ON 4/10/21. EE THEN GOT MIGRAINES THAT WOULD INCAPACITATE HER. WENT TO ER AND THEY DID CT SCAN AND MRI, FOUND THAT EE HAD BRAIN SWELLING. BELIEVED TO BE VIRAL MENINGITIS OR SWELLING CAUSED BY JOHNSON AND JOHNSON VACCINE. THIS SWELLING REOPENED AN OLD BRAIN BLEED BUT EE DID NOT NEED SX. CO-MORBIDS: ASTHMA, THIS IS CONTROLLED AND EE IS NOT CLAIMING. EEDOES NOT SMOKE, EE DRINKS MAYBE ONCE PER MONTH. HEIGHT/WEIGHT: 115LBS, 5FT 2INCH SYMPTOMS: EE STILL GETS HEADACHES THAT CAUSE VOMITING, LIGHT SENSITIVITY. THESE HAVE IMPROVED BUT ARE STILL ONGOING. EE STATES THE HEADACHES CAUSE VISION PROBLEMS ASWELL AS BALANCE ISSUES. EE ALSO EXPERIENCING SOME FATIGUE AND LACK OF STAMINA ADLS: EE STATES THAT SHE IS ABLE TO CARE FOR HERSELF. OTHERWISE EE DOESN T DO MUCH OF ANYTHING. EE HAS TO REST FREQUENTLY IN BETWEEN HOUSEHOLD ACTIVITIES **CURRENT TXINGPROVIDERS: -ENRIQUE SEGURA (NEURO): LOV IN JULY OR AUGUST 2021, NOV 11/30/21. EE HAD MRI AT THE END OF SEPTEMBER 2021 WHICH WILL BE REVIEWED AT NOV -MICHAEL HICKHAM (ENT): LOV APRIL 2021, NOV IS NOT SCHEDULED YET **TX PLAN: EE IS TAKING MEDS FORHEADACHES INCLUDING AMITRIPTYLINE. EE IS HOPING TO BE CLEARED TO RTW IN A DESK JOB AFTER 11/30/21. EE STATES THAT SHE HAS SPOKEN TO ER ABOUT THIS ALREADY AND JUST NEEDS TO BE CLEARED BY AP. **ATTORNEY/SUBRO/WC: NONE **OTHER INCOME: NONE **SSDI:REVIEWED THAT SSDI IS AN OFFSET TO LTD, EE VOICED U/S. **CM EXPLAINED ESCALATION TO LTD, OWN JOB VS. OWN OCC AND LTD MONTHLY BENEFIT PERCENTAGE. PROVIDED EE CONTACT INFO. EE HAD NFQ, THANKED, C/E. **ESIGN AUTH EMAILED TO EE AS REQ BY EE

**11/05/2021 2:35 PM - PHONE Note 1**
Claim/Event/Leave: 12028057
NoteSubject : Initial EE Interview
Other Subject : LEFT MSG
Text: [11/05/2021 - PERKINS, BRE-ANN]CALLED EE AT #: FOR ICP. NO ANSWER, LEFT MSG FOR CALL BACK TO COMPLETE INITIAL INTERVIEW. ADVISED THAT UPDATED MRS ARE NEED TO EVAL BOTH STD AND LTD ONGOING SO N/P STARTED AND DUE BY 12/19/21.

**11/05/2021 11:42 AM - CLAIM Note 2**
Claim/Event/Leave: 12028057
NoteSubject : Other
Other Subject : SAL CALC
Text: [11/05/2021 - PERKINS, BRE-ANN]***SALARY CALC: $83,200.00 (ANNUALLY) / 12 MONTHS = $6,933.33 (MONTHLY)

**11/05/2021 11:41 AM - CLAIM Note 1**
Claim/Event/Leave: 12028057
NoteSubject : Other
Other Subject : ELIGIBILITY REVIEW
Text: [11/05/2021 - PERKINS, BRE-ANN]**POLICY EFFECTIVE DATE: 1/1/2021 ** CLASS DESCRIPTION: CLASS 2: ALL ACTIVE FULL-TIME STAFF EMPLOYEES WITH ONE OR MORE YEARS OF SERVICE ENROLLED IN THE CORE PLAN **HIRE DATE: 9/7/1994 **PART-TIME/FULLTIME: FT ** ELIGIBILITY WAITING PERIOD: 1. IF THE COVERED PERSON IS EMPLOYED BY THE SPONSOR ON THE POLICY EFFECTIVE DATE - FIRST OF THE MONTH FOLLOWING 1 YEAR OF CONTINUOUS, ACTIVE EMPLOYMENT ** CONTRIBUTIONS REQUIRED: APPLICABLE TO CLASS 1, 2, 3, 6 NO ** EFFECTIVE DATE OF COVERAGE: 10/1/1995 ** ELIMINATION PERIOD: APPLICABLE TO CLASS 1, 1A, 2, 2A, 3, 3A, 4, 5: THE GREATER OF: A. THE END OF THE COVERED PERSON'S SHORT TERM DISABILITY BENEFITS; OR B. 180 DAYS. ***LTD BBD: 11/5/21 ** BENEFIT AMOUNT: APPLICABLE TO CLASS 1, 1A, 2, 2A, 4, 5: 60.00% OF BASIC MONTHLY EARNINGS NOT TO EXCEED A MAXIMUM MONTHLY BENEFIT OF $10,000.00 LESS OTHER INCOME BENEFITS AND OTHER INCOME EARNINGS AS OUTLINED IN SECTION 4. ** OWN OCC DURATION: APPLICABLE TO CLASS 2, 2A, 4,5, 6, 6A, 6B: 24 MONTH OWN OCCUPATION **MAX DURATION: 11/4/2026

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

LUCIA ROMAGOSA

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

September 27, 2024

Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Lucia:

Please see the attched.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Nichole H.
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 39841
Secure Fax No.: (603) 334-0401

Attachments: 12028057-RESPOND-CLAIMANT-09.26.2024

From: LFGNotifications@LFG.com
Sent: Thursday, September 26, 2024 4:56:44 PM
To: COM;
CC:
BCC:
Subject: [Send Secure]Lcmc Health Claim No. 12028057 Lucia Romagosa
Attachments: hdloythekwwrbolgx8ae_18801505.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

September 26, 2024

Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Lucia:

Attached is the explanation of benefits for your Long Term Disability Benefits (LTD) from November 9, 2022 through November 8, 2023.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Nichole H.
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 39841
Secure Fax No.: (603) 334-0401

Attachments: 12028057-PAYMENTS-CLAIMANT DISABILITY EOB-06.22.2023
12028057-PAYMENTS-CLAIMANT DISABILITY EOB-07.03.2023

Lincoln Financial Group
Lincoln National Life Insurance Company

GROUPBENEFITS - CLAIMS
PO BOX 8200
DOVER, NH 03821-0000
1-(800) 210-0268

Claim: 12028057
Claim Type: LTD
Payee Type: EMP

Customer: LCMC HEALTH
Subsidiary: LCMC HEALTH - ASO
Location: CHILDRENS HOSPITAL NEW ORLEANS
Employee: LUCIA A ROMAGOSA

Policy Number: GF3-890-LF0494-01
Pmt Period: 11/09/22 - 06/08/23
Pmt Date: 06/21/23
Check #: 109938361

Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 29120.00 | $ 0.00 | $ 0.00 | $ 29120.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 29120.00 |

Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | Subtotal Provision | | | $ 0.00 |

Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | Subtotal Offset | | | $ 0.00 |

Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | Subtotal Deduction | | | $ 0.00 |

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 0.00

Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: | $ 29120.00 | Benefit Tax %: 100.00 | Federal Excludable Wages: | $ 0.00 |
| OASDI Taxable Wages: | $ 0.00 | | OASDI Withholding: | $ 0.00 |
| Medicare Taxable Wages: | $ 0.00 | | Medicare Withholding: | $ 0.00 |
| Federal Taxable Wages: | $ 29120.00 | | Federal Withholding: | $ 0.00 |
| State Taxable Wages: | $ 29120.00 | Employee State: LA | State Withholding: | $ 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

Lincoln Financial Group
Lincoln National Life Insurance Company

GROUPBENEFITS - CLAIMS
PO BOX 8200
DOVER, NH 03821-0000
1-(800) 210-0268

Claim: 12028057
Claim Type: LTD
Payee Type: EMP

Customer: LCMC HEALTH
Subsidiary: LCMC HEALTH - ASO
Location: CHILDRENS HOSPITAL NEW ORLEANS
Employee: LUCIA A ROMAGOSA

Policy Number: GF3-890-LF0494-01
Pmt Period: 06/09/23 - 11/08/23
Pmt Date: 06/30/23
Check #: 110024341

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 20800.00 | $ 0.00 | $ 0.00 | $ 20800.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 20800.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Offset $ 0.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Deduction $ 0.00

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 0.00

MEMO:AP&C CLAIM CLOSED

## Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: $ 20800.00 | Benefit Tax %: 100.00 | Federal Excludable Wages: $ | 0.00 |
| OASDI Taxable Wages: $ 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ 20800.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ 20800.00 | Employee State: LA | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

NMR Network Medical Review Co. LLC | ExamWorks

Case #12028057 attn. Jane Daniell

6/17/2024

RE: Disability Benefits
Lucia A Romagosa

12028057

Dr. Edward Gaber, MD
985-624-5410
9856245490

00000052 LF4042M1 00000871

Dear Dr. Edward Gaber, MD,

Your patient's disability claim specialist requested a review the medical records that were submitted to apply for disability benefits through Lincoln Financial Group. Attempts were made to reach you by phone on the following dates and times, but we were unable to connect. Please review this summary of our conversation for accuracy.

On 6/17/24 at 9:40 AM CDT, I was able to speak with you and you indicated that the patient had chronic daily headaches but was unaware of the intensity of the headaches or whether they prevented the patient from performing her job.

Your patient's disability claims specialist is requesting that within 5 days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments to them via toll free and secure fax number to (866) 841-1415.

If you would like to submit any additional information on your patient's behalf you can direct any records or correspondence to the disability claim specialist via toll free and secure fax number to (866) 841-1415.

Thank you for your assistance.

Jon Glass, M.D.
Board Certified in Neurology
Licensed in State of NY
Licensed in State of NJ
Licensed in State of MA
Licensed in State of PA

No Changes/comments, OR

**1252 Bell Valley Road ◦ Suite 210 ◦ Rockford, IL 61108 ◦ Phone 815.964.6334 ◦ Fax 815.964.1162**
*website* www.nmrco.com ■ *email* info@nmrco.com

**RE:** Lucia A Romagosa **NMR#:** 1197566

**Page 2**

✓ With changes/comments as noted below

see Dr. Segura's letter
on her disabling headaches

Dr. Edward Gaber, MD 6/28/24
Date

00000052 LF4042M1 00000872

Case # 12028057
Attn. Jane Daniell

**From:** DisabilityDocuments
**Sent:** Saturday, June 29, 2024 10:01 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Romagosa

---

**From:** steve@sjsimone.com <steve@sjsimone.com>
**Sent:** Sunday, June 30, 2024 1:59:53 AM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Romagosa

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

THANKS,

LUCIA ROMAGOSA
**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]

NMR Network Medical Review Co. LLC | ExamWorks

Case #12028057 attn. Jane Daniell

6/17/2024

RE: Disability Benefits
Lucia A Romagosa

12028057

Dr. Edward Gaber, MD
985-624-5410
9856245490

Dear Dr. Edward Gaber, MD,

00000052 LF4042M1 00000871

Your patient's disability claim specialist requested a review the medical records that were submitted to apply for disability benefits through Lincoln Financial Group. Attempts were made to reach you by phone on the following dates and times, but we were unable to connect. Please review this summary of our conversation for accuracy.

On 6/17/24 at 9:40 AM CDT, I was able to speak with you and you indicated that the patient had chronic daily headaches but was unaware of the intensity of the headaches or whether they prevented the patient from performing her job.

Your patient's disability claims specialist is requesting that within 5 days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments to them via toll free and secure fax number to (866) 841-1415.

If you would like to submit any additional information on your patient's behalf you can direct any records or correspondence to the disability claim specialist via toll free and secure fax number to (866) 841-1415.

Thank you for your assistance.

Jon Glass, M.D.
Board Certified in Neurology
Licensed in State of NY
Licensed in State of NJ
Licensed in State of MA
Licensed in State of PA

No Changes/comments, OR

**1252 Bell Valley Road ◈ Suite 210 ◈ Rockford, IL 61108 ◈ Phone 815.964.6334 ◈ Fax 815.964.1162**
*website* www.nmrco.com ▪ *email* info@nmrco.com

✓ With changes/comments as noted below

see Dr Segura's letter
on her disabling headaches

Dr. Edward Gaber, MD 6/28/24
Date

00000052 LF4042M1 00000872

Case # 12028057
Attn. Jane Daniell

NMR Network Medical Review Co. LLC | ExamWorks

Case # 12028057 attn: Jane Darnell

6/17/2024

RE: Disability Benefits
Lucia A Romagosa

12028057

Dr. Enrique Segura, MD
504-885-7337
5044565172

00000052 LF4042M1 00000869

Dear Dr. Enrique Segura, MD,

Your patient's disability claim specialist requested a review the medical records that were submitted to apply for disability benefits through Lincoln Financial Group. Attempts were made to reach you by phone on the following dates and times, but we were unable to connect.

| Date/Time of Call Attempt | Message Left With |
|---|---|
| 6/13/2024 12:30 PM CDT | Office voicemail |
| 6/14/2024 12:15 PM CDT | Office voicemail |

The patient has a history of chronic tension type headaches and migraines (migraine without aura, not intractable, without status migrainosus). Neurological examinations have consistently been normal, and there is no evidence that the patient had any symptoms that would result in a neurological impairment. There is no evidence that the patient has any neurological impairment requiring restrictions/limitations, as her migraines have been in general well-controlled with exacerbations that do not result in a continuous impairment.

Question for Dr. Segura: What is preventing the patient from working in any capacity?

Your patient's disability claims specialist is requesting that within 5 days you reply to the above question and make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments to them via toll free and secure fax number to (866) 841-1415.

If you would like to submit any additional information on your patient's behalf you can direct any records or correspondence to the disability claim specialist via toll free and secure fax number to (866) 841-1415.

Thank you for your assistance.

Case #12028057
Attn: Jane Daniell

Jon Glass, M.D.
Board Certified in Neurology
Licensed in State of NY
Licensed in State of NJ
Licensed in State of MA
Licensed in State of PA

00000052 LF4042M1 00000870

___ No Changes/comments, OR
X With changes/comments as noted below Please see Attached

6/26/24
Date

Dr. Enrique Segura, MD

Case # 12028057 attn. Jane Daniell

East Jefferson General Hospital
LCMC Health

**East Jefferson Neurological Associates**
3800 HOUMA BLVD
STE 325
METAIRIE LA 70006-3010
Phone: 504-885-7337
Fax: 504-456-5172

June 27, 2024

Patient: **Lucia Romagosa**
Date of Birth:
Date of Visit: **6/27/2024**

6/27/2024

To whom it may concern;

Ms. Romagosa has been under my care since her hospital admission in the spring of 2021 when she was diagnosed with encephalitis believed to have occurred as a result of the COVID-19 vaccine. Although the patient's mental status improved during her hospital stay and she was able to be discharged from the hospital the patient continued to suffer from frequent headaches. Since that event the patient has suffer from daily headaches. Her headaches have migrainous features and we have been treating her with migraine medications. Headaches have been proving to be difficult to control over time. She is currently on amitriptyline, Qulipta, Botox treatments and Nurtec as needed. Since that hospital admission the patient has never been able to return to her work duties. She suffers from photosensitivity which makes working in front of a computer screen difficult. Sound sensitivity has been a trigger for the headaches which has prevented her from returning to work in loud environments. The severity of the headaches affect her cognitive status prohibiting her from multi-tasking which her job required.

If you have any questions please do not hesitate in contacting me.

Sincerely,

Enrique Segura, MD
Neurology

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, July 9, 2024 4:50:49 PM |
| To: | COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Lcmc Health Claim No. 12028057 Lucia Romagosa |
| Attachments: | rz5sangdsho0ccbrpfzo_18214268.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0401

July 9, 2024

Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Lucia:

Per your request please find the enclosed correspondence.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Kristianne Corporan
Ltd Technical Specialist
On Behalf Of: Nichole Hulstine
Phone No.: (800) 291-0112 Ext. 39841
Secure Fax No.: (603) 334-0401

Attachments: 12028057-APPROVE-LTD EXTENSION-06.15.2023

From: LFGNotifications@LFG.com
Sent: Thursday, June 15, 2023 4:02:46 PM
To: COM;
CC:
BCC:
Subject: [Send Secure]Lcmc Health Claim No. 12028057 Lucia Romagosa
Attachments: nbbvnsnm85zdt8wrtyz1_15489201.pdf;

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

June 15, 2023

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Lcmc Health's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please refer to our December 5, 2022 letter which advised your claim was closed effective November 8, 2022.

Upon review of additional information provided, we have determined the medical evidence submitted supports your claim for benefits. Therefore, your claim has been reopened and you will receive benefits dating back to November 8, 2022.

Please note approval at this time does not guarantee payments through the maximum benefit duration. Your claim will be evaluated periodically to determine ongoing disability. We ask that you assist us with your claim to obtain the necessary information to continue benefits. Please notify our office immediately with any changes in your treatment.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nichole Hulstine
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 39841
Secure Fax No.: (603) 334-0401

From: LFGNotifications@LFG.com
Sent: Thursday, September 26, 2024 4:56:44 PM
To: COM;
CC:
BCC:
Subject: [Send Secure]Lcmc Health Claim No. 12028057 Lucia Romagosa
Attachments: hdloythekwwrbolgx8ae_18801505.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

September 26, 2024

Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Lucia:

Attached is the explanation of benefits for your Long Term Disability Benefits (LTD) from November 9, 2022 through November 8, 2023.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Nichole H.
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 39841
Secure Fax No.: (603) 334-0401

Attachments: 12028057-PAYMENTS-CLAIMANT DISABILITY EOB-06.22.2023
12028057-PAYMENTS-CLAIMANT DISABILITY EOB-07.03.2023

GROUPBENEFITS - CLAIMS
PO BOX 8200
DOVER, NH 03821-0000
1-(800) 210-0268

Lincoln Financial Group
Lincoln National Life Insurance Company

Claim: 12028057
Claim Type: LTD
Payee Type: EMP

Customer: LCMC HEALTH
Subsidiary: LCMC HEALTH - ASO
Location: CHILDRENS HOSPITAL NEW ORLEANS
Employee: LUCIA A ROMAGOSA

Policy Number: GF3-890-LF0494-01
Pmt Period: 11/09/22 - 06/08/23
Pmt Date: 06/21/23
Check #: 109938361

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 29120.00 | $ 0.00 | $ 0.00 | $ 29120.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 29120.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Offset $ 0.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Deduction $ 0.00

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 0.00

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ 29120.00 | Benefit Tax %: 100.00 | Federal Excludable Wages: $ | 0.00 |
| OASDI Taxable Wages: $ 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ 29120.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ 29120.00 | Employee State: LA | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

Lincoln Financial Group
Lincoln National Life Insurance Company

GROUPBENEFITS - CLAIMS
PO BOX 8200
DOVER, NH 03821-0000
1-(800) 210-0268

Claim: 12028057
Claim Type: LTD
Payee Type: EMP

Customer: LCMC HEALTH
Subsidiary: LCMC HEALTH - ASO
Location: CHILDRENS HOSPITAL NEW ORLEANS
Employee: LUCIA A ROMAGOSA

Policy Number: GF3-890-LF0494-01
Pmt Period: 06/09/23 - 11/08/23
Pmt Date: 06/30/23
Check #: 110024341

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 20800.00 | $ 0.00 | $ 0.00 | $ 20800.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 20800.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Offset $ 0.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Deduction $ 0.00

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 0.00

MEMO:AP&C CLAIM CLOSED

## Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: $ 20800.00 | Benefit Tax %: 100.00 | Federal Excludable Wages: $ | 0.00 |
| OASDI Taxable Wages: $ 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ 20800.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ 20800.00 | Employee State: LA | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**From:**submit@nmrexamworks.com
**Sent:**Mon, 17 Jun 2024 14:14:26 -0700
**To:**VendorReferrals
**Subject:**Invoice for 1197566-1, Claim# 12028057
**Attachments:**Invoice_1197566-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see attached for your most recent invoice. Payments made by ACH/EFT are preferred, checks are also accepted. Please note that NMR does not accept credit card payments. For any billing related inquiries, please email Kristen.Odonnell@NMRExamworks.com. For any accounting related inquiries or questions regarding payments methods, please email Ashlee.Lewis@Examworks.com. As always, we thoroughly appreciate your business, and are available to answer any of your questions or concerns. Thank you, NMR Billing team

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

Network Medical Review Co. LLC | ExamWorks

6/17/2024

RE: Disability Benefits
Lucia A Romagosa

12028057

Dr. Enrique Segura, MD
504-885-7337
5044565172

Dear Dr. Enrique Segura, MD,

Your patient's disability claim specialist requested a review the medical records that were submitted to apply for disability benefits through Lincoln Financial Group. Attempts were made to reach you by phone on the following dates and times, but we were unable to connect.

| Date/Time of Call Attempt | Message Left With |
|---|---|
| 6/13/2024 12:30 PM CDT | Office voicemail |
| 6/14/2024 12:15 PM CDT | Office voicemail |

The patient has a history of chronic tension type headaches and migraines (migraine without aura, not intractable, without status migrainosus). Neurological examinations have consistently been normal, and there is no evidence that the patient had any symptoms that would result in a neurological impairment. There is no evidence that the patient has any neurological impairment requiring restrictions/limitations, as her migraines have been in general well-controlled with exacerbations that do not result in a continuous impairment.

Question for Dr. Segura: What is preventing the patient from working in any capacity?

Your patient's disability claims specialist is requesting that within 5 days you reply to the above question and make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments to them via toll free and secure fax number to (866) 841-1415.

If you would like to submit any additional information on your patient's behalf you can direct any records or correspondence to the disability claim specialist via toll free and secure fax number to (866) 841-1415.

**1252 Bell Valley Road ● Suite 210 ● Rockford, IL 61108 ● Phone 815.964.6334 ● Fax 815.964.1162**
*website* www.nmrco.com ■ *email* info@nmrco.com

Thank you for your assistance.



Jon Glass, M.D.
Board Certified in Neurology
Licensed in State of NY
Licensed in State of NJ
Licensed in State of MA
Licensed in State of PA

___ No Changes/comments, OR
___ With changes/comments as noted below

_______________
Date

______________________________
Dr. Enrique Segura, MD

Network Medical Review Co. LLC | ExamWorks

6/17/2024

RE: Disability Benefits
Lucia A Romagosa

12028057

Dr. Edward Gaber, MD
985-624-5410
9856245490

Dear Dr. Edward Gaber, MD,

Your patient's disability claim specialist requested a review the medical records that were submitted to apply for disability benefits through Lincoln Financial Group. Attempts were made to reach you by phone on the following dates and times, but we were unable to connect. Please review this summary of our conversation for accuracy.

On 6/17/24 at 9:40 AM CDT, I was able to speak with you and you indicated that the patient had chronic daily headaches but was unaware of the intensity of the headaches or whether they prevented the patient from performing her job.

Your patient's disability claims specialist is requesting that within 5 days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments to them via toll free and secure fax number to (866) 841-1415.

If you would like to submit any additional information on your patient's behalf you can direct any records or correspondence to the disability claim specialist via toll free and secure fax number to (866) 841-1415.

Thank you for your assistance.

Jon Glass, M.D.
Board Certified in Neurology
Licensed in State of NY
Licensed in State of NJ
Licensed in State of MA
Licensed in State of PA

___ No Changes/comments, OR

___ With changes/comments as noted below

Dr. Edward Gaber, MD Date

Network Medical Review Co. LLC | ExamWorks

**REFERRED BY:** JANE DANIELL
**CLIENT:** Lincoln Life Insurance
**NAME:** Lucia A Romagosa
**CLAIM #:** 12028057
**NMR #:** 1197566
**DATE:** 6/17/2024

**RECORDS PROVIDED FOR REVIEW:**

| | | |
|---|---|---|
| Referral Form | N/A | 6/7/2024; 6/6/2024; 4/24/2024 |
| Claim Log | Unknown | 11/5/2021-6/6/2024 |
| Emergency Room Report | East Jefferson General Hospital | 5/3/2021 |
| Emergency Room Report | LCMC Health | 2/14/2024 |
| Progress Notes | M Hickham, MD | 5/6/2021-12/21/2023 |
| Progress Notes | P Putnam, MD | 5/11/2021 |
| Progress Notes | E Segura, MD | 5/12/2021-5/8/2024 |
| Progress Notes | V Choudry, MD | 5/14/2021 |
| Progress Notes | East Jefferson General Hospital | 9/30/2021 |
| Progress Notes | B Aymod, PA-C | 1/19/2023-10/6/2023 |
| Progress Notes | F Rabito, MD | 4/4/2023 |
| Progress Notes | A Cadenas, MD | 5/4/2023 |
| Progress Notes | C Myer, PA-C | 2/14/2024-3/7/2024 |
| Progress Notes | J Frank, MD | 5/7/2024 |
| Progress Notes | E Gaber, MD | 5/30/2024 |
| Progress Notes | T Harris | 5/31/2024 |
| Attending Physician's Statement | M Hickham, MD | 6/15/2021 |
| Attending Physician's Statement | Unknown | 7/2/2021 |
| Attending Physician's Statement | E Segura, MD | 10/26/2022 |
| Independent Examinations | N Hall, CRC - Occupational Analysis | 5/23/2022 |
| Independent Examinations | N Hall, CRC - Transferable Skills Analysis | 6/28/2023 |

| | | |
|---|---|---|
| File Review | L Meytin, MD - Peer Review | 6/9/2022 |
| File Review | L Meytin, MD - Records Review | 11/30/2022 |
| File Review | Z Moros, MD - Peer Review | 6/14/2023 |
| MRI | East Jefferson General Hospital - S Fuzzard, MD | 5/11/2021 |
| MRI | East Jefferson General Hospital - P Singha, MD | 5/12/2021; 10/1/2021 |
| MRI | East Jefferson General Hospital - E Linsdey, MD | 7/12/2023 |
| Job Description | Registered Nurse | 7/1/2020 |
| Correspondence | N/A | 12/14/2021-5/30/2024; Undated |
| Release of Information | L Romagosa | 6/28/2021; 3/1/2022; 4/14/2022; 5/25/2023 |
| Plan Language | Unknown | Undated |
| Invoices | | |
| Fax Cover Sheets | | |

TELECONFERENCE

1) AP NAME: Dr. Enrique Segura MD
2) PHONE: 504-885-7337
3) DATE(S): 6/13/2024, 6/14/2024
4) TIME(S): 12:30 PM CDT, 12:15 PM CDT
5) PERSON(S) SPOKEN WITH: Office voicemail, Office voicemail
6) POSITION OF PERSON(S) SPOKEN WITH: Voicemail, Voicemail

SUMMARY OF DISCUSSION(S): I left a message on the office voicemail on 6/13/24 at 12:30pm CT including my name, return telephone number and the reason for the call.

I left a message on the office voicemail on 6/14/24 at 12:15pm CT including my name, return telephone number and the reason for the call.

TELECONFERENCE

1) AP NAME: Dr. Edward Gaber MD
2) PHONE: 985-624-5410
3) DATE(S): 6/13/2024, 6/14/2024, 6/17/2024
4) TIME(S): 12:35 PM CDT, 12:20 PM CDT, 9:40 AM CDT
5) PERSON(S) SPOKEN WITH: Office voicemail, Office voicemail, Dr. Edward Gaber
6) POSITION OF PERSON(S) SPOKEN WITH: Voicemail, Voicemail, Attending provider

SUMMARY OF DISCUSSION(S): I left a message on the office voicemail on 6/13/24 at 12:35pm CT including my name, return telephone number and the reason for the call.

I left a message on the office voicemail on 6/14/24 at 12:20pm CT including my name, return telephone number and the reason for the call.

Dr. Gaber returned my call on 6/17/24 at 9:40am CDT. He indicated that the claimant had chronic daily headaches but was unaware of the intensity of the headaches or whether they prevented the claimant from performing her job.

**ASSESSMENT:** The claimant is a 64-year-old (current age) female (DOB: with a reported diagnosis of chronic tension-type headaches. Her date of disability is listed as 5/11/2021, and the review period is from 11/9/2023 to the present. This narrative is written from a neurological perspective.

On 5/12/2021, Dr. Enrique Segura noted consultation for leptomeningeal enhancement on brain magnetic resonance imaging (MRI) and for headaches. The claimant has a history of breast cancer with bilateral mastectomy in 2012, anxiety, and headaches after receiving a COVID vaccine. The claimant's headaches are associated with photophobia, phonophobia, and nausea. Her headaches have been persistent, and she reports blurred vision. Cerebrospinal fluid (CSF) study showed xanthochromia, protein of 267. White count was 19 and red blood cells were 44. Magnetic resonance angiography (MRA) of the head showed normal circle of Willis. The plan was infectious disease (ID) consult, neurosurgery consult, dexamethasone, labs, and computed tomography (CT) of the chest, abdomen, and pelvis.

On 7/23/2021, Dr. Enrique Segura noted that the claimant's follow up visit showed unremarkable workup aside from elevated protein and CSF. The claimant's symptoms improved with intravenous (IV) steroids, but she continues to have headaches and dizziness at times. A repeat MRI showed resolution of leptomeningeal enhancement and chronic findings of known subarachnoid bleeding. The MRI from 7/8/2021 showed interval resolution of T2 signal abnormality and corresponding leptomeningeal enhancement, mild chronic microvascular ischemic change. Dr. Segura's assessment/plan indicated encephalitis, headache, and dizziness. The claimant was prescribed amitriptyline and Medrol Dosepak and given an increase in Ubrelvy to 100 mg.

On 4/12/2022, Dr. Enrique Segura, MD noted improvement at last visit in headache intensity on Elavil 25 mg at bedtime but continued to occur frequently. Currently, the claimant's headaches are mild and stable with occasional episodes that are debilitating. She also takes Nurtec. The assessment/plan indicated increase in Elavil to 50 mg and referral to a headache specialist.

On 5/2/2023, Dr. Enrique Segura noted the claimant was taking Qulipta, Nurtec, and amitriptyline. She is pending brain MRI. The assessment/plan indicated non-intractable headache, encephalitis, and chronic migraine without aura. The plan is to continue her medications and await the MRI results.

On 6/21/2023, Dr. Enrique Segura noted she was continued on medications at the previous visit and has been having unbearable headaches the last few weeks. The claimant has had trouble scheduling the brain MRI. The assessment/plan indicated she was having nearly daily headaches and resent the order for the MRI.

On 7/12/2023, MRI of the brain report by Emma Lindsey, MD indicated it was a limited study due to orthodontic hardware but showed stable appearance of the brain.

On 12/21/2023, Michael Hickham, MD, saw the claimant for an ear, nose & throat (ENT) evaluation. She has a history of migraine headaches without aura and temporomandibular joint (TMJ) for which she receives Botox. The assessment/plan indicated she received Botox injections.

On 1/11/2024, Enrique Segura, MD, noted the claimant continues to report frequent headaches and has been unable to return to work. The claimant receives Botox from ENT. A neurological exam revealed normal cranial nerves, motor, reflexes, sensory, coordination, and gait. The assessment/plan indicated diagnoses of chronic migraine without aura, and encephalitis. The claimant was referred to a headache specialist for a second opinion.

From 2/14/2024 to 3/7/2024, Chet Myer, PA-C noted the claimant was seen on 2/14/2024 by ENT with complaints of fever, body aches, chills, and left flank pain and was recommended to go to emergency room but declined and requested lab work. She was seen again on 2/15/2024 and was feeling better after IV fluids and antibiotics. She was seen again on 3/7/2024 and given renewal for Botox therapy.

On 5/7/2024, Dr. Frank Rabito Jr., MD noted she was seen for ID evaluation with complaints of migraine headaches associated with nausea, vomiting, and dehydration. The assessment/plan indicated there was discussion of COVID vaccines and belief that the claimant would have migraines the rest of her life.

On 5/8/2024, Dr. Enrique Segura noted the claimant continues to experience headaches that are essentially constant. She is taking Qulipta and amitriptyline. The claimant described her headaches as debilitating that occur in the same areas but occasionally can occur in different areas. She reported pain around her eyes and is unable to eat or drink when her headaches start due to pain. A neurological exam revealed normal general, mental status, cranial nerves, motor, reflexes, sensory, coordination, and gait. The assessment/plan indicated diagnoses of chronic migraine without aura, and encephalitis. Referral was resent to the headache specialist for a second opinion.

On 5/30/2024, Edward Gaber, MD noted diagnoses of vascular headache, disease of esophagus, hyperlipidemia, cardiac murmur, and a body mass index (BMI) of 20.3. Labs, cardiology testing, and x-rays were ordered.

On 5/31/2024, Dr. Theresa Harris noted that the claimant was seen from 1/19/2024 - 5/31/2024 for severe headaches rated 8-9/10 and has been diagnosed with chronic migraine with and without aura. The claimant also has reduced range of motion of the neck and pain radiating to the occipital region and temporal region bilaterally.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

There is no neurologically impairing diagnosis from - 11/9/23 to - forward. The claimant has a history of chronic tension type headaches and migraines (G43. 009: Migraine without aura, not intractable, without status migrainosus). Until recently, the migraines were adequately treated with Botox, though more recently she required additional medications in the form of Qulipta and amitriptyline. Neurological examinations have consistently been normal, and there is no evidence that the claimant had any symptoms other than the intermittent inability to eat or drink when pain is severe that would otherwise result in a neurological impairment.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

None were identified.

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - November 9, 2023 to - forward, and comment on the expected duration.**

There is no evidence that the claimant has any neurological impairment requiring restrictions/limitations from - 11/9/23 to - forward. She has a history of migraines that have been in general well-controlled with exacerbations that do not result in a continuous impairment.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

The providers recommended no work. However, based on the response to treatment and the only intermittent nature of the severity of the migraines, there is no support for any current neurological impairment requiring restrictions/limitations.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

All medical management recommended by the provider and followed by the claimant has been clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

Not applicable.

**7. AP contact is required. Please call:**

**Dr. Enrique Segura, MD**

**Dr. Edward Gaber, MD**

**When contacting the treating providers please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating providers. If not, please discuss your final assessment after the call. If AP contact is not successful, please send a letter to the treating providers outlining a summary of your assessment/findings and your questions for the treating providers. In the letter, please provide 5 days to respond.**

See above. Dr. Gaber was unaware of the intensity of the headaches or whether they prevented the claimant from performing her job.

**8. Does the overall functional and medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within any identified restrictions and limitations from November 9, 2023 forward. Please explain your medical rationale.**

Yes, the overall functional and medical evidence supports that the claimant has the ability to sustain full-time capacity without restrictions and limitations from 11/9/23 forward, based on a lack of evidence of any neurological impairment.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the scope of licensure or certification that permits management of the issue, medical/behavioral health condition, disease, procedure, or treatment under review, and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

Jon Glass, M.D.
Board Certified in Neurology
Licensed in State of NY #201612
Licensed in State of NJ #25MA06329600
Licensed in State of MA #59956
Licensed in State of PA #MD046156L

***NMR Conflict of Interest Attestation:***

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578

LUCIA ROMAGOSA

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

June 19, 2024

Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Lucia:

We are in process of reviewing your appeal request. The purpose of this letter is to provide you with an opportunity to review and comment on new evidence that has been received before a decision is rendered on your appeal.

We have enclosed a copy of the clinical review performed during the appeal review. This is new or additional evidence in connection with your appeal. You may review this and provide a written response to us, which may include additional clinical information (office treatment notes, test results, and/or narrative responses) from your providers. This information can be submitted via secure fax: 603-334-0401 or secure email: disabilitydocuments@LFG.com. We will consider this information prior to making our decision on your appeal.

Under ERISA, the period for making a benefit determination shall be tolled (suspended) from the date of this notice until we receive a timely response. Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by July 12, 2024, we will render a determination based on the information contained in your file.

Due to these special circumstances, an extension of time to process the appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act. Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Charles Johnson
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16398
Secure Fax No.: (603) 334-0401

Attachments: 12028057-MEDICAL-CP/PEER REVIEW-06.17.2024

NMR Network Medical Review Co. LLC | ExamWorks

6/17/2024

RE: Disability Benefits
Lucia A Romagosa

12028057

Dr. Enrique Segura, MD
504-885-7337
5044565172

Dear Dr. Enrique Segura, MD,

Your patient's disability claim specialist requested a review the medical records that were submitted to apply for disability benefits through Lincoln Financial Group. Attempts were made to reach you by phone on the following dates and times, but we were unable to connect.

| Date/Time of Call Attempt | Message Left With |
|---|---|
| 6/13/2024 12:30 PM CDT | Office voicemail |
| 6/14/2024 12:15 PM CDT | Office voicemail |

The patient has a history of chronic tension type headaches and migraines (migraine without aura, not intractable, without status migrainosus). Neurological examinations have consistently been normal, and there is no evidence that the patient had any symptoms that would result in a neurological impairment. There is no evidence that the patient has any neurological impairment requiring restrictions/limitations, as her migraines have been in general well-controlled with exacerbations that do not result in a continuous impairment.

Question for Dr. Segura: What is preventing the patient from working in any capacity?

Your patient's disability claims specialist is requesting that within 5 days you reply to the above question and make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments to them via toll free and secure fax number to (866) 841-1415.

If you would like to submit any additional information on your patient's behalf you can direct any records or correspondence to the disability claim specialist via toll free and secure fax number to (866) 841-1415.

Thank you for your assistance.

Jon Glass, M.D.
Board Certified in Neurology
Licensed in State of NY
Licensed in State of NJ
Licensed in State of MA
Licensed in State of PA

___ No Changes/comments, OR

___ With changes/comments as noted below

_______________
Date

______________________________
Dr. Enrique Segura, MD

NMR Network Medical Review Co. LLC | ExamWorks

6/17/2024

RE: Disability Benefits
Lucia A Romagosa

12028057

Dr. Edward Gaber, MD
985-624-5410
9856245490

Dear Dr. Edward Gaber, MD,

Your patient's disability claim specialist requested a review the medical records that were submitted to apply for disability benefits through Lincoln Financial Group. Attempts were made to reach you by phone on the following dates and times, but we were unable to connect. Please review this summary of our conversation for accuracy.

On 6/17/24 at 9:40 AM CDT, I was able to speak with you and you indicated that the patient had chronic daily headaches but was unaware of the intensity of the headaches or whether they prevented the patient from performing her job.

Your patient's disability claims specialist is requesting that within 5 days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments to them via toll free and secure fax number to (866) 841-1415.

If you would like to submit any additional information on your patient's behalf you can direct any records or correspondence to the disability claim specialist via toll free and secure fax number to (866) 841-1415.

Thank you for your assistance.

Jon Glass, M.D.
Board Certified in Neurology
Licensed in State of NY
Licensed in State of NJ
Licensed in State of MA
Licensed in State of PA

___ No Changes/comments, OR

**1252 Bell Valley Road ◇ Suite 210 ◇ Rockford, IL 61108 ◇ Phone 815.964.6334 ◇ Fax 815.964.1162**
*website* www.nmrco.com ■ *email* info@nmrco.com

___ With changes/comments as noted below

______________________________ ______________________
Dr. Edward Gaber, MD Date

Network Medical Review Co. LLC | ExamWorks

**REFERRED BY:** JANE DANIELL
**CLIENT:** Lincoln Life Insurance
**NAME:** Lucia A Romagosa
**CLAIM #:** 12028057
**NMR #:** 1197566
**DATE:** 6/17/2024

**RECORDS PROVIDED FOR REVIEW:**

| | | |
|---|---|---|
| Referral Form | N/A | 6/7/2024; 6/6/2024; 4/24/2024 |
| Claim Log | Unknown | 11/5/2021-6/6/2024 |
| Emergency Room Report | East Jefferson General Hospital | 5/3/2021 |
| Emergency Room Report | LCMC Health | 2/14/2024 |
| Progress Notes | M Hickham, MD | 5/6/2021-12/21/2023 |
| Progress Notes | P Putnam, MD | 5/11/2021 |
| Progress Notes | E Segura, MD | 5/12/2021-5/8/2024 |
| Progress Notes | V Choudry, MD | 5/14/2021 |
| Progress Notes | East Jefferson General Hospital | 9/30/2021 |
| Progress Notes | B Aymod, PA-C | 1/19/2023-10/6/2023 |
| Progress Notes | F Rabito, MD | 4/4/2023 |
| Progress Notes | A Cadenas, MD | 5/4/2023 |
| Progress Notes | C Myer, PA-C | 2/14/2024-3/7/2024 |
| Progress Notes | J Frank, MD | 5/7/2024 |
| Progress Notes | E Gaber, MD | 5/30/2024 |
| Progress Notes | T Harris | 5/31/2024 |
| Attending Physician's Statement | M Hickham, MD | 6/15/2021 |
| Attending Physician's Statement | Unknown | 7/2/2021 |
| Attending Physician's Statement | E Segura, MD | 10/26/2022 |
| Independent Examinations | N Hall, CRC - Occupational Analysis | 5/23/2022 |
| Independent Examinations | N Hall, CRC - Transferable Skills Analysis | 6/28/2023 |

| | | |
|---|---|---|
| File Review | L Meytin, MD - Peer Review | 6/9/2022 |
| File Review | L Meytin, MD - Records Review | 11/30/2022 |
| File Review | Z Moros, MD - Peer Review | 6/14/2023 |
| MRI | East Jefferson General Hospital - S Fuzzard, MD | 5/11/2021 |
| MRI | East Jefferson General Hospital - P Singha, MD | 5/12/2021; 10/1/2021 |
| MRI | East Jefferson General Hospital - E Linsdey, MD | 7/12/2023 |
| Job Description | Registered Nurse | 7/1/2020 |
| Correspondence | N/A | 12/14/2021-5/30/2024; Undated |
| Release of Information | L Romagosa | 6/28/2021; 3/1/2022; 4/14/2022; 5/25/2023 |
| Plan Language | Unknown | Undated |
| Invoices | | |
| Fax Cover Sheets | | |

TELECONFERENCE

1) AP NAME: Dr. Enrique Segura MD
2) PHONE: 504-885-7337
3) DATE(S): 6/13/2024, 6/14/2024
4) TIME(S): 12:30 PM CDT, 12:15 PM CDT
5) PERSON(S) SPOKEN WITH: Office voicemail, Office voicemail
6) POSITION OF PERSON(S) SPOKEN WITH: Voicemail, Voicemail

SUMMARY OF DISCUSSION(S): I left a message on the office voicemail on 6/13/24 at 12:30pm CT including my name, return telephone number and the reason for the call.

I left a message on the office voicemail on 6/14/24 at 12:15pm CT including my name, return telephone number and the reason for the call.

TELECONFERENCE

1) AP NAME: Dr. Edward Gaber MD
2) PHONE: 985-624-5410
3) DATE(S): 6/13/2024, 6/14/2024, 6/17/2024
4) TIME(S): 12:35 PM CDT, 12:20 PM CDT, 9:40 AM CDT
5) PERSON(S) SPOKEN WITH: Office voicemail, Office voicemail, Dr. Edward Gaber
6) POSITION OF PERSON(S) SPOKEN WITH: Voicemail, Voicemail, Attending provider

SUMMARY OF DISCUSSION(S): I left a message on the office voicemail on 6/13/24 at 12:35pm CT including my name, return telephone number and the reason for the call.

I left a message on the office voicemail on 6/14/24 at 12:20pm CT including my name, return telephone number and the reason for the call.

Dr. Gaber returned my call on 6/17/24 at 9:40am CDT. He indicated that the claimant had chronic daily headaches but was unaware of the intensity of the headaches or whether they prevented the claimant from performing her job.

**ASSESSMENT:** The claimant is a 64-year-old (current age) female (DOB: with a reported diagnosis of chronic tension-type headaches. Her date of disability is listed as 5/11/2021, and the review period is from 11/9/2023 to the present. This narrative is written from a neurological perspective.

On 5/12/2021, Dr. Enrique Segura noted consultation for leptomeningeal enhancement on brain magnetic resonance imaging (MRI) and for headaches. The claimant has a history of breast cancer with bilateral mastectomy in 2012, anxiety, and headaches after receiving a COVID vaccine. The claimant's headaches are associated with photophobia, phonophobia, and nausea. Her headaches have been persistent, and she reports blurred vision. Cerebrospinal fluid (CSF) study showed xanthochromia, protein of 267. White count was 19 and red blood cells were 44. Magnetic resonance angiography (MRA) of the head showed normal circle of Willis. The plan was infectious disease (ID) consult, neurosurgery consult, dexamethasone, labs, and computed tomography (CT) of the chest, abdomen, and pelvis.

On 7/23/2021, Dr. Enrique Segura noted that the claimant's follow up visit showed unremarkable workup aside from elevated protein and CSF. The claimant's symptoms improved with intravenous (IV) steroids, but she continues to have headaches and dizziness at times. A repeat MRI showed resolution of leptomeningeal enhancement and chronic findings of known subarachnoid bleeding. The MRI from 7/8/2021 showed interval resolution of T2 signal abnormality and corresponding leptomeningeal enhancement, mild chronic microvascular ischemic change. Dr. Segura's assessment/plan indicated encephalitis, headache, and dizziness. The claimant was prescribed amitriptyline and Medrol Dosepak and given an increase in Ubrelvy to 100 mg.

On 4/12/2022, Dr. Enrique Segura, MD noted improvement at last visit in headache intensity on Elavil 25 mg at bedtime but continued to occur frequently. Currently, the claimant's headaches are mild and stable with occasional episodes that are debilitating. She also takes Nurtec. The assessment/plan indicated increase in Elavil to 50 mg and referral to a headache specialist.

On 5/2/2023, Dr. Enrique Segura noted the claimant was taking Qulipta, Nurtec, and amitriptyline. She is pending brain MRI. The assessment/plan indicated non-intractable headache, encephalitis, and chronic migraine without aura. The plan is to continue her medications and await the MRI results.

On 6/21/2023, Dr. Enrique Segura noted she was continued on medications at the previous visit and has been having unbearable headaches the last few weeks. The claimant has had trouble scheduling the brain MRI. The assessment/plan indicated she was having nearly daily headaches and resent the order for the MRI.

On 7/12/2023, MRI of the brain report by Emma Lindsey, MD indicated it was a limited study due to orthodontic hardware but showed stable appearance of the brain.

On 12/21/2023, Michael Hickham, MD, saw the claimant for an ear, nose & throat (ENT) evaluation. She has a history of migraine headaches without aura and temporomandibular joint (TMJ) for which she receives Botox. The assessment/plan indicated she received Botox injections.

On 1/11/2024, Enrique Segura, MD, noted the claimant continues to report frequent headaches and has been unable to return to work. The claimant receives Botox from ENT. A neurological exam revealed normal cranial nerves, motor, reflexes, sensory, coordination, and gait. The assessment/plan indicated diagnoses of chronic migraine without aura, and encephalitis. The claimant was referred to a headache specialist for a second opinion.

From 2/14/2024 to 3/7/2024, Chet Myer, PA-C noted the claimant was seen on 2/14/2024 by ENT with complaints of fever, body aches, chills, and left flank pain and was recommended to go to emergency room but declined and requested lab work. She was seen again on 2/15/2024 and was feeling better after IV fluids and antibiotics. She was seen again on 3/7/2024 and given renewal for Botox therapy.

On 5/7/2024, Dr. Frank Rabito Jr., MD noted she was seen for ID evaluation with complaints of migraine headaches associated with nausea, vomiting, and dehydration. The assessment/plan indicated there was discussion of COVID vaccines and belief that the claimant would have migraines the rest of her life.

On 5/8/2024, Dr. Enrique Segura noted the claimant continues to experience headaches that are essentially constant. She is taking Qulipta and amitriptyline. The claimant described her headaches as debilitating that occur in the same areas but occasionally can occur in different areas. She reported pain around her eyes and is unable to eat or drink when her headaches start due to pain. A neurological exam revealed normal general, mental status, cranial nerves, motor, reflexes, sensory, coordination, and gait. The assessment/plan indicated diagnoses of chronic migraine without aura, and encephalitis. Referral was resent to the headache specialist for a second opinion.

On 5/30/2024, Edward Gaber, MD noted diagnoses of vascular headache, disease of esophagus, hyperlipidemia, cardiac murmur, and a body mass index (BMI) of 20.3. Labs, cardiology testing, and x-rays were ordered.

On 5/31/2024, Dr. Theresa Harris noted that the claimant was seen from 1/19/2024 - 5/31/2024 for severe headaches rated 8-9/10 and has been diagnosed with chronic migraine with and without aura. The claimant also has reduced range of motion of the neck and pain radiating to the occipital region and temporal region bilaterally.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

There is no neurologically impairing diagnosis from - 11/9/23 to - forward. The claimant has a history of chronic tension type headaches and migraines (G43. 009: Migraine without aura, not intractable, without status migrainosus). Until recently, the migraines were adequately treated with Botox, though more recently she required additional medications in the form of Qulipta and amitriptyline. Neurological examinations have consistently been normal, and there is no evidence that the claimant had any symptoms other than the intermittent inability to eat or drink when pain is severe that would otherwise result in a neurological impairment.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

None were identified.

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - November 9, 2023 to - forward, and comment on the expected duration.**

There is no evidence that the claimant has any neurological impairment requiring restrictions/limitations from - 11/9/23 to - forward. She has a history of migraines that have been in general well-controlled with exacerbations that do not result in a continuous impairment.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

The providers recommended no work. However, based on the response to treatment and the only intermittent nature of the severity of the migraines, there is no support for any current neurological impairment requiring restrictions/limitations.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

All medical management recommended by the provider and followed by the claimant has been clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

Not applicable.

**7. AP contact is required. Please call:**

**Dr. Enrique Segura, MD**

**Dr. Edward Gaber, MD**

**When contacting the treating providers please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating providers. If not, please discuss your final assessment after the call. If AP contact is not successful, please send a letter to the treating providers outlining a summary of your assessment/findings and your questions for the treating providers. In the letter, please provide 5 days to respond.**

See above. Dr. Gaber was unaware of the intensity of the headaches or whether they prevented the claimant from performing her job.

**8. Does the overall functional and medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within any identified restrictions and limitations from November 9, 2023 forward. Please explain your medical rationale.**

Yes, the overall functional and medical evidence supports that the claimant has the ability to sustain full-time capacity without restrictions and limitations from 11/9/23 forward, based on a lack of evidence of any neurological impairment.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the scope of licensure or certification that permits management of the issue, medical/behavioral health condition, disease, procedure, or treatment under review, and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**



Jon Glass, M.D.
Board Certified in Neurology
Licensed in State of NY #201612
Licensed in State of NJ #25MA06329600
Licensed in State of MA #59956
Licensed in State of PA #MD046156L

***NMR Conflict of Interest Attestation:***

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

Network Medical Review Co. LLC | ExamWorks

6/17/2024

RE: Disability Benefits
Lucia A Romagosa

12028057

Dr. Edward Gaber, MD
985-624-5410
9856245490

Dear Dr. Edward Gaber, MD,

Your patient's disability claim specialist requested a review the medical records that were submitted to apply for disability benefits through Lincoln Financial Group. Attempts were made to reach you by phone on the following dates and times, but we were unable to connect. Please review this summary of our conversation for accuracy.

On 6/17/24 at 9:40 AM CDT, I was able to speak with you and you indicated that the patient had chronic daily headaches but was unaware of the intensity of the headaches or whether they prevented the patient from performing her job.

Your patient's disability claims specialist is requesting that within 5 days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments to them via toll free and secure fax number to (866) 841-1415.

If you would like to submit any additional information on your patient's behalf you can direct any records or correspondence to the disability claim specialist via toll free and secure fax number to (866) 841-1415.

Thank you for your assistance.

Jon Glass, M.D.
Board Certified in Neurology
Licensed in State of NY
Licensed in State of NJ
Licensed in State of MA
Licensed in State of PA

____ No Changes/comments, OR

1252 Bell Valley Road • Suite 210 • Rockford, IL 61108 • Phone 815.964.6334 • Fax 815.964.1162
*website* www.nmrco.com ■ *email* info@nmrco.com

**RE:** Lucia A Romagosa **NMR#:** 1197566
**Page 2**

✓ With changes/comments as noted below

None

Dr. Edward Gaber, MD 6/28/24 Date

1252 Bell Valley Road • Suite 210 • Rockford, IL 61108 • Phone 815.964.6334 • Fax 815.964.1162
*website* www.nmrco.com ▪ *email* info@nmrco.com

NMR Network Medical Review Co. LLC | ExamWorks

Case # 12028057 attn. Jane Darrell

6/17/2024

RE: Disability Benefits
Lucia A Romagosa

12028057

Dr. Enrique Segura, MD
504-885-7337
5044565172

Dear Dr. Enrique Segura, MD,

00000052 LF4042M1 00000869

Your patient's disability claim specialist requested a review the medical records that were submitted to apply for disability benefits through Lincoln Financial Group. Attempts were made to reach you by phone on the following dates and times, but we were unable to connect.

| Date/Time of Call Attempt | Message Left With |
|---|---|
| 6/13/2024 12:30 PM CDT | Office voicemail |
| 6/14/2024 12:15 PM CDT | Office voicemail |

The patient has a history of chronic tension type headaches and migraines (migraine without aura, not intractable, without status migrainosus). Neurological examinations have consistently been normal, and there is no evidence that the patient had any symptoms that would result in a neurological impairment. There is no evidence that the patient has any neurological impairment requiring restrictions/limitations, as her migraines have been in general well-controlled with exacerbations that do not result in a continuous impairment.

Question for Dr. Segura: What is preventing the patient from working in any capacity?

Your patient's disability claims specialist is requesting that within 5 days you reply to the above question and make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments to them via toll free and secure fax number to (866) 841-1415.

If you would like to submit any additional information on your patient's behalf you can direct any records or correspondence to the disability claim specialist via toll free and secure fax number to (866) 841-1415.

**1252 Bell Valley Road ◇ Suite 210 ◇ Rockford, IL 61108 ◇ Phone 815.964.6334 ◇ Fax 815.964.1162**
*website* www.nmrco.com ■ *email* info@nmrco.com

Thank you for your assistance.

Case #12028057
Attn. Jane Daniell

Jon Glass, M.D.
Board Certified in Neurology
Licensed in State of NY
Licensed in State of NJ
Licensed in State of MA
Licensed in State of PA

00000052 LF4042M1 00000870

___ No Changes/comments, OR
X With changes/comments as noted below Please see Attached

6/26/24
Date

Dr. Enrique Segura, MD

Case # 12028007 attn. Jane Daniell

East Jefferson General Hospital
LCMC Health

**East Jefferson Neurological Associates**
3800 HOUMA BLVD
STE 325
METAIRIE LA 70006-3010
Phone: 504-885-7337
Fax: 504-456-5172

June 27, 2024

Patient: **Lucia Romagosa**
Date of Birth:
Date of Visit: **6/27/2024**

6/27/2024

To whom it may concern;

Ms. Romagosa has been under my care since her hospital admission in the spring of 2021 when she was diagnosed with encephalitis believed to have occurred as a result of the COVID-19 vaccine. Although the patient's mental status improved during her hospital stay and she was able to be discharged from the hospital the patient continued to suffer from frequent headaches. Since that event the patient has suffer from daily headaches. Her headaches have migrainous features and we have been treating her with migraine medications. Headaches have been proving to be difficult to control over time. She is currently on amitriptyline, Qulipta, Botox treatments and Nurtec as needed. Since that hospital admission the patient has never been able to return to her work duties. She suffers from photosensitivity which makes working in front of a computer screen difficult. Sound sensitivity has been a trigger for the headaches which has prevented her from returning to work in loud environments. The severity of the headaches affect her cognitive status prohibiting her from multi-tasking which her job required.

If you have any questions please do not hesitate in contacting me.

Sincerely,

Enrique Segura, MD
Neurology

Jun. 1. 2024 3:08PM

Lincoln Financial Disability

Attn. Jane Daniell

Secure Fax # 1(603) 334-0401

Claim # 12028057

Will fax last document from Chiropractor Mon. 6/3 or Tues 6/4/24.

Thank You,

Luis Alonso Romagosa

PAGE 1/1 * RCVD AT 6/4/2024 2:36:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6033340401 * CSID: * ANI:15048357036 * DURATION (mm-ss):00-26

# Harris Sports & Family Chiropractic

CHIROPRACTIC - An Investment in Health - Our Greatest Asset

Dr. Theresa L. Harris

May 31, 2024

Re: Lucia Romagosa

To Whom It May Concern:

I am writing this letter to attest to the fact that I have examined the above-referenced patient, Lucia Romagosa, and found her suffering from debilitating headaches. The patient presented to me on 1/19/24 through 5/31/24 (8 – 9 out of 10 on pain scale) with severe headaches. I had diagnosed her with chronic migraine with and w/o aura. The headaches are considered non-intractable, unspecified. The patient went to a neurologist for the headaches. The patient's ROM was reduced in the neck, and pain radiated to the occipital region as well as temporal region of the head bilaterally.

Sincerely,

Dr. Theresa L. Harris

Claim # 12028057
attn - Jane Daniell

722 Phosphor Ave. ( ½ block off Vets.) • Metairie, LA 70005 • (504) 835-3736
www.activator.com

# Harris Sports & Family Chiropractic

CHIROPRACTIC - An Investment in Health - Our Greatest Asset

Dr. Theresa L. Harris

May 31, 2024

Re: Lucia Romagosa

To Whom It May Concern:

I am writing this letter to attest to the fact that I have examined the above-referenced patient, Lucia Romagosa, and found her suffering from debilitating headaches. The patient presented to me on 1/19/24 through 5/31/24 (8 – 9 out of 10 on pain scale) with severe headaches. I had diagnosed her with chronic migraine with and w/o aura. The headaches are considered non-intractable, unspecified. The patient went to a neurologist for the headaches. The patient's ROM was reduced in the neck, and pain radiated to the occipital region as well as temporal region of the head bilaterally.

Sincerely,

Dr. Theresa L. Harris

Dr. Theresa L. Harris

Claim # 12028057
attn · Jane Daniell

722 Phosphor Ave. ( ½ block off Vets.) • Metairie, LA 70005 • (504) 835-3736

www.activator.com

PAGE 1/1 * RCVD AT 6/4/2024 2:34:45 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6033340401 * CSID: * ANI:15048357036 * DURATION (mm-ss):00-26

Clinical Review Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| LCMC HEALTH | LUCIA ROMAGOSA | 12028057 |

| | | | |
|---|---|---|---|
| Report Date: | | | |
| Referred By: | Jane Daniell | Claimant DOB: | |
| Referral Date: | 06/06/2024 | Job Title: | REGISTERED NURSE (INPATIENT) |
| Due Date: | 06/20/2024 | Medical/ Surgical Condition: | s/p viral meningitis and chronic headaches |
| Referral Type: | Appeal Referral | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | TCMS Special Circumstance | LDW: | 05/07/2021 |
| | | DOD: | 05/11/2021 |
| Physical Demands: | | BBD: | 11/09/2021 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

Referral Questions

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from November 9, 2023 to forward, and comment on the expected duration.

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

Additional Questions

Other this claim has been reviewed by Dr. Leon Meytin and Dr. Zeyad Morcos. Please assign to a different physician specializing in psychiatry.

Other AP contact is required. Please call: Dr. Enrique Segura phone (504) 885-7337 fax (504) 456-5172 Dr. Edward Garber phone 985-624-5410 fax 985-624-5490 When contacting the treating providers please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating providers. If not, please discuss your final assessment after the call. If AP contact is not successful, please send a letter to the treating providers outlining a summary of your assessment/findings and your questions for the treating providers. In the letter, please provide 5-days to respond.

Other Does the overall functional and medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within any identified restrictions and limitations from November 9, 2023 forward. Please explain your medical rationale.

Other Comments
Other Comments - None

Analysis of Medical Documentation and Support for Responses to Referral Questions:

All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:

Electronically Signed:

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, June 6, 2024 11:47:22 AM |
| To: | COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Lcmc Health Claim No. 12028057 Lucia Romagosa |
| Attachments: | cc_0f2iqwdmynrx8pc1plte_17993510_18461898.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

June 6, 2024

Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Lucia:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under the LCMC Health Group Disability Income Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on your LTD claim on April 23, 2024.

On May 28, 2024, we received records from Dr. Enrique Segura, Dr. Frank Rabito, Chet Myer, PA-C, Dr. Michael Hickman, Brandt Aymond, PA-C, Dr. Edward Gaber, and Dr. Theresa Harris covering the period of March 16, 2023 to May 31, 2024.

After speaking with you on June 5, 2024, we understand this is all of the information you intend to submit for our consideration of your LTD appeal.

To assist us in evaluating your eligibility for benefits, we have referred your file for a medical review and assessment by a Board-Certified Physician.

We anticipate a response from the reviewing Board Certified Physician no later than June 27, 2024. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

In our correspondence dated April 25, 2024, you were advised that since our appeal review was suspended for you submit additional documentation, we exercised our right to take an extension under the Employee Retirement Income Security Act.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jane Daniell
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 16393
Secure Fax No.: (603) 334-0401

CC: Lucia Romagosa

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578

LUCIA ROMAGOSA

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

June 6, 2024

Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Lucia:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under the LCMC Health Group Disability Income Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on your LTD claim on April 23, 2024.

On May 28, 2024, we received records from Dr. Enrique Segura, Dr. Frank Rabito, Chet Myer, PA-C, Dr. Michael Hickman, Brandt Aymond, PA-C, Dr. Edward Gaber, and Dr. Theresa Harris covering the period of March 16, 2023 to May 31, 2024.

After speaking with you on June 5, 2024, we understand this is all of the information you intend to submit for our consideration of your LTD appeal.

To assist us in evaluating your eligibility for benefits, we have referred your file for a medical review and assessment by a Board-Certified Physician.

We anticipate a response from the reviewing Board Certified Physician no later than June 27, 2024. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

In our correspondence dated April 25, 2024, you were advised that since our appeal review was suspended for you submit additional documentation, we exercised our right to take an extension under the Employee Retirement Income Security Act.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jane Daniell
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 16393
Secure Fax No.: (603) 334-0401

CC: Lucia Romagosa

# Network Medical Review Company, LLC.

*An Examworks company*

## INVOICE

LINCOLN FINANCIAL GROUP - LLAOB

Attn: DANIELL, JANE
8801 INDIAN HILLS DRIVE
OMAHA, NE 68114

| | |
|---|---|
| Invoice Number: | 1197566-1 |
| Invoice Date: | 6/17/2024 |
| Account Number: | 519193 |
| File Number: | 1197566-1 |

**Description**

| | |
|---|---|
| Claim Number: | 12028057 |
| Claimant Name: | Lucia A Romagosa |
| Business Unit/Process Level: | |
| Line of Business Overall: | Peer Review |
| Line of Business: | Disability |
| Claim Type: | LTD |
| Review Level: | Initial |
| IME Appointment Date: | |
| Examiner Name: | |
| Examiner Specialty: | Neurology |

**Charge/Physician Specialty**

$660.00

| | |
|---|---|
| **Subtotal:** | 660.00 |
| **Tax:** | 0 |

**Please pay this amount: $660.00**

Remit to: Network Medical Review Company, LTD
PO Box 492260
Redding, Ca 96049-2260
Tax ID 76-0711128

6/17/2024 4:12 PM

CDT

Jun. 1. 2024 3:06PM No. 0583 P. 1

Lincoln Financial Disability

Attn. Jane Daniell

Secure Fax # 1(603) 334-0401

Claim # 12028057

Will fax last document from Chiropractor Mon. 6/3 or Tues 6/4/24.

Thank You,

Lucia Alongia Romagosa

[illegible] 4:23:51 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:6033340401 * CSID: * ANI:15048357036 * DURATION (mm-ss):00-24

Jun. 1. 2024 3:00PM No. 0582 P. 1

Case # 12028057 attn · Jane Daniell

Metairie Institute of Comprehensive Health, LLC, Edward Gaber, M.D.
231 St Ann Drive, Suite 2, Mandeville, LA 70471
Office: 985-624-5410
Fax: 985-624-5490

PATIENT NAME: LUCIA ROMAGOSA MED REC#:

DATE INITIATED: MAY 30, 2024 BIRTHDATE:

| SYSTEM | | MEDICAL PROBLEM | DATE | MEDICAL PROBLEM |
|---|---|---|---|---|
| CNS | | [illegible] | [illegible] | [illegible] |
| PERIPHERAL NS | | [illegible] | [illegible] | |
| PSYCH | Ψ | | | |
| EYE | | Dry Eyes Vitreous [illegible] | | |
| THYROID | | | | |
| EAR NOSE | | | | |
| LUNG | | [illegible] | [illegible] | [illegible] |
| HEAD | | | | |
| CAROTIDS | Y | | | |
| PVD | Λ | | | |
| HEART | | [illegible] SVT [illegible] | | |
| GI | | GERD [illegible] | | |
| | | [illegible] | [illegible] | |
| | | | | |
| LIVER | | | ALLERGIES | |
| RENAL | | [illegible] | [illegible] | |
| PROSTATE | | | [illegible] | |
| URINARY | | [illegible] | [illegible] | |
| BREAST | | [illegible] | [illegible] | |
| GYN | V | [illegible] | [illegible] | |
| EXT | | | [illegible] | |
| JOINT | | [illegible] | | [illegible] |
| | | [illegible] | [illegible] | |
| LIPIDS | | LDL 172 | | |
| SKIN | Ⓢ | | | |
| DM | | | | |
| AUTO IMMUNE | Ⓐ | ANA – | | |
| LYTES | Ⓔ | | | |
| PANCREAS | | | | |
| HEME | | [illegible] B12 Folate [illegible] | [illegible] | |

| DATE | | SURGERIES | DATE | ADDITIONAL SURGERY |
|---|---|---|---|---|
| | | [illegible] | [illegible] | [illegible] |
| [illegible] | | [illegible] | | [illegible] |
| [illegible] | | [illegible] | [illegible] | [illegible] |

Jun. 1. 2024 3:00PM No. 0582 P. 2

Case# 12028057 Attn · Jane Daniell

Metairie Institute of Comprehensive Health, LLC
Edward M. Gaber, M.D., 231 St Ann Drive, Suite 2, Mandeville, LA 70471

PATIENT NAME: LUCIA ROMAGOSA DATE: May 30, 2024
D O B: AGE: 64 M (F) CC: NEW PATIENT VISIT

## ASSESSMENTS 1 LAB

| ✓ | Test | Category |
|---|---|---|
| ✓ | CBC—COMPLETE BLOOD COUNT | HEMO |
| | PROTHROMBIN TIME | |
| | PARTIAL PROTHROMBIN TIME (PTT) | |
| | PLATELET COUNT | |
| | LEIDEN FACTOR | |
| | ALK (ALKALINE PHOSPHATASE) | CHEM |
| | BMP—BASIC METABOLIC PROFILE | |
| | BNP—BRAIN NATURETIC PEPTIDE | |
| ✓ | CMP—COMPLETE METABOLIC PROFILE | |
| | CPK, SGPT (ALT) | |
| | LIPIDS | |
| ✓ | APOLIPOPROTEIN B, CPK | |
| ✓ | GAMMA GT | |
| ✓ | URIC ACID | |
| ✓ | SERUM IRON | |
| ✓ | FERRITIN | |
| | RFR | |
| ✓ | HGB A1C | |
| | PSA | |
| ✓ | HOMOCYSTEINE | |
| | MAGNESIUM | |
| | POTASSIUM | |
| ✓ | 25-OH VITAMIN D LEVEL | |
| | TSH | THYROID |
| | T3 T4 | |
| ✓ | FREE T4 BY DIALYSIS and T3 total | |
| | THYROGLOBULIN (NOT ANTIBODIES) | |
| | THYROID MICROSOMAL ANTIBODY | |
| ✓ | Soluble transferrin receptor | |
| | CPK—MB | STAT @ HOSPITAL |
| | TREPONIN-T | |
| ✓ | PNEUMOCOCCAL ANTIBODIES | |
| | | |
| | TOTAL & FREE TESTOSTERONE BY EQUIL DIALYSIS | |
| | DIHYDROTESTOSTERONE | |
| | CAROTENE | |
| ✓ | SSA and SSB | |
| | | |
| | HEP-B SURFACE ANTIBODY | VIRAL |
| | HEP-B CORE ANTIBODY | |
| | HEP-B SURFACE ANTIGEN(HAA) | |
| | HEP-C SEROLOGY | |
| ✓ | Food Allergy Panel (IgE type) | |
| | MONO SPOT | |
| | EPSTEIN BARR PANEL | |
| | TTG (IGA) | |
| | SPEP W/IFE (PROTEIN ELECTROPHORESIS W/IMMUNOF) | |
| | LIPASE | |
| ✓ | SED RATE | IMMUNO + |
| ✓ | C-REACTIVE PROTEIN | |
| | CARDIO (ULTRASENSITIVE) CRP | |
| | LATEX RA (RHEMATOID FACTOR) | |
| ✓ | ANA (ANTI NUCLEAR ANTIBODY) | |
| | SELECTIVE ANTIBODY SCREEN (SPECIFIC MARKER ANTIBODIES) | |
| | CA 125 CA19-9 | |
| | | |
| ✓ | URINALYSIS | URINE |
| | MICRO ALBUMIN (DIPSTICK HERE) | |
| | URINE ALBUMIN/ CREATININE RATIO | |
| | URINE PROTEIN 24 HOUR | |
| | | |
| | HEMOCCULTS | STOOL |
| | CLOSTRIDIUM DIFFICILE TOXIN | |
| | OVA & PARASITES (OCP) | |
| | | |
| | DIGOXIN | DRUG LEVELS |
| | DILANTIN | |
| | DRUG SCREEN (BLOOD & URINE) | |
| | TIME IN: 1:22 TIME OUT: 3:07 | |
| | PURPOSE/TIME OF COUNSELING: | |

at Quest — Done, JG; Orders Given, JG

## ASSESSMENTS 1 OTHER

| Category | Test |
|---|---|
| CARDIO → | STRESS TEST (REGULAR WITHOUT ECHO) |
| | STRESS ECHO |
| | STRESS ECHO + CARDIOLITE |
| | 2D ECHO CARDIOGRAM — here soon |
| | HOLTER MONITOR |
| | COLOR FAST CT SCAN—CALCIUM SCORE |
| → | CAROTIDS — here soon |
| | |
| ECHO → | ABDOMINAL — here soon |
| | GALLBLADDER |
| | RENAL |
| | THYROID |
| | DOPPLER OF VEINS: |
| → XRAY | AP & LATERAL: |
| | CHEST — not DIS |
| | |
| CT | CHEST WITHOUT CONTRAST |
| | ABDOMEN & PELVIS WITHOUT CONTRAST |
| | |
| NUCLEAR MEDICINE | I-123 THYROID SCAN |
| | HIDA SCAN |
| | BONE SCAN |
| | |
| MRI | BRAIN WITH CONTRAST |
| | CERVICAL SPINE |
| | LUMBAR SPINE |
| | |
| → | Fax [illegible] to [illegible] for [illegible] |
| MR | CP PANCREAS — 5/31 |
| | |
| MRA | CIRCLE OF WILLIS & INTRACRANIAL VESSELS |
| | CAROTID & VERTEBRAL ARTERIES |
| | RENAL ARTERIES |
| | |
| MISC → | EKG — Now |
| | MAMMOGRAM |
| | PAP SMEAR |
| → | DEXA BONE DENSITY — not DIS |
| ULTRASOUND → | Dr. [illegible] |
| SHOTS | GIVE— here soon |
| | SCHEDULE— |
| | |
| REFERRAL | FAX COLONOSCOPY TO |
| | FAX EGD TO- |
| | GIVE TO- |
| REQUEST RECORDS | |
| | |
| LIVING WILL | YES NO |
| SCHEDULE REVISIT IN | |

06/28/2024 JG; Orders Given, JG; Faxed records release JG; Done, JG; Orders Given, JG; 06/28/2024; Will try to Schedule Revisit on 06/28/2024 JG

Jun. 1. 2024 3:00PM No. 0582 P. 3

Case # 12028057 attn. Daniel Daniel

Metairie Institute of Comprehensive Health, LLC
Edward M. Gaber, M.D., 231 St Ann Drive, Suite 2, Mandeville, LA 70471

PATIENT NAME: LUCIA ROMAGOSA DOB: DATE: May 30, 2024

ASSESSMENTS 2

*DETAILED COMPREHENSIVE REQUIRES 4 ELEMENTS, HPI OR STATUS OF 3 CHRONIC CONDITIONS*

Cont seen 2015

Neck

REVIEW OF SYSTEMS—SEE PG 4 | FAMILY HISTORY—SEE PG 5 | SOCIAL HISTORY—SEE PG 5

PHYSICAL EXAM — LEVEL 1 REQUIRES 2-7 SYSTEMS — LEVEL 2 & 3 COMPREHENSIVE REQUIRES 8+ SYSTEMS

| CONSTITUTION | TEMP | PULSE | RESP | BLOOD PRESSURE | O2 SAT | WEIGHT | HEIGHT | BMI |
|---|---|---|---|---|---|---|---|---|
| | | 61 | | 140/86 | | 104 lb | 5'1/2" | 20.3 |

| | | |
|---|---|---|
| APPEARANCE | | ☐ WELL DEVELOPED/ NOURISHED ☐ OBESE ☐ CACHECTIC ☐ DISHEVELED |
| EYES | CONJUNCTIVA | ☐ CLEAR ☐ ICTERUS ☐ PALE |
| | EXUDATE | ☐ |
| | PUPILS | ☐ PERRL ☑ EOM ☐ INTACT |
| | DISCS | ☐ SHARP ☐ A V NICKING ☐ PAPILLEDEMA ☐ RETINOPATHY |
| EARS NOSE MOUTH | INSPECTION | ☐ WITHIN NORMAL LIMITS ☐ |
| | NASAL | ☐ WNL W/O DISCHARGE ☐ |
| | HEARING | ☐ WNL ☐ HEARING AIDE |
| | DENTITION | ☐ WNL-GOOD CONDITION ☐ POOR DENTITION ☐ EDENTULOUS |
| | TYMPANIC MEMBRANE | ☐ INTACT BILATERALLY, NO EXUDATE ☐ |
| | PHARYNX | ☑ WNL GOOD CONDITION ☐ |
| NECK | GENERAL | ☑ SYMMETRIC. TRACHEA MIDLINE ☐ |
| | THYROID | ☑ NO THYROIDMEGALY, NO TENDERNESS ☐ |
| | JVP | ☑ NO JVD ☐ JUGULAR VEIN DISTENSION |
| CARDIOVASCULAR | PALPITATION | ☑ PMI WNL. NON-DISPLAYED. NO RV HEAVE ☐ |
| | AORTA | ☑ ABD. AORTA W/O BRUITS, NOT ENLARGED ☐ |
| | AUSCULTATION | ☐ REG RATE-RHYTHM, NORMAL S1S2, NO MURMUR-RUBS-GALLOP ☐ |
| | FEMORAL PULSES | ☑ 2+ PULSES W/O BRUITS BILATERALLY ☐ |
| | PEDAL PULSES | ☑ 2+ DP/PT ☐ |
| | CAROTIDS | ☑ BRISK UPSTROKE BILATERALLY, NO BRUIT, NO THRILLS ☐ |
| | EDEMA | ☑ NO EDEMA PRESENT ☐ |
| RESPIRATORY | EFFORT | ☑ NO INTERCOSTAL RETRACTION. NO 2° MUSCLES ☐ |
| | PERCUSSION | ☑ NO DULLNESS TO PERCUSSION ☐ |
| | AUSCULTATION | ☑ I::E, 1::2, NO RUBS, NO WHEEZING ☐ |
| | PALPITATIONS | ☑ NO TACTILE FREMITIS ☐ |
| GASTRO-INTESTINAL | ABDOMEN | ☑ NORMAL ABD BOWEL SOUNDS. NO MASS PALPATED. NO DISCOMFORT ON PALPATION OF ALL 4 QUADRANTS ☐ |
| | LIVER/SPLEEN | ☑ NO HEPATOSPLENOMEGALY-TENDERNESS ☐ |
| | RECTAL | ☐ NO SPHINCTER TONE ☐ |
| | HERNIA | ☐ NO HERNIA PRESENT ☐ |
| | GUAIAC | ☐ NEGATIVE ☐ POSITIVE |
| GENITO-URINARY MALE | SCROTUM | ☐ SCROTAL CONTENTS WNL. NO HYDROCELE-SPERMATOCELE-MASSES ☐ |
| | PENIS | ☐ PENIS W/O LESIONS ☐ QUADRANTS |
| | PROSTATE | ☐ NO NODULES, NON-TENDER, NOT ENLARGED ☐ |
| | | ☐ DEFERRED |
| GENITO-URINARY FEMALE | EXT GENITALIA | ☐ NORMAL EXTERNAL GENITALIA |
| | URETHRA | ☐ NO MASSES, TENDERNESS OR SCARRING |
| | BLADDER | ☐ NO FULLNESS, MASSES OR TENDERNESS |
| | CERVIX | ☐ WNL, NO LESIONS OR DISCHARGE |
| | UTERUS | ☐ SIZE, CONTOUR, POSITION, MOBILITY WNL |
| | ADNEXA-PARAMETRIA | ☐ NO MASSES, TENDERNESS, ORGANOMEGALY OR NODULES ☐ ☐ DEFERRED |

Jun. 1. 2024 3:01PM No. 0582 P. 4

Case# 12028057 Attn · Jane Daniell

Metairie Institute of Comprehensive Health, LLC
Edward M. Gaber, M.D., 231 St Ann Drive, Suite 2, Mandeville, LA 70471

PATIENT NAME: LUCIA ROMAGOSA DOB: DATE: May 30, 2024

## ASSESSMENTS 3

| | | |
|---|---|---|
| LYMPHATIC | | ☑ NO LYMPHADENOPATHY IN NECK<br>☐ NO LYMPHADENOPATHY IN AXILLA<br>☐ NO LYMPHADENOPATHY IN GROIN ☐ |
| MUSCULO-SKELETAL | GAIT | ☐ WNL ☐ |
| | DIGIT-NAILS | ☐ WNL W/O ERYTHEMA—CLUBBING-ISCHEMIA ☐ ROM NORMAL<br>1.HEAD/NECK 2. SPINE, RIBS, PELVIS 3. RT UP EXT 4. LT UP EXT 5. RT LO EXT 6. LT LO EXT |
| | INSPECTION/ PALPATION | 1. 2. 3. 4. 5. 6. ☐ NO MISALIGNMENT-ASYMMETRY-CREPITATION-DEFECTS-TENDERNESS-MASSES-EFFUSIONS ☐ |
| | RANGE MOTION | 1. 2. 3. 4. 5. 6. ☐ NO PAIN-CREPITATION-CONTRACTURE ☐ |
| | STABILITY | 1. 2. 3. 4. 5. 6. ☐ NO DISLOCATION-LAXITY ☐ |
| | MUSC STR-TONE | 1. 2. 3. 4. 5. 6. ☐ WNL, NO FLACCIDITY-COG WHEELING ☐ |
| BREASTS | INSPECTION<br>PALPATION | ☐ SYMMETRIC. NO RETRACTIONS-MASSES<br>☐ NO MASSES-TENDERNESS-EXUDATES ☐ [illegible handwriting]<br>☐ DEFERRED |
| NEUROLOGY | CENTRAL NERVOUS<br>SENSATION<br>DEEP TENDON<br>REFLEX | ☐ SYMMETRIC. NO RETRACTIONS-MASSES<br>☐ NO MASSES—EXUDATION—TENDERNESS<br>☐ 2+ UPPER/LOWER EXTREMITIES. NO BABINSKI PRESENT<br>☐ ☐ VIB ☐ TEMP SENSE ☐ PIN PRICK |
| SKIN | INSPECTION<br>PALPATION | ☐ NO RASHES—ULCERS ☐<br>☐ NO MASSES—EXUDATES—TENDERNESS ☐<br>☐ DEFERRED |
| PSYCH | INSIGHT<br>MEMORY<br>ORIENTATION<br>AFFECT | ☐ GOOD. APPROPRIATE ☐<br>☐ RECENT & REMOTE INTACT ☐<br>☐ PERSON. PLACE. TIME. SITUATION ☐ [illegible handwriting]<br>☐ FULL RANGE OF AFFECT |

## ASSESSMENT AND PLAN

(DIAGNOSIS, RISK, ORDER/REVIEW OF DATA, COUNSELING)

★ Vascular Headache

| | | |
|---|---|---|
| INFECTIOUS DISEASE<br>G44.1 [illegible] | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM [illegible handwriting] | |
| PULMONARY<br>[illegible] | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |
| CARDIOVASCULAR<br>[illegible] | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM [illegible handwriting] | |
| GASTROINTESTINAL<br>[illegible] | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |
| HEMATOLOGY<br>Disease of Esophagus [illegible] | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |
| RENAL<br>K22.9 GERD | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |
| FLUID ELECTROLYTE NUTRITION<br>Hyperlipidemia E78.5 | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |
| ENDOCRINOLOGY<br>Cardiac Murmur R01.1 | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |
| NEUROLOGY | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM [illegible handwriting] | |
| MUSCULOSKELETAL<br>★ BMI of 20.0 Z68.20 | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |
| OTHER | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |

TIME COUNSELING/CRITICAL CARE TIME: ☑ <30 MINUTES ☐ 30-74 MINUTES ☐ +30 MINUTES

SIGNATURE: [signature] 5/30/24 DATE/TIME:

Case # 12028057 Attn: Jane Daniell

Metairie Institute of Comprehensive Health, LLC
Edward M. Gaber, M.D.
231 St Ann Drive, Suite 2
Mandeville, LA 70471

ATTESTATION STATEMENT

I, Edward M. Gaber, M.D., hereby attest that the medical record entry for patient, __________LUCIA ROMAGOSA__________ for date of service __May 30, 2024__ accurately reflects signature/notations that I made in my capacity as an M.D. when I treated and diagnosed the above ⊗ [redacted] I do hereby attest that this information is true, accurate and complete to the best of my knowledge and I understand that any falsification, omission, or concealment of material fact may subject me to administrative, civil, or criminal liability.

Signed: ______________________________

Date: ____________________May 30, 2024______________________

⊗ No MEDICARE
LAR

LCMC Health

East Jefferson General Hospital
4200 Houma Blvd
Metairie LA 70006-2970

Romagosa, Lucia
MRN: 1003076293, DOB: 7/18/1959, Sex: F
Visit date: 6/21/2023

**06/21/2023 - Telemedicine in East Jefferson Neurological Associates**

**Visit Information** Claim #12028057 attn: Jane Daniel

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Enrique Segura, MD | Enrique Segura, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| East Jefferson Neurological Associates | 3800 Houma Blvd<br>Ste 325<br>Metairie LA 70006-3010 | 504-885-7337 | 504-456-5172 |

**Level of Service**

**Level of Service**
PR OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN

**Log History**
LOS History

**Progress Notes**

**Progress Notes**

**Enrique Segura, MD at 6/21/2023 1200**

East Jefferson General Hospital
LCMC Health
EJ Neurological Associates

**Chief Complaint:**
**Chief Complaint**
Patient presents with
- Migraine

**History of Present Illness:**
63 y.o. female with medical history significant for encephalitis, headaches, anxiety, hypothyroidism, and breast cancer s/p bilateral mastectomy (2012) who presents to the clinic today as a follow up. At the time of her last visit, she continued on Qulipta 60mg daily and Amitriptyline 75mg nightly. Was awaiting results of brain MRI. If headaches continued unchanged and brain MRI was unremarkable we were to consider referral to headache specialist.

Today she reports she is experiencing a bad headache today that prevented her from being able to come in to the office for her visit. She has been having significant trouble scheduling her MRI. She notes that the last few weeks her headaches have been almost unbearable. She continues Qulipta 60mg daily and Amitriptyline 75mg nightly. She also continues Nurtec prn and tends to lay down in a dark room to get rid of her headaches.

**Review of Systems:**
Normal ROS except as noted in HPI.

**Problem List:**

Claim # 12028057 Attn: Jane Daniel

**Patient Active Problem List**

Diagnosis

- Malignant neoplasm of overlapping sites of both breasts in female, estrogen receptor positive (CMS/HCC)
- Osteopenia
- Chronic asthma, mild intermittent, uncomplicated
- Generalized anxiety disorder
- Headache disorder
- Iron deficiency
- History of gastric bypass
- Subclinical hypothyroidism

**Past Medical History:**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| asthma | |
| Dependent edema | |
| Encephalitis | |
| Headache | |
| Hypothyroidism | |
| Major depressive disorder, single episode | |
| Malignant neoplasm of female breast (CMS/HCC) | |
| Syncope | |

**Family History:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| PVD | Father | |

**Social History:**

**Social History**

| | |
|---|---|
| Tobacco Use | |
| • Smoking status: | Never |
| • Smokeless tobacco: | Never |
| Substance Use Topics | |
| • Alcohol use: | Yes |
| • Drug use: | Never |

**Medications:**

Current Outpatient Medications:
- albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/actuation inhaler, ProAir HFA 90 mcg/actuation aerosol inhaler Inhale 2 puffs every 4 hours by inhalation route., Disp: , Rfl:
- amitriptyline (ELAVIL) 25 MG tablet, Take 3 tablets nightly by mouth, Disp: 90 tablet, Rfl: 11
- budesonide-formoteroL (SYMBICORT) 160-4.5 mcg/actuation inhaler, Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler Inhale 2 puffs twice a day by inhalation route., Disp: , Rfl:
- cholecalciferol, vitamin D3, 125 mcg (5,000 unit) tablet, Take 5,000 Units by mouth, Disp: , Rfl:
- famotidine (PEPCID) 10 MG tablet, Take 10 mg by mouth, Disp: , Rfl:

Claim # 12028057 Attn: Jane Danell

Progress Notes (continued)

- levocetirizine (XYZAL) 5 MG tablet, Take 5 mg by mouth, Disp: , Rfl:
- naproxen sodium (ALEVE ORAL), Aleve Take last dose @ 0730 No date recorded No form recorded No frequency recorded No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded, Disp: , Rfl:
- NURTEC ODT 75 mg TbDL tablet, TAKE 1 TABLET BY MOUTH ONCE AS NEEDED FOR MIGRAINE HEADACHE. DO NOT EXCEED 1 TABLET IN 24 HRS, Disp: , Rfl:
- ondansetron (ZOFRAN) 8 MG tablet, Take 1 tablet every 8 (eight) hours as needed by mouth for Nausea, Disp: 20 tablet, Rfl: 5
- prednisoLONE acetate (PRED FORTE) 1 % ophthalmic suspension, instill FIVE DROPS IN BOTH EARS THREE TIMES DAILY FOR 7 DAYS, Disp: , Rfl:
- sertraline HCl (ZOLOFT ORAL), Zoloft Take 1 time per day No date recorded No form recorded 1 time per day No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded, Disp: , Rfl:
- tamoxifen (NOLVADEX) 20 MG tablet, Take 1 tablet daily by mouth, Disp: , Rfl:
- chlorhexidine (PERIDEX) 0.12 % solution, SWISH AND EXPECTORATE one TEASPOONFUL THREE TIMES DAILY, Disp: , Rfl:

**Vital Signs:**
There were no vitals filed for this visit.

**Physical Exam:**
Unable to obtain proper physical exam due to the nature of the visit.
This was a telehealth visit performed with live audio and video done with patient's consent.
Length of telehealth visit (minutes): 15

**Labs:**
**Lab Results**

| Component | Value | Date |
|---|---|---|
| NA | 142 | 05/13/2022 |
| K | 5.5 (H) | 05/13/2022 |
| CL | 100 | 05/13/2022 |
| CO2 | 33 (H) | 05/13/2022 |
| BUN | 8.0 | 05/13/2022 |
| BUN | 17 | 05/13/2022 |
| CREATININE | 0.47 (L) | 05/13/2022 |
| GLU | 87 | 05/13/2022 |
| TSH | 6.10 (H) | 05/13/2022 |
| VITAMIND25HY | 29 (L) | 05/13/2022 |
| CRP | <3.0 | 04/04/2023 |

**CBC w/ Diff (04/04/2023)**

| | | |
|---|---|---|
| WBC - Quest | 4.5 - 11.0 Thousand/uL | 4.3 Low |
| RBC - Quest | 4.20 - 5.40 Million/uL | 4.97 |
| HGB - Quest | 12.0 - 16.0 gm/dL | 14.3 |
| HCT - Quest | 37.0 - 47.0 % | 43.8 |
| MCV - Quest | 81.0 - 99.0 fL | 88.1 |
| MCH - Quest | 27.0 - 33.0 pg | 28.8 |
| MCHC - Quest | 32.0 - 36.0 g/dL | 32.7 |
| RDW - Quest | 12.0 - 15.3 % | 14.6 |
| Platelet Count, Automated - Quest | 150 - 350 Thousand/uL | 261 |
| Mean Platelet Volume - Quest | 7.0 - 10.2 fL | 8.4 |

Claim # 12028057 Attn. Jane Daniell

**Progress Notes (continued)**

| | | |
|---|---|---|
| Neutrophil % - Quest | 32 - 80 % | 59.8 |
| Lymphocyte % - Quest | 15 - 45 % | 29.4 |
| Monocyte % - Quest | 3 - 13 % | 6.9 |
| Eosinophil % - Quest | 0 - 4 % | 2.6 |
| Basophil % - Quest | 0 - 2 % | 1.3 |
| Abs Neutrophil - Quest | 2.10 - 7.60 Thousand/uL | 2.50 |
| Abs Lymphocyte - Quest | 1.00 - 4.20 Thousand/uL | 1.20 |
| Abs Monocyte - Quest | 0.10 - 0.80 Thousand/uL | 0.30 |
| ABS Eosinophil - Quest | 0.00 - 0.70 Thousand/uL | 0.10 |
| Abs Basophil - Quest | 0.00 - 0.20 Thousand/uL | 0.10 |

**Sed Rate (04/04/2023)**

| | | |
|---|---|---|
| Sedimentation Rate-Quest | 0 - 20 mm/hr | 2 |

**ANA (04/04/2023)**

| | | |
|---|---|---|
| Nuclear Ab-Quest | NEGATIVE | **POSITIVE** |

**Diagnostic Results:**
No results found.

**Data:**
Previous neurology notes reviewed. CMP, CBC, CRP, ANA, and Sed rate reviewed.

**Assessment/Plan:**
Lucia was seen today for migraine.

Diagnoses and all orders for this visit:

**Chronic migraine w/o aura w/o status migrainosus, not intractable**

**Nonintractable headache, unspecified chronicity pattern, unspecified headache type**
- MRI Brain w wo Contrast; Future

**Encephalitis**
- MRI Brain w wo Contrast; Future

**Assessment/Plan:**
Patient is still experiencing almost daily headaches. She will continue Qulipta 60mg daily and Amitriptyline 75mg nightly for headache prevention. She will also continue Nurtec prn for headache abortion. Order will be resent for MRI Brain with and without contrast for further evaluation of her headache symptoms.

**Scribe Attestation:**
I, Clayton Merwin, scribed the above HPI for Dr. Segura on 6/21/2023
The above HPI was transcribed for me by scribe Clayton Merwin. I personally performed the history, exam, and medical decision making, and confirm that the transcribed note accurately reflects my work.

Claim # 12028057 Attn: Jane Daniel

This was a 15 minute tele visit with both audio and video components. Performed with the patient's consent using Doximity platform. Both the patient and physician were located in Metairie, LA.

Electronically signed by Enrique Segura, MD at 6/21/2023 3:07 PM

## Imaging

### Imaging

#### MRI Brain w wo Contrast (Completed)

Electronically signed by: **Enrique Segura, MD on 06/21/23 1213**
Status: **Completed**
Ordering user: Enrique Segura, MD 06/21/23 1213
Ordering provider: Enrique Segura, MD
Authorized by: Enrique Segura, MD
Ordering mode: Standard
Frequency: Routine 06/21/23 -
Class: Ancillary Performed
Quantity: 1
Indications of use: Headache, new onset (Age >= 51y)
Diagnoses
Nonintractable headache, unspecified chronicity pattern, unspecified headache type [R51.9]
Encephalitis [G04.90]

**Questionnaire**

| Question | Answer |
|---|---|
| Does the patient have any of the following implanted devices: | None |
| Is the patient on dialysis? | No |
| Is the patient claustrophobic? | No |
| What is the patient's sedation requirement? | No Sedation |
| Is the patient over 550 lbs? | No |
| Does the patient have a cochlear implant? | No |
| Patient or physician site preference? | EJGH |

**Indications**

Nonintractable headache, unspecified chronicity pattern, unspecified headache type [R51.9 (ICD-10-CM)]
Encephalitis [G04.90 (ICD-10-CM)]

PAGE 1/5 * RCVD AT 6/1/2024 4:13:54 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/0 * DNIS:6033340401 * CSID: * ANI:15048357036 * DURATION (mm-ss):01-56

Case # 12028057 attn · Jane Daniell

Metairie Institute of Comprehensive Health, LLC, Edward Gaber, M.D.
231 St Ann Drive, Suite 2, Mandeville, LA 70471
Office: 985-624-5410
Fax: 985-624-5490

PATIENT NAME: LUCIA ROMAGOSA MED REC#:
DATE INITIATED: MAY 30, 2024 BIRTHDATE:

| SYSTEM | MEDICAL PROBLEM | DATE | MEDICAL PROBLEM |
|---|---|---|---|
| CNS | [illegible] Panic / Anx | ★ [illegible] | [illegible] ★ |
| PERIPHERAL NS | [illegible] occipital lobe [illegible] | [illegible] | |
| PSYCH | | | |
| EYE | Dry Eyes Vitreous [illegible] | | |
| THYROID | | | |
| EAR NOSE | | | |
| LUNG | [illegible] Asthma [illegible] 6/23 | [illegible] | [illegible] |
| HEAD | | | |
| CAROTIDS | | | |
| PVD | | | |
| HEART | [illegible] SVT [illegible] | | |
| | | | |
| GI | GERD [illegible] | | |
| | [illegible] celiac [illegible] | [illegible] | |
| | | | |
| LIVER | | ALLERGIES | |
| RENAL | [illegible] | Lincocin | |
| PROSTATE | | [illegible] | |
| URINARY | [illegible] | [illegible] | |
| BREAST | [illegible] | [illegible] | |
| GYN | [illegible] | [illegible] | |
| EXT | | [illegible] | |
| JOINT | [illegible] | | [illegible] |
| | [illegible] | [illegible] | |
| LIPIDS | LDL 172 | | |
| SKIN | | | |
| | | | |
| DM | | | |
| AUTO IMMUNE | ANA – | | |
| LYTES | | | |
| PANCREAS | | | |
| HEME | [illegible] B12 Folate [illegible] | [illegible] | |
| | | | |
| | | | |

| DATE | | SURGERIES | DATE | ADDITIONAL SURGERY |
|---|---|---|---|---|
| | | [illegible] | [illegible] | [illegible] |
| | [illegible] | | | |
| [illegible] | | [illegible] | [illegible] | [illegible] |
| | | | | |
| | [illegible] | [illegible] | [illegible] | [illegible] |

No. 0581 P. 1
Jun. 1. 2024 2:56PM

PAGE 2/5 * RCVD AT 6/1/2024 4:13:54 PM [Eastern Daylight Time] * SVR:VA1PWFAX10/0 * DNIS:6033340401 * CSID: * ANI:15048357036 * DURATION (mm-ss):01-56

Case# 12028057 Attn: Jane Daniell

Metairie Institute of Comprehensive Health, LLC
Edward M. Gaber, M.D., 231 St Ann Drive, Suite 2, Mandeville, LA 70471

PATIENT NAME: LUCIA ROMAGOSA DATE: May 30, 2024
D O B: AGE: 64 M (F) CC: NEW PATIENT VISIT

| | ASSESSMENTS 1 LAB | |
|---|---|---|
| ✔ | CBC—COMPLETE BLOOD COUNT | HEMO |
| | PROTHROMBIN TIME | HEMO |
| | PARTIAL PROTHROMBIN TIME (PTT) | HEMO |
| | PLATELET COUNT | HEMO |
| | LEIDEN FACTOR | HEMO |
| | ALK (ALKALINE PHOSPHATASE) | CHEM |
| | BMP—BASIC METABOLIC PROFILE | CHEM |
| | BNF—BRAIN NATURETIC PEPTIDE | CHEM |
| ✔ | CMP—COMPLETE METABOLIC PROFILE | CHEM |
| | CPK, SGPT (ALT) | CHEM |
| | LIPIDS | CHEM |
| ✔ | APOLIPOPROTEIN B + CPK | CHEM |
| ✔ | GAMMA GT | CHEM |
| ✔ | URIC ACID | CHEM |
| ✔ | SERUM IRON | CHEM |
| ✔ | FERRITIN | CHEM |
| | RFR | CHEM |
| ✔ | HGB A1C | CHEM |
| | PSA | CHEM |
| ✔ | HOMOCYSTEINE | CHEM |
| | MAGNESIUM | CHEM |
| | POTASSIUM | CHEM |
| ✔ | 25-OH VITAMIN D LEVEL | CHEM |
| | TSH | THYROID |
| | T3 T4 | THYROID |
| ✔ | FREE T4 BY DIALYSIS and T3 total | THYROID |
| | THYROGLOBULIN (NOT ANTIBODIES) | THYROID |
| | THYROID MICROSOMAL ANTIBODY | THYROID |
| ✔ | Soluble transferrin receptor | |
| | CPK—MB | STAT @ HOSPITAL |
| | TREPONIN-T | STAT @ HOSPITAL |
| ✔ | PNEUMOCOCCAL ANTIBODIES | |
| | TOTAL & FREE TESTOSTERONE BY EQUIL DIALYSIS | |
| | DIHYDROTESTOSTERONE | |
| | CAROTENE | |
| ✔ | SSA and SSB | |
| | HEP-B SURFACE ANTIBODY | VIRAL |
| | HEP-B CORE ANTIBODY | VIRAL |
| | HEP-B SURFACE ANTIGEN(HAA) | VIRAL |
| ✔ | HEP-C SEROLOGY | VIRAL |
| ✔ | ~~HEP-B SCR~~ Allergy Panel (IgE type) | VIRAL |
| | MONO SPOT | VIRAL |
| | EPSTEIN BARR PANEL | VIRAL |
| | TTG (IGA) | VIRAL |
| | SPEP W/IFE (PROTEIN ELECTROPHORESIS W/IMMUNOF) | VIRAL |
| | LIPASE | |
| ✔ | SED RATE | IMMUNO + |
| ✔ | C-REACTIVE PROTEIN | IMMUNO + |
| | CARDIO (ULTRASENSITIVE) CRP | IMMUNO + |
| | LATEX RA (RHEMATOID FACTOR) | IMMUNO + |
| ✔ | ANA (ANTI NUCLEAR ANTIBODY) | IMMUNO + |
| | SELECTIVE ANTIBODY SCREEN (SPECIFIC MARKER ANTIBODIES) | IMMUNO + |
| | CA 125 CA19-9 | IMMUNO + |
| ✔ | URINALYSIS ← Allergy | URINE |
| | MICRO ALBUMIN (DIPSTICK HERE) | URINE |
| | URINE ALBUMIN/ CREATININE RATIO | URINE |
| | URINE PROTEIN 24 HOUR | URINE |
| | HEMOCCULTS | STOOL |
| | CLOSTRIDIUM DIFFICILE TOXIN | STOOL |
| | OVA & PARASITES (OCP) | STOOL |
| | DIGOXIN | DRUG LEVELS |
| | DILANTIN | DRUG LEVELS |
| | DRUG SCREEN (BLOOD & URINE) | DRUG LEVELS |
| | TIME IN: 1:22 TIME OUT: 3:07 | |
| | PURPOSE/TIME OF COUNSELING: | |

at Quest — Orders given, JG — Done, JG

| | ASSESSMENTS 1 OTHER | |
|---|---|---|
| CARDIO → | STRESS TEST (REGULAR WITHOUT ECHO) | |
| | STRESS ECHO | |
| | STRESS ECHO + CARDIOLITE | |
| | 2D ECHO CARDIOGRAM | here soon |
| | HOLTER MONITOR | |
| | COLOR FAST CT SCAN—CALCIUM SCORE | |
| ECHO → | CAROTIDS | here soon |
| ECHO → | ABDOMINAL | here soon |
| ECHO | GALLBLADDER | |
| ECHO | RENAL | |
| ECHO | THYROID | |
| ECHO | DOPPLER OF VEINS | |
| XRAY → | AP & LATERAL: | |
| XRAY | CHEST | not DI |
| CT | CHEST WITHOUT CONTRAST | |
| CT | ABDOMEN & PELVIS WITHOUT CONTRAST | |
| NUCLEAR MEDICINE | I-123 THYROID SCAN | |
| NUCLEAR MEDICINE | HIDA SCAN | |
| NUCLEAR MEDICINE | BONE SCAN | |
| MRI | BRAIN WITH CONTRAST | |
| MRI | CERVICAL SPINE | |
| MRI | LUMBAR SPINE | |
| → | For spread L/R to CSF & entire abdomen | |
| MR | CP PANCREAS | 5/21 |
| MRA | CIRCLE OF WILLIS & INTRACRANIAL VESSELS | |
| MRA | CAROTID & VERTEBRAL ARTERIES | |
| MRA | RENAL ARTERIES | |
| MISC → | EKG | Now |
| MISC | MAMMOGRAM | |
| MISC | PAP SMEAR | |
| MISC → | DEXA BONE DENSITY | not DIS |
| ULTRASOUND → | Draw Garp, and test | here soon |
| SHOTS | GIVE— | |
| SHOTS | SCHEDULE— | |
| REFERRAL | FAX COLONOSCOPY TO | |
| REFERRAL | FAX EGD TO- | |
| REFERRAL | GIVE TO- | |
| REQUEST RECORDS | | |
| LIVING WILL | YES | NO 8A |
| SCHEDULE REVISIT IN | | |

06/28/2024 JG — Orders given, JG — Orders — Faxed @ Records Release JG — Done, JG — Orders given, JG — 06/28/2024 — Will try to Schedule Revisit 06/28/2024 JG

PAGE 3/5 * RCVD AT 6/1/2024 4:13:54 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/0 * DNIS:6033340401 * CSID: * ANI:15048357036 * DURATION (mm-ss):01-56

Case #12028057 Attn. Daniel Darnell

Metairie Institute of Comprehensive Health, LLC
Edward M. Gaber, M.D., 231 St Ann Drive, Suite 2, Mandeville, LA 70471

PATIENT NAME: LUCIA ROMAGOSA DOB: DATE: May 30, 2024

## ASSESSMENTS 2

*DETAILED COMPREHENSIVE REQUIRES 4 ELEMENTS, HPI OR STATUS OF 3 CHRONIC CONDITIONS*

Cont seen 2015

Noah

Frequency

| REVIEW OF SYSTEMS—SEE PG 4 | FAMILY HISTORY—SEE PG 5 | SOCIAL HISTORY—SEE PG 5 |
|---|---|---|

PHYSICAL EXAM — LEVEL 1 REQUIRES 2-7 SYSTEMS — LEVEL 2 & 3 COMPREHENSIVE REQUIRES 8+ SYSTEMS

| CONSTITUTION | TEMP | PULSE | RESP | BLOOD PRESSURE | O2 SAT | WEIGHT | HEIGHT | BMI |
|---|---|---|---|---|---|---|---|---|
| | | 61 | | 110/80 | | 104 lb | 5' 1/2" | 20.5 |

| System | Item | Findings |
|---|---|---|
| APPEARANCE | | ☐ WELL DEVELOPED/ NOURISHED ☐ OBESE ☐ CACHECTIC ☐ DISHEVELED |
| EYES | CONJUNCTIVA | ☐ CLEAR ☐ ICTERUS ☐ PALE |
| | EXUDATE | ☐ |
| | PUPILS | ☐ PERRL ☑ EOM ☐ INTACT |
| | DISCS | ☐ SHARP ☐ A V NICKING ☐ PAPILLEDEMA ☐ RETINOPATHY |
| EARS NOSE MOUTH | INSPECTION | ☐ WITHIN NORMAL LIMITS ☐ |
| | NASAL | ☐ WNL W/O DISCHARGE ☐ |
| | HEARING | ☐ WNL ☐ HEARING AIDE |
| | DENTITION | ☐ WNL-GOOD CONDITION ☐ POOR DENTITION ☐ EDENTULOUS |
| | TYMPANIC MEMBRANE | ☐ INTACT BILATERALLY, NO EXUDATE ☐ |
| | PHARYNX | ☑ WNL GOOD CONDITION ☐ |
| NECK | GENERAL | ☑ SYMMETRIC. TRACHEA MIDLINE ☐ |
| | THYROID | ☑ NO THYROIDMEGALY, NO TENDERNESS ☐ |
| | JVP | ☑ NO JVD ☐ JUGULAR VEIN DISTENSION |
| CARDIOVASCULAR | PALPITATION | ☑ PMI WNL. NON-DISPLAYED. NO RV HEAVE ☐ |
| | AORTA | ☑ ABD. AORTA W/O BRUITS, NOT ENLARGED ☐ |
| | AUSCULTATION | ☐ REG RATE-RHYTHM, NORMAL S1S2, NO MURMUR-RUBS-GALLOP ☐ |
| | FEMORAL PULSES | ☑ 2+ PULSES W/O BRUITS BILATERALLY ☐ |
| | PEDAL PULSES | ☑ 2+ DP/PT ☐ |
| | CAROTIDS | ☑ BRISK UPSTROKE BILATERALLY, NO BRUIT, NO THRILLS ☐ |
| | EDEMA | ☑ NO EDEMA PRESENT ☐ |
| RESPIRATORY | EFFORT | ☑ NO INTERCOSTAL RETRACTION. NO 2° MUSCLES ☐ |
| | PERCUSSION | ☑ NO DULLNESS TO PERCUSSION ☐ |
| | AUSCULTATION | ☑ I::E, 1::2, NO RUBS, NO WHEEZING ☐ |
| | PALPITATIONS | ☑ NO TACTILE FREMITIS ☐ |
| GASTRO-INTESTINAL | ABDOMEN | ☑ NORMAL ABD BOWEL SOUNDS. NO MASS PALPATED. NO DISCOMFORT ON PALPATION OF ALL 4 QUADRANTS ☐ |
| | LIVER/SPLEEN | ☑ NO HEPATOSPLENOMEGALY-TENDERNESS ☐ |
| | RECTAL | ☐ NO SPHINCTER TONE ☐ |
| | HERNIA | ☐ NO HERNIA PRESENT ☐ |
| | GUAIAC | ☐ NEGATIVE ☐ POSITIVE |
| GENITO-URINARY MALE | SCROTUM | ☐ SCROTAL CONTENTS WNL. NO HYDROCELE-SPERMATOCELE-MASSES ☐ |
| | PENIS | ☐ PENIS W/O LESIONS ☐ QUADRANTS |
| | PROSTATE | ☐ NO NODULES, NON-TENDER, NOT ENLARGED ☐ |
| | | ☐ DEFERRED |
| GENITO-URINARY FEMALE | EXT GENITALIA | ☐ NORMAL EXTERNAL GENITALIA |
| | URETHRA | ☐ NO MASSES, TENDERNESS OR SCARRING |
| | BLADDER | ☐ NO FULLNESS, MASSES OR TENDERNESS |
| | CERVIX | ☐ WNL, NO LESIONS OR DISCHARGE |
| | UTERUS | ☐ SIZE, CONTOUR, POSITION, MOBILITY WNL |
| | ADNEXA-PARAMETRIA | ☐ NO MASSES, TENDERNESS, ORGANOMEGALY OR NODULES ☐ ☐ DEFERRED |

Case#12028057 Attn: Jane Daniell

Metairie Institute of Comprehensive Health, LLC
Edward M. Gaber, M.D., 231 St Ann Drive, Suite 2, Mandeville, LA 70471

PATIENT NAME: LUCIA ROMAGOSA DOB: DATE: May 30, 2024

## ASSESSMENTS 3

| | | |
|---|---|---|
| LYMPHATIC | | ☑ NO LYMPHADENOPATHY IN NECK<br>☐ NO LYMPHADENOPATHY IN AXILLA<br>☐ NO LYMPHADENOPATHY IN GROIN ☐ |
| MUSCULO-SKELETAL | GAIT | ☐ WNL ☐ |
| | DIGIT-NAILS | ☐ WNL W/O ERYTHEMA—CLUBBING-ISCHEMIA ☐ ROM NORMAL<br>1.HEAD/NECK 2. SPINE, RIBS, PELVIS 3. RT UP EXT 4. LT UP EXT 5. RT LO EXT 6. LT LO EXT |
| | INSPECTION/ PALPATION | 1. 2. 3. 4. 5. 6. ☐ NO MISALIGNMENT-ASYMMETRY-CREPITATION-DEFECTS-TENDERNESS-MASSES-EFFUSIONS ☐ |
| | RANGE MOTION | 1. 2. 3. 4. 5. 6. ☐ NO PAIN-CREPITATION-CONTRACTURE ☐ |
| | STABILITY | 1. 2. 3. 4. 5. 6. ☐ NO DISLOCATION-LAXITY ☐ |
| | MUSC STR-TONE | 1. 2. 3. 4. 5. 6. ☐ WNL NO FLACCIDITY-COG WHEELING ☐ |
| BREASTS | INSPECTION<br>PALPATION | ☐ SYMMETRIC. NO RETRACTIONS-MASSES<br>☐ NO MASSES-TENDERNESS-EXUDATES ☐<br>☐ DEFERRED |
| NEUROLOGY | CENTRAL NERVOUS<br>SENSATION<br>DEEP TENDON<br>REFLEX | ☐ SYMMETRIC. NO RETRACTIONS-MASSES<br>☐ NO MASSES—EXUDATION—TENDERNESS<br>☐ 2+ UPPER/LOWER EXTREMITIES. NO BABINSKI PRESENT<br>☐ ☐ VIB ☐ TEMP SENSE ☐ PIN PRICK |
| SKIN | INSPECTION<br>PALPATION | ☐ NO RASHES—ULCERS ☐<br>☐ NO MASSES—EXUDATES—TENDERNESS ☐<br>☐ DEFERRED |
| PSYCH | INSIGHT<br>MEMORY<br>ORIENTATION<br>AFFECT | ☐ GOOD. APPROPRIATE ☐<br>☐ RECENT & REMOTE INTACT ☐<br>☐ PERSON. PLACE. TIME. SITUATION ☐<br>☐ FULL RANGE OF AFFECT |

## ASSESSMENT AND PLAN

(DIAGNOSIS, RISK, ORDER/REVIEW OF DATA, COUNSELING)

| | | |
|---|---|---|
| ★ Vascular Headache G44.1 INFECTIOUS DISEASE | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |
| PULMONARY | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |
| CARDIOVASCULAR | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |
| GASTROINTESTINAL | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |
| HEMATOLOGY | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |
| Disease of Esophagus RENAL K22.9 | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |
| Hyperlipidemia FLUID ELECTROLYTE NUTRITION E78.5 | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |
| Cardiac Murmur ENDOCRINOLOGY R01.1 | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |
| NEUROLOGY | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |
| ★ BMI of 20.3 MUSCULOSKELETAL Z68.20 | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |
| OTHER | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |

TIME COUNSELING/CRITICAL CARE TIME: ☑ <30 MINUTES ☐ 30-74 MINUTES ☐ +80 MINUTES

SIGNATURE: [signature] 5/30/24 DATE/TIME:

PAGE 5/5 * RCVD AT 6/1/2024 4:13:54 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/0 * DNIS:6033340401 * CSID: * ANI:15048357036 * DURATION (mm-ss):01-56

Case # 12028057 Attn: Jane Danell

Metairie Institute of Comprehensive Health, LLC
Edward M. Gaber, M.D.
231 St Ann Drive, Suite 2
Mandeville, LA 70471

ATTESTATION STATEMENT

I, Edward M. Gaber, M.D., hereby attest that the medical record entry for patient, ________LUCIA ROMAGOSA__________ for date of service __May 30, 2024__ accurately reflects signature/notations that I made in my capacity as an M.D. when I treated and diagnosed the above ⊗ [redacted] I do hereby attest that this information is true, accurate and complete to the best of my knowledge and I understand that any falsification, omission, or concealment of material fact may subject me to administrative, civil, or criminal liability.

Signed: ______________________________

Date: ____________May 30, 2024____________

⊗ No MEDICARE
LAR

Metairie Institute of Comprehensive Health, LLC, Edward Gaber, M.D.
231 St Ann Drive, Suite 2, Mandeville, LA 70471
Office: 985-624-5410
Fax: 985-624-5490

PATIENT NAME: LUCIA ROMAGOSA MED REC#:

DATE INITIATED: MAY 30, 2024 BIRTHDATE:

| SYSTEM | | MEDICAL PROBLEM | DATE | MEDICAL PROBLEM |
|---|---|---|---|---|
| CNS | | [illegible] Panic/Anx | [illegible] | [illegible] |
| PERIPHERAL NS | | [illegible] occipital lobe [illegible] | [illegible] | |
| PSYCH | | | | |
| EYE | | Dry Eyes Vitreous [illegible] | | |
| THYROID | | | | |
| EAR NOSE | | | | |
| LUNG | | [illegible] [illegible] [illegible] | [illegible] | [illegible] |
| HEAD | | | | |
| CAROTIDS | | | | |
| PVD | | | | |
| HEART | | [illegible] SVT [illegible] | | |
| | | | | |
| GI | | GERD [illegible] | | |
| | | [illegible] Gastritis [illegible] Celiac [illegible] | [illegible] | |
| | | | | |
| LIVER | | | ALLERGIES | |
| RENAL | | [illegible] | | [illegible] |
| PROSTATE | | | | [illegible] |
| URINARY | | [illegible] | | [illegible] |
| BREAST | | [illegible] | | [illegible] |
| GYN | | [illegible] | | [illegible] |
| EXT | | | | [illegible] |
| JOINT | | [illegible] | | [illegible] |
| | | [illegible] | [illegible] | |
| LIPIDS | | [illegible] | | |
| SKIN | | | | |
| | | | | |
| DM | | | | |
| AUTO IMMUNE | | ANA – | | |
| LYTES | | | | |
| PANCREAS | | | | |
| HEME | | [illegible] B12 Folate [illegible] | [illegible] | |
| | | | | |
| | | | | |

| DATE | | SURGERIES | DATE | ADDITIONAL SURGERY |
|---|---|---|---|---|
| | | [illegible] | [illegible] | [illegible] |
| | | | | |
| [illegible] | | [illegible] | [illegible] | [illegible] |
| | | | | |
| [illegible] | | [illegible] | [illegible] | [illegible] |
| | | | | |

PAGE 2/5 * RCVD AT 6/1/2024 4:10:24 PM [Eastern Daylight Time] * SVR:VA1PWFAX2014/4 * DNIS:6033340401 * CSID: * ANI:15048357036 * DURATION (mm-ss):02-00

Metairie Institute of Comprehensive Health, LLC
Edward M. Gaber, M.D., 231 St Ann Drive, Suite 2, Mandeville, LA 70471

PATIENT NAME: LUCIA ROMAGOSA DATE: May 30, 2024
D O B: [illegible] AGE: 64 M (F) CC: NEW PATIENT VISIT

| ASSESSMENTS 1 LAB | | | ASSESSMENTS 1 OTHER | |
|---|---|---|---|---|
| ✓ | CBC—COMPLETE BLOOD COUNT | HEMO | CARDIO → | STRESS TEST (REGULAR WITHOUT ECHO) |
| | PROTHROMBIN TIME | | | STRESS ECHO |
| | PARTIAL PROTHROMBIN TIME (PTT) | | | STRESS ECHO + CARDIOLITE |
| | PLATELET COUNT | | | 2D ECHO CARDIOGRAM here soon |
| | LEIDEN FACTOR | | | HOLTER MONITOR |
| | ALK (ALKALINE PHOSPHATASE) | CHEM | | COLOR FAST CT SCAN—CALCIUM SCORE |
| | BMP—BASIC METABOLIC PROFILE | | → | CAROTIDS here soon |
| | BNP—BRAIN NATURETIC PEPTIDE | | | |
| ✓ | CMP—COMPLETE METABOLIC PROFILE | | ECHO → | ABDOMINAL here soon |
| | CPK, SGPT (ALT) | | | GALLBLADDER |
| | LIPIDS | | | RENAL |
| ✓ | APOLIPOPROTEIN B CPK | | | THYROID |
| ✓ | GAMMA GT | | | DOPPLER OF VEINS: |
| ✓ | URIC ACID | | XRAY → | AP & LATERAL: |
| ✓ | SERUM IRON | | | CHEST at DIS |
| ✓ | FERRITIN | | | |
| | RFR | | | |
| ✓ | HGB A1C | | CT | CHEST WITHOUT CONTRAST |
| | PSA | | | ABDOMEN & PELVIS WITHOUT CONTRAST |
| ✓ | HOMOCYSTEINE | | | |
| | MAGNESIUM | | | |
| | POTASSIUM | | | |
| ✓ | 25-OH VITAMIN D LEVEL | THYROID | NUCLEAR MEDICINE | I-123 THYROID SCAN |
| | TSH | | | HIDA SCAN |
| | T3 T4 | | | BONE SCAN |
| ✓ | FREE T4 BY DIALYSIS and T3 Total | | | |
| | THYROGLOBULIN (NOT ANTIBODIES) | | | |
| | THYROID MICROSOMAL ANTIBODY | | MRI | BRAIN WITH CONTRAST |
| ✓ | Soluble transferrin receptor | | | CERVICAL SPINE |
| | CPK—MB | STAT @ HOSPITAL | | LUMBAR SPINE |
| | TREPONIN-T | | | |
| ✓ | PNEUMOCOCCAL ANTIBODIES | | | |
| | | | → | FRA Sxxxd APA to CSF for active and mild for |
| | TOTAL & FREE TESTOSTERONE BY EQUIL DIALYSIS | | | |
| | DIHYDROTESTOSTERONE | | | |
| | CAROTENE | | MR | CP PANCREAS 5/21 |
| ✓ | SSA and SSB | | | |
| | HEP-B SURFACE ANTIBODY | VIRAL | MRA | CIRCLE OF WILLIS & INTRACRANIAL VESSELS |
| | HEP-B CORE ANTIBODY | | | CAROTID & VERTEBRAL ARTERIES |
| | HEP-B SURFACE ANTIGEN (HAA) | | | RENAL ARTERIES |
| | HEP-C SEROLOGY | | | |
| ✓ | HEP-B ~~ACR~~ Allergy Panel (IgE type) | | MISC → | EKG Now |
| | MONO SPOT | | | MAMMOGRAM |
| | EPSTEIN BARR PANEL | | | PAP SMEAR |
| | TTG (IGA) | | → | DEXA BONE DENSITY at DIS |
| | SPEP W/IFE (PROTEIN ELECTROPHORESIS W/IMMUNOF) | | | |
| | LIPASE | | | |
| ✓ | SED RATE | IMMUNO + | ULTRASOUND | |
| ✓ | C-REACTIVE PROTEIN | | → | Dr. Gaspari and Dr. xxx |
| | CARDIO (ULTRASENSITIVE) CRP | | SHOTS | GIVE— here soon |
| | LATEX RA (RHEMATOID FACTOR) | | | SCHEDULE— |
| ✓ | ANA (ANTI NUCLEAR ANTIBODY) | | | |
| | SELECTIVE ANTIBODY SCREEN | | | |
| | (SPECIFIC MARKER ANTIBODIES) | | | |
| | CA 125 CA19-9 | | REFERRAL | FAX COLONOSCOPY TO |
| ✓ | URINALYSIS here | | | FAX EGD TO- |
| | MICRO ALBUMIN (DIPSTICK HERE) | URINE | | GIVE TO- |
| | URINE ALBUMIN/ CREATININE RATIO | | | |
| | URINE PROTEIN 24 HOUR | | REQUEST RECORDS | |
| | HEMOCCULTS | STOOL | | |
| | CLOSTRIDIUM DIFFICILE TOXIN | | | |
| | OVA & PARASITES (OCP) | | | |
| | DIGOXIN | DRUG LEVELS | LIVING WILL | YES NO |
| | DILANTIN | | | |
| | DRUG SCREEN (BLOOD & URINE) | | SCHEDULE REVISIT IN | |
| | TIME IN: 1 22 TIME OUT: 1 07 3 | | | |
| | PURPOSE/TIME OF COUNSELING: | | | |

Handwritten annotations: "at Quest"; "Orders Given, gs"; "Done, gs"; "06/28/2024 gs"; "Orders Given, gs" (Xray); "Faxed Records Release, gs" (MRI); "Done, gs" (MRA); "Orders Given, gs" (Misc); "06/28/2024" (Shots); "Will try to Schedule Revisit on 06/28/2024 gs"

Jun. 1. 2024 2:53PM No. 0580 P. 2

PAGE 3/5 * RCVD AT 6/1/2024 4:10:24 PM [Eastern Daylight Time] * SVR:VA1PWFAX2014/4 * DNIS:6033340401 * CSID: * ANI:15048357036 * DURATION (mm-ss):02-00

Metairie Institute of Comprehensive Health, LLC
Edward M. Gaber, M.D., 231 St Ann Drive, Suite 2, Mandeville, LA 70471

PATIENT NAME: LUCIA ROMAGOSA DOB: DATE: May 30, 2024

## ASSESSMENTS 2

*DETAILED COMPREHENSIVE REQUIRES 4 ELEMENTS, HPI OR STATUS OF 3 CHRONIC CONDITIONS*

Cont seen 2015

Fogmy

REVIEW OF SYSTEMS—SEE PG 4 | FAMILY HISTORY—SEE PG 5 | SOCIAL HISTORY—SEE PG 5

PHYSICAL EXAM — LEVEL 1 REQUIRES 2-7 SYSTEMS — LEVEL 2 & 3 COMPREHENSIVE REQUIRES 8+ SYSTEMS

| CONSTITUTION | TEMP | PULSE | RESP | BLOOD PRESSURE | O2 SAT | WEIGHT | HEIGHT | BMI |
|---|---|---|---|---|---|---|---|---|
| | | 61 | | 110/80 | | 104# | 5' 1/2" | 20.3 |

| | | |
|---|---|---|
| APPEARANCE | | ☐ WELL DEVELOPED/ NOURISHED ☐ OBESE ☐ CACHECTIC ☐ DISHEVELED |
| EYES | CONJUNCTIVA | ☐ CLEAR ☐ ICTERUS ☐ PALE |
| | EXUDATE | ☐ |
| | PUPILS | ☐ PERRL ☑ EOM ☐ INTACT |
| | DISCS | ☐ SHARP ☐ A V NICKING ☐ PAPILLEDEMA ☐ RETINOPATHY |
| EARS NOSE MOUTH | INSPECTION | ☐ WITHIN NORMAL LIMITS ☐ |
| | NASAL | ☐ WNL W/O DISCHARGE ☐ |
| | HEARING | ☐ WNL ☐ HEARING AIDE |
| | DENTITION | ☐ WNL-GOOD CONDITION ☐ POOR DENTITION ☐ EDENTULOUS |
| | TYMPANIC MEMBRANE | ☐ INTACT BILATERALLY, NO EXUDATE ☐ |
| | PHARYNX | ☑ WNL GOOD CONDITION ☐ |
| NECK | GENERAL | ☑ SYMMETRIC. TRACHEA MIDLINE ☐ |
| | THYROID | ☑ NO THYROIDMEGALY, NO TENDERNESS ☐ |
| | JVP | ☑ NO JVD ☐ JUGULAR VEIN DISTENSION |
| CARDIOVASCULAR | PALPITATION | ☑ PMI WNL. NON-DISPLAYED. NO RV HEAVE ☐ |
| | AORTA | ☑ ABD. AORTA W/O BRUITS, NOT ENLARGED ☐ |
| | AUSCULTATION | ☐ REG RATE-RHYTHM, NORMAL S1S2, NO MURMUR-RUBS-GALLOP ☐ |
| | FEMORAL PULSES | ☑ 2+ PULSES W/O BRUITS BILATERALLY ☐ |
| | PEDAL PULSES | ☑ 2+ DP/PT ☐ |
| | CAROTIDS | ☑ BRISK UPSTROKE BILATERALLY, NO BRUIT, NO THRILLS ☐ |
| | EDEMA | ☑ NO EDEMA PRESENT ☐ |
| RESPIRATORY | EFFORT | ☑ NO INTERCOSTAL RETRACTION. NO 2° MUSCLES ☐ |
| | PERCUSSION | ☑ NO DULLNESS TO PERCUSSION ☐ |
| | AUSCULTATION | ☑ I::E, 1::2, NO RUBS, NO WHEEZING ☐ |
| | PALPITATIONS | ☑ NO TACTILE FREMITIS ☐ |
| GASTRO-INTESTINAL | ABDOMEN | ☑ NORMAL ABD BOWEL SOUNDS. NO MASS PALPATED. NO DISCOMFORT ON PALPATION OF ALL 4 QUADRANTS ☐ |
| | LIVER/SPLEEN | ☑ NO HEPATOSPLENOMEGALY-TENDERNESS ☐ |
| | RECTAL | ☐ NO SPHINCTER TONE ☐ |
| | HERNIA | ☐ NO HERNIA PRESENT ☐ |
| | GUAIAC | ☐ NEGATIVE ☐ POSITIVE |
| GENITO-URINARY MALE | SCROTUM | ☐ SCROTAL CONTENTS WNL. NO HYDROCELE-SPERMATOCELE-MASSES ☐ |
| | PENIS | ☐ PENIS W/O LESIONS ☐ QUADRANTS |
| | PROSTATE | ☐ NO NODULES, NON-TENDER, NOT ENLARGED ☐ |
| | | ☐ DEFERRED |
| GENITO-URINARY FEMALE | EXT GENITALIA | ☐ NORMAL EXTERNAL GENITALIA |
| | URETHRA | ☐ NO MASSES. TENDERNESS OR SCARRING |
| | BLADDER | ☐ NO FULLNESS, MASSES OR TENDERNESS |
| | CERVIX | ☐ WNL, NO LESIONS OR DISCHARGE |
| | UTERUS | ☐ SIZE, CONTOUR, POSITION, MOBILITY WNL |
| | ADNEXA-PARAMETRIA | ☐ NO MASSES, TENDERNESS, ORGANOMEGALY OR NODULES |
| | | ☐ ☐ DEFERRED |

Metairie Institute of Comprehensive Health, LLC
Edward M. Gaber, M.D., 231 St Ann Drive, Suite 2, Mandeville, LA 70471

PATIENT NAME: LUCIA ROMAGOSA DOB: DATE: May 30, 2024

## ASSESSMENTS 3

| | | |
|---|---|---|
| LYMPHATIC | | ☑ NO LYMPHADENOPATHY IN NECK<br>☑ NO LYMPHADENOPATHY IN AXILLA<br>☐ NO LYMPHADENOPATHY IN GROIN ☐ |
| MUSCULO-SKELETAL | GAIT<br>DIGIT-NAILS<br>INSPECTION/ PALPATION<br>RANGE MOTION<br>STABILITY<br>MUSC STR-TONE | ☐ WNL ☐<br>☐ WNL W/O ERYTHEMA—CLUBBING-ISCHEMIA ☐ ROM NORMAL<br>1.HEAD/NECK 2. SPINE, RIBS, PELVIS 3. RT UP EXT 4. LT UP EXT 5. RT LO EXT 6. LT LO EXT<br>1. 2. 3. 4. 5. 6. ☐ NO MISALIGNMENT-ASYMMETRY-CREPITATION-DEFECTS-TENDERNESS-MASSES-EFFUSIONS ☐<br>1. 2. 3. 4. 5. 6. ☐ NO PAIN-CREPITATION-CONTRACTURE ☐<br>1. 2. 3. 4. 5. 6. ☐ NO DISLOCATION-LAXITY ☐<br>1. 2. 3. 4. 5. 6. ☐ WNL, NO FLACCIDITY-COG WHEELING ☐ |
| BREASTS | INSPECTION<br>PALPATION | ☐ SYMMETRIC. NO RETRACTIONS-MASSES<br>☐ NO MASSES-TENDERNESS-EXUDATES ☐ [handwritten, illegible]<br>☐ DEFERRED |
| NEUROLOGY | CENTRAL NERVOUS<br>SENSATION<br>DEEP TENDON REFLEX | ☐ SYMMETRIC. NO RETRACTIONS-MASSES<br>☐ NO MASSES—EXUDATION—TENDERNESS<br>☐ 2+ UPPER/LOWER EXTREMITIES. NO BABINSKI PRESENT<br>☐ ☐ VIB ☐ TEMP SENSE ☐ PIN PRICK |
| SKIN | INSPECTION<br>PALPATION | ☐ NO RASHES—ULCERS ☐<br>☐ NO MASSES—EXUDATES—TENDERNESS ☐<br>☐ DEFERRED |
| PSYCH | INSIGHT<br>MEMORY<br>ORIENTATION<br>AFFECT | ☐ GOOD. APPROPRIATE ☐<br>☐ RECENT & REMOTE INTACT ☐ [handwritten, illegible]<br>☐ PERSON. PLACE. TIME. SITUATION ☐<br>☐ FULL RANGE OF AFFECT [handwritten, illegible] |

## ASSESSMENT AND PLAN

(DIAGNOSIS, RISK, ORDER/REVIEW OF DATA, COUNSELING)

| | | |
|---|---|---|
| ★ Vascular Headache — INFECTIOUS DISEASE<br>G44.1 [handwritten, illegible] | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM<br>[handwritten, illegible] | |
| PULMONARY<br>Dry Eyes. | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |
| CARDIOVASCULAR<br>[handwritten, illegible] | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM<br>[handwritten, illegible] | |
| GASTROINTESTINAL<br>[handwritten, illegible] | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |
| HEMATOLOGY<br>Disease of Esophagus [handwritten, illegible] | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |
| RENAL<br>K22.9 [handwritten, illegible] | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |
| FLUID ELECTROLYTE NUTRITION<br>Hyperlipidemia E78.5 | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |
| ENDOCRINOLOGY<br>Cardiac Murmur R01.1 | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |
| NEUROLOGY | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM<br>[handwritten, illegible] | |
| ★ BMI of 20.9 — MUSCULOSKELETAL<br>Z68.20 | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |
| OTHER | ☐ STABLE ☐ WORSE ☐ IMPROVED ☐ NEW PROBLEM | |

TIME COUNSELING/CRITICAL CARE TIME: ☑ <30 MINUTES ☐ 30-74 MINUTES ☐ >30 MINUTES

SIGNATURE: [signature] 5/30/24 DATE/TIME:

Metairie Institute of Comprehensive Health, LLC
Edward M. Gaber, M.D.
231 St Ann Drive, Suite 2
Mandeville, LA 70471

ATTESTATION STATEMENT

I, Edward M. Gaber, M.D., hereby attest that the medical record entry for patient, _________LUCIA ROMAGOSA__________ for date of service __May 30, 2024__ accurately reflects signature/notations that I made in my capacity as an M.D. when I treated and diagnosed the above ⊗ ~~listed Medicare beneficiary.~~ I do hereby attest that this information is true, accurate and complete to the best of my knowledge and I understand that any falsification, omission, or concealment of material fact may subject me to administrative, civil, or criminal liability.

Signed: ______________________________________________

Date: ____________________May 30, 2024________________________

⊗ No MEDICARE
LAR

May. 28. 2024 7:13PM No. 0564 P. 1

LCMC Health

East Jefferson General Hospital
4200 Houma Blvd
Metairie LA 70006-2970

Romagosa, Lucia
MRN: 1003076293, DOB , Sex: F
Visit date: 5/2/2023

**05/02/2023 - Follow-Up in East Jefferson Neurological Associates**

Claim #12028057 Atty: Jane Daniell

**Visit Information**

**Provider Information**

| **Encounter Provider** | **Authorizing Provider** |
|---|---|
| Enrique Segura, MD | Enrique Segura, MD |

**Department**

| **Name** | **Address** | **Phone** | **Fax** |
|---|---|---|---|
| East Jefferson Neurological Associates | 3800 Houma Blvd<br>Ste 325<br>Metairie LA 70006-3010 | 504-885-7337 | 504-456-5172 |

**Level of Service**

| **Level of Service** |
|---|
| PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN |

**Progress Notes**

**Progress Notes**

**Enrique Segura, MD at 5/2/2023 1100**

**East Jefferson General Hospital**
LCMC Health
EJ Neurological Associates

**Chief Complaint:**
**Chief Complaint**
Patient presents with
- Headache

**History of Present Illness:**
63 y.o. female with a medical history significant for encephalitis, headaches, anxiety, hypothyroidism, and breast cancer s/p bilateral mastectomy (2012) presents to the clinic today as a follow up. On her last visit the patient was started on Qulipta daily for headache prevention. Samples of Nurtec were also provided. Patient continues on amitriptyline 50-75 mg nightly. Patient reports that her headaches remained unchanged. The patient was also sent for brain MRI which she has yet to do. We will await results of brain MRI before making any further management decisions.

**Review of Systems:**
Normal ROS except as noted in HPI.

**Problem List:**
**Patient Active Problem List**
Diagnosis
- Malignant neoplasm of overlapping sites of both breasts in female, estrogen receptor positive (CMS/HCC)
- Osteopenia

Claim #12028057 Attn: Jane Daniell

- Chronic asthma, mild intermittent, uncomplicated
- Generalized anxiety disorder
- Headache disorder
- Iron deficiency
- History of gastric bypass
- Subclinical hypothyroidism

**Past Medical History:**

**Past Medical History:**

Diagnosis Date

- asthma
- Dependent edema
- Encephalitis
- Headache
- Hypothyroidism
- Major depressive disorder, single episode
- Malignant neoplasm of female breast (CMS/HCC)
- Syncope

**Family History:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • PVD | Father | |

**Social History:**

**Social History**

Tobacco Use

- Smoking status: Never
- Smokeless tobacco: Never

Substance Use Topics

- Alcohol use: Yes
- Drug use: Never

**Medications:**

Current Outpatient Medications:

- albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/actuation inhaler, ProAir HFA 90 mcg/actuation aerosol inhaler Inhale 2 puffs every 4 hours by inhalation route., Disp: , Rfl:
- amitriptyline (ELAVIL) 25 MG tablet, Take 3 tablets nightly by mouth, Disp: 90 tablet, Rfl: 11
- atogepant (QULIPTA) 60 mg Tab, Take 60 mg daily by mouth, Disp: 30 tablet, Rfl: 3
- budesonide-formoteroL (SYMBICORT) 160-4.5 mcg/actuation inhaler, Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler Inhale 2 puffs twice a day by inhalation route., Disp: , Rfl:
- chlorhexidine (PERIDEX) 0.12 % solution, SWISH AND EXPECTORATE one TEASPOONFUL THREE TIMES DAILY, Disp: , Rfl:
- cholecalciferol, vitamin D3, 125 mcg (5,000 unit) tablet, Take 5,000 Units by mouth, Disp: , Rfl:
- famotidine (PEPCID) 10 MG tablet, Take 10 mg by mouth, Disp: , Rfl:
- levocetirizine (XYZAL) 5 MG tablet, Take 5 mg by mouth, Disp: , Rfl:
- naproxen sodium (ALEVE ORAL), Aleve Take last dose @ 0730 No date recorded No form recorded No frequency

Claim #12028057 Attn: Jane Daniell

recorded No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded, Disp: , Rfl:
- NURTEC ODT 75 mg TbDL tablet, TAKE 1 TABLET BY MOUTH ONCE AS NEEDED FOR MIGRAINE HEADACHE. DO NOT EXCEED 1 TABLET IN 24 HRS, Disp: , Rfl:
- ondansetron (ZOFRAN) 8 MG tablet, Take 1 tablet every 8 (eight) hours as needed by mouth for Nausea, Disp: 20 tablet, Rfl: 5
- prednisoLONE acetate (PRED FORTE) 1 % ophthalmic suspension, instill FIVE DROPS IN BOTH EARS THREE TIMES DAILY FOR 7 DAYS, Disp: , Rfl:
- sertraline HCl (ZOLOFT ORAL), Zoloft Take 1 time per day No date recorded No form recorded 1 time per day No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded, Disp: , Rfl:
- tamoxifen (NOLVADEX) 20 MG tablet, Take 1 tablet daily by mouth, Disp: , Rfl:

**Vital Signs:**
**Vitals:**

| | |
|---|---|
| | 05/02/23 1054 |
| BP: | 118/82 |
| Pulse: | 81 |
| Resp: | 18 |

**Physical Exam:**
**GENERAL:** 63 y.o. White female. Normal affect and mood. Well-nourished.
**NEUROLOGICAL EXAM:**
Mental Status: Alert and oriented x4, Normal speech and comprehension
Cranial Nerves: Pupils equal and reactive, EOMI, no facial asymmetry, midline tongue
Motor: No pronator drift, 5/5 strength throughout.
Reflexes: Symmetric with normal plantar responses.
Sensory: denies sensory deficits to light touch
Coordination: No dysmetria on finger to nose
Gait: normal

**Labs:**
**CMP**
**Lab Results**

| Component | Value | Date |
|---|---|---|
| NA | 142 | 05/13/2022 |
| K | 5.5 (H) | 05/13/2022 |
| CL | 100 | 05/13/2022 |
| CO2 | 33 (H) | 05/13/2022 |
| BUN | 8.0 | 05/13/2022 |
| BUN | 17 | 05/13/2022 |
| CREATININE | 0.47 (L) | 05/13/2022 |
| GLU | 87 | 05/13/2022 |
| TSH | 6.10 (H) | 05/13/2022 |
| VITAMIND25HY | 29 (L) | 05/13/2022 |
| CRP | <3.0 | 04/04/2023 |

**CBC with Differential**
**Lab Results**

| Component | Value | Date |
|---|---|---|
| WBC | 4.3 (L) | 04/04/2023 |

Claim # 12028057 Attn: Jane Danell

| | | |
|---|---|---|
| HGB | 14.3 | 04/04/2023 |
| HEMATOCRIT | 43.8 | 04/04/2023 |
| MCV | 88.1 | 04/04/2023 |
| MCH | 28.8 | 04/04/2023 |
| MCHC | 32.7 | 04/04/2023 |
| RDW | 14.6 | 04/04/2023 |
| PLT | 8.4 | 04/04/2023 |
| PLT | 261 | 04/04/2023 |

**Hemoglobin A1C**
**Lab Results**

| Component | Value | Date |
|---|---|---|
| HGBA1C | 4.6 | 05/13/2022 |

**Diagnostic Results:**
No results found.

**Data:**
CMP and CBC reviewed. Hemoglobin A1C also reviewed.

**Assessment/Plan:**
Lucia was seen today for headache.

Diagnoses and all orders for this visit:

**Nonintractable headache, unspecified chronicity pattern, unspecified headache type**

**Encephalitis**

**Chronic migraine w/o aura w/o status migrainosus, not intractable**

**Assessment/Plan:**
Patient presents to the clinic for a follow-up on headaches. She notes that the medication regimen may be providing some relief. She will be continued on Qulipta 60mg daily and Amitriptyline 75mg nightly. Awaiting results of brain MRI which the patient will try to get schedule in the next couple of weeks. If headaches continue unchanged and brain MRI is unremarkable we might consider referral to headache specialist.

**Scribe Attestation:**
I, Dung "Valerie" Vo, scribed the above HPI for Dr. Segura on 5/2/2023
The above HPI was transcribed for me by scribe Dung "Valerie" Vo. I personally performed the history, exam, and medical decision making, and confirm that the transcribed note accurately reflects my work.

Electronically signed by Enrique Segura, MD at 5/2/2023 11:15 AM

LCMC Health

East Jefferson General Hospital
4200 Houma Blvd
Metairie LA 70006-2970

Romagosa, Lucia
MRN: 1003076293, DOB:
Visit date: 3/16/2023
Sex: F

**03/16/2023 - Follow-Up in East Jefferson Neurological Associates**

Claim# 12028057
Attn: Jane Daniel

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Enrique Segura, MD | Enrique Segura, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| East Jefferson Neurological Associates | 3800 Houma Blvd<br>Ste 325<br>Metairie LA 70006-3010 | 504-885-7337 | 504-456-5172 |

**Level of Service**

| Level of Service |
|---|
| PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN |

**Progress Notes**

**Progress Notes**

**Enrique Segura, MD at 3/16/2023 1100**

**East Jefferson General Hospital**
LCMC Health
EJ Neurological Associates

**Chief Complaint:**
**Chief Complaint**
Patient presents with
- Headache

**History of Present Illness:**
63 y.o. female with medical history significant for encephalitis, headaches, anxiety, hypothyroidism, and breast cancer s/p bilateral mastectomy (2012) presents to the clinic today as a follow up. At the time of her last visit, she complained of weekly headaches. She continued Amitriptyline 50mg-75mg nightly depending on her needs. She continued Amitriptyline nightly. She started Qulipta daily for better preventive control of her headaches. Samples were provided in clinic.

Today she reports she has been waking up throwing up because of her headaches. How often these episode occurs varies. Sometimes they occur once weekly and sometimes up to three times weekly. She notes that if she stays in a quiet, dark room, she starts feeling better. She continues Amitriptyline 50-75mg nightly, depending on her needs, and notes that it has been helping. She has tried Nurtec prn in the past and mentions that it works but not as well as Amitriptyline. She has tried Ubrelvy in the past with little to no efficacy. She is unsure if she used the Qulipta samples provided during last visit. She notes that sometimes specific areas of her head hurt, while other times the whole head hurts. She does receive Botox treatments with Dr. Hickham but notes that they don't seem to be working. She recently started a medrol pack.

**Review of Systems:**

Claim # 12028057 Attn: Jane Daniell

Normal ROS except as noted in HPI.

**Problem List:**
**Patient Active Problem List**
Diagnosis
- Malignant neoplasm of overlapping sites of both breasts in female, estrogen receptor positive (CMS/HCC)
- Osteopenia
- Chronic asthma, mild intermittent, uncomplicated
- Generalized anxiety disorder
- Headache disorder
- Iron deficiency
- History of gastric bypass
- Subclinical hypothyroidism

**Past Medical History:**
**Past Medical History:**
Diagnosis Date
- asthma
- Dependent edema
- Encephalitis
- Headache
- Hypothyroidism
- Major depressive disorder, single episode
- Malignant neoplasm of female breast (CMS/HCC)
- Syncope

**Family History:**
**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| PVD | Father | |

**Social History:**
**Social History**

Tobacco Use
- Smoking status: Never
- Smokeless tobacco: Never

Substance Use Topics
- Alcohol use: Yes
- Drug use: Never

**Medications:**

Current Outpatient Medications:
- albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/actuation inhaler, ProAir HFA 90 mcg/actuation aerosol inhaler Inhale 2 puffs every 4 hours by inhalation route., Disp: , Rfl:
- amitriptyline (ELAVIL) 25 MG tablet, Take 3 tablets nightly by mouth, Disp: 90 tablet, Rfl: 11
- budesonide-formoteroL (SYMBICORT) 160-4.5 mcg/actuation inhaler, Symbicort 160 mcg-4.5 mcg/actuation HFA

Claim # 12028D57 Attn: Jane Darnell

aerosol inhaler Inhale 2 puffs twice a day by inhalation route., Disp: , Rfl:

- chlorhexidine (PERIDEX) 0.12 % solution, SWISH AND EXPECTORATE one TEASPOONFUL THREE TIMES DAILY, Disp: , Rfl:
- cholecalciferol, vitamin D3, 125 mcg (5,000 unit) tablet, Take 5,000 Units by mouth, Disp: , Rfl:
- famotidine (PEPCID) 10 MG tablet, Take 10 mg by mouth, Disp: , Rfl:
- levocetirizine (XYZAL) 5 MG tablet, Take 5 mg by mouth, Disp: , Rfl:
- methylPREDNISolone (MEDROL, PAK,) 4 mg tablet, follow package directions, Disp: 21 tablet, Rfl: 0
- naproxen sodium (ALEVE ORAL), Aleve Take last dose @ 0730 No date recorded No form recorded No frequency recorded No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded, Disp: , Rfl:
- NURTEC ODT 75 mg TbDL tablet, TAKE 1 TABLET BY MOUTH ONCE AS NEEDED FOR MIGRAINE HEADACHE. DO NOT EXCEED 1 TABLET IN 24 HRS, Disp: , Rfl:
- prednisoLONE acetate (PRED FORTE) 1 % ophthalmic suspension, instill FIVE DROPS IN BOTH EARS THREE TIMES DAILY FOR 7 DAYS, Disp: , Rfl:
- sertraline HCl (ZOLOFT ORAL), Zoloft Take 1 time per day No date recorded No form recorded 1 time per day No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded, Disp: , Rfl:
- tamoxifen (NOLVADEX) 20 MG tablet, Take 1 tablet daily by mouth, Disp: , Rfl:
- atogepant (QULIPTA) 60 mg Tab, Take 60 mg daily by mouth, Disp: 30 tablet, Rfl: 3
- ondansetron (ZOFRAN) 8 MG tablet, Take 1 tablet every 8 (eight) hours as needed by mouth for Nausea, Disp: 20 tablet, Rfl: 5

**Vital Signs:**

**Vitals:**

| | 03/16/23 1115 |
|---|---|
| BP: | 122/80 |
| Pulse: | 74 |
| Resp: | 18 |

**Physical Exam:**

GENERAL: 63 y/o Caucasian female. Normal affect and mood. Well-nourished.
NEURO EXAM
Mental Status: Alert and oriented x4, Normal speech and comprehension
Cranial Nerves: Pupils equal and reactive, EOMI, no facial asymmetry, midline tongue
Motor: No pronator drift, 5/5 strength throughout.
Reflexes: Symmetric with normal plantar responses.
Sensory: denies sensory deficits to light touch
Coordination: No dysmetria on finger to nose
Gait: normal

**Labs:**

**Lab Results**

| Component | Value | Date |
|---|---|---|
| NA | 142 | 05/13/2022 |
| K | 5.5 (H) | 05/13/2022 |
| CL | 100 | 05/13/2022 |
| CO2 | 33 (H) | 05/13/2022 |
| BUN | 8.0 | 05/13/2022 |
| BUN | 17 | 05/13/2022 |
| CREATININE | 0.47 (L) | 05/13/2022 |
| GLU | 87 | 05/13/2022 |
| TSH | 6.10 (H) | 05/13/2022 |

 Claim # 12028057 Attn: Jane Darnell

| | | |
|---|---|---|
| VITAMIND25HY | 29 (L) | 05/13/2022 |

**Diagnostic Results:**
No results found.

**Data:**
Previous neurology notes reviewed. CMP and TSH reviewed.

**Assessment/Plan:**
Lucia was seen today for headache.

Diagnoses and all orders for this visit:

**Encephalitis**
- ondansetron (ZOFRAN) 8 MG tablet; Take 1 tablet every 8 (eight) hours as needed by mouth for Nausea
- MRI Brain w wo Contrast; Future

**Nonintractable headache, unspecified chronicity pattern, unspecified headache type**
- ondansetron (ZOFRAN) 8 MG tablet; Take 1 tablet every 8 (eight) hours as needed by mouth for Nausea
- MRI Brain w wo Contrast; Future

**Chronic migraine w/o aura w/o status migrainosus, not intractable**
- atogepant (QULIPTA) 60 mg Tab; Take 60 mg daily by mouth

**Assessment/Plan:**
Patient is still experiencing daily headaches. Having increased nausea with these headaches. Given her history of encephalitis, MRI Brain ordered for further evaluation. She will continue Amitriptyline 75mg nightly. She will also start Qulipta 60mg daily to hopefully provide better migraine prevention. Samples of Nurtec provided in clinic today to use prn for acute migraine management.

**Scribe Attestation:**
I, Clayton Merwin, scribed the above HPI for Dr. Segura on 3/16/2023
The above HPI was transcribed for me by scribe Clayton Merwin. I personally performed the history, exam, and medical decision making, and confirm that the transcribed note accurately reflects my work.

Electronically signed by Enrique Segura, MD at 3/16/2023 3:49 PM

PAGE 1/3 * RCVD AT 5/28/2024 8:52:32 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6033340401 * CSID: * ANI:15048357036 * DURATION (mm-ss):00-59

Claim # 1202807 Attn: Yana Daniell

Romagosa, Lucia - DOB: - Female - MRN: 22471

Service Date: 12/21/2023

| | |
|---|---|
| Type: | ENT Note |
| Service Date: | December 21, 2023 8:57 AM CST |
| Status: | Auth (Verified) |
| Title: | Office Visit Note |
| Performed By: | Hickham MD, Michael on December 22, 2023 9:00 AM CST |
| Electronically Signed By: | Hickham MD, Michael on December 22, 2023 9:00 AM CST |
| Visit Information: | 198375, ENT Specialists of Metairie, Outpatient, 12/21/2023 - 12/23/2023 |

## ENT Note

Office Visit Note

# Romagosa, Lucia

**Address:**

**Phone:** 5048332109
**Sex:** Female

**DOB:**

**MRN:** 22471
**FIN:** 198375

**Location:** ENT Specialists of Metairie
**Date of Service:** 12/21/2023
**PCP:** Hickham MD, Michael

**History of Present Illness**

64-year-old female with history of chronic sinusitis status post functional endoscopic sinus surgery several years ago. She also has a history of migraine headaches without aura and TMJ for which she receives Botox routinely. Additionally she has eustachian tube dysfunction and has bilateral T tubes placed and feels that her ears have been clogged over the last several weeks.

**Physical Exam**

Microscopic exam:
Patient brought to the otology suite and laid in the semisupine position. The operating microscope used to visualize the right tympanic membrane and T-tube was noted to be in place. There is dry skin and wax adherent to the tube as well as the tympanic membrane. Unable to remove this hard wax due to sensitivity. Similar procedure with similar findings noted on the contralateral side. Patient tolerated well.

Botox injection: Migraine headache/temporomandibular joint disorder
Risks, benefits and alternatives of Botox injection discussed with patient at length and in detail. All questions were answered to the best of my ability and to patient's voiced satisfaction.

Small increments of Botox were injected into the masseter, temporalis, occipitalis and cervical paravertebral musculature bilaterally. A total of 100 units were injected and patient tolerated the procedure quite well. Postoperative instructions were given in detail and to patient's acknowledged understanding. They will contact me for any problems, otherwise, in 7 days they will call and give us an update on their progress. Assuming the patient does well, we will repeat the procedure in 3 months. Patient has been instructed to call a week prior to the 3-month time interval such that Botox can be procured.

Remainder of exam unchanged.

**Assessment/Plan**

**Problem List/Past Medical History**

Ongoing
Asthma in adult
COVID-19 virus infection

**Procedure/Surgical History**

- Intussusception
- Mastectomy
- Cholecystectomy
- Gastric bypass
- Bladder
- Sinus
- Cesarean section

**Medications**

**albuterol** (Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol), **2 puff(s), Inhale, q6 hrs**
**albuterol** (Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol), **See Instructions**
**albuterol** (Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol), **2 puff(s), Inhale, q6 hrs**
**albuterol** (Albuterol (Eqv-Proventil HFA) 90 mcg/inh inhalation aerosol), **2 puff (s), Inhale, q6 hrs**
**ALPRAZolam** (ALPRAZolam 1 mg oral tablet)
**budesonide-formoterol** (Symbicort 160 mcg-4.5 mcg/inh inhalation aerosol), **2 puff(s), NEB, bid, 3 refills**
**celecoxib** (celecoxib 200 mg oral capsule), **1 cap(s), Oral, bid, PRN**

Claim # 12028057 Attn. Jane Daniell

Romagosa, Lucia - DOB: - Female - MRN: 22471

Service Date: 12/21/2023

## ENT Note

### Office Visit Note

Impression/plan 1. Eustachian tube dysfunction.
2. Chronic otitis media with dry skin and wax adherent to the tympanic membrane as well as the T-tube. Sodium Sulamyd nightly and return in a week to remove dry skin and wax.
3. Temporomandibular joint disorder:
Patient counseled at length and in detail. All questions with regard to the counseling session answered and literature provided to reinforce the counseling session.
4. Chronic sinusitis: Doing well.
5. Migraine headaches without aura Botox was injected.
Return in 1 week to remove dead skin debris from tympanic membrane after using Sodium Sulamyd drops nightly.

**chlorhexidine topical** (Peridex 0.12% mucous membrane liquid)**, 0.006 gm= 5 mL, Oral, tid**
**cholecalciferol** (Vitamin D3)
**cyanocobalamin** (Vitamin B12)
**dextromethorphan-promethazine** (Promethazine DM 6.25 mg-15 mg/5 mL oral syrup)**, 5 mL, Oral, qhs**
**levocetirizine** (levocetirizine 5 mg oral tablet)
**Miscellaneous Prescription** (ciprofloxacin 0.3 %-dexamethasone 0.1 % ear drops,suspension)**, See Instructions**
**Miscellaneous Prescription** (ciprofloxacin 0.3 %-dexamethasone 0.1 % ear drops,suspension)**, See Instructions**
**multivitamin** (Super B Complex)**, Oral, daily**
**mupirocin topical** (mupirocin 2% topical ointment)**, See Instructions, 3 refills**
**mupirocin topical** (mupirocin 2% topical ointment)**, 1 app, Topical, bid, 1 refills**
**nirmatrelvir-ritonavir** (Paxlovid 150 mg-100 mg (300 mg-100 mg Dose) oral tablet)**, See Instructions**
**nirmatrelvir-ritonavir** (Paxlovid 150 mg-100 mg (300 mg-100 mg Dose) oral tablet)**, See Instructions**
**prednisoLONE ophthalmic** (prednisoLONE acetate 1% ophthalmic suspension)**, See Instructions**
**sertraline** (Zoloft)**, Oral, daily**
**tamoxifen , Oral**
**ubrogepant** (Ubrelvy 50 mg oral tablet)**, See Instructions, 2 refills**

**Allergies**
Dilaudid
Lincocin
Tylenol
adhesive tape
traMADol

**Social History**
Smoking Status
Never smoker

Alcohol
**Use:** Current

Electronic Cigarette/Vaping
**E-Cigarette Use:** Never



Lincoln/Romagosa 0263

Claim # 12028057 Attn. Jane Darnell



Service Date: 12/21/2023

**ENT Note**

Office Visit Note

Tobacco
**Use:** Never (less than 100 in lifetime)

**Lab Results**
No Results Qualified

**Signature Line**
Electronically Signed on 12/22/2023 09:00 AM

Hickham MD, Michael

Claim # 1202805 T Attn: Jane Daniell



Service Date: 10/06/2023

| | |
|---|---|
| Type: | ENT Note |
| Service Date: | October 06, 2023 5:59 PM CDT |
| Status: | Auth (Verified) |
| Title: | Office Visit Note |
| Performed By: | Aymond PA-C, Brandt on October 09, 2023 8:03 AM CDT |
| Electronically Signed By: | Aymond PA-C, Brandt on October 09, 2023 8:03 AM CDT |
| Visit Information: | 199236, ENT Specialists of Metairie, Outpatient, 10/6/2023 - 10/8/2023 |

## ENT Note

Office Visit Note

# Romagosa, Lucia

**Address:**

**Phone:** 5048332109
**Sex:** Female

**DOB:**
**MRN:** 22471
**FIN:** 199236

**Location:** ENT Specialists of Metairie
**Date of Service:** 10/06/2023
**PCP:** Hickham MD, Michael

**History of Present Illness**

64-year-old female with history of chronic sinusitis status post functional endoscopic sinus surgery several years prior. Does have a long history of chronic migraines and does receive Botox routinely. Also history of eustachian tube dysfunction bilaterally with T-tube placed. Today, presents to clinic as she recently had exposure to COVID-19 as her boyfriend was positively diagnosed 5 days prior and just completed prescription of Paxlovid. As of 2 days prior, she has been experiencing mild cough, scratchy throat, and intermittent hoarseness. Denies fever, body aches/chills, chest pain, shortness of breath, nasal congestion. She received negative home COVID test 1 day prior.

**Review of Systems**

Constitutional: Within normal limits.
HEENT: As above otherwise within normal limits.
Respiratory: As above otherwise within normal limits.
Cardiovascular: Within normal limits.
Gastrointestinal: Within normal limits.
Genitourinary: Within normal limits.
Hematology/Lymphatics: Within normal limits.
Endocrine: Within normal limits.
Immunologic: Within normal limits.
Musculoskeletal: Within normal limits.
Integumentary: Within normal limits.
Neurologic: Within normal limits.
Psychiatric: Within normal limits.

**Physical Exam**

ENT exam:
General: No acute distress
Ear exam: External auditory canals and tympanic membranes within normal limits; Weber midline with a positive Rinne bilaterally
Nose: Mild erythema and edema of the nasal mucosa with no intranasal lesions noted
Oral cavity oropharynx: No intraoral lesions noted with soft base of tongue

**Problem List/Past Medical History**

Ongoing
Asthma in adult
COVID-19 virus infection

**Procedure/Surgical History**

- Intussusception
- Mastectomy
- Cholecystectomy
- Gastric bypass
- Bladder
- Sinus
- Cesarean section

**Medications**

**albuterol** (Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol), **2 puff(s), Inhale, q6 hrs**
**albuterol** (Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol), **See Instructions**
**albuterol** (Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol), **2 puff(s), Inhale, q6 hrs**
**albuterol** (Albuterol (Eqv-Proventil HFA) 90 mcg/inh inhalation aerosol), **2 puff (s), Inhale, q6 hrs**
**ALPRAZolam** (ALPRAZolam 1 mg oral tablet)
**budesonide-formoterol** (Symbicort 160 mcg-4.5 mcg/inh inhalation aerosol), **2 puff(s), NEB, bid, 3 refills**
**celecoxib** (celecoxib 200 mg oral capsule), **1 cap(s), Oral, bid, PRN**

Claim # 1004800 T attn: Jane Danielle

Romagosa, Lucia - DOB: - Female - MRN: 22471

Service Date: 10/06/2023

## ENT Note

Office Visit Note

Neck: No palpable adenopathy or thyromegaly
Indirect laryngoscopy: TVCs mobile with no hypopharyngeal lesions
Cranial nerve exam grossly intact; cerebellar examination and Romberg within normal limits; no spontaneous nystagmus
Mood: Normal
Lower extremity: No pedal edema
Cardiovascular: Good capillary refill with regular rate and rhythm
Skin: No suspicious lesions in the head and neck area
Lungs: Moving air well without abnormal lung sounds

Rapid COVID test: Negative
Rapid influenza A/influenza B test: Negative

**Assessment/Plan**

**Chronic otitis media of both ears (H66.93)**
No complaints at this time. Continue to follow.

**Cough (R05.9)**

**Exposure to confirmed case of COVID-19 (Z20.822)**
Regardless of negative COVID test result in clinic today, we will move forward with treatment of Paxlovid due to positive recent contact as well as similar presentation of symptoms. Quarantine guidelines discussed with patient at length and in detail. ER precautions emphasized. She will return to clinic in 7 to 10 days symptoms are not showing complete resolution or sooner if symptoms are worsening. All questions answered.

**Migraine without aura (G43.009)**
Botox

**TMJ disease (M26.609)**
Temporomandibular joint disorder:
Patient counseled at length and in detail. All questions with regard to the counseling session answered and literature provided to reinforce the counseling session.

Greater than 30 minutes spent with patient clinic today.
The case was reviewed with Dr. Hickham, and we agree to the history, physical exam, and impression/plan in regards to this patient.

**chlorhexidine topical** (Peridex 0.12% mucous membrane liquid), **0.006 gm= 5 mL, Oral, tid**
**cholecalciferol** (Vitamin D3)
**cyanocobalamin** (Vitamin B12)
**dextromethorphan-promethazine** (Promethazine DM 6.25 mg-15 mg/5 mL oral syrup), **5 mL, Oral, qhs**
**levocetirizine** (levocetirizine 5 mg oral tablet)
**Miscellaneous Prescription** (ciprofloxacin 0.3 %-dexamethasone 0.1 % ear drops,suspension), **See Instructions**
**Miscellaneous Prescription** (ciprofloxacin 0.3 %-dexamethasone 0.1 % ear drops,suspension), **See Instructions**
**multivitamin** (Super B Complex), **Oral, daily**
**mupirocin topical** (mupirocin 2% topical ointment), **See Instructions, 3 refills**
**mupirocin topical** (mupirocin 2% topical ointment), **1 app, Topical, bid, 1 refills**
**nirmatrelvir-ritonavir** (Paxlovid 150 mg-100 mg (300 mg-100 mg Dose) oral tablet), **See Instructions**
**nirmatrelvir-ritonavir** (Paxlovid 150 mg-100 mg (300 mg-100 mg Dose) oral tablet), **See Instructions**
**ondansetron** (ondansetron 8 mg oral tablet, disintegrating), **8 mg= 1 tab (s), Oral, q8 hrs, PRN**
**prednisoLONE ophthalmic** (prednisoLONE acetate 1% ophthalmic suspension), **See Instructions**
**sertraline** (Zoloft), **Oral, daily**
**tamoxifen , Oral**
**ubrogepant** (Ubrelvy 50 mg oral tablet), **See Instructions, 2 refills**

**Allergies**
Dilaudid
Lincocin
Tylenol
adhesive tape
traMADol

**Social History**
Smoking Status
Never smoker

Alcohol

Printed by: Velasquez, Melissa
Printed on: 5/13/2024 8:30 AM CDT

PAGE 3/3 * RCVD AT 5/28/2024 8:50:16 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:6033340401 * CSID: * ANI:15048357036 * DURATION (mm-ss):01-02

Claim # 1202805 + Attn · Jane Daniell



Service Date: 10/06/2023

**ENT Note**

Office Visit Note

**Use:** Current

Electronic Cigarette/Vaping
**E-Cigarette Use:** Never

Tobacco
**Use:** Never (less than 100 in lifetime)

**Signature Line**
Electronically Signed on 10/09/2023 08:03 AM

Aymond PA-C, Brandt



No. 0570 P. 3

May. 28. 2024 7:33PM

Claim # 1202805 T attn · Jane Darnell



Service Date: 09/19/2023

| | |
|---|---|
| Type: | ENT Note |
| Service Date: | September 19, 2023 3:45 PM CDT |
| Status: | Auth (Verified) |
| Title: | Office Visit Note |
| Performed By: | Hickham MD, Michael on September 19, 2023 3:47 PM CDT |
| Electronically Signed By: | Hickham MD, Michael on September 19, 2023 3:47 PM CDT |
| Visit Information: | 198374, ENT Specialists of Metairie, Outpatient, 9/19/2023 - 9/21/2023 |

## ENT Note

Office Visit Note

# Romagosa, Lucia

**Address:**

**Phone:** 5048332109
**Sex:** Female

**DOB:**

**MRN:** 22471
**FIN:** 198374

**Location:** ENT Specialists of Metairie
**Date of Service:** 09/19/2023
**PCP:** Hickham MD, Michael

**History of Present Illness**
64-year-old female status post functional endoscopic sinus surgery (revision) several years ago. She has a history of chronic migraines and received Botox in April 2023 with significant relief. She also has eustachian tube dysfunction for which T tubes were placed and feels like there is some clogging of the left ear. Last month she had crusting cleared from both ears.

**Physical Exam**

Microscopic exam: Chronic otitis media
Patient was brought to the otology suite and laid in the semisupine position. The operating microscope was used to visualize the right external canal and T-tube was then placed and patent. On the contralateral side T-tube was then placed and there was some crusting on the T-tube but no middle ear fluid or pathology identified. Patient tolerated procedure well.

Remainder of exam is unchanged.

Botox injection: Migraine headache/temporomandibular joint disorder
Risks, benefits and alternatives of Botox injection discussed with patient at length and in detail. All questions were answered to the best of my ability and to patient's voiced satisfaction.

Small increments of Botox were injected into the masseter, temporalis, occipitalis and cervical paravertebral musculature bilaterally. A total of 100 units were injected and patient tolerated the procedure quite well. Postoperative instructions were given in detail and to patient's acknowledged understanding. They will contact me for any problems, otherwise, in 7 days they will call and give us an update on their progress. Assuming the patient does well, we will repeat the procedure in 3 months. Patient has been instructed to call a week prior to the 3-month time interval such that Botox can be procured.

**Assessment/Plan**

**Problem List/Past Medical History**
Ongoing
Asthma in adult
COVID-19 virus infection

**Procedure/Surgical History**
- Intussusception
- Mastectomy
- Cholecystectomy
- Gastric bypass
- Bladder
- Sinus
- Cesarean section

**Medications**
**albuterol** (Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol), **2 puff(s), Inhale, q6 hrs**
**albuterol** (Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol), **See Instructions**
**albuterol** (Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol), **2 puff(s), Inhale, q6 hrs**
**albuterol** (Albuterol (Eqv-Proventil HFA) 90 mcg/inh inhalation aerosol), **2 puff (s), Inhale, q6 hrs**
**ALPRAZolam** (ALPRAZolam 1 mg oral tablet)
**budesonide-formoterol** (Symbicort 160 mcg-4.5 mcg/inh inhalation aerosol), **2 puff(s), NEB, bid, 3 refills**
**celecoxib** (celecoxib 200 mg oral capsule), **1 cap(s), Oral, bid, PRN**

Claim # 12028057 attn. Jane Darnell

Romagosa, Lucia - DOB: 07/18/1959 - Female - MRN: 22471

Service Date: 09/19/2023

**ENT Note**

Office Visit Note

Impression/plan 1. Chronic otitis media: Sodium cell admitted 10 drops in each ear twice weekly prior to bedtime to prevent crusting.
2. Migraine headaches without aura: Botox was injected in will hopefully alleviate these headaches as they did well in April.
3. Otalgia secondary to #4
4. Temporomandibular joint disorder:
Patient counseled at length and in detail. All questions with regard to the counseling session answered and literature provided to reinforce the counseling session.
Return to clinic for any problems, questions or concerns.

**chlorhexidine topical** (Peridex 0.12% mucous membrane liquid), **0.006 gm= 5 mL, Oral, tid**
**cholecalciferol** (Vitamin D3)
**cyanocobalamin** (Vitamin B12)
**dextromethorphan-promethazine** (Promethazine DM 6.25 mg-15 mg/5 mL oral syrup), **5 mL, Oral, qhs**
**levocetirizine** (levocetirizine 5 mg oral tablet)
**Miscellaneous Prescription** (ciprofloxacin 0.3 %-dexamethasone 0.1 % ear drops,suspension), **See Instructions**
**Miscellaneous Prescription** (ciprofloxacin 0.3 %-dexamethasone 0.1 % ear drops,suspension), **See Instructions**
**multivitamin** (Super B Complex), **Oral, daily**
**mupirocin topical** (mupirocin 2% topical ointment), **See Instructions, 3 refills**
**mupirocin topical** (mupirocin 2% topical ointment), **1 app, Topical, bid, 1 refills**
**nirmatrelvir-ritonavir** (Paxlovid 150 mg-100 mg (300 mg-100 mg Dose) oral tablet), **See Instructions**
**prednisoLONE ophthalmic** (prednisoLONE acetate 1% ophthalmic suspension), **See Instructions**
**sertraline** (Zoloft), **Oral, daily**
**tamoxifen , Oral**
**ubrogepant** (Ubrelvy 50 mg oral tablet), **See Instructions, 2 refills**

**Allergies**
Dilaudid
Lincocin
Tylenol
adhesive tape
traMADol

**Social History**
Smoking Status
Never smoker

Alcohol
**Use:** Current

Electronic Cigarette/Vaping
**E-Cigarette Use:** Never

Tobacco
**Use:** Never (less than 100 in lifetime)

PAGE 3/3 * RCVD AT 5/28/2024 8:47:27 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:6033340401 * CSID: * ANI:15048357036 * DURATION (mm-ss):00-57

Claim # 120A805 + Attn: Jane Daniel



**ENT Note**

Office Visit Note

**Signature Line**
Electronically Signed on 09/19/2023 03:47 PM

---

Hickham MD, Michael

PAGE 1/3 * RCVD AT 5/28/2024 8:45:04 PM [Eastern Daylight Time] * SVR:VA1PWFAX4014/4 * DNIS:6033340401 * CSID: * ANI:15048357036 * DURATION (mm-ss):01-12

Claimant Romagosa + Attn. Jane Darnell

LCMC Health

East Jefferson General Hospital
4200 Houma Blvd
Metairie LA 70006-2970

Romagosa, Lucia
MRN: 1003076293, DOB:
Adm: 7/12/2023, D/C: 7/12/2023

Sex: F

## 07/12/2023 - MRI Brain w wo Contrast in East Jefferson General Hospital

### Visit Information

#### Provider Information

| Referring Provider |
|---|
| Enrique Segura, MD |

#### Department

| Name | Address | Phone |
|---|---|---|
| East Jefferson General Hospital | 4200 Houma Blvd<br>Metairie LA 70006 | 504-503-4000 |

### Imaging

#### Imaging

**MRI Brain w wo Contrast (Final result)**

Electronically signed by: **Enrique Segura, MD on 06/21/23 1213**

Status: **Completed**

This order may be acted on in another encounter.

Ordering user: Enrique Segura, MD 06/21/23 1213
Authorized by: Enrique Segura, MD
Frequency: Routine PRN 07/12/23 1450 - 1 occurrence
Quantity: 1
Indications of use: Headache, new onset (Age >= 51y)

Ordering provider: Enrique Segura, MD
Ordering mode: Standard
Class: Ancillary Performed
Lab status: Final result
Instance released by: Peggy Boudreaux 7/12/2023 2:50 PM

Diagnoses
Nonintractable headache, unspecified chronicity pattern, unspecified headache type [R51.9]
Encephalitis [G04.90]

**Questionnaire**

| Question | Answer |
|---|---|
| Does the patient have any of the following implanted devices: | None |
| Is the patient on dialysis? | No |
| Is the patient claustrophobic? | No |
| What is the patient's sedation requirement? | No Sedation |
| Is the patient over 550 lbs? | No |
| Does the patient have a cochlear implant? | No |
| Patient or physician site preference? | EJGH |

**Screening Form**

**General Information**

Patient Name: Romagosa, Lucia
Date of Birth:
Legal Sex: Female

MRN: 1003076293
Home Phone:
Work Phone: 504-896-9803
Mobile:
Mobile:
Mobile:

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| LCMC MRI BRAIN W WO CONTRAST | Enrique Segura, MD<br>504-885-7337 | Enrique Segura, MD<br>504-885-7337 | 7/12/2023 3:00 PM<br>EJGH MRI 1.5T<br>EJGH MRI |

**Screening Form Questions**

No questions have been answered for this form.

Patient Signature ______ Date ______ Technologist Signature ______ Date ______

**End Exam Questions**



No. 0568 P. 1 May. 28. 2024 7:27PM

PAGE 2/3 * RCVD AT 5/28/2024 8:45:04 PM [Eastern Daylight Time] * SVR:VA1PWFAX4014 * DNIS:6033340401 * CSID: * ANI:15048357036 * DURATION (mm-ss):01-12



**Imaging (continued)**

| | Answer | Comment |
|---|---|---|
| Reason for adjusted reading priority? | | |
| Is this a reportable exam? | Yes | |

**MRI Brain w wo Contrast** — Resulted: 07/14/23 1634, Result status: Final result

Ordering provider: Enrique Segura, MD 07/12/23 1450
Resulted by: Emm Louise Linsdey, MD
Performed: 07/12/23 1500 - 07/12/23 1557
Order status: Completed
Filed by: Edi, Rad Results In 07/14/23 1636
Accession number: 07MR23642100
Narrative:
CLINICAL INDICATION: Headache

TECHNIQUE: Multi-planar, multi-sequential MR imaging of the brain was performed prior to and after the administration of 13 mL of intravenous contrast.

COMPARISON: Prior MRI brain from 10/1/2021

FINDINGS:
Study is limited by artifact related to orthodontic hardware. The most significant artifact is present on FLAIR sequence images, where there is inhomogeneous subcutaneous fat saturation anteriorly as well as apparent cortical and sulcal FLAIR hyperintense signal, which is felt to be artifactual given location and lack of abnormal signal on additional sequences. Nondiagnostic diffusion-weighted and susceptibility weighted imaging is also noted.

Within these limitations, there is no acute infarct, intracranial hemorrhage, or mass. No abnormal enhancement is identified. Cerebral and cerebellar volume appears within normal limits. No hydrocephalus. Expected appearance of the visualized vascular flow voids.

The paranasal sinuses are clear. Trace fluid signal at the right mastoid air cells. Stable likely benign T1 hyperintense right frontal calvarial lesions.

Impression:
Limited study secondary to signal dropout and artifact from orthodontic hardware.
Within these limitations, stable appearance of the brain from previous.

Electronically Signed By: Emma Lindsey, MD 7/14/2023 4:34 PM CDT
Acknowledged by
Enrique Segura, MD on 07/17/23 0947
Angela Cadenas, MA on 07/18/23 0833

**Indications**

Nonintractable headache, unspecified chronicity pattern, unspecified headache type [R51.9 (ICD-10-CM)]
Encephalitis [G04.90 (ICD-10-CM)]

**Signed**

Electronically signed by Emm Louise Linsdey, MD on 7/14/23 at 1634 CDT

**Result Notes**

**Angela Cadenas, MA**
7/17/2023 4:09 PM CDT
I spoke to Mrs. Romagosa to inform:
Brain MRI is unchanged from prior ones. No concerning findings.

**Enrique Segura, MD**
7/17/2023 9:47 AM CDT
Please let Ms. Romagosa know that her brain MRI is unchanged from prior ones. No concerning findings.

**All Reviewers List**

Enrique Segura, MD on 7/20/2023 10:59



No. 0568 P. 2
May. 28. 2024 7:28PM

PAGE 3/3 * RCVD AT 5/28/2024 8:45:04 PM [Eastern Daylight Time] * SVR:VA1PWFAX4014 * DNIS:6033340401 * CSID: * ANI:15048357036 * DURATION (mm-ss):01-12

Attn. Jane Daniell



**Imaging (continued)**

Angela Cadenas, MA on 7/18/2023 08:33
Enrique Segura, MD on 7/17/2023 09:47

**Result Notes**

Notes recorded by Angela C on 7/17/2023 at 4:09 PM CDT
I spoke to Mrs. Romagosa to inform:
Brain MRI is unchanged from prior ones. No concerning findings.
------

Notes recorded by E Segura, MD on 7/17/2023 at 9:47 AM CDT
Please let Ms. Romagosa know that her brain MRI is unchanged from prior ones. No concerning findings.



No. 0568 P. 3
May. 28. 2024 7:28PM

LCMC Health

East Jefferson General Hospital
4200 Houma Blvd
Metairie LA 70006-2970

Romagosa, Lucia
MRN: 1003076293, DOB: , Sex: F
Adm: 7/12/2023, D/C: 7/12/2023

## 07/12/2023 - MRI Brain w wo Contrast in East Jefferson General Hospital

### Visit Information

#### Provider Information

**Referring Provider**
Enrique Segura, MD

#### Department

| Name | Address | Phone |
|---|---|---|
| East Jefferson General Hospital | 4200 Houma Blvd<br>Metairie LA 70006 | 504-503-4000 |

### Imaging

#### Imaging

**MRI Brain w wo Contrast (Final result)**

Electronically signed by: **Enrique Segura, MD on 06/21/23 1213** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Enrique Segura, MD 06/21/23 1213
Authorized by: Enrique Segura, MD
Frequency: Routine PRN 07/12/23 1450 - 1 occurrence
Quantity: 1
Indications of use: Headache, new onset (Age >= 51y)
Ordering provider: Enrique Segura, MD
Ordering mode: Standard
Class: Ancillary Performed
Lab status: Final result
Instance released by: Peggy Boudreaux 7/12/2023 2:50 PM
Diagnoses
Nonintractable headache, unspecified chronicity pattern, unspecified headache type [R51.9]
Encephalitis [G04.90]

**Questionnaire**

| Question | Answer |
|---|---|
| Does the patient have any of the following implanted devices: | None |
| Is the patient on dialysis? | No |
| Is the patient claustrophobic? | No |
| What is the patient's sedation requirement? | No Sedation |
| Is the patient over 550 lbs? | No |
| Does the patient have a cochlear implant? | No |
| Patient or physician site preference? | EJGH |

**Screening Form**

**General Information**

Patient Name: Romagosa, Lucia
Date of Birth:
Legal Sex: Female

MRN: 1003076293
Home Phone:
Work Phone: 504-896-9803
Mobile:
Mobile:
Mobile:

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| LCMC MRI BRAIN W WO CONTRAST | Enrique Segura, MD<br>504-885-7337 | Enrique Segura, MD<br>504-885-7337 | 7/12/2023 3:00 PM<br>EJGH MRI 1.5T<br>EJGH MRI |

**Screening Form Questions**

No questions have been answered for this form.

Patient Signature ______ Date ______ Technologist Signature ______ Date ______

**End Exam Questions**

**Imaging (continued)**

| | Answer | Comment |
|---|---|---|
| Reason for adjusted reading priority? | | |
| Is this a reportable exam? | Yes | |

**MRI Brain w wo Contrast** Resulted: 07/14/23 1634, Result status: Final result

Ordering provider: Enrique Segura, MD 07/12/23 1450
Resulted by: Emm Louise Linsdey, MD
Performed: 07/12/23 1500 - 07/12/23 1557
Narrative:
CLINICAL INDICATION: Headache

Order status: Completed
Filed by: Edi, Rad Results In 07/14/23 1636
Accession number: 07MR23642100

TECHNIQUE: Multi-planar, multi-sequential MR imaging of the brain was performed prior to and after the administration of 13 mL of intravenous contrast.

COMPARISON: Prior MRI brain from 10/1/2021

FINDINGS:
Study is limited by artifact related to orthodontic hardware. The most significant artifact is present on FLAIR sequence images, where there is inhomogeneous subcutaneous fat saturation anteriorly as well as apparent cortical and sulcal FLAIR hyperintense signal, which is felt to be artifactual given location and lack of abnormal signal on additional sequences. Nondiagnostic diffusion-weighted and susceptibility weighted imaging is also noted.

Within these limitations, there is no acute infarct, intracranial hemorrhage, or mass. No abnormal enhancement is identified. Cerebral and cerebellar volume appears within normal limits. No hydrocephalus. Expected appearance of the visualized vascular flow voids.

The paranasal sinuses are clear. Trace fluid signal at the right mastoid air cells. Stable likely benign T1 hyperintense right frontal calvarial lesions.

Impression:
Limited study secondary to signal dropout and artifact from orthodontic hardware.
Within these limitations, stable appearance of the brain from previous.

Electronically Signed By: Emma Lindsey, MD 7/14/2023 4:34 PM CDT
Acknowledged by
Enrique Segura, MD on 07/17/23 0947
Angela Cadenas, MA on 07/18/23 0833

**Indications**

Nonintractable headache, unspecified chronicity pattern, unspecified headache type [R51.9 (ICD-10-CM)]
Encephalitis [G04.90 (ICD-10-CM)]

**Signed**

Electronically signed by Emm Louise Linsdey, MD on 7/14/23 at 1634 CDT

**Result Notes**

**Angela Cadenas, MA**
7/17/2023 4:09 PM CDT
I spoke to Mrs. Romagosa to inform:
Brain MRI is unchanged from prior ones. No concerning findings.

**Enrique Segura, MD**
7/17/2023 9:47 AM CDT
Please let Ms. Romagosa know that her brain MRI is unchanged from prior ones. No concerning findings.

**All Reviewers List**

Enrique Segura, MD on 7/20/2023 10:59

**Imaging (continued)**

Angela Cadenas, MA on 7/18/2023 08:33
Enrique Segura, MD on 7/17/2023 09:47

**Result Notes**

Notes recorded by Angela C on 7/17/2023 at 4:09 PM CDT
I spoke to Mrs. Romagosa to inform:
Brain MRI is unchanged from prior ones. No concerning findings.
——

Notes recorded by E Segura, MD on 7/17/2023 at 9:47 AM CDT
Please let Ms. Romagosa know that her brain MRI is unchanged from prior ones. No concerning findings.

LCMC Health

East Jefferson General Hospital
4200 Houma Blvd
Metairie LA 70006-2970

Romagosa, Lucia
MRN: 1003076293, DOB:
Visit date: 6/21/2023
Sex: F

**06/21/2023 - Telemedicine in East Jefferson Neurological Associates**

**Visit Information**

Claim #12028057 Attn: Jane Daniel

**Provider Information**

| **Encounter Provider** | **Authorizing Provider** |
|---|---|
| Enrique Segura, MD | Enrique Segura, MD |

**Department**

| **Name** | **Address** | **Phone** | **Fax** |
|---|---|---|---|
| East Jefferson Neurological Associates | 3800 Houma Blvd<br>Ste 325<br>Metairie LA 70006-3010 | 504-885-7337 | 504-456-5172 |

**Level of Service**

| **Level of Service** |
|---|
| PR OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN |

**Log History**

LOS History

**Progress Notes**

**Progress Notes**

**Enrique Segura, MD at 6/21/2023 1200**

**East Jefferson General Hospital**
LCMC Health
EJ Neurological Associates

**Chief Complaint:**

**Chief Complaint**

Patient presents with

- Migraine

**History of Present Illness:**

63 y.o. female with medical history significant for encephalitis, headaches, anxiety, hypothyroidism, and breast cancer s/p bilateral mastectomy (2012) who presents to the clinic today as a follow up. At the time of her last visit, she continued on Qulipta 60mg daily and Amitriptyline 75mg nightly. Was awaiting results of brain MRI. If headaches continued unchanged and brain MRI was unremarkable we were to consider referral to headache specialist.

Today she reports she is experiencing a bad headache today that prevented her from being able to come in to the office for her visit. She has been having significant trouble scheduling her MRI. She notes that the last few weeks her headaches have been almost unbearable. She continues Qulipta 60mg daily and Amitriptyline 75mg nightly. She also continues Nurtec prn and tends to lay down in a dark room to get rid of her headaches.

**Review of Systems**:

Normal ROS except as noted in HPI.

**Problem List:**

Progress Notes (continued) Claim # 12028057 Attn: June Daniel

**Patient Active Problem List**

Diagnosis

- Malignant neoplasm of overlapping sites of both breasts in female, estrogen receptor positive (CMS/HCC)
- Osteopenia
- Chronic asthma, mild intermittent, uncomplicated
- Generalized anxiety disorder
- Headache disorder
- Iron deficiency
- History of gastric bypass
- Subclinical hypothyroidism

**Past Medical History:**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| asthma | |
| Dependent edema | |
| Encephalitis | |
| Headache | |
| Hypothyroidism | |
| Major depressive disorder, single episode | |
| Malignant neoplasm of female breast (CMS/HCC) | |
| Syncope | |

**Family History:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| PVD | Father | |

**Social History:**

**Social History**

| Tobacco Use | |
|---|---|
| Smoking status: | Never |
| Smokeless tobacco: | Never |
| **Substance Use Topics** | |
| Alcohol use: | Yes |
| Drug use: | Never |

**Medications:**

Current Outpatient Medications:

- albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/actuation inhaler, ProAir HFA 90 mcg/actuation aerosol inhaler Inhale 2 puffs every 4 hours by inhalation route., Disp: , Rfl:
- amitriptyline (ELAVIL) 25 MG tablet, Take 3 tablets nightly by mouth, Disp: 90 tablet, Rfl: 11
- budesonide-formoteroL (SYMBICORT) 160-4.5 mcg/actuation inhaler, Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler Inhale 2 puffs twice a day by inhalation route., Disp: , Rfl:
- cholecalciferol, vitamin D3, 125 mcg (5,000 unit) tablet, Take 5,000 Units by mouth, Disp: , Rfl:
- famotidine (PEPCID) 10 MG tablet, Take 10 mg by mouth, Disp: , Rfl:

Progress Notes (continued)

Claim # 12028057 Attn: Jane Danell

- levocetirizine (XYZAL) 5 MG tablet, Take 5 mg by mouth, Disp: , Rfl:
- naproxen sodium (ALEVE ORAL), Aleve Take last dose @ 0730 No date recorded No form recorded No frequency recorded No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded, Disp: , Rfl:
- NURTEC ODT 75 mg TbDL tablet, TAKE 1 TABLET BY MOUTH ONCE AS NEEDED FOR MIGRAINE HEADACHE. DO NOT EXCEED 1 TABLET IN 24 HRS, Disp: , Rfl:
- ondansetron (ZOFRAN) 8 MG tablet, Take 1 tablet every 8 (eight) hours as needed by mouth for Nausea, Disp: 20 tablet, Rfl: 5
- prednisoLONE acetate (PRED FORTE) 1 % ophthalmic suspension, instill FIVE DROPS IN BOTH EARS THREE TIMES DAILY FOR 7 DAYS, Disp: , Rfl:
- sertraline HCl (ZOLOFT ORAL), Zoloft Take 1 time per day No date recorded No form recorded 1 time per day No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded, Disp: , Rfl:
- tamoxifen (NOLVADEX) 20 MG tablet, Take 1 tablet daily by mouth, Disp: , Rfl:
- chlorhexidine (PERIDEX) 0.12 % solution, SWISH AND EXPECTORATE one TEASPOONFUL THREE TIMES DAILY, Disp: , Rfl:

**Vital Signs:**
There were no vitals filed for this visit.

**Physical Exam:**
Unable to obtain proper physical exam due to the nature of the visit.
This was a telehealth visit performed with live audio and video done with patient's consent.
Length of telehealth visit (minutes): 15

**Labs:**
**Lab Results**

| Component | Value | Date |
|---|---|---|
| NA | 142 | 05/13/2022 |
| K | 5.5 (H) | 05/13/2022 |
| CL | 100 | 05/13/2022 |
| CO2 | 33 (H) | 05/13/2022 |
| BUN | 8.0 | 05/13/2022 |
| BUN | 17 | 05/13/2022 |
| CREATININE | 0.47 (L) | 05/13/2022 |
| GLU | 87 | 05/13/2022 |
| TSH | 6.10 (H) | 05/13/2022 |
| VITAMIND25HY | 29 (L) | 05/13/2022 |
| CRP | <3.0 | 04/04/2023 |

**CBC w/ Diff (04/04/2023)**

| | | |
|---|---|---|
| WBC - Quest | 4.5 - 11.0 Thousand/uL | 4.3 Low |
| RBC - Quest | 4.20 - 5.40 Million/uL | 4.97 |
| HGB - Quest | 12.0 - 16.0 gm/dL | 14.3 |
| HCT - Quest | 37.0 - 47.0 % | 43.8 |
| MCV - Quest | 81.0 - 99.0 fL | 88.1 |
| MCH - Quest | 27.0 - 33.0 pg | 28.8 |
| MCHC - Quest | 32.0 - 36.0 g/dL | 32.7 |
| RDW - Quest | 12.0 - 15.3 % | 14.6 |
| Platelet Count, Automated - Quest | 150 - 350 Thousand/uL | 261 |
| Mean Platelet Volume - Quest | 7.0 - 10.2 fL | 8.4 |

Progress Notes (continued) Claim # 120 280 57 Attn: Jane Darnell

| | | |
|---|---|---|
| Neutrophil % - Quest | 32 - 80 % | 59.8 |
| Lymphocyte % - Quest | 15 - 45 % | 29.4 |
| Monocyte % - Quest | 3 - 13 % | 6.9 |
| Eosinophil % - Quest | 0 - 4 % | 2.6 |
| Basophil % - Quest | 0 - 2 % | 1.3 |
| Abs Neutrophil - Quest | 2.10 - 7.60 Thousand/uL | 2.50 |
| Abs Lymphocyte - Quest | 1.00 - 4.20 Thousand/uL | 1.20 |
| Abs Monocyte - Quest | 0.10 - 0.80 Thousand/uL | 0.30 |
| ABS Eosinophil - Quest | 0.00 - 0.70 Thousand/uL | 0.10 |
| Abs Basophil - Quest | 0.00 - 0.20 Thousand/uL | 0.10 |

**Sed Rate (04/04/2023)**

| | | |
|---|---|---|
| Sedimentation Rate-Quest | 0 - 20 mm/hr | 2 |

**ANA (04/04/2023)**

| | | |
|---|---|---|
| Nuclear Ab-Quest | NEGATIVE | POSITIVE |

**Diagnostic Results:**
No results found.

**Data:**
Previous neurology notes reviewed. CMP, CBC, CRP, ANA, and Sed rate reviewed.

**Assessment/Plan:**
Lucia was seen today for migraine.

Diagnoses and all orders for this visit:

**Chronic migraine w/o aura w/o status migrainosus, not intractable**

**Nonintractable headache, unspecified chronicity pattern, unspecified headache type**
- MRI Brain w wo Contrast; Future

**Encephalitis**
- MRI Brain w wo Contrast; Future

**Assessment/Plan:**
Patient is still experiencing almost daily headaches. She will continue Qulipta 60mg daily and Amitriptyline 75mg nightly for headache prevention. She will also continue Nurtec prn for headache abortion. Order will be resent for MRI Brain with and without contrast for further evaluation of her headache symptoms.

**Scribe Attestation:**
I, Clayton Merwin, scribed the above HPI for Dr. Segura on 6/21/2023
The above HPI was transcribed for me by scribe Clayton Merwin. I personally performed the history, exam, and medical decision making, and confirm that the transcribed note accurately reflects my work.

LCMC Health

East Jefferson General Hospital Romagosa, Lucia
4200 Houma Blvd MRN: 1003076293, DOB: Sex: F
Metairie LA 70006-2970 Visit date: 6/21/2023

**06/21/2023 - Telemedicine in East Jefferson Neurological Associates (continued)**

**Progress Notes (continued)** Claim # 12028057 Atty: Jane Daniell

This was a 15 minute tele visit with both audio and video components. Performed with the patient's consent using Doximity platform. Both the patient and physician were located in Metairie, LA.

Electronically signed by Enrique Segura, MD at 6/21/2023 3:07 PM

## Imaging

### Imaging

#### MRI Brain w wo Contrast (Completed)

Electronically signed by: **Enrique Segura, MD on 06/21/23 1213** Status: **Completed**
Ordering user: Enrique Segura, MD 06/21/23 1213
Authorized by: Enrique Segura, MD
Frequency: Routine 06/21/23 -
Quantity: 1
Ordering provider: Enrique Segura, MD
Ordering mode: Standard
Class: Ancillary Performed
Indications of use: Headache, new onset (Age >= 51y)

Diagnoses
Nonintractable headache, unspecified chronicity pattern, unspecified headache type [R51.9]
Encephalitis [G04.90]

**Questionnaire**

| Question | Answer |
| --- | --- |
| Does the patient have any of the following implanted devices: | None |
| Is the patient on dialysis? | No |
| Is the patient claustrophobic? | No |
| What is the patient's sedation requirement? | No Sedation |
| Is the patient over 550 lbs? | No |
| Does the patient have a cochlear implant? | No |
| Patient or physician site preference? | EJGH |

**Indications**

Nonintractable headache, unspecified chronicity pattern, unspecified headache type [R51.9 (ICD-10-CM)]
Encephalitis [G04.90 (ICD-10-CM)]

Claim # 1002805 + Attn: Jane Darnell



Service Date: 02/14/2024

| | |
|---|---|
| Type: | ENT Note |
| Service Date: | February 14, 2024 12:17 PM CST |
| Status: | Auth (Verified) |
| Title: | Office Visit Note |
| Performed By: | Myer PA-C, Chet on February 14, 2024 12:24 PM CST |
| Electronically Signed By: | Myer PA-C, Chet on February 14, 2024 12:24 PM CST |
| Visit Information: | 204632, ENT Specialists of Metairie, Outpatient, 2/14/2024 - 2/16/2024 |

**ENT Note**

Office Visit Note

# Romagosa, Lucia

**Address:**

**Phone:** 5048332109
**Sex:** Female

**DOB:**

**MRN:** 22471
**FIN:** 204632

**Location:** ENT Specialists of Metairie
**Date of Service:** 02/14/2024
**PCP:** Myer PA-C, Chet

**History of Present Illness**

64-year-old female with a long history of migraine headaches does receive Botox through our office last seen in December 2023 at which time she did receive her Botox as scheduled. She is due for repeat Botox in the next month or so. Presenting today complaining of fever (Tmax of 102 °F) in addition to body aches, chills and left flank pain for the last 48 or so hours. Patient's symptoms have been consistent during this time and fever has not not broken with Aleve. She has not taken any Tylenol as this causes rebound headaches and was told to avoid this by her neurologist. She has been treated for a UTI on 2 separate occasions in the last 2 or 3 weeks with Bactrim and then Macrodantin both of which have not worked according to the patient. She has not followed up with her PCP/gynecologist since symptoms began over the last 2 days. No neck stiffness or meningeal symptoms. No changes in her vision. No other constitutional symptoms

**Physical Exam**

General: Patient shivering in the exam room seemingly in distress
nose: Minimal erythema and edema of the nasal mucosa
neck: No palpable adenopathy or thyromegaly
lungs: Moving air well no wheeze or crackles

Temperature: 102.1 °F
Pulse: High 90s
Respiratory regular rate

Remainder of exam unchanged

**Assessment/Plan**

**Fever (R50.9)**

I have expressed to the patient my concern for acute pyelonephritis and recommended she go to the emergency room immediately. Patient reports unwillingness to go to the emergency room at this time and is requesting blood work to be done including CBC, creatinine, bun, etc. which I have given her the order forms to go to Quest to do such. Rocephin 2 g was injected in the left

**Problem List/Past Medical History**

Ongoing

Asthma in adult
COVID-19 virus infection

**Procedure/Surgical History**

- Intussusception
- Mastectomy
- Cholecystectomy
- Gastric bypass
- Bladder
- Sinus
- Cesarean section

**Medications**

**albuterol** (Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol), **2 puff(s), Inhale, q6 hrs**
**albuterol** (Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol), **See Instructions**
**albuterol** (Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol), **2 puff(s), Inhale, q6 hrs**
**albuterol** (Albuterol (Eqv-Proventil HFA) 90 mcg/inh inhalation aerosol), **2 puff (s), Inhale, q6 hrs**
**ALPRAZolam** (ALPRAZolam 1 mg oral tablet)
**budesonide-formoterol** (Symbicort 160 mcg-4.5 mcg/inh inhalation aerosol), **2 puff(s), NEB, bid, 3 refills**
**celecoxib** (celecoxib 200 mg oral capsule), **1 cap(s), Oral, bid, PRN**

Claim # 1202805+ Attn: Jane Danell



## ENT Note

### Office Visit Note

upper outer quadrant gluteus maximus muscle. Celestone 6 mg and Chlor-Trimeton 0.25 mg was also injected. I will start her on Levaquin 751 tab daily for the next 10 days. Patient understands if her symptoms do not begin to improve over the next several hours or if they worsen, she will go to the emergency room immediately and I did express her need to do this as we are limited as to how we can treat her as an ENT clinic. Nonetheless, she will return for repeat Rocephin injection in clinic tomorrow as likely will need a Rocephin series. Again, emphasized the need for ER visit and all questions were answered to her satisfaction.

Ordered: **96372 therapeutic prophylactic/dx injection subq/im (Charge)**, Quantity: 2, Fever
**96374 ther proph/dx njx iv push single/1st sbst/drug (Charge)**, Quantity: 1, Fever
**99214 office o/p est mod 30-39 min (Charge)**, Quantity: 1, Modifier(s): 25, Fever | Flank pain | Migraine headache without aura
**BUN (Request)**, Fever
**CBC w/ Diff/Plt (Request)** (CBC + Diff (Request)), Fever
**Creatine Level (Request)**, Fever
**J0696 ceftriaxone sodium injection, 250 mg (Charge)**, Quantity: 8, Fever
**J0702 betamethasone acet+sod phosp, 3 mg (Charge)**, Quantity: 2, Fever

**Flank pain (R10.9)**
See above
Ordered: **99214 office o/p est mod 30-39 min (Charge)**, Quantity: 1, Modifier(s): 25, Fever | Flank pain | Migraine headache without aura

**Migraine headache without aura (G43.009)**
The case was reviewed with Dr. Hickham, and we agree to the history, physical examination, and impression/plan in regards to this patient.
Ordered: **99214 office o/p est mod 30-39 min (Charge)**, Quantity: 1, Modifier(s): 25, Fever | Flank pain | Migraine headache without aura

Orders:
**levoFLOXacin** (Levaquin 750 mg oral tablet), **750 mg= 1 tab(s), Oral, q 24 hrs**, (Ordered)

**chlorhexidine topical** (Peridex 0.12% mucous membrane liquid), **0.006 gm= 5 mL, Oral, tid**
**cholecalciferol** (Vitamin D3)
**cyanocobalamin** (Vitamin B12)
**dextromethorphan-promethazine** (Promethazine DM 6.25 mg-15 mg/5 mL oral syrup), **5 mL, Oral, qhs**
**levocetirizine** (levocetirizine 5 mg oral tablet)
**levoFLOXacin** (Levaquin 750 mg oral tablet), **750 mg= 1 tab(s), Oral, q 24 hrs**
**Miscellaneous Prescription** (ciprofloxacin 0.3 %-dexamethasone 0.1 % ear drops,suspension), **See Instructions**
**Miscellaneous Prescription** (ciprofloxacin 0.3 %-dexamethasone 0.1 % ear drops,suspension), **See Instructions**
**multivitamin** (Super B Complex), **Oral, daily**
**mupirocin topical** (mupirocin 2% topical ointment), **See Instructions, 3 refills**
**mupirocin topical** (mupirocin 2% topical ointment), **1 app, Topical, bid, 1 refills**
**nirmatrelvir-ritonavir** (Paxlovid 150 mg-100 mg (300 mg-100 mg Dose) oral tablet), **See Instructions**
**nirmatrelvir-ritonavir** (Paxlovid 150 mg-100 mg (300 mg-100 mg Dose) oral tablet), **See Instructions**
**prednisoLONE ophthalmic** (prednisoLONE acetate 1% ophthalmic suspension), **See Instructions**
**sertraline** (Zoloft), **Oral, daily**
**tamoxifen , Oral**
**ubrogepant** (Ubrelvy 50 mg oral tablet), **See Instructions, 2 refills**

**Allergies**
Dilaudid
Lincocin
Tylenol
adhesive tape
traMADol

**Social History**
Smoking Status
Never smoker

Alcohol

Claim # 120α-803 + Attn. Jane Danell



Service Date: 02/14/2024

**ENT Note**

Office Visit Note

**Use:** Current

Electronic Cigarette/Vaping
**E-Cigarette Use:** Never

Tobacco
**Use:** Never (less than 100 in lifetime)

**Lab Results**
No Results Qualified

**Signature Line**
Electronically Signed on 02/14/2024 12:24 PM

Myer PA-C, Chet

Claim # 1202802 T Attn. Jane Daniell

LCMC Health

East Jefferson General Hospital
4200 Houma Blvd
Metairie LA 70006-2970

Romagosa, Lucia
MRN: 1003076293, DOB:
Visit date: 1/11/2024

Sex: F

## 01/11/2024 - Follow-Up in East Jefferson Neurological Associates

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Enrique Segura, MD | Enrique Segura, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| East Jefferson Neurological Associates | 3800 Houma Blvd<br>Ste 325<br>Metairie LA 70006-3010 | 504-885-7337 | 504-456-5172 |

#### Level of Service

| Level of Service |
|---|
| PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30 MIN |

### Progress Notes

#### Progress Notes

**Enrique Segura, MD at 1/11/2024 1340**

East Jefferson General Hospital
LCMC Health
EJ Neurological Associates

**Chief Complaint:**
**Chief Complaint**
Patient presents with
- Follow-up
  *Nonintractable headache, unspecified chronicity pattern, unspecified headache type*

**History of Present Illness:**
64 y.o. female with a medical history significant for encephalitis, headaches, anxiety, hypothyroidism, and breast cancer s/p bilateral mastectomy (2012) presents to the clinic today as a follow up. Continues to report frequent headaches. Qulipta and amitriptyline has been the best combination for her so far. Continues on Nurtec as needed. Has been unable to return to work due to her debilitating headaches. Continues to receive Botox from ENT.

**Review of Systems:**
Normal ROS except as noted in HPI.

**Problem List:**
**Patient Active Problem List**
Diagnosis
- Malignant neoplasm of overlapping sites of both breasts in female, estrogen receptor positive (CMS/HCC)
- Osteopenia
- Chronic asthma, mild intermittent, uncomplicated

Claim# 1202803 + Attn. Jane Daniell



**Progress Notes (continued)**

- Generalized anxiety disorder
- Headache disorder
- Iron deficiency
- History of gastric bypass
- Subclinical hypothyroidism

**Past Medical History:**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • asthma | |
| • Bruises easily | |
| • Dependent edema | |
| • Encephalitis | |
| • Headache | |
| • Heartburn | |
| • History of breast cancer | |
| • Hypothyroidism | |
| • Immune deficiency disorder (CMS/HCC) | |
| • Incontinence | |
| • Major depressive disorder, single episode | |
| • Malignant neoplasm of female breast (CMS/HCC) | |
| • Syncope | |

**Family History:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • PVD | Father | |

**Social History:**

**Social History**

| | |
|---|---|
| Tobacco Use | |
| • Smoking status: | Never |
| • Smokeless tobacco: | Never |
| Substance Use Topics | |
| • Alcohol use: | Yes |
| • Drug use: | Never |

**Medications:**

Current Outpatient Medications:
- albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/actuation inhaler, ProAir HFA 90 mcg/actuation aerosol inhaler Inhale 2 puffs every 4 hours by inhalation route., Disp: , Rfl:
- ALPRAZolam (XANAX) 1 MG tablet, Take 1 tablet by mouth nightly as needed for Sleep, Disp: , Rfl:
- amitriptyline (ELAVIL) 25 MG tablet, Take 1 tablet by mouth nightly 3 tablet by mouth at night., Disp: , Rfl:
- atogepant (QULIPTA) 60 mg Tab, Take 1 tablet by mouth, Disp: , Rfl:
- budesonide-formoteroL (SYMBICORT) 160-4.5 mcg/actuation inhaler, Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler Inhale 2 puffs twice a day by inhalation route., Disp: , Rfl:
- cholecalciferol, vitamin D3, 125 mcg (5,000 unit) tablet, Take 1 tablet by mouth, Disp: , Rfl:

PAGE 3/4 * RCVD AT 5/28/2024 8:55:00 PM [Eastern Daylight Time] * SVR:VA1PWFAX4014/4 * DNIS:6033340401 * CSID: * ANI:[illegible] * DURATION (mm-ss):01-31

Claim# [illegible] Attn: [illegible]

LCMC Health

East Jefferson General Hospital
4200 Houma Blvd
Metairie LA 70006-2970

Romagosa, Lucia
MRN: 1003076293, DOB:
Visit date: 1/11/2024
Sex: F

**01/11/2024 - Follow-Up in East Jefferson Neurological Associates (continued)**

**Progress Notes (continued)**

- famotidine (PEPCID) 10 MG tablet, Take 1 tablet by mouth, Disp: , Rfl:
- Lactobacillus rhamnosus GG (CULTURELLE) 10 billion cell capsule, Take 1 capsule by mouth daily, Disp: , Rfl:
- levocetirizine (XYZAL) 5 MG tablet, Take 1 tablet by mouth, Disp: , Rfl:
- multivitamin tablet, Take 1 tablet by mouth daily, Disp: , Rfl:
- naproxen sodium (ALEVE ORAL), Aleve Take last dose @ 0730 No date recorded No form recorded No frequency recorded No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded, Disp: , Rfl:
- NURTEC ODT 75 mg TbDL tablet, TAKE 1 TABLET BY MOUTH ONCE AS NEEDED FOR MIGRAINE HEADACHE. DO NOT EXCEED 1 TABLET IN 24 HRS, Disp: , Rfl:
- prednisoLONE acetate (PRED FORTE) 1 % ophthalmic suspension, instill FIVE DROPS IN BOTH EARS THREE TIMES DAILY FOR 7 DAYS, Disp: , Rfl:
- sertraline HCl (ZOLOFT ORAL), Zoloft Take 1 time per day No date recorded No form recorded 1 time per day No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded, Disp: , Rfl:
- tamoxifen (NOLVADEX) 20 MG tablet, Take 1 tablet by mouth daily, Disp: , Rfl:
- chlorhexidine (PERIDEX) 0.12 % solution, SWISH AND EXPECTORATE one TEASPOONFUL THREE TIMES DAILY, Disp: , Rfl:
- ondansetron (ZOFRAN) 8 MG tablet, Take 1 tablet by mouth every 8 (eight) hours as needed for Nausea, Disp: 30 tablet, Rfl: 5

**Vital Signs:**
**Vitals:**

| | 01/11/24 1350 |
|---|---|
| BP: | 140/78 |
| Pulse: | 82 |
| Temp: | 97.9 °F (36.6 °C) |

**Physical Exam:**
**GENERAL:** 64 y.o. White female. Normal affect and mood. Well-nourished.
**NEUROLOGICAL EXAM:**
Mental Status: Alert and oriented x4, Normal speech and comprehension
Cranial Nerves: Pupils equal and reactive, EOMI, no facial asymmetry, midline tongue
Motor: No pronator drift, 5/5 strength throughout.
Reflexes: Symmetric with normal plantar responses.
Sensory: denies sensory deficits to light touch
Coordination: No dysmetria on finger to nose
Gait: normal

**Labs:**
**CMP**
**Lab Results**

| Component | Value | Date |
|---|---|---|
| NA | 142 | 05/13/2022 |
| K | 5.5 (H) | 05/13/2022 |
| CL | 100 | 05/13/2022 |
| CO2 | 33 (H) | 05/13/2022 |
| BUN | 8.0 | 05/13/2022 |
| BUN | 17 | 05/13/2022 |
| CREATININE | 0.47 (L) | 05/13/2022 |
| GLU | 87 | 05/13/2022 |
| TSH | 6.10 (H) | 05/13/2022 |



No. 0572 P. 3 May. 28. 2024 7:38PM

**Progress Notes (continued)** Claim #12028057 attn: Jane Darnell

| | | |
|---|---|---|
| VITAMINB12 | 596 | 10/23/2023 |
| VITAMIND25HY | 29 (L) | 05/13/2022 |
| CRP | <3.0 | 04/04/2023 |

**CBC with Differential**
**Lab Results**

| Component | Value | Date |
|---|---|---|
| WBC | 4.3 (L) | 04/04/2023 |
| HGB | 14.3 | 04/04/2023 |
| HEMATOCRIT | 43.8 | 04/04/2023 |
| MCV | 88.1 | 04/04/2023 |
| MCH | 28.8 | 04/04/2023 |
| MCHC | 32.7 | 04/04/2023 |
| RDW | 14.6 | 04/04/2023 |
| PLT | 261 | 04/04/2023 |

**Hemoglobin A1C**
**Lab Results**

| Component | Value | Date |
|---|---|---|
| HGBA1C | 4.6 | 05/13/2022 |

**Diagnostic Results:**
No results found.

**Data:**
CMP and CBC reviewed. Hemoglobin A1C also reviewed.

**Assessment/Plan:**
Lucia was seen today for follow-up.

Diagnoses and all orders for this visit:

**Chronic migraine w/o aura w/o status migrainosus, not intractable**
- Ambulatory Referral to Neurology; Future
- ondansetron (ZOFRAN) 8 MG tablet; Take 1 tablet by mouth every 8 (eight) hours as needed for Nausea

**Encephalitis**

**Assessment/Plan:**
Patient continues to have headaches but have been under stable control with current medication. She will continue on Qulipta 60 mg daily. Continue amitriptyline 75 mg nightly. Continue Nurtec as needed. Patient has also been receiving Botox from her ENT. Her Zofran has been refilled. Referral to headache specialist will be sent for 2nd opinion.

Electronically signed by Enrique Segura, MD at 1/11/2024 4:37 PM

PAGE 1/3 * RCVD AT 5/28/2024 9:10:42 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6033340401 * CSID: * ANI:15048357036 * DURATION (mm-ss):00-53

Claim #1202802 + attn. Jane Daniell

Romagosa, Lucia - DOB: - Female - MRN: 22471

Service Date: ~~02/15/2024~~ 3/7/2024

| | |
|---|---|
| Type: | ENT Note |
| Service Date: | ~~February 15, 2024 7:57 AM CST~~ 3/7/24 |
| Status: | Auth (Verified) |
| Title: | Office Visit Note |
| Performed By: | Myer PA-C, Chet on March 07, 2024 8:00 AM CST |
| Electronically Signed By: | Myer PA-C, Chet on March 07, 2024 8:00 AM CST |
| Visit Information: | 204728, ENT Specialists of Metairie, Outpatient, ~~2/15/2024 - 2/17/2024~~ |

**ENT Note**

Office Visit Note

# Romagosa, Lucia

**Address:**

**Phone:**
**Sex:** Female

**DOB:**

**MRN:** 22471
**FIN:** 204728

**Location:** ENT Specialists of Metairie
**Date of Service:** ~~02/15/2024~~ 3/7/202[4]
**PCP:** Hickham MD, Michael

**History of Present Illness**

64-year-old female with a long history of migraine headaches unresponsive to numerous medications in the past including beta-blockers, Fioricet, NSAIDs, triptans, etc. presents today for Botox renewal. She has been receiving Botox therapy for her migraine headaches for many years which has been the only medicine to significantly reduce the frequency and duration of her migraine headaches thus far. Prior to Botox therapy, she was having 6 or more migraine headaches weekly each lasting 8+ hours. No other complaints

**Physical Exam**

General: Patient responding appropriately and in no acute distress
Neuro exam grossly intact, cranial nerve exam grossly intact, Romberg and cerebellar examination within normal limits

Remainder of exam unchanged

**Assessment/Plan**

**Migraine headache (G43.909)**

We will move forward with reauthorization of Botox for her migraine headaches at this time. She will return to clinic for Botox therapy once we have obtained approval. She will otherwise return sooner if she has any further problems or concerns. All questions answered.

The case was reviewed with Dr. Hickham, and we agree to the history, physical examination, and impression/plan in regards to this patient.

**Problem List/Past Medical History**

Ongoing
Asthma in adult
COVID-19 virus infection

**Procedure/Surgical History**

- Intussusception
- Mastectomy
- Cholecystectomy
- Gastric bypass
- Bladder
- Sinus
- Cesarean section

**Medications**

**albuterol** (Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol), **2 puff(s), Inhale, q6 hrs**
**albuterol** (Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol), **See Instructions**
**albuterol** (Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol), **2 puff(s), Inhale, q6 hrs**
**albuterol** (Albuterol (Eqv-Proventil HFA) 90 mcg/inh inhalation aerosol), **2 puff (s), Inhale, q6 hrs**
**ALPRAZolam** (ALPRAZolam 1 mg oral tablet)
**budesonide-formoterol** (Symbicort 160 mcg-4.5 mcg/inh inhalation aerosol), **2 puff(s), NEB, bid, 3 refills**
**celecoxib** (celecoxib 200 mg oral capsule), **1 cap(s), Oral, bid, PRN**

PAGE 2/3 * RCVD AT 5/28/2024 9:10:42 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6033340401 * CSID: * ANI:15048357036 * DURATION (mm-ss):00-53

Claim # 12028057 Attn: Jane Lanell



Service Date: ~~02/15/2024~~ 3/7/2024

**ENT Note**

Office Visit Note

**chlorhexidine topical** (Peridex 0.12% mucous membrane liquid), **0.006 gm= 5 mL, Oral, tid**
**cholecalciferol** (Vitamin D3)
**cyanocobalamin** (Vitamin B12)
**dextromethorphan-promethazine** (Promethazine DM 6.25 mg-15 mg/5 mL oral syrup), **5 mL, Oral, qhs**
**levocetirizine** (levocetirizine 5 mg oral tablet)
**Miscellaneous Prescription** (ciprofloxacin 0.3 %-dexamethasone 0.1 % ear drops,suspension), **See Instructions**
**Miscellaneous Prescription** (ciprofloxacin 0.3 %-dexamethasone 0.1 % ear drops,suspension), **See Instructions**
**multivitamin** (Super B Complex), **Oral, daily**
**mupirocin topical** (mupirocin 2% topical ointment), **See Instructions, 3 refills**
**mupirocin topical** (mupirocin 2% topical ointment), **1 app, Topical, bid, 1 refills**
**nirmatrelvir-ritonavir** (Paxlovid 150 mg-100 mg (300 mg-100 mg Dose) oral tablet), **See Instructions**
**nirmatrelvir-ritonavir** (Paxlovid 150 mg-100 mg (300 mg-100 mg Dose) oral tablet), **See Instructions**
**prednisoLONE ophthalmic** (prednisoLONE acetate 1% ophthalmic suspension), **See Instructions**
**sertraline** (Zoloft), **Oral, daily**
**tamoxifen , Oral**
**ubrogepant** (Ubrelvy 50 mg oral tablet), **See Instructions, 2 refills**

**Allergies**
Dilaudid
Lincocin
Tylenol
adhesive tape
traMADol

**Social History**
Smoking Status
Never smoker

Alcohol
**Use:** Current

Electronic Cigarette/Vaping
**E-Cigarette Use:** Never

PAGE 3/3 * RCVD AT 5/28/2024 9:10:42 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6033340401 * CSID: * ANI:15048357036 * DURATION (mm-ss):00-53

Claim # 1002280-7 ... Jane Daniel

Romagosa, Lucia - DOB: - Female - MRN: 22471

Service Date: ~~02/15/2024~~ 3/7/2024

**ENT Note**

Office Visit Note

Tobacco
**Use:** Never (less than 100 in lifetime)

**Lab Results**
No Results Qualified

**Signature Line**
Electronically Signed on 03/07/2024 08:00 AM

Myer PA-C, Chet

PAGE 1/3 * RCVD AT 5/28/2024 9:08:57 PM [Eastern Daylight Time] * SVR:VA1PWFAX2014/4 * DNIS:6033340401 * CSID: * ANI:15048357036 * DURATION (mm-ss):01-00

Claim # 120280D + attn · Jane Daniell



| | |
|---|---|
| Type: | ENT Note |
| Service Date: | February 15, 2024 2:35 PM CST |
| Status: | Auth (Verified) |
| Title: | Office Visit Note |
| Performed By: | Myer PA-C, Chet on February 15, 2024 2:39 PM CST |
| Electronically Signed By: | Myer PA-C, Chet on February 15, 2024 2:39 PM CST |
| Visit Information: | 204728, ENT Specialists of Metairie, Outpatient, 2/15/2024 - 2/17/2024 |

## ENT Note

Office Visit Note

# Romagosa, Lucia

**Address:**

**Phone:** 5048332109
**Sex:** Female

**DOB:**

**MRN:** 22471
**FIN:** 204728

**Location:** ENT Specialists of Metairie
**Date of Service:** 02/15/2024
**PCP:** Myer PA-C, Chet

**History of Present Illness**

64-year-old female with a long history of migraine headaches seen in clinic yesterday complaining of worsening body aches with chills as well as ongoing fever for 48 hours. There were concerns for acute pyelonephritis given she had a UTI for the last 2 weeks she was given 2 g of Rocephin as well as a steroid shot and started on oral Levaquin. She was also instructed to go to the emergency room which she did at East Jefferson. Blood work revealed slightly elevated white count and blood cultures were also taken. She was given IV fluids as well as IV antibiotics today reports feeling much improved overall. She is no longer febrile. She does feel that the appetite is also improving follow-up with her Obgyn in the near future.

**Physical Exam**

General: Patient sitting comfortably in exam room chair and in no acute distress

Temperature: 99.3 °F
Heart rate: Mid 80s
Regular heart rate and rhythm

Remainder of exam unchanged

**Assessment/Plan**

**Migraine headache (G43.909)**

Ordered: **99214 office o/p est mod 30-39 min (Charge)**, Quantity: 1, Modifier(s): 25, Pyelonephritis | Migraine headache

**Pyelonephritis (N12)**

Overall patient is feeling much improved today when compared to an office visit yesterday. She did go to the emergency room as instructed have workup done and IV fluids and antibiotics. Cefepime 2 g was injected in the left upper outer quadrant gluteus maximus muscle and I will have her continue taking oral antibiotics as prescribed. She will return to clinic once more tomorrow for repeat Rocephin injection and reevaluation or sooner if she has any further problems or concerns. All questions answered.

**Problem List/Past Medical History**

Ongoing
Asthma in adult
COVID-19 virus infection

**Procedure/Surgical History**

- Intussusception
- Mastectomy
- Cholecystectomy
- Gastric bypass
- Bladder
- Sinus
- Cesarean section

**Medications**

**albuterol** (Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol), **2 puff(s), Inhale, q6 hrs**
**albuterol** (Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol), **See Instructions**
**albuterol** (Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol), **2 puff(s), Inhale, q6 hrs**
**albuterol** (Albuterol (Eqv-Proventil HFA) 90 mcg/inh inhalation aerosol), **2 puff (s), Inhale, q6 hrs**
**ALPRAZolam** (ALPRAZolam 1 mg oral tablet)
**budesonide-formoterol** (Symbicort 160 mcg-4.5 mcg/inh inhalation aerosol), **2 puff(s), NEB, bid, 3 refills**
**celecoxib** (celecoxib 200 mg oral capsule), **1 cap(s), Oral, bid, PRN**



No. 0575 P. 1

May. 28. 2024 7:51PM

Claim# 12028057 Utta. Yave Daniell



## ENT Note

Office Visit Note

The case was reviewed with Dr. Hickham, and we agree to the history, physical examination, and impression/plan in regards to this patient.

Ordered: **96372 therapeutic prophylactic/dx injection subq/im (Charge)**, Quantity: 1, Pyelonephritis
**99214 office o/p est mod 30-39 min (Charge)**, Quantity: 1, Modifier(s): 25, Pyelonephritis | Migraine headache
**J0696 ceftriaxone sodium injection, 250 mg (Charge)**, Quantity: 8, Pyelonephritis

Orders:
**levoFLOXacin** (Levaquin 750 mg oral tablet)**, 750 mg= 1 tab(s), Oral, q 24 hrs**, (Ordered)
**96372 therapeutic prophylactic/dx injection subq/im (Charge)**, Quantity: 2, Fever
**96374 ther proph/dx njx iv push single/1st sbst/drug (Charge)**, Quantity: 1, Fever
**99214 office o/p est mod 30-39 min (Charge)**, Quantity: 1, Modifier(s): 25, Fever | Flank pain | Migraine headache without aura
**BUN (Request)**, Fever
**CBC w/ Diff/Plt (Request)** (CBC + Diff (Request)), Fever
**Creatine Level (Request)**, Fever
**J0696 ceftriaxone sodium injection, 250 mg (Charge)**, Quantity: 8, Fever
**J0702 betamethasone acet+sod phosp, 3 mg (Charge)**, Quantity: 2, Fever

**chlorhexidine topical** (Peridex 0.12% mucous membrane liquid)**, 0.006 gm= 5 mL, Oral, tid**
**cholecalciferol** (Vitamin D3)
**cyanocobalamin** (Vitamin B12)
**dextromethorphan-promethazine** (Promethazine DM 6.25 mg-15 mg/5 mL oral syrup)**, 5 mL, Oral, qhs**
**levocetirizine** (levocetirizine 5 mg oral tablet)
**levoFLOXacin** (Levaquin 750 mg oral tablet)**, 750 mg= 1 tab(s), Oral, q 24 hrs**
**Miscellaneous Prescription** (ciprofloxacin 0.3 %-dexamethasone 0.1 % ear drops,suspension)**, See Instructions**
**Miscellaneous Prescription** (ciprofloxacin 0.3 %-dexamethasone 0.1 % ear drops,suspension)**, See Instructions**
**multivitamin** (Super B Complex)**, Oral, daily**
**mupirocin topical** (mupirocin 2% topical ointment)**, See Instructions, 3 refills**
**mupirocin topical** (mupirocin 2% topical ointment)**, 1 app, Topical, bid, 1 refills**
**nirmatrelvir-ritonavir** (Paxlovid 150 mg-100 mg (300 mg-100 mg Dose) oral tablet)**, See Instructions**
**nirmatrelvir-ritonavir** (Paxlovid 150 mg-100 mg (300 mg-100 mg Dose) oral tablet)**, See Instructions**
**prednisoLONE ophthalmic** (prednisoLONE acetate 1% ophthalmic suspension)**, See Instructions**
**sertraline** (Zoloft)**, Oral, daily**
**tamoxifen , Oral**
**ubrogepant** (Ubrelvy 50 mg oral tablet)**, See Instructions, 2 refills**

**Allergies**
Dilaudid
Lincocin
Tylenol
adhesive tape
traMADol

**Social History**
Smoking Status
Never smoker

Alcohol

PAGE 3/3 * RCVD AT 5/28/2024 9:08:57 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/4 * DNIS:6033340401 * CSID: * ANI:15048357036 * DURATION (mm-ss):01-00

Claim #12028057 Attn. Jane Daniell



**ENT Note**

Office Visit Note

**Use:** Current

Electronic Cigarette/Vaping
**E-Cigarette Use:** Never

Tobacco
**Use:** Never (less than 100 in lifetime)

**Lab Results**
No Results Qualified

**Signature Line**
Electronically Signed on 02/15/2024 02:39 PM

Myer PA-C, Chet

May. 28. 2024 7:43PM No. 0574 P. 1

LCMC Health

East Jefferson General Hospital
4200 Houma Blvd
Metairie LA 70006-2970

Romagosa, Lucia
MRN: 1003076293, DOB: 
Adm: 2/14/2024, D/C: 2/14/2024
Sex: F

## 02/14/2024 - Electrocardiogram in East Jefferson General Hospital

Claim # 12028057
attn: Jane Daniel

**Visit Information**

**Provider Information**

**Referring Provider**

Callender Riley Creel, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| East Jefferson General Hospital | 4200 Houma Blvd<br>Metairie LA 70006-2970 | 504-503-7000 |

**Cardiovascular Imaging**

**ECG**

**EKG 12 lead unit performed (In process)**

Electronically signed by: **Callender Riley Creel, MD on 02/14/24 1312**

Status: Active

This order may be acted on in another encounter.

Ordering user: Callender Riley Creel, MD 02/14/24 1312
Authorized by: Callender Riley Creel, MD
Ordered during: ED on 02/14/2024
Frequency: STAT Once 02/14/24 1311 - 1 occurrence
Quantity: 1
Indications comment: Rule out Sepsis

Ordering provider: Callender Riley Creel, MD
Ordering mode: Standard
Class: Hospital Performed
Lab status: In process
Instance released by: Callender Riley Creel, MD (auto-released) 2/14/2024 1:12 PM

**EKG 12 lead unit performed** Resulted: 02/14/24 1809, Result status: In process

Ordering provider: Callender Riley Creel, MD 02/14/24 1312
Filed by: Automatic Release User 02/14/24 1809
Accession number: 024558169

Order status: Sent
Performed: 02/14/24 1809 - 02/14/24 1809
Resulting lab: MUSE

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **18 - MUSE** | MUSE | Unknown | Unknown | 02/02/11 1256 - Present |

**Total Sedation Time**

LCMC Health

East Jefferson General Hospital Romagosa, Lucia
4200 Houma Blvd MRN: 1003076293, DOB: Sex: F
Metairie LA 70006-2970 Adm: —, D/C: 2/14/2024

**02/14/2024 - ED in EJGH Emergency Dept**

**Visit Information** Claim # 12028057

**Admission Information** Attn: Jane Danell

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 02/14/2024 1245 | Admit Date/Time: | 02/14/2024 1245 | IP Adm. Date/Time: | |
| Admission Type: | Emergency | Point of Origin: | | Admit Category: | |
| Means of Arrival: | Car | Primary Service: | Emergency Medicine | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | LCMC SERVICE AREA | Unit: | EJGH Emergency Dept |
| Admit Provider: | | Attending Provider: | Callender Riley Creel, MD | Referring Provider: | |

**ED Disposition**

| ED Disposition | Condition | User | Date/Time | Comment |
|---|---|---|---|---|
| **Discharge** | Stable | Callender Riley Creel, MD | Wed Feb 14, 2024 5:44 PM | Condition at discharge: Stable |

**Discharge Information**

| | | |
|---|---|---|
| Date/Time: 02/14/2024 1748 | Disposition: Home Or Self Care | Destination: — |
| Provider: — | Unit: EJGH Emergency Dept | |

**ED Provider Note**

**ED Provider Notes by Callender Riley Creel, MD at 2/14/2024 1748**

**EJGH Emergency Medicine**

Dehydration due to N/V caused by migraine headaches

*Chief Complaint*
Fever

(Caused Kidney Infection)

**HPI:**
Lucia Romagosa is a 64 y.o. female with PMHx of GERD, hypothyroidism who presents with fever and right-sided flank pain concerning for pyelonephritis. Reports that she was started on Omnicef by her primary care doctor without significant relief of symptoms.

She states that her primary care doctor following her and is giving her Rocephin Levaquin.

History obtained from Patient

*Outside Records Summary:*
Neurology visit dated 01/11/2024 for chronic migraine

**Past Medical History:**

Diagnosis Date

- asthma
- Bruises easily
- ~~Dependent edema~~
- Encephalitis
- Headache
- Heartburn
- History of breast cancer
- ~~Hypothyroidism~~
- ~~Immune deficiency disorder (CMS/HCC)~~
- ~~Incontinence~~

Claim # 12028057

attn. Jane Danell

- Major depressive disorder, single episode
- Malignant neoplasm of female breast (CMS/HCC)
- Syncope

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ABDOMINAL EXPLORATION SURGERY | | |
| • BLADDER LIFT | | |
| • BREAST SURGERY | | |
| • CEREBRAL ANGIOGRAM | | |
| • CESAREAN SECTION | | |
| • COLONOSCOPY | | 2008 |
| • FACIAL COSMETIC SURGERY | | |
| • GASTRIC BYPASS | | |
| • SINUS SURGERY | | |
| • UTERINE ABLATION | | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • PVD | Father | |

**Social History**

| | |
|---|---|
| Tobacco Use | |
| • Smoking status: | Never |
| • Smokeless tobacco: | Never |
| Substance Use Topics | |
| • Alcohol use: | Yes |
| • Drug use: | Never |

Review of Systems
Constitutional: Positive for fever. Negative for chills.
HENT: Negative for congestion and hearing loss.
Eyes: Negative for blurred vision and pain.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and palpitations.
Gastrointestinal: Negative for nausea and vomiting.
Genitourinary: Positive for flank pain. Negative for dysuria and frequency.
Neurological: Negative for dizziness and headaches.

**Vitals:**

| | 02/14/24 1252 |
|---|---|
| BP: | 121/75 |
| Pulse: | **(!) 114** |
| Resp: | 21 |
| Temp: | **(!) 101.2 °F (38.4 °C)** |

Claim# 12028057
attn · Jane Darnell

**Physical Exam**

Constitutional:
Appearance: She is well-developed. She is not ill-appearing.

HENT:
Head: Normocephalic and atraumatic.

Eyes:
General:
Right eye: No discharge.
Left eye: No discharge.
Conjunctiva/sclera: Conjunctivae normal.

Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.

Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: No wheezing.

Abdominal:
General: There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness. There is right CVA tenderness. There is no left CVA tenderness.

Musculoskeletal:
General: No deformity. Normal range of motion.
Cervical back: Normal range of motion and neck supple.

Skin:
General: Skin is warm and dry.

Neurological:
Mental Status: She is alert. Mental status is at baseline.
Cranial Nerves: No cranial nerve deficit.

Procedures

**MDM:**

Lucia Romagosa is a 64 y.o. female with PMHx as above who presents with flank pain and fever

Physical exam notable for right-sided CVA tenderness to palpation

DDx includes pyelonephritis, AKI, electrolyte derangement

Labs/imaging reviewed, notable for findings consistent with UTI, given fever and right CVA, presumed pyelonephritis. Patient was instructed to follow-up with her primary care doctor as scheduled for continued Rocephin and Levaquin. Strict return precautions given, stable for discharge home.

Callender R. Creel, MD
Emergency Medicine
9:56 AM
2/21/24

**ED Course** as of 02/21/24 1331
**Wed Feb 21, 2024**
1020 Rocephin x3d + levaquin per PCP [CC]
1331 **XR Chest 1 VW**

Imaging reviewed and independently interpreted as no pneumonia pneumothorax [CC]

Claim #12028057
attn Jane Daniell

**ED Course User Index**
[CC] Callender Riley Creel, MD

**Clinical Impressions** as of 02/21/24 1331
Pyelonephritis

**Attending Provider**

| Provider | Specialty | From | To |
|---|---|---|---|
| Callender Riley Creel, MD | Emergency Medicine | 02/14/24 1744 | — |

**Medications:**

Medications
**lactated Ringers infusion 1,443 mL (0 mLs Intravenous Stopped 2/14/24 1425)**
**piperacillin-tazobactam (ZOSYN) 4.5 g in dextrose 5 % 100 mL IVPB (0 g Intravenous Stopped 2/14/24 1533)**
**vancomycin (VANCOCIN) 1,250 mg in sodium chloride 0.9% 250 mL IVPB (0 mg Intravenous Stopped 2/14/24 1714)**

**Discharge Medication List as of 2/14/2024 5:45 PM**

**Discharge Medication List as of 2/14/2024 5:45 PM**

**Discharge Medication List as of 2/14/2024 5:45 PM**

**MDM MATRIX SUMMARY**

**Number and Complexity of Problems Addressed**

***Moderate***
☐ 1 or more chronic illnesses with exacerbation, progression or side effects of treatment
☐ 2 or more stable chronic illnesses
☐ 1 undiagnosed new problem with uncertain prognosis

Claim # 12028057
Attn · Jane Daniel

ED Provider Note (continued)

☐ 1 acute illness with systemic symptoms
☐ 1 acute complicated injury

*High*
☐ 1 or more chronic illnesses with severe exacerbation, progression, or side effects of treatment
☒ 1 acute or chronic illness or injury that poses a threat to life or bodily function

**Amount and/or Complexity of Data to be Reviewed and Analyzed**

***Moderate (must meet the requirements of at least 1 out of 3 categories)***
***Extensive (must meet the requirements of at least 2 out of 3 categories)***

Category 1: Tests, documents or independent historian(s)
Any combination of 3 from the following:
☐ ☐ ☒ Review of prior external note(s) from each unique source
☐ ☐ ☒ Review of the result(s) of each unique test
☐ ☐ ☒ Ordering of each unique test
☐ ☐ ☐ Assessment requiring an independent historian(s)

Category 2: Independent interpretation of tests
☒ Independent interpretation of a test that is typically billed by another physician/other qualified health care professional (ie EKG, plain Xray, CT, MRI, ultrasound)

Category 3: Discussion of management or test interpretation
☐ Discussion of management or test interpretation with external physician/other qualified health care professional/appropriate source

**Risk of Complications and/or Morbidity or Mortality of Patient Management**

***Moderate risk of morbidity from additional diagnostic testing or treatment***
☐ Prescription drug management
☐ Decision regarding minor surgery with identified patient or procedure risk factors
☐ Diagnosis or treatment significantly limited by social determinants of health

***High risk of morbidity from additional diagnostic testing or treatment***
☐ Drug therapy requiring intensive monitoring for toxicity
☐ Decision regarding emergent major surgery
☐ Decision regarding hospitalization or escalation of hospital-level of care
☐ Decision not to resuscitate or to de-escalate care because of poor prognosis
☐ Parenteral controlled substances

Callender Riley Creel, MD
02/21/24 1331

Electronically signed by Callender Riley Creel, MD at 2/21/2024 1:31 PM

**ED Notes**

ED Triage Notes by Douglas Harding, RN at 2/14/2024 1249

Claim # 12028057.
Attn: Jane Daniell

ED Notes (continued)

Pt was sent by Dr. Hickam for evaluation of fever and possible pylenephritis. Pt states that she has been having high fevers at home and recently diagnosed with UTI's. Pt has been taking omnicef without any relief. Pt states she now has flank pain to the left side.

Electronically signed by Douglas Harding, RN at 2/14/2024 12:52 PM

**ED Notes by Douglas Harding, RN at 2/14/2024 1328**

Patient requesting that IVF be completed prior to starting antibiotics. LR started and patient wheeled to lobby.

Electronically signed by Douglas Harding, RN at 2/14/2024 1:44 PM

## Labs

**CBC with Differential - Please order CBC unless diff clinically indicated (Final result)**

Electronically signed by: **Callender Riley Creel, MD on 02/14/24 1312**
Status: **Completed**

Ordering user: Callender Riley Creel, MD 02/14/24 1312
Ordering provider: Callender Riley Creel, MD
Authorized by: Callender Riley Creel, MD
Ordering mode: Standard
Frequency: STAT Once 02/14/24 1311 - 1 occurrence
Class: Unit Collect
Quantity: 1
Lab status: Final result
Instance released by: Callender Riley Creel, MD (auto-released) 2/14/2024 1:12 PM
Scheduling instructions
When auto diff is abnormal, we will reflex to order Manual Differential

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24EJ-045HE00366 | Blood | Blood | 02/14/24 1321 |

**CBC with Differential - Please order CBC unless diff clinically indicated**

**CBC with Differential (Abnormal)**
Resulted: 02/14/24 1343, Result status: Final result

Ordering provider: Callender Riley Creel, MD 02/14/24 1316
Order status: Completed
Filed by: Jean Derenbecker 02/14/24 1343
Collected by: Douglas Harding, RN 02/14/24 1321
Resulting lab: EAST JEFFERSON GENERAL HOSPITAL MAIN LAB
CLIA number: 19D2193017
Narrative:
This is an appended report. These results have been appended to a previously verified report.

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 12.2 | 4.5 - 11.0 10^3/uL | H ^ | 1230610035 |
| RBC | 4.45 | 4.00 - 5.20 10^6/uL | — | 1230610035 |
| Hemoglobin | 12.9 | 12.0 - 16.0 gm/dL | — | 1230610035 |
| Hematocrit | 39.7 | 35.0 - 46.0 % | — | 1230610035 |
| MCV | 89.3 | 80.0 - 100.0 fL | — | 1230610035 |
| MCH | 28.9 | 26.0 - 34.0 pg | — | 1230610035 |
| MCHC | 32.4 | 31.0 - <37.0 g/dL | — | 1230610035 |
| RDW | 14.4 | 11.5 - 14.5 % | — | 1230610035 |
| Platelet Count | 193 | 130 - 400 10^3/uL | — | 1230610035 |

Labs (continued) Claim #12028057 Attn. Jane Daniell

| | | | | |
|---|---|---|---|---|
| MPV | 7.5 | 7.4 - 10.4 fL | — | 1230610035 |
| Neutrophils Absolute - Instrument | 11.00 | 1.80 - 8.00 10^3/uL | H ^ | 1230610035 |
| Lymphocytes Absolute - Instrument | 0.20 | 1.10 - 5.00 10^3/uL | L ˅ | 1230610035 |
| Monocytes Absolute - Instrument | 1.00 | 0.20 - 1.10 10^3/uL | — | 1230610035 |
| Eosinophils Absolute - Instrument | 0.00 | 0.00 - 0.60 10^3/uL | — | 1230610035 |
| Basophils Absolute - Instrument | 0.00 | 0.00 - 0.20 10^3/uL | — | 1230610035 |
| Neutrophils Percent - Instrument | 90.2 | % | — | 1230610035 |
| Lymphocytes Percent - Instrument | 1.8 | % | — | 1230610035 |
| Monocytes Percent - Instrument | 7.9 | % | — | 1230610035 |
| Eosinophils Percent - Instrument | 0.0 | % | — | 1230610035 |
| Basophils Percent - Instrument | 0.1 | % | — | 1230610035 |
| MDW | 24.5 | <20.0 % | H ^ | 1230610035 |

Comment:
For Adults in the ED, A MDW of >20 suggests bacterial sepsis. Correlation with other clinical indicators is recommended.

**Manual Diff and/or Morph** — Result status: No result

Ordering provider: Callender Riley Creel, MD 02/14/24 1336
Discontinued by: Jean Derenbecker 02/14/24 1343 [Duplicate]
Collected by: Douglas Harding, RN 02/14/24 1321

Order status: Canceled
Filed on: 02/14/24 1343
Resulting lab: EAST JEFFERSON GENERAL HOSPITAL MAIN LAB

CLIA number: 19D2193017

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230610035 - Unknown** | EAST JEFFERSON GENERAL HOSPITAL MAIN LAB | Unknown | 4200 Houma Boulevard Metairie LA 70006 | 04/06/21 1423 - Present |

**Comprehensive Metabolic Panel (Final result)**

Electronically signed by: **Callender Riley Creel, MD on 02/14/24 1312** — Status: **Completed**
Ordering user: Callender Riley Creel, MD 02/14/24 1312
Authorized by: Callender Riley Creel, MD
Frequency: STAT Once 02/14/24 1311 - 1 occurrence
Quantity: 1
Instance released by: Callender Riley Creel, MD (auto-released) 2/14/2024 1:12 PM
Scheduling instructions

Ordering provider: Callender Riley Creel, MD
Ordering mode: Standard
Class: Unit Collect
Lab status: Final result

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24EJ-045CH00524 | Blood | Blood | Douglas Harding, RN 02/14/24 1321 |

**Comprehensive Metabolic Panel (Abnormal)** — Resulted: 02/14/24 1351, Result status: Final result

Ordering provider: Callender Riley Creel, MD 02/14/24 1312
Filed by: Background User Lab 02/14/24 1351
Resulting lab: EAST JEFFERSON GENERAL HOSPITAL MAIN LAB

Order status: Completed
Collected by: Douglas Harding, RN 02/14/24 1321
CLIA number: 19D2193017

LCMC Health

East Jefferson General Hospital Romagosa, Lucia
4200 Houma Blvd MRN: 1003076293, DOB: Sex: F
Metairie LA 70006-2970 Adm: —, D/C: 2/14/2024

**02/14/2024 - ED in EJGH Emergency Dept (continued)**

Labs (continued) Claim # 12028057

Attn. Jane Danell

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 136 | 135 - 146 mmol/L | — | 1230610035 |
| Potassium | 3.4 | 3.6 - 5.2 mmol/L | L ▾ | 1230610035 |
| Chloride | 97 | 96 - 110 mmol/L | — | 1230610035 |
| Carbon Dioxide | 29 | 24 - 32 mmol/L | — | 1230610035 |
| Glucose | 138 | 65 - 99 mg/dL | H ^ | 1230610035 |
| Calcium | 8.6 | 8.4 - 10.3 mg/dL | — | 1230610035 |
| BUN | 10.0 | 7.0 - 25.0 mg/dL | — | 1230610035 |
| Creatinine | 0.53 | 0.50 - 1.10 mg/dL | — | 1230610035 |
| Total Protein | 6.3 | 6.0 - 8.0 g/dL | — | 1230610035 |
| Albumin | 3.7 | 3.4 - 5.0 g/dL | — | 1230610035 |
| AST | 20 | <45 U/L | — | 1230610035 |
| ALT | 14 | <46 U/L | — | 1230610035 |
| Alkaline Phosphatase | 58 | 20 - 120 U/L | — | 1230610035 |
| Bilirubin, Total | 0.5 | <1.3 mg/dL | — | 1230610035 |
| EGFR | 103 | >=90 mL/min/1.73m2 | — | 1230610035 |

Comment:
Calculation based on the Chronic Kidney Disease Epidemiology Collaboration (CKD-EPI) equation refit without adjustment for race.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Anion Gap | 10 | 8 - 16 | — | 1230610035 |

Comment: Calculation does not include K+

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230610035 - Unknown** | EAST JEFFERSON GENERAL HOSPITAL MAIN LAB | Unknown | 4200 Houma Boulevard Metairie LA 70006 | 04/06/21 1423 - Present |

**Lactic Acid (Final result)**

Electronically signed by: **Callender Riley Creel, MD on 02/14/24 1312** Status: **Completed**
Ordering user: Callender Riley Creel, MD 02/14/24 1312
Ordering provider: Callender Riley Creel, MD
Authorized by: Callender Riley Creel, MD
Ordering mode: Standard
Frequency: STAT Now Then Q3H 02/14/24 1311 - 2 occurrences
Class: Unit Collect
Quantity: 1
Lab status: Final result
Instance released by: Callender Riley Creel, MD (auto-released) 2/14/2024 1:12 PM
Scheduling instructions

Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24EJ-045CH00525 | Blood | Blood | Douglas Harding, RN 02/14/24 1321 |

Lactic Acid (Normal) Resulted: 02/14/24 1400, Result status: Final result

Ordering provider: Callender Riley Creel, MD 02/14/24 1312
Order status: Completed
Filed by: Background User Lab 02/14/24 1400
Collected by: Douglas Harding, RN 02/14/24 1321
Resulting lab: EAST JEFFERSON GENERAL HOSPITAL MAIN LAB
CLIA number: 19D2193017

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lactic Acid | 0.8 | 0.3 - 2.0 mmol/L | — | 1230610035 |

Labs (continued) Claim # 12028057

Atty · Jane Daniel

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1230610035 - Unknown | EAST JEFFERSON GENERAL HOSPITAL MAIN LAB | Unknown | 4200 Houma Boulevard Metairie LA 70006 | 04/06/21 1423 - Present |

**Lactic Acid (Discontinued)**

Electronically signed by: **Callender Riley Creel, MD on 02/14/24 1312** Status: **Discontinued**
Ordering user: Callender Riley Creel, MD 02/14/24 1312
Ordering provider: Callender Riley Creel, MD
Authorized by: Callender Riley Creel, MD
Ordering mode: Standard
Frequency: STAT Now Then Q3H 02/14/24 1311 - 2 occurrences
Class: Unit Collect
Quantity: 1
Instance released by: Callender Riley Creel, MD (auto-released) 2/14/2024 1:12 PM

Discontinued by: Andia Jones 02/14/24 2224 [Duplicate]
Scheduling instructions

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24EJ-045CH00528 | Blood | Blood | Douglas Harding, RN 02/14/24 1321 |

**Culture, Blood (Final result)**

Electronically signed by: **Callender Riley Creel, MD on 02/14/24 1312** Status: **Completed**
Ordering user: Callender Riley Creel, MD 02/14/24 1312
Ordering provider: Callender Riley Creel, MD
Authorized by: Callender Riley Creel, MD
Ordering mode: Standard
Frequency: STAT Once 02/14/24 1311 - 1 occurrence
Class: Unit Collect
Quantity: 1
Lab status: Final result
Instance released by: Callender Riley Creel, MD (auto-released) 2/14/2024 1:12 PM

**Questionnaire**

| Question | Answer |
|---|---|
| Place an order for each collection | Acknowledged |

Scheduling instructions

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24EJ-045MB00062 | Blood | Blood | Douglas Harding, RN 02/14/24 1321 |

**Culture, Blood** Resulted: 02/19/24 1501, Result status: Final result

Ordering provider: Callender Riley Creel, MD 02/14/24 1312
Order status: Completed
Filed by: Background User Lab 02/19/24 1501
Collected by: Douglas Harding, RN 02/14/24 1321
Resulting lab: EAST JEFFERSON GENERAL HOSPITAL MAIN LAB
CLIA number: 19D2193017

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Culture, Blood | No growth at 5 days | — | — | 1230610035 |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

Labs (continued)

Claim # 12028057

| | | | | |
|---|---|---|---|---|
| **1230610035 - Unknown** | EAST JEFFERSON GENERAL HOSPITAL MAIN LAB | Unknown | 4200 Houma Boulevard Metairie LA 70006 | 04/06/21 1423 - Present |

attn - Jane Daniell

**Culture, Blood (Final result)**

Electronically signed by: **Callender Riley Creel, MD on 02/14/24 1312** Status: **Completed**

Ordering user: Callender Riley Creel, MD 02/14/24 1312
Ordering provider: Callender Riley Creel, MD
Authorized by: Callender Riley Creel, MD
Ordering mode: Standard
Frequency: STAT Once 02/14/24 1311 - 1 occurrence
Class: Unit Collect
Quantity: 1
Lab status: Final result
Instance released by: Callender Riley Creel, MD (auto-released) 2/14/2024 1:12 PM

**Questionnaire**

| Question | Answer |
|---|---|
| Place an order for each collection | Acknowledged |

Scheduling instructions

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24EJ-045MB00061 | Blood | Blood | Douglas Harding, RN 02/14/24 1321 |

**Culture, Blood** Resulted: 02/19/24 1501, Result status: Final result

Ordering provider: Callender Riley Creel, MD 02/14/24 1312
Order status: Completed
Filed by: Background User Lab 02/19/24 1501
Collected by: Douglas Harding, RN 02/14/24 1321
Resulting lab: EAST JEFFERSON GENERAL HOSPITAL MAIN LAB
CLIA number: 19D2193017

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Culture, Blood | No growth at 5 days | — | — | 1230610035 |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230610035 - Unknown** | EAST JEFFERSON GENERAL HOSPITAL MAIN LAB | Unknown | 4200 Houma Boulevard Metairie LA 70006 | 04/06/21 1423 - Present |

**CBC with Differential (Final result)**

Status: **Completed**

Order placed as a reflex to CBC with Differential - Please order CBC unless diff clinically indicated ordered on 02/14/24 at 1312
Ordering user: Callender Riley Creel, MD 02/14/24 1312
Ordering provider: Callender Riley Creel, MD
Authorized by: Callender Riley Creel, MD
Ordering mode: Standard
Frequency: STAT Once 02/14/24 1313 - 1 occurrence
Class: Unit Collect
Quantity: 1
Lab status: Final result
Instance released by: Victoria Ann Waguespack, RN 2/14/2024 1:16 PM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24EJ-045HE00366 | Blood | Blood | Douglas Harding, RN 02/14/24 1321 |

**CBC with Differential (Abnormal)** Resulted: 02/14/24 1343, Result status: Final result

**Labs (continued)**

Ordering provider: Callender Riley Creel, MD 02/14/24 1316
Filed by: Jean Derenbecker 02/14/24 1343
Resulting lab: EAST JEFFERSON GENERAL HOSPITAL MAIN LAB
Narrative:
This is an appended report. These results have been appended to a previously verified report.

Order status: Completed
Collected by: Douglas Harding, RN 02/14/24 1321
CLIA number: 19D2193017

Claim # 12028057
attn: Jane Darrell

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 12.2 | 4.5 - 11.0 10^3/uL | H ^ | 1230610035 |
| RBC | 4.45 | 4.00 - 5.20 10^6/uL | — | 1230610035 |
| Hemoglobin | 12.9 | 12.0 - 16.0 gm/dL | — | 1230610035 |
| Hematocrit | 39.7 | 35.0 - 46.0 % | — | 1230610035 |
| MCV | 89.3 | 80.0 - 100.0 fL | — | 1230610035 |
| MCH | 28.9 | 26.0 - 34.0 pg | — | 1230610035 |
| MCHC | 32.4 | 31.0 - <37.0 g/dL | — | 1230610035 |
| RDW | 14.4 | 11.5 - 14.5 % | — | 1230610035 |
| Platelet Count | 193 | 130 - 400 10^3/uL | — | 1230610035 |
| MPV | 7.5 | 7.4 - 10.4 fL | — | 1230610035 |
| Neutrophils Absolute - Instrument | 11.00 | 1.80 - 8.00 10^3/uL | H ^ | 1230610035 |
| Lymphocytes Absolute - Instrument | 0.20 | 1.10 - 5.00 10^3/uL | L ˅ | 1230610035 |
| Monocytes Absolute - Instrument | 1.00 | 0.20 - 1.10 10^3/uL | — | 1230610035 |
| Eosinophils Absolute - Instrument | 0.00 | 0.00 - 0.60 10^3/uL | — | 1230610035 |
| Basophils Absolute - Instrument | 0.00 | 0.00 - 0.20 10^3/uL | — | 1230610035 |
| Neutrophils Percent - Instrument | 90.2 | % | — | 1230610035 |
| Lymphocytes Percent - Instrument | 1.8 | % | — | 1230610035 |
| Monocytes Percent - Instrument | 7.9 | % | — | 1230610035 |
| Eosinophils Percent - Instrument | 0.0 | % | — | 1230610035 |
| Basophils Percent - Instrument | 0.1 | % | — | 1230610035 |
| MDW | 24.5 | <20.0 % | H ^ | 1230610035 |

Comment:
For Adults in the ED, A MDW of >20 suggests bacterial sepsis. Correlation with other clinical indicators is recommended.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230610035 - Unknown** | EAST JEFFERSON GENERAL HOSPITAL MAIN LAB | Unknown | 4200 Houma Boulevard Metairie LA 70006 | 04/06/21 1423 - Present |

**Manual Diff and/or Morph (Discontinued)**

Status: **Discontinued**

Order placed as a reflex to CBC with Differential - Please order CBC unless diff clinically indicated ordered on 02/14/24 at 1312
Ordering user: Callender Riley Creel, MD 02/14/24 1312
Authorized by: Callender Riley Creel, MD
Frequency: ASAP Once 02/14/24 1337 - 1 occurrence
Quantity: 1

Ordering provider: Callender Riley Creel, MD
Ordering mode: Standard
Class: Unit Collect
Instance released by: Edi, Lab Inst Results (auto-released) 2/14/2024 1:36 PM

Discontinued by: Jean Derenbecker 02/14/24 1343 [Duplicate]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|

Labs (continued) Claim # 12028057

| | | | |
|---|---|---|---|
| 24EJ-045HE00366 | Blood | Blood | Douglas Harding, RN 02/14/24 1321 |

Attn. Jane Daniell

**Manual Diff and/or Morph** Result status: In process

Ordering provider: Callender Riley Creel, MD 02/14/24 1336
Discontinued by: Jean Derenbecker 02/14/24 1343 [Duplicate]
Collected by: Douglas Harding, RN 02/14/24 1321

CLIA number: 19D2193017

Order status: Canceled
Filed by: Jean Derenbecker 02/14/24 1343
Resulting lab: EAST JEFFERSON GENERAL HOSPITAL MAIN LAB

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1230610035 - Unknown | EAST JEFFERSON GENERAL HOSPITAL MAIN LAB | Unknown | 4200 Houma Boulevard Metairie LA 70006 | 04/06/21 1423 - Present |

**Urinalysis, Microscopic if Indicated, Culture if Indicated (Final result)**

Electronically signed by: **Callender Riley Creel, MD on 02/14/24 1312** Status: **Completed**
Ordering user: Callender Riley Creel, MD 02/14/24 1312
Authorized by: Callender Riley Creel, MD
Frequency: STAT Once 02/14/24 1311 - 1 occurrence
Quantity: 1
Ordering provider: Callender Riley Creel, MD
Ordering mode: Standard
Class: Unit Collect
Lab status: Final result
Instance released by: Callender Riley Creel, MD (auto-released) 2/14/2024 1:12 PM
Scheduling instructions

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24EJ-045UR00037 | Urine | Urine Voided | Douglas Harding, RN 02/14/24 1322 |

**Urinalysis, Microscopic if Indicated, Culture if Indicated (Abnormal)** Resulted: 02/14/24 1400, Result status: Final result

Ordering provider: Callender Riley Creel, MD 02/14/24 1312
Filed by: Nicole K. Young 02/14/24 1400
Resulting lab: EAST JEFFERSON GENERAL HOSPITAL MAIN LAB
Order status: Completed
Collected by: Douglas Harding, RN 02/14/24 1322
CLIA number: 19D2193017

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Color | Dark Yellow | Yellow, DkY | — | 1230610035 |
| Clarity/Appearance | Cloudy | Clear, Sl Cld | A ! | 1230610035 |
| Specific Gravity | 1.015 | 1.010 - 1.025 | — | 1230610035 |
| pH | 5.5 | 5.0 - 8.0 | — | 1230610035 |
| Glucose, UA | Negative | Negative | — | 1230610035 |
| Protein | 1+ | Negative | A ! | 1230610035 |
| Ketones | Negative | Negative | — | 1230610035 |
| Bilirubin, Urine | Negative | Negative | — | 1230610035 |
| Urobilinogen, UA | 0.2 | 0.2-1.0 mg/dL | — | 1230610035 |
| Nitrites | Positive | Negative | A ! | 1230610035 |
| Blood | 2+ | Negative | A ! | 1230610035 |
| Leukocyte Esterase, UA | 1+ | Negative | A ! | 1230610035 |

**Testing Performed By**

LCMC Health

East Jefferson General Hospital Romagosa, Lucia
4200 Houma Blvd MRN: 1003076293, DOB: Sex: F
Metairie LA 70006-2970 Adm: —, D/C: 2/14/2024

**02/14/2024 - ED in EJGH Emergency Dept (continued)**

**Labs (continued)**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230610035 - Unknown** | EAST JEFFERSON GENERAL HOSPITAL MAIN LAB | Unknown | 4200 Houma Boulevard Metairie LA 70006 | 04/06/21 1423 - Present |

Claim # 12028057
Attn. Jane Daniell

**Urine, Microscopic (Final result)**

Status: **Completed**

Order placed as a reflex to Urinalysis, Microscopic if Indicated, Culture if Indicated ordered on 02/14/24 at 1312
Ordering user: Edi, Lab Inst Results 02/14/24 1341
Ordering provider: Callender Riley Creel, MD
Authorized by: Callender Riley Creel, MD
Ordering mode: Standard
Frequency: ASAP Once 02/14/24 1342 - 1 occurrence
Class: Unit Collect
Quantity: 1
Lab status: Final result
Instance released by: Edi, Lab Inst Results (auto-released) 2/14/2024 1:41 PM
Scheduling instructions

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24EJ-045UR00037 | Urine | Urine Voided | Douglas Harding, RN 02/14/24 1322 |

**Urine, Microscopic (Abnormal)**

Resulted: 02/14/24 1400, Result status: Final result

Ordering provider: Callender Riley Creel, MD 02/14/24 1341
Order status: Completed
Filed by: Nicole K. Young 02/14/24 1400
Collected by: Douglas Harding, RN 02/14/24 1322
Resulting lab: EAST JEFFERSON GENERAL HOSPITAL MAIN LAB
CLIA number: 19D2193017

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBCs | 11-20 | 0 - 5 /HPF | A ! | 1230610035 |
| RBCs | 11-20 | 0 - 2 /HPF | A ! | 1230610035 |
| Bacteria | 3+ | Negative /HPF | A ! | 1230610035 |
| Epithelial Cells | 6-10 | 0 - 2 /HPF | A ! | 1230610035 |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230610035 - Unknown** | EAST JEFFERSON GENERAL HOSPITAL MAIN LAB | Unknown | 4200 Houma Boulevard Metairie LA 70006 | 04/06/21 1423 - Present |

**Culture, Urine (Final result)**

Status: **Completed**

Order placed as a reflex to Urinalysis, Microscopic if Indicated, Culture if Indicated ordered on 02/14/24 at 1312
Ordering user: Edi, Lab Inst Results 02/14/24 1344
Ordering provider: Callender Riley Creel, MD
Authorized by: Callender Riley Creel, MD
Ordering mode: Standard
Frequency: ASAP Once 02/14/24 1345 - 1 occurrence
Class: Unit Collect
Quantity: 1
Lab status: Final result
Instance released by: Edi, Lab Inst Results (auto-released) 2/14/2024 1:44 PM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24EJ-045MB00067 | Urine | Urine Voided | Douglas Harding, RN 02/14/24 1322 |

**Culture, Urine (Abnormal)**

Resulted: 02/16/24 1401, Result status: Final result

## Labs (continued)

Ordering provider: Callender Riley Creel, MD 02/14/24 1344
Filed by: Samantha Adams 02/16/24 1401
Resulting lab: EAST JEFFERSON GENERAL HOSPITAL MAIN LAB
Narrative:
- No further identification indicated

Order status: Completed
Collected by: Douglas Harding, RN 02/14/24 1322
CLIA number: 19D2193017

Claim # 12028057
Attn: Jane Daniell

Acknowledged by
Bridget Hathcox, RN on 02/16/24 1524
Callender Riley Creel, MD on 02/17/24 0444

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Culture, Urine | 8,000 CFU/mL Gram Negative Bacillus | — | A ! | 1230610035 |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230610035 - Unknown** | EAST JEFFERSON GENERAL HOSPITAL MAIN LAB | Unknown | 4200 Houma Boulevard Metairie LA 70006 | 04/06/21 1423 - Present |

### All Reviewers List

Callender Riley Creel, MD on 2/17/2024 04:44
Bridget Hathcox, RN on 2/16/2024 15:24

## Imaging

### Imaging

#### XR Chest 1 VW (Final result)

Electronically signed by: **Callender Riley Creel, MD on 02/14/24 1312** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Callender Riley Creel, MD 02/14/24 1312
Authorized by: Callender Riley Creel, MD
Frequency: STAT Once 02/14/24 1311 - 1 occurrence
Quantity: 1
Instance released by: Callender Riley Creel, MD (auto-released) 2/14/2024 1:12 PM

Ordering provider: Callender Riley Creel, MD
Ordering mode: Standard
Class: Hospital Performed
Lab status: Final result

##### Questionnaire

| Question | Answer |
|---|---|
| Reason for Exam: | Rule Out Sepsis |
| Portable? | Yes |

##### End Exam Questions

| | Answer | Comment |
|---|---|---|
| Reason for adjusted reading priority? | | |
| Is this a reportable exam? | Yes | |

##### XR Chest 1 VW

Resulted: 02/14/24 1358, Result status: Final result

Ordering provider: Callender Riley Creel, MD 02/14/24 1312
Resulted by: Emma Louise Lindsey, MD
Performed: 02/14/24 1345 - 02/14/24 1347

Order status: Completed
Filed by: Edi, Rad Results In 02/14/24 1401
Accession number: 07XR24558272

Claim # 12028057
Attn. Jane Darnell

**Imaging (continued)**

Resulting lab: EJGH ISITE
Narrative:
REASON FOR STUDY:Rule Out Sepsis
ADDITIONAL HISTORY: None.
PROVIDER COMMENTS:
TECHNIQUE: LCMC XR CHEST 1 VW
COMPARISON: Prior chest radiograph from 5/8/2019

FINDINGS:
Lungs appear symmetrically inflated bilaterally. No airspace consolidation. No evidence of pleural effusion or pneumothorax. Cardiomediastinal silhouette is grossly unremarkable. Multiple surgical clips project over the bilateral breasts. No acute osseous abnormality. Unchanged sclerotic bone lesion at the right proximal humerus.

Impression:
No radiographic evidence of acute cardiopulmonary abnormality.

Electronically Signed By: Emma Lindsey, MD 2/14/2024 1:58 PM CST

**Signed**

Electronically signed by Emma Louise Lindsey, MD on 2/14/24 at 1358 CST

**Cardiovascular Imaging**

**ECG**

**EKG 12 lead unit performed (In process)**

Electronically signed by: **Callender Riley Creel, MD on 02/14/24 1312** Status: **Active**
This order may be acted on in another encounter.
Ordering user: Callender Riley Creel, MD 02/14/24 1312
Authorized by: Callender Riley Creel, MD
Frequency: STAT Once 02/14/24 1311 - 1 occurrence
Quantity: 1
Indications comment: Rule out Sepsis

Ordering provider: Callender Riley Creel, MD
Ordering mode: Standard
Class: Hospital Performed
Lab status: In process
Instance released by: Callender Riley Creel, MD (auto-released) 2/14/2024 1:12 PM

**EKG 12 lead unit performed** Resulted: 02/14/24 1809, Result status: In process

Ordering provider: Callender Riley Creel, MD 02/14/24 1312
Filed by: Automatic Release User 02/14/24 1809
Accession number: 024558169

Order status: Sent
Performed: 02/14/24 1809 - 02/14/24 1809
Resulting lab: MUSE

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 18 - MUSE | MUSE | Unknown | Unknown | 02/02/11 1256 - Present |

**Total Sedation Time**

LCMC Health

East Jefferson General Hospital
4200 Houma Blvd
Metairie LA 70006-2970

Romagosa, Lucia
MRN: 1003076293, DOB:
Visit date: 5/8/2024

Sex: F

**05/08/2024 - Follow-Up in East Jefferson Neurological Associates**

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Enrique Segura, MD | Enrique Segura, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| East Jefferson Neurological Associates | 3800 Houma Blvd<br>Ste 325<br>Metairie LA 70006-3010 | 504-885-7337 | 504-456-5172 |

**Level of Service**

| Level of Service |
|---|
| **PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30 MIN** |
| **Log History** |
| Additional EM Code History |

**Progress Notes**

**Progress Notes**

**Enrique Segura, MD at 5/8/2024 1340**

**East Jefferson General Hospital**
LCMC Health
EJ Neurological Associates

**Chief Complaint:**
**Chief Complaint**
Patient presents with
- Follow-up
  *Chronic migraine*

**History of Present Illness:**
64 y.o. female with medical history significant for headaches, breast cancer, and anxiety who presents to the clinic as a follow up. At the time of last visit, she was to continue on Qulipta 60 mg daily and amitriptyline 75 mg nightly. Continued on Nurtec prn. Patient was receiving Botox from ENT. Her Zofran was refilled. Referral to headache specialist sent for 2nd opinion. * 1st available appt. 2/5/25 @ 12:30pm Wednesday

The patient reports she has continued experiencing headaches since last visit, noting they are essentially constant. She continues receiving Botox treatments from Dr. Hickham. She also continues Qulipta and Amitriptyline daily, and she finds that Amitriptyline has been helping her as it allows her to sleep. She does note that some of her headaches are incredibly debilitating, noting she is unable to move from her bed to even use the restroom. She notes that the headaches tend to occur in the same areas, but every now and then she experiences a more intense localized pain to different areas of her head. She also notes pain around her eyes. When her headaches start, she is unable to eat or drink due to the pain. She feels as though her head always feels like there is a pressure sensation, but it feels better if she lies down. She has continued Nurtec prn. She has followed with Dr. Rabito, who told her that she will likely have



* I asked for "another" headache specialist & [illegible] ... recommended.

PAGE 1/5 * RCVD AT 5/28/2024 9:24:04 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/3 * DNIS:6033340401 * CSID: * ANI:15048357036 * DURATION (mm-ss):01-33

**Progress Notes (continued)**

headaches for the rest of her life. She notes that she was seen in the ED in February for kidney infection after becoming nauseous. (Dehydration due to migraines) Causes nausea + Vomiting

**Review of Systems:**
Normal ROS except as noted in HPI.

**Problem List:**
**Patient Active Problem List**
Diagnosis
- Malignant neoplasm of overlapping sites of both breasts in female, estrogen receptor positive (CMS/HCC)
- Osteopenia
- Chronic asthma, mild intermittent, uncomplicated
- Generalized anxiety disorder
- Headache disorder
- Iron deficiency
- History of gastric bypass
- Subclinical hypothyroidism

**Past Medical History:**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • asthma | |
| • Bruises easily | |
| • Dependent edema | |
| • Encephalitis | |
| • Headache | |
| • Heartburn | |
| • History of breast cancer | |
| • Hypothyroidism | |
| • Immune deficiency disorder (CMS/HCC) | |
| • Incontinence | |
| • Major depressive disorder, single episode | |
| • Malignant neoplasm of female breast (CMS/HCC) | |
| • Syncope | |

**Family History:**
**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • PVD | Father | |

**Social History:**
**Social History**

| | |
|---|---|
| Tobacco Use | |
| • Smoking status: | Never |
| • Smokeless tobacco: | Never |
| Substance Use Topics | |
| • Alcohol use: | Yes |
| • Drug use: | Never |

**Medications:**

Current Outpatient Medications:
- albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/actuation inhaler, ProAir HFA 90 mcg/actuation aerosol inhaler Inhale 2 puffs every 4 hours by inhalation route., Disp: , Rfl:
- ALPRAZolam (XANAX) 1 MG tablet, Take 1 tablet by mouth nightly as needed for Sleep, Disp: , Rfl:
- amitriptyline (ELAVIL) 25 MG tablet, Take 1 tablet by mouth nightly 3 tablet by mouth at night., Disp: , Rfl:
- budesonide-formoterol (SYMBICORT) 160-4.5 mcg/actuation inhaler, Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler Inhale 2 puffs twice a day by inhalation route., Disp: , Rfl:
- cholecalciferol, vitamin D3, 125 mcg (5,000 unit) tablet, Take 1 tablet by mouth, Disp: , Rfl:
- famotidine (PEPCID) 10 MG tablet, Take 1 tablet by mouth, Disp: , Rfl:
- Lactobacillus rhamnosus GG (CULTURELLE) 10 billion cell capsule, Take 1 capsule by mouth daily, Disp: , Rfl:
- levocetirizine (XYZAL) 5 MG tablet, Take 1 tablet by mouth, Disp: , Rfl:
- multivitamin tablet, Take 1 tablet by mouth daily, Disp: , Rfl:
- naproxen sodium (ALEVE ORAL), Aleve Take last dose @ 0730 No date recorded No form recorded No frequency recorded No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded, Disp: , Rfl:
- NURTEC ODT 75 mg TbDL tablet, TAKE 1 TABLET BY MOUTH ONCE AS NEEDED FOR MIGRAINE HEADACHE. DO NOT EXCEED 1 TABLET IN 24 HRS, Disp: , Rfl:
- ondansetron (ZOFRAN) 8 MG tablet, Take 1 tablet by mouth every 8 (eight) hours as needed for Nausea, Disp: 30 tablet, Rfl: 5
- QULIPTA 60 mg Tab, TAKE 1 TABLET BY MOUTH EVERY DAY, Disp: 30 tablet, Rfl: 3
- sertraline HCl (ZOLOFT ORAL), Zoloft Take 1 time per day No date recorded No form recorded 1 time per day No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded, Disp: , Rfl:
- tamoxifen (NOLVADEX) 20 MG tablet, Take 1 tablet by mouth daily, Disp: , Rfl:
- chlorhexidine (PERIDEX) 0.12 % solution, SWISH AND EXPECTORATE one TEASPOONFUL THREE TIMES DAILY, Disp: , Rfl:
- prednisoLONE acetate (PRED FORTE) 1 % ophthalmic suspension, instill FIVE DROPS IN BOTH EARS THREE TIMES DAILY FOR 7 DAYS, Disp: , Rfl:

**Vital Signs:**
**Vitals:**

| | 05/08/24 1355 |
|---|---|
| BP: | 118/66 |
| Pulse: | 63 |
| Temp: | 97.8 °F |

**Physical Exam:**
**GENERAL:** 64 y.o. Caucasian female. Normal affect and mood. Well-nourished.
**NEUROLOGICAL EXAM:**
Mental Status: Alert and oriented x4, Normal speech and comprehension
Cranial Nerves: Pupils equal and reactive, EOMI, no facial asymmetry, midline tongue
Motor: No pronator drift, 5/5 strength throughout.
Reflexes: Symmetric with normal plantar responses.
Sensory: denies sensory deficits to light touch
Coordination: No dysmetria on finger to nose
Gait: normal

**Labs:**

**Lab Results**

| Component | Value | Date |
|---|---|---|
| NA | 136 | 02/14/2024 |
| K | 3.4 (L) | 02/14/2024 |
| CL | 97 | 02/14/2024 |
| CO2 | 29 | 02/14/2024 |
| BUN | 10.0 | 02/14/2024 |
| CREATININE | 0.53 | 02/14/2024 |
| GLU | 138 (H) | 02/14/2024 |
| TSH | 1.792 | 10/23/2023 |
| VITAMINB12 | 596 | 10/23/2023 |
| VITAMIND25HY | 29 (L) | 05/13/2022 |
| CRP | <3.0 | 04/04/2023 |

**Diagnostic Results:**
No results found.

**Data:**
Previous neurology notes reviewed. ED notes reviewed. CMP reviewed.

**Assessment/Plan:**
Lucia was seen today for follow-up.

Diagnoses and all orders for this visit:

**Chronic migraine w/o aura w/o status migrainosus, not intractable**
- Ambulatory Referral to Neurology; Future
- ondansetron (ZOFRAN) 8 MG tablet; Take 1 tablet by mouth every 8 (eight) hours as needed for Nausea

**Encephalitis**

**Assessment/Plan:**
Patient's headaches have persisted since last visit. We have tried several medications with no clear results. She will continue her current regimen of Amitriptyline and Qulipta daily. Zofran prescription refilled for nausea with headaches. Referral will be re-sent to headache specialist for second opinion. RTC in 4 months.

**Scribe Attestation:**
I, Clayton Merwin, scribed the above HPI for Dr. Segura on 5/8/2024
The above HPI was transcribed for me by scribe Clayton Merwin. I personally performed the history, exam, and medical decision making, and confirm that the transcribed note accurately reflects my work.

Electronically signed by Enrique Segura, MD at 5/14/2024 4:50 PM

Claim # 12420054 Attn. Jane Darnell

LCMC Health

East Jefferson General Hospital
4200 Houma Blvd
Metairie LA 70006-2970

Romagosa, Lucia
MRN: 1003076293, DOB:
Visit date: 5/8/2024

Sex: F

## 05/08/2024 - Follow-Up in East Jefferson Neurological Associates

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Enrique Segura, MD | Enrique Segura, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| East Jefferson Neurological Associates | 3800 Houma Blvd<br>Ste 325<br>Metairie LA 70006-3010 | 504-885-7337 | 504-456-5172 |

#### Level of Service

**Level of Service**

PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30 MIN

**Log History**

Additional EM Code History

### Progress Notes

#### Progress Notes

**Enrique Segura, MD at 5/8/2024 1340**

East Jefferson General Hospital
LCMC Health
EJ Neurological Associates

**Chief Complaint:**

**Chief Complaint**

Patient presents with

- Follow-up
  *Chronic migraine*

**History of Present Illness:**

64 y.o. female with medical history significant for headaches, breast cancer, and anxiety who presents to the clinic as a follow up. At the time of last visit, she was to continue on Qulipta 60 mg daily and amitriptyline 75 mg nightly. Continued on Nurtec prn. Patient was receiving Botox from ENT. Her Zofran was refilled. Referral to headache specialist sent for 2nd opinion. * 1st available appt. 2/5/25 @ 12:30 pm Wednesday

The patient reports she has continued experiencing headaches since last visit, noting they are essentially constant. She continues receiving Botox treatments from Dr. Hickham. She also continues Qulipta and Amitriptyline daily, and she finds that Amitriptyline has been helping her as it allows her to sleep. She does note that some of her headaches are incredibly debilitating, noting she is unable to move from her bed to even use the restroom. She notes that the headaches tend to occur in the same areas, but every now and then she experiences a more intense localized pain to different areas of her head. She also notes pain around her eyes. When her headaches start, she is unable to eat or drink due to the pain. She feels as though her head always feels like there is a pressure sensation, but it feels better if she lies down. She has continued Nurtec prn. She has followed with Dr. Rabito, who told her that she will likely have

PAGE 2/5 * RCVD AT 5/28/2024 9:19:11 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6033340401 * CSID: * ANI:15048357036 * DURATION (mm-ss):01-33

Claim # 12U28U5 T Attn: Jane Daniell

LCMC Health

East Jefferson General Hospital Romagosa, Lucia
4200 Houma Blvd MRN: 1003076293, DOB: , Sex: F
Metairie LA 70006-2970 Visit date: 5/8/2024

**05/08/2024 - Follow-Up in East Jefferson Neurological Associates (continued)**

**Progress Notes (continued)**

headaches for the rest of her life. She notes that she was seen in the ED in February for kidney infection after becoming nauseous. (Dehydration due to migraines) causes nausea + vomiting

**Review of Systems:**
Normal ROS except as noted in HPI.

**Problem List:**
**Patient Active Problem List**
Diagnosis
- Malignant neoplasm of overlapping sites of both breasts in female, estrogen receptor positive (CMS/HCC)
- Osteopenia
- Chronic asthma, mild intermittent, uncomplicated
- Generalized anxiety disorder
- Headache disorder
- Iron deficiency
- History of gastric bypass
- Subclinical hypothyroidism

**Past Medical History:**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • asthma | |
| • Bruises easily | |
| • Dependent edema | |
| • Encephalitis | |
| • Headache | |
| • Heartburn | |
| • History of breast cancer | |
| • Hypothyroidism | |
| • Immune deficiency disorder (CMS/HCC) | |
| • Incontinence | |
| • Major depressive disorder, single episode | |
| • Malignant neoplasm of female breast (CMS/HCC) | |
| • Syncope | |

**Family History:**
**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • PVD | Father | |

**Social History:**
**Social History**

Tobacco Use
- Smoking status: Never
- Smokeless tobacco: Never

Substance Use Topics
- Alcohol use: Yes
- Drug use: Never



No. 0578 P. 2 May. 28. 2024 8:02PM

**Medications:**

Current Outpatient Medications:

- albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/actuation inhaler, ProAir HFA 90 mcg/actuation aerosol inhaler Inhale 2 puffs every 4 hours by inhalation route., Disp: , Rfl:
- ALPRAZolam (XANAX) 1 MG tablet, Take 1 tablet by mouth nightly as needed for Sleep, Disp: , Rfl:
- amitriptyline (ELAVIL) 25 MG tablet, Take 1 tablet by mouth nightly 3 tablet by mouth at night., Disp: , Rfl:
- budesonide-formoteroL (SYMBICORT) 160-4.5 mcg/actuation inhaler, Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler Inhale 2 puffs twice a day by inhalation route., Disp: , Rfl:
- cholecalciferol, vitamin D3, 125 mcg (5,000 unit) tablet, Take 1 tablet by mouth, Disp: , Rfl:
- famotidine (PEPCID) 10 MG tablet, Take 1 tablet by mouth, Disp: , Rfl:
- Lactobacillus rhamnosus GG (CULTURELLE) 10 billion cell capsule, Take 1 capsule by mouth daily, Disp: , Rfl:
- levocetirizine (XYZAL) 5 MG tablet, Take 1 tablet by mouth, Disp: , Rfl:
- multivitamin tablet, Take 1 tablet by mouth daily, Disp: , Rfl:
- naproxen sodium (ALEVE ORAL), Aleve Take last dose @ 0730 No date recorded No form recorded No frequency recorded No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded, Disp: , Rfl:
- NURTEC ODT 75 mg TbDL tablet, TAKE 1 TABLET BY MOUTH ONCE AS NEEDED FOR MIGRAINE HEADACHE. DO NOT EXCEED 1 TABLET IN 24 HRS, Disp: , Rfl:
- ondansetron (ZOFRAN) 8 MG tablet, Take 1 tablet by mouth every 8 (eight) hours as needed for Nausea, Disp: 30 tablet, Rfl: 5
- QULIPTA 60 mg Tab, TAKE 1 TABLET BY MOUTH EVERY DAY, Disp: 30 tablet, Rfl: 3
- sertraline HCl (ZOLOFT ORAL), Zoloft Take 1 time per day No date recorded No form recorded 1 time per day No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded, Disp: , Rfl:
- tamoxifen (NOLVADEX) 20 MG tablet, Take 1 tablet by mouth daily, Disp: , Rfl:
- chlorhexidine (PERIDEX) 0.12 % solution, SWISH AND EXPECTORATE one TEASPOONFUL THREE TIMES DAILY, Disp: , Rfl:
- prednisoLONE acetate (PRED FORTE) 1 % ophthalmic suspension, instill FIVE DROPS IN BOTH EARS THREE TIMES DAILY FOR 7 DAYS, Disp: , Rfl:

**Vital Signs:**

**Vitals:**

| | |
|---|---|
| | 05/08/24 1355 |
| BP: | 118/66 |
| Pulse: | 63 |
| Temp: | 97.8 °F |

**Physical Exam:**

**GENERAL**: 64 y.o. Caucasian female. Normal affect and mood. Well-nourished.

**NEUROLOGICAL EXAM**:

Mental Status: Alert and oriented x4, Normal speech and comprehension
Cranial Nerves: Pupils equal and reactive, EOMI, no facial asymmetry, midline tongue
Motor: No pronator drift, 5/5 strength throughout.
Reflexes: Symmetric with normal plantar responses.
Sensory: denies sensory deficits to light touch
Coordination: No dysmetria on finger to nose
Gait: normal

**Labs:**

Claim # 12028057 Attn: Jane Daniell



**05/08/2024 - Follow-Up in East Jefferson Neurological Associates (continued)**

Progress Notes (continued)

**Lab Results**

| Component | Value | Date |
|---|---|---|
| NA | 136 | 02/14/2024 |
| K | 3.4 (L) | 02/14/2024 |
| CL | 97 | 02/14/2024 |
| CO2 | 29 | 02/14/2024 |
| BUN | 10.0 | 02/14/2024 |
| CREATININE | 0.53 | 02/14/2024 |
| GLU | 138 (H) | 02/14/2024 |
| TSH | 1.792 | 10/23/2023 |
| VITAMINB12 | 596 | 10/23/2023 |
| VITAMIND25HY | 29 (L) | 05/13/2022 |
| CRP | <3.0 | 04/04/2023 |

**Diagnostic Results:**
No results found.

**Data:**
Previous neurology notes reviewed. ED notes reviewed. CMP reviewed.

**Assessment/Plan:**
Lucia was seen today for follow-up.

Diagnoses and all orders for this visit:

**Chronic migraine w/o aura w/o status migrainosus, not intractable**
- Ambulatory Referral to Neurology; Future
- ondansetron (ZOFRAN) 8 MG tablet; Take 1 tablet by mouth every 8 (eight) hours as needed for Nausea

**Encephalitis**

**Assessment/Plan:**
Patient's headaches have persisted since last visit. We have tried several medications with no clear results. She will continue her current regimen of Amitriptyline and Qulipta daily. Zofran prescription refilled for nausea with headaches. Referral will be re-sent to headache specialist for second opinion. RTC in 4 months.

**Scribe Attestation:**
I, Clayton Merwin, scribed the above HPI for Dr. Segura on 5/8/2024
The above HPI was transcribed for me by scribe Clayton Merwin. I personally performed the history, exam, and medical decision making, and confirm that the transcribed note accurately reflects my work.

Electronically signed by Enrique Segura, MD at 5/14/2024 4:50 PM

Claim # 10028057 Attn. Jane Daniell

**Romagosa, Lucia** Claim # 12028057 MRN: 1003076293

**Office Visit** 5/7/2024
~~Infectious Disease Associates~~ APM

Provider: Frank Joseph Rabito Jr., MD (Infectious Diseases)
Primary diagnosis: Encephalitis

Attn: Jane Daniell

**Progress Notes**

Frank Joseph Rabito Jr., MD (Physician) • Infectious Diseases

**INFECTIOUS DISEASE- PROGRESS NOTE**

Infectious Disease Associates

**INFECTIOUS DISEASE PROGRESS NOTE**

Lucia Romagosa is a 64 y.o. female patient.

1. Encephalitis

SUBJECTIVE: The patient complains of debilitating migraine headaches associated with nausea vomiting and dehydration. The patient must get in a dark room and can only crawl when afflicted. The patient was recently in the hospital with pyelonephritis and dehydration. She is seeing Dr. Segura and is maintained on Elavil ,Qulipta ,and Nurtec. She denies constitutional symptoms . Previous inflammatory markers including HIV and RPR were unremarkable. The patient is unable to work as a nurse. The migraines can leave her bed ridden for days at a time.

There were no vitals taken for this visit. 127/82 , 98.5 , 5'2

504-455-4622

Scheduled Meds:
Continuous Infusions:
PRN Meds:.

**Allergies**

| Allergen | Reactions |
|---|---|
| • Lincomycin | Hives |
| • Acetaminophen<br>*Other reaction(s): headaches migraines* | Other (See Comments) |
| • Hydromorphone | Other (See Comments) |
| • Tramadol | Other (See Comments) |

Review of Systems:

Physical Exam PHYSICAL EXAMINATION:
VITAL SIGNS: Reviewed.
GENERAL: [In no apparent distress. Alert, oriented x3
HEAD: No signs of head trauma.
EYES: Pupils are equal. Extraocular motions intact.
EARS: Hearing grossly intact.

Claim #12028057
Attn. Jane Daniell

MOUTH: Oropharynx is normal. No ulcers or oral thrush.
NECK: No adenopathy, no JVD. The neck is supple in all directions.
CHEST: [Chest normal breath sounds. No wheeze. No rub. Not labored
CARDIAC: RRR with S1 and S2, without murmurs, gallops, or rubs.
VASCULAR: No Edema. Peripheral pulses normal and equal in all extremities.
ABDOMEN: Soft, without detectable tenderness. No sign of distention. No rebound or guarding, and no masses palpated. Bowel Sounds normal. No hepatosplenomegaly.
MUSCULOSKELETAL: Good range of motion of all major joints. Extremities without clubbing, cyanosis or edema.
NEUROLOGIC EXAM: No focal sensory or strength deficits. Speech normal. Follows commands.
PSYCHIATRIC Normal
SKIN: No rash or lesions.

**WBC**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 02/14/2024 | 12.2 (H) | 4.5 - 11.0 10^3/uL | Final |

**WBC Ext - Ochsner**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 10/23/2023 | 5.11 | 3.90 - 12.70 K/uL | Final |

**RBC**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 02/14/2024 | 4.45 | 4.00 - 5.20 10^6/uL | Final |

**RBC Ext - Ochsner**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 10/23/2023 | 4.53 | 4.00 - 5.40 M/uL | Final |

**Hemoglobin**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 02/14/2024 | 12.9 | 12.0 - 16.0 gm/dL | Final |

**Hemoglobin Ext - Ochsner**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 10/23/2023 | 13.9 | 12.0 - 16.0 g/dL | Final |

**Hematocrit**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 02/14/2024 | 39.7 | 35.0 - 46.0 % | Final |

**HCT Ext - Ochsner**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 10/23/2023 | 43.6 | 37.0 - 48.5 % | Final |

**MCV**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 02/14/2024 | 89.3 | 80.0 - 100.0 fL | Final |

**MCV Ext - Ochsner**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 10/23/2023 | 96 | 82 - 98 fL | Final |

**MCH**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 02/14/2024 | 28.9 | 26.0 - 34.0 pg | Final |

**MCH Ext - Ochsner**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 10/23/2023 | 30.7 | 27.0 - 31.0 pg | Final |

**MCHC**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 02/14/2024 | 32.4 | 31.0 - <37.0 g/dL | Final |

**MCHC Ext - Ochsner**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 10/23/2023 | 31.9 (L) | 32.0 - 36.0 g/dL | Final |

**RDW**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 02/14/2024 | 14.4 | 11.5 - 14.5 % | Final |

**RDW Ext - Ochsner**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 10/23/2023 | 14.1 | 11.5 - 14.5 % | Final |

Claim # 12028057

**MPV**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 02/14/2024 | 7.5 | 7.4 - 10.4 fL | Final |

Attn: Jane Daniel

**MPV Ext - Ochsner**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 10/23/2023 | 10.6 | 9.2 - 12.9 fL | Final |

**Platelet Count**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 02/14/2024 | 193 | 130 - 400 10^3/uL | Final |

**Platelet Count Ext - Ochsner**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 10/23/2023 | 301 | 150 - 450 K/uL | Final |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| NA | 136 | 02/14/2024 |
| K | 3.4 (L) | 02/14/2024 |
| CL | 97 | 02/14/2024 |
| CO2 | 29 | 02/14/2024 |
| GLU | 138 (H) | 02/14/2024 |
| BUN | 10.0 | 02/14/2024 |
| CREATININE | 0.53 | 02/14/2024 |
| CALCIUM | 8.6 | 02/14/2024 |
| PROT | 6.3 | 02/14/2024 |
| ALBUMIN | 3.7 | 02/14/2024 |
| BILIRUBIN | 0.5 | 02/14/2024 |
| AST | 20 | 02/14/2024 |
| ALKPHOS | 58 | 02/14/2024 |
| ALT | 14 | 02/14/2024 |
| GFRAA | >60.0 | 11/18/2019 |

No results found for: "CD4COUNT"

No results found for this or any previous visit (from the past 24 hour(s)).
@LABRCNTIP(cblood:5)@
@LABRCNTIP(curine:5)@
Radiology
**XR Chest 1 VW**

Claim # 12028057
Attn: Jane Daniel

Narrative: REASON FOR STUDY:Rule Out Sepsis
ADDITIONAL HISTORY: None.
PROVIDER COMMENTS:
TECHNIQUE: LCMC XR CHEST 1 VW
COMPARISON: Prior chest radiograph from 5/8/2019

Claim #12028057
attn · Jane Daniell

FINDINGS:
Lungs appear symmetrically inflated bilaterally. No airspace consolidation. No evidence of pleural effusion or pneumothorax. Cardiomediastinal silhouette is grossly unremarkable. Multiple surgical clips project over the bilateral breasts. No acute osseous abnormality. Unchanged sclerotic bone lesion at the right proximal humerus.
Impression: No radiographic evidence of acute cardiopulmonary abnormality.

Electronically Signed By: Emma Lindsey, MD 2/14/2024 1:58 PM CST

Assessment/Plan 64-year-old female with severe debilitating migraine headaches being followed by Neurology. Several years ago the patient had encephalitis thought to be secondary to the J and J vaccine. Lengthy discussion with patient concerning complications of COVID-19 vaccines. There was a recent article in the New York Times and Chris Cuomo at News Nation recently interviewed a nurse practitioner in New York City with multiple complications following COVID-19 vaccination for her reading. I believe the patient will have migraine headaches the rest of her life. Return to clinic in 6 months

Discussed plan with patient and answered questions:

## Additional Documentation

Flowsheets: PDMP Review

# Romagosa, Lucia

MRN: 1003076293

**Office Visit** 5/7/2024

Infectious Disease Associates APM

No questionnaire available.

## Pharmacy Benefits

☆ ROMAGOSA, LUCIA - NETRES PTWS076331 (PRIME ILLINOIS)

Covered: **Retail**, **Mail Order** Unknown: Specialty, Long-Term Care

| | | | | | |
|---|---|---|---|---|---|
| Member ID: | 82687885201 | BIN: | 011552 | DOB: | |
| Group ID: | 8889 | PCN: | ILDR | Legal sex: | F |
| Group name: | COBRA | | | Address: | |

## Orders Placed

None

## Medication Changes

As of 5/7/2024 3:34 PM

None

Claim #12028057
attn: Jane Daniell

## Medication List at End of Visit

As of 5/7/2024 3:34 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/actuation inhaler**<br>ProAir HFA 90 mcg/actuation aerosol inhaler<br>Inhale 2 puffs every 4 hours by inhalation route.<br>Patient-reported medication | — | | — |
| **ALPRAZolam (XANAX) 1 MG tablet**<br>Take 1 tablet by mouth nightly as needed for Sleep - Oral<br>Patient-reported medication | — | | — |
| **amitriptyline (ELAVIL) 25 MG tablet**<br>Take 1 tablet by mouth nightly 3 tablet by mouth at night. - Oral<br>Patient-reported medication | — | | — |
| **QULIPTA 60 mg Tab**<br>TAKE 1 TABLET BY MOUTH EVERY DAY - Oral | 3 | 5/2/2024 | — |
| **budesonide-formoterol (SYMBICORT) 160-4.5 mcg/actuation inhaler**<br>Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler<br>Inhale 2 puffs twice a day by inhalation route.<br>Patient-reported medication | — | | — |
| **chlorhexidine (PERIDEX) 0.12 % solution**<br>SWISH AND EXPECTORATE one TEASPOONFUL THREE TIMES DAILY<br>Patient-reported medication | — | 1/25/2022 | — |
| **cholecalciferol, vitamin D3, 125 mcg (5,000 unit) tablet**<br>Take 1 tablet by mouth - Oral<br>Patient-reported medication | — | | — |
| **famotidine (PEPCID) 10 MG tablet**<br>Take 1 tablet by mouth - Oral<br>Patient-reported medication | — | | — |
| **Lactobacillus rhamnosus GG (CULTURELLE) 10 billion cell capsule**<br>Take 1 capsule by mouth daily - Oral<br>Patient-reported medication | — | | — |
| **levocetirizine (XYZAL) 5 MG tablet**<br>Take 1 tablet by mouth - Oral<br>Patient-reported medication | — | | — |
| **multivitamin tablet**<br>Take 1 tablet by mouth daily - Oral<br>Patient-reported medication | — | | — |
| **naproxen sodium (ALEVE ORAL)**<br>Aleve Take last dose @ 0730 No date recorded No form recorded No frequency recorded No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded<br>Patient-reported medication | — | | — |
| **ondansetron (ZOFRAN) 8 MG tablet**<br>Take 1 tablet by mouth every 8 (eight) hours as needed for Nausea - Oral | 5 | 1/11/2024 | — |

| | Refills | Start Date | End Date |
|---|---|---|---|
| **prednisoLONE acetate (PRED FORTE) 1 % ophthalmic suspension**<br>instill FIVE DROPS IN BOTH EARS THREE TIMES DAILY FOR 7 DAYS<br>Patient-reported medication | — | 1/25/2022 | — |
| **NURTEC ODT 75 mg TbDL tablet**<br>TAKE 1 TABLET BY MOUTH ONCE AS NEEDED FOR MIGRAINE HEADACHE. DO NOT EXCEED 1 TABLET IN 24 HRS<br>Patient-reported medication | — | 1/28/2022 | — |
| **sertraline HCl (ZOLOFT ORAL)**<br>Zoloft Take 1 time per day No date recorded No form recorded 1 time per day No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded<br>Patient-reported medication | — | | — |
| **tamoxifen (NOLVADEX) 20 MG tablet**<br>Take 1 tablet by mouth daily - Oral<br>Patient-reported medication | — | 7/23/2021 | — |

## Visit Diagnoses

Encephalitis G04.90

## Medications Last Reviewed During Encounter By

Meds have not been reviewed

## Encounter Status

Signed by Frank Joseph Rabito Jr., MD on 5/7/24 at 15:34

## Chart Review Routing History

No routing history on file.

Claim # 12028057
Attn. Jane Darnell

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, December 15, 2023 3:15:09 PM |
| To: | COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Lcmc Health Claim No. 12028057 Lucia Romagosa |
| Attachments: | 5vs4pqejh5plwxbkpqih_16782806.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

December 15, 2023

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

Please see the letter previously sent to you.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erin Trombley
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 69978
Secure Fax No.: (603) 334-0401

Attachments: 12028057-CLOSE-NOT DISABLED-06.29.2023

From: LFGNotifications@LFG.com
Sent: Friday, June 30, 2023 9:40:36 AM
To: COM;
CC:
BCC:
Subject: [Send Secure]Lcmc Health Claim No. 12028057 Lucia Romagosa
Attachments: zlelv1bhybfyrvlyb2yc_15581004.pdf;

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

June 30, 2023

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Lcmc Health's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond November 8, 2023. Lcmc Health's LTD Policy requires that to receive benefits you must meet the following definition of disability:

> *"Disability" or "Disabled", with respect to Long Term Disability, means:*
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
> *Applicable to Class 1, 1A, 3, 3A:*
> > *a. if the Covered Person is eligible for the Maximum Own Occupation benefit, "Disability" or "Disabled" means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to engage in the Material and Substantial Duties of his Own Occupation.*
>
> *Applicable to Class 2, 2A, 4, 5:*
> > *b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to engage in the Material and Substantial Duties of his Own Occupation; and*
> > *ii. thereafter, the Covered Person is unable to engage in, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> *2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
> *"Disability" or "Disabled" means as a result of Injury or Sickness the Covered Person is unable to engage in the Material and Substantial Duties of Any Occupation.*

*"Any Occupation" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical, mental capacity and which provides the Covered Person with substantially the same earning capacity as the Covered Person's former earning capacity prior to the start of the Disability.*

You have been receiving LTD benefits for your disability since November 9, 2021.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for Headaches and Encephalitis and your claim file contains the following medical documentation:

- Office visit notes from Dr. Hickham dated June 15, 2021 through May 2, 2023
- Office visit notes from Dr. Segura dated May 11, 2021 through May 2, 2023
- Office visit notes from East Jefferson General Hospital dated May 3, 2021 through October 1, 2021.

A clinical review was conducted by a physician who is board certified in Neurology. The review concluded that after taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, the supported level of impairment translates into restrictions and limitations from November 8, 2022 to - November 9, 2023 with reassessment in 6 months.

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

- Nursing – Providing assessment, planning, implementation, and evaluation of nursing care for patients, performing patient assessments, administering medications, carrying out established nursing procedures, performing nursing care for patients with various needs, performing lab draws, working as part of an interdisciplinary team, educating patients and their families on health-related issues, complying with safety standards and protocols, responding to emergencies, managing caseload of patients, performing telephonic case management duties, completing precise and detailed work, using hand—eye coordination, utilizing knowledge of medical terminology
- Communication/Interpersonal – Speaking effectively, listening attentively, informing and consulting with staff, patients, and families, demonstrating care and concern, collaborating with others, working well as part of a team
- Service – Answering questions, clarifying and explaining information, providing education and teaching care techniques, interacting with diverse populations, working well with the public, handling patient issues and complaints, utilizing problem solving skills
- Organizational/Clerical – Demonstrating efficiency and ability to get a job done, utilizing time management skills, multi-tasking, understanding and applying both written and verbal instructions, using basic computer and clerical skills, performing data entry operations, maintaining patient records and documentation

Based on this information you have the ability to perform the following occupation(s):

- Pre-Certification Nurse with a basic monthly income of $6,769
- Telephonic Triage Nurse with a basic monthly income of $6,769
- Telephonic Advice Nurse with a basic monthly income of $6,769
- Utilization Review Nurse with a basic monthly income of $6,769

Based on our review of the information contained in your claim file we have determined that you can perform, with reasonable continuity, the material and substantial duties of the above occupation(s) based on your capacity and skill level.

Therefore, you do not meet Lcmc Health's definition of disability beyond 24 month change in definition and we must deny your claim for further benefit consideration. Benefits will be paid through November 8, 2023, and your claim is closed as of November 9, 2023.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Please submit all medical records from the offices of all of your treating providers, past and present, dated October 4, 2021, to the date of your full time return to work; emergency room records, all diagnostic testing including lab results, physical therapy records, consultation reports, return to work accommodations request, surgical consultations, pharmacy records, hospital records and office chart notes from any additional medical providers during your period of disability to the present time,

ongoing through your full return to work or date of appeal.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nichole Hulstine
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 39841
Secure Fax No.: (603) 334-0401

PAGE 1/1 * RCVD AT 4/23/2024 4:03:46 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/0 * DNIS:6033340401 * CSID: * ANI:15048357036 * DURATION

Apr. 23. 2024 2:46PM

4/17/24

Lucia A. Romagosa

Claim # 1202805 +
LTD

to: Erin Trombley
Phone# (800) 210-0268 Ext. 69978
Fax # (603) 334-0401

Erin,

I would like to appeal the closing of my claim. Please contact me @ to discuss. I was told to put this in writing.

Thank you, Lucia Romagosa

No. 0554 P. 1/1

PAGE 1/2 * RCVD AT 4/23/2024 3:06:06 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/1 * DNIS:6033340401 * CSID: * ANI:15048357036 * DURATION (mm-ss):00-36

Apr. 23. 2024 1:48PM

4/17/24

Lucia A. Romagosa

Claim # 12028057
LTD

to: Erin Trombley
ne# (800) 210-0268 Ext. 69978
# (603) 334-0401

Erin,
I would like to dispute the closure of my claim. Please contact me @ to discuss. I was told to put this in writing.
Thank you, Lucia Romagosa

No. 0553 P. 1/2

4/17/24

Lucia A. Romagosa

Claim # 12028057
LTD

to: Erin Trombley
Phone# (800) 210-0268 Ext. 69978
Fax# (603) 334-0401

Erin,
I would like to dispute the closing of my claim. Please contact me @ to discuss. I was told to put this in writing.
Thank you, Lucia Romagosa

From: LFGNotifications@LFG.com
Sent: Thursday, April 25, 2024 1:59:43 PM
To: COM;
CC:
BCC:
Subject: [Send Secure]Lcmc Health Claim No. 12028057 Lucia Romagosa
Attachments: cc_fw2osmwgskvinixryato_17702395_18162328.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

April 25, 2024

Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Lucia:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the LCMC Health Group Disability Income Policy. We are writing regarding your claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on your LTD claim on April 23, 2024. However, no additional medical information was provided.

Your file has been forwarded to Lincoln's Claim Resolution Services unit for a full, and fair review. I will be your dedicated Claim Resolution Specialist. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 16393 during the hours of 8 AM and 3:45 PM EST.

As discussed during the telephone conversation today, you may submit the following information: *Office notes, emergency room records, diagnostic testing (i.e., MRI CT scan, laboratory test results), physical therapy records, psychotherapy records, consultation reports, pharmacy records, and hospital records from Dr. Michael Hickman, Dr. Enrique Segura, Dr. Frank Rabito, and any other treating provider from May 2, 2023 forward. You should also provide any additional information that you feel will support your claim.*

For Lincoln to conduct a timely review of your appeal, we ask that you submit any information you wish to have considered in 45 days but no later than **June 8, 2024**. You may submit the information to fax number **603-334-0401**, email to **DisabilityDocuments@lfg.com** or mail to:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

If we do not hear from you and do not receive additional information from you by **June 8, 2024,** we will proceed with our appeal review and make a final determination based on the information currently contained in your file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jane Daniell
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 16393
Secure Fax No.: (603) 334-0401

CC: Lucia Romagosa

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578

LUCIA ROMAGOSA

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

April 25, 2024

Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Lucia:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the LCMC Health Group Disability Income Policy. We are writing regarding your claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on your LTD claim on April 23, 2024. However, no additional medical information was provided.

Your file has been forwarded to Lincoln's Claim Resolution Services unit for a full, and fair review. I will be your dedicated Claim Resolution Specialist. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 16393 during the hours of 8 AM and 3:45 PM EST.

As discussed during the telephone conversation today, you may submit the following information: *Office notes, emergency room records, diagnostic testing (i.e., MRI CT scan, laboratory test results), physical therapy records, psychotherapy records, consultation reports, pharmacy records, and hospital records from Dr. Michael Hickman, Dr. Enrique Segura, Dr. Frank Rabito, and any other treating provider from May 2, 2023 forward. You should also provide any additional information that you feel will support your claim.*

For Lincoln to conduct a timely review of your appeal, we ask that you submit any information you wish to have considered in 45 days but no later than **June 8, 2024**. You may submit the information to fax number **603-334-0401**, email to **DisabilityDocuments@lfg.com** or mail to:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

If we do not hear from you and do not receive additional information from you by **June 8, 2024,** we will proceed with our appeal review and make a final determination based on the information currently contained in your file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jane Daniell
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 16393
Secure Fax No.: (603) 334-0401

CC: Lucia Romagosa

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **DOVER**

Office: 096 | Manager: HUSSEY, CAITLIN | Case Mgr: HULSTINE, NICHOLE

Claimant Name: LUCIA A ROMAGOSA | Claim #: 12028057

Occupation (Job Title): REGISTERED NURSE (INPATIENT) | Date Sent: 4/24/2024

Diagnosis: G44.22 Chronic tension-type headache, F41.9 Anxiety disorder, unspecified

Date of Disability: 5/11/2021 | Date Benefits Began: 11/9/2021

Maximum Duration: 11/8/2026 | Paid Through: 11/8/2023

Date of Denial or (DB451): 11/8/2023 | Date Appeal Received: 4/24/2024

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: LCMC HEALTH

Product: LTD | Funding: CON

Is Claimant Eligible for LTD? N

Erisa or Non-Erisa? ERISA Plan

Document Locations
- ☐ Paperless
- ☐ Bilingual - translation complete
- ☑ Paper File
- ☐ Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

LOUISIANA CHILDRENS MEDICAL CENTER, DBA LCMC HEALTH

ER Contact Addresses (including email address):

200 henry clay ave

Phone No. 0000000000 | FAX No. 0000000000

Account Specific or Unique Contract Issues / Additional Info:

appeal letter in doc list

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

# Facsimile Transmittal Sheet

| TO: | FROM: |
|---|---|
| Lincoln Financial Group | Customer Resource Center |

**FAX NUMBER:**

| | |
|---|---|
| MO | 603-334-0366 |
| **NH** | **603-334-0401** |
| AZ | 603-422-0119 |
| Wells Fargo | 866-214-7839 |
| CPS | 603-334-0366 |

**DATE:** 10/2/2023

**PHONE NUMBER:**

**TOTAL NUMBER OF PAGES INCLUDING COVER:** 2

**RE:** Lucia Romagosa (12028057)

**DIRECT FAX NUMBER:** 877-899-1345

☐ URGENT ☒ FOR REVIEW ☐ PLEASE REPLY

**NOTES/COMMENTS:**

Should you require anything further, please contact us at (866) 692-9031 or via email at status@bbabsence.com. Thank you.

Sincerely,

Customer Resource Center
Brown & Brown Absence Services Group

The information transmitted in this facsimile is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you have received this information in error, please notify the sender at Brown & Brown Absence Services Group at 1-877-281-1947 immediately and destroy all copies of this facsimile transaction. Thank you.

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

Brown & Brown Absence Services Group, LLC
300 N Beach Street
Daytona Beach, FL 32114
P: (877) 261-1947 | F: (877) 899-1329
**bbabsence.com**

October 2, 2023

Alexus Crawford
Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

**RE: Lucia Romagosa**
**LTD: 12028057**

Dear Alexus Crawford:

Thank you for referring the above-captioned claim to Brown & Brown Absence Services Group for assistance.

Please be advised that we have closed this file in our office as Claimant Unresponsive.

Should you have any questions, please feel free to contact us at 866-692-9031 or via email at status@bbabsence.com. Thank you.

Sincerely,

Customer Resource Center
Brown & Brown Absence Services Group

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

MS. LUCIA ROMAGOSA

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

December 16, 2023

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

Please see the letter previously sent to you.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Erin Trombley
Senior Claims Examiner, Claims
On Behalf Of: Nichole Hulstine
Phone No.: (800) 210-0268 Ext. 39841
Secure Fax No.: (603) 334-0401

Attachments: 12028057-CLOSE-NOT DISABLED-06.29.2023

From: LFGNotifications@LFG.com
Sent: Friday, June 30, 2023 9:40:36 AM
To: COM;
CC:
BCC:
Subject: [Send Secure]Lcmc Health Claim No. 12028057 Lucia Romagosa
Attachments: zlelv1bhybfyrvlyb2yc_15581004.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

June 30, 2023

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Lcmc Health's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond November 8, 2023. Lcmc Health's LTD Policy requires that to receive benefits you must meet the following definition of disability:

*"Disability" or "Disabled", with respect to Long Term Disability, means:*
*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
*Applicable to Class 1, 1A, 3, 3A:*
*a. if the Covered Person is eligible for the Maximum Own Occupation benefit, "Disability" or "Disabled" means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to engage in the Material and Substantial Duties of his Own Occupation.*
*Applicable to Class 2, 2A, 4, 5:*
*b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to engage in the Material and Substantial Duties of his Own Occupation; and*
*ii. thereafter, the Covered Person is unable to engage in, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
*2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
*"Disability" or "Disabled" means as a result of Injury or Sickness the Covered Person is unable to engage in the Material and Substantial Duties of Any Occupation.*

> *"Any Occupation" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical, mental capacity and which provides the Covered Person with substantially the same earning capacity as the Covered Person's former earning capacity prior to the start of the Disability.*

You have been receiving LTD benefits for your disability since November 9, 2021.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for Headaches and Encephalitis and your claim file contains the following medical documentation:

- Office visit notes from Dr. Hickham dated June 15, 2021 through May 2, 2023
- Office visit notes from Dr. Segura dated May 11, 2021 through May 2, 2023
- Office visit notes from East Jefferson General Hospital dated May 3, 2021 through October 1, 2021.

A clinical review was conducted by a physician who is board certified in Neurology. The review concluded that after taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, the supported level of impairment translates into restrictions and limitations from November 8, 2022 to - November 9, 2023 with reassessment in 6 months.

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

- Nursing – Providing assessment, planning, implementation, and evaluation of nursing care for patients, performing patient assessments, administering medications, carrying out established nursing procedures, performing nursing care for patients with various needs, performing lab draws, working as part of an interdisciplinary team, educating patients and their families on health-related issues, complying with safety standards and protocols, responding to emergencies, managing caseload of patients, performing telephonic case management duties, completing precise and detailed work, using hand—eye coordination, utilizing knowledge of medical terminology
- Communication/Interpersonal – Speaking effectively, listening attentively, informing and consulting with staff, patients, and families, demonstrating care and concern, collaborating with others, working well as part of a team
- Service – Answering questions, clarifying and explaining information, providing education and teaching care techniques, interacting with diverse populations, working well with the public, handling patient issues and complaints, utilizing problem solving skills
- Organizational/Clerical – Demonstrating efficiency and ability to get a job done, utilizing time management skills, multi-tasking, understanding and applying both written and verbal instructions, using basic computer and clerical skills, performing data entry operations, maintaining patient records and documentation

Based on this information you have the ability to perform the following occupation(s):

- Pre-Certification Nurse with a basic monthly income of $6,769
- Telephonic Triage Nurse with a basic monthly income of $6,769
- Telephonic Advice Nurse with a basic monthly income of $6,769
- Utilization Review Nurse with a basic monthly income of $6,769

Based on our review of the information contained in your claim file we have determined that you can perform, with reasonable continuity, the material and substantial duties of the above occupation(s) based on your capacity and skill level.

Therefore, you do not meet Lcmc Health's definition of disability beyond 24 month change in definition and we must deny your claim for further benefit consideration. Benefits will be paid through November 8, 2023, and your claim is closed as of November 9, 2023.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Please submit all medical records from the offices of all of your treating providers, past and present, dated October 4, 2021, to the date of your full time return to work; emergency room records, all diagnostic testing including lab results, physical therapy records, consultation reports, return to work accommodations request, surgical consultations, pharmacy records, hospital records and office chart notes from any additional medical providers during your period of disability to the present time,

ongoing through your full return to work or date of appeal.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh níiní'ąągo naaltsoos níiníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nichole Hulstine
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 39841
Secure Fax No.: (603) 334-0401

From: LFGNotifications@LFG.com
Sent: Friday, June 30, 2023 9:40:36 AM
To: COM;
CC:
BCC:
Subject: [Send Secure]Lcmc Health Claim No. 12028057 Lucia Romagosa
Attachments: zlelv1bhybfyrvlyb2yc_15581004.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

June 30, 2023

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Lcmc Health's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond November 8, 2023. Lcmc Health's LTD Policy requires that to receive benefits you must meet the following definition of disability:

> *"Disability" or "Disabled", with respect to Long Term Disability, means:*
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
> *Applicable to Class 1, 1A, 3, 3A:*
> *a. if the Covered Person is eligible for the Maximum Own Occupation benefit, "Disability" or "Disabled" means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to engage in the Material and Substantial Duties of his Own Occupation.*
> *Applicable to Class 2, 2A, 4, 5:*
> *b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to engage in the Material and Substantial Duties of his Own Occupation; and*
> *ii. thereafter, the Covered Person is unable to engage in, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
> *2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
> *"Disability" or "Disabled" means as a result of Injury or Sickness the Covered Person is unable to engage in the Material and Substantial Duties of Any Occupation.*

*"Any Occupation" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical, mental capacity and which provides the Covered Person with substantially the same earning capacity as the Covered Person's former earning capacity prior to the start of the Disability.*

You have been receiving LTD benefits for your disability since November 9, 2021.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for Headaches and Encephalitis and your claim file contains the following medical documentation:

- Office visit notes from Dr. Hickham dated June 15, 2021 through May 2, 2023
- Office visit notes from Dr. Segura dated May 11, 2021 through May 2, 2023
- Office visit notes from East Jefferson General Hospital dated May 3, 2021 through October 1, 2021.

A clinical review was conducted by a physician who is board certified in Neurology. The review concluded that after taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, the supported level of impairment translates into restrictions and limitations from November 8, 2022 to - November 9, 2023 with reassessment in 6 months.

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

- Nursing – Providing assessment, planning, implementation, and evaluation of nursing care for patients, performing patient assessments, administering medications, carrying out established nursing procedures, performing nursing care for patients with various needs, performing lab draws, working as part of an interdisciplinary team, educating patients and their families on health-related issues, complying with safety standards and protocols, responding to emergencies, managing caseload of patients, performing telephonic case management duties, completing precise and detailed work, using hand—eye coordination, utilizing knowledge of medical terminology
- Communication/Interpersonal – Speaking effectively, listening attentively, informing and consulting with staff, patients, and families, demonstrating care and concern, collaborating with others, working well as part of a team
- Service – Answering questions, clarifying and explaining information, providing education and teaching care techniques, interacting with diverse populations, working well with the public, handling patient issues and complaints, utilizing problem solving skills
- Organizational/Clerical – Demonstrating efficiency and ability to get a job done, utilizing time management skills, multi-tasking, understanding and applying both written and verbal instructions, using basic computer and clerical skills, performing data entry operations, maintaining patient records and documentation

Based on this information you have the ability to perform the following occupation(s):

- Pre-Certification Nurse with a basic monthly income of $6,769
- Telephonic Triage Nurse with a basic monthly income of $6,769
- Telephonic Advice Nurse with a basic monthly income of $6,769
- Utilization Review Nurse with a basic monthly income of $6,769

Based on our review of the information contained in your claim file we have determined that you can perform, with reasonable continuity, the material and substantial duties of the above occupation(s) based on your capacity and skill level.

Therefore, you do not meet Lcmc Health's definition of disability beyond 24 month change in definition and we must deny your claim for further benefit consideration. Benefits will be paid through November 8, 2023, and your claim is closed as of November 9, 2023.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Please submit all medical records from the offices of all of your treating providers, past and present, dated October 4, 2021, to the date of your full time return to work; emergency room records, all diagnostic testing including lab results, physical therapy records, consultation reports, return to work accommodations request, surgical consultations, pharmacy records, hospital records and office chart notes from any additional medical providers during your period of disability to the present time,

ongoing through your full return to work or date of appeal.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nichole Hulstine
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 39841
Secure Fax No.: (603) 334-0401

CLAIMANT INFORMATION

CLAIMANT: LUCIA ROMAGOSA

CUSTOMER: LCMC HEALTH

CLAIM #(s): 12028057

Employment State: la

GROSS MONTHLY BENEFIT: $4,160.00

NET MONTHLY BENEFIT: $4,160.00

MINIMUM MONTHLY BENEFIT:

FEDERAL TAX WITHHOLDING: $0

OFFSETS

| | FROM DATE | THRU DATE | BENEFIT |
|---|---|---|---|
| SS PRIMARY | | | |
| SS DEPENDENT | | | |
| SS RETIREMENT | | | |
| ER PENSION | | | |
| CAN. PENSION | | | |
| WORKERS' COMP. | | | |
| SLCT | | | |
| STAT BENEFIT | | | |
| OTHER - Benefit Red. | | | |
| OTHER - Subro lien | | | |

AMOUNT TO BE PAID

| FROM DATE | THRU DATE | GROSS BENEFIT AMOUNT | OFFSETS | ADJUSTED GROSS AMOUNT (D)-(E) | FEDERAL TAX (FIT) WITHHELD | FICA TAX WITHHELD | BR Applied | STATE TAX (SIT) WITHHELD | NET BENEFIT AMOUNT (F)-(G)-(H)-(I)-(J) |
|---|---|---|---|---|---|---|---|---|---|
| 6/9/2023 | 7/8/2023 | 4,160.00 | | 4,160.00 | 0.00 | | | | 4,160.00 |
| 7/9/2023 | 8/8/2023 | 4,160.00 | | 4,160.00 | 0.00 | | | | 4,160.00 |
| 8/9/2023 | 9/8/2023 | 4,160.00 | | 4,160.00 | 0.00 | | | | 4,160.00 |
| 9/9/2023 | 10/8/2023 | 4,160.00 | | 4,160.00 | 0.00 | | | | 4,160.00 |
| 10/9/2023 | 11/8/2023 | 4,160.00 | | 4,160.00 | 0.00 | | | | 4,160.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | **TOTALS** | **20,800.00** | **0.00** | **20,800.00** | **0.00** | **0.00** | **0.00** | **0.00** | **20,800.00** |

Payment Specialist: Donna Mills

Date 6/30/2023

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

July 4, 2023

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
12028057
Claim #: 12028057

Dear Ms. Lucia Romagosa:

Per your request. here is a copy of the letter sent to you on June 30, 2023.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Caitlin Hussey
GP LTD Claims Manager
On Behalf Of: Nichole Hulstine
Phone No.: (800) 210-0268 Ext. 39841
Secure Fax No.: (603) 334-0401

Attachments: 12028057-CLOSE-NOT DISABLED-06.29.2023

From: LFGNotifications@LFG.com
Sent: Friday, June 30, 2023 9:40:36 AM
To: COM;
CC:
BCC:
Subject: [Send Secure]Lcmc Health Claim No. 12028057 Lucia Romagosa
Attachments: zlelv1bhybfyrvlyb2yc_15581004.pdf;

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

June 30, 2023

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Lcmc Health's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond November 8, 2023. Lcmc Health's LTD Policy requires that to receive benefits you must meet the following definition of disability:

*"Disability" or "Disabled", with respect to Long Term Disability, means:*
*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
*Applicable to Class 1, 1A, 3, 3A:*
*a. if the Covered Person is eligible for the Maximum Own Occupation benefit, "Disability" or "Disabled" means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to engage in the Material and Substantial Duties of his Own Occupation.*
*Applicable to Class 2, 2A, 4, 5:*
*b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to engage in the Material and Substantial Duties of his Own Occupation; and*
*ii. thereafter, the Covered Person is unable to engage in, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
*2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
*"Disability" or "Disabled" means as a result of Injury or Sickness the Covered Person is unable to engage in the Material and Substantial Duties of Any Occupation.*

*"Any Occupation" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical, mental capacity and which provides the Covered Person with substantially the same earning capacity as the Covered Person's former earning capacity prior to the start of the Disability.*

You have been receiving LTD benefits for your disability since November 9, 2021.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for Headaches and Encephalitis and your claim file contains the following medical documentation:

- Office visit notes from Dr. Hickham dated June 15, 2021 through May 2, 2023
- Office visit notes from Dr. Segura dated May 11, 2021 through May 2, 2023
- Office visit notes from East Jefferson General Hospital dated May 3, 2021 through October 1, 2021.

A clinical review was conducted by a physician who is board certified in Neurology. The review concluded that after taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, the supported level of impairment translates into restrictions and limitations from November 8, 2022 to - November 9, 2023 with reassessment in 6 months.

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

- Nursing – Providing assessment, planning, implementation, and evaluation of nursing care for patients, performing patient assessments, administering medications, carrying out established nursing procedures, performing nursing care for patients with various needs, performing lab draws, working as part of an interdisciplinary team, educating patients and their families on health-related issues, complying with safety standards and protocols, responding to emergencies, managing caseload of patients, performing telephonic case management duties, completing precise and detailed work, using hand—eye coordination, utilizing knowledge of medical terminology
- Communication/Interpersonal – Speaking effectively, listening attentively, informing and consulting with staff, patients, and families, demonstrating care and concern, collaborating with others, working well as part of a team
- Service – Answering questions, clarifying and explaining information, providing education and teaching care techniques, interacting with diverse populations, working well with the public, handling patient issues and complaints, utilizing problem solving skills
- Organizational/Clerical – Demonstrating efficiency and ability to get a job done, utilizing time management skills, multi-tasking, understanding and applying both written and verbal instructions, using basic computer and clerical skills, performing data entry operations, maintaining patient records and documentation

Based on this information you have the ability to perform the following occupation(s):

- Pre-Certification Nurse with a basic monthly income of $6,769
- Telephonic Triage Nurse with a basic monthly income of $6,769
- Telephonic Advice Nurse with a basic monthly income of $6,769
- Utilization Review Nurse with a basic monthly income of $6,769

Based on our review of the information contained in your claim file we have determined that you can perform, with reasonable continuity, the material and substantial duties of the above occupation(s) based on your capacity and skill level.

Therefore, you do not meet Lcmc Health's definition of disability beyond 24 month change in definition and we must deny your claim for further benefit consideration. Benefits will be paid through November 8, 2023, and your claim is closed as of November 9, 2023.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Please submit all medical records from the offices of all of your treating providers, past and present, dated October 4, 2021, to the date of your full time return to work; emergency room records, all diagnostic testing including lab results, physical therapy records, consultation reports, return to work accommodations request, surgical consultations, pharmacy records, hospital records and office chart notes from any additional medical providers during your period of disability to the present time,

ongoing through your full return to work or date of appeal.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ą́ągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nichole Hulstine
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 39841
Secure Fax No.: (603) 334-0401

Lincoln Financial Group®
Lincoln National Life Insurance Company

GROUPBENEFITS - CLAIMS
PO BOX 8200
DOVER, NH 03821-0000
1-(800) 210-0268

Claim: 12028057
Claim Type: LTD
Payee Type: EMP

Customer: LCMC HEALTH
Subsidiary: LCMC HEALTH - ASO
Location: CHILDRENS HOSPITAL NEW ORLEANS
Employee: LUCIA A ROMAGOSA

Policy Number: GF3-890-LF0494-01
Pmt Period: 06/09/23 - 11/08/23
Pmt Date: 06/30/23
Check #: 110024341

Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 20800.00 | $ 0.00 | $ 0.00 | $ 20800.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 20800.00 |

Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Offset $ 0.00

Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Deduction $ 0.00

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 0.00

MEMO:AP&C CLAIM CLOSED

Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 20800.00 | Benefit Tax %: 100.00 | Federal Excludable Wages: $ | 0.00 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 20800.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 20800.00 | Employee State: LA | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

July 6, 2023

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

We received notification your claim has closed. At the time your disability claim closed you were pursing Social Security benefits.

As you know, your employer's disability plan requires us to reduce your disability benefits by the amount of income you receive from other sources, including Social Security, for yourself and any eligible dependents. A retroactive award may cause your disability claim to be considered overpaid, and you are responsible for repaying amounts paid for periods covered by your Social Security award. This obligation remains regardless of the status of your disability claim.

The last correspondence we received advised the Social Security Disability claim is still pending at level of application.

To update our files, please provide a copy of your most recent status from the Social Security Administration**.** This could be in the form of a Denial letter or a Notice of Award. If your claim is still Pending, please keep this letter and reach out once a decision is made. If you are awarded, please provide a copy of your Notice of Award letter. Please be sure not to spend any retroactive payment you receive until we determine the overpayment of your benefits.

If you are unable to locate a copy of your most recent update, you may access this by visiting the Social Security Administration's website at www.socialsecurity.gov/myaccount where you can create an account and obtain any updates.

You may forward this information via mail, fax, or email to:

- The address in the above letterhead
- Fax Number: 603-334-0401 or
- Email: disabilitydocuments@lfg.com

If you are working with a vendor, they will continue to represent you through the hearing at no charge to you. The vendor will also provide us with updates as they occur, and you can disregard the above request for an update.
If you have any questions regarding this matter, please contact me.

Sincerely,

Alexus Crawford
Claims Examiner II, SS
Phone No.: (888) 437-7611 Ext. 89056
Secure Fax No.: (603) 334-0401

Social Security Administration

# Retirement, Survivors and Disability Insurance

Date: July 21, 2023
Employee's Name: LUCIA ROMAGOSA
Employee's Social Security Number:

J0633 0025343 P003 T00077
LINCOLN NATL LIFE INS CO
% WITHOLDING TAX INFOR REPORTING
PO BOX 21008
GREENSBORO, NC 27420-1008

Please complete the attached form for tax year 2022. The information that you provide will be used in making a determination regarding the amount of Social Security benefits payable to the above named individual.

You may submit Special Wage Payment files electronically by visiting SSA's website at www.socialsecurity.gov/employer, and selecting "Business Services Online (BSO)." If you file electronically, please do not mail paper copies of these forms to Wilkes-Barre Direct Operations Center.

We would appreciate receiving this information by August 11, 2023. An envelope requiring no postage is enclosed for your convenience. If you have any questions, please call us at 1-800-772-6270 between 7:30 a.m. and 4:00 p.m. eastern time.

*Social Security Administration*

0025343

Enclosures:
Form SSA-131-OCR
Envelope

Form Approved
OMB No. 0960-0565

Social Security Administration

# EMPLOYER REPORT OF SPECIAL WAGE PAYMENTS

## PART 1 - TO BE COMPLETED BY SSA/EMPLOYER:

| Tax Year | Employee Name | Employee's SSN | SSA Claim Number (To be completed by SSA) |
|---|---|---|---|
| 2022 | LUCIA ROMAGOSA | | |

| Employer | Address |
|---|---|
| LINCOLN NATL LIFE INS CO | % WITHOLDING TAX INFOR REPORTING<br>PO BOX 21008<br>GREENSBORO NC 27420-1008 |

## PART 2 - TO BE COMPLETED BY EMPLOYER:

Employees are sometimes paid wages in a year subsequent to the year that the wages were earned. The most common types of payments are accumulated (for prior years) vacation pay or sick pay paid after retirement; deferred compensation; severance pay (when paid on account of retirement) and bonuses — paid pursuant to a prior agreement or contract.

Wages which are earned in a year prior to the year they are paid usually do not affect benefits payable under the Social Security annual earnings test. However, for the Social Security Administration to pay benefits accurately, these prior year amounts must be reported to us. The above named individual has filed for Social Security benefits. To ensure that correct Social Security benefits are paid, please complete the information below and return this form to the Social Security Administration. (Please see reverse side for instructions for the completion of this form.)

| 1. Employer Identification Number (EIN) | 2. Retirement date (MM/DD/YY) | 3. Date employee last performed services (MM/DD/YY) |
|---|---|---|
| 350472300 | / / | / / |

If the dates in items 2 and 3 are not the same, please explain the difference.

4. For wages paid to the employee in the "tax year" (see Part 1 above), enter the amount that was for services performed prior to the tax year; or was not attributable to services rendered during the tax year; or was paid on account of retirement: → $ , .
If "None", enter "0"

Check the type(s) of wages paid in the tax year but for services performed in a prior year or were paid on account of retirement.

☐ Vacation Pay ☐ Sick Pay ☐ Severance Pay
☐ Bonus ☐ Deferred Compensation
☐ Other (Explain) ______

5. Will payments listed in item "4" be made for years after the tax year? ☐ Yes ☐ No

If answered Yes, please show the amounts and years in which these amounts will be paid, if known.

| Amount | Year | Amount | Year |
|---|---|---|---|
| $ , . | | $ , . | |
| $ , . | | $ , . | |
| $ , . | | $ , . | |

0025343

6. Nonqualified deferred compensation and section 457 plans only. If payments and deferrals occurred during the tax year, enter the amount of wages earned by the employee during the tax year. $ , .

Signature →

| | Date | Phone Number |
|---|---|---|
| | | ( ) - |

Form SSA-131-OCR (7-2023) (Over)

## EMPLOYER INSTRUCTIONS FOR COMPLETING SPECIAL WAGE PAYMENT FORM

1. Provide the EIN that was used or will be used to report the employee's wages on the Form W-2.
2. Enter the date the employee retired. Enter "Not Retired" if the employee has not retired.
3. Enter the date that the employee last performed services; was not expected to return to work; and was not subject to recall to render additional services. This date should be the same as or earlier than the date in item "2". Enter "Not Retired" if the employee has not retired.
4. Enter the wages that were paid to the employee in the tax year that were for services that were performed in years *prior* to the tax year or that were paid on account of retirement. If "None", enter "0".

**Examples (not all inclusive) of payments to be included:**

- Payments in lieu of vacation that were earned in a year prior to the tax year.
- Accumulated sick payments which were paid in a lump sum based on "retirement" as the sole condition of payment.
- Accumulated sick payments paid at or after the date in item 3, which were earned in a year prior to the tax year.
- Payments "on account of retirement" –dismissal, severance or termination pay paid because of retirement.
- Bonuses which are paid pursuant to a prior contract, agreement or promise causing the employee to expect such payments regularly; or announced to induce the employee to work more steadily, rapidly or efficiently or to remain with the employer.
- Stock Options.

**Do not include in item "4", payments:**

- For annual, sick, holiday or vacation pay if used (absence from work) prior to the date of retirement (earlier of items "2" or "3").
- That were reported or will be reported under "Nonqualified Plans" on the form W-2.
- That were deducted from the employee's wages and paid to a deferred compensation plan (e.g., 401k).
- Employees' health and dental plan benefits (non-covered/non-taxable for Social Security wages).
- Bonuses *earned* and *paid* in the tax year.

5. Check whether payments listed in item 4 will be made for years after the tax year. If yes, please show the amounts and years in which these will be paid, if known.
6. **Nonqualified deferred compensation and section 457 plans only.** If you were unable to report nonqualified deferred compensation or section 457 plan payments and deferrals (contributions) on Form W-2 because both payments and deferrals occurred during the year, show the amount of wages **earned** by the employee during the tax year. Generally, the wages earned will be the compensation reported in block 1 of Form W-2 less payment from a nonqualified deferred compensation (or 457) plan, but including any amounts deferred under the plan during the tax year (See IRS Publication 957).

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 214 and 215 of the Social Security Act, as amended, authorize us to collect this information. We will use the information you provide on this form to make a determination concerning the amount of Social Security benefits payable to the above individual.

Completion of this form is voluntary; however, failure to provide all or part of the information may not allow us to make a correct determination regarding the amount of Social Security benefits payable to the above named individual for the year in question.

We rarely use this information you supply for any purpose other than for determining continuing eligibility. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, which include but are not limited to the following:

1. To enable a third party, or an agency to assist Social Security in establishing rights to Social Security benefits and/or coverage; 2. To comply with Federal laws requiring the release of information from Social Security records (e.g., to the Government Accountability Office and Department of Veterans' Affairs); 3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and, 4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of Social Security programs.

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. Information from these matching programs can be used to establish or verify a person's eligibility for Federally-funded or administered benefit programs and for repayment of payments or delinquent debts under these programs.

A complete list of routine uses for this information is available in our System of Records Notice entitled, Earnings Recording and Self-Employment Income System (60-0059). This notice, additional information regarding this form, routine uses of information, and our programs and systems are available on-line at www.socialsecurity.gov or at your local Social Security office.

**PAPERWORK REDUCTION ACT:** This information collection meets the clearance requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You are not required to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take 20 minutes to read the instructions, gather the necessary facts, and answer the questions.

WILKES BARRE DATA OPERATIONS CENTER
PO BOX 13100
WILKES BARRE PA 18767-3100

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES
PAID
SOCIAL SECURITY
ADMINISTRATION
PERMIT NO. G-11

**OFFICIAL BUSINESS**
**Penalty for Private Use, $300**

**IMPORTANT BUSINESS**

**From:**Staley, Sara <Sara.Staley@genexservices.com>
**Sent:**Wed, 14 Jun 2023 18:02:09 +0000
**To:**VendorReferrals
**Subject:**L. Romagosa Claim #12028057
**Attachments:**Peer Review Report_10228775BOCA.PDF, Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi ,

Attached are the Peer Review and Invoice for the above referenced claimant. If we can further assist you with this file, please don't hesitate to give us a call.

Thanks for the referral,

**Sara Staley**
*Quality Assurance Coordinator*
*Boca Raton, FL*
ECN, a division of Genex Services
**T**: 858.368.7360 | **F**: 561.392.5581

urac®
ACCREDITED
Independent Medical Examinations
Expires 04/01/2024

**Access our portal at: View My Cases**

The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination, forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

From: LFGNotifications@LFG.com
Sent: Thursday, June 15, 2023 4:02:46 PM
To: COM;
CC:
BCC:
Subject: [Send Secure]Lcmc Health Claim No. 12028057 Lucia Romagosa
Attachments: nbbvnsnm85zdt8wrtyz1_15489201.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

June 15, 2023

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Lcmc Health's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please refer to our December 5, 2022 letter which advised your claim was closed effective November 8, 2022.

Upon review of additional information provided, we have determined the medical evidence submitted supports your claim for benefits. Therefore, your claim has been reopened and you will receive benefits dating back to November 8, 2022.

Please note approval at this time does not guarantee payments through the maximum benefit duration. Your claim will be evaluated periodically to determine ongoing disability. We ask that you assist us with your claim to obtain the necessary information to continue benefits. Please notify our office immediately with any changes in your treatment.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nichole Hulstine
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 39841
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, June 15, 2023 4:03:22 PM |
| To: | COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Lcmc Health Claim No. 12028057 Lucia Romagosa |
| Attachments: | vjrkt2mnyobj2dkzof2o_15489586.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

June 15, 2023

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Lcmc Health's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nichole Hulstine
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 39841
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, June 16, 2023 6:44:43 AM |
| To: | COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Lcmc Health Claim No. 12028057 Lucia Romagosa |
| Attachments: | tctaojxlzcptusd4i08w_15491263.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

June 16, 2023

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under Lcmc Health's Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24 month, you must be disabled from any occupation. As your benefits began on November 9, 2021, the change in definition will occur on November 9, 2023. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nichole Hulstine
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 39841
Secure Fax No.: (603) 334-0401

GROUPBENEFITS - CLAIMS
PO BOX 8200
DOVER, NH 03821-0000
1-(800) 210-0268

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

Claim: 12028057
Claim Type: LTD
Payee Type: EMP

Customer: LCMC HEALTH
Subsidiary: LCMC HEALTH - ASO
Location: CHILDRENS HOSPITAL NEW ORLEANS
Employee: LUCIA A ROMAGOSA

Policy Number: GF3-890-LF0494-01
Pmt Period: 11/09/22 - 06/08/23
Pmt Date: 06/21/23
Check #: 109938361

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 29120.00 | $ 0.00 | $ 0.00 | $ 29120.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 29120.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Offset $ 0.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Deduction $ 0.00

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 0.00

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 29120.00 | Benefit Tax %: 100.00 | Federal Excludable Wages: $ | 0.00 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 29120.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 29120.00 | Employee State: LA | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

Lincoln Financial Group®

**Nicole Hall, MS, CRC**
Vocational Rehabilitation Consultant II
Group Protection

# Transferable Skills Analysis

**Date: 06/28/2023**
**Claimant: Lucia Romagosa**
**Claim #: 12028057**
**Policyholder: LCMC Health**
**Pre-disability Earnings: $6,933.33**
**Benefit Amount: $4,160.00**

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the insured's transferable skills to determine if alternative occupations exist in the national economy.

**The following documentation was reviewed:**
Employer provided Job Description, Training Education, and Experience (TE&E) form, previously completed Occupational Analysis (OA) dated 05/23/22, Neurology Peer Review completed by Dr. Morcos, M.D., dated 06/14/23, OASYS, Economic Research Institute (ERI) Occupational Assessor

**Education & Training:**
Education: High School Diploma, Associates Degree Nursing
Certifications/Licensures: RN, CPN
Computer Skills: Email, Internet, EPIC

Last 15 years of Work History:

**Work History:**

| DOT Code | Job Title/Occupation Title | Strength | Years |
|---|---|---|---|
| 075.364-010 | Nurse, General Duty | M | 27 |

**Skills & Abilities:**
Nursing – Providing assessment, planning, implementation, and evaluation of nursing care for patients, performing patient assessments, administering medications, carrying out established nursing procedures, performing nursing care for patients with various needs, performing lab draws, working as part of an interdisciplinary team, educating patients and their families on health-related issues, complying with safety standards and protocols, responding to emergencies, managing caseload of patients, performing telephonic case management duties, completing precise and detailed work, using hand—eye coordination, utilizing knowledge of medical terminology
Communication/Interpersonal – Speaking effectively, listening attentively, informing and consulting with staff, patients, and families, demonstrating care and concern, collaborating with others, working well as part of a team
Service – Answering questions, clarifying and explaining information, providing education and teaching care techniques, interacting with diverse populations, working well with the public, handling patient issues and complaints, utilizing problem solving skills
Organizational/Clerical – Demonstrating efficiency and ability to get a job done, utilizing time management skills, multi-tasking, understanding and applying both written and verbal instructions, using basic computer and clerical skills, performing data entry operations, maintaining patient records and documentation

**Restrictions and Limitations:**
Restrictions and Limitations used for this analysis was based off the Neurology Peer Review completed by Dr. Morcos, M.D., dated 06/14/23. Restrictions include the following:

- "Sitting: Unrestricted
- Standing: Frequent
- Walking: Frequent
- Lifting: Occasional, up to 20 lbs., utilizing both upper extremities together

- Pushing: Occasional, up to 20 lbs., utilizing both upper extremities together
- Pulling: Occasional, up to 20 lbs., utilizing both upper extremities together
- Carrying: Occasional, up to 20 lbs, utilizing both upper extremities together
- Reaching-
    - Over shoulder level: Unrestricted bilateral
    - To desk level: Unrestricted, bilateral
    - Below waist level: Unrestricted bilateral
- Fine manipulation: Unrestricted, bilateral
- Simple grasping: Unrestricted, bilateral
- Firm Grasping: Unrestricted, bilateral
- Climbing stairs: Unrestricted
- Balancing: Unrestricted
- Stooping: Unrestricted
- Bending: Unrestricted
- Kneeling: Unrestricted
- Crouching: Unrestricted
- Crawling: Unrestricted
- Ladder climbing: Unrestricted
- Lower extremities for foot controls- Unrestricted
- Exposure to unprotected heights: Never
- Exposure to uneven or slippery surfaces: Never
- Exposure to bodies of water where drowning may be a risk: Never
- Exposure to electrical hazards: Never
- Exposure to sharp objects: Never
- Exposure to moving mechanical parts: Never”

**Profile Adjustments:**
SVP: No adjustments made

GED: Mathematics adjusted to reflect the insured’s Associates Degree (Grades 13-14).

Physical adjustments were made to reflect the insured’s physical abilities as noted above. Strength was adjusted to Light.

Environmental Conditions were adjusted to “unknown” as limitations were not specified with the exception of wet and/or humid conditions, proximity to moving mechanical parts, exposure to electrical shock, and working in high exposed places, which were all adjusted to “never” given the above noted safety sensitive restrictions. Additional consideration was taken regarding restrictions for exposure to uneven/slippery surfaces and exposure to sharp objects.

Noise: Adjusted to “very loud” as no noise limitations were provided.

Aptitudes: No adjustments made

Situations adjustments, including performing repetitive or short-cycle work, influencing people in their opinions, attitudes, and judgments, performing a variety of duties, and working under specific instructions, were adjusted to “yes” to reflect the insured’s ability to complete routine natured reporting, charting, and documentation tasks, positively motivate and influence patients during stressful times, complete a wide range of direct patient care and nursing activities, as well as follow specific directions and instructions for work to maintain the wellbeing and safety of all patients.

Data adjustments, including synthesizing, coordinating, analyzing, computing, copying, and comparing, were adjusted to “yes” to reflect the insured’s ability to discover and develop new nursing skills and practices, provide nursing care and complete work in an organized sequence of operations, examine and evaluate patient medical information, utilize basic mathematical skills when administering medication and other interventions, use computer and clerical skills to enter in computerized notes and documentation, and visually compare patient charts when reviewing patients’ medical background and history.

People adjustments, including instructing, persuading, serving, and taking instructions-helping, were adjusted to “yes” to reflect the insured’s ability to teach, train, and instruct patients and their families on care methods and techniques, utilize persuasion skills to convince patients to follow care plans, tend to the needs and requests of patients, and follow precise instructions and directions for medical treatment.

Things adjustments, including operating-controlling and handling, were adjusted to “yes” to reflect the insured’s ability to physically operate, control, and handle medical and clerical tools such as paperwork and computer related instruments.

**Summary:**
While occupational alternatives were identified through the OASYS analysis, these options were ultimately omitted from the report as they fell outside of the insured’s current restrictions and limitations or did not meet their pre-disability earnings. However, based upon my vocational expertise and labor market research, the following occupations would be examples of viable occupational alternatives based upon the insured’s physical abilities and identified skills level.

**Examples of Occupations identified based on National labor market and the insured’s ability profile analysis:**

| Occupation | Strength | Monthly Wage |
|---|---|---|
| Pre-Certification Nurse | S | $6,769 |
| Telephonic Triage Nurse | S | $6,769 |
| Telephonic Advice Nurse | S | $6,769 |
| Utilization Review Nurse | S | $6,769 |

**Wage information is based on median 2022 data from the Bureau of Labor Statistics*

*Note: the occupations listed above have been verified through a review of physical demands from the ERI,* ***and/or*** *a review of material and substantial functions where data does not exist in the DOT* ***or*** *is considered out-of-date due to advancements in the occupation, technology, etc.*

I have not met with the insured for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

---

Respectfully submitted,

*Electronically Signed*
*Nicole Hall, MS, CRC*
*Vocational Rehabilitation Consultant II*
*Group Protection*

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 075.364-010 | Nurse, General Duty | 7 | 27 | 0 | Y | N | N | M | 10.02.01 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 7 (2 to 4 years) | No Change |
| Minimum | | 7 (2 to 4 years) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 5 Grades 13-14 | No Change |
| Mathematics | | 4 Grades 9-12 | 5 Grades 13-14 |
| Language | | 5 Grades 13-14 | No Change |
| **Physical Demands** | | | |
| Strength | Maximum | M Medium | L Light |
| | Minimum | M Medium | S Sedentary |
| Climbing | | Never | No Change |
| Balancing | | Never | Constantly |
| Stooping | | Occasionally | Constantly |
| Kneeling | | Never | Constantly |
| Crouching | | Never | Constantly |
| Crawling | | Never | Constantly |
| Reaching | | Frequently | Constantly |
| Handling | | Frequently | Constantly |
| Fingering | | Frequently | Constantly |
| Feeling | | Frequently | Constantly |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Occasionally | Unknown |
| Color Vision | | Frequently | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | No Change |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | No Change |
| Exposure to Electrical Shock | | Never | No Change |
| Working in High Exposed Places | | Never | No Change |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |
| Other Environmental Conditions | | Never | Unknown |
| Noise Intensity Level | | Moderate | Very Loud |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 3 (34-66 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 2 (67-89 Percentile) | No Change |
| Motor Coordination | 3 (34-66 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | No Change |
| Color Discrimination | 4 (11-33 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | No | No Change |
| Performing Repetitive Work | No | Yes |
| Influencing People | No | Yes |
| Performing a Variety of Duties | No | Yes |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | Yes | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | Yes |
| 1 Coordinating | No | Yes |
| 2 Analyzing | No | Yes |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | Yes |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | Yes |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | Yes |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | Yes | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | No | Yes |

Updated 6/28/23

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 190477**

**Date** **6/13/2023**

***Bill To:***

**Erin Trombley**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 12028057
**Date of Loss:** 5/11/2021
**ECN #** 209331-4
**Account #**

**Claimant** Lucia Romagosa

| | | |
|---|---|---|
| 6/5/2023 | Peer Review - Long Term Disability: Service<br>Provider: Zeyad Morcos, MD<br>Specialty: Neurology | $660.00 |
| | **SubTotal** | $660.00 |
| | **Final Invoice Total** | $660.00 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

# Zeyad Morcos, MD

***Board Certified in Neurology***

**Claimant Name:** Lucia Romagosa
**Reviewer:** Zeyad Morcos, MD
**ECN #:** 209331-4
**Claim #:** 12028057
**DOI/DOD:** 05/11/2021
**Date of Service:** 06/14/2023

## PEER REVIEW

### MEDICAL INFORMATION REVIEWED

- 05/03/2021 - East Jefferson General Hospital - Andre J. Mouledoux, MD - Hospitalization Note
- 05/03/2021 - East Jefferson General Hospital - Andre J. Mouledoux, MD - Emergency Department Record
- 05/05/2021 - 04/14/2023 - Unknown Facility - Michael Hickham, MD - Office Visit
- 05/11/2021 - Philip Jordan Putnam, MD - Discharge Documentation
- 05/11/2021 - East Jefferson General Hospital - Fuzzard MD - MRI of the Brain
- 05/08/2019 - 05/14/2021 - Lab Reports
- 05/12/2021 - 05/02/2023 - East Jefferson General Hospital - Enrique Segura, MD - Office Visit
- 05/12/2021 - East Jefferson General Hospital - Puneet K Singha MD - MRA of Circle of Willis
- 05/14/2021 - East Jefferson General Hospital - Varun C Choudry, MD - Discharge Documentation
- 06/15/2021 - Lincoln Financial Group - Michael Hickham, MD - Attending Physician's Statement
- 10/01/2021 - East Jefferson General Hospital - Puneet K Singha MD - MRI scan of the brain
- 04/12/2022 - Lincoln Financial Group - Restriction Form - Enrique Segura, MD
- 10/26/2022 - Lincoln Financial Group - Attending Physician's Statement - Enrique Segura, MD
- 01/19/2023 - Brandt Aymond, PA-C - Office Visit
- 04/04/2023 - Frank Joseph Rabito Jr, MD - Infectious Disease Progress Note

### CLINICAL SYNOPSIS

The claimant is a 63-year-old female registered nurse outpatient consulted for severe headaches and diagnosed with non-intractable headache, unspecified chronicity pattern, unspecified headache type and encephalitis.

### JOB DESCRIPTION

**Job Title:** Registered Nurse
**Summary:**
Provides appropriate medical care and counseling of the patient in a relaxed and caring manner. Provides the medical provider with professional, responsible support. The delivery of care will be provided under stable, and predictable conditions and within the framework of a patient care assignment. Care will be provided for patients from infancy to young adults.
**Job Responsibilities:**

- Measures & records appropriate vital signs based on departmental policy and patient age. Identifies abnormal values based on age and developmental level and reports findings to the appropriate medical provider.
- Participates in clinic flow, including but not limited to: assisting with patient arrival to the clinic, assisting in and performing patient procedures, scheduling new and follow-up patient appointments, facilitating a smooth patient exit from clinic.
- Prepares patients for examination, treatment and/or procedures.
- Observes patients for signs and symptoms of abuse/neglect and reports immediately in accordance with policy. Recognizes emergencies and responds appropriately in adherence to organizational policy & procedure. Provides non-complex procedures, according to clinic policy & documented competency, such as simple dressing changes.
- Provides for comfort needs of patients with consideration of age and special needs.
- Demonstrates a working knowledge of clinic equipment, including preparation of equipment; testing of equipment for safety prior to use on patients; cleaning and disinfecting of equipment (between patients and at clinic's end) according to hospital policy.
- Administers prescribed medication and / or vaccinations via ordered route in accordance with department policy; Considers patient growth and development and uses proper technique for infant, toddler, school-aged, adolescent, young adult and adult patients.
- Properly collects, prepares, and secures specimens for point of care clinic testing and / or transport when necessary. Performs point of care testing per Laboratory Point of Care Testing Guidelines.
- Maintains medication inventory and demonstrates proper disposal of expired medications. Properly stores medications according to department policy and ensures medication safety when using multi-dose vials and containers. Maintains refrigerator / freezer monitoring logs to ensure proper storage environment for all medications and vaccines. Follows departmental standards when a patient has adverse reaction in the clinic and when noting medication error.
- Reinforces provider education / instruction with patient and / or patient's caregiver. Organizes work and makes effective use of time.
- Documents appropriately in the patient medical record according to established departmental guidelines. Maintains privacy of patient personal health information by ensuring computer screens are secure in the absence of medical / nursing / clinical staff.
- Properly navigates Electronic Medical Record to obtain laboratory and radiology results, medical records, update patient demographic data, and schedule follow-up appointments.
- Completes proper paperwork including documentation of waived testing quality control procedures.
- Prepares safety reports when warranted or as directed by the clinic manager / designee.
- Demonstrates honesty, promptness, dependability, courtesy and respect in interactions with patients, caregivers, customers, co-workers, and staff.
- Projects a positive image & attitude by communicating in a courteous and professional manner, and responding with an appropriate tone of voice, facial expressions and gestures (including telephone communication). Recognizes when others require information, direction, or assistance and offers help.
- Promotes a professional image by adhering to hospital dress code and division policies on standard of dress. Consults and keeps clinic managers informed of clinic activities, requirements, and problems. Reports to the clinic manager prior to leaving the assigned clinical area.
- Demonstrates ability to manage patient and/or co-worker complaints in a calm, positive, non-judgmental manner, and reports these events to clinic manager on a daily basis

- Implements standard and transmission-based precautions, per hospital policy. Performs hand hygiene, as outlined in hospital policy. Ensures patient safety during clinic visits, per hospital policy.
- Demonstrates knowledge of all equipment including computers, printers, scanners & fax machines. Obtains medical records from outside facilities when needed or requested by a medical provider. Scans outside correspondence into the appropriate area of the electronic medical record. Answers the telephone and routes calls promptly to the appropriate person.

**Physical Demands:**
The claimant can sit, climb, lift, push/pull, reach forward, reach overhead, deviate wrist position and taste or smell occasionally. She can stand, lift, carry objects, twist, bend, reach forward, punch or fine motor activities frequently. She can continuously walk, talk and hear. She lifts/carries weight up to 10 pounds of sedentary work occasionally and negligible amount of force frequently. The claimant can do light work like lifting/carry weight up to 20 pounds occasionally. Medium work 20 to 50 pounds of force occasionally. Heavy work of 50 to 100 pounds of force occasionally and very heavy work of 100 pounds of force occasionally as well.

**DIAGNOSTIC REPORTS**

05/11/2021 - East Jefferson General Hospital - MRI of the Brain - Fuzzard MD
The diagnosis was headache and Migraine headache.
The MRI of the brain showed:
Impression:

1. Abnormal T2 signal abnormality and corresponding leptomeningeal enhancement throughout the cortical sulci of bilateral cerebral hemispheres. Findings may represent infection.

05/12/2021 - East Jefferson General Hospital - MRA of circle of Willis - Puneet K Singha MD
The diagnosis was headache, unspecified
The MRA of the circle of Willis showed
Impression:

1. Normal MRA of circle of Willis.

10/01/2021 - East Jefferson General Hospital - MRI scan of the brain - Puneet K Singha MD
The diagnosis was encephalitis and encephalomyelitis, unspecified.
The MRI of the brain showed:
Impression:

1. No evidence for acute infarct.
2. Stable minimal changes of small vessel ischemic disease.

**LAB REPORTS**

05/08/2019 - Lab Reports
PRO-BNP- 182.7, Result - High

05/11/2021 - Lab Reports
CST WBC and Nuc. Cells - 19, Result - High
CST WBC and Nuc. Cells - 26, Result - High
Protein CSF - 267.6, Result - High

Glucose - 104, Result - High
BUN Creatinine - 43, Result - High
Calcium - 8.3, Result - Low

05/13/2021 - Lab Reports
Glucose - 103, Result - High
Creatinine - 0.4, Result -Low
K - 5.5, Result - High
CO2 - 33, Result - High
TSH - 6.10, Result - High
Vitamin D 25 HY - 29, Result -Low

05/14/2021 - Lab Reports
Absolute Neutrophil -8.3, Result - High
Glucose - 109, Result - High

**OFFICE VISITS**

05/03/2021 - East Jefferson General Hospital - Hospitalization Note - Andre J. Mouledoux, MD
Complaints - The claimant complains of constant headache since getting Johnson & Johnson covid vaccine 3 weeks ago. She reports pain located in bilateral temples and radiates to the top of head. She reports associated nausea and vomiting along with sensitivity to loud sound and photophobia. She states this was the worst headache of my life. She describes pain to be 10/10 in severity without any alleviating factors. Dx: acute headache. Plan: Counseling on need for close follow up and red flags of disease process. Prescribed Acetaminophen/ Butalbital/ caffeine.

05/03/2021 - East Jefferson General Hospital - Emergency Department Record - Andre J. Mouledoux, MD
Complaints - The claimant complains of severe headache. She presents to the emergency department complaining of constant severe headache and pressure since getting Johnson and Johnson covid vaccine 3 weeks ago. She reports pain located in bilateral temples and radiates to the top of head. She reports associated nausea and vomiting along with sensitivity to loud sound and photophobia. She states that this is the worst headache of my life. She describes pain to be 10/10 in severity without any alleviating factors. Dx: acute headache. Plan: Counseling on need for close follow up and red flags of disease process. Prescribed Acetaminophen/ Butalbital/ caffeine.

05/05/2021 - 04/14/2023 - Office Visit - Michael Hickham, MD
05/05/2021 - Complaints: The claimant was present with headache since Covid Vaccine. She reports getting dizzy and having memory issues. She reports that about 3 weeks ago she began with a very bad headache with anterior posterior facial pressure and scotoma along with dizziness. She also has pressure pain in the ears when she masticates. Dx: Perennial allergic rhinitis, chronic sinusitis, migraine headaches with aura and temporomandibular joint disorder. Plan: Prescribed Ubrogepant and Ubrelvy 50 mg. Ordered for MRI of the head. Discussed about the allergic environmental precautions and literature was provided to reinforce the counseling session. 05/07/2021 - Dx: Allergic rhinitis, temporomandibular joint disorder, Chronic sinusitis, Headache, other myositis, multiple sites. Plan: Referred to neurologic consultation. 05/11/2021 - Complaints: The claimant was present with the chief complaint of headache. She complains of a severe headache with photophobia particularly on the left side for about 3 weeks. She also states that her thinking has been cloudy, but she admits to taking Xanax several times daily. Dx: Headache, Chronic sinusitis,

Allergic rhinitis, Other myositis multiple sites and viral meningitis. Plan: Recommended to get a lumbar puncture. Ordered for single/mlt trigger point injection, and Triamcinolone injection. Ordered for MRI of the head. 05/24/2021 - Complaints: The claimant was present as she still continued to have headaches. She was diagnosed with meningeal inflammation with a negative spinal tap. She was admitted to the hospital after this was revealed as an MRI of the head. She would like trigger point injection as that seems to help with her terrible headaches and fogginess. Dx: Headache, Severe headache secondary to primary, Chronic sinusitis, Migraine, Other myosotis multiple sites and meningitis. Plan: Recommended to follow up neurology as scheduled. 06/18/2021 - Complaints: The claimant was evaluated by infectious disease and neurology with extensive testing and work up. She continues with headaches though they were much less intense, and she did have Botox administered and felt there was some improvement, but headaches continue, nonetheless. Dx: Headache, temporomandibular joint disease, meningitis, chronic sinusitis, temporomandibular joint disorder and migraine headaches as well as headaches related to meningitis. Plan: Ordered MRI scan of the head with Gadolinium. Referred to a neurologist. 01/13/2023 - Complaints: The claimant complains of greater than 10 debilitating headaches monthly and sees a neurologist. Her headaches have not responded adequately to the extensive medical treatment. She presents for the visit asking for Botox as this helped her immensely last time. Dx: Perennial allergic rhinitis, Chronic sinusitis status post endoscopic sinus surgery, temporomandibular joint disorder and migraine headaches without aura. Plan: Advised to continue nasal hygiene. 04/14/2023 - Complaints: The claimant was present for Botox injection. Dx: Migraine headache and temporomandibular joint disorder. Plan: Risk, benefits and alternatives of Botox injection was discussed with the claimant at length and in detail. Will be repeating the procedure in three months. Claimant has been instructed to call a week prior to the 3 month time interval such that Botox can be procured.

05/11/2021 - Discharge Documentation - Philip Jordan Putnam, MD
Complaints: The claimant told she has viral meningitis and sent for spinal tap. She complains of headaches since 04/17/2021. The claimant presents with 3-4 weeks history of headache. She states that she received the Johnson and Johnson Covid vaccine on April 10. Approximately after 5 days she began having daily severe headaches which she describes as bilateral squeezing or vice grip around her head. She has associated nausea, photophobia and phonophobia. She reports that she had Covid in March 2020 and was sick for a few months following the acute infection. Dx: Headaches and Anxiety. Plan: Prescribed Zofran, Ativan and Toradol. Referred to Neurology.

05/14/2021 - East Jefferson General Hospital - Discharge Documentation - Varun C Choudry, MD
Complaints: The claimant was told she has viral meningitis and sent for spinal tap. She complains of headaches since 04/17/2021. The claimant presents with 3-4 weeks history of headache. She states that she received the Johnson and Johnson Covid vaccine on April 10. Approximately after 5 days she began having daily severe headaches which she describes as bilateral squeezing or vice grip around her head. She has associated nausea, photophobia and phonophobia. Her headaches have been daily and lasting for several hours. They have now become very disruptive to her life as she has difficulty driving. She reports that she had Covid in March 2020 and was sick for a few months following the acute infection. Dx: Headache, Abnormal MRI, Anxiety and history of breast cancer. Plan: Prescribed Medrol Dosepak 4 mg and Zofran 8 mg. Recommended follow up with primary care physician in 1-2 weeks and visit Enrique Segura, Neurology within 2 weeks.

06/15/2021 - Lincoln Financial Group - Attending Physician's Statement - Michael Hickham, MD
The claimant was diagnosed with meningitis and migraine. Her symptom was a chronic headache. An MRI scan was performed. The disability circumstances were classified into illness. The initial date which

symptoms appeared was 05/05/2021 and initial treatment date was recorded as 05/11/2021. The hospital confined date was from 05/11/2021 to 05/14/2021. The prognosis for recovery was good and the ongoing treatment was to control pain. Her return date to work was undetermined.

05/12/2021 - 05/02/2023 - East Jefferson General Hospital - Office Visit - Enrique Segura, MD
05/12/2021 - Complaints: The claimant had a history of breast cancer and was treated with bilateral mastectomy in 2012. The claimant went to the emergency room due to 3 to 4 weeks. She had a history of headache and had an MRI, which showed leptomeningeal enhancement with some subarachnoid blood. She reports she had Johnson and Johnson covid - 19 vaccines. After 5 days of vaccination, she began to develop a holocephalic headache. The headache was associated with photophobia, phonophobia and nausea. Dx: Headache, Abnormal MRI and anxiety. Plan: Advised to consult for the infectious disease. Also, with neurology. Prescribed dexamethasone 4 mg. Labs were ordered, CT of the chest, abdomen and pelvis were also ordered. 05/13/2021 - Complaints - The claimant presents for the leptomeningeal enhancement and headaches. She reported a morning bilateral headache this morning. She stated the steroids helped tremendously. Ct of the chest, abdomen and pelvis was done. Dx: Headache, abnormal MRI, anxiety and history of breast cancer. Plan: Cerebral angiogram per neurosurgery. 07/23/2021 - The claimant presents for the hospital follow up for the migraines and vertigo. Dx: Encephalitis, Headache and Dizziness. Plan: Labs were ordered. Prescribed amitriptyline 10 mg and Recommended to methylprednisolone. Recommended follow up in 6 weeks. 11/30/2021 - Complaints: The claimant presents for the headaches and paperwork. MRI of the brain was performed. Dx: Encephalitis, headache and depression. Plan: Advised to increase the dose of Elavil 20 mg to 25 mg and continue with Ubrelvy 100 mg. Recommended follow up in 6 weeks. 01/28/2022 - Complaints: The claimant presents for the follow up and complaints of head injury. Dx: Encephalitis and headache. Plan: Advised to increase the dose of Elavil to 50 mg and Nurtec. Recommended follow up in 4 weeks. 04/12/2022 - Complains: The claimant presents for the follow up visit and complaints of brain bleeding. She reports mild headaches remain overall stable since last visit. It worsens to the point of debilitation. She adds that she will take an additional 25 mg when experiencing a headache. She also complains of insomnia. The claimant has been scheduled for a surgical procedure with anesthesia to the very next month and she would like to have clearance for the surgery. Dx: non intractable headache, unspecified chronicity pattern, unspecified headache type and encephalitis. Plan: Labs were ordered. Prescribed amitriptyline 50 mg and ambulatory referral to neurology. Increased the dose of Elavil 50 mg. Referred to Dr. Voigt for further evaluation. Advised to start a sedentary or light duty work. Recommended follow up. 12/21/2022 - Complaints: The claimant presents to the clinic as a follow up for headache. She complains of weekly headaches. She reports the Amitriptyline was working. She was concerned about returning to work due to the ongoing nature and severity of the headaches as well as fatigue. Dx: Non intractable headache, unspecified chronicity pattern, unspecified headache type and encephalitis. Plan: Samples of Qulipta were provided and asked the claimant to update the physician on her response to the medication. Informed the claimant that she could return to part time, light duty, sedentary work if possible. 03/16/2023 - Complaints: The claimant presents to the clinic as a follow up for headache. She reports she has been waking up throwing up because of her headaches. She states that sometimes they occur once weekly and sometimes up to three times weekly. She notes that if she stays in a quiet, dark room, she starts feeling better. Also, she notes that sometimes specific areas of her head hurt while other times the whole head hurts. She does receive Botox treatment but notes that they don’t seem to be working. Dx: Encephalitis, Non intractable headache, unspecified chronicity pattern, unspecified headache type and chronic migraine without aura without status migrainosus not intractable. Plan: Prescribed Qulipta 60 mg. Samples of Nurtec provided for acute migraine management. Ordered for MRI of the brain. 05/02/2023 - Complaints: The claimant presents to the clinic as a follow up for headache. She reports her headaches remained unchanged. Dx: Non intractable headache, unspecified chronicity pattern, unspecified headache

type; encephalitis and chronic migraine without aura without status migrainosus, not intractable. Plan: If headaches continue unchanged and brain MRI was unremarkable, might consider referral to headache specialist.

04/12/2022 - Lincoln Financial Group - Restriction Form - Enrique Segura, MD
The claimant was diagnosed with encephalitis and headaches. She was first treated on 05/12/2021 and was last treated on 04/12/2022. She was restricted to lift and carry weight up to 20 pounds occasionally and sitting and standing and walking frequently. She had the symptoms of fatigue, she had problems with high stress and multitasking duties. The claimant can return to the work only for light to sedentary work duties.

10/26/2022 - Lincoln Financial Group - Attending Physician's Statement - Enrique Segura, MD
The claimant was diagnosed with non intractable headache unspecified, chronic pattern and encephalitis. She had the symptoms of fatigue, cognitive symptoms and headaches. Symptoms first appeared on 05/12/2021 and she was advised to stop working from 04/12/2022 until she was stable. The claimant was restricted to lift/carry 1-5 lbs. frequently and never to walking/sitting/balancing/stooping/kneeling and fingering. The claimant can crouch/crawl/grasp. Push/pull and bend occasionally. He can reach overhead, desk level and below waist occasionally. The treatment provided with medications.

01/19/2023 - Office Visit - Brandt Aymond, PA-C
Complaints - The claimant is a 63-year-old female status post functional endoscopic sinus surgery several years prior for chronic sinusitis. Doing well postoperatively. Presented to the clinic today as she tested positive for COVID 2 days with symptoms beginning 3 days prior. She was complaining of severe sore throat and painful swallowing and requesting a strep test. Additionally, she has typical COVID symptoms of nasal congestion, cough, and headache. She was taking Paxlovid previously prescribed. Dx: Chronic sinusitis, COVID-19, Migraine without aura and Temporomandibular disorder. disease. Plan: Advised to continue nasal hygiene and taking Paxlovid. Recommended adequate hydration, over the counter medications and cold medications. Follow up if no improvement or sooner as needed.

04/04/2023 - Infectious Disease Progress Note - Frank Joseph Rabito Jr, MD
Complaints - The claimant was admitted to the hospital in May 2021 with encephalitis thought to be secondary to the Johnson and Johnson COVID 19 vaccination. At that time, she had an extensive workup including lumbar puncture MRI of brain negative CT scan of chest and abdomen and sedimentation rate of 2. She had a history of breast cancer on tamoxifen. She receives Botox injections to the scalp and TMJ. She is followed by Dr. Segura of Neurology. Since May of 2021 She has had severe migraine headaches approximately 3 times a week. They are debilitating and associated with nausea and vomiting. She must crawl into a dark room. She last worked in May of 2021 as a nurse at Children's Hospital. She is on multiple medications for headaches. Dx: Encephalitis. Plan: Ordered lab work for CBC with differential sedimentation rate, C-reactive protein, procalcitonin and ANA.

05/04/2023 - LCMC Health - Progress Notes - Angela Cadenas, MA - Miscellaneous text.

**CALLS TO TREATING PROVIDERS**

Dr. Enrique Segura, Phone: 504-885-7337

6/6/2023, at 10:09 AM ET - Call placed to Dr. Segura at 504-885-7337 to offer the provider an opportunity to provide additional information regarding their patient. Transferred to the MA voicemail, and a detailed reason for the call and contact information was provided.

6/7/2023, at 10:33 AM ET - Call placed to Dr. Segura at 504-885-7337 to offer the provider an opportunity to provide additional information regarding their patient. Transferred to the MA voicemail, and a detailed reason for the call and contact information was provided.

6/13/2023, at 12:04 PM - Call placed to Dr. Segura at 504-885-7337 to offer the provider an opportunity to provide additional information regarding their patient. Transferred to MA, Angela, and a detailed reason for the call and contact information was provided.

Dr. Michael Hickham, Phone: 504-885-7337

6/6/2023, at 10:11 AM ET - Call placed to Dr. Hickham at 504-885-7337 to offer the provider an opportunity to provide additional information regarding their patient. I spoke with reception. Stated there is no Dr. Hickham at their office. No message left.

**Questions Answered:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Chronic migraine without aura without status migrainosus not intractable (G43.709)
Headache, unspecified, non-intractable (G44.221)
Encephalitis (G04.81) – not supported as impairing

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Perennial allergic rhinitis (J30.89)
Chronic sinusitis status post endoscopic sinus surgery (J32.9)
temporomandibular joint disorder (M26.60)

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 11/8/2022 to - 11/9/2023 and beyond, and comment on the expected duration.**

The claimant was a 63-year-old female consulted for severe headaches and diagnosed with non-intractable headache, unspecified chronicity pattern, unspecified headache type and encephalitis. The claimant has been followed by neurology, Enrique Segura, MD.

On 12/21/2022 with Enrique Segura, MD the claimant was seen for a follow up for headache. She complains of weekly headaches. She reports the Amitriptyline was working. She was concerned about returning to work due to the ongoing nature and severity of the headaches as well as fatigue. The claimant was diagnosed with non intractable headache, unspecified chronicity pattern, unspecified headache type and encephalitis.

Plan: Samples of Qulipta were provided and asked the claimant to update the physician on her response to the medication. Informed the claimant that she could return to part time, light duty, sedentary work if possible. On 03/16/2023 the claimant was seen for a follow up for headache. She reports she has been waking up throwing up because of her headaches. She states that sometimes they occur once weekly and sometimes up to three times weekly. She notes that if she stays in a quiet, dark room, she starts feeling better. Also, she notes that sometimes specific areas of her head hurt while other times the whole head hurts. She does receive Botox treatment but notes that they don't seem to be working. The claimant was diagnosed with encephalitis, non intractable headache, unspecified chronicity pattern, unspecified headache type and chronic migraine without aura without status migrainosus not intractable. The claimant was prescribed Qulipta 60 mg, samples of Nurtec provided for acute migraine management. The claimant was ordered to undergo MRI of the brain. On 05/02/2023 the claimant was seen for a follow up for headache. She reports her headaches remained unchanged. She was diagnosed with non intractable headache, unspecified chronicity pattern, unspecified headache type; encephalitis and chronic migraine without aura without status migrainosus, not intractable. She was advised that if headaches continue and unchanged and brain MRI was unremarkable, might consider referral to headache specialist.

On 01/13/2023 with Dr. Michael Hickham the claimant was seen for greater than 10 debilitating headaches monthly and sees a neurologist. Her headaches have not responded adequately to the extensive medical treatment. She presents for the visit asking for Botox as this helped her immensely last time. She was diagnosed with Perennial allergic rhinitis, chronic sinusitis status post endoscopic sinus surgery, temporomandibular joint disorder and migraine headaches without aura. The claimant was advised to continue nasal hygiene. On 04/14/2023 the claimant underwent Botox injection. The claimant was diagnosed with migraine headache and temporomandibular joint disorder. The plan provided included risk, benefits and alternatives of Botox. The claimant was prescribed Botox injections every 3 months.

The claimant has record of previous imaging on 05/11/2021 that included MRI of the brain The MRI of the brain, MRA of circle of Willis, and on 10/01/2021 MRI scan of the brain that showed no abnormal findings.

On 10/26/2022 Enrique Segura, MD opined the claimant was diagnosed with non intractable headache unspecified, chronic pattern and previous history of encephalitis that caused impairment. She had the symptoms of fatigue, cognitive symptoms and headaches. Symptoms first appeared on 05/12/2021 and she was advised to stop working from 04/12/2022 until she was stable. The claimant was restricted to lift/carry 1-5 lbs. frequently and never to walking/sitting/balancing/stooping/kneeling and fingering. The claimant can crouch/crawl/grasp. Push/pull and bend occasionally. She can reach overhead, desk level and below waist occasionally. The treatment provided with medications. This reviewer respectfully disagrees with treating provider Enrique Segura, MD on 10/26/2022. The clinical and diagnostic findings and treatment frequency do not support the claimant is precluded from full time occupational demands from a neurological standpoint.

Based on the available medical records there is evidence that the claimant was diagnosed with non intractable headache unspecified, chronic headache and fatigue that is causing impairment. The claimant has a previous history of encephalitis that has resolved and is not impairing. On 12/21/2022 her treating provider opined the claimant could return to occupational demands at a light or sedentary level of function. The claimant has record of previous imaging on 05/11/2021 that included MRI of the brain The MRI of the brain, MRA of circle of Willis, and on 10/01/2021 MRI scan of the brain that showed no abnormal findings. Upon multiple physical examinations there were noted no new neurological deficits or abnormal findings. The presence of no abnormal physical exam findings support that the claimant is able to perform activities

of daily living. The claimant's clinical and diagnostic findings do not support the claimant cannot perform functional occupational demands on a full time from 11/8/2022 to - 11/9/2023 and beyond.

Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, the supported level of impairment translates into restrictions and limitations from 11/8/2022 to - 11/9/2023 and beyond

The claimant is managed for the condition chronic intractable migraine, headache, and other fatigue.
Sitting: Unrestricted
Standing: Frequent
Walking: Frequent

The claimant is managed for the conditions of chronic intractable migraine, headache, and other fatigue.
Bilateral Upper Extremities-
-Lifting: Occasional, up to 20 lbs., utilizing both upper extremities together
-Pushing: Occasional, up to 20 lbs., utilizing both upper extremities together
-Pulling: Occasional, up to 20 lbs., utilizing both upper extremities together
-Carrying: Occasional, up to 20 lbs, utilizing both upper extremities together

There were no significant findings associated with upper extremity pain or motor deficits, below the level of the shoulders bilaterally on review of the available medical records.
Reaching-
-Over shoulder level: Unrestricted bilateral
-To desk level: Unrestricted, bilateral
-Below waist level: Unrestricted bilateral

There were no significant findings associated with upper extremity pain or motor deficits, below the level of the shoulders bilaterally on review of the available medical records.
Bilateral Upper Extremities-
-Fine manipulation: Unrestricted, bilateral
-Simple grasping: Unrestricted, bilateral
-Firm Grasping: Unrestricted, bilateral

The claimant is managed for the conditions of chronic intractable migraine, headache and other fatigue
Climbing stairs: Unrestricted
Balancing: Unrestricted
Stooping: Unrestricted
Bending: Unrestricted
Kneeling: Unrestricted
Crouching: Unrestricted
Crawling: Unrestricted
Ladder climbing: Unrestricted
Lower extremities for foot controls- Unrestricted

The claimant is managed for the conditions of chronic intractable migraine, headache and other fatigue
Exposure to unprotected heights: Never
Exposure to uneven or slippery surfaces: Never
Exposure to bodies of water where drowning may be a risk: Never

Exposure to electrical hazards: Never
Exposure to sharp objects: Never
Exposure to moving mechanical parts: Never

The above medically supported restrictions and limitations are likely temporary as of **11/8/2022 to - 11/9/2023 and beyond.** The duration of the outline restrictions/limitations is 6 months from the date of this report. There is expectation of claimant improvement after an additional six (6) months. The basis for this opinion is that the current and/or planned treatment is reasonably likely to result in less restrictions and/or limitations for the claimant by the end of the (6) month period. Therefore, re-evaluation in six (6) months would typically be indicated/applicable.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

Yes, the medical records do support the restrictions and limitations that were recommended by treating providers for the timeframes in question.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts, child or elder care issues, or legal issues) that may adversely impact work?**

No, there are no non-medical circumstances identified in the medical records that may adversely impact work.

**7. Please document three phone call attempts over five business days to the listed providers to discuss the claimant`s impairment, the duration of impairment and/or treatment plan.**

See peer to peer contact attempts.

**8. If recommending re-evaluation, please explain what is expected to change that would demonstrate expected improvement in functional capacity.**

The above medically supported restrictions and limitations are likely temporary as of **11/8/2022 to - 11/9/2023 and beyond.** A change of the claimant's reduction of severity and frequency of headache symptoms is anticipated, and could demonstrate improvement in functional capacity. A record of the claimant's headache diary would be helpful in determining a change in headache severity and frequency. The duration of the outline restrictions/limitations is 6 months from the date of this report. There is expectation of claimant improvement after an additional six (6) months. The basis for this opinion is that the current and/or planned treatment is reasonably likely to result in less restrictions and/or limitations for the claimant by the end of the (6) month period. Therefore, re-evaluation in six (6) months would typically be indicated/applicable. The expected change in condition would be a decrease in headache frequency and severity. The claimant is currently experiencing headaches weekly up to 3 times per week.

I hereby attest, as the reviewer of this request, I have personally reviewed all documents presented to me and that the opinion in this report is my own. I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person's authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that are dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative functions. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.

Sincerely,



Zeyad Morcos, MD
Board Certified Neurologist
State Medical Licensure
MA: 216805

ECN
Exam Coordinators Network A division of Genex Services, LLC
Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Lucia Romagosa
Claim Number: 12028057
Case Number: 209331-4

"I, Zeyad Morcos, MD, am a physician duly licensed to practice medicine in the State of MA. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

6/14/2023

Signature of Physician Date

Medical/Professional License # 216805

## 03/16/2023 - Follow-Up in East Jefferson Neurological Associates (continued)

### Imaging (continued)

Ordering user: Enrique Segura, MD 03/16/23 1130
Authorized by: Enrique Segura, MD
Frequency: Routine 03/16/23 -
Quantity: 1
Diagnoses
Encephalitis [G04.90]
Nonintractable headache, unspecified chronicity pattern, unspecified headache type [R51.9]

Ordering provider: Enrique Segura, MD
Ordering mode: Standard
Class: Ancillary Performed
Indications of use: Headache, new or worsening (Age >= 50y)

#### Questionnaire

| Question | Answer |
|---|---|
| Does the patient have any of the following implanted devices: | None |
| Is the patient claustrophobic? | No |
| What is the patient's sedation requirement? | No Sedation |
| Is the patient over 550 lbs? | No |
| Does the patient have a cochlear implant? | No |
| Patient or physician site preference? | EJGH |

#### Screening Form

##### General Information

Patient Name: Romagosa, Lucia
Date of Birth:
Legal Sex: Female

MRN: 1003076293
Home Phone:
Mobile:

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| LCMC MRI BRAIN W WO CONTRAST | Enrique Segura, MD 504-885-7337 | Enrique Segura, MD 504-885-7337 | |

##### Screening Form Questions

No questions have been answered for this form.

Patient Signature    Date    Technologist Signature    Date

#### Indications

Encephalitis [G04.90 (ICD-10-CM)]
Nonintractable headache, unspecified chronicity pattern, unspecified headache type [R51.9 (ICD-10-CM)]

## 12/21/2022 - Follow-Up in East Jefferson Neurological Associates

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Enrique Segura, MD | Enrique Segura, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| East Jefferson Neurological Associates | 3800 Houma Blvd<br>Ste 325<br>Metairie LA 70006-3010 | 504-885-7337 | 504-456-5172 |

**Level of Service**

| Level of Service |
|---|
| PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN |

**Progress Notes**

**Progress Notes**

**Enrique Segura, MD at 12/21/2022 1340**

East Jefferson General Hospital
LCMC Health
EJ Neurological Associates

**Chief Complaint:**

**Chief Complaint**

Patient presents with

- Follow-up

**History of Present Illness:**

63 y.o. female with medical history significant for encephalitis, headaches, anxiety, hypothyroidism, and breast cancer s/p bilateral mastectomy (2012) presents to the clinic today as a follow up for headaches. At the time of her last visit, her headaches remained stable. She complained of insomnia, as well. Nurtec provided acute relief. Increased patient's Elavil dose to 50 mg QHS for headache prevention. Continued patient on Nurtec PRN for acute relief.

Today she reports the Amitriptyline is working. She takes 2-3 nightly depending on her needs. When she feels the onset of a headache she has previously used Nurtec prn. She has tried Ubrelvy with no relief. They occur a few times a week. She is concerned about returning to work due to the ongoing nature and severity of the headaches as well as fatigue.

**Review of Systems:**

Normal ROS except as noted in HPI.

**Problem List:**

**Patient Active Problem List**

Diagnosis

Progress Notes (continued)

- Malignant neoplasm of overlapping sites of both breasts in female, estrogen receptor positive (CMS/HCC)
- Osteopenia
- Chronic asthma, mild intermittent, uncomplicated
- Generalized anxiety disorder
- Headache disorder
- Iron deficiency
- History of gastric bypass
- Subclinical hypothyroidism

**Past Medical History:**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • asthma | |
| • Dependent edema | |
| • Encephalitis | |
| • Headache | |
| • Hypothyroidism | |
| • Major depressive disorder, single episode | |
| • Malignant neoplasm of female breast (CMS/HCC) | |
| • Syncope | |

**Family History:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • PVD | Father | |

**Social History:**

**Social History**

| Tobacco Use | |
|---|---|
| • Smoking status: | Never |
| • Smokeless tobacco: | Never |
| **Substance Use Topics** | |
| • Alcohol use: | Never |
| • Drug use: | Never |

**Medications:**

Current Outpatient Medications:
- albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/actuation inhaler, ProAir HFA 90 mcg/actuation aerosol inhaler Inhale 2 puffs every 4 hours by inhalation route., Disp: , Rfl:
- ALPRAZolam (XANAX) 1 MG tablet, Take 1 mg by mouth, Disp: , Rfl:
- amitriptyline (ELAVIL) 25 MG tablet, Take 3 tablets nightly by mouth, Disp: 90 tablet, Rfl: 11
- budesonide-formoteroL (SYMBICORT) 160-4.5 mcg/actuation inhaler, Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler Inhale 2 puffs twice a day by inhalation route., Disp: , Rfl:
- chlorhexidine (PERIDEX) 0.12 % solution, SWISH AND EXPECTORATE one TEASPOONFUL THREE TIMES DAILY, Disp: , Rfl:
- cholecalciferol, vitamin D3, 125 mcg (5,000 unit) tablet, Take 5,000 Units by mouth, Disp: , Rfl:

**12/21/2022 - Follow-Up in East Jefferson Neurological Associates (continued)**

Progress Notes (continued)

- famotidine (PEPCID) 10 MG tablet, Take 10 mg by mouth, Disp: , Rfl:
- levocetirizine (XYZAL) 5 MG tablet, Take 5 mg by mouth, Disp: , Rfl:
- naproxen sodium (ALEVE ORAL), Aleve Take last dose @ 0730 No date recorded No form recorded No frequency recorded No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded, Disp: , Rfl:
- NURTEC ODT 75 mg TbDL tablet, TAKE 1 TABLET BY MOUTH ONCE AS NEEDED FOR MIGRAINE HEADACHE. DO NOT EXCEED 1 TABLET IN 24 HRS, Disp: , Rfl:
- ondansetron (ZOFRAN) 8 MG tablet, Take 8 mg by mouth, Disp: , Rfl:
- prednisoLONE acetate (PRED FORTE) 1 % ophthalmic suspension, instill FIVE DROPS IN BOTH EARS THREE TIMES DAILY FOR 7 DAYS, Disp: , Rfl:
- sertraline HCl (ZOLOFT ORAL), Zoloft Take 1 time per day No date recorded No form recorded 1 time per day No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded, Disp: , Rfl:
- tamoxifen (NOLVADEX) 20 MG tablet, Take 1 tablet daily by mouth, Disp: , Rfl:

**Vital Signs:**

Vitals:

| | 12/21/22 1353 |
|---|---|
| BP: | 128/70 |
| Pulse: | 77 |
| Temp: | 98.7 °F |

**Physical Exam:**

GENERAL: 63 y/o Caucasian female. Normal affect and mood. Well-nourished.
NEURO EXAM
Mental Status: Alert and oriented x4, Normal speech and comprehension
Cranial Nerves: Pupils equal and reactive, EOMI, no facial asymmetry, midline tongue
Motor: No pronator drift, 5/5 strength throughout.
Reflexes: Symmetric with normal plantar responses.
Sensory: denies sensory deficits to light touch
Coordination: No dysmetria on finger to nose
Gait: normal

**Labs:**

Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 142 | 05/13/2022 |
| K | 5.5 (H) | 05/13/2022 |
| CL | 100 | 05/13/2022 |
| CO2 | 33 (H) | 05/13/2022 |
| BUN | 8.0 | 05/13/2022 |
| BUN | 17 | 05/13/2022 |
| CREATININE | 0.47 (L) | 05/13/2022 |
| GLU | 87 | 05/13/2022 |
| TSH | 6.10 (H) | 05/13/2022 |
| VITAMIND25HY | 29 (L) | 05/13/2022 |

**Diagnostic Results:**

No results found.

**Data:**
Previous neurology notes reviewed. CMP reviewed. TSH level reviewed.

**Assessment/Plan:**
Lucia was seen today for follow-up.

Diagnoses and all orders for this visit:

**Nonintractable headache, unspecified chronicity pattern, unspecified headache type**

**Encephalitis**

**Assessment/Plan:**
Patient complains of weekly headaches. She continues Amitriptyline 50mg-75mg nightly depending on her needs. She has used Nurtec prn for acute headache relief. She has tried Ubrelvy with no efficacy. She will continue Amitriptyline nightly. She will start Qulipta daily to hopefully obtain better preventive control of her headaches. Samples were provided in clinic today. She will call and update us on her response to the medication. Patient could return to part time, light duty, sedentary work if possible.

**Scribe Attestation:**
I, Clayton Merwin, scribed the above HPI for Dr. Segura on 12/21/2022
The above HPI was transcribed for me by scribe Clayton Merwin. I personally performed the history, exam, and medical decision making, and confirm that the transcribed note accurately reflects my work.

Electronically signed by Enrique Segura, MD at 12/28/2022 9:54 PM

LCMC Health

East Jefferson General Hospital
4200 Houma Blvd
METAIRIE LA 70006-2970

Romagosa, Lucia
MRN: 1003076293, DOB:
Visit date: 4/12/2022

Sex: F

## 04/12/2022 - Follow-Up in East Jefferson Neurological Associates

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
| --- | --- |
| Enrique Segura, MD | Enrique Segura, MD |

#### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| East Jefferson Neurological Associates | 3800 Houma Blvd<br>Ste 325<br>Metairie LA 70006-3010 | 504-885-7337 | 504-456-5172 |

#### Level of Service

| Level of Service |
| --- |
| PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN |

### Progress Notes

#### Progress Notes

**Enrique Segura, MD at 4/12/2022 1500**

East Jefferson General Hospital
LCMC Health
EJ Neurological Associates

**Chief Complaint:**
Chief Complaint
Patient presents with
- Follow-up
  *Brain bleeding*

**History of Present Illness:**
62 y/o female with a medical history significant for encephalitis, headaches, anxiety, hypothyroidism, and breast cancer s/p bilateral mastectomy (2012) returns to the clinic today for a follow up. On last visit, patient reported headaches were improved in intensity on Elavil 25 at bedtime. However, headaches were continuing to occur frequently. Patient's Elavil dose was increased to 50 mg at bedtime for headache prevention. She was continued on Nurtec PRN for acute relief of headaches. Today, patient reports mild headaches remain overall stable since last visit. Headaches will occasionally worsen to the point of debilitation. Headache triggers include exertion. She continues on Elavil 25 mg at bedtime and Nurtec PRN without complications. She adds that she will take an additional Elavil 25 mg PRN when experiencing a headache. Patient continues on Zoloft, as well. She has continued on Zoloft for several years now. Patient has tried and failed Ubrelvy in the past.

Patient complains of insomnia. She continues on Xanax 1 mg nightly without complications, but she voices wish to eventually discontinue Xanax.

Patient is scheduled for a surgical procedure with anesthesia next month and would like clearance for surgery.

Progress Notes (continued)

**Review of Systems**:
Normal ROS except as noted in HPI.

**Problem List:**
There is no problem list on file for this patient.

**Past Medical History:**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • asthma | |
| • Dependent edema | |
| • Encephalitis | |
| • Headache | |
| • Hypothyroidism | |
| • Major depressive disorder, single episode | |
| • Malignant neoplasm of female breast (CMS/HCC) | |
| • Syncope | |

**Family History:**
**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • PVD | Father | |

**Social History:**
**Social History**

| | |
|---|---|
| Tobacco Use | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Substance Use Topics | |
| • Alcohol use: | Never |
| • Drug use: | Never |

**Medications:**

Current Outpatient Medications:
- ondansetron (ZOFRAN) 8 MG tablet, Take 8 mg by mouth, Disp: , Rfl:
- albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/actuation inhaler, ProAir HFA 90 mcg/actuation aerosol inhaler Inhale 2 puffs every 4 hours by inhalation route., Disp: , Rfl:
- ALPRAZolam (XANAX) 1 MG tablet, Take 1 mg by mouth, Disp: , Rfl:
- amitriptyline (ELAVIL) 50 MG tablet, Take 1 tablet nightly by mouth, Disp: 30 tablet, Rfl: 5
- budesonide-formoteroL (SYMBICORT) 160-4.5 mcg/actuation inhaler, Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler Inhale 2 puffs twice a day by inhalation route., Disp: , Rfl:
- chlorhexidine (PERIDEX) 0.12 % solution, SWISH AND EXPECTORATE one TEASPOONFUL THREE TIMES DAILY, Disp: , Rfl:
- cholecalciferol, vitamin D3, 125 mcg (5,000 unit) tablet, Take 5,000 Units by mouth, Disp: , Rfl:
- famotidine (PEPCID) 10 MG tablet, Take 10 mg by mouth, Disp: , Rfl:
- levocetirizine (XYZAL) 5 MG tablet, Take 5 mg by mouth, Disp: , Rfl:
- naproxen sodium (ALEVE ORAL), Aleve Take last dose @ 0730 No date recorded No form recorded No frequency

recorded No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded, Disp: , Rfl:
- NURTEC ODT 75 mg TbDL tablet, TAKE 1 TABLET BY MOUTH ONCE AS NEEDED FOR MIGRAINE HEADACHE. DO NOT EXCEED 1 TABLET IN 24 HRS, Disp: , Rfl:
- prednisoLONE acetate (PRED FORTE) 1 % ophthalmic suspension, instill FIVE DROPS IN BOTH EARS THREE TIMES DAILY FOR 7 DAYS, Disp: , Rfl:

**Vital Signs:**
Vitals:

| | 04/12/22 1501 |
|---|---|
| BP: | 120/68 |
| Pulse: | 75 |
| Temp: | 98.1 °F |

**Physical Exam:**
NEURO EXAM
Mental Status: Alert and oriented x4, Normal speech and comprehension
Cranial Nerves: Pupils equal and reactive, EOMI, no facial asymmetry, midline tongue
Motor: No pronator drift, 5/5 strength throughout.
Reflexes: Symmetric with normal plantar responses.
Sensory: denies sensory deficits to light touch
Coordination: No dysmetria on finger to nose
Gait: normal

**Labs:**
No laboratory studies were obtained prior to today's visit.

**Diagnostic Results:**
**(10/01/2021 11:01 CDT MRI Brain w/ + w/o Contrast)**
**IMPRESSION:**
NO EVIDENCE FOR ACUTE INFARCT.

STABLE MINIMAL CHANGES OF SMALL VESSEL ISCHEMIC DISEASE.
[1]

**(07/08/2021 11:57 CDT MRI Brain w/ + w/o Contrast)**
**IMPRESSION:**
Interval resolution of T2 signal abnormality and corresponding leptomeningeal enhancement throughout the cortical sulci of bilateral cerebral hemispheres. Abnormal SWI imaging throughout the cortical sulci/subarachnoid spaces of bilateral cerebral hemispheres, suggesting chronic subarachnoid hemorrhage.

Mild chronic microvascular ischemic change.

No acute intracranial abnormality, evidence of recent infarction, nor abnormal enhancement. [2]

**Data:**
Previous neurology notes reviewed. Brain MRIs reviewed.

**Assessment/Plan:**
Lucia was seen today for follow-up.

Diagnoses and all orders for this visit:

**Nonintractable headache, unspecified chronicity pattern, unspecified headache type**
- amitriptyline (ELAVIL) 50 MG tablet; Take 1 tablet nightly by mouth
- Ambulatory Referral to Neurology; Future

**Encephalitis**
- Ambulatory Referral to Neurology; Future

**Assessment/Plan:**
Patient's headaches remain overall stable since last visit. She complains of insomnia, as well. She continues on Elavil 25 mg at bedtime with some relief to headache intensity. Nurtec provides satisfactory acute relief. Patient's headaches are not out of the ordinary given her recent episode of encephalitis. I suspect her recent stress/anxiety is exacerbating her headaches. Patient's repeat Brain MRI performed 10/01/2021 shows expected evolution of her prior findings. Will further increase patient's Elavil dose to 50 mg QHS for headache prevention. Will continue patient on Nurtec PRN for acute relief to headaches. Will refer patient to headache specialist Dr. Voigt for further evaluation. Patient is cleared from a neurological perspective for her upcoming surgery. Cleared to start to sedentary or light duty work.

**Scribe Attestation:**
I, Chelsea Everett, scribed the above HPI for Dr. Segura on 4/12/2022.
The above HPI was transcribed for me by scribe Chelsea Everett. I personally performed the history, exam, and medical decision making and confirm that the transcribed note accurately reflects my work.

Electronically signed by Enrique Segura, MD at 4/13/2022 4:07 PM

Established Patient Note
* Final Report *

ROMAGOSA, LUCIA A - 4253231

| | |
|---|---|
| Result type: | Established Patient Note |
| Result date: | July 23, 2021 14:18 CDT |
| Result status: | Auth (Verified) |
| Result title: | Clinic Office Visit Note |
| Performed by: | Segura MD, Enrique on July 23, 2021 14:20 CDT |
| Verified by: | Segura MD, Enrique on July 23, 2021 14:20 CDT |
| Encounter info: | 4253231-0837, EJNA, Clinic Outpatient, 7/23/2021 - 7/23/2021 |

# * Final Report *

**Date of Service**
23-JUL-2021 12:53

**Chief Complaint**
HOSPITAL FOLLOW UP-MIGRAINES AND VERTIGO

**History of Present Illness**
62-year-old female with history significant for breast cancer, bilateral mastectomy in 2012, history of anxiety. The patient was seen and treated in the hospital back in May of this year due to encephalitis, possibly due to Johnson & Johnson Covid vaccine. At the time patient was complaining of severe headaches. She had an extensive work-up which was essentially unremarkable aside for elevated protein levels and CSF. The patient's symptoms improved with IV steroids. The CSF studies also showed xanthochromia and her brain MRI showed leptomeningeal enhancement with portions of small subarachnoid bleed. She was discharged home doing better. Since being home the patient has noticed progressive improvement of symptoms. However, she continues to have headaches and dizziness at times. A repeat brain MRI showed resolution of leptomeningeal enhancement and chronic findings of known subarachnoid bleeding.

**Review of Systems**
Review of systems negative except for above.

**Physical Exam**
NEURO EXAM
Mental Status: Alert and oriented x4, Normal speech and comprehension
Cranial Nerves: Pupils equal and reactive, EOMI, no facial asymmetry, midline tongue
Motor: No pronator drift, 5/5 strength throughout.
Reflexes: Symmetric with normal plantar responses.
Sensory: denies sensory deficits to light touch
Coordination: No dysmetria on finger to nose
Gait: normal

**Vitals & Measurements**

Vitals & Measurements
**T:** 98.1 °F **HR:** 65 **BP:** 128/70
**HT:** 154 cm **WT:** 53.63 kg **WT:** 118.25 lb **BMI:** 23
Primary Pain Intensity: 0

**Problem List/Past Medical History**
Ongoing
- Asthma
- Breast cancer
- Dependent edema
- Hypothyroidism
- Syncope

Historical
- No qualifying data

**Procedure/Surgical History**

cerebral angiogram: 05/13/21

**Medications**
Aleve, 440 mg, Oral, as needed
amitriptyline 10 mg oral tablet, 10 mg= 1 tab, Oral, bedtime, 5 refills
Medrol Dosepak 4 mg oral tablet, 1 packet, Oral, unscheduled
ProAir HFA 90 mcg/inh inhalation aerosol, 2 puff, INH, as needed
Symbicort 160/4.5 inhaler, 2 puff, INH, 2times/day
tamoxifen 20 mg oral tablet, 20 mg= 1 tab, Oral, daily (standard)
Xanax 1 mg oral tablet, 1 mg= 1 tab, Oral, daily (standard), PRN
Zofran 8 mg oral tablet, 8 mg= 1 tab, Oral, 8hr (standard), PRN
Zoloft 100 mg oral tablet, 100 mg= 1 tab, Oral, 2times/day

**Allergies**
Lincocin (hives)
Dilaudid (Hallucinations)
traMADol (burning)

**Social History**
Smoking Status - 07/23/2021
Former smoker
Alcohol - Low Risk, 05/20/2019
Substance Abuse - Denies Substance Abuse, 05/20/2019
Tobacco - Denies Tobacco Use, 05/20/2019

**Family History**
Cardiovascular disease: Father.
High blood pressure: Mother.
High cholesterol: Brother.

**Health Maintenance**
**Health Maintenance**
**Pending** (in the next year)
OverDue
Colorectal Screening due 12/13/19 and every 1 year(s)
Due
Asthma Management-Asthma Education due 07/23/21 and every 6 month(s)
Asthma Management-Spirometry due 07/23/21 Variable frequency
Asthma Management-Wright Peak Flow due 07/23/21 and every 6 month(s)
Asthma Management-Written Action Plan due 07/23/21 and every 1 year(s)
Breast Cancer Screening due 07/23/21 Variable frequency
HIV Screening due 07/23/21 and every 1 year(s)
Hepatitis C Screening due 07/23/21 One-time only
Due In Future
Influenza Vaccine not due until 09/03/21 Variable frequency
**Satisfied** (in the past 1 year)
Satisfied
Adult Wellness on 07/23/21. Satisfied by Segura MD, Enrique
Alcohol Use Screening on 07/23/21. Satisfied by Awad MEDASST, Penny Lee
Alcohol Use Screening on 05/12/21. Satisfied by Sawyer RN, Monica L
Cervical Cancer Screening on 05/13/21. Satisfied by Vicknair MD, Erin N
Obesity Screening on 07/23/21. Satisfied by Awad MEDASST, Penny Lee
Obesity Screening on 05/12/21. Satisfied by Sawyer RN, Monica L
Obesity Screening on 05/12/21. Satisfied by Sawyer RN, Monica L
Obesity Screening on 05/03/21. Satisfied by Horridge RN, Melissa A

**Lab Results**
**Lab Results (1Week)**
No qualifying data available.

No qualifying data available.

**Diagnostic Results**
(07/08/2021 11:57 CDT MRI Brain w/ + w/o Contrast)
IMPRESSION:
Interval resolution of T2 signal abnormality and corresponding leptomeningeal enhancement throughout the cortical sulci of bilateral cerebral hemispheres. Abnormal SWI imaging throughout the cortical sulci/subarachnoid spaces of bilateral cerebral hemispheres, suggesting chronic subarachnoid hemorrhage.

Mild chronic microvascular ischemic change.

No acute intracranial abnormality, evidence of recent infarction, nor abnormal enhancement. [1]

**Data review**
Hospital records reviewed. Brain MRI report and images reviewed. Lab work including CSF studies reviewed.

**Assessment/Plan**
1. Encephalitis
Ordered: Miscellaneous Lab Test

2. Headache
Ordered: Miscellaneous Lab Test

3. Dizziness
Ordered: Miscellaneous Lab Test

Orders:
amitriptyline, 10 mg, 1 tab, Oral, Freq: bedtime, 30 tab, 5, 5, Route to Pharmacy Electronically, CVS/pharmacy #10145, 1CD27E8A-9DCA-474B-B476-869F3500DC7B, 154 cm, cm, 07/23/21 13:20:00 CDT, Measured height in cm, 53.63, 154 methylPREDNISolone, 1 packet, Oral, Freq: unscheduled, 6 day(s), 21 tab, 0, 0, 07/29/21 13:49:00 CDT, as directed on package labeling, Route to Pharmacy Electronically, CVS/pharmacy #10145, 1CD27E8A-9DCA-474B-B476-869F3500DC7B, Tablet, 154 cm, cm, 07/23/21 13:20:00 CDT,...

**Assessment/Plan:**
Patient's brain MRI shows expected evolution of her prior findings. She has been reassured that findings on the brain MRI show improvement. She continues to suffer from headaches and dizziness. This is not out of the ordinary given her recent episode of encephalitis. She will remain off work while recovering. She will be started on amitriptyline 10 mg nightly for headache prevention. She will continue using Ubrelvy as needed for headaches but will be switched to 100 mg dose. I will also give her a prescription for Medrol Dosepak to hopefully assist with her daily headaches. Patient will also be sent for testing to rule out Lyme disease. She will return to clinic in 6 weeks to be reassessed.

[1] MRI Brain w/ + w/o Contrast; Fuzzard MD, Susan C 07/08/2021 11:57 CDT

**Signature Line**

[Electronically Signed on 07/23/21 02:20 PM]
----------------------------------------------
Segura MD, Enrique

**Completed Action List:**

* Perform by Segura MD, Enrique on July 23, 2021 14:20 CDT
* Sign by Segura MD, Enrique on July 23, 2021 14:20 CDT
* VERIFY by Segura MD, Enrique on July 23, 2021 14:20 CDT

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

MRO
Phone: (610) 994-7500 Opt. 1
Fax: (610) 962-8421

**Request ID: 69513704**
**Tracking #: ILPHF9HB8WAL2**

**Erin Trombley**
Lincoln Financial Group/PORTAL
P.O. Box 2578
Disability And Life Claims
Omaha, NE 68172

**Track your request at www.roilog.com**
**Enter your Tracking # and Request ID.**

**Date:** 5/26/2023
**Phone:** 800-210-0268
**Fax:** 603-334-0401

**Confirmation of Receipt of Medical Records Information Request**

The Medical Facility below is in the process of searching for and retrieving a copy of the requested records. You will be notified of any issues with your request. If there are no issues, you will receive a pre-payment invoice. The records will be mailed to you upon receipt of your payment.

MRO is processing your request applicable to state & federal laws and regulations. Please notify the patient that the provision of treatment, payment, enrollment, or eligibility for benefits will not be conditioned on the elements of the authorization provided or your request for copies of the patient's records, unless permitted under 45 CFR 164.508(c)(2)(ii)(A)-(B).

Should you have any questions, please feel free to contact MRO directly regarding this request by dialing (610) 994-7500 Opt. 1 or by submitting an email to Requestinformation@mrocorp.com.
To help us better assist you, please be sure to include your Request ID in the subject line of your email.

Thank you,
**MRO**

**Patient Name:** **LUCIA ROMAGOSA**

**Your Request Date:** 5/25/2023
**Your Reference Number:** 12028057
**Date Received at Facility:** 5/25/2023

Your request is being processed by MRO on behalf of the following facility:

**MPSI-EJ Neurological Associates**
3800 Houma Boulevard
#325
Metairie, LA 70006

| | |
|---|---|
| Type: | ENT Progress Note |
| Service Date: | April 14, 2023 4:54 PM CDT |
| Status: | Auth (Verified) |
| Title: | Free Text Note |
| Performed By: | Hickham MD, Michael on April 14, 2023 4:54 PM CDT |
| Electronically Signed By: | Hickham MD, Michael on April 14, 2023 4:54 PM CDT |
| Visit Information: | 191585, ENT Specialists of Metairie, Outpatient, 4/14/2023 - 4/16/2023 |

## ENT Progress Note

Free Text Note

**Patient Information**
Name: Romagosa, Lucia
Address:

Sex: Female
Date of Birth:
Phone: 5048332109
MRN: 22471
FIN: 191585
Location: ENT Specialists of Metairie
Date of Service: 04/14/2023
Primary Care Physician: Hickham MD, Michael, (504) 889-5335

Botox injection: Migraine headache/temporomandibular joint disorder
Risks, benefits and alternatives of Botox injection discussed with patient at length and in detail. All questions were answered to the best of my ability and to patient's voiced satisfaction.

Small increments of Botox were injected into the masseter, temporalis, occipitalis and cervical paravertebral musculature bilaterally. A total of 100 units were injected and patient tolerated the procedure quite well. Postoperative instructions were given in detail and to patient's acknowledged understanding. They will contact me for any problems, otherwise, in 7 days they will call and give us an update on their progress. Assuming the patient does well, we will repeat the procedure in 3 months. Patient has been instructed to call a week prior to the 3-month time interval such that Botox can be procured.

**Signature Line**
Electronically Signed on 04/14/2023 04:54 PM

Hickham MD, Michael

**05/04/2023 - Documentation in East Jefferson Neurological Associates**

**Visit Information**

**Provider Information**

**Encounter Provider**

Angela Cadenas, MA

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| East Jefferson Neurological Associates | 3800 Houma Blvd<br>Ste 325<br>Metairie LA 70006-3010 | 504-885-7337 | 504-456-5172 |

**Progress Notes**

**Progress Notes**

**Angela Cadenas, MA at 5/4/2023 1428**

Insurance provider did not approve PA for Qulipta.

Spoke to Mrs. Romagosa to inform, she stated she can get her medication using Qulipta discount card.

Electronically signed by Angela Cadenas, MA at 5/4/2023 2:32 PM

LCMC Health

East Jefferson General Hospital
4200 Houma Blvd
METAIRIE LA 70006-2970

Romagosa, Lucia
MRN: 1003076293, DOB:
Visit date: 5/2/2023

Sex: F

## 05/02/2023 - Follow-Up in East Jefferson Neurological Associates

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Enrique Segura, MD | Enrique Segura, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| East Jefferson Neurological Associates | 3800 Houma Blvd<br>Ste 325<br>Metairie LA 70006-3010 | 504-885-7337 | 504-456-5172 |

#### Level of Service

| Level of Service |
|---|
| PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN |

### Progress Notes

#### Progress Notes

Enrique Segura, MD at 5/2/2023 1100

East Jefferson General Hospital
LCMC Health
EJ Neurological Associates

**Chief Complaint:**
Chief Complaint
Patient presents with
- Headache

**History of Present Illness:**
63 y.o. female with a medical history significant for encephalitis, headaches, anxiety, hypothyroidism, and breast cancer s/p bilateral mastectomy (2012) presents to the clinic today as a follow up. On her last visit the patient was started on Qulipta daily for headache prevention. Samples of Nurtec were also provided. Patient continues on amitriptyline 50-75 mg nightly. Patient reports that her headaches remained unchanged. The patient was also sent for brain MRI which she has yet to do. We will await results of brain MRI before making any further management decisions.

**Review of Systems:**
Normal ROS except as noted in HPI.

**Problem List:**
**Patient Active Problem List**
Diagnosis
- Malignant neoplasm of overlapping sites of both breasts in female, estrogen receptor positive (CMS/HCC)
- Osteopenia

Progress Notes (continued)

- Chronic asthma, mild intermittent, uncomplicated
- Generalized anxiety disorder
- Headache disorder
- Iron deficiency
- History of gastric bypass
- Subclinical hypothyroidism

**Past Medical History:**

Past Medical History:

| Diagnosis | Date |
|---|---|
| • asthma | |
| • Dependent edema | |
| • Encephalitis | |
| • Headache | |
| • Hypothyroidism | |
| • Major depressive disorder, single episode | |
| • Malignant neoplasm of female breast (CMS/HCC) | |
| • Syncope | |

**Family History:**

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • PVD | Father | |

**Social History:**

Social History

| | |
|---|---|
| Tobacco Use | |
| • Smoking status: | Never |
| • Smokeless tobacco: | Never |
| Substance Use Topics | |
| • Alcohol use: | Yes |
| • Drug use: | Never |

**Medications:**

Current Outpatient Medications:
- albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/actuation inhaler, ProAir HFA 90 mcg/actuation aerosol inhaler Inhale 2 puffs every 4 hours by inhalation route., Disp: , Rfl:
- amitriptyline (ELAVIL) 25 MG tablet, Take 3 tablets nightly by mouth, Disp: 90 tablet, Rfl: 11
- atogepant (QULIPTA) 60 mg Tab, Take 60 mg daily by mouth, Disp: 30 tablet, Rfl: 3
- budesonide-formoteroL (SYMBICORT) 160-4.5 mcg/actuation inhaler, Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler Inhale 2 puffs twice a day by inhalation route., Disp: , Rfl:
- chlorhexidine (PERIDEX) 0.12 % solution, SWISH AND EXPECTORATE one TEASPOONFUL THREE TIMES DAILY, Disp: , Rfl:
- cholecalciferol, vitamin D3, 125 mcg (5,000 unit) tablet, Take 5,000 Units by mouth, Disp: , Rfl:
- famotidine (PEPCID) 10 MG tablet, Take 10 mg by mouth, Disp: , Rfl:
- levocetirizine (XYZAL) 5 MG tablet, Take 5 mg by mouth, Disp: , Rfl:
- naproxen sodium (ALEVE ORAL), Aleve Take last dose @ 0730 No date recorded No form recorded No frequency

Progress Notes (continued)

recorded No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded, Disp: , Rfl:

- NURTEC ODT 75 mg TbDL tablet, TAKE 1 TABLET BY MOUTH ONCE AS NEEDED FOR MIGRAINE HEADACHE. DO NOT EXCEED 1 TABLET IN 24 HRS, Disp: , Rfl:
- ondansetron (ZOFRAN) 8 MG tablet, Take 1 tablet every 8 (eight) hours as needed by mouth for Nausea, Disp: 20 tablet, Rfl: 5
- prednisoLONE acetate (PRED FORTE) 1 % ophthalmic suspension, instill FIVE DROPS IN BOTH EARS THREE TIMES DAILY FOR 7 DAYS, Disp: , Rfl:
- sertraline HCl (ZOLOFT ORAL), Zoloft Take 1 time per day No date recorded No form recorded 1 time per day No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded, Disp: , Rfl:
- tamoxifen (NOLVADEX) 20 MG tablet, Take 1 tablet daily by mouth, Disp: , Rfl:

**Vital Signs:**
Vitals:

| | 05/02/23 1054 |
|---|---|
| BP: | 118/82 |
| Pulse: | 81 |
| Resp: | 18 |

**Physical Exam:**
**GENERAL**: 63 y.o. White female. Normal affect and mood. Well-nourished.
**NEUROLOGICAL EXAM**:
Mental Status: Alert and oriented x4, Normal speech and comprehension
Cranial Nerves: Pupils equal and reactive, EOMI, no facial asymmetry, midline tongue
Motor: No pronator drift, 5/5 strength throughout.
Reflexes: Symmetric with normal plantar responses.
Sensory: denies sensory deficits to light touch
Coordination: No dysmetria on finger to nose
Gait: normal

**Labs:**
**CMP**
**Lab Results**

| Component | Value | Date |
|---|---|---|
| NA | 142 | 05/13/2022 |
| K | 5.5 (H) | 05/13/2022 |
| CL | 100 | 05/13/2022 |
| CO2 | 33 (H) | 05/13/2022 |
| BUN | 8.0 | 05/13/2022 |
| BUN | 17 | 05/13/2022 |
| CREATININE | 0.47 (L) | 05/13/2022 |
| GLU | 87 | 05/13/2022 |
| TSH | 6.10 (H) | 05/13/2022 |
| VITAMIND25HY | 29 (L) | 05/13/2022 |
| CRP | <3.0 | 04/04/2023 |

**CBC with Differential**
**Lab Results**

| Component | Value | Date |
|---|---|---|
| WBC | 4.3 (L) | 04/04/2023 |

Progress Notes (continued)

| | | |
|---|---|---|
| HGB | 14.3 | 04/04/2023 |
| HEMATOCRIT | 43.8 | 04/04/2023 |
| MCV | 88.1 | 04/04/2023 |
| MCH | 28.8 | 04/04/2023 |
| MCHC | 32.7 | 04/04/2023 |
| RDW | 14.6 | 04/04/2023 |
| PLT | 8.4 | 04/04/2023 |
| PLT | 261 | 04/04/2023 |

**Hemoglobin A1C**
Lab Results

| Component | Value | Date |
|---|---|---|
| HGBA1C | 4.6 | 05/13/2022 |

**Diagnostic Results:**
No results found.

**Data:**
CMP and CBC reviewed. Hemoglobin A1C also reviewed.

**Assessment/Plan:**
Lucia was seen today for headache.

Diagnoses and all orders for this visit:

**Nonintractable headache, unspecified chronicity pattern, unspecified headache type**

**Encephalitis**

**Chronic migraine w/o aura w/o status migrainosus, not intractable**

**Assessment/Plan:**
Patient presents to the clinic for a follow-up on headaches. She notes that the medication regimen may be providing some relief. She will be continued on Qulipta 60mg daily and Amitriptyline 75mg nightly. Awaiting results of brain MRI which the patient will try to get schedule in the next couple of weeks. If headaches continue unchanged and brain MRI is unremarkable we might consider referral to headache specialist.

**Scribe Attestation:**
I, Dung "Valerie" Vo, scribed the above HPI for Dr. Segura on 5/2/2023
The above HPI was transcribed for me by scribe Dung "Valerie" Vo. I personally performed the history, exam, and medical decision making, and confirm that the transcribed note accurately reflects my work.

Electronically signed by Enrique Segura, MD at 5/2/2023 11:15 AM

**03/16/2023 - Follow-Up in East Jefferson Neurological Associates**

Visit Information

Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Enrique Segura, MD | Enrique Segura, MD |

Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| East Jefferson Neurological Associates | 3800 Houma Blvd<br>Ste 325<br>Metairie LA 70006-3010 | 504-885-7337 | 504-456-5172 |

Level of Service

| Level of Service |
|---|
| PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN |

Progress Notes

Progress Notes

**Enrique Segura, MD at 3/16/2023 1100**

East Jefferson General Hospital
LCMC Health
EJ Neurological Associates

**Chief Complaint:**

Chief Complaint

Patient presents with

- Headache

**History of Present Illness:**

63 y.o. female with medical history significant for encephalitis, headaches, anxiety, hypothyroidism, and breast cancer s/p bilateral mastectomy (2012) presents to the clinic today as a follow up. At the time of her last visit, she complained of weekly headaches. She continued Amitriptyline 50mg-75mg nightly depending on her needs. She continued Amitriptyline nightly. She started Qulipta daily for better preventive control of her headaches. Samples were provided in clinic.

Today she reports she has been waking up throwing up because of her headaches. How often these episode occurs varies. Sometimes they occur once weekly and sometimes up to three times weekly. She notes that if she stays in a quiet, dark room, she starts feeling better. She continues Amitriptyline 50-75mg nightly, depending on her needs, and notes that it has been helping. She has tried Nurtec prn in the past and mentions that it works but not as well as Amitriptyline. She has tried Ubrelvy in the past with little to no efficacy. She is unsure if she used the Qulipta samples provided during last visit. She notes that sometimes specific areas of her head hurt, while other times the whole head hurts. She does receive Botox treatments with Dr. Hickham but notes that they don't seem to be working. She recently started a medrol pack.

**Review of Systems:**

Progress Notes (continued)

Normal ROS except as noted in HPI.

**Problem List:**

**Patient Active Problem List**

Diagnosis

- Malignant neoplasm of overlapping sites of both breasts in female, estrogen receptor positive (CMS/HCC)
- Osteopenia
- Chronic asthma, mild intermittent, uncomplicated
- Generalized anxiety disorder
- Headache disorder
- Iron deficiency
- History of gastric bypass
- Subclinical hypothyroidism

**Past Medical History:**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • asthma | |
| • Dependent edema | |
| • Encephalitis | |
| • Headache | |
| • Hypothyroidism | |
| • Major depressive disorder, single episode | |
| • Malignant neoplasm of female breast (CMS/HCC) | |
| • Syncope | |

**Family History:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • PVD | Father | |

**Social History:**

**Social History**

| Tobacco Use | |
|---|---|
| • Smoking status: | Never |
| • Smokeless tobacco: | Never |
| **Substance Use Topics** | |
| • Alcohol use: | Yes |
| • Drug use: | Never |

**Medications:**

Current Outpatient Medications:

- albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/actuation inhaler, ProAir HFA 90 mcg/actuation aerosol inhaler Inhale 2 puffs every 4 hours by inhalation route., Disp: , Rfl:
- amitriptyline (ELAVIL) 25 MG tablet, Take 3 tablets nightly by mouth, Disp: 90 tablet, Rfl: 11
- budesonide-formoteroL (SYMBICORT) 160-4.5 mcg/actuation inhaler, Symbicort 160 mcg-4.5 mcg/actuation HFA

aerosol inhaler Inhale 2 puffs twice a day by inhalation route., Disp: , Rfl:
- chlorhexidine (PERIDEX) 0.12 % solution, SWISH AND EXPECTORATE one TEASPOONFUL THREE TIMES DAILY, Disp: , Rfl:
- cholecalciferol, vitamin D3, 125 mcg (5,000 unit) tablet, Take 5,000 Units by mouth, Disp: , Rfl:
- famotidine (PEPCID) 10 MG tablet, Take 10 mg by mouth, Disp: , Rfl:
- levocetirizine (XYZAL) 5 MG tablet, Take 5 mg by mouth, Disp: , Rfl:
- methylPREDNISolone (MEDROL, PAK,) 4 mg tablet, follow package directions, Disp: 21 tablet, Rfl: 0
- naproxen sodium (ALEVE ORAL), Aleve Take last dose @ 0730 No date recorded No form recorded No frequency recorded No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded, Disp: , Rfl:
- NURTEC ODT 75 mg TbDL tablet, TAKE 1 TABLET BY MOUTH ONCE AS NEEDED FOR MIGRAINE HEADACHE. DO NOT EXCEED 1 TABLET IN 24 HRS, Disp: , Rfl:
- prednisoLONE acetate (PRED FORTE) 1 % ophthalmic suspension, instill FIVE DROPS IN BOTH EARS THREE TIMES DAILY FOR 7 DAYS, Disp: , Rfl:
- sertraline HCl (ZOLOFT ORAL), Zoloft Take 1 time per day No date recorded No form recorded 1 time per day No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded, Disp: , Rfl:
- tamoxifen (NOLVADEX) 20 MG tablet, Take 1 tablet daily by mouth, Disp: , Rfl:
- atogepant (QULIPTA) 60 mg Tab, Take 60 mg daily by mouth, Disp: 30 tablet, Rfl: 3
- ondansetron (ZOFRAN) 8 MG tablet, Take 1 tablet every 8 (eight) hours as needed by mouth for Nausea, Disp: 20 tablet, Rfl: 5

**Vital Signs:**
Vitals:

| | 03/16/23 1115 |
|---|---|
| BP: | 122/80 |
| Pulse: | 74 |
| Resp: | 18 |

**Physical Exam:**
GENERAL: 63 y/o Caucasian female. Normal affect and mood. Well-nourished.
NEURO EXAM
Mental Status: Alert and oriented x4, Normal speech and comprehension
Cranial Nerves: Pupils equal and reactive, EOMI, no facial asymmetry, midline tongue
Motor: No pronator drift, 5/5 strength throughout.
Reflexes: Symmetric with normal plantar responses.
Sensory: denies sensory deficits to light touch
Coordination: No dysmetria on finger to nose
Gait: normal

**Labs:**
Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 142 | 05/13/2022 |
| K | 5.5 (H) | 05/13/2022 |
| CL | 100 | 05/13/2022 |
| CO2 | 33 (H) | 05/13/2022 |
| BUN | 8.0 | 05/13/2022 |
| BUN | 17 | 05/13/2022 |
| CREATININE | 0.47 (L) | 05/13/2022 |
| GLU | 87 | 05/13/2022 |
| TSH | 6.10 (H) | 05/13/2022 |

Progress Notes (continued)

| | | |
|---|---|---|
| VITAMIND25HY | 29 (L) | 05/13/2022 |

**Diagnostic Results:**
No results found.

**Data:**
Previous neurology notes reviewed. CMP and TSH reviewed.

**Assessment/Plan:**
Lucia was seen today for headache.

Diagnoses and all orders for this visit:

**Encephalitis**
- ondansetron (ZOFRAN) 8 MG tablet; Take 1 tablet every 8 (eight) hours as needed by mouth for Nausea
- MRI Brain w wo Contrast; Future

**Nonintractable headache, unspecified chronicity pattern, unspecified headache type**
- ondansetron (ZOFRAN) 8 MG tablet; Take 1 tablet every 8 (eight) hours as needed by mouth for Nausea
- MRI Brain w wo Contrast; Future

**Chronic migraine w/o aura w/o status migrainosus, not intractable**
- atogepant (QULIPTA) 60 mg Tab; Take 60 mg daily by mouth

**Assessment/Plan:**
Patient is still experiencing daily headaches. Having increased nausea with these headaches. Given her history of encephalitis, MRI Brain ordered for further evaluation. She will continue Amitriptyline 75mg nightly. She will also start Qulipta 60mg daily to hopefully provide better migraine prevention. Samples of Nurtec provided in clinic today to use prn for acute migraine management.

**Scribe Attestation:**
I, Clayton Merwin, scribed the above HPI for Dr. Segura on 3/16/2023
The above HPI was transcribed for me by scribe Clayton Merwin. I personally performed the history, exam, and medical decision making, and confirm that the transcribed note accurately reflects my work.

Electronically signed by Enrique Segura, MD at 3/16/2023 3:49 PM

**Imaging**

**Imaging**

**MRI Brain w wo Contrast (Active)**
Electronically signed by: **Enrique Segura, MD on 03/16/23 1130** Status: **Active**

MRI Brain w/ + w/o Contrast
* Final Report *

ROMAGOSA, LUCIA A - 4253231

| | |
|---|---|
| Result type: | MRI Brain w/ + w/o Contrast |
| Result date: | October 01, 2021 11:01 CDT |
| Result status: | Auth (Verified) |
| Result title: | MRI Brain w/ + w/o Contrast |
| Performed by: | Singha MD, Puneet K on October 01, 2021 11:20 CDT |
| Verified by: | Singha MD, Puneet K on October 01, 2021 11:20 CDT |
| Encounter info: | 4253231-0839, EAST JEFFERSON, Outpatient, 10/1/2021 - 10/1/2021 |

## * Final Report *

**Reason For Exam**
Brain mass or lesion, follow-p

**REPORT**

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
Patient Number: 42532310839 --- Patient Name: ROMAGOSA "" "", LUCIA A
Ordering Physician: Segura MD, Enrique
= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

MRI SCAN BRAIN WITHOUT AND WITH CONTRAST ENHANCEMENT

Clinical history: Brain mass or lesion, follow-p
DIAG: G04.90 - Encephalitis and encephalomyelitis, unspecified
Reason for Visit: Encephalitis and encephalomyelitis, unspecified

Findings:

T1, T2, flair and diffusion imaging of the brain was performed in sagittal and axial planes. Contrast enhanced T1 weighted sagittal, axial and coronal images were also obtained. Comparison study: 7/8/2021.

There is no focus of restricted diffusion, to suggest acute stroke. Scattered areas of T2 hyperintensity in the subcortical and periventricular white matter are stable, likely representing minimal changes of small vessel ischemic disease. There is stable appearance of numerous punctate foci of abnormal signal on susceptibility weighted images, probably representing sequela of previous subarachnoid hemorrhage. There is no midline shift or mass effect. There is no abnormal leptomeningeal or intracranial enhancement. There is no midline shift or mass effect. T1 hyperintense foci in the right and left calvarium are stable. There is stable appearance of small CSF intensity extra-axial lesion lateral to the left frontal lobe, probably representing arachnoid cyst. The carotid and basilar arteries are patent. The pituitary, orbits, and paranasal sinuses are normal.

IMPRESSION:

NO EVIDENCE FOR ACUTE INFARCT.

STABLE MINIMAL CHANGES OF SMALL VESSEL ISCHEMIC DISEASE.

**Signature Line**
***** Final *****

Finalized: Singha MD, Puneet K 10/01/2021 11:20

**MRI Brain w/ + w/o Contrast**
This document has an image

**Completed Action List:**
* Order by Segura MD, Enrique on September 20, 2021 14:52 CDT
* Perform by McInerney XRAY, Amanda B on October 01, 2021 11:01 CDT
* Assist by Reames XRAY, William P on October 01, 2021 11:01 CDT
* VERIFY by Singha MD, Puneet K on October 01, 2021 11:20 CDT

East Jefferson General Hospital - Magnetic Resonance (MR) Screening Form - Brain/Head/Neck

20

10mL Prohance

Name: ROMAGOSA, LUCIA A
MRN: 4253231 0839
DOB:
Age: 62 Years
Exam Date: 09/30/21
Gender: FEMALE

IN ORDER TO ASSIST US IN INTERPRETING YOUR IMAGES MOST APPROPRIATELY, PLEASE ANSWER THE FOLLOWING QUESTIONS TO THE BEST OF YOUR ABILITY:

PM 10/1/21

WHAT SYMPTOMS ARE YOUR HAVING? (example - headache, speech problems, arm weakness) Please be very specific about your symptoms.

follow-up MRI from head injury

HAVE YOU HAD AN MRI BEFORE? Yes
WHAT PART OF YOUR BODY? Head
WHERE AND WHEN? EJ May 2021

DO YOU HAVE OR HAVE YOU HAD ANY OF THE FOLLOWING?
Give details and dates where appropriate.

| | Yes | No | Details |
|---|---|---|---|
| TUMOR OF THE HEAD OR NECK (TYPE?) | | ✓ | |
| SURGERY ON THE HEAD OR NECK? | ✓ | | Sinus Surg x 2 |
| RADIATION TO THE HEAD OR NECK? | | ✓ | |
| CANCER? (TYPE?) | ✓ | | Breast (B) |
| HEAD TRAUMA OR FRACTURE? | | ✓ | |
| ORGAN/BONE MARROW TRANSPLANT? | | ✓ | |
| CONGENITAL DISEASES? | | ✓ | |
| DIABETES? | | ✓ | |
| HIGH BLOOD PRESSURE? | | ✓ | |
| HIV OR IMMUNOCOMPROMISED? | | ✓ | |
| MENINGITIS? | | ✓ ? | ? Viral ? May 2021 |
| RECENT SPINAL TAP? | ✓ | | May 2021 |
| SEIZURES OR MS? | | ✓ | |

Page 1 of 1

| | |
|---|---|
| Result type: | Established Patient Note |
| Result date: | November 30, 2021 11:11 CST |
| Result status: | Auth (Verified) |
| Result title: | Neurology Clinic Office Visit Note |
| Performed by: | Segura MD, Enrique on November 30, 2021 16:20 CST |
| Verified by: | Segura MD, Enrique on November 30, 2021 16:20 CST |
| Encounter info: | 4253231-0842, EJNA, Clinic Outpatient, 11/30/2021 - 11/30/2021 |

# * Final Report *

**Date of Service**
30-NOV-2021 10:57

**Chief Complaint**
RV-HEADACHES AND PAPERWORK

**History of Present Illness**
62 y/o female with a medical history significant for encephalitis, headaches, anxiety, hypothyroidism, and breast cancer s/p bilateral mastectomy (2012) returns to the clinic today for a follow up. On last visit, patient reported continued headaches and dizziness secondary to encephalitis recovery. Patient was to remain off work while recovering. She was started on Elavil 10 mg QHS for headache prevention. Patient's Ubrelvy dose was increased to 100 mg PRN for acute relief of headaches. A prescription for a Medrol Dosepak was also administered to patient to hopefully assist with daily headaches. Patient was sent for repeat Brain MRI and testing to r/o Lyme disease, as well. Lyme disease testing was not completed by patient. Repeat Brain MRI performed 10/01/2021 revealed expected evolution of her prior findings. Today, patient reports improvement to intensity of headaches since last visit. She notes the frequency of her headaches remains stable since last visit. She continues to experience almost daily headaches, and patient reports that she will wake up with a headache. Headaches are nonlocalized to a specific region of her head. She admits to an intermittent pressure sensation to the frontal region of her head associated with some of her headaches. Patient admits to anxiety, depression, and recent stress following the death of her husband in October 2021. Patient continues on Elavil 20 mg QHS and Ubrelvy 100 mg PRN without complications. She reports Ubrelvy 100 mg PRN provides minimal relief to headaches.

**Review of Systems**
Normal ROS except as noted in HPI.

**Vitals & Measurements**

Vitals & Measurements
**T:** 97.6 °F **HR:** 88 **BP:** 118/70
**HT:** 154 cm **WT:** 54.8 kg **WT:** 120.83 lb **BMI:** 23
Primary Pain Intensity: 0

**Physical Exam**
NEURO EXAM
Mental Status: Alert and oriented x4, Normal speech and comprehension
Cranial Nerves: Pupils equal and reactive, EOMI, no facial asymmetry, midline tongue
Motor: No pronator drift, 5/5 strength throughout.
Reflexes: Symmetric with normal plantar responses.
Sensory: denies sensory deficits to light touch

**Problem List/Past Medical History**
Ongoing
- Asthma
- Breast cancer
- Dependent edema
- Hypothyroidism
- Syncope

**Procedure/Surgical History**
cerebral angiogram: 05/13/21

**Allergies**
Lincocin (hives)
Dilaudid (Hallucinations)
traMADol (burning)

**Medications**
- Aleve, 440 mg, Oral, as needed
- amitriptyline 10 mg oral tablet, 10 mg= 1 tab, Oral, bedtime, 5 refills
- ProAir HFA 90 mcg/inh inhalation aerosol, 2 puff, INH, as needed
- Symbicort 160/4.5 inhaler, 2 puff, INH, 2times/day
- tamoxifen 20 mg oral tablet, 20 mg= 1 tab, Oral, daily (standard)
- Xanax 1 mg oral tablet, 1 mg= 1 tab, Oral, daily (standard), PRN
- Zofran 8 mg oral tablet, 8 mg= 1 tab, Oral, 8hr (standard), PRN
- Zoloft 100 mg oral tablet, 100 mg= 1 tab, Oral, 2times/day

**Social History**
Smoking Status - 11/30/2021
Former smoker
Alcohol - Low Risk, 05/20/2019
Substance Abuse - Denies Substance Abuse, 05/20/2019
Tobacco - Denies Tobacco Use, 05/20/2019

**Family History**
Cardiovascular disease: Father.
High blood pressure: Mother.

Coordination: No dysmetria on finger to nose
Gait: normal

High cholesterol: Brother.

**Lab Results**
WBC: 9 K/UL (05/14/21)
Hgb: 13.8 gram/dL (05/14/21)
Hct: 41.5 % (05/14/21)
Platelet Count, Automated: 212 K/UL (05/14/21)
ESR(Westergren): 2 mm/hr (05/11/21)
Abs Neutrophil #: 8.3 K/UL High (05/14/21)
PT: 14.1 second(s) (05/13/21)
INR: 1.1 (05/13/21)
PTT: 26.4 second(s) (05/13/21)
Sodium Level: 141 mEq/L (05/14/21)
Potassium Level: 4.2 mEq/L (05/14/21)
Chloride Level: 102 mEq/L (05/14/21)
Bicarbonate, CO2: 29 mEq/L (05/14/21)
Glucose, Plasma: 109 mg/dL High (05/14/21)
Calcium Level: 8.9 mg/dL (05/14/21)
Blood Urea Nitrogen: 9 mg/dL (05/14/21)
Creatinine: 0.5 mg/dL (05/14/21)
Bun:Creatinine Ratio: 18 Ratio (05/14/21)
Magnesium Level: 2 mg/dL (05/11/21)
ALT: 15 unit/L (05/11/21)
AST: 16 unit/L (05/11/21)
PRO-BNP: 182.7 Picogram/mL High (05/08/19)

**Diagnostic Results**
**Data Review:**
Previous neurology notes reviewed. Brain MRIs reviewed. CBC and CMP reviewed.

**(10/01/2021 11:01 CDT MRI Brain w/ + w/o Contrast)**
**IMPRESSION:**
NO EVIDENCE FOR ACUTE INFARCT.

STABLE MINIMAL CHANGES OF SMALL VESSEL ISCHEMIC DISEASE. [1]

**(07/08/2021 11:57 CDT MRI Brain w/ + w/o Contrast)**
**IMPRESSION:**
Interval resolution of T2 signal abnormality and corresponding leptomeningeal enhancement throughout the cortical sulci of bilateral cerebral hemispheres. Abnormal SWI imaging throughout the cortical sulci/subarachnoid spaces of bilateral cerebral hemispheres, suggesting chronic subarachnoid hemorrhage.

Mild chronic microvascular ischemic change.

No acute intracranial abnormality, evidence of recent infarction, nor abnormal enhancement. [2]

**Assessment/Plan**
1. Encephalitis
2. Headache
3. Depression

**Assessment/Plan:**
Patient reports continued frequent headaches improved in intensity since last visit. She notes a pressure sensation associated with headaches. Patient admits to recent depression, stress, and anxiety following the death of her husband in October, as

well. She continues on Elavil 20 mg QHS and Ubrelvy 100 mg PRN without complications. Ubrelvy 100 mg PRN provides only minimal relief. Patient's repeat Brain MRI performed 10/01/2021 shows expected evolution of her prior findings. She has been reassured that findings on the Brain MRI show improvement. Patient's headaches are not out of the ordinary given her recent episode of encephalitis. I suspect her recent stress/anxiety is exacerbating her headaches. She will remain off work while recovering. Will increase patient's Elavil dose to 25 mg QHS. Will start patient on Nurtec PRN in place of Ubrevly for acute relief to headaches. Patient will follow up in clinic in 6 weeks. I have recommended that the patient establish care with a therapist, as well, for her depression.

**Scribe attestation:**
I, Chelsea Everett, scribed the above HPI for Dr. Segura on 11/30/2021.
The above HPI was transcribed for me by scribe Chelsea Everett. I personally performed the history, exam, and medical decision making and confirm that the transcribed note accurately reflects my work.

[1] MRI Brain w/ + w/o Contrast; Singha MD, Puneet K 10/01/2021 11:01 CDT
[2] MRI Brain w/ + w/o Contrast; Fuzzard MD, Susan C 07/08/2021 11:57 CDT

**Signature Line**

[Electronically Signed on 11/30/21 04:20 PM]
---------------------------------------------
Segura MD, Enrique

[Document created and electronically Signed on 11/30/21 11:38 AM]
---------------------------------------------
Everett , Chelsea Nicole

[Modified on 11/30/2021 11:38 AM]
---------------------------------------------
Everett , Chelsea Nicole

**Completed Action List:**
* Modify by Everett , Chelsea Nicole on November 30, 2021 11:38 CST
* Modify by Everett , Chelsea Nicole on November 30, 2021 11:38 CST
* Modify by Everett , Chelsea Nicole on November 30, 2021 11:38 CST
* Sign by Everett , Chelsea Nicole on November 30, 2021 11:38 CST Requested by Everett , Chelsea Nicole on November 30, 2021 11:38 CST
* Modify by Everett , Chelsea Nicole on November 30, 2021 11:44 CST
* Perform by Segura MD, Enrique on November 30, 2021 16:20 CST
* Sign by Segura MD, Enrique on November 30, 2021 16:20 CST Requested by Everett , Chelsea Nicole on November 30, 2021 11:38 CST
* VERIFY by Segura MD, Enrique on November 30, 2021 16:20 CST

| | |
|---|---|
| Result type: | Established Patient Note |
| Result date: | January 28, 2022 11:57 CST |
| Result status: | Auth (Verified) |
| Result title: | Neurology Clinic Office Visit Note |
| Performed by: | Segura MD, Enrique on February 01, 2022 13:06 CST |
| Verified by: | Segura MD, Enrique on February 01, 2022 13:06 CST |
| Encounter info: | 4253231-0843, EJNA, Clinic Outpatient, 1/28/2022 - 1/28/2022 |

# * Final Report *

**Date of Service**
28-JAN-2022 11:18

**Chief Complaint**
Head Injury.

**History of Present Illness**
62 y/o female with a medical history significant for encephalitis, headaches, anxiety, hypothyroidism, and breast cancer s/p bilateral mastectomy (2012) returns to the clinic today for a follow up. On last visit, patient complained of continued headaches almost daily. She noted her headaches were improved in severity on Elavil 10 mg QHS. She reported minimal acute relief with Ubrelvy 100 mg PRN. Headaches were noted be nonlocalized to a particular region and described as a pressure sensation. She admitted to recent depression, stress, and anxiety. Patient's Elavil dose was increased to 25 mg QHS for headache prevention. Patient was started on Nurtec PRN in place of Ubrelvy for acute relief of headaches. Today, patient reports headaches have improved in severity on Elavil 25 mg QHS. She continues to experience a headache almost daily. Elavil regimen has also improved her sleep. She denies any side-effects on Elavil 25 mg QHS. She tried taking Elavil 50 mg QHS last night with side-effect of some dizziness. Patient notes good acute relief to headaches on Nurtec PRN. Patient has tried and failed Ubrelvy and Botox injections (performed by Dr. Hickham) in the past. Patient admits to recent depression, stress, and anxiety following the death of her husband in October. Patient received a COVID antibody test, which was negative. She would like an opinion on whether she should get the COVID-19 vaccine given her PMHx of encephalitis following Johnson and Johnson COVID-19 vaccination.

**Review of Systems**
Normal ROS except as noted in HPI.

**Vitals & Measurements**

Vitals & Measurements
**T:** 97.3 °F **HR:** 88 **BP:** 126/82
**HT:** 154 cm **WT:** 54.5 kg **WT:** 120.17 lb **BMI:** 23
Oxygen Saturation: 97 %
Primary Pain Intensity: 7

**Physical Exam**
NEURO EXAM
Mental Status: Alert and oriented x4, Normal speech and comprehension
Cranial Nerves: Pupils equal and reactive, EOMI, no facial asymmetry, midline tongue
Motor: No pronator drift, 5/5 strength throughout.
Reflexes: Symmetric with normal plantar responses.
Sensory: denies sensory deficits to light touch

**Problem List/Past Medical History**
Ongoing
- Asthma
- Breast cancer
- Dependent edema
- Depression
- Encephalitis
- Headache
- Hypothyroidism
- Syncope

**Procedure/Surgical History**
cerebral angiogram: 05/13/21

**Allergies**
Lincocin (hives)
Dilaudid (Hallucinations)
traMADol (burning)

**Medications**
Aleve, 440 mg, Oral, as needed
amitriptyline 25 mg oral tablet, 50 mg= 2 tab, Oral, bedtime
ProAir HFA 90 mcg/inh inhalation aerosol, 2 puff, INH, as needed
Symbicort 160/4.5 inhaler, 2 puff, INH, 2times/day
tamoxifen 20 mg oral tablet, 20 mg= 1 tab, Oral, daily (standard)
Xanax 1 mg oral tablet, 1 mg= 1 tab, Oral, daily (standard), PRN
Zofran 8 mg oral tablet, 8 mg= 1 tab, Oral, 8hr (standard), PRN
Zoloft 100 mg oral tablet, 100 mg= 1 tab, Oral, 2times/day

**Social History**
Smoking Status - 01/28/2022
Non smoker
Alcohol - Low Risk, 05/20/2019
Substance Abuse - Denies Substance Abuse, 05/20/2019
Tobacco - Denies Tobacco Use, 05/20/2019

Coordination: No dysmetria on finger to nose
Gait: normal

**Lab Results**
WBC: 9 K/UL (05/14/21)
Hgb: 13.8 gram/dL (05/14/21)
Hct: 41.5 % (05/14/21)
Platelet Count, Automated: 212 K/UL (05/14/21)
ESR(Westergren): 2 mm/hr (05/11/21)
Abs Neutrophil #: 8.3 K/UL High (05/14/21)
PT: 14.1 second(s) (05/13/21)
INR: 1.1 (05/13/21)
PTT: 26.4 second(s) (05/13/21)
Sodium Level: 141 mEq/L (05/14/21)
Potassium Level: 4.2 mEq/L (05/14/21)
Chloride Level: 102 mEq/L (05/14/21)
Bicarbonate, CO2: 29 mEq/L (05/14/21)
Glucose, Plasma: 109 mg/dL High (05/14/21)
Calcium Level: 8.9 mg/dL (05/14/21)
Blood Urea Nitrogen: 9 mg/dL (05/14/21)
Creatinine: 0.5 mg/dL (05/14/21)
Bun:Creatinine Ratio: 18 Ratio (05/14/21)
Magnesium Level: 2 mg/dL (05/11/21)
ALT: 15 unit/L (05/11/21)
AST: 16 unit/L (05/11/21)
PRO-BNP: 182.7 Picogram/mL High (05/08/19)

**Diagnostic Results**
**Data Review:**
Previous neurology notes reviewed. CBC and CMP reviewed.

**Assessment/Plan**
1. Encephalitis
2. Headache

**Assessment/Plan:**
Patient reports continued frequent headaches improved in intensity on Elavil 25 mg QHS. Ubrelvy provides no acute relief to headaches. Patient's headaches are not out of the ordinary given her recent episode of encephalitis. I suspect her recent stress/anxiety is exacerbating her headaches. Patient's repeat Brain MRI performed 10/01/2021 shows expected evolution of her prior findings. She will remain off work while recovering. Will further increase patient's Elavil dose to 50 mg QHS for headache prevention. Will continue patient on Nurtec PRN for acute relief to headaches. Patient will follow up in clinic in 4 weeks.

**Scribe attestation:**
I, Chelsea Everett, scribed the above HPI for Dr. Segura on 01/28/2022.
The above HPI was transcribed for me by scribe Chelsea Everett. I personally performed the history, exam, and medical decision making and confirm that the transcribed note accurately reflects my work.

**Family History**
Cardiovascular disease: Father.
High blood pressure: Mother.
High cholesterol: Brother.

**Signature Line**

[Electronically Signed on 02/01/22 01:06 PM]
-----------------------------------------------
Segura MD, Enrique

[Document created and electronically Signed on 01/28/22 12:57 PM]
---------------------------------------------
Everett , Chelsea Nicole

[Modified on 01/28/2022 11:57 AM]
---------------------------------------------
Everett , Chelsea Nicole

**Completed Action List:**
* Modify by Everett , Chelsea Nicole on January 28, 2022 11:57 CST
* Modify by Everett , Chelsea Nicole on January 28, 2022 12:57 CST
* Modify by Everett , Chelsea Nicole on January 28, 2022 12:57 CST
* Sign by Everett , Chelsea Nicole on January 28, 2022 12:57 CST Requested by Everett , Chelsea Nicole on January 28, 2022 11:57 CST
* Perform by Segura MD, Enrique on February 01, 2022 13:06 CST
* Modify by Segura MD, Enrique on February 01, 2022 13:06 CST
* Sign by Segura MD, Enrique on February 01, 2022 13:06 CST Requested by Everett , Chelsea Nicole on January 28, 2022 12:57 CST
* VERIFY by Segura MD, Enrique on February 01, 2022 13:06 CST

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | May 25, 2023 |
| To: | DR. ENRIQUE SEGURA<br>ATTN: ANGELA |
| Attn: | Medical Records<br>Urgen Request |
| Fax: | (504) 456-5172 |
| From: | Erin Trombley<br>Senior Claims Examiner, Claims<br>Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 12028057<br>Claimant: Lucia Romagosa<br><br>Lcmc Health | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

May 25, 2023

Dr. Enrique Segura
ATTN: ANGELA

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Dr. Enrique Segura:

We are the Disability Claim Administrator for your patient, Lucia Romagosa.

To evaluate Ms. Romagosa's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2022 through present

We ask that you provide this information by May 29, 2023. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

Any charges associated with the completion of forms must be discussed with your patient and they must agree to payment. Lincoln Financial Group will not be responsible for the charges associated with providing this information as the employee must provide proof of disability at their own expense.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Romagosa allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Romagosa's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erin Trombley
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 69978
Secure Fax No.: (603) 334-0401

Attachments: 12028057-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.25.2023

DocuSign Envelope ID: 8770A578-A618-45E8-BC44-90B6579224FE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lucia Romagosa

Name of legal representative, if applicable (print) Lucia Romagosa Relationship Self

Signature of claimant or legal representative DocuSigned by: LRomagosa E345C5197B1D4F2... Date: 5/25/2023

Date of Birth: ___ ________ Claim Number: 12028057

**A copy of this authorization will be considered as valid as the original.**


REMOVE BEFORE VEHICLE IS IN MOTION.
HANG OVER INSIDE OF REARVIEW MIRROR THIS SIDE OUT.
LA DEPARTMENT OF PUBLIC SAFETY
OFFICE OF MOTOR VEHICLES
STATE OF LOUISIANA
JAN.
FEB.
MAR.
APR.
MAY
JUNE
JULY
OCT.
NOV.
DEC.
2021
2024
2025
2026
2027
2028
2029
2030
2031
2032
0129/0367
Louisiana
PERMIT TO BE DISPLAYED WHEN UTILIZING
DESIGNATED HANDICAPPED PARKING SPACES
DPSMV 4220 (R 07/21)


Don't Drink and Drive
Louisiana
Don't Litter Louisiana
MOBILITY IMPAIRED ID CARD
THIS IS NOT A
DRIVER'S LICENSE
DOB
ISSUE DATE 08-05-2022
AUDIT 3656
OFFICE 269
PARISH 26
SEX F
HGT 5' 02"
WGT 110
EYES BRO
HANDICAP PLACARD
LICENSE/ID NO
CLASS
EXPIRATION DATE
012910367
H
08-05-2023


0070063465022059
Donor __Y __N / Living Will __Y __N
THIS IS NOT A DRIVER'S LICENSE.
Louisiana
This card allows the photographed person access to handicap parking. This card is not intended to be used as a primary source of identification.
Renewable 180 days prior to expiration.
www.expresslane.org
REV 02-10-2015
07-18-1959


Don't Drink and Drive
Louisiana
Don't Litter Louisiana
PERSONAL
DRIVER'S LICENSE
NOT FOR FEDERAL IDENTIFICATION
LICENSE/ID NO
CLASS
EXPIRATION DATE
007076681
E
DOB 07-18-1959
ISSUE DATE 07-17-2017
ROMAGOSA
LUCIA A
ENDORSEMENTS
NONE
RESTRICTIONS
NONE
SEX F
HGT 5' 02"
WGT 110
EYES BRO
AUDIT 7256
OFFICE 269
PARISH 26


0070029699216289
CLASS: Driver's license
ENDORSEMENTS: None
RESTRICTIONS: None
Donor __Y __N / Living Will __Y __N
Louisiana
REV 02-10-2015
07-18-1959
Holder of license must be 21 years of age or older to utilize the privileges of this license in interstate commerce pursuant to 49 Code of Federal Regulations 391.11.
Renewable 180 days prior to expiration.
www.expresslane.org

*PREPAYMENT REQUIRED*

**Invoice**
69513704
May 26, 2023

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

MRO

Phone: (610) 994-7500 Opt. 1
Fax: (610) 962-8421

**Erin Trombley**
Lincoln Financial Group/PORTAL
P.O. Box 2578
Disability And Life Claims
Omaha, NE 68172

On 5/25/2023 the following healthcare provider received your request for copies of medical records:

**MPSI-EJ Neurological Associates**
3800 Houma Boulevard
#325
Metairie, LA 70006

You requested records for: LUCIA ROMAGOSA

This is your invoice for providing the copies of the medical records.

Your Reference ID:
12028057

MRO Request ID: 69513704

MRO Online Tracking Number: ILPHF9HB8WAL2

**You can track and pay for your request online at:**

**www.roilog.com**

Records consisting of more than 75 pages may be sent on CD-ROM.

Cancelled requests or unpaid invoices may be subject to a cancellation fee.

**Fees**

| | |
|---|---|
| Search and Retrieval Fee: | $25.00 |
| Number of Pages: | 15 |
| Tier 1: | $15.00 |
| Tier 2: | $0.00 |
| Tier 3: | $0.00 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $0.00 |
| Adjustments: | $0.00 |
| Postage: | $0.00 |
| Sales Tax: | $0.00 |
| TOTAL: | $40.00 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $0.00) |
| **BALANCE DUE:** | $40.00 |

**PAYMENT**

*You may pay this invoice online at:*
**www.roilog.com**
*You can send a check to:*
**MRO**
P.O. Box 6410,
Southeastern, PA 19398-6410
MRO Tax ID (EIN): 01-0661910

*Please write the Invoice # on the check or return this invoice with the payment.*

By proceeding with this order, you are representing that you: have reviewed, understood, and approved the charges; have agreed to pay them; and have agreed to the following terms. Any dispute relating to the charges in this invoice must be presented before proceeding with this order. Any dispute not so presented is waived. Presentation of a dispute must be made by telephone (610) 994-7500 Opt. 1. All disputes regarding the charges in this invoice, whether presented by you or by MRO, must be resolved by arbitration under the Federal Arbitration Act through one or more neutral arbitrators before the American Arbitration Association (AAA). Your dispute will be resolved by the arbitrators, and not by a judge or a jury. Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative or member of a class. An arbitrator may not consolidate your dispute with the dispute of anyone else nor preside over any form of class proceeding. Upon request by you at the time a dispute is presented, MRO will pay the AAA fee for arbitration of your dispute.

**Please contact MRO at (610) 994-7500 Opt. 1 for any questions regarding this invoice.**
**MRO is the medical copy request processor for:**
**MPSI-EJ Neurological Associates .**

**From:**Jillian Pace <jillianpace@outlook.com>
**Sent:**Tue, 16 May 2023 14:03:13 +0000
**To:**DisabilityDocuments
**Cc:**
**Subject:**Lucia Romagosa Documents
**Attachments:**The Lincoln National Life Insurance.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

To Erin Trombley/To whom it may concern,

Please see attached scanned documents regarding Lucia Romagosa, claim # 12028057.

Thank you and have a great day,

-Jillian Pace (daughter)

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, May 17, 2023 4:54:25 PM |
| To: | COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Lcmc Health Claim No. 12028057 Lucia Romagosa |
| Attachments: | c9q0srbw4qnzhpzlppvo_15282408.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

May 17, 2023

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

Please see the requested form below. You may complete and send back to disabilitydocuments@lfg.com

If you have any questions regarding this matter, please contact me.

Sincerely,

Erin Trombley
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 69978
Secure Fax No.: (603) 334-0401

Attachments: Activities Questionnaire Form

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** Erin Trombley



EMPLOYEE/CLAIMANT NAME: Lucia Romagosa

CLAIM NO: 12028057 DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Lcmc Health

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes ____________ No ____________

If Yes, for how long? ____________ At what time of the day? ____________

How many hours a day do you spend in bed? ____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car? ____________

Do you hold a valid driver's license?

Yes ____________ No ____________

If No, please explain: ________________________________________

If Yes, how long are you able to drive a car? ____________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________________________________________

Do you have children?

Yes ________ No ________ If Yes, what are their dates of birth ____________________

____________________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ________ No ________ If Yes, please explain ____________________

How many times a day do you leave the house during the week? ____________

On the weekends? ____________

How often do you run errands? ____________________

Please describe what errands you most commonly run: ____________________

________________________________________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*


How often do you get outdoors? ________________

Are you left or right hand dominant? Left _______ Right _______

Are you able to work in your garden? Yes _______ No _______

Are you able to work on your house? Yes _______ No _______

Are you able to wash your car? Yes _______ No _______

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. ________________

If yes, how often per day (hours) do you use the internet? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these internet sites for? ________________

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. ________________

If yes, how often per day (hours) do you engage in activities? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these social media sites for? ________________

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc**. to view information?

List all sites that apply. ________________

If yes on a computer, how long (hours per day)? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

If yes on a phone, how long (hours per day)? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

If yes on a IPad or Tablet (hours per day)? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

If yes on a E-reader, (hours per day)? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

For what reasons, do you use these devices?

________________________________________________

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? ________________

If yes, how many hours per day do you play video games? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

If yes, how many days per week do you play? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | ________ | ________ |
| Carrying groceries into the house | ________ | ________ |
| Cooking meals | ________ | ________ |
| Cleaning after meals | ________ | ________ |
| Cleaning bathrooms | ________ | ________ |
| Vacuuming | ________ | ________ |
| Doing the laundry | ________ | ________ |
| Opening and responding to mail | ________ | ________ |

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 4*

Managing your finances ____________________ ____________________
Balancing your checkbook ____________________ ____________________
Bathing yourself ____________________ ____________________
Styling your own hair ____________________ ____________________
Getting dressed ____________________ ____________________
Going up and down stairs ____________________ ____________________

Have you been confined to a hospital within the last 12 months? Yes _______ No _______
If Yes, please provide reason and hospital contact Information: ____________________

____________________

____________________

How often do you travel or take vacation? ____________________
Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes _______ No _______
If Yes, please describe ____________________

Do you participate in an exercise program? Yes _______ No _______
If Yes, please describe ____________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:
- how many hours per day? __________
- how many hours per week? __________
- for whom? ____________________

Are you working for wages? Yes _______ No _______
If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

____________________
____________________
____________________
____________________
____________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________________
____________________
____________________
____________________
____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*


**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________ Date: ______________________

Signature: ______________________

**From:** DisabilityDocuments
**Sent:** Wednesday, May 24, 2023 2:50 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Lucia Romagosa Documents

---

**From:** Jillian Pace <jillianpace@outlook.com>
**Sent:** Wednesday, May 24, 2023 6:49:38 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Re: Lucia Romagosa Documents

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see additional documents. Thank you.

-Jillian Pace

> On May 16, 2023, at 09:03, Jillian Pace <jillianpace@outlook.com> wrote:
>
> To Erin Trombley/To whom it may concern,
>
> Please see attached scanned documents regarding Lucia Romagosa, claim # 12028057.
>
> Thank you and have a great day,
>
> -Jillian Pace (daughter)
> <The Lincoln National Life Insurance.pdf>

**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]

LTG. 5/15/03

Please review my claim. I would like to appeal this decision.

Thank You,

Lucia Alvarez Romagosa

Claim # 1202805?

DOB

# Romagosa, Lucia

MRN 1003076293

Frank Joseph Rabito Jr., MD
Physician
Specialty Infectious Diseases

Progress Notes
Signed

Encounter Date 4/4/2023

## INFECTIOUS DISEASE- PROGRESS NOTE

### INFECTIOUS DISEASE PROGRESS NOTE

Lucia Romagosa is a 63 y.o. female patient.

1. Encephalitis

SUBJECTIVE: The patient was admitted to the hospital in May 2021 with encephalitis thought to be secondary to the J and J COVID 19 vaccination. At that time she had an extensive workup including lumbar puncture MRI of brain negative CT scan of chest and abdomen and sed rate of 2. The patient has a history of breast cancer on tamoxifen. She receives Botox injections to the scalp and TMJ. I note that she is wearing braces. She is followed by Dr. Segura of Neurology. Since May of 2021 the patient has had severe migraine headaches approximately 3 times a week. They are debilitating and associated with nausea and vomiting. She must crawl into a dark room. She last worked in May of 2021 as a nurse at Children's Hospital. She denies any fever or chills. She is on multiple medications for headaches. She has no history of TB exposure or positive skin test or positive QuantiFERON gold. She does not have breast implants

Blood pressure 120/84, pulse 76, temperature 97.9 °F (36.6 °C), height 1.575 m (5' 2"), weight 50.8 kg (112 lb).

Scheduled Meds:
Continuous Infusions:
PRN Meds:.

**Allergies**

| Allergen | Reactions |
|---|---|
| • Lincomycin | Hives |
| • Acetaminophen<br>*Other reaction(s): headaches migraines* | Other (See Comments) |
| • Hydromorphone | Other (See Comments) |
| • Tramadol | Other (See Comments) |

Review of Systems:

Physical Exam PHYSICAL EXAMINATION:
VITAL SIGNS: Reviewed.
GENERAL: [In no apparent distress. Alert, oriented x3
HEAD: No signs of head trauma.
EYES: Pupils are equal. Extraocular motions intact.
EARS: Hearing grossly intact.
MOUTH: Oropharynx is normal. No ulcers or oral thrush.
NECK: No adenopathy, no JVD. The neck is supple in all directions. Small pea-sized left posterior cervical node
CHEST: [Chest normal breath sounds. No wheeze. No rub. Not labored
CARDIAC: RRR with S1 and S2, without murmurs, gallops, or rubs.
VASCULAR: No Edema. Peripheral pulses normal and equal in all extremities.
ABDOMEN: Soft, without detectable tendemess. No sign of distention. No rebound or guarding, and no masses palpated. Bowel Sounds normal. No hepatosplenomegaly.
MUSCULOSKELETAL: Good range of motion of all major joints. Extremities without clubbing, cyanosis or edema.
NEUROLOGIC EXAM: No focal sensory or strength deficits. Speech normal. Follows commands.
PSYCHIATRIC Normal
SKIN: No rash or lesions.

**WBC - Quest**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 05/13/2022 | 4.6 | 4.5 - 11.0 Thousand/uL | Final |

**RBC - Quest**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 05/13/2022 | 5.12 | 4.20 - 5.40 Million/uL | Final |

**HGB - Quest**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 05/13/2022 | 15.0 | 12.0 - 16.0 gm/dL | Final |

**HCT - Quest**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 05/13/2022 | 45.8 | 37.0 - 47.0 % | Final |

**MCV - Quest**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 05/13/2022 | 89.6 | 81.0 - 99.0 fL | Final |

**MCH - Quest**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 05/13/2022 | 29.4 | 27.0 - 33.0 pg | Final |

**MCHC - Quest**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 05/13/2022 | 32.8 | 32.0 - 36.0 g/dL | Final |

**RDW - Quest**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 05/13/2022 | 14.1 | 12.0 - 15 3 % | Final |

**Mean Platelet Volume - Quest**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 05/13/2022 | 8.3 | 7.0 - 10.2 fL | Final |

**Platelet Count, Automated - Quest**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 05/13/2022 | 250 | 150 - 350 Thousand/uL | Final |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| NA | 142 | 05/13/2022 |
| K | 5 5 (H) | 05/13/2022 |
| CL | 100 | 05/13/2022 |
| CO2 | 33 (H) | 05/13/2022 |
| GLU | 87 | 05/13/2022 |
| BUN | 8.0 | 05/13/2022 |
| BUN | 17 | 05/13/2022 |
| CREATININE | 0 47 (L) | 05/13/2022 |
| CALCIUM | 9.5 | 05/13/2022 |
| PROT | 6.6 | 05/13/2022 |
| ALBUMIN | 4.6 | 05/13/2022 |
| BILIRUBIN | 0.5 | 05/13/2022 |
| AST | 19 | 05/13/2022 |
| ALKPHOS | 61 | 05/13/2022 |
| ALT | 29 | 05/13/2022 |

No results found for: CD4COUNT

No results found for this or any previous visit (from the past 24 hour(s)).
@LABRCNTIP(cblood:5)@
@LABRCNTIP(curine:5)@
Radiology
**Dexa Bone Density Hip Pelvis Spine**
Narrative. HISTORY: OSTEOPOROSIS SCREENING see attached diagnosis M85.89 Osteopenia of multiple sites

COMPARISON STUDY: None

FINDINGS: Bone mineral density measurements were obtained in the lumbar spine and the femoral necks.

The bone mineral density in the lumbar spine (L1-L4) is 0.876 grams/cm squared, 84 percent of the young adult mean, T score -1.6.

The bone mineral density in the left femoral neck is 0.565 grams/cm squared, 67 percent of the young adult mean, T score -2.6.
The bone mineral density in the right femoral neck is 0.639 grams/cm squared, 75 percent of the young adult mean, T score -1.9.

FRAX software was utilized to calculate the 10 year risk of fracture. The 10-year probability of a major osteoporotic fracture is 18 % and the 10-year probability of a hip fracture is 4.1 %. Impression 1. AS PER WORLD HEALTH ORGANIZATION CRITERIA, THERE IS OSTEOPENIA IN THE LUMBAR SPINE, PLACING THE PATIENT AT 3 TIMES THE RISK OF FRACTURE COMPARED TO A NORMAL YOUNG ADULT.

2 AS PER WORLD HEALTH ORGANIZATION CRITERIA, THERE IS OSTEOPOROSIS AT THE LEFT HIP, PLACING THE PATIENT AT 6.1 TIMES THE RISK OF FRACTURE COMPARED TO A NORMAL YOUNG ADULT.

3. AS PER WORLD HEALTH ORGANIZATION CRITERIA, THERE IS OSTEOPENIA AT THE RIGHT HIP, PLACING THE PATIENT AT 3.7 TIMES THE RISK OF FRACTURE COMPARED TO A NORMAL YOUNG ADULT.

Electronically Signed By: Rafael Figueroa, MD 7/7/2022 3:21 PM CDT

Assessment/Plan complex case of 61-year-old female with history of breast cancer status post encephalitis with leptomeningeal enhancement and May of 2021 thought to be secondary to the J and J COVID 19 vaccine. My opinion regarding this has not changed. Since that time she appears to have severe debilitating migraine headaches followed by Neurology. Total visit time 60 minutes. No evidence of infection at this time. Obtain CBC with differential sed rate C-reactive protein procalcitonin and ANA for completeness

Discussed plan with patient and answered questions:
Electronically signed by Frank Joseph Rabito Jr., MD at 4/4/2023 2:30 PM

Office Visit on 4/4/2023 *Note shared with patient*

## Additional Documentation

Vitals: BP 120/84 Pulse 76 Temp 97.9 °F Ht 1.575 m (5' 2") Wt 50.8 kg (112 lb) BMI 20.49 kg/m²
BSA 1.49 m²
Flowsheets: PDMP Review, Sepsis Shock Index, Anthropometrics

### Orders Placed

None

### Medication Changes

As of 4/4/2023 2:20 PM

None

## Visit Diagnoses

Encephalitis G04.90

| | |
|---|---|
| Type: | ENT Note |
| Service Date: | January 13, 2023 9:06 AM CST |
| Status: | Auth (Verified) |
| Title: | Office Visit Note |
| Performed By: | Hickham MD, Michael on January 19, 2023 9:06 AM CST |
| Electronically Signed By: | Hickham MD, Michael on January 19, 2023 9:06 AM CST |
| Visit Information: | 187799, ENT Specialists of Metairie, Outpatient, 1/13/2023 - 1/15/2023 |

## ENT Note

Office Visit Note

### History of Present Illness

63-year-old female status post functional endoscopic sinus surgery several years ago for chronic sinusitis. She is done well postoperatively. She has had migraine headaches without aura since her teenage years but they intensified after episode of aseptic meningitis in March 2020 (felt possibly aggravated by Johnson & Johnson COVID-vaccine). Currently, she complains of greater than 10 debilitating headaches monthly and sees a neurologist (Dr. Segarra). She has been treated with nonsteroidal anti-inflammatories, Fioricet, multitude of triptans, amitriptyline, Topamax, Nurtec and Ubrelvy. Unfortunately, her headaches have not responded adequately to this extensive medical treatment. In the past, she has had Botox injection which have alleviated her headaches but her last injection has been over a year ago. She presents today asking for Botox as this helped her immensely.

### Physical Exam

ENT exam:
General: No acute distress
Ear exam: External auditory canals within normal limits while tympanic membranes with T tubes in place; Weber midline with a positive Rinne bilaterally
Nose: Mild erythema and edema of the nasal mucosa with postsurgical changes and no purulence; no intranasal lesions noted
Oral cavity oropharynx: No intraoral lesions noted with soft base of tongue; tender temporomandibular joints with spasm of the masseter muscles.
Neck: No palpable adenopathy or thyromegaly
Indirect laryngoscopy: TVCs mobile with no hypopharyngeal lesions
Cranial nerve exam grossly intact; cerebellar examination and Romberg within normal limits; no spontaneous nystagmus
Mood: Normal
Lower extremity: No pedal edema
Cardiovascular: Good capillary refill with regular rate and rhythm
Skin: No suspicious lesions in the head and neck area

### Assessment/Plan

Impression/plan 1. Perennial allergic rhinitis: Allergic environmental precautions discussed at length and literature provided to reinforce the counseling session. Continue Flonase and saline nasal irrigation.
2. Chronic sinusitis status post endoscopic sinus surgery 4 years ago. Continue nasal hygiene.
3. Temporomandibular joint disorder:
Patient counseled at length and in detail. All questions with regard to the counseling session answered and literature provided to reinforce the counseling session.

4. Migraine headaches without aura: Long discussion with patient

### Patient Information

Name: Romagosa, Lucia
Address:

Sex: Female
Date of Birth:
Phone: 5048332109
MRN: 22471
FIN: 187799
Location: ENT Specialists of Metairie
Date of Service: 01/13/2023
Primary Care Physician:
Hickham MD, Michael, (504) 889-5335

### Problem List/Past Medical History

Ongoing
Asthma in adult
COVID-19 virus infection
Historical
No qualifying data

### Procedure/Surgical History

- Bladder
- Cesarean section
- Cholecystectomy
- Gastric bypass
- Intussusception
- Mastectomy
- Sinus

### Medications

Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol, 2 puff(s), Inhale, q6 hrs
Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol, See Instructions
Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol, 2 puff(s), Inhale, q6 hrs
Albuterol (Eqv-Proventil HFA) 90 mcg/inh inhalation aerosol, 2 puff(s), Inhale, q6 hrs
ALPRAZolam 1 mg oral tablet

Romagosa, Lucia - DOB: Female - MRN: 22471

Service Date: 01/13/2023

**ENT Note**

Office Visit Note

regarding treatment options. She has failed maximal medical therapy as outlined above. We will proceed with Botox as this has helped in the past. Patient return to clinic for the injection of Botox once authorization has been obtained. In the meantime, she will return to clinic for any problems, questions or concerns.

celecoxib 200 mg oral capsule, 1 cap(s), Oral, bid, PRN
ciprofloxacin 0.3 %-dexamethasone 0.1 % ear drops,suspension, See Instructions
ciprofloxacin 0.3 %-dexamethasone 0.1 % ear drops,suspension, See Instructions
levocetirizine 5 mg oral tablet
mupirocin 2% topical ointment, See Instructions, 3 refills
mupirocin 2% topical ointment, 1 app, Topical, bid, 1 refills
Paxlovid 150 mg-100 mg (300 mg-100 mg Dose) oral tablet, See Instructions
Peridex 0.12% mucous membrane liquid, 0.006 gm= 5 mL, Oral, tid
prednisoLONE acetate 1% ophthalmic suspension, See Instructions
Super B Complex, Oral, daily
Symbicort 160 mcg-4.5 mcg/inh inhalation aerosol, 2 puff(s), NEB, bid, 3 refills
tamoxifen, Oral
Ubrelvy 50 mg oral tablet, See Instructions, 2 refills
Vitamin B12
Vitamin D3
Zoloft, Oral, daily

**Allergies**
Dilaudid
Lincocin
Tylenol
adhesive tape
traMADol

**Social History**
Smoking Status
Never smoker
Alcohol
Current
Electronic Cigarette/Vaping
Electronic Cigarette Use: Never.
Tobacco
Never (less than 100 in lifetime)

**Signature Line**
Electronically Signed on 01/19/2023 09:06 AM

Hickham MD, Michael

Type: ENT Progress Note
Service Date: April 14, 2023 4:54 PM CDT
Status: Auth (Verified)
Title: Free Text Note
Performed By: Hickham MD, Michael on April 14, 2023 4:54 PM CDT
Electronically Signed By: Hickham MD, Michael on April 14, 2023 4:54 PM CDT
Visit Information: 191565, ENT Specialists of Metairie, Outpatient, 4/14/2023 - 4/16/2023

## ENT Progress Note

Free Text Note

**Patient Information**
Name: Romagosa, Luca
Address: 1517 Rose Garden Dr
Metairie, LA 70005
Sex: Female
Date of Birth: 07/18/1959
Phone: 5048332109
MRN: 22471
FIN: 191565
Location: ENT Specialists of Metairie
Date of Service: 04/14/2023
Primary Care Physician: Hickham MD, Michael, (504) 889-5335

Botox injection: Migraine headache/temporomandibular joint disorder
Risks, benefits and alternatives of Botox injection discussed with patient at length and in detail. All questions were answered to the best of my ability and to patient's voiced satisfaction.

Small increments of Botox were injected into the masseter, temporalis, occipitalis and cervical paravertebral musculature bilaterally. A total of 100 units were injected and patient tolerated the procedure quite well. Postoperative instructions were given in detail and to patient's acknowledged understanding. They will contact me for any problems, otherwise, in 7 days they will call and give us an update on their progress. Assuming the patient does well, we will repeat the procedure in 3 months. Patient has been instructed to call a week prior to the 3-month time interval such that Botox can be procured.

**Signature Line**
Electronically Signed on 04/14/2023 04:54 PM

Hickham MD, Michael

| | |
|---|---|
| Type: | ENT Note |
| Service Date: | January 19, 2023 11:47 AM CST |
| Status: | Auth (Verified) |
| Title: | Office Visit Note |
| Performed By: | Aymond PA-C, Brandt on January 19, 2023 11:51 AM CST |
| Electronically Signed By: | Aymond PA-C, Brandt on January 19, 2023 11:51 AM CST |
| Visit Information: | 188067, ENT Specialists of Metairie, Outpatient, 1/19/2023 - 1/21/2023 |

## ENT Note

Office Visit Note

**History of Present Illness**

63-year-old female status post functional endoscopic sinus surgery several years prior for chronic sinusitis. Doing well postoperatively. Presents to clinic today as she tested positive for COVID 2 days with symptoms beginning 3 days prior. Today, complaining of severe sore throat and painful swallowing and requesting a strep test. Additionally, patient has a typical COVID symptoms of nasal congestion, cough, headache. Denies chest pain or shortness of breath. Patient is currently taking paxlovid previously prescribed.

**Review of Systems**

Constitutional: Within normal limits.
HEENT: As above otherwise within normal limits.
Respiratory: Within normal limits.
Cardiovascular: Within normal limits.
Gastrointestinal: Within normal limits.
Genitourinary: Within normal limits.
Hematology/Lymphatics: Within normal limits.
Endocrine: Within normal limits.
Immunologic: Within normal limits.
Musculoskeletal: Within normal limits.
Integumentary: Within normal limits.
Neurologic: Within normal limits.
Psychiatric: Within normal limits.

**Physical Exam**

ENT exam:
General: No acute distress
Ear exam: External auditory canals and tympanic membranes within normal limits; Weber midline with a positive Rinne bilaterally
Nose: Mild erythema and edema of the nasal mucosa with no intranasal lesions noted
Oral cavity oropharynx: Posterior pharynx erythematous and without exudate. No intraoral lesions noted with soft base of tongue
Neck: No palpable adenopathy or thyromegaly
Indirect laryngoscopy: TVCs mobile with no hypopharyngeal lesions
Cranial nerve exam grossly intact; cerebellar examination and Romberg within normal limits; no spontaneous nystagmus
Mood: Normal
Lower extremity: No pedal edema
Cardiovascular: Good capillary refill with regular rate and rhythm
Skin: No suspicious lesions in the head and neck area

**Patient Information**

Name: Romagosa, Lucia
Address: 1517 Rose Garden Dr
Metairie, LA 70005
Sex: Female
Date of Birth:
Phone: 5048332109
MRN: 22471
FIN: 188067
Location: ENT Specialists of Metairie
Date of Service: 01/19/2023
Primary Care Physician:
Hickham MD, Michael, (504) 889-5335

**Problem List/Past Medical History**

Ongoing
Asthma in adult
COVID-19 virus infection
Historical
No qualifying data

**Procedure/Surgical History**

- Bladder
- Cesarean section
- Cholecystectomy
- Gastric bypass
- Intussusception
- Mastectomy
- Sinus

**Medications**

Albuterol (Eqv-ProAir HFA) 90 mcg/inh
inhalation aerosol, 2 puff(s), Inhale, q6 hrs
Albuterol (Eqv-ProAir HFA) 90 mcg/inh
inhalation aerosol, See Instructions
Albuterol (Eqv-ProAir HFA) 90 mcg/inh
inhalation aerosol, 2 puff(s), Inhale, q6 hrs
Albuterol (Eqv-Proventil HFA) 90 mcg/inh
inhalation aerosol, 2 puff(s), Inhale, q6 hrs
ALPRAZolam 1 mg oral tablet

Romagosa, Lucia - DOB: Female - MRN: 22471

Service Date: 01/19/2023

**ENT Note**

Office Visit Note

Rapid strep test: Negative

**Assessment/Plan**

Chronic sinusitis (J32.9)
Status post FES 4 years prior. Continue nasal hygiene.
COVID-19 (U07.1)
Continue takingPaxlovid. ER precautions given. CDC quarantine guidelines discussed at length and in detail with patient. All questions/concerns answered to patient satisfaction. Adequate hydration. Over-the-counter cough and cold medication as needed for symptom management. Return to clinic if symptoms fail to show progressive improvement or sooner if they worsen.
Migraine without aura (G43.009)
Currently attempting to obtain authorization for Botox treatment as maximal medical therapy has failed which is noted on previous visit. Contact clinic if there are any problems, questions, or concerns.
TMJ disease (M26.609)
Temporomandibular joint disorder:
Patient counseled at length and in detail. All questions with regard to the counseling session answered and literature provided to reinforce the counseling session.

Greater than 20 minutes spent with patient during today.
The case was reviewed with Dr. Hickham, and we agree to the history, physical exam, and impression/plan in regards to this patient.

celecoxib 200 mg oral capsule, 1 cap(s), Oral, bid, PRN
ciprofloxacin 0.3 %-dexamethasone 0 1 % ear drops,suspension, See Instructions
ciprofloxacin 0.3 %-dexamethasone 0.1 % ear drops,suspension, See Instructions
levocetirizine 5 mg oral tablet
mupirocin 2% topical ointment, See Instructions, 3 refills
mupirocin 2% topical ointment, 1 app, Topical, bid, 1 refills
Paxlovid 150 mg-100 mg (300 mg-100 mg Dose) oral tablet, See Instructions
Peridex 0.12% mucous membrane liquid, 0.006 gm= 5 mL, Oral, tid
prednisoLONE acetate 1% ophthalmic suspension, See Instructions
Super B Complex, Oral, daily
Symbicort 160 mcg-4.5 mcg/inh inhalation aerosol, 2 puff(s), NEB, bid, 3 refills
tamoxifen, Oral
Ubrelvy 50 mg oral tablet, See Instructions, 2 refills
Vitamin B12
Vitamin D3
Zoloft, Oral, daily

**Allergies**

Dilaudid
Lincocin
Tylenol
adhesive tape
traMADol

**Social History**

Smoking Status
Never smoker
Alcohol
Current
Electronic Cigarette/Vaping
Electronic Cigarette Use: Never.
Tobacco
Never (less than 100 in lifetime)

**Signature Line**
Electronically Signed on 01/19/2023 11:51 AM

Aymond PA-C, Brandt

From: LFGNotifications@LFG.com
Sent: Wednesday, May 24, 2023 11:19:51 AM
To: COM;
CC:
BCC:
Subject: [Send Secure]Lcmc Health Claim No. 12028057 Lucia Romagosa
Attachments: bozezus431divjtba7qv_15326817.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

May 24, 2023

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

To access your portal please go to mylincolnportal.com. Should you have any difficulties getting into your portal you may contact our portal help desk at 800-431-2958.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erin Trombley
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 69978
Secure Fax No.: (603) 334-0401

DocuSign Envelope ID: 8770A578-A618-45E8-BC44-90B6579224FE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lucia Romagosa

Name of legal representative, if applicable (print) Lucia Romagosa Relationship Self

Signature of claimant or legal representative DocuSigned by: LRomagosa E346C5197B1D4F2... Date: 5/25/2023

Date of Birth: __ ________ Claim Number: 12028057

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________ Date: ________________

Date of Birth: ________________ Claim Number: 12028057

**A copy of this authorization will be considered as valid as the original.**

From: LFGNotifications@LFG.com
Sent: Wednesday, April 12, 2023 3:18:47 PM
To: COM;
CC:
BCC:
Subject: [Send Secure]Lcmc Health Claim No. 12028057 Lucia Romagosa
Attachments: t9r7xsrqmzdhkgrqjrvd_15022561.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

April 12, 2023

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

Thank you for taking the time to speak with me on April 12, 2023. As discussed, in order to appeal our decision on your claim closure you will need to send in a written request to appeal. Your closure letter has been attached along with the forms that are needed.

If you would like to send information via email, please send it to disabilitydocuments@lfg.com. You may also fax it to the secure fax number located at the bottom of this letter.

If you have questions or need help getting into your mylincoln portal, please contact My Lincoln Portal Help Desk at (800) 431-2958.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erin Trombley
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 69978
Secure Fax No.: (603) 334-0401

Attachments: Authorization to Speak with Third Party
12028057-CLOSE-NOT DISABLED-12.05.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Authorization to Speak with Family Member/Alternate Contact**

EMPLOYEE NAME: Lucia Romagosa CLAIM NO: 12028057
CUSTOMER NAME: Lcmc Health
RETURN TO: Erin Trombley

In order to protect your privacy, written authorization is needed before we are able to speak with someone on your behalf, in reference to your claim.

By signing below, you give your written authorization for The Lincoln National Life Insurance Company to speak with the person listed below, to obtain information from and release information to, as needed, to evaluate your claim.

This authorization is limited to your claim with The Lincoln National Life Insurance Company, and would be overridden by all other legal arrangements, such as a Power of Attorney agreement.

I, ____________________________ hereby give permission to ____________________________ to speak with The Lincoln National Life Insurance Company on my behalf until further notice.

Lucia Romagosa
Claimant Name

Date of Birth

Claimant Signature

Date

12028057
Claim Number

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

December 6, 2022

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Lcmc Health's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond November 8, 2022. Lcmc Health's LTD Policy requires that to receive benefits you must meet the following definition of disability:

> ***"Disability"*** *or* ***"Disabled"****, with respect to Long Term Disability, means:*
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
> *Applicable to Class 1, 1A, 3, 3A:*
> *a. if the Covered Person is eligible for the Maximum Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to engage in the Material and Substantial Duties of his Own Occupation.*
> *Applicable to Class 2, 2A, 4, 5, 6, 6A, 6B:*
> *b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to engage in the Material and Substantial Duties of his Own Occupation; and*
> *ii. thereafter, the Covered Person is unable to engage in, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
> *2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
> ***"Disability"*** *or* ***"Disabled"*** *means as a result of Injury or Sickness the Covered Person is* unable to engage in the Material and Substantial Duties of Any Occupation.

***"Own Occupation"**, with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as it is normally performed in the national economy.*

You have been receiving LTD benefits for your disability since November 9, 2021.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

Lcmc Health's Policy requires that you provide proof of disability as follows:

***Notice and Proof of Claim***
*1. **Notice***
*a. Notice of claim must be given to Lincoln within 30 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.*
*b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.*
*2. **Proof***
*a. Satisfactory Proof of loss must be given to Lincoln no later than 30 days after the end of the Elimination Period.*
*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*
*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.*
*Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On October 7, 2022 we requested a reurn call for a clinical update from you, completed LTD forms (claimant information form, claimant supplementary statement, reimbursement agreement), as well as updated medical records from Dr. Enrique and any other treating providers. You were notified that this information was due by December 20, 2022.

To date we have not received all of the requested information.

You submitted a claim for chronicle headaches and anxiety and your claim file contains the following medical documentation:

- Emergency department records dated May 3, 2021
- East Jefferson General Hospital records dated May 3, 2021, through May 14, 2021
- Office visit notes from Dr. Hickham from the dates of May 5, 2021, and June 8, 2021
- MRI report dated May 11, 2021
- Office Visit notes from Dr. Enrique dated May 12, 2021, through July 23, 2021
- Office visit notes from Dr. Enrique dated February 1, 2022
- Restrictions form completed by Dr. Enrique dated April 12, 2022, where you were given restrictions to return to work light duty from May 12, 2021, and end date was to be determined.
- Office visit note from Dr. Enrique dated April 14, 2021 where your Elavil dose was increased and you reported mild headaches that remained stable since last visit. You reported headaches worsened with exertion. You were scheduled for an unknown surgical procedure and wanted clearance. You were also cleared for sedentary or light duty work.
- Attending physician's statement completed by Dr. Enrique dated October 26, 2022, stating your current symptoms are fatigue, cognitive symptoms and headaches and you are unable to work.

On November 1, 2022, we called Dr. Enrique's office and spoke with staff who confirmed you had cancelled your appointment in September and had no rescheduled any further appointments. Your last appointment was April 12, 2022.

On November 30, 2022, we sent your claim for a clinical review to assess if we could determine current and ongoing impairment to support your disability claim. On a previous review completed on June 9, 2022, it was noted that you were struggling with headaches and fatigue. You were placed on Elavil and your overall headaches had improved. The reviewer agreed with Dr. Enrique that as you recovered from viral meningitis and a brain bleed, you would require restrictions for light duty. Because the only new information that was received was an attending physical statement from Dr. Enrique stating you could not return to work, but there was no supporting documentation or office visit notes showing why you would require any restrictions or limitations, the reviewer did not have supporting documentation, so no restrictions were given.

Additionally, your Policy states the following:

***Discontinuation of the Long Term Disability Benefit***

*The Monthly Benefit will cease on the earliest of:*
*1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;*
*2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due;*
*3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;*

*4. the date the Covered Person refuses to receive Appropriate Available Treatment;*
*5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;*
*6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;*
*7. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Indexed Basic Monthly Earnings;*
*Because the Covered Person's current earnings may fluctuate, Lincoln will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Indexed Basic Monthly Earnings has been exceeded.*
*8. the date the Covered Person is no longer Disabled according to this policy;*
*9. the end of the Maximum Benefit Period; or*
*10. the date the Covered Person dies.*

We called you at on September 12, 2022, September 21, 2022, September 28, 2022, October 7, 2022, October 21, 2022, November 4, 2022, and November 21, 2022, and sent you forms to assist in administering your claim. To date, we have not received the requested forms or a return call.

Based on the medical documentation received in relation to the requirements of your occupation, you no longer meet the definition of disability outlined above. Thus benefits are no longer payable and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Contact from you, completed Claimant Information Form, Claimant Supplementary Statement, Reimbursement Agreement, all office treatment notes, test results, consultation reports, procedure notes from Dr. Enrique or any other medical records from your providers from April 12, 2022, through present not provided; physician documentation for specific restrictions and limitations, including how they preclude you from performing the material and substantial duties of your own job/occupations and the medical documentation to support them; as well as any other information which you feel would support your claim.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata’ hane’go shíká a’doowoł nínízingo saad hosíníłį́į’ dóó ná’ookąąh nííní’ą́ągo naaltsoos nííníłtsoozígíí hazho’ó bik’idi’deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a’doowoł éí biniiyé shił hodíílnih áko ákwe’égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erin Trombley
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 69978
Secure Fax No.: (603) 334-0401

Attachments: Claimant Information Form
Claimant Supplementary Statement
Reimbursement Agreement Form

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** Erin Trombley

EMPLOYEE/CLAIMANT NAME: Lucia Romagosa
CLAIM NO: 12028057
EMPLOYER/SPONSOR: Lcmc Health DATE OF BIRTH: ____

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2022 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____ Name: ____
Specialty: ____ Specialty: ____
Address: ____ Address: ____

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____ Name: ____
Specialty: ____ Specialty: ____
Address: ____ Address: ____

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ____ Name: ____
Specialty: ____ Specialty: ____
Address: ____ Address: ____

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ____ Name: ____
Specialty: ____ Specialty: ____
Address: ____ Address: ____

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____ **DATE:** ____

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return to:** Erin Trombley

**EMPLOYEE/CLAIMANT NAME:** Lucia Romagosa **CLAIM #:** 12028057
**EMPLOYER:** Lcmc Health **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ______________ | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

Lincoln Financial Group®

**REIMBURSEMENT AGREEMENT**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Claimant:** Lucia Romagosa **Date of Birth:**

**Employer:** Lcmc Health **Policy/Plan Sponsor No.:** 09-LF0494

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:**_________________________________ **DATE:**_________________________

**EMPLOYEE'S PRINTED NAME:** Lucia Romagosa

***Please retain a copy for your records or one can be provided upon request.***

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## Authorization to Speak with Family Member/Alternate Contact

| | |
|---|---|
| EMPLOYEE NAME: Lucia Romagosa | CLAIM NO: 12028057 |
| CUSTOMER NAME: Lcmc Health | |
| RETURN TO: Erin Trombley | |

In order to protect your privacy, written authorization is needed before we are able to speak with someone on your behalf, in reference to your claim.

By signing below, you give your written authorization for The Lincoln National Life Insurance Company to speak with the person listed below, to obtain information from and release information to, as needed, to evaluate your claim.

This authorization is limited to your claim with The Lincoln National Life Insurance Company, and would be overridden by all other legal arrangements, such as a Power of Attorney agreement.

I, Lucia A. Romagosa hereby give permission to GNO Legal to speak with The Lincoln National Life Insurance Company on my behalf until further notice.

Lucia Romagosa
Claimant Name

Date of Birth

Lucia A. Romagosa
Claimant Signature

5/4/23
Date

12028057
Claim Number

★ Erin please let me know ASAP if there is any other paperwork needed from me. Thank You

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

Lincoln Financial Group®

## CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** Erin Trombley

EMPLOYEE/CLAIMANT NAME: Lucia Romagosa
CLAIM NO: 12028057
EMPLOYER/SPONSOR: Leme Health DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2022 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: East Jefferson General Hospital
Specialty: 4200 Houma Blvd.
Address: Metairie, La. 70006
Telephone No.: (504) 454-4000 Fax No.: ( )

★ Name: Michael Hickham MD - 
Specialty: ENT (Botox Injections for Headaches)
Address: 4315 Houma Blvd Suite 401 Metairie, La. 70006
Telephone No. (504) 889-9335 Fax No.: ( )

★ Name: Enrique Segura MD - 
Specialty: Neurologist
Address: 3800 Houma Blvd Suite 325 Metairie, La 70006
Telephone No.: (504) 885-7337 Fax No.: ( )

★ Name: Frank Rabito MD - 
Specialty: Infectious (ID) Disease
Address: 4315 Houma Blvd Suite 305 Metairie, La 70006
Telephone No. 504) 455-4622 Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: BCBS of Illinois
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: CVS
Specialty: 1401 Veterans Blvd
Address: Metairie, La 70005
Telephone No. 504) 834-1570 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Lucia A. Romagosa DATE: 5/4/23

★ Please NOTE: @ anytime that a doctor's appt. has been cancelled ~~It~~ it is because I was too sick to drive too sick to get out of bed due to headaches. cont → next Pg

Cont from last page. Any appt. that is canceled is re-scheduled @ a later date! *

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

Return to: Erin Trombley

EMPLOYEE/CLAIMANT NAME: Lucia Romagosa — CLAIM #: 12028057

EMPLOYER: Leme Health — DATE OF BIRTH:

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) Lucia Alongia Romagosa | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status Widow |
| Spouse's Full Name and Date of Birth | Number of Children 4 | Dates of Birth of Children all adult children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Jillian Romagosa Pace Relationship to you? daughter Tel

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? RN YES

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO Email? (HEAR) NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date.

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

EMPLOYEE'S PRINTED NAME: Lucia Alongia Romagosa

DATE: 5/4/23 EMPLOYEE'S SIGNATURE: Lucia Alongia Romagosa

DP 409

(I am currently unemployed)

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:** Lucia Alonzo Romagosa **DATE:** 5/4/23

**EMPLOYEE'S PRINTED NAME:** Lucia Romagosa

***Please retain a copy for your records or one can be provided upon request.***

Please NOTE: I am bedridden with headaches 3-4 days a week where I'm in bed the entire day. My next MRI is soon. I will let you know the date when I have it. I'm on 3 headache meds + BOTOX injections

Thank you Erin for your time
Lucia Romagosa

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

December 13, 2022

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

We received notification your claim has closed. At the time your disability claim closed you were pursing Social Security benefits.

As you know, your employer's disability plan requires us to reduce your disability benefits by the amount of income you receive from other sources, including Social Security, for yourself and any eligible dependents. A retroactive award may cause your disability claim to be considered overpaid, and you are responsible for repaying amounts paid for periods covered by your Social Security award. This obligation remains regardless of the status of your disability claim.

The last correspondence we received advised the Social Security Disability claim is still pending at the reconsideration level.

To update our files, please provide a copy of your most recent status from the Social Security Administration**.** This could be in the form of a Denial letter or a Notice of Award. If your claim is still Pending, please keep this letter and reach out once a decision is made. If you are awarded, please provide a copy of your Notice of Award letter. Please be sure not to spend any retroactive payment you receive until we determine the overpayment of your benefits.

If you are unable to locate a copy of your most recent update, you may access this by visiting the Social Security Administration's website at www.socialsecurity.gov/myaccount where you can create an account and obtain any updates.

You may forward this information via mail, fax, or email to:

- The address in the above letterhead
- Fax Number: (603) 334-0401 (Please include claim number), or
- Email: Disabilitydocuments@lfg.com (Please include claim number)

*If you are working with a vendor they will continue to represent you through the hearing at no charge to you. The vendor will also provide us with updates as they occur and you can disregard the above request for an update.*

If you have any questions regarding this matter, please contact me.

Sincerely,

Kimberly Herterich
Social Security Specialist I
Phone No.: (888) 437-7611 Ext. 69050
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, March 10, 2023 3:50:15 PM |
| To: | COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Lcmc Health Claim No. 12028057 Lucia Romagosa |
| Attachments: | xcmq3xvwih6mmc3oucdw_14794499.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

March 10, 2023

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

Per your your request, the forms you requested to be sent to you on March 10, 2023.

You can send these forms to the email disabilitydocuments@lfg.com.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erin Trombley
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 69978
Secure Fax No.: (603) 334-0401

Attachments: Claimant Supplementary Statement
Reimbursement Agreement Form
Treating Medical Professionals Form

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return to:** Erin Trombley

**EMPLOYEE/CLAIMANT NAME:** Lucia Romagosa **CLAIM #:** 12028057
**EMPLOYER:** Lcmc Health **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ______________________

DP 409

Lincoln Financial Group®

# REIMBURSEMENT AGREEMENT

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Claimant:** Lucia Romagosa **Date of Birth:** ________

**Employer:** Lcmc Health **Policy/Plan Sponsor No.:** 09-LF0494

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:**__________________________ **DATE:** ____________________

**EMPLOYEE'S PRINTED NAME:** Lucia Romagosa

***Please retain a copy for your records or one can be provided upon request.***

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**TREATING MEDICAL PROFESSIONALS**
**(PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: Lucia Romagosa CLAIM NUMBER: 12028057

***PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSITC CLINICS FOR THE DATES _________ TO _________***

**DOCTORS:**

Name ________________________ Specialty ____________
Address ________________________________________
City ____________________ State _____ Zip Code _______
Phone:____________________ Fax: __________________
Dates Seen _________________ to ____________________

Name ________________________ Specialty ____________
Address ________________________________________
City ____________________ State _____ Zip Code _______
Phone:____________________ Fax: __________________
Dates Seen _________________ to ____________________

Name ________________________ Specialty ____________
Address ________________________________________
City ____________________ State _____ Zip Code _______
Phone:____________________ Fax: __________________
Dates Seen _________________ to ____________________

Name ________________________ Specialty ____________
Address ________________________________________
City ____________________ State _____ Zip Code _______
Phone:____________________ Fax: __________________
Dates Seen _________________ to ____________________

**PHARMACIES:**

Name ________________________________________
Address ________________________________________
City ____________________ State _____ Zip Code _______
Phone: ____________________ Fax: __________________
Dates: ____________________ to ____________________

Name ________________________________________
Address ________________________________________
City ____________________ State _____ Zip Code _______
Phone: ____________________ Fax: __________________
Dates: ____________________ to ____________________

**HOSPITALS:**

Name ________________________________________
Address ________________________________________
City ____________________ State _____ Zip Code _______
Phone: ____________________ Fax: __________________
Dates Confined: _______________ to ____________________

Name ________________________________________
Address ________________________________________
City ____________________ State _____ Zip Code _______
Phone: ____________________ Fax: __________________
Dates Confined: _______________ to ____________________

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name ________________________________________
Address ________________________________________
City ____________________ State _____ Zip Code _______
Phone Number: ________________________________

Policy Number ________________________________
Member ID ____________________________________
Dates of Coverage _______________ to _______________
Fax Number: __________________________________

***PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.***

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature ______________________________________ Date ________________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Louisiana.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Tennessee.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

November 22, 2022

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Lcmc Health's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are contacting you with important information regarding your claim for benefits, submitted under Lcmc Health's Long Term Disability (LTD) Policy. Benefits have been suspended effective November 8, 2022.

We previously requested information from you and advised that benefits would be suspended if we did not receive the necessary information to further evaluate your claim. Specifically, we are in need of the following information:

Updated medical records from your providers, contact from you, completed claimant information form, reimbursement agreement form and claimant supplementary statement.

As we have not yet received this necessary information, your benefits are suspended.

Although benefit payments will not be issued, your file will remain open until December 20, 2022. We encourage you to submit the above information in a timely manner. Should we not receive the requested information by December 20, 2022, your claim will be closed.

Once this information is received, your claim will be evaluated and benefits reinstated accordingly.

If you have any questions regarding this correspondence, please contact me at the number listed below.

Sincerely,

Erin Trombley
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 69978
Secure Fax No.: (603) 334-0401

Attachments: Claimant Information Form
Claimant Supplementary Statement
Reimbursement Agreement Form

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** Erin Trombley

EMPLOYEE/CLAIMANT NAME: Lucia Romagosa
CLAIM NO: 12028057
EMPLOYER/SPONSOR: Lcmc Health DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2022 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ________ **DATE:** ________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return to:** Erin Trombley

**EMPLOYEE/CLAIMANT NAME:** Lucia Romagosa **CLAIM #:** 12028057
**EMPLOYER:** Lcmc Health **DATE OF BIRTH:**________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Workers' Compensation | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Other income/money/benefit (describe) ____ | ____ | ____ | ____ | ____ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ________

**DATE:**________ **EMPLOYEE'S SIGNATURE:** ________

DP 409

Lincoln Financial Group®

**REIMBURSEMENT AGREEMENT**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Claimant:** Lucia Romagosa **Date of Birth:** ________

**Employer:** Lcmc Health **Policy/Plan Sponsor No.:** 09-LF0494

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:**________________________________ **DATE:**________________________

**EMPLOYEE'S PRINTED NAME:** Lucia Romagosa

***Please retain a copy for your records or one can be provided upon request.***

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 166759** **Date** **11/30/2022**

***Bill To:***

**Bre-ann Perkins**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 12028057
**Date of Loss:** 5/11/2021
**ECN #** 209331-2
**Account #**

**Claimant** Lucia Romagosa

| | | |
|---|---|---|
| 11/21/2022 | Addendum Peer - Long Term Disability: Addendum<br>Provider: Leon Meytin, MD<br>Specialty: Neurology | $200.00 |
| | **SubTotal** | $200.00 |
| | **Final Invoice Total** | $200.00 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

**From:**Russell, Joshua <Joshua.Russell@genexservices.com>
**Sent:**Wed, 30 Nov 2022 19:50:37 +0000
**To:**VendorReferrals
**Subject:**L. Romagossa CL# 12028057
**Attachments:**Addendum.pdf, Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,
Attached please find the Addendum and Invoice for the above referenced claimant.
Please advise if we can further assist you with this file.
Thanks for the referral,

**Joshua Russell**
***Quality Assurance Coordinator***
Exam Coordinators Network, a division of Genex Services
**T**: 877-463-9463
**F**: 561-392-5881
**Access our portal at: View My Cases**

urac
ACCREDITED
Independent Medical Examinations
Expires 04/01/2024

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination, forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

## Addendum PEER REVIEW

Leon Meytin, MD
Neurologist, Board Certified

CLAIMANT: Lucia Romagosa
CLAIM #: 12028057
ECN #: 209331-2
DATE OF DISABILITY: 5/11/2021
SPECIALTY REQUESTED: Neurology
CASE TYPE: Long Term Disability, Own/Any Occupation

**DOB:**
**Reviewer: Leon Meytin, MD**
**Review date: 11/30/2022**

**Medical / Surgical Condition:** Headaches

**Review of Records:**

Evaluation of all of the available medical records was performed, with particular attention pertinent to concerns for neurological impairment as described below.

**Additional records reviewed.**

APS by Enrique Segura on 10/26/22 states claimant has fatigue, cognitive symptoms, and headaches and requires work restrictions.

**Answers to Questions:**

1. **Please review the additional medical records received and determine if any restrictions or limitations are appropriate based upon the medical evidence provided. If there are restrictions and limitations, what is the expected duration?**

Additional records do not necessitate any restrictions. Additional notes provided only include an APS by Enrique Segura on 10/26/22 states claimant has fatigue, cognitive symptoms, and headaches and requires work restrictions. However, no actual office notes are provided so it's unclear why the claimant

specifically requires restrictions. Thus, no neurological restrictions are being placed at this time. If updated notes become available, the claim can be re-reviewed.

2. **Please comment on what appropriate treatment for this condition is. This claimant has cancelled all upcoming appointments and has no further appointments scheduled**

The typical treatment for headaches is to follow up with neurology to make medication adjustments.

**Signature Block:**

Leon Meytin, MD
Neurologist, Board Certified
Connecticut, Licensure #64873

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

December 6, 2022

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Lcmc Health's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond November 8, 2022. Lcmc Health's LTD Policy requires that to receive benefits you must meet the following definition of disability:

> ***"Disability"*** *or* ***"Disabled"****, with respect to Long Term Disability, means:*
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
> *Applicable to Class 1, 1A, 3, 3A:*
> *a. if the Covered Person is eligible for the Maximum Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to engage in the Material and Substantial Duties of his Own Occupation.*
> *Applicable to Class 2, 2A, 4, 5, 6, 6A, 6B:*
> *b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to engage in the Material and Substantial Duties of his Own Occupation; and*
> *ii. thereafter, the Covered Person is unable to engage in, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
> *2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
> ***"Disability"*** *or* ***"Disabled"*** *means as a result of Injury or Sickness the Covered Person is* unable to engage in the Material and Substantial Duties of Any Occupation.

> ***"Own Occupation"**, with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as it is normally performed in the national economy.*

You have been receiving LTD benefits for your disability since November 9, 2021.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

Lcmc Health's Policy requires that you provide proof of disability as follows:

> ***Notice and Proof of Claim***
> *1. **Notice***
> *a. Notice of claim must be given to Lincoln within 30 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.*
> *b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.*
> *2. **Proof***
> *a. Satisfactory Proof of loss must be given to Lincoln no later than 30 days after the end of the Elimination Period.*
> *b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*
> *c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.*
> *Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On October 7, 2022 we requested a reurn call for a clinical update from you, completed LTD forms (claimant information form, claimant supplementary statement, reimbursement agreement), as well as updated medical records from Dr. Enrique and any other treating providers. You were notified that this information was due by December 20, 2022.

To date we have not received all of the requested information.

You submitted a claim for chronicle headaches and anxiety and your claim file contains the following medical documentation:

- Emergency department records dated May 3, 2021
- East Jefferson General Hospital records dated May 3, 2021, through May 14, 2021
- Office visit notes from Dr. Hickham from the dates of May 5, 2021, and June 8, 2021
- MRI report dated May 11, 2021
- Office Visit notes from Dr. Enrique dated May 12, 2021, through July 23, 2021
- Office visit notes from Dr. Enrique dated February 1, 2022
- Restrictions form completed by Dr. Enrique dated April 12, 2022, where you were given restrictions to return to work light duty from May 12, 2021, and end date was to be determined.
- Office visit note from Dr. Enrique dated April 14, 2021 where your Elavil dose was increased and you reported mild headaches that remained stable since last visit. You reported headaches worsened with exertion. You were scheduled for an unknown surgical procedure and wanted clearance. You were also cleared for sedentary or light duty work.
- Attending physician's statement completed by Dr. Enrique dated October 26, 2022, stating your current symptoms are fatigue, cognitive symptoms and headaches and you are unable to work.

On November 1, 2022, we called Dr. Enrique's office and spoke with staff who confirmed you had cancelled your appointment in September and had no rescheduled any further appointments. Your last appointment was April 12, 2022.

On November 30, 2022, we sent your claim for a clinical review to assess if we could determine current and ongoing impairment to support your disability claim. On a previous review completed on June 9, 2022, it was noted that you were struggling with headaches and fatigue. You were placed on Elavil and your overall headaches had improved. The reviewer agreed with Dr. Enrique that as you recovered from viral meningitis and a brain bleed, you would require restrictions for light duty. Because the only new information that was received was an attending physical statement from Dr. Enrique stating you could not return to work, but there was no supporting documentation or office visit notes showing why you would require any restrictions or limitations, the reviewer did not have supporting documentation, so no restrictions were given.

Additionally, your Policy states the following:

***Discontinuation of the Long Term Disability Benefit***

*The Monthly Benefit will cease on the earliest of:*
*1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;*
*2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due;*
*3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;*

*4. the date the Covered Person refuses to receive Appropriate Available Treatment;*
*5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;*
*6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;*
*7. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Indexed Basic Monthly Earnings;*
*Because the Covered Person's current earnings may fluctuate, Lincoln will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Indexed Basic Monthly Earnings has been exceeded.*
*8. the date the Covered Person is no longer Disabled according to this policy;*
*9. the end of the Maximum Benefit Period; or*
*10. the date the Covered Person dies.*

We called you at on September 12, 2022, September 21, 2022, September 28, 2022, October 7, 2022, October 21, 2022, November 4, 2022, and November 21, 2022, and sent you forms to assist in administering your claim. To date, we have not received the requested forms or a return call.

Based on the medical documentation received in relation to the requirements of your occupation, you no longer meet the definition of disability outlined above. Thus benefits are no longer payable and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Contact from you, completed Claimant Information Form, Claimant Supplementary Statement, Reimbursement Agreement, all office treatment notes, test results, consultation reports, procedure notes from Dr. Enrique or any other medical records from your providers from April 12, 2022, through present not provided; physician documentation for specific restrictions and limitations, including how they preclude you from performing the material and substantial duties of your own job/occupations and the medical documentation to support them; as well as any other information which you feel would support your claim.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh nííní'ąągo naaltsoos níínííłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erin Trombley
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 69978
Secure Fax No.: (603) 334-0401

Attachments: Claimant Information Form
Claimant Supplementary Statement
Reimbursement Agreement Form

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** Erin Trombley

EMPLOYEE/CLAIMANT NAME: Lucia Romagosa
CLAIM NO: 12028057
EMPLOYER/SPONSOR: Lcmc Health DATE OF BIRTH: ____

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2022 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____ Name: ____
Specialty: ____ Specialty: ____
Address: ____ Address: ____

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____ Name: ____
Specialty: ____ Specialty: ____
Address: ____ Address: ____

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ____ Name: ____
Specialty: ____ Specialty: ____
Address: ____ Address: ____

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ____ Name: ____
Specialty: ____ Specialty: ____
Address: ____ Address: ____

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____ **DATE:** ____

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return to:** Erin Trombley

**EMPLOYEE/CLAIMANT NAME:** Lucia Romagosa **CLAIM #:** 12028057
**EMPLOYER:** Lcmc Health **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ______________________

DP 409

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

# REIMBURSEMENT AGREEMENT

**Claimant:** Lucia Romagosa **Date of Birth:** ________

**Employer:** Lcmc Health **Policy/Plan Sponsor No.:** 09-LF0494

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:**________________________________ **DATE:**________________________

**EMPLOYEE'S PRINTED NAME:** Lucia Romagosa

***Please retain a copy for your records or one can be provided upon request.***

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, December 7, 2022 4:59:33 PM |
| To: | COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Lcmc Health Claim No. 12028057 Lucia Romagosa |
| Attachments: | t0qrkp37coiesxzop0we_14143559.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

December 7, 2022

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

Attached is a copy of your closure letter and forms that need to be completed by you.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erin Trombley
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 69978
Secure Fax No.: (603) 334-0401

Attachments: 12028057-CLOSE-NOT DISABLED-12.05.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

December 6, 2022

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Lcmc Health's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond November 8, 2022. Lcmc Health's LTD Policy requires that to receive benefits you must meet the following definition of disability:

> ***"Disability"*** *or* ***"Disabled"****, with respect to Long Term Disability, means:*
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
> *Applicable to Class 1, 1A, 3, 3A:*
> *a. if the Covered Person is eligible for the Maximum Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to engage in the Material and Substantial Duties of his Own Occupation.*
> *Applicable to Class 2, 2A, 4, 5, 6, 6A, 6B:*
> *b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to engage in the Material and Substantial Duties of his Own Occupation; and*
> *ii. thereafter, the Covered Person is unable to engage in, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
> *2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
> ***"Disability"*** *or* ***"Disabled"*** *means as a result of Injury or Sickness the Covered Person is* unable to engage in the Material and Substantial Duties of Any Occupation.

> ***"Own Occupation"****, with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as it is normally performed in the national economy.*

You have been receiving LTD benefits for your disability since November 9, 2021.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

Lcmc Health's Policy requires that you provide proof of disability as follows:

> ***Notice and Proof of Claim***
> *1.* ***Notice***
> *a. Notice of claim must be given to Lincoln within 30 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.*
> *b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.*
> *2.* ***Proof***
> *a. Satisfactory Proof of loss must be given to Lincoln no later than 30 days after the end of the Elimination Period.*
> *b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*
> *c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.*
> *Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On October 7, 2022 we requested a reurn call for a clinical update from you, completed LTD forms (claimant information form, claimant supplementary statement, reimbursement agreement), as well as updated medical records from Dr. Enrique and any other treating providers. You were notified that this information was due by December 20, 2022.

To date we have not received all of the requested information.

You submitted a claim for chronicle headaches and anxiety and your claim file contains the following medical documentation:

- Emergency department records dated May 3, 2021
- East Jefferson General Hospital records dated May 3, 2021, through May 14, 2021
- Office visit notes from Dr. Hickham from the dates of May 5, 2021, and June 8, 2021
- MRI report dated May 11, 2021
- Office Visit notes from Dr. Enrique dated May 12, 2021, through July 23, 2021
- Office visit notes from Dr. Enrique dated February 1, 2022
- Restrictions form completed by Dr. Enrique dated April 12, 2022, where you were given restrictions to return to work light duty from May 12, 2021, and end date was to be determined.
- Office visit note from Dr. Enrique dated April 14, 2021 where your Elavil dose was increased and you reported mild headaches that remained stable since last visit. You reported headaches worsened with exertion. You were scheduled for an unknown surgical procedure and wanted clearance. You were also cleared for sedentary or light duty work.
- Attending physician's statement completed by Dr. Enrique dated October 26, 2022, stating your current symptoms are fatigue, cognitive symptoms and headaches and you are unable to work.

On November 1, 2022, we called Dr. Enrique's office and spoke with staff who confirmed you had cancelled your appointment in September and had no rescheduled any further appointments. Your last appointment was April 12, 2022.

On November 30, 2022, we sent your claim for a clinical review to assess if we could determine current and ongoing impairment to support your disability claim. On a previous review completed on June 9, 2022, it was noted that you were struggling with headaches and fatigue. You were placed on Elavil and your overall headaches had improved. The reviewer agreed with Dr. Enrique that as you recovered from viral meningitis and a brain bleed, you would require restrictions for light duty. Because the only new information that was received was an attending physical statement from Dr. Enrique stating you could not return to work, but there was no supporting documentation or office visit notes showing why you would require any restrictions or limitations, the reviewer did not have supporting documentation, so no restrictions were given.

Additionally, your Policy states the following:

***Discontinuation of the Long Term Disability Benefit***

*The Monthly Benefit will cease on the earliest of:*
*1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;*
*2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due;*
*3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;*

*4. the date the Covered Person refuses to receive Appropriate Available Treatment;*
*5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;*
*6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;*
*7. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Indexed Basic Monthly Earnings;*
*Because the Covered Person's current earnings may fluctuate, Lincoln will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Indexed Basic Monthly Earnings has been exceeded.*
*8. the date the Covered Person is no longer Disabled according to this policy;*
*9. the end of the Maximum Benefit Period; or*
*10. the date the Covered Person dies.*

We called you at on September 12, 2022, September 21, 2022, September 28, 2022, October 7, 2022, October 21, 2022, November 4, 2022, and November 21, 2022, and sent you forms to assist in administering your claim. To date, we have not received the requested forms or a return call.

Based on the medical documentation received in relation to the requirements of your occupation, you no longer meet the definition of disability outlined above. Thus benefits are no longer payable and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Contact from you, completed Claimant Information Form, Claimant Supplementary Statement, Reimbursement Agreement, all office treatment notes, test results, consultation reports, procedure notes from Dr. Enrique or any other medical records from your providers from April 12, 2022, through present not provided; physician documentation for specific restrictions and limitations, including how they preclude you from performing the material and substantial duties of your own job/occupations and the medical documentation to support them; as well as any other information which you feel would support your claim.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh níiní'ą́ągo naaltsoos níiníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erin Trombley
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 69978
Secure Fax No.: (603) 334-0401

Attachments: Claimant Information Form
Claimant Supplementary Statement
Reimbursement Agreement Form

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** Erin Trombley

EMPLOYEE/CLAIMANT NAME: Lucia Romagosa
CLAIM NO: 12028057
EMPLOYER/SPONSOR: Lcmc Health DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2022 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ________ **DATE:** ________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return to:** Erin Trombley

**EMPLOYEE/CLAIMANT NAME:** Lucia Romagosa **CLAIM #:** 12028057
**EMPLOYER:** Lcmc Health **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______

**DATE:** ______ **EMPLOYEE'S SIGNATURE:** ______

DP 409

Lincoln Financial Group®

**REIMBURSEMENT AGREEMENT**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Claimant:** Lucia Romagosa **Date of Birth:**

**Employer:** Lcmc Health **Policy/Plan Sponsor No.:** 09-LF0494

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:**_________________________________ **DATE:**_________________________

**EMPLOYEE'S PRINTED NAME:** Lucia Romagosa

***Please retain a copy for your records or one can be provided upon request.***

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

GROUPBENEFITS - CLAIMS
PO BOX 8200
DOVER, NH 03821-0000
1-(800) 210-0268

Claim: 12028057
Claim Type: LTD
Payee Type: EMP

Customer: LCMC HEALTH
Subsidiary: LCMC HEALTH - ASO
Location: CHILDRENS HOSPITAL NEW ORLEANS
Employee: LUCIA A ROMAGOSA

Policy Number: GF3-890-LF0494-01
Pmt Period: 10/09/22 - 11/08/22
Pmt Date: 11/02/22
Check #: 108130780

Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 4160.00 | $ 0.00 | $ 0.00 | $ 4160.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 4160.00 |

Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Offset $ 0.00

Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Deduction $ 0.00

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 0.00

Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 4160.00 | Benefit Tax %: 100.00 | Federal Excludable Wages: $ | 0.00 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 4160.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 4160.00 | Employee State: LA | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

November 5, 2022

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

We are writing with regard to your claim for disability benefits under Lcmc Health's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in the process of evaluating your claim for disability benefits, but are unable to complete our investigation based on the information submitted. To make a determination, we require completed forms, updated medical records and an update from you.

This information has been requested from Dr. Enrique and we have asked that it be returned by November 20, 2022. Once this information is received, it will be reviewed and a determination will be made.

Please contact Dr. Enrique to encourage a response to our request.

If you have any questions about your disability benefits, please feel free to contact me.

Sincerely,

Erin Trombley
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 69978
Secure Fax No.: (603) 334-0401

Lincoln Financial Group

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

00000279 LFPL2001 50003779

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

Person(s) or group(s) of persons authorized to disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

The information will be used or disclosed only for the following purpose(s): To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purpose of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lucia Alonzo Romagosa

Name of legal representative, if applicable (print) Brown + Brown / Relationship (atty.)

Signature of claimant or legal representative Lucia Alonzo Romagosa Date: 4/4/2022

Date of Birth: ______ Claim Number: 12028057

A copy of this authorization will be considered as valid as the original.

Douglass Alonzo GNO Legal – atty. for myself

10/24/2022 11:21AM (GMT-04:00)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

Lucia Romagosa
Claimant Name

Date of Birth

[signature]
Claimant Signature

4/14/22
Date

12028057
Claim Number

00000279 LFPU2X01 C0003783

**MRO**
**1000 Madison Avenue**
**Suite 100**
**Norristown, PA 19403**
**Ph: (610) 994-7500 Opt. 1**

# Medical Records Transmittal

---

Date: 11/9/2022
Request Number: 61776924
Page Count: 1

**Your requested medical records are attached.**

Patient Name: LUCIA ROMAGOSA
Medical Facility: MPSI-EJ Neurological Associates
Requester: Erin Trombley
Organization: Lincoln Financial Group/PORTAL

Your reference number: 12028057

Thank you,

*MRO*
*MROcorp.com*

LCMC Health

EJ Neurological Associates
4200 Houma Blvd
Metairie, LA 70006
504-503-4000

10/27/22

Lincoln Financial Group/PORTAL
Attn: Erin Trombley
P.O. Box 2578
Disability And Life Claims
Omaha, NE 68172

RE: Request to inspect, copy or obtain copy of health records
Records of: Lucia Romagosa
MRN: 1003076293
Date of Birth:
Date request received: 10/24/2022

Dear Lincoln Financial Group/PORTAL,

We regret to inform you that we are unable to process your request as the patient did not have medical records for the service date(s) requested.

Should you have any questions, you may contact us at MRO Corporation 610-994-7500, Monday through Friday, 8:00 a.m. until 4:30 p.m., Central Standard Time, or write to the address above, attention Health Information Management.

Sincerely, Royionne Martin

Release of Information Representative
Health Information Management

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

October 7, 2022

Dr. Enrique Segura
ATTN: PENNY

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Dr. Enrique Segura:

We are the Disability Claim Administrator for your patient, Lucia Romagosa.

To evaluate Ms. Romagosa's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 13, 2022 through present

- Completion of the Enclosed Forms:

X Attending Physician's Statement
X Records for above dates

We ask that you provide this information by October 21, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Romagosa allowing the release of

information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Romagosa's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erin Trombley
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 69978
Secure Fax No.: (603) 334-0401

Attachments: Attending Physician's Statement
12028057-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.14.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | October 21, 2022 |
| To: | DR. ENRIQUE SEGURA<br>ATTN: PENNY |
| Attn: | Medical Records |
| Fax: | (504) 456-5172 |
| From: | Erin Trombley<br>Senior Claims Examiner, Claims<br>Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 11 |
| RE: | Claim #: 12028057<br>Claimant: Lucia Romagosa<br><br>Lcmc Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NB 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

October 21, 2022

Dr. Enrique Segura
ATTN: PENNY

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Dr. Enrique Segura:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Lcmc Health's Group Disability Policy. We are writing in reference to Lucia Romagosa's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to Dr. Segura. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by November 4, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Erin Trombley
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 69978
Secure Fax No.: (603) 334-0401

Attachments: 12028057-REQUEST-PROVIDER-10.07.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | October 7, 2022 |
| To: | DR. ENRIQUE SEGURA<br>ATTN: PENNY |
| Attn: | Medical Records |
| Fax: | (504) 456-5172 |
| From: | Erin Trombley<br>Senior Claims Examiner, Claims<br>Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 12028057<br>Claimant: Lucia Romagosa<br><br>Lcmc Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

**From:**Trombley, Erin
**Sent:**Mon, 21 Nov 2022 19:28:40 +0000
**To:**BocaLegacy@genexservices.com
**Subject:**addendum Request claim 12028057 *secure*
**Attachments:**ap statement.pdf

Good afternoon,

I would like to request an addendum peer review from neurology for this claim. The prior peer was completed on 6/9/2022 by Dr. Leon Meytin.

Questions:

Please review the additional medical records received and determine if any restrictions or limitations are appropriate based upon the medical evidence provided. If there are restrictions and limitations, what is the expected duration?

Please comment on what appropriate treatment for this condition is. This claimant has cancelled all upcoming appointments and has no further appointments scheduled.

I have attached the additional medical.

Thank you!

Erin Trombley
LTD Claims Examiner
Group Protection
Lincoln Financial Group

800.210.0268 Office
Ext. 69978
Fax: 603-334-0401

LincolnFinancial.com

Follow us on:

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

MRO
Phone: (610) 994-7500 Opt. 1
Fax: (610) 962-8421

**Request ID: 61776924**
**Tracking #: ILPH8C6DTFTL4**

**Erin Trombley**
Lincoln Financial Group/PORTAL
P.O. Box 2578
Disability And Life Claims
Omaha, NE 68172

**Track your request at www.roilog.com**
**Enter your Tracking # and Request ID.**

**Date:** 10/25/2022
**Phone:** 800-210-0268
**Fax:** 603-334-0401

**Confirmation of Receipt of Medical Records Information Request**

The Medical Facility below is in the process of searching for and retrieving a copy of the requested records. You will be notified of any issues with your request. If there are no issues, you will receive a pre-payment invoice. The records will be mailed to you upon receipt of your payment.

MRO is processing your request applicable to state & federal laws and regulations. Please notify the patient that the provision of treatment, payment, enrollment, or eligibility for benefits will not be conditioned on the elements of the authorization provided or your request for copies of the patient's records, unless permitted under 45 CFR 164.508(c)(2)(ii)(A)-(B).

Should you have any questions, please feel free to contact MRO directly regarding this request by dialing (610) 994-7500 Opt. 1 or by submitting an email to Requestinformation@mrocorp.com.
To help us better assist you, please be sure to include your Request ID in the subject line of your email.

Thank you,
**MRO**

**Patient Name:** **LUCIA ROMAGOSA**

**Your Request Date:** 10/7/2022
**Your Reference Number:** 12028057
**Date Received at Facility:** 10/24/2022

Your request is being processed by MRO on behalf of the following facility:

**MPSI-EJ Neurological Associates**
3800 Houma Boulevard
#325
Metairie, LA 70006

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

Return To: Erin Trombley

To be completed by treating provider:

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Lucia | | Romagosa | 12028057 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| 5' 2" | 121 Lb | 118/84 | |

**2. Diagnosis**

| Primary ICD diagnostic Code (Required) | Primary ICD diagnosis Description |
|---|---|
| Nonintractable headache unsp. Chronic Pattern | R51.9 |

| Secondary ICD Diagnosis Code | Secondary ICD Diagnosis Description |
|---|---|
| Encephalitis | G04.90 |

Pregnancy: First Treated ___/___/___ Estimated Delivery ___/___/___ Date of Delivery ___/___/___ ☐ Vaginal ☐ C-Section

Symptoms:

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings): Fatigue, Cognitive Symptoms, Headaches

**3. Disability Circumstances** - *Check if applicable*

☒ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances:

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| 5/12/21 | 5/12/21 | 4/22/22 |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| 5/12/21 | 4/12/22 | 1/10/23 |

Dates hospital confined: 5/12/22 to 5/14/21

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

Indicate frequency per day the listed activities below can be used performed using:
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | F | Standing | O | Crouching | O | Overhead | O |
| 6-10 lbs. | O | Walking | O | Crawling | O | Desk Level | O |
| 11-25 lbs. | N | Sitting | O | Grasping | O | Below Waist | O |
| 26-50 lbs. | N | Balancing | O | Climbing | | | |
| 51-100 lbs. | N | Stooping | O | Pushing | 6 | | |
| 100 + lbs. | N | Kneeling | O | Pulling | 6 | | |
| | | Fingering | C | Bending | O | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ___/___/___

Dressing ___/___/___

Transferring ___/___/___

Bathing ___/___/___

Toileting ___/___/___

Eating ___/___/___

## 5. Treatment

medications

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Date patient experienced loss of Cognitive Functioning: 5 / 12 / 21

Describe ongoing treatment frequency

## 6. Prognosis

Guarded

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

Unable to / /

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Enrique Segura
Name

3800 Houma Blvd, Ste. 325
Street Address

Metairie
City

LA
State

70006
Zip Code

504-885-7357
Phone Number

Fax Number

[signature]
Signature

10/26/22
Date

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years; if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

*PREPAYMENT REQUIRED*

**Invoice**
61776924
October 28, 2022

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

Phone: (610) 994-7500 Opt. 1
Fax: (610) 962-8421

**Erin Trombley**
Lincoln Financial Group/PORTAL
P.O. Box 2578
Disability And Life Claims
Omaha, NE 68172

On 10/24/2022the following healthcare provider received your request for copies of medical records:
**MPSI-EJ Neurological Associates**
3800 Houma Boulevard
#325
Metairie, LA 70006
You requested records for: LUCIA ROMAGOSA

This is your invoice for providing the copies of the medical records.

Your Reference ID:
12028057

MRO Request ID: 61776924

MRO Online Tracking Number: ILPH8C6DTFTL4

You can track and pay for your request online at:
**www.roilog.com**

Records consisting of more than 75 pages may be sent on CD-ROM.

Cancelled requests or unpaid invoices may be subject to a cancellation fee.

**Fees**

| | |
|---|---|
| Search and Retrieval Fee: | $25.00 |
| Number of Pages: | 1 |
| Tier 1: | $0.00 |
| Tier 2: | $0.00 |
| Tier 3: | $0.00 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $0.00 |
| Adjustments: | $0.00 |
| Postage: | $0.00 |
| Sales Tax: | $0.00 |
| TOTAL: | $25.00 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $0.00) |
| **BALANCE DUE:** | $25.00 |

**PAYMENT**

*You may pay this invoice online at:*
**www.roilog.com**
*You can send a check to:*
**MRO**
P.O. Box 6410,
Southeastern, PA 19398-6410
MRO Tax ID (EIN): 01-0661910

*Please write the Invoice # on the check or return this invoice with the payment.*

By proceeding with this order, you are representing that you: have reviewed, understood, and approved the charges; have agreed to pay them; and have agreed to the following terms. Any dispute relating to the charges in this invoice must be presented before proceeding with this order. Any dispute not so presented is waived. Presentation of a dispute must be made by telephone (610) 994-7500 Opt. 1. All disputes regarding the charges in this invoice, whether presented by you or by MRO, must be resolved by arbitration under the Federal Arbitration Act through one or more neutral arbitrators before the American Arbitration Association (AAA). Your dispute will be resolved by the arbitrators, and not by a judge or a jury. Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative or member of a class. An arbitrator may not consolidate your dispute with the dispute of anyone else nor preside over any form of class proceeding. Upon request by you at the time a dispute is presented, MRO will pay the AAA fee for arbitration of your dispute.

**Please contact MRO at (610) 994-7500 Opt. 1 for any questions regarding this invoice.**
**MRO is the medical copy request processor for:**
**MPSI-EJ Neurological Associates .**

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

# Facsimile Transmittal Sheet

TO:
Liberty Mutual

FROM:
Customer Resource Center

FAX NUMBER:

| | |
|---|---|
| MO | 603-334-0366 |
| NC | 603-334-0380 |
| AZ | 603-422-0119 |
| Wells Fargo | 866-214-7839 |

DATE:
11/1/2022

PHONE NUMBER:

TOTAL NUMBER OF PAGES INCLUDING COVER:
3

RE:
Lucia Romagosa
(12028057)

DIRECT FAX NUMBER:
877-899-1345

☐ URGENT ☒ FOR REVIEW ☐ PLEASE REPLY

NOTES/COMMENTS:

Sincerely,

Customer Resource Center

The information transmitted in this facsimile is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you have received this information in error, please notify the sender at Brown & Brown Absence Services Group at 1-877-261-1947 immediately and destroy all copies of this facsimile transaction. Thank you.

Brown & Brown

ABSENCE SERVICES GROUP

300 N Beach Street
Daytona Beach, FL 32114

November 1, 2022

Kimberly Herterich
100 Liberty Way

Please ... that we ... a ... application with the Social Security Administration (SSA) today. The Initial claim was recently denied on 9/5/2022.

We will continue to keep you updated regarding the status of this claim. If you have any questions, ... you.

Sincerely,

Customer Resource Center

0302000655

Social Security Administration

# Retirement, Survivors, and Disability Insurance

**Notice of Disapproved claim**

Date: 09/05/2022
Claim Number: 4125825

LUCIA ROMAGOSA

We are writing about your claim for Social Security disability benefits. Based on a review of your health problems, you do not qualify for benefits on this claim. This is because you are not disabled under our rules. Doctors and other trained staff looked at your case and made this decision. They work for the State but used our rules.

The rest of this letter explains our decision, information about other benefits, and your appeal rights.

### The Decision

See the enclosed Personalized Disability Explanation.

### About the Decision

There are many types of disability programs, both government and private, which use different rules. A person may be [illegible] may be true in your case. Please see [illegible] Disability [illegible] for information about our rules.

### Information About Other Benefits

Based on the application you filed, you are not entitled to any other Social Security benefits, besides those you may already be getting. If you think you may be entitled to other benefits in the future, you will [illegible]

If you disagree with the decision, you have the right to appeal. We will review the case and consider any new facts you have. A person who did not make the first decision will decide the case.

- You have 60 days to ask for an appeal in writing.
- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- You have to ask for an appeal in writing. You may use our form SSA-561-U2, called "Request for Reconsideration." You may complete this form online at www.socialsecurity.gov/disability/appeal. Or, you may contact one of our offices or call 1-800-772-1213 to request this form. Contact one of our offices if you want help.
- In addition, you should complete a "Disability Report - Appeal" to tell us about your medical condition since filing the claim. You may complete this report online after you complete the online "Request for Reconsideration." Or, you may contact one of our offices or call 1-800-772-1213 to request this form.

### How the Appeal Works

You have the right to review the facts in your case. You can give us more facts to add to your file. Then we will decide your case again. You will not meet with the person who will decide your case.

### If You Want Help With Your Appeal

You may choose to have a representative help you. We will work with this person just as we would work with you. If you decide to have a representative, you should find one quickly so that person can start preparing your case.

Many representatives charge a fee. Some charge a fee only if you receive benefits. Others may represent you for free. Usually, your representative may not charge a fee unless we approve it. Your local Social Security office can give you a list of groups that can help you find a representative.

If you get a representative, you or that person must notify us in writing. You may use our Form SSA-1696-U4 "Appointment of Representative." Any local Social Security office can give you this form.

**New Application**

You have the right to file a new application at any time, but a new application is not the same as an appeal. If you disagree with this decision and you file a new application instead of an appeal, you might lose some benefits, or not qualify for any benefits. We also could deny a new Social Security application using this Social Security decision, if the facts and issues are the same. So, if you disagree with this decision, you should ask for an appeal within 60 days.

**Suspect Social Security Fraud?**

Please visit **https://oig.ssa.gov/report** or call the Inspector General's Fraud Hotline at (800) 269-0271 (TTY (866) 501-2101).

**If You Have Any Questions**

We invite you to visit our website at **www.socialsecurity.gov** to find general information about Social Security. If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at (888) 850-2232 . If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

KENNER LA
SOCIAL SECURITY
1616 JOE YENNI BLVD
KENNER LA 70065 - 9904

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

*Social Security Administration*

CC: Sean P. Sullivan; ADVOCATOR GROUP LLC

Enclosure(s):
Social Security Disability Rules
Personalized Disability Explanation

0303000655

## Social Security Disability Rules

**You must meet certain rules to qualify for Social Security disability benefits:**

Disabled Worker

You must have the required work credits and your health problems must:

- keep you from doing any kind of substantial gainful activity (explained below), and
- last, or be expected to last, for at least 12 months in a row, or result in death.

Childhood Disability

You must be age 18 or older and your health problems must:

- begin before age 22 or you must become disabled again within 7 years after the month that your earlier period of disability ended,
- keep you from doing any kind of substantial gainful activity (explained below), and
- last, or be expected to last, for at least 12 months in a row, or result in death.

Disabled Widow, Widower or Surviving Divorced Spouse

You must be at least age 50, and your health problems must:

- Keep you from doing any kind of substantial gainful activity (explained below),
- last, or be expected to last, for at least 12 months in a row, or result in death, and
- have started before the end of a special period.

The special period starts with the latest of:

- the month your spouse died,
- the month your Social Security benefits as a parent ended, or
- the month your earlier period of widow(er)'s disability ended.

The special period ends at the close of the 84th month (7 years) after the month it started.

### Information About Substantial Gainful Activity

Generally, substantial gainful activity is physical or mental work you are paid to do. Work can be substantial gainful activity even if it is part-time. To decide if your work is substantial gainful activity, we consider the nature of the job duties, the skills and experience you need to do the job, and how much you actually earn.

Beginning January , we will find that your work is substantial gainful activity if your gross earnings average over $1,350 per month after we deduct allowable amounts. This monthly amount is higher for Social Security disability benefits due to blindness $2,260. This amount changes each year.

Your work may be different from before your health problems began. It may not be as hard to do and your pay may be less. However, we may still find that your work is substantial gainful activity under our rules.

If you are self-employed, we consider the kind and value of your work, including your part in the management of the business, as well as your income, to decide if your work is substantial gainful activity.

**Personalized Disability Explanation**

We used the following medical and non-medical reports to decide your claim:
DR MICHAEL HICKMAN MD received on 05/23/2022, 05/24/2022
CENTER FOR RESTORATIVE BREAST SURGERY received on 05/11/2022
EAST JEFFERSON MEDICAL CENTER received on 05/05/2022
Ochsner Health System received on 04/29/2022

We received a response indicating no records from the following:
Ochsner Health System received on 03/31/2022

We were unable to obtain additional medical and non-medical reports from the following:
EAST JEFFERSON NEUROLOGICAL ASSOCS

You said you were unable to work as of 05/11/2021 because of brain bleed with swollen meningitis, chronic migraines, asthma, anxiety, and breast cancer in remission .

Under the law, the applicant is responsible for furnishing evidence to support the claim. Although you have been requested to furnish additional evidence, you have not done so. Therefore, a determination has been made based on the evidence in file. This evidence does not show that you are disabled.

SOCIAL SECURITY ADMINISTRATION
OFFICE OF CENTRAL OPERATIONS
1500 WOODLAWN DR
BALTIMORE MD 21241-0001

OFFICIAL BUSINESS

quadient
FIRST-CLASS MAIL
AUTO - IMI
$000.45
09/06/2022 ZIP 70806
043M32100203
US POSTAGE

GBHDSSB 32114

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | October 21, 2022 |
| To: | DR. ENRIQUE SEGURA<br>ATTN: PENNY |
| Attn: | Medical Records |
| Fax: | (504) 456-5172 |
| From: | Erin Trombley<br>Senior Claims Examiner, Claims<br>Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 11 |
| RE: | Claim #: 12028057<br>Claimant: Lucia Romagosa<br><br>Lcmc Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

last office visit · 04/12/22

# Fax Call Report

HP LaserJet MFP M528

Page 1

Fax Header Information

ejgh
5037348
Oct/24/2022 11:17:50 AM

| Job | Date/Time | Type | Line | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 6847 | Oct/24/2022 11:15:25 AM | Send | Analog | 95045036116 | 02:22 | 7 | Success |

Oct/24/2022 11:15:55 AM ejgh 5037348 1/7

10/21/22 13:46:22 Lincoln Financial -> 5044565172 Lincoln Financial Gr Page 001

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | October 21, 2022 |
| To: | DR. ENRIQUE SEGURA<br>ATTN: PENNY |
| Attn: | Medical Records |
| Fax: | (504) 456-5172 |
| From: | Erin Trombley<br>Senior Claims Examiner, Claims<br>Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 11 |
| RE: | Claim #: 12028057<br>Claimant: Lucia Romagosa<br>Lcmc Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Oct/24/2022 11:17:51 AM English (United States)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

October 7, 2022

Dr. Enrique Segura
ATTN: PENNY

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Dr. Enrique Segura:

We are the Disability Claim Administrator for your patient, Lucia Romagosa.

To evaluate Ms. Romagosa's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 13, 2022 through present

- Completion of the Enclosed Forms:

  X Attending Physician's Statement
  X Records for above dates

We ask that you provide this information by October 21, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Romagosa allowing the release of

information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Romagosa's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erin Trombley
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 69978
Secure Fax No.: (603) 334-0401

Attachments: Attending Physician's Statement
12028057-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.14.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

00000279 LFPI2XO1 00063779

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lucia Alongia Romagosa

Name of legal representative, if applicable (print) Brown + Brown / Relationship (atty.)

Signature of claimant or legal representative Lucia Alongia Romagosa Date: 4/4/2022

Date of Birth: ______ Claim Number: 12028057

A copy of this authorization will be considered as valid as the original.

Douglas Alongia GNO Legal – atty. for myself

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

Lucia Romagosa
Claimant Name

Date of Birth

Lucia Alonzo Romagosa
Claimant Signature

4/14/22
Date

12028057
Claim Number

00000279 LFPU2XD1 00003769

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

October 21, 2022

Dr. Enrique Segura
ATTN: PENNY

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Dr. Enrique Segura:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Lcmc Health's Group Disability Policy. We are writing in reference to Lucia Romagosa's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to Dr. Segura. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by November 4, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Erin Trombley
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 69978
Secure Fax No.: (603) 334-0401

Attachments: 12028057-REQUEST-PROVIDER-10.07.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | October 7, 2022 |
| To: | DR. ENRIQUE SEGURA<br>ATTN: PENNY |
| Attn: | Medical Records |
| Fax: | (504) 456-5172 |
| From: | Erin Trombley<br>Senior Claims Examiner, Claims<br>Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 12028057<br>Claimant: Lucia Romagosa<br><br>Lcmc Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

# Romagosa, Lucia

MRN: 1003076293

| | | |
|---|---|---|
| **Enrique Segura, MD** | Progress Notes | Encounter Date: 4/12/2022 |
| Physician | Signed | |
| Specialty: Neurology | | |

**East Jefferson General Hospital**
LCMC Health
EJ Neurological Associates

**Chief Complaint:**

**Chief Complaint**
Patient presents with
- Follow-up
  *Brain bleeding*

**History of Present Illness:**
62 y/o female with a medical history significant for encephalitis, headaches, anxiety, hypothyroidism, and breast cancer s/p bilateral mastectomy (2012) returns to the clinic today for a follow up. On last visit, patient reported headaches were improved in intensity on Elavil 25 at bedtime. However, headaches were continuing to occur frequently. Patient's Elavil dose was increased to 50 mg at bedtime for headache prevention. She was continued on Nurtec PRN for acute relief of headaches. Today, patient reports mild headaches remain overall stable since last visit. Headaches will occasionally worsen to the point of debilitation. Headache triggers include exertion. She continues on Elavil 25 mg at bedtime and Nurtec PRN without complications. She adds that she will take an additional Elavil 25 mg PRN when experiencing a headache. Patient continues on Zoloft, as well. She has continued on Zoloft for several years now. Patient has tried and failed Ubrelvy in the past.

Patient complains of insomnia. She continues on Xanax 1 mg nightly without complications, but she voices wish to eventually discontinue Xanax.

Patient is scheduled for a surgical procedure with anesthesia next month and would like clearance for surgery.

**Review of Systems:**
Normal ROS except as noted in HPI.

**Problem List:**
There is no problem list on file for this patient.

**Past Medical History:**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • asthma | |
| • Dependent edema | |
| • Encephalitis | |
| • Headache | |
| • Hypothyroidism | |
| • Major depressive disorder, single episode | |
| • Malignant neoplasm of female breast (CMS/HCC) | |
| • Syncope | |

**Family History:**

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • PVD | Father | |

**Social History:**

**Social History**

| | |
|---|---|
| Tobacco Use | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Substance Use Topics | |
| • Alcohol use: | Never |
| • Drug use: | Never |

**Medications:**

Current Outpatient Medications:
• ondansetron (ZOFRAN) 8 MG tablet, Take 8 mg by mouth, Disp: , Rfl:
• albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/actuation inhaler, ProAir HFA 90 mcg/actuation aerosol inhaler Inhale 2 puffs every 4 hours by inhalation route., Disp: , Rfl:
• ALPRAZolam (XANAX) 1 MG tablet, Take 1 mg by mouth, Disp: , Rfl:
• amitriptyline (ELAVIL) 50 MG tablet, Take 1 tablet nightly by mouth, Disp: 30 tablet, Rfl: 5
• budesonide-formoteroL (SYMBICORT) 160-4.5 mcg/actuation inhaler, Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler Inhale 2 puffs twice a day by inhalation route., Disp: , Rfl:
• chlorhexidine (PERIDEX) 0.12 % solution, SWISH AND EXPECTORATE one TEASPOONFUL THREE TIMES DAILY, Disp: , Rfl:
• cholecalciferol, vitamin D3, 125 mcg (5,000 unit) tablet, Take 5,000 Units by mouth, Disp: , Rfl:
• famotidine (PEPCID) 10 MG tablet, Take 10 mg by mouth, Disp: , Rfl:
• levocetirizine (XYZAL) 5 MG tablet, Take 5 mg by mouth, Disp: , Rfl:
• naproxen sodium (ALEVE ORAL), Aleve Take last dose @ 0730 No date recorded No form recorded No frequency recorded No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded, Disp: , Rfl:
• NURTEC ODT 75 mg TbDL tablet, TAKE 1 TABLET BY MOUTH ONCE AS NEEDED FOR MIGRAINE HEADACHE. DO NOT EXCEED 1 TABLET IN 24 HRS, Disp: , Rfl:
• prednisoLONE acetate (PRED FORTE) 1 % ophthalmic suspension, Instill FIVE DROPS IN BOTH EARS THREE TIMES DAILY FOR 7 DAYS, Disp: , Rfl:

**Vital Signs:**
**Vitals:**

| | |
|---|---|
| | 04/12/22 1501 |
| BP: | 120/68 |
| Pulse: | 75 |
| Temp: | 98.1 °F |

**Physical Exam:**
NEURO EXAM
Mental Status: Alert and oriented x4, Normal speech and comprehension
Cranial Nerves: Pupils equal and reactive, EOMI, no facial asymmetry, midline tongue
Motor: No pronator drift, 5/5 strength throughout.
Reflexes: Symmetric with normal plantar responses.
Sensory: denies sensory deficits to light touch
Coordination: No dysmetria on finger to nose
Gait: normal

**Labs:**
No laboratory studies were obtained prior to today's visit.

**Diagnostic Results:**
**(10/01/2021 11:01 CDT MRI Brain w/ + w/o Contrast)**
**IMPRESSION:**
NO EVIDENCE FOR ACUTE INFARCT.

STABLE MINIMAL CHANGES OF SMALL VESSEL ISCHEMIC DISEASE.
[1]

**(07/08/2021 11:57 CDT MRI Brain w/ + w/o Contrast)**
**IMPRESSION:**
Interval resolution of T2 signal abnormality and corresponding leptomeningeal enhancement throughout the cortical sulci of bilateral cerebral hemispheres. Abnormal SWI imaging throughout the cortical sulci/subarachnoid spaces of bilateral cerebral hemispheres, suggesting chronic subarachnoid hemorrhage.

Mild chronic microvascular ischemic change.

No acute intracranial abnormality, evidence of recent infarction, nor abnormal enhancement. [2]

**Data:**
Previous neurology notes reviewed. Brain MRIs reviewed.

**Assessment/Plan:**
Lucia was seen today for follow-up.

Diagnoses and all orders for this visit:

**Nonintractable headache, unspecified chronicity pattern, unspecified headache type**
- amitriptyline (ELAVIL) 50 MG tablet; Take 1 tablet nightly by mouth
- Ambulatory Referral to Neurology; Future

**Encephalitis**
- Ambulatory Referral to Neurology; Future

**Assessment/Plan:**
Patient's headaches remain overall stable since last visit. She complains of insomnia, as well. She continues on Elavil 25 mg at bedtime with some relief to headache intensity. Nurtec provides satisfactory acute relief. Patient's headaches are not out of the ordinary given her recent episode of encephalitis. I suspect her recent stress/anxiety is exacerbating her headaches. Patient's repeat Brain MRI performed 10/01/2021 shows expected evolution of her prior findings. Will further increase patient's Elavil dose to 50 mg QHS for headache prevention. Will continue patient on Nurtec PRN for acute relief to headaches. Will refer patient to headache specialist Dr. Voigt for further evaluation. Patient is cleared from a neurological perspective for her upcoming surgery. Cleared to start to sedentary or light duty work.

**Scribe Attestation:**
I, Chelsea Everett, scribed the above HPI for Dr. Segura on 4/12/2022.
The above HPI was transcribed for me by scribe Chelsea Everett. I personally performed the history, exam, and medical decision making and confirm that the transcribed note accurately reflects my work.

Electronically signed by Enrique Segura, MD at 4/13/2022 4:07 PM

Follow-Up on 4/12/2022

## Additional Documentation

Vitals: BP 120/68 Pulse 75 Temp 98.1 °F Ht 1.575 m (5' 2") Wt 53.9 kg (118 lb 12.8 oz) SpO2 98% BMI 21.73 kg/m² BSA 1.54 m² Pain Sc 0 - No pain

Flowsheets: PDMP Review, Patient Identification, Sepsis Shock Index, Pain Assessment, Anthropometrics

## Orders Placed

Ambulatory Referral to Neurology Closed

## Medication Changes

As of 4/12/2022 3:28 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| Changed: amitriptyline (ELAVIL) 50 MG tablet<br>Take 1 tablet nightly by mouth - Oral<br>Previously: 25 mg Oral Nightly | 5 | 4/12/2022 | 6/9/2022 |

## Visit Diagnoses

Nonintractable headache, unspecified chronicity pattern, unspecified headache type R51.9

Encephalitis G04.90

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

GROUPBENEFITS - CLAIMS
PO BOX 8200
DOVER, NH 03821-0000
1-(800) 210-0268

| | | | |
|---|---|---|---|
| Claim: 12028057 | Customer: LCMC HEALTH | Policy Number: GF3-890-LF0494-01 |
| Claim Type: LTD | Subsidiary: LCMC HEALTH - ASO | Pmt Period: 09/09/22 - 10/08/22 |
| Payee Type: EMP | Location: CHILDRENS HOSPITAL NEW ORLEANS | Pmt Date: 10/03/22 |
| | Employee: LUCIA A ROMAGOSA | Check #: 107888678 |

Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 4160.00 | $ 0.00 | $ 0.00 | $ 4160.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 4160.00 |

Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | Subtotal Provision $ | 0.00 |

Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | Subtotal Offset $ | 0.00 |

Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | Subtotal Deduction $ | 0.00 |

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 0.00

Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 4160.00 | Benefit Tax %: 100.00 | Federal Excludable Wages: $ | 0.00 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 4160.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 4160.00 | Employee State: LA | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

October 8, 2022

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Lcmc Health's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On October 7, 2022, we requested contact from you, updated medical records and forms from Dr. Enrique. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from April 13, 2022 through present from Dr. Enrique

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by December 20, 2022:

X Claimant Information Form
X Claimant Supplementary Statement
X Reimbursement Agreement Form
___ Other

On October 7, 2022, we attempted to contact you at However, you did not answer

and I left a message.

We need to speak with you about your disability claim. Please call us by November 20, 2022 at the number listed below so that we can discuss your claim. If you do not contact us by this date, your disability benefits may be suspended.

Lcmc Health's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by November 20, 2022, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by December 20, 2022, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than December 20, 2022 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erin Trombley
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 69978
Secure Fax No.: (603) 334-0401

Attachments: Claimant Information Form
Claimant Supplementary Statement
Reimbursement Agreement Form

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** Erin Trombley

EMPLOYEE/CLAIMANT NAME: Lucia Romagosa
CLAIM NO: 12028057
EMPLOYER/SPONSOR: Lcmc Health DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2022 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______ **DATE:** ______

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return to:** Erin Trombley

**EMPLOYEE/CLAIMANT NAME:** Lucia Romagosa **CLAIM #:** 12028057
**EMPLOYER:** Lcmc Health **DATE OF BIRTH:** ______

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______

**DATE:** ______ **EMPLOYEE'S SIGNATURE:** ______

DP 409

Lincoln Financial Group®

# REIMBURSEMENT AGREEMENT

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Claimant:** Lucia Romagosa **Date of Birth:** ________

**Employer:** Lcmc Health **Policy/Plan Sponsor No.:** 09-LF0494

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:**__________________________ **DATE:** ____________________

**EMPLOYEE'S PRINTED NAME:** Lucia Romagosa

***Please retain a copy for your records or one can be provided upon request.***

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | October 7, 2022 |
| To: | DR. ENRIQUE SEGURA<br>ATTN: PENNY |
| Attn: | Medical Records |
| Fax: | (504) 456-5172 |
| From: | Erin Trombley<br>Senior Claims Examiner, Claims<br>Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 12028057<br>Claimant: Lucia Romagosa<br><br>Lcmc Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

October 7, 2022

Dr. Enrique Segura
ATTN: PENNY

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Dr. Enrique Segura:

We are the Disability Claim Administrator for your patient, Lucia Romagosa.

To evaluate Ms. Romagosa's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 13, 2022 through present

- Completion of the Enclosed Forms:

  X Attending Physician's Statement
  X Records for above dates

We ask that you provide this information by October 21, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Romagosa allowing the release of

information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Romagosa's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erin Trombley
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 6 978
Secure Fax No.: (603) 334-0401

Attachments: Attending Physician's Statement
12028057-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.14.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

00000279 LFPU2XD1 00003770

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lucia Alongi Romagosa

Name of legal representative, if applicable (print) Brown & Brown Relationship (atty.)

Signature of claimant or legal representative Lucia Alongi Romagosa Date: 4/14/2022

Date of Birth: ____________ Claim Number: 12028057

**A copy of this authorization will be considered as valid as the original.**

Douglass Alongi GNO Legal – atty. for myself

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

Lucia Romagosa
Claimant Name

Date of Birth

Lucia Alonzo Romagosa
Claimant Signature

4/14/22
Date

12028057
Claim Number

0000279 LFPU2XD1 00003769

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** Erin Trombley

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Lucia | | Romagosa | 12028057 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**: 

Primary ICD diagnosis Description: 

Secondary ICD Diagnosis Code: 

Secondary ICD Diagnosis Description: 

**Pregnancy** First Treated: ____/____/______ Estimated Delivery: ____/____/______ Date of Delivery: ____/____/______ ☐ Vaginal ☐ C-Section

Symptoms: 

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings): 

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances: 

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

Dates hospital confined: ____/____/____ to ____/____/____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | |
| | | Fingering | _____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /___________

Dressing _____ / _____ /___________

Transferring _____ / _____ /___________

Bathing _____ / _____ /___________

Toileting _____ / _____ /___________

Eating _____ / _____ /___________

Date patient experienced loss of Cognitive Functioning: _____ / _____ / _______

Describe ongoing treatment frequency

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____ / ____ / _____ to ____ / ____ / ____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City | State | Zip Code

Phone Number | Fax Number

**Signature** | ___/___/___ **Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | October 21, 2022 |
| To: | DR. ENRIQUE SEGURA<br>ATTN: PENNY |
| Attn: | Medical Records |
| Fax: | (504) 456-5172 |
| From: | Erin Trombley<br>Senior Claims Examiner, Claims<br>Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 11 |
| RE: | Claim #: 12028057<br>Claimant: Lucia Romagosa<br><br>Lcmc Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

October 21, 2022

Dr. Enrique Segura
ATTN: PENNY

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Dr. Enrique Segura:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Lcmc Health's Group Disability Policy. We are writing in reference to Lucia Romagosa's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to Dr. Segura. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by November 4, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Erin Trombley
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 69978
Secure Fax No.: (603) 334-0401

Attachments: 12028057-REQUEST-PROVIDER-10.07.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | October 7, 2022 |
| To: | DR. ENRIQUE SEGURA<br>ATTN: PENNY |
| Attn: | Medical Records |
| Fax: | (504) 456-5172 |
| From: | Erin Trombley<br>Senior Claims Examiner, Claims<br>Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 12028057<br>Claimant: Lucia Romagosa<br><br>Lcmc Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

October 7, 2022

Dr. Enrique Segura
ATTN: PENNY

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Dr. Enrique Segura:

We are the Disability Claim Administrator for your patient, Lucia Romagosa.

To evaluate Ms. Romagosa's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 13, 2022 through present

- Completion of the Enclosed Forms:

  X Attending Physician's Statement
  X Records for above dates

We ask that you provide this information by October 21, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Romagosa allowing the release of

information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Romagosa's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erin Trombley
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 69978
Secure Fax No.: (603) 334-0401

Attachments: Attending Physician's Statement
12028057-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.14.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

00000279 LFPL2XD1 00003770

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lucia Alongia Romagosa

Name of legal representative, if applicable (print) Brown + Brown / Relationship (atty.)

Signature of claimant or legal representative Lucia Alongia Romagosa Date: 4/14/2022

Date of Birth: __ _______ Claim Number: 12028057

**A copy of this authorization will be considered as valid as the original.**

Douglass Alongia GNO Legal – atty. for myself

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

Lucia Romagosa
Claimant Name

Date of Birth

Lucia Alonzo Romagosa
Claimant Signature

4/14/22
Date

12028057
Claim Number

00000279 LFPU2XD1 00003769

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** Erin Trombley

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Lucia | | Romagosa | 12028057 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**: ____

Primary ICD diagnosis Description: ____

Secondary ICD Diagnosis Code: ____

Secondary ICD Diagnosis Description: ____

**Pregnancy** First Treated ____/____/____ Estimated Delivery ____/____/____ Date of Delivery ____/____/____ ☐ Vaginal ☐ C-Section

Symptoms: ____

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings): ____

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances: ____

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ___/___/___ | ___/___/___ | ___/___/___ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| ___/___/___ | ___/___/___ | ___/___/___ |

Dates hospital confined: ___/___/___ to ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | |
| | | Fingering | _____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /___________

Dressing _____ / _____ /___________

Transferring _____ / _____ /___________

Bathing _____ / _____ /___________

Toileting _____ / _____ /___________

Eating _____ / _____ /___________

Date patient experienced loss of
Cognitive Functioning: _____ / _____ /_______

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

____ /____ /____ to ____ /____ /____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Describe the patients prognosis for recovery

## 7. Physician's Information

Name

Street Address

City

State

Zip Code

Phone Number

Fax Number

**Signature**

___/___/___
**Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

June 14, 2022

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Lcmc Health's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

The Policy contains the following provision:

> *The benefit for Disability due to Mental Illness and/or Substance Abuse will not exceed a period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.*
>
> *If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the period of 24 months, the Monthly Benefit will be paid during the confinement.*
>
> *If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a period of 36 months.*
>
> *In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.*
>
> ***"Mental Illness"** means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Lincoln will use the replacement chosen or published by the American Psychiatric Association.*

*"**Extended Treatment Plan**" means continued care that is consistent with the American Psychiatric Association's standard principles of Treatment, and is in lieu of confinement in a Hospital or Institution. It must be approved in writing by a Physician.*

Our records indicate that you have been receiving Long Term Disability benefits since November 9, 2021 based on your disabling condition of Meningitis, unspecified and Headaches. We have been informed that you were diagnosed with depression and anxiety as well.

Therefore, as of June 13, 2022, your disability related to depression and anxiety is subject to the provision cited above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tricia Hazlett
LTD Consultant I
On Behalf Of: Bre-Ann Perkins
Phone No.: (800) 210-0268 Ext. 69795
Secure Fax No.: (603) 334-0401

The Lincoln National Life Insurance Company
Disability and Life Claims
P.O. Box 8200
Dover, NH 03821-1525

MS. LUCIA ROMAGOSA

The Lincoln National Life Insurance Company
Disability and Life Claims
P.O. Box 8200
Dover, NH 03821-1525
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

June 18, 2022

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Lcmc Health's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erin Trombley
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 69978
Secure Fax No.: (603) 334-0401

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 145525** **Date** **6/9/2022**

***Bill To:***

**Bre-ann Perkins**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 12028057
**Date of Loss:** 5/11/2021
**ECN #** 209331-1
**Account #**

**Claimant** Lucia Romagosa

| | | |
|---|---|---|
| 5/26/2022 | Peer Review - Long Term Disability: Service<br>Provider: Leon Meytin, MD<br>Specialty: Neurology | $660.00 |
| | **SubTotal** | $660.00 |
| | **Final Invoice Total** | $660.00 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

**From:**Russell, Joshua <Joshua.Russell@genexservices.com>
**Sent:**Thu, 9 Jun 2022 21:00:20 +0000
**To:**VendorReferrals
**Subject:**L. Romagosa CL# 12028057
**Attachments:**Invoice.pdf, Peer Review.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,
Attached please find the Peer Review and Invoice for the above referenced claimant.
Please advise if we can further assist you with this file.
Thanks for the referral,

**Joshua Russell**
***Quality Assurance Coordinator***
Exam Coordinators Network, a division of Genex Services
**T**: 877-463-9463
**F**: 561-392-5881
**Access our portal at: View My Cases**

urac
ACCREDITED
Independent Medical Examinations
Expires 04/01/2024

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination, forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

**PEER REVIEW**

Leon Meytin, MD
Neurologist, Board Certified

CLAIMANT: Lucia Romagosa
CLAIM #: 12028057
ECN #: 209331-1
DATE OF DISABILITY: 5/11/2021
SPECIALTY REQUESTED: Neurology
CASE TYPE: Long Term Disability, Own/Any Occupation

**DOB:**
**Reviewer: Leon Meytin, MD**
**Review date: 6/9/2022**

**Medical / Surgical Condition:** Headaches

**Review of Records:**

Evaluation of all of the available medical records was performed, with particular attention pertinent to concerns for neurological impairment beginning 5/20/22 and ongoing (Time period under review) described below. Note just prior to the time period under review, as well as any older notes that were deemed appropriate are also included.

It's also important to point out that this review is specifically looking at time periods from **5/20/22** as requested of me.

MRI brain 5/11/21 was interpreted as showing leptomeningeal enhancement through the cortical sulci of bilateral cerebral hemispheres.

The claimant was seen in the emergency room on 5/3/21 for a severe headache.
The claimant was seen by Dr. Segura MD (Neurology)
5/12/21 – the claimant was seen in consultation for headaches. Recent MRI showed leptomeningeal enhancement. She was admitted for further workup.
7/23/21 -The claimant was seen in follow up. Diagnosed with encephalitis/meningitis back in may treated with steroids. She has noted a progressive improvement in symptoms since being home. Recent MRI shows resolution of symptoms.
11/30/21 -The claimant was seen in follow up. Patient reports improvement of headaches since last visit but still notes daily headaches. She also has depression, anxiety following death of her husband in

October 2021. For headaches she is on Elavil 20mg and ubrelvy as needed. Elavil slightly increased to 25mg. Headaches likely worsened as a result of stress.
1/28/22 - The claimant was seen in follow up. Headaches have improved with increased Elavil dose and use of nurtec instead of ubrelvy. Plan to increase Elavil to 50mg.
4/12/22 - The claimant was seen in follow up. She reports "mild headaches remain overall stable since last visit". Headaches will occasionally worsen to the point of debilitation. She is on Elavil 25mg and nurtec as needed. She will take an additional 25mg of Elavil when headache gets worse. She is also on Zoloft for depression. Neurological exam appears intact. Plan to increase Elavil to 50mg. She was cleared to return to sedentary or light-duty work.

APS on 4/12/22 (**Dr**. Segura MD) notes claimant can perform light-duty of no more than 20lbs, standing/walking/siting frequently. This is due to her fatigue and headaches.

**Answers to Questions:**

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses**

viral meningitis ICD10 A87. 9
chronic tension headache icd 10 G44. 221

2. **If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Depression F33.0
Anxiety F41.1
stress disorder icd10 F43.0

3. **Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 5/20/22 and beyond, and comment on the expected duration.**

Based on the evidence provided, from the time-period under review, I do agree that the claimant does have an impairment limiting their work.

This is a claimant who suffered viral meningitis in May 2021. At that time, claimant was admitted for the worst headache of her life and MRI showed leptomeningeal enhancement through the cortical sulci of bilateral cerebral hemispheres as well as a small bleed. The claimant was treated with steroids and

discharged with some improvement of symptoms. Since that time, the claimant has been struggling with headaches and fatigue. The claimant is currently working with a neurologist to improve her headaches, which have been getting better. She is following with Dr. Segura MD (Neurology). She was placed on Elavil and most recent notes indicate that the claimant's overall headaches have improved but at times can still be debilitating. Her Elavil was increased to 50mg on 4/12/22. She was returned to work under light-duty by her neurologist. APS on 4/12/22 (**Dr**. Segura MD) notes claimant can perform light-duty of no more than 20lbs, standing/walking/siting frequently.

I agree with Dr. Segura MD. As the claimant continues to improve from her viral meningitis and brain bleed, returning to work at a light-work schedule would reduce the likelihood of severe headache exacerbation

Due to the claimant's symptoms, the following restrictions are necessary:

Lift/carry/push/pull: up to 15 lbs. occasionally
Walking: frequently, for a total of 4 hours
Sitting: frequently, for a total of 4 hours
Standing: frequently, for a total of 4 hours
Stoop/kneel/crouch/bend/crawl: frequently
Reach above shoulder or at desk level or below waist, Left : unrestricted
Reach above shoulder or at desk level or below waist, Right : unrestricted
Fine finger/grasp, left: unrestricted
Fine finger/grasp, right: unrestricted

The Claimant would be unable to climb ladders, work at unprotected heights or operate heavy machinery.

The claimant should be able to work no more than 20 hours per week, no more than 4 hours per day. Limited screen time of not more than 30 minutes at a time with a 15-minute break before resuming again to decrease the risk of developing migraines while at work, as screens are a common headache trigger.

No other restrictions are noted aside from the ones already mentioned.

Any impairment from emotional lability/stress, anxiety, depression, or any other mental health issues, would best be evaluated by psychiatry

It would be reasonable to reassess the claimant for current level of functional capacity in 3 months from the date of this review with updated clinical information at that time.

4. **Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

Yes, medical records support R&Ls that were recommended by treating providers.
I am in agreement with the treating providers and the claimant disability status.

5. **Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Treatment provided is consistent with the standard of care. There is no evidence of non-compliance.

6. **Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

There are no non-medical circumstances identified.

**Summary of Contact with Treating Physician or Attempt to Contact:**

Dr. Enrique Segura, Phone: 504-885-7337

P2P not felt to be necessary. I am in agreement with the treating providers and the claimant disability status. P2P would not provide any further information.

**Signature Block:**



Leon Meytin, MD
Neurologist, Board Certified
Connecticut, Licensure #64873

ECN
Exam Coordinators Network A division of Genex Services, LLC
Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Lucia Romagosa
Claim Number: 12028057
Case Number: 209331-1

"I, Leon Meytin, MD, am a physician duly licensed to practice medicine in the State of CT. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

________________________________________________6/9/22________________
Signature of Physician Date

Medical/Professional CT License # _ 64873

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

00000279 LFPU2XD1 00003768

**Authorization to Speak with Family Member/Alternate Contact**

| | |
|---|---|
| EMPLOYEE NAME: Lucia Romagosa | CLAIM NO: 12028057 |
| CUSTOMER NAME: Lcmc Health | |
| RETURN TO: Bre-Ann Perkins | |

In order to protect your privacy, written authorization is needed before we are able to speak with someone on your behalf, in reference to your claim.

By signing below, you give your written authorization for The Lincoln National Life Insurance Company to speak with the person listed below, to obtain information from and release information to, as needed, to evaluate your claim.

This authorization is limited to your claim with The Lincoln National Life Insurance Company, and would be overridden by all other legal arrangements, such as a Power of Attorney agreement.

I, Lucia Alonzo Romagosa hereby give permission to Tiffanie Daniel Lapene to speak with The Lincoln National Life Insurance Company on my behalf until further notice.

(Daughter)

EAST JEFFERSON PHYSICIAN GROUP

# EAST JEFFERSON NEUROLOGICAL ASSOCIATES

3800 HOUMA BLVD., STE, 325 METAIRIE, LA 70006 (504) 885-7337 FAX (504) 456-5172

DATE: 04/12/22

TO: Lincoln

FAX: 603 559 1991

PHONE:

FROM: Dr. Segura

FAX: 504 456 5172

PHONE: 504 885 7337

NUMBER OF PAGES (INCLUDING COVER SHEET) 03

COMMENTS: Re: Lucia Romagosa
DOB L.
C # 12028057

**CONFIDENTIALITY NOTICE:**

This message and any included attachments are from East Jefferson Physician Group, and are intended only for the addressee(s). The information contained herein may include privileged or otherwise confidential information. Unauthorized review, retention, disclosure, printing, forwarding, distributing, or using such information is strictly prohibited and may be unlawful. If you received this message in error or have reason to believe you are not authorized to receive it, please promptly reply to the sender by phone or fax and destroy the documents received. East Jefferson Physician Group greatly appreciates your cooperation.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

# Restrictions Form

**Return To:** Bre-Ann Perkins

| Lucia Romagosa | | 12028057 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — 5/12/2021
   **DATE LAST TREATED** — 4/12/2022
   **NEXT OFFICE VISIT** — 7/2022

   Encephalitis G04.90
   Headaches R51.9
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☒ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**
   Patient easily fatigued. Could have problems with high stress and multitasking duties.

4. **RESTRICTIONS IMPOSED FROM** 5/12/21 **TO** To be determined.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**
   Patient can return to work to light or sedentary work.

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**
   Frequent headaches / Fatigue

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** 5/12/21 **TO** 4/12/22.

| | | |
|---|---|---|
| Enrique Sapure | MD / Neurology | |
| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
| 3800 Houma Blvd. Ste. 321 | 504-555-7357 | 504-456-5172 |
| Street Address | Telephone Number | Fax Number |
| Metairie LA 70001 | [signature] | 4/12/22 |
| City, State & Zip Code | Signature | Date |

# Romagosa, Lucia

MRN: 1003076293

| | | |
|---|---|---|
| **Enrique Segura, MD** | Progress Notes | Encounter Date: 4/12/2022 |
| Physician | Signed | |
| Specialty: Neurology | | |

**East Jefferson General Hospital**
LCMC Health
EJ Neurological Associates

**Chief Complaint:**

**Chief Complaint**
Patient presents with [redacted]
- Follow-up
  *Brain bleeding*

**History of Present Illness:**
62 y/o female with a medical history significant for encephalitis, headaches, anxiety, hypothyroidism, and breast cancer s/p bilateral mastectomy (2012) returns to the clinic today for a follow up. On last visit, patient reported headaches were improved in intensity on Elavil 25 at bedtime. However, headaches were continuing to occur frequently. Patient's Elavil dose was increased to 50 mg at bedtime for headache prevention. She was continued on Nurtec PRN for acute relief of headaches. Today, patient reports mild headaches remain overall stable since last visit. Headaches will occasionally worsen to the point of debilitation. Headache triggers include exertion. She continues on Elavil 25 mg at bedtime and Nurtec PRN without complications. She adds that she will take an additional Elavil 25 mg PRN when experiencing a headache. Patient continues on Zoloft, as well. She has continued on Zoloft for several years now. Patient has tried and failed Ubrelvy in the past.

Patient complains of insomnia. She continues on Xanax 1 mg nightly without complications, but she voices wish to eventually discontinue Xanax.

Patient is scheduled for a surgical procedure with anesthesia next month and would like clearance for surgery.

**Review of Systems:**
Normal ROS except as noted in HPI.

**Problem List:**
There is no problem list on file for this patient.

**Past Medical History:**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • asthma | |
| • Dependent edema | |
| • Encephalitis | |
| • Headache | |
| • Hypothyroidism | |
| • Major depressive disorder, single episode | |
| • Malignant neoplasm of female breast (CMS/HCC) | |
| • Syncope | |

**Family History:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • PVD | Father | |

**Social History:**

**Social History**

| Tobacco Use | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| **Substance Use Topics** | |
| • Alcohol use: | Never |
| • Drug use: | Never |

**Medications:**

Current Outpatient Medications:

- ondansetron (ZOFRAN) 8 MG tablet, Take 8 mg by mouth, Disp: , Rfl:
- albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/actuation inhaler, ProAir HFA 90 mcg/actuation aerosol inhaler Inhale 2 puffs every 4 hours by inhalation route., Disp: , Rfl:
- ALPRAZolam (XANAX) 1 MG tablet, Take 1 mg by mouth, Disp: , Rfl:
- amitriptyline (ELAVIL) 50 MG tablet, Take 1 tablet nightly by mouth, Disp: 30 tablet, Rfl: 5
- budesonide-formoteroL (SYMBICORT) 160-4.5 mcg/actuation inhaler, Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler Inhale 2 puffs twice a day by inhalation route., Disp: , Rfl:
- chlorhexidine (PERIDEX) 0.12 % solution, SWISH AND EXPECTORATE one TEASPOONFUL THREE TIMES DAILY, Disp: , Rfl:
- cholecalciferol, vitamin D3, 125 mcg (5,000 unit) tablet, Take 5,000 Units by mouth, Disp: , Rfl:
- famotidine (PEPCID) 10 MG tablet, Take 10 mg by mouth, Disp: , Rfl:
- levocetirizine (XYZAL) 5 MG tablet, Take 5 mg by mouth, Disp: , Rfl:
- naproxen sodium (ALEVE ORAL), Aleve Take last dose @ 0730 No date recorded No form recorded No frequency recorded No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded, Disp: , Rfl:
- NURTEC ODT 75 mg TbDL tablet, TAKE 1 TABLET BY MOUTH ONCE AS NEEDED FOR MIGRAINE HEADACHE. DO NOT EXCEED 1 TABLET IN 24 HRS, Disp: , Rfl:
- prednisoLONE acetate (PRED FORTE) 1 % ophthalmic suspension, instill FIVE DROPS IN BOTH EARS THREE TIMES DAILY FOR 7 DAYS, Disp: , Rfl:

**Vital Signs:**
**Vitals:**

| | |
|---|---|
| | 04/12/22 1501 |
| BP: | 120/68 |
| Pulse: | 75 |
| Temp: | 98.1 °F |

**Physical Exam:**
NEURO EXAM
Mental Status: Alert and oriented x4, Normal speech and comprehension
Cranial Nerves: Pupils equal and reactive, EOMI, no facial asymmetry, midline tongue
Motor: No pronator drift, 5/5 strength throughout.
Reflexes: Symmetric with normal plantar responses.
Sensory: denies sensory deficits to light touch
Coordination: No dysmetria on finger to nose
Gait: normal

**Labs:**
No laboratory studies were obtained prior to today's visit.

**Diagnostic Results:**
**(10/01/2021 11:01 CDT MRI Brain w/ + w/o Contrast)**
**IMPRESSION:**
NO EVIDENCE FOR ACUTE INFARCT.

STABLE MINIMAL CHANGES OF SMALL VESSEL ISCHEMIC DISEASE.
[1]

**(07/08/2021 11:57 CDT MRI Brain w/ + w/o Contrast)**
**IMPRESSION:**
Interval resolution of T2 signal abnormality and corresponding leptomeningeal enhancement throughout the cortical sulci of bilateral cerebral hemispheres. Abnormal SWI imaging throughout the cortical sulci/subarachnoid spaces of bilateral cerebral hemispheres, suggesting chronic subarachnoid hemorrhage.

Mild chronic microvascular ischemic change.

No acute intracranial abnormality, evidence of recent infarction, nor abnormal enhancement. [2]

**Data:**
Previous neurology notes reviewed. Brain MRIs reviewed.

**Assessment/Plan:**
Lucia was seen today for follow-up.

Diagnoses and all orders for this visit:

**Nonintractable headache, unspecified chronicity pattern, unspecified headache type**
- amitriptyline (ELAVIL) 50 MG tablet; Take 1 tablet nightly by mouth
- Ambulatory Referral to Neurology; Future

**Encephalitis**

- Ambulatory Referral to Neurology; Future

**Assessment/Plan:**
Patient's headaches remain overall stable since last visit. She complains of insomnia, as well. She continues on Elavil 25 mg at bedtime with some relief to headache intensity. Nurtec provides satisfactory acute relief. Patient's headaches are not out of the ordinary given her recent episode of encephalitis. I suspect her recent stress/anxiety is exacerbating her headaches. Patient's repeat Brain MRI performed 10/01/2021 shows expected evolution of her prior findings. Will further increase patient's Elavil dose to 50 mg QHS for headache prevention. Will continue patient on Nurtec PRN for acute relief to headaches. Will refer patient to headache specialist Dr. Voigt for further evaluation. Patient is cleared from a neurological perspective for her upcoming surgery. Cleared to start to sedentary or light duty work.

**Scribe Attestation:**
I, Chelsea Everett, scribed the above HPI for Dr. Segura on 4/12/2022.
The above HPI was transcribed for me by scribe Chelsea Everett. I personally performed the history, exam, and medical decision making and confirm that the transcribed note accurately reflects my work.

Electronically signed by Enrique Segura, MD at 4/13/2022 4:07 PM

Follow-Up on 4/12/2022

EAST JEFFERSON PHYSICIAN GROUP

# EAST JEFFERSON NEUROLOGICAL ASSOCIATES

3800 HOUMA BLVD., STE, 325 METAIRIE, LA 70006 (504) 885-7337 FAX (504) 456-5172

DATE: 04/12/22

TO: Lincoln FAX: 603 559 1991

PHONE:

FROM: Dr. Segura FAX: 504 456 5172

PHONE: 504 885 7337

NUMBER OF PAGES (INCLUDING COVER SHEET) 03

COMMENTS: Re: Lucia Romagosa

DOB . .. . |

C # 12028057

**CONFIDENTIALITY NOTICE:**

This message and any included attachments are from East Jefferson Physician Group, and are intended only for the addressee(s). The information contained herein may include privileged or otherwise confidential information. Unauthorized review, retention, disclosure, printing, forwarding, distributing, or using such information is strictly prohibited and may be unlawful. If you received this message in error or have reason to believe you are not authorized to receive it, please promptly reply to the sender by phone or fax and destroy the documents received. East Jefferson Physician Group greatly appreciates your cooperation.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

# Restrictions Form

**Return To:** Bre-Ann Perkins

| Lucia Romagosa | | 12028057 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED — 5/12/2021
   DATE LAST TREATED — 4/12/2022
   NEXT OFFICE VISIT — 7/2022

   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES: Encephalitis G04.90; Headaches R51.9

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☒ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*. 2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   Patient easily fatigued. Could have problems with high stress and multitasking duties.

4. RESTRICTIONS IMPOSED FROM 5/12/21 TO To be determined.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?

   Patient can return to work to light or sedentary work.

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   Frequent headaches / Fatigue

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM 5/12/21 TO 4/12/22.

| | | |
|---|---|---|
| Enrique Sapire | MD / Neurology | |
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 3800 Houma Blvd. Ste. 325 | 504-885-7357 | 504-456-5172 |
| Street Address | Telephone Number | Fax Number |
| Metairie LA 70001 | [signature] | 4/12/22 |
| City, State & Zip Code | Signature | Date |

# Romagosa, Lucia

MRN: 1003076293

Enrique Segura, MD
Physician
Specialty: Neurology

Progress Notes
Signed

Encounter Date: 4/12/2022

**East Jefferson General Hospital**
LCMC Health
EJ Neurological Associates

**Chief Complaint:**

**Chief Complaint**
Patient presents with [redacted]
- Follow-up
  *Brain bleeding*

**History of Present Illness:**
62 y/o female with a medical history significant for encephalitis, headaches, anxiety, hypothyroidism, and breast cancer s/p bilateral mastectomy (2012) returns to the clinic today for a follow up. On last visit, patient reported headaches were improved in intensity on Elavil 25 at bedtime. However, headaches were continuing to occur frequently. Patient's Elavil dose was increased to 50 mg at bedtime for headache prevention. She was continued on Nurtec PRN for acute relief of headaches. Today, patient reports mild headaches remain overall stable since last visit. Headaches will occasionally worsen to the point of debilitation. Headache triggers include exertion. She continues on Elavil 25 mg at bedtime and Nurtec PRN without complications. She adds that she will take an additional Elavil 25 mg PRN when experiencing a headache. Patient continues on Zoloft, as well. She has continued on Zoloft for several years now. Patient has tried and failed Ubrelvy in the past.

Patient complains of insomnia. She continues on Xanax 1 mg nightly without complications, but she voices wish to eventually discontinue Xanax.

Patient is scheduled for a surgical procedure with anesthesia next month and would like clearance for surgery.

**Review of Systems:**
Normal ROS except as noted in HPI.

**Problem List:**
There is no problem list on file for this patient.

**Past Medical History:**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • asthma | |
| • Dependent edema | |
| • Encephalitis | |
| • Headache | |
| • Hypothyroidism | |
| • Major depressive disorder, single episode | |
| • Malignant neoplasm of female breast (CMS/HCC) | |
| • Syncope | |

**Family History:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • PVD | Father | |

**Social History:**

**Social History**

| Tobacco Use | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Substance Use Topics | |
| • Alcohol use: | Never |
| • Drug use: | Never |

**Medications:**

Current Outpatient Medications:
- ondansetron (ZOFRAN) 8 MG tablet, Take 8 mg by mouth, Disp: , Rfl:
- albuterol (PROVENTIL HFA;VENTOLIN HFA) 90 mcg/actuation inhaler, ProAir HFA 90 mcg/actuation aerosol inhaler Inhale 2 puffs every 4 hours by inhalation route., Disp: , Rfl:
- ALPRAZolam (XANAX) 1 MG tablet, Take 1 mg by mouth, Disp: , Rfl:
- amitriptyline (ELAVIL) 50 MG tablet, Take 1 tablet nightly by mouth, Disp: 30 tablet, Rfl: 5
- budesonide-formoteroL (SYMBICORT) 160-4.5 mcg/actuation inhaler, Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler Inhale 2 puffs twice a day by inhalation route., Disp: , Rfl:
- chlorhexidine (PERIDEX) 0.12 % solution, SWISH AND EXPECTORATE one TEASPOONFUL THREE TIMES DAILY, Disp: , Rfl:
- cholecalciferol, vitamin D3, 125 mcg (5,000 unit) tablet, Take 5,000 Units by mouth, Disp: , Rfl:
- famotidine (PEPCID) 10 MG tablet, Take 10 mg by mouth, Disp: , Rfl:
- levocetirizine (XYZAL) 5 MG tablet, Take 5 mg by mouth, Disp: , Rfl:
- naproxen sodium (ALEVE ORAL), Aleve Take last dose @ 0730 No date recorded No form recorded No frequency recorded No route recorded No set duration recorded No set duration amount recorded active No dosage strength recorded No dosage strength units of measure recorded, Disp: , Rfl:
- NURTEC ODT 75 mg TbDL tablet, TAKE 1 TABLET BY MOUTH ONCE AS NEEDED FOR MIGRAINE HEADACHE. DO NOT EXCEED 1 TABLET IN 24 HRS, Disp: , Rfl:
- prednisoLONE acetate (PRED FORTE) 1 % ophthalmic suspension, instill FIVE DROPS IN BOTH EARS THREE TIMES DAILY FOR 7 DAYS, Disp: , Rfl:

**Vital Signs:**
**Vitals:**

| | |
|---|---|
| | 04/12/22 1501 |
| BP: | 120/68 |
| Pulse: | 75 |
| Temp: | 98.1 °F |

**Physical Exam:**
NEURO EXAM
Mental Status: Alert and oriented x4, Normal speech and comprehension
Cranial Nerves: Pupils equal and reactive, EOMI, no facial asymmetry, midline tongue
Motor: No pronator drift, 5/5 strength throughout.
Reflexes: Symmetric with normal plantar responses.
Sensory: denies sensory deficits to light touch
Coordination: No dysmetria on finger to nose
Gait: normal

**Labs:**
No laboratory studies were obtained prior to today's visit.

**Diagnostic Results:**
**(10/01/2021 11:01 CDT MRI Brain w/ + w/o Contrast)**
**IMPRESSION:**
NO EVIDENCE FOR ACUTE INFARCT.

STABLE MINIMAL CHANGES OF SMALL VESSEL ISCHEMIC DISEASE.
[1]

**(07/08/2021 11:57 CDT MRI Brain w/ + w/o Contrast)**
**IMPRESSION:**
Interval resolution of T2 signal abnormality and corresponding leptomeningeal enhancement throughout the cortical sulci of bilateral cerebral hemispheres. Abnormal SWI imaging throughout the cortical sulci/subarachnoid spaces of bilateral cerebral hemispheres, suggesting chronic subarachnoid hemorrhage.

Mild chronic microvascular ischemic change.

No acute intracranial abnormality, evidence of recent infarction, nor abnormal enhancement. [2]

**Data:**
Previous neurology notes reviewed. Brain MRIs reviewed.

**Assessment/Plan:**
Lucia was seen today for follow-up.

Diagnoses and all orders for this visit:

**Nonintractable headache, unspecified chronicity pattern, unspecified headache type**
- amitriptyline (ELAVIL) 50 MG tablet; Take 1 tablet nightly by mouth
- Ambulatory Referral to Neurology; Future

**Encephalitis**
- Ambulatory Referral to Neurology; Future

**Assessment/Plan:**
Patient's headaches remain overall stable since last visit. She complains of insomnia, as well. She continues on Elavil 25 mg at bedtime with some relief to headache intensity. Nurtec provides satisfactory acute relief. Patient's headaches are not out of the ordinary given her recent episode of encephalitis. I suspect her recent stress/anxiety is exacerbating her headaches. Patient's repeat Brain MRI performed 10/01/2021 shows expected evolution of her prior findings. Will further increase patient's Elavil dose to 50 mg QHS for headache prevention. Will continue patient on Nurtec PRN for acute relief to headaches. Will refer patient to headache specialist Dr. Voigt for further evaluation. Patient is cleared from a neurological perspective for her upcoming surgery. Cleared to start to sedentary or light duty work.

**Scribe Attestation:**
I, Chelsea Everett, scribed the above HPI for Dr. Segura on 4/12/2022.
The above HPI was transcribed for me by scribe Chelsea Everett. I personally performed the history, exam, and medical decision making and confirm that the transcribed note accurately reflects my work.

Electronically signed by Enrique Segura, MD at 4/13/2022 4:07 PM

Follow-Up on 4/12/2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

April 30, 2022

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

Due to attempts to reach you eing unsuccessful, I have atatched the Claimant Information Form for your completion. We need to know who your tretaing providers are as well as the date of your next office visit.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nichole Hulstine
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 39841
Secure Fax No.: (603) 334-0401

Attachments: Claimant Information Form

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** Bre-Ann Perkins

EMPLOYEE/CLAIMANT NAME: Lucia Romagosa
CLAIM NO: 12028057
EMPLOYER/SPONSOR: Lcmc Health DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/11/2021 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE: ______________________________________ DATE: ____________________________________**

Lincoln Financial Group®

# OCCUPATIONAL ANALYSIS / VOCATIONAL REVIEW

| | |
|---|---|
| **Claimant Name:** | Lucia Romagosa |
| **Claim Number:** | 12028057 |
| **Claims Case Manager:** | Bre-Ann Perkins |
| **Date of Report:** | 05/23/2022 |

## FILE REVIEW / SUMMARY

### DEMOGRAPHICS

The insured is a 62-year-old Registered Nurse Outpatient (job title) employed with LCMC Health since 09/07/94. The insured discontinued work on 05/11/21 due to meningitis and anxiety disorder.

In preparation for this report, I have reviewed the electronic claim file and researched standard vocational resources (e.g. Dictionary of Occupational Titles (DOT), Occupational Outlook Handbook (OOH), Occupational Information Network (O*NET) / Standard Occupational Classification (SOC) coding system, etc.) and Internet job boards.

### JOB

The details of the insured's job were obtained from their job description that was found in their claim file. The insured's job description reads:

> "Provides appropriate medical care and counseling of the patient in a relaxed and caring manner. Provides the medical provider with professional, responsible support. The delivery of care will be provided under stable, and predictable conditions and within the framework of a patient care assignment. Care will be provided for patients from infancy to young adults."

Full job description is located within the insured's claim file.

# ASSESSMENT / ANALYSIS

## OCCUPATION

Based on a review of this document, the insured's occupation is best captured by the following title: Registered Nurse (Direct Patient Care).

Based on the 2008 U.S. Department of Health and Human Services National Sample Survey of Registered Nurses, there were approximately 2.6 million Registered Nurses in the United States. The majority of nurses (approximately 88%) provide Direct Patient Care in a variety of settings such as Hospitals, Ambulatory Care Settings, and Nursing Homes. Approximately 12% of Registered Nurses are employed in non-clinical settings where direct patient care is not required. These settings would include Case Management, Utilization Review, Telephonic Nurse and Consulting Nurse. Therefore, there are two separate and distinct occupations that exist that fall under the nursing umbrella, each with their associated material and substantial functions. What follows, based on a review of the job information provided, is information regarding the Direct Patient Care Nurse occupation.

The job description provided material and substantial functions/tasks that most appropriately fall under the Dictionary of Occupational Titles (DOT): Nurse, General Duty (075.364-010). The DOT describes this occupation as requiring a medium physical demand level with frequent reaching, handling, fingering and occasional stooping.

The O*NET divides the occupation of Registered Nurses (29-1141.00) into four separate O*NET descriptions, which are largely dependent on work environment and specialty of practice (i.e. more job specific). Due to the fact that the main code of Registered Nurses (29-1141.00) more accurately reflects the material and substantial duties of a Direct Patient Care Nurse, this code will be used for the purpose of this analysis. The O*NET describes this occupation, along with a sample of reported job titles as,

> "Assess patient health problems and needs, develop and implement nursing care plans, and maintain medical records. Administer nursing care to ill, injured, convalescent, or disabled patients. May advise patients on health maintenance and disease prevention or provide case management. Licensing or registration required.
>
> Sample of reported job titles: Charge Nurse, Director of Nursing (DON), Emergency Department RN (Emergency Department Registered Nurse), Oncology RN (Oncology Registered Nurse), Operating Room Registered Nurse (OR RN), Public Health Nurse (PHN), Registered Nurse (RN), School Nurse, Staff Nurse, Staff RN (Staff Registered Nurse)

- Maintain accurate, detailed reports and records.
- Administer medications to patients and monitor patients for reactions or side effects.
- Record patients' medical information and vital signs.
- Monitor, record, and report symptoms or changes in patients' conditions.
- Consult and coordinate with healthcare team members to assess, plan, implement, or evaluate patient care plans.

- Modify patient treatment plans as indicated by patients' responses and conditions.
- Monitor all aspects of patient care, including diet and physical activity.
- Direct or supervise less-skilled nursing or healthcare personnel or supervise a particular unit.
- Prepare patients for and assist with examinations or treatments.
- Instruct individuals, families, or other groups on topics such as health education, disease prevention, or childbirth and develop health improvement programs."

A 2013 survey of incumbents completed by O*NET yielded the following results regarding physical demands:

- 95% reported **standing** half the time or more
- 77% reported **using their hands to handle, control, or feel objects, tools, or controls** half the time or more
- 57% reported **walking and running** half the time or more
- 58% reported **bending or twisting** half the time or more; 29% reported less than half the time
- 47% reported **sitting** about half the time; 42% reported less than half the time
- 61% reported **kneeling, crouching, stooping or crawling** less than half the time
- 100% reported never **climbing ladders, scaffolds, or poles**

The occupation falls under the OOH description of Registered Nurses. The OOH adds the following:

> "Registered nurses may spend a lot of time walking, bending, stretching, and standing. They are vulnerable to back injuries because they must often lift and move patients. The work of registered nurses may put them in close contact with people who have infectious diseases, and they often come in contact with potentially harmful and hazardous drugs and other substances. Therefore, registered nurses must follow strict, standardized guidelines to guard against diseases and other dangers, such as radiation, accidental needle sticks, or the chemicals they use to sterilize instruments."

Internet research was conducted in January 2017 to further define the physical demands of the occupation. Twenty internet job postings were reviewed via indeed.com which offered physical demands. Results were as follows:

- 1 posting required lifting up to 10 pounds
- 3 postings required lifting up to 25 pounds
- 3 postings required lifting up to 35 pounds
- 1 posting required lifting up to 40 pounds
- 10 postings required lifting up to 50 pounds
- 2 postings required lifting up to 100 pounds

Additionally, a 2013 survey of valid respondents from O*NET was reviewed with regards to the additional physical demands.

## PHYSICAL DEMANDS

Based on a combination of all the research outlined above, while jobs within this occupation span the medium to very-heavy physical demand levels, the occupation is most typically performed at the medium physical demand level.

The Department of Labor defines medium work as,

> "**M-Medium Work** - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work."

Positional Requirements:

- **Frequent** reaching, handling, fingering, standing, walking, bending/stooping, and twisting
- **Occasional** sitting, kneeling, and crouching/squatting
- **No to Occasional** crawling and balancing
- **No** climbing

## MENTAL/COGNITIVE DEMANDS

It should be noted that the mental/cognitive/stress demands of an occupation are widely open to interpretation. This is due to the fact that what is mentally/cognitively demanding or stressful to one person may or may not be to another. Some may thrive on certain tasks and stress that others find intolerable. Typical job stressors or mental/cognitive demands may include, but are not limited to: working to precise deadlines and tolerances, working at a high pace and having to meet quotas, having to change focus and direction quickly, having responsibility for others, having a high level of responsibility for completion of projects, having to deal with routine customer complaints, and routine exposure to potential workplace violence.

Registered Nurses are responsible for making medical decisions that directly affect those they are treating. They must be able to utilize critical thinking skills as well as appropriate judgment and decision making in order to provide adequate and acceptable services. Whether monitoring patients, instructing/educating families, or documenting information, Registered Nurses rely on their ability to recall memorized or learned information. They must maintain knowledge in disciplines such as medicine, psychology, therapy and counseling, biology, mathematics, and sociology. Active listening and learning as well as oral comprehension are vital components of their role as they must be able to communicate, comprehend, and understand those they are working with. Registered Nurses often solve complex problems; in order to do so, they must utilize their skills in reasoning, information ordering, and problem sensitivity. Cognitively, these requirements translate into high levels of concentration, attention to detail, focus, memory, problem-solving, etc. in accomplishing the tasks with which they are charged.

## ACTION PLAN / OUTCOME

**SUMMARY AND CONCLUSIONS**

With a reasonable degree of vocational certainty, the typical physical demands of the insured's occupation of Registered Nurse (Direct Patient Care) are most often medium in physical demand. Positional requirements are outlined above. Based on the standard vocational resources outlined above, coupled with my vocational expertise, part-time opportunity does exist in this occupation.

I have not met with the insured for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Electronically Signed by*

Nicole Hall, M.S., C.R.C.
Vocational Consultant II

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

March 24, 2022

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Lcmc Health's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are contacting you with important information regarding your claim for benefits, submitted under Lcmc Health's Long Term Disability (LTD) Policy. Benefits have been suspended effective March 9, 2022.

We previously requested information from you and advised that benefits would be suspended if we did not receive the necessary information to further evaluate your claim. Specifically, we are in need of the following information:

A restrictions and Limitations form completed by Dr. Segura as well as all Long Term Disability forms mailed to you previously

As we have not yet received this necessary information, your benefits are suspended.

Although benefit payments will not be issued, your file will remain open until April 19, 2022. We encourage you to submit the above information in a timely manner. Should we not receive the requested information by April 19, 2022, your claim will be closed.

Once this information is received, your claim will be evaluated and benefits reinstated accordingly.

If you have any questions regarding this correspondence, please contact me at the number listed below.

Sincerely,

Bre-Ann Perkins
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 69795
Secure Fax No.: (603) 559-1991

From: LFGNotifications@LFG.com
Sent: Monday, April 4, 2022 11:17:57 AM
To: COM;
CC:
BCC:
Subject: [Send Secure]Lcmc Health Claim No. 12028057 Lucia Romagosa
Attachments: rdpyc2juzjnhf9rfsxtk_12494526.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

April 4, 2022

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

Please find attached the restrictions form that we need to have completed by Dr. Segura as discussed.

If you have any questions regarding this matter, please contact me.

Sincerely,

Bre-Ann Perkins
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 69795
Secure Fax No.: (603) 559-1991

Attachments: Restrictions Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

# Restrictions Form

**Return To:** Bre-Ann Perkins

| Lucia Romagosa | | 12028057 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________
   **DATE LAST TREATED** — ____________
   **NEXT OFFICE VISIT** — ____________
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

| | |
|---|---|
| Date: | April 4, 2022 |
| To: | DR. ENRIQUE SEGURA<br>ATTN: PENNY |
| Attn: | Penny. Patient has appt 4/12/22 |
| Fax: | (504) 456-5172 |
| From: | Bre-Ann Perkins<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 559-1991 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 12028057<br>Claimant: Lucia Romagosa<br><br>Lcmc Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

April 4, 2022

Dr. Enrique Segura
ATTN: PENNY

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Dr. Enrique Segura:

We are the Disability Claim Administrator for your patient, Lucia Romagosa.

To evaluate Ms. Romagosa's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by April 18, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-1991 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Bre-Ann Perkins
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 69795
Secure Fax No.: (603) 559-1991

Attachments: Restrictions Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

# Restrictions Form

**Return To:** Bre-Ann Perkins

| Lucia Romagosa | | 12028057 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________
   **DATE LAST TREATED** — ____________ ____________________
   **NEXT OFFICE VISIT** — ____________
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

EAST JEFFERSON PHYSICIAN GROUP

# EAST JEFFERSON NEUROLOGICAL ASSOCIATES

3800 HOUMA BLVD., STE, 325 METAIRIE, LA 70006 (504) 885-7337 FAX (504) 456-5172

DATE: 04/12/22

TO: Lincoln

FAX: 603 559 1991

PHONE:

FROM: Dr. Segura

FAX: 504 456 5172

PHONE: 504 885 7337

NUMBER OF PAGES (INCLUDING COVER SHEET) 03

COMMENTS: Re: Lucia Romagosa

DOB

CONFIDENTIALITY NOTICE:
This message and any included attachments are from East Jefferson Physician Group, and are intended only for the addressee(s). The information contained herein may include privileged or otherwise confidential information. Unauthorized review, retention, disclosure, printing, forwarding, distributing, or using such information is strictly prohibited and may be unlawful. If you received this message in error or have reason to believe you are not authorized to receive it, please promptly reply to the sender by phone or fax and destroy the documents received. East Jefferson Physician Group greatly appreciates your cooperation.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

# Restrictions Form

Return To: Bre-Ann Perkins

| Lucia Romagosa | | 12028057 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

**To be completed by physician:**

1. DATE FIRST TREATED – 5/12/2021
   DATE LAST TREATED – 4/12/2022
   NEXT OFFICE VISIT – 7/2022

   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES: Encephalitis G04.90; Headaches R51.9

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☒ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*. 2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   Patient easily fatigued. Could have problems with high stress and multitasking duties.

4. RESTRICTIONS IMPOSED FROM 5/12/21 TO To be determined.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?

   Patient can return to work to light or sedentary work.

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   Frequent headaches / Fatigue

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM 5/12/21 TO 4/12/22.

| | | |
|---|---|---|
| Enrique Sapure | MD / Neurology | |
| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
| 3605 Houma Blvd. Ste. 321 | 504-885-7357 | 504-456-5172 |
| Street Address | Telephone Number | Fax Number |
| Metairie LA 70001 | [signature] | 4/12/22 |
| City, State & Zip Code | Signature | Date |

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

00000279 LFPU2XD1 00003770

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lucia Alongia Romagosa

Name of legal representative, if applicable (print) Brown + Brown / Relationship (atty.)

Signature of claimant or legal representative Lucia Alongia Romagosa Date: 4/14/2022

Date of Birth: ______ Claim Number: 12028057

**A copy of this authorization will be considered as valid as the original.**

Douglass Alongia GNO Legal – atty. for myself

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

Lucia Romagosa
Claimant Name

Date of Birth

Lucia Alonzo Romagosa
Claimant Signature

4/14/22
Date

12028057
Claim Number

00000279 LFPU2XD1 00003769

**From:** DisabilityDocuments
**Sent:** Thursday, April 14, 2022 9:06 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Romagosa Claim #12028057 Attn: Bre-Ann Perkins

---

**From:** Tiffanie Domil Lapene <tdomil@stanmor.com>
**Sent:** Friday, April 15, 2022 1:01:06 AM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Romagosa Claim #12028057 Attn: Bre-Ann Perkins

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Attn: Bre-Ann Perkins

Claim # 12028057

Good Afternoon,

Please see attached documents. The section for supplemental income is not completed as there is no supplemental income. The section on doctors is not completed as that was previously submitted. If you need further documentation, please contact Lucia at

Thank you,

Tiffanie Domil Lapene, CISR
Standard Mortgage Insurance Agency
701 Poydras St., Ste. 400 PLAZA
New Orleans, LA 70139
Direct Phone: 504.569.3912

Fax: 504.569.3939
tdomil@stanmor.com

**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

EMPLOYEE/CLAIMANT NAME: Lucia Romagosa
CLAIM NO: 12028057
EMPLOYER/SPONSOR: Lcmc Health DATE OF BIRTH:

**Please fill out each section completely**

00000279 LFPU2XD1 00003766

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ASN Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ASN College: number of years: ≈ 4yrs

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): RN, CPN

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Primary language spoken: English Other language(s) spoken fluently: ______

Additional Skills, Hobbies & Volunteer Work /

Did you serve in the Armed Forces? ☐ Y ☑ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: CHNOLA Department: 4-West, NICU, Short stay From: 9/6/94 To: Feb 2022
   Job Title(s): Staff RN
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties/Physical Requirements (please be specific): Standing, lifting, computer charting

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

3. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

4. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

5. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

000002/9 LI-PU2XU1 00003/67

**Computer Utilization:**

Computer Training/Courses, Certifications: EPIC

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☑ | ☑ | Graphics Software | ☐ | ☐ |
| Internet | ☑ | ☑ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☑ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: LARomAGosAe outlook.com Work: N/A

SIGNATURE: Lucia Colonzo Romagosa PHONE NO: (504) 296-9156

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Brain Bleed 5/2021
Long term headaches since 5/2021

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

Return To: Bre-Ann Perkins

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: Lucia Romagosa
CLAIM NO: 12028057 DATE OF BIRTH:
EMPLOYER/SPONSOR: Lcmc Health

00000279 LFPU2XD1 00003775

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:
? sit ≈ 6-8 Hrs. ? stand ? 1-2 Hrs. ? walk ?

How many hours a day do you:
sit 6-8 Hrs stand ≈ 1 Hr. walk ?

Do you take a nap during the day?
Yes Sometimes No

If Yes, for how long? At what time of the day?

How many hours a day do you spend in bed? ≈10 Hrs

Do you require any assistive devices such as a:
cane NO walker NO crutches NO wheelchair NO other

How long are you able to sit in a car? ≈ 1 Hr

Do you hold a valid driver's license?
Yes ✓ No

If No, please explain:

If Yes, how long are you able to drive a car? ≈ 1 Hrs

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
Phone

Do you have children?
Yes ✓ No If Yes, what are their dates of birth.

Do you need help caring for your children?
Yes No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes No ✓ If Yes, please explain

How many times a day do you leave the house during the week? ≈ 1 time

On the weekends?

How often do you run errands? once a week.

Please describe what errands you most commonly run: groceries, filing forms, MD appts.

Lincoln Financial Group®

ACTIVITIES QUESTIONNAIRE
page 2 of 3

How often do you get outdoors? try to once a day

Are you left or right hand dominant? (Left) ____ Right ____

Are you able to work in your garden? Yes ____ (No) ____

Are you able to work on your house? Yes ____ (No) ____

Are you able to wash your car? Yes ____ (No) ____

How much time is spent daily on your home computer? (use phone)
____ None ✓ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer? (use phone)
____ None ✓ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
____ Pay bills ____ Read news/articles ✓ Use search engines ✓ Send emails ✓ (use phone)
____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:
____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? ____ Yes ✓ No

If yes, please explain purpose and usage: ____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | myself | |
| Carrying groceries into the house | sometimes | yes |
| Cooking meals | NO | |
| Cleaning after meals | N/A | |
| Cleaning bathrooms | myself | sometimes |
| Vacuuming | N/A | |
| Doing the laundry | myself | NO |
| Opening and responding to mail | myself | NO |
| Managing your finances | myself | NO |
| Balancing your checkbook | N/A | |
| Bathing yourself | myself | NO |
| Styling your own hair | myself | NO |
| Getting dressed | myself | NO |
| Going up and down stairs | myself | NO |

Have you been confined to a hospital within the last 12 months? Yes ✓ No ____

If Yes, please provide reason and hospital contact Information: East Jefferson General Hospital 5/2021
(Head Bleed) → (Brain Bleed)



00000279 LFPU2XD1 00003776

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? Ø

Where do you go? How do you get there (transportation method)? Ø

Are you able to pursue your hobbies? Yes ✓ No ____

If Yes, please describe Swimming Sometimes

Do you participate in an exercise program? Yes ____ No ✓

If Yes, please describe ____

Do you do any Volunteer work? Yes ____ No ✓

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ No ____

If Yes, please provide employer's name Childrens Hospital New Orleans until 2/202[illegible]

**Describe in your own words, what prevents you from engaging in any gainful employment.**

I am able to do desk work only until my head heals

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Bath
dress
eat
sometimes errands

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Taffanie Domil Tapene ( Daughter

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Lucia Alongia Romagosa Date: 4/14/22

Signature: Lucia Alongia Romagosa

000002/9 LFPU2XU1 00003/7 E

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

**Return To:** Bre-Ann Perkins

EMPLOYEE/CLAIMANT NAME: Lucia Romagosa
CLAIM NO: 12028057
EMPLOYER/SPONSOR: Lcmc Health DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/07/2021 to present. *If additional space is needed, please use a separate sheet of paper.*

00000279 LFPU2XU1 00003772

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :(   ) ________ Fax No. :(   ) ________ Telephone No. :(   ) ________ Fax No. :(   ) ________

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :(   ) ________ Fax No. :(   ) ________ Telephone No. :(   ) ________ Fax No. :(   ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :(   ) ________ Fax No. :(   ) ________ Telephone No. :(   ) ________ Fax No. :(   ) ________

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :(   ) ________ Fax No. :(   ) ________ Telephone No. :(   ) ________ Fax No. :(   ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: ________________ DATE: ________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

Return to: Bre-Ann Perkins

00000279 LFPU2XD1 00003773

**EMPLOYEE/CLAIMANT NAME:** Lucia Romagosa **CLAIM #:** 12028057

**EMPLOYER:** Lcmc Health **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

EMPLOYEE'S PRINTED NAME: ______________________________

DATE: ______________ EMPLOYEE'S SIGNATURE: ______________________________

DP 409

00000279 LFPU2XD1 00003774


Don't Drink and Drive
Louisiana
PERSONAL
DRIVER'S LICENSE
NOT FOR FEDERAL IDENTIFICATION
LICENSE/ID NO
CLASS
EXPIRATION DATE
007076681
E
2023
DOB
ISSUE DATE 07-17-2017
ROMAGOSA
LUCIA A
ENDORSEMENTS
NONE
RESTRICTIONS
NONE
SEX
F
HGT
5' 02"
WGT
110
EYES
BRO
AUDIT
7256
OFFICE
269
PARISH
26

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

March 11, 2022

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Lcmc Health's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you on February 5, 2022. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by April 19, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Bre-Ann Perkins
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 69795
Secure Fax No.: (603) 559-1991

Attachments: 12028057-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-02.04.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

February 5, 2022

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Lcmc Health's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On February 4, 2022, we requested updated medical records from Dr. Segura. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from December 1, 2021 through present from Dr. Segura

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by April 19, 2022:

X Direct Deposit Application
X Family Information Questionnaire
X Training Education Experience
X Authorization to Speak with Third Party
X Survivor / Estate Information Form
X LTD Forms - Standard
X Reimbursement Agreement Form

X W-4S 2021
X Disability Payment Option Form
__ Other

Lcmc Health's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by March 20, 2022, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by April 19, 2022, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than April 19, 2022 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Bre-Ann Perkins
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 69795
Secure Fax No.: (603) 559-1991

Attachments: Direct Deposit Application
Family Information Questionnaire
Training Education Experience
Authorization to Speak with Third Party
Survivor / Estate Information Form
LTD Forms - Standard
Reimbursement Agreement Form
W-4S 2021
Disability Payment Option Form

# DIRECT DEPOSIT APPLICATION

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

**Return To:** Bre-Ann Perkins

EMPLOYEE/CLAIMANT NAME: Lucia Romagosa
CLAIM NO: 12028057
EMPLOYER/SPONSOR: Lcmc Health DATE OF BIRTH: ____

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ____
**ADDRESS:** ____ **CITY:** ____ **STATE:** ____ **ZIP:** ____

AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request The Lincoln National Life Insurance Company, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by The Lincoln National Life Insurance Company to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ____

**9 DIGIT ABA ROUTING NUMBER:** ____ **BANK ADDRESS:** ____

**YOUR ACCOUNT NUMBER:** ____ **CITY:** ____ **STATE:** ____ **ZIP:** ____

**BANK PHONE:** ( ) ____

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to The Lincoln National Life Insurance Company or BANK. Any such notification to The Lincoln National Life Insurance Company shall be effective only with respect to entries initiated by The Lincoln National Life Insurance Company after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ____ Date: ____

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

The Lincoln National Life Insurance Company is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?**
No, at this time The Lincoln National Life Insurance Company will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

The Lincoln National Life Insurance Company

Group Benefits

# Family Information Questionnaire

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

**Return to:** Bre-Ann Perkins

EMPLOYEE/CLAIMANT NAME: Lucia Romagosa
CLAIM NO: 12028057
EMPLOYER/SPONSOR: Lcmc Health DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ______ Married ______ Divorced ______
If married, please indicate your spouse's name and date of birth. Name: ______________________ DOB: _________

Do you have children or dependents*? Yes ______ No ______
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:
- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ___________ No: ___________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to The Lincoln National Life Insurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ________________________________________ Date: ____________________

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

EMPLOYEE/CLAIMANT NAME: Lucia Romagosa
CLAIM NO: 12028057
EMPLOYER/SPONSOR: Lcmc Health DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Primary language spoken: ________ Other language(s) spoken fluently: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

3. Company: ______________________ Department:______________________ From: _________ To: _______
   Job Title(s): ______________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________________________
   ______________________________________________

4. Company: ______________________ Department:______________________ From: _________ To: _______
   Job Title(s): ______________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________________________
   ______________________________________________

5. Company: ______________________ Department:______________________ From: _________ To: _______
   Job Title(s): ______________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________________________
   ______________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ________________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________ Work: ____________________

**SIGNATURE:** ______________________ **PHONE NO: (   )** ________________________

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

**Authorization to Speak with Family Member/Alternate Contact**

EMPLOYEE NAME: Lucia Romagosa CLAIM NO: 12028057
CUSTOMER NAME: Lcmc Health
RETURN TO: Bre-Ann Perkins

In order to protect your privacy, written authorization is needed before we are able to speak with someone on your behalf, in reference to your claim.

By signing below, you give your written authorization for The Lincoln National Life Insurance Company to speak with the person listed below, to obtain information from and release information to, as needed, to evaluate your claim.

This authorization is limited to your claim with The Lincoln National Life Insurance Company, and would be overridden by all other legal arrangements, such as a Power of Attorney agreement.

I,____________________________ hereby give permission to ____________________________ to speak with The Lincoln National Life Insurance Company on my behalf until further notice.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

Lucia Romagosa
Claimant Name

Date of Birth

Claimant Signature

Date

12028057
Claim Number

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

**TO BE COMPLETED BY EMPLOYEE:**

| YOUR SPOUSE: | YOUR DOMESTIC PARTNER: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| | |
| | |
| | |
| Telephone Number: | Telephone Number: |

CHILDREN: List ALL children. Use reverse side if necessary.

| | |
|---|---|
| Name: | Date of Birth: |
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |
| | |
| Name: | Date of Birth: |
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |
| | |
| Name: | Date of Birth: |
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |

GUARDIANSHIP: For all children under age 18 listed above:

| |
|---|
| Name: |
| Address: |
| |
| |
| |
| Telephone Number: |

DO YOU HAVE A WILL? YES____ NO ____ DO YOU HAVE A TRUST? YES____ NO____

ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:

| |
|---|
| Name of Executor or Administrator: |
| Address: |
| |
| |
| |
| Telephone Number: |

The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.

DATE:____________________ EMPLOYEE'S PRINTED NAME:________________________________________

EMPLOYEE'S SIGNATURE:________________________________________

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________ Date: ____________

Date of Birth: __ ________ Claim Number: 12028057

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ____________________ Relationship __________

Signature of claimant or legal representative ______________________________

Date of Birth: __ ________ Claim Number: 12028057 Date: ____________________

**A copy of this authorization will be considered as valid as the original**

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

**Return To:** Bre-Ann Perkins

EMPLOYEE/CLAIMANT NAME: Lucia Romagosa
CLAIM NO: 12028057
EMPLOYER/SPONSOR: Lcmc Health DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/11/2021 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______ **DATE:** ______

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

**Return to:** Bre-Ann Perkins

**EMPLOYEE/CLAIMANT NAME:** Lucia Romagosa **CLAIM #:** 12028057
**EMPLOYER:** Lcmc Health **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

EMPLOYEE'S PRINTED NAME: ______________________

DATE:______________ EMPLOYEE'S SIGNATURE: ______________________

DP 409

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

**Return To:** Bre-Ann Perkins



EMPLOYEE/CLAIMANT NAME: Lucia Romagosa
CLAIM NO: 12028057 DATE OF BIRTH: ________
EMPLOYER/SPONSOR: Lcmc Health

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes________ No ________

If Yes, for how long? ________ At what time of the day?________

How many hours a day do you spend in bed?________

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?________

Do you hold a valid driver's license?

Yes________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car? ________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends? ________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? ____________________

Are you left or right hand dominant? Left ______ Right ______

Are you able to work in your garden? Yes ______ No ______

Are you able to work on your house? Yes ______ No ______

Are you able to wash your car? Yes ______ No ______

How much time is spent daily on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

______ Pay bills ______ Read news/articles ______ Use search engines ______ Send emails

______ Visit chat rooms ______ Photos Other: ____________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________

Do you have a working home copy machine/fax machine? ______ Yes ______ No

If yes, please explain purpose and usage: ____________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ____________________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________ Date: ______________________

Signature: ______________________

Lincoln Financial Group®

**REIMBURSEMENT AGREEMENT**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

**Claimant:** Lucia Romagosa **Date of Birth:**

**Employer:** Lcmc Health **Policy/Plan Sponsor No.:** 09-LF0494

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:**______________________________ **DATE:** ________________________

**EMPLOYEE'S PRINTED NAME:** Lucia Romagosa

***Please retain a copy for your records or one can be provided upon request.***

Form **W-4S**
Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ Give this form to the third-party payer of your sick pay.
▶ Go to *www.irs.gov/FormW4S* for the latest information.

OMB No. 1545-0074
**2021**

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . . $

Employee's signature ▶ Date ▶

**Separate here and give the top part of this form to the payer. Keep the lower part for your records.**

**Worksheet** (Keep for your records. Do not send to the IRS.)

| | | | |
|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2021 . . . . . . . . . . . . . . | 1 | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| **4** | Tax. Figure your tax on line 3 by using the **2021** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2020 Instructions for Forms 1040 and 1040-SR . | 4 | |
| **5** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . | 5 | |
| **6** | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| **7** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2021 or paid or to be paid with 2021 estimated tax payments . . . | 7 | |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | |
| **9** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | |
| **10** | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . | 10 | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the IRS.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2021, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) | $25,100* |
| Head of household | $18,800* |
| Single or Married filing separately | $12,550* |

* If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,350 is allowed for a married individual (filing jointly or separately) or a qualifying widow(er) who is 65 or older or blind, $2,700 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,700 is allowed on a joint return. If both spouses are 65 or older **and** blind, an additional $5,400 is allowed on a joint return. Additional standard deductions are also allowed on your separate return for your spouse who is 65 or older and/or blind if your spouse has no gross income and can't be claimed as a dependent by another taxpayer. An additional $1,700 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,400 if 65 or older **and** blind. See the 2021 Estimated Tax Worksheet—Line 2 Standard Deduction Worksheet in Pub. 505.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,100 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual. For exceptions, see Pub. 519, U.S. Tax Guide for Aliens.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax credit and credit for other dependents, higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See the Tax Credits table in Pub. 505 for more information.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2021 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2021 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,950 | **$0 + 10%** | **$0** |
| 9,950 | 40,525 | **995 + 12%** | **9,950** |
| 40,525 | 86,375 | **4,664 + 22%** | **40,525** |
| 86,375 | 164,925 | **14,751 + 24%** | **86,375** |
| 164,925 | 209,425 | **33,603 + 32%** | **164,925** |
| 209,425 | 523,600 | **47,843 + 35%** | **209,425** |
| 523,600 | and greater | **157,804.25 + 37%** | **523,600** |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $14,200 | **$0 + 10%** | **$0** |
| 14,200 | 54,200 | **1,420 + 12%** | **14,200** |
| 54,200 | 86,350 | **6,220 + 22%** | **54,200** |
| 86,350 | 164,900 | **13,293 + 24%** | **86,350** |
| 164,900 | 209,400 | **32,145 + 32%** | **164,900** |
| 209,400 | 523,600 | **46,385 + 35%** | **209,400** |
| 523,600 | and greater | **156,355 + 37%** | **523,600** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $19,900 | **$0 + 10%** | **$0** |
| 19,900 | 81,050 | **1,900 + 12%** | **19,900** |
| 81,050 | 172,750 | **9,328 + 22%** | **81,050** |
| 172,750 | 329,850 | **29,502 + 24%** | **172,750** |
| 329,850 | 418,850 | **67,206 + 32%** | **329,850** |
| 418,850 | 628,300 | **95,686+ 35%** | **418,850** |
| 628,300 | and greater | **168,993.50 + 37%** | **628,300** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,950 | **$0 + 10%** | **$0** |
| 9,950 | 40,525 | **995 + 12%** | **9,950** |
| 40,525 | 86,375 | **4,664 + 22%** | **40,525** |
| 86,375 | 164,925 | **14,751 + 24%** | **86,375** |
| 164,925 | 209,425 | **33,603 + 32%** | **164,925** |
| 209,425 | 314,150 | **47,843 + 35%** | **209,425** |
| 314,150 | and greater | **84,496.75 + 37%** | **314,150** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991
www.LincolnFinancial.com

Lincoln Financial Group®

# DISABILITY PAYMENT OPTIONS

Insurer: Disability and Life Claims
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

(Herein Referred to as "we" and "us")

Policy Number: 09-LF0494    Claim No. 12028057    Disability Date: May 11, 2021

Issued To: Lcmc Health    Address: ______________________

Claimant: Lucia Romagosa    Address: ______________________

The policy under which you are covered provides that Disability benefits will be offset by Social Security Disability Benefits for you and your family. Lincoln Financial Group offers assistance to apply for Social Security Benefits or you can apply on your own or with your own legal representative. Once a Social Security Application is made, Lincoln Financial Group will monitor the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

☐ 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:
(a) proof of the amount awarded by Social Security; or,
(b) written request is submitted to remove the estimate with the understanding an overpayment may result if Social Security Benefits are awarded, or
(c) proof that Social Security benefits have been denied and all appeals have been exhausted.
If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☐ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #2. If you have any questions, please contact us.

The The Lincoln National Life Insurance Company reserves all rights under the contract.

| | |
|---|---|
| ______________________ (Insured) | ______________________ (Witness) |
| ______________________ (Address) | ______________________ (Address) |
| ______________________ (Date) | ______________________ (Date) |

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

## AUTHORIZATION FOR RELEASE OF LONG-TERM DISABILITY FILE

I hereby authorize Lincoln Financial Group to release all information from my long-term disability file to Brown & Brown Absence Services Group at 300 N Beach Street, Daytona Beach, FL 32114, (877) 261-1947; (877) 899-1329 (fax).

The information disclosed will be used solely for my claim for disability benefits under Title II of the Social Security Act.

This authorization shall include the release of my complete file.

A photocopy or fax of this release shall have the same authority and effect as the original.

X [signature]
Lucia Romagosa

SSN:

X Mar 1, 2022
Date

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

# Facsimile Transmittal Sheet

| | |
|---|---|
| **TO:** Liberty Mutual | **FROM:** Customer Resource Center |
| **FAX NUMBER:** MO 603-334-0366<br>NC 603-334-0380<br>AZ 603-422-0119<br>Wells Fargo 866-214-7839 | **DATE:** 3/17/2022 |
| **PHONE NUMBER:** | **TOTAL NUMBER OF PAGES INCLUDING COVER:** 3 |
| **RE:** Lucia Romagosa (12028057) | **DIRECT FAX NUMBER:** 877-899-1345 |

☐ URGENT ☒ FOR REVIEW ☐ PLEASE REPLY

**NOTES/COMMENTS:**

Sincerely,

Customer Resource Center

The information transmitted in this facsimile is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you have received this information in error, please notify the sender at Brown & Brown Absence Services Group at 1-877-261-1947 immediately and destroy all copies of this facsimile transaction. Thank you.

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

Brown & Brown Absence Services Group, LLC
300 N Beach Street
Daytona Beach, FL 32114
P: (877) 261-1947 | F: (877) 899-1329
bbabsence.com

March 17, 2022

Kimberly Herterich
LTD Claims Examiner
Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

**RE: Lucia Romagosa**
**LTD: 12028057**

Dear Kimberly Herterich:

Please be advised that we filed Lucia Romagosa's *Initial application* with the Social Security Administration (SSA) today.

We will continue to keep you updated regarding the status of this claim. If you have any questions, please feel free to contact us toll-free at 866-692-9031 or via email at status@bbabsence.com. Thank you.

Sincerely,

Customer Resource Center
Brown & Brown Absence Services Group

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

March 10, 2022

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

We are writing in reference to your claim for benefits under the Long Term Disability (LTD) Policy issued to your employer.

At the time your LTD claim was approved we asked you to provide our office with proof of your application for Social Security Disability Income (SSDI) benefits. This should include an official proof of filing and/or complete copy of any award, denial or appeal notification.

This information should be documentation you received directly from the Social Security Administration (SSA) office. Should you not have your most recent copy available, your local SSA office will be able to provide you with a copy to return to our office.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, LTD benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive, if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

If and when you are awarded retroactive benefits from Social Security, more than likely your LTD claim will have been overpaid, sometimes by thousands of dollars. Please do not spend the retroactive benefits as they are due back to Lincoln. Once we receive your award letter, we will determine the overpayment amount. You will be informed of this amount in writing and options to recover of the overpayment.

To date we have not received a response to our request. Please provide us proof of your application. If you have not already done so, you can initiate your application by either calling the Social Security Administration (SSA) toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office and provide us with proof of application. If you would like assistance with filing your Social Security Disability benefits application, there are Social Security Claimant Representatives that specialize in this process. Please contact

us to discuss.

If you have obtained your own legal representation, please provide us with your representative's contact information for future requests of information and/or updates.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: 260-455-9328 or
- Email: Disabilitydocuments@lfg.com (Please provide claim number)

**If you do not complete that application and provide proof of the application by May 9, 2022 your LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible.**

If you have any questions regarding this matter, please contact me.

Sincerely,

Kimberly Herterich
Social Security Specialist I
Phone No.: (888) 437-7611 Ext. 69050
Secure Fax No.: (260) 455-9328

Attachments: Advantages of Social Security Disability

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401
www.LincolnFinancial.com

FINANCIAL ADVANTAGES PROVIDED TO
SOCIAL SECURITY DISABILITY INSURANCE RECIPIENTS

Though your Long Term Disability benefit from Lincoln Financial Group would be reduced for any Social Security Disability benefits you might receive, there are still several very important reasons why Social Security disability income (SSDI) benefits would benefit you and your family. These all represent financial savings in one form or another and could have a major impact on your life both now and in the future. They include:

**Increased Social Security Retirement Benefits** For every year that you are unable to work and do not "pay into the system," no earnings are factored into your Social Security record even if you are receiving worker's compensation payments or benefits under a private Long Term disability insurance plan. This is known as "zero wage earner" status. Social Security calculates your retirement benefits based on a weighted average of the income that you earned over your working life. As a result, a significant amount of non-working years will result in zeros factored into your average and a substantially lower Social Security Retirement benefit. However, if the Social Security Administration determines you are disabled within the meaning of the Social Security Act, your earnings record will be "frozen" for those years you were unable to be gainfully employed. This protects your Social Security retirement benefits and could save you thousands of dollars.

**Health Insurance via Medicare Entitlement** SSDI recipients are entitled to Medicare coverage after receiving SSDI benefits for 24 months. This inexpensive health insurance includes Part A (Hospital) at no charge and Part B (Medical) for a reasonable monthly payment. For recipients who do not have health insurance, this benefit is of extreme importance.

**Reduced Health Insurance Premiums** Once you establish eligibility for Medicare, your premiums for any other health insurance coverage you might have could decrease. With Medicare coverage available to help defray the cost of medical expenses, such premiums may be adjusted downwards.

**Cost of Living Adjustment (COLA) Raises** Generally, your SSDI benefit will also increase each year due to COLA raises. Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living increases would not. Thus, your combined benefit amounts would increase each year with your Social Security increases not being subject to offset.

**Trial Work Period** In most cases, entitlement to SSDI benefits also allows you the opportunity to attempt to return to work for a period of up to nine (9) months while you still receive your full monthly SSDI benefit.

**Tax Advantages** The majority of SSDI recipients also receive their benefits tax-free. You should, however, consult with a tax professional to determine if this tax exemption applies to your individual situation.

**Closed Period of Social Security Disability Benefits** If you anticipate returning to work in the near future, but were unable to for twelve or more months, you may still be entitled to a closed period of SSDI benefits.

EAST JEFFERSON PHYSICIAN GROUP

# EAST JEFFERSON NEUROLOGICAL ASSOCIATES

3800 HOUMA BLVD., STE, 325 METAIRIE, LA 70006 (504) 885-7337 FAX (504) 456-5172

DATE: 3/10/22

TO: Bre-ann

FAX: 603-334-0401

PHONE:

FROM: Dr Segura

FAX: 504-456-5172

PHONE: 504-885-7337

NUMBER OF PAGES (INCLUDING COVER SHEET) ____

COMMENTS: ____

CONFIDENTIALITY NOTICE:
This message and any included attachments are from East Jefferson Physician Group, and are intended only for the addressee(s). The information contained herein may include privileged or otherwise confidential information. Unauthorized review, retention, disclosure, printing, forwarding, distributing, or using such information is strictly prohibited and may be unlawful. If you received this message in error or have reason to believe you are not authorized to receive it, please promptly reply to the sender by phone or fax and destroy the documents received. East Jefferson Physician Group greatly appreciates your cooperation.

Established Patient Note
* Final Report *

ROMAGOSA, LUCIA A - 4253231

| | |
|---|---|
| Result type: | Established Patient Note |
| Result date: | January 28, 2022 11:57 CST |
| Result status: | Auth (Verified) |
| Result title: | Neurology Clinic Office Visit Note |
| Performed by: | Segura MD, Enrique on February 01, 2022 13:06 CST |
| Verified by: | Segura MD, Enrique on February 01, 2022 13:06 CST |
| Encounter info: | 4253231-0843, EJNA, Clinic Outpatient, 1/28/2022 - 1/28/2022 |

# * Final Report *

**Date of Service**
28-JAN-2022 11:18

**Chief Complaint**
Head Injury.

**History of Present Illness**
62 y/o female with a medical history significant for encephalitis, headaches, anxiety, hypothyroidism, and breast cancer s/p bilateral mastectomy (2012) returns to the clinic today for a follow up. On last visit, patient complained of continued headaches almost daily. She noted her headaches were improved in severity on Elavil 10 mg QHS. She reported minimal acute relief with Ubrelvy 100 mg PRN. Headaches were noted be nonlocalized to a particular region and described as a pressure sensation. She admitted to recent depression, stress, and anxiety. Patient's Elavil dose was increased to 25 mg QHS for headache prevention. Patient was started on Nurtec PRN in place of Ubrelvy for acute relief of headaches. Today, patient reports headaches have improved in severity on Elavil 25 mg QHS. She continues to experience a headache almost daily. Elavil regimen has also improved her sleep. She denies any side-effects on Elavil 25 mg QHS. She tried taking Elavil 50 mg QHS last night with side-effect of some dizziness. Patient notes good acute relief to headaches on Nurtec PRN. Patient has tried and failed Ubrelvy and Botox injections (performed by Dr. Hickham) in the past. Patient admits to recent depression, stress, and anxiety following the death of her husband in October. Patient received a COVID antibody test, which was negative. She would like an opinion on whether she should get the COVID-19 vaccine given her PMHx of encephalitis following Johnson and Johnson COVID-19 vaccination.

**Review of Systems**
Normal ROS except as noted in HPI.

**Vitals & Measurements**

Vitals & Measurements
**T:** 97.3 °F **HR:** 88 **BP:** 126/82
**HT:** 154 cm **WT:** 54.5 kg **WT:** 120.17 lb **BMI:** 23
Oxygen Saturation: 97 %
Primary Pain Intensity: 7

**Physical Exam**
NEURO EXAM
Mental Status: Alert and oriented x4, Normal speech and comprehension
Cranial Nerves: Pupils equal and reactive, EOMI, no facial asymmetry, midline tongue
Motor: No pronator drift, 5/5 strength throughout.
Reflexes: Symmetric with normal plantar responses.
Sensory: denies sensory deficits to light touch

**Problem List/Past Medical History**
Ongoing
- Asthma
- Breast cancer
- Dependent edema
- Depression
- Encephalitis
- Headache
- Hypothyroidism
- Syncope

**Procedure/Surgical History**
cerebral angiogram: 05/13/21

**Allergies**
Lincocin (hives)
Dilaudid (Hallucinations)
traMADol (burning)

**Medications**
Aleve, 440 mg, Oral, as needed
amitriptyline 25 mg oral tablet, 50 mg= 2 tab, Oral, bedtime
ProAir HFA 90 mcg/inh inhalation aerosol, 2 puff, INH, as needed
Symbicort 160/4.5 inhaler, 2 puff, INH, 2times/day
tamoxifen 20 mg oral tablet, 20 mg= 1 tab, Oral, daily (standard)
Xanax 1 mg oral tablet, 1 mg= 1 tab, Oral, daily (standard), PRN
Zofran 8 mg oral tablet, 8 mg= 1 tab, Oral, 8hr (standard), PRN
Zoloft 100 mg oral tablet, 100 mg= 1 tab, Oral, 2times/day

**Social History**
Smoking Status - 01/28/2022
Non smoker
Alcohol - Low Risk, 05/20/2019
Substance Abuse - Denies Substance Abuse, 05/20/2019
Tobacco - Denies Tobacco Use, 05/20/2019

Coordination: No dysmetria on finger to nose
Gait: normal

**Lab Results**
WBC: 9 K/UL (05/14/21)
Hgb: 13.8 gram/dL (05/14/21)
Hct: 41.5 % (05/14/21)
Platelet Count, Automated: 212 K/UL (05/14/21)
ESR(Westergren): 2 mm/hr (05/11/21)
Abs Neutrophil #: 8.3 K/UL High (05/14/21)
PT: 14.1 second(s) (05/13/21)
INR: 1.1 (05/13/21)
PTT: 26.4 second(s) (05/13/21)
Sodium Level: 141 mEq/L (05/14/21)
Potassium Level: 4.2 mEq/L (05/14/21)
Chloride Level: 102 mEq/L (05/14/21)
Bicarbonate, CO2: 29 mEq/L (05/14/21)
Glucose, Plasma: 109 mg/dL High (05/14/21)
Calcium Level: 8.9 mg/dL (05/14/21)
Blood Urea Nitrogen: 9 mg/dL (05/14/21)
Creatinine: 0.5 mg/dL (05/14/21)
Bun:Creatinine Ratio: 18 Ratio (05/14/21)
Magnesium Level: 2 mg/dL (05/11/21)
ALT: 15 unit/L (05/11/21)
AST: 16 unit/L (05/11/21)
PRO-BNP: 182.7 Picogram/mL High (05/08/19)

**Diagnostic Results**
**Data Review:**
Previous neurology notes reviewed. CBC and CMP reviewed.

**Assessment/Plan**
1. Encephalitis
2. Headache

**Assessment/Plan:**
Patient reports continued frequent headaches improved in intensity on Elavil 25 mg QHS. Ubrelvy provides no acute relief to headaches. Patient's headaches are not out of the ordinary given her recent episode of encephalitis. I suspect her recent stress/anxiety is exacerbating her headaches. Patient's repeat Brain MRI performed 10/01/2021 shows expected evolution of her prior findings. She will remain off work while recovering. Will further increase patient's Elavil dose to 50 mg QHS for headache prevention. Will continue patient on Nurtec PRN for acute relief to headaches. Patient will follow up in clinic in 4 weeks.

**Scribe attestation:**
I, Chelsea Everett, scribed the above HPI for Dr. Segura on 01/28/2022.
The above HPI was transcribed for me by scribe Chelsea Everett. I personally performed the history, exam, and medical decision making and confirm that the transcribed note accurately reflects my work.

**Family History**
Cardiovascular disease: Father.
High blood pressure: Mother.
High cholesterol: Brother.

**Signature Line**

[Electronically Signed on 02/01/22 01:06 PM]
------------------------------------------------

Segura MD, Enrique

Printed by: Awad MEDASST, Penny Lee
Printed on: 3/10/2022 15:17 CST

[Document created and electronically Signed on 01/28/22 12:57 PM]

---

Everett , Chelsea Nicole

[Modified on 01/28/2022 11:57 AM]

---

Everett , Chelsea Nicole

**Completed Action List:**

* Modify by Everett , Chelsea Nicole on January 28, 2022 11:57 CST
* Modify by Everett , Chelsea Nicole on January 28, 2022 12:57 CST
* Modify by Everett , Chelsea Nicole on January 28, 2022 12:57 CST
* Sign by Everett , Chelsea Nicole on January 28, 2022 12:57 CST Requested by Everett , Chelsea Nicole on January 28, 2022 11:57 CST
* Perform by Segura MD, Enrique on February 01, 2022 13:06 CST
* Modify by Segura MD, Enrique on February 01, 2022 13:06 CST
* Sign by Segura MD, Enrique on February 01, 2022 13:06 CST Requested by Everett , Chelsea Nicole on January 28, 2022 12:57 CST
* VERIFY by Segura MD, Enrique on February 01, 2022 13:06 CST



PAGE 4/4 * RCVD AT 3/10/2022 4:26:25 PM [Eastern Standard Time] * SVR:VA1PWFAX201/2 * DNIS:6033340401 * CSID:5044565172 * ANI:15044565172 * DURATION (mm-ss):01-33

Encrypted Message

# RE: RTW Inquiry for L. Romagosa (secure)

LR

LCMC Leave Request <LCMCLeaveRequest@lcmchealth.org>
Yesterday, 4:05 PM
Perkins, Bre-ann <Bre-ann.Perkins@lfg.com>; LCMC Leave Request <LCMCLeaveRequest@lcmchealth.org>; Brandon, Gelon <Gelon.Brandon@lcmchealth.org>

Show all 0 attachments

Good Afternoon,
She has not returned to work.

**Kishia Hughes, MSHRE**
Human Resources
Mgr. - Leave of Absence and Workers Compensation

**LCMC Health**
2000 Canal Street
New Orleans, LA 70112

O 504.702.2304
F 504.962.6463

Kishia.Hughes@LCMChealth.org
LCMChealth.org

**From:** Perkins, Bre-ann <Bre-ann.Perkins@lfg.com>
**Sent:** Thursday, February 3, 2022 2:45 PM
**To:** LCMC Leave Request <LCMCLeaveRequest@lcmchealth.org>
**Subject:** RTW Inquiry for L. Romagosa (secure)

External Email - Evaluate
**DO NOT** click links if the sender is unknown
**NEVER** provide your User ID or Password

# Billing Statement:

ReleasePoint

**Invoice Date: 01/05/2022** **Invoice #: 715674-1930**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Dec 1 2021 and Dec 31 2021**

**L-DVRLTD** **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 8736668<br>12028057 | ROMAGOSA, LUCIA A<br>EAST JEFFERSON GENERAL HOSPI... | Complete | 12/16/21<br>J Fitzgerald | $ 9.00 | $ 55.00 | $ 0.00 | $ 0.00<br>39 | **$ 64.00** |

**ReleasePoint**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Total Amount Due:** **$ 64.00**

**Tax ID: 95-2843455**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

February 5, 2022

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Lcmc Health's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On February 4, 2022, we requested updated medical records from Dr. Segura. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from December 1, 2021 through present from Dr. Segura

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by April 19, 2022:

X Direct Deposit Application
X Family Information Questionnaire
X Training Education Experience
X Authorization to Speak with Third Party
X Survivor / Estate Information Form
X LTD Forms - Standard
X Reimbursement Agreement Form

X W-4S 2021
X Disability Payment Option Form
__ Other

Lcmc Health's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by March 20, 2022, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by April 19, 2022, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than April 19, 2022 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Bre-Ann Perkins
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 69795
Secure Fax No.: (603) 559-1991

Attachments: Direct Deposit Application
Family Information Questionnaire
Training Education Experience
Authorization to Speak with Third Party
Survivor / Estate Information Form
LTD Forms - Standard
Reimbursement Agreement Form
W-4S 2021
Disability Payment Option Form

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

**Return To:** Bre-Ann Perkins

EMPLOYEE/CLAIMANT NAME: Lucia Romagosa
CLAIM NO: 12028057
EMPLOYER/SPONSOR: Lcmc Health DATE OF BIRTH: ____________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ____________
**ADDRESS:** ____________ **CITY:** ____________ **STATE:** ____ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request The Lincoln National Life Insurance Company, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by The Lincoln National Life Insurance Company to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ____________

**9 DIGIT ABA ROUTING NUMBER:** ____________ **BANK ADDRESS:** ____________

**YOUR ACCOUNT NUMBER:** ____________ **CITY:** ________ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ____________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to The Lincoln National Life Insurance Company or BANK. Any such notification to The Lincoln National Life Insurance Company shall be effective only with respect to entries initiated by The Lincoln National Life Insurance Company after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ____________________ Date: ____________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

The Lincoln National Life Insurance Company is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account. Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time The Lincoln National Life Insurance Company will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

# Family Information Questionnaire

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

**Return to:** Bre-Ann Perkins

EMPLOYEE/CLAIMANT NAME: Lucia Romagosa
CLAIM NO: 12028057
EMPLOYER/SPONSOR: Lcmc Health DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ____________ DOB: ________

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to The Lincoln National Life Insurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________ Date: ____________

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

EMPLOYEE/CLAIMANT NAME: Lucia Romagosa
CLAIM NO: 12028057
EMPLOYER/SPONSOR: Lcmc Health DATE OF BIRTH: ____________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Primary language spoken: ____________ Other language(s) spoken fluently: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

3. Company: ______________ Department: ______________ From: ________ To: ________
   Job Title(s): ______________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________

4. Company: ______________ Department: ______________ From: ________ To: ________
   Job Title(s): ______________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________

5. Company: ______________ Department: ______________ From: ________ To: ________
   Job Title(s): ______________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO: (    )** ______________



**Lincoln/Romagosa 0709**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

**Authorization to Speak with Family Member/Alternate Contact**

EMPLOYEE NAME: Lucia Romagosa CLAIM NO: 12028057
CUSTOMER NAME: Lcmc Health
RETURN TO: Bre-Ann Perkins

In order to protect your privacy, written authorization is needed before we are able to speak with someone on your behalf, in reference to your claim.

By signing below, you give your written authorization for The Lincoln National Life Insurance Company to speak with the person listed below, to obtain information from and release information to, as needed, to evaluate your claim.

This authorization is limited to your claim with The Lincoln National Life Insurance Company, and would be overridden by all other legal arrangements, such as a Power of Attorney agreement.

I, ____________________________ hereby give permission to ____________________________ to speak with The Lincoln National Life Insurance Company on my behalf until further notice.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

Lucia Romagosa
Claimant Name

Date of Birth

Claimant Signature

Date

12028057
Claim Number

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

**TO BE COMPLETED BY EMPLOYEE:**

| **YOUR SPOUSE:** | **YOUR DOMESTIC PARTNER:** |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| | |
| | |
| **Telephone Number:** | **Telephone Number:** |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| | |
|---|---|
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

**GUARDIANSHIP: For all children under age 18 listed above:**

| |
|---|
| **Name:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**DO YOU HAVE A WILL? YES ____ NO ____** **DO YOU HAVE A TRUST? YES____ NO____**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| **Name of Executor or Administrator:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

**DATE:____________________** **EMPLOYEE'S PRINTED NAME:________________________________________**

**EMPLOYEE'S SIGNATURE:________________________________________**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ________________________________

Name of legal representative, if applicable (print) ____________________________ Relationship ________________

Signature of claimant or legal representative ________________________________ Date: __________________

Date of Birth: ________________ Claim Number: 12028057

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________________

Date of Birth: ____________ Claim Number: 12028057 Date: ____________________

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

**Return To:** Bre-Ann Perkins

EMPLOYEE/CLAIMANT NAME: Lucia Romagosa
CLAIM NO: 12028057
EMPLOYER/SPONSOR: Lcmc Health DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/11/2021 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________ **DATE:** ____________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

**Return to:** Bre-Ann Perkins

**EMPLOYEE/CLAIMANT NAME:** Lucia Romagosa **CLAIM #:** 12028057
**EMPLOYER:** Lcmc Health **DATE OF BIRTH:**_________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ________ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________________

**DATE:**______________ **EMPLOYEE'S SIGNATURE:** ______________________________

DP 409

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

**Return To:** Bre-Ann Perkins ______



EMPLOYEE/CLAIMANT NAME: Lucia Romagosa ______

CLAIM NO: 12028057 ______ DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Lcmc Health ______

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car?______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

Lincoln Financial Group®



How often do you get outdoors? ____________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ____________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ____________________

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ____________________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ____________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ____________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ____________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

____________________
____________________
____________________
____________________
____________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________________
____________________
____________________
____________________
____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ____________________ Date: ____________________

Signature: ____________________

Lincoln Financial Group®

**REIMBURSEMENT AGREEMENT**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

**Claimant:** Lucia Romagosa **Date of Birth:** ________

**Employer:** Lcmc Health **Policy/Plan Sponsor No.:** 09-LF0494

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:**_________________________________ **DATE:**_________________________

**EMPLOYEE'S PRINTED NAME:** Lucia Romagosa

***Please retain a copy for your records or one can be provided upon request.***

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to *www.irs.gov/FormW4S* for the latest information.**

OMB No. 1545-0074

**2021**

| Your first name and middle initial | Last name | **Your social security number** |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

| | |
|---|---|
| Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . . | $ |

Employee's signature ▶ Date ▶

**....................................Separate here and give the top part of this form to the payer. Keep the lower part for your records. ..........................................**

**Worksheet** (Keep for your records. Do not send to the IRS.)

| | | | |
|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2021 . . . . . . . . . . . . . . . | **1** | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Tax. Figure your tax on line 3 by using the **2021** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2020 Instructions for Forms 1040 and 1040-SR . | **4** | |
| **5** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . | **5** | |
| **6** | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| **7** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2021 or paid or to be paid with 2021 estimated tax payments . . . | **7** | |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| **10** | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . | **10** | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the IRS.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2021, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) | $25,100* |
| Head of household | $18,800* |
| Single or Married filing separately | $12,550* |

* If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,350 is allowed for a married individual (filing jointly or separately) or a qualifying widow(er) who is 65 or older or blind, $2,700 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,700 is allowed on a joint return. If both spouses are 65 or older **and** blind, an additional $5,400 is allowed on a joint return. Additional standard deductions are also allowed on your separate return for your spouse who is 65 or older and/or blind if your spouse has no gross income and can't be claimed as a dependent by another taxpayer. An additional $1,700 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,400 if 65 or older **and** blind. See the 2021 Estimated Tax Worksheet—Line 2 Standard Deduction Worksheet in Pub. 505.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,100 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual. For exceptions, see Pub. 519, U.S. Tax Guide for Aliens.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax credit and credit for other dependents, higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See the Tax Credits table in Pub. 505 for more information.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2021 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2021 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,950 | **$0 + 10%** | **$0** |
| 9,950 | 40,525 | **995 + 12%** | **9,950** |
| 40,525 | 86,375 | **4,664 + 22%** | **40,525** |
| 86,375 | 164,925 | **14,751 + 24%** | **86,375** |
| 164,925 | 209,425 | **33,603 + 32%** | **164,925** |
| 209,425 | 523,600 | **47,843 + 35%** | **209,425** |
| 523,600 | and greater | **157,804.25 + 37%** | **523,600** |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $14,200 | **$0 + 10%** | **$0** |
| 14,200 | 54,200 | **1,420 + 12%** | **14,200** |
| 54,200 | 86,350 | **6,220 + 22%** | **54,200** |
| 86,350 | 164,900 | **13,293 + 24%** | **86,350** |
| 164,900 | 209,400 | **32,145 + 32%** | **164,900** |
| 209,400 | 523,600 | **46,385 + 35%** | **209,400** |
| 523,600 | and greater | **156,355 + 37%** | **523,600** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $19,900 | **$0 + 10%** | **$0** |
| 19,900 | 81,050 | **1,900 + 12%** | **19,900** |
| 81,050 | 172,750 | **9,328 + 22%** | **81,050** |
| 172,750 | 329,850 | **29,502 + 24%** | **172,750** |
| 329,850 | 418,850 | **67,206 + 32%** | **329,850** |
| 418,850 | 628,300 | **95,686+ 35%** | **418,850** |
| 628,300 | and greater | **168,993.50 + 37%** | **628,300** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,950 | **$0 + 10%** | **$0** |
| 9,950 | 40,525 | **995 + 12%** | **9,950** |
| 40,525 | 86,375 | **4,664 + 22%** | **40,525** |
| 86,375 | 164,925 | **14,751 + 24%** | **86,375** |
| 164,925 | 209,425 | **33,603 + 32%** | **164,925** |
| 209,425 | 314,150 | **47,843 + 35%** | **209,425** |
| 314,150 | and greater | **84,496.75 + 37%** | **314,150** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991
www.LincolnFinancial.com

# DISABILITY PAYMENT OPTIONS

Insurer: Disability and Life Claims
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

(Herein Referred to as "we" and "us")

Policy Number: 09-LF0494 Claim No. 12028057

Disability Date: May 11, 2021

Issued To: Lcmc Health

Address: ____________________

Claimant: Lucia Romagosa

Address: ____________________

The policy under which you are covered provides that Disability benefits will be offset by Social Security Disability Benefits for you and your family. Lincoln Financial Group offers assistance to apply for Social Security Benefits or you can apply on your own or with your own legal representative. Once a Social Security Application is made, Lincoln Financial Group will monitor the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

☐ 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:

(a) proof of the amount awarded by Social Security; or,
(b) written request is submitted to remove the estimate with the understanding an overpayment may result if Social Security Benefits are awarded, or
(c) proof that Social Security benefits have been denied and all appeals have been exhausted.

If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☐ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #2. If you have any questions, please contact us.

The The Lincoln National Life Insurance Company reserves all rights under the contract.

| | |
|---|---|
| (Insured) | (Witness) |
| (Address) | (Address) |
| (Date) | (Date) |

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

| | |
|---|---|
| Date: | February 4, 2022 |
| To: | DR. ENRIQUE SEGURA<br>ATTN: PENNY |
| Attn: | |
| Fax: | (504) 456-5172 |
| From: | Bre-Ann Perkins<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 559-1991 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 12028057<br>Claimant: Lucia Romagosa<br><br>Lcmc Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

February 4, 2022

Dr. Enrique Segura
ATTN: PENNY

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Dr. Enrique Segura:

We are the Disability Claim Administrator for your patient, Lucia Romagosa.

To evaluate Ms. Romagosa's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2021 through present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by February 11, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-1991 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Bre-Ann Perkins
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 69795
Secure Fax No.: (603) 559-1991

Attachments: Restrictions Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

# Restrictions Form

**Return To:** Bre-Ann Perkins

| Lucia Romagosa | | 12028057 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ______________________
   **DATE LAST TREATED** — ____________ ______________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

______________________________________________
______________________________________________
______________________________________________
______________________________________________

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

______________________________________________
______________________________________________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

______________________________________________
______________________________________________

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM**__________ **TO**__________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

February 10, 2022

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

We are writing in reference to your claim for LTD benefits under the Long Term Disability (LTD) Policy issued to your employer.

In addition to your Long Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration.

There are a number of advantages for you if you are approved for Social Security Disability benefits. These advantages are outlined in the attachment, and include:

- Increased Social Security Retirement benefits
- Cost of Living Adjustment (COLA) increases
- Expedited Medicare coverage
- Dependent and Spousal benefits
- Return to Work incentives

The purpose of this letter is to provide you with information about how you can apply for those benefits.

We realize that applying for Social Security Disability benefits can be intimidating. To help you through the process, we are providing information on using the services of BROWN & BROWN, a Social Security claimant representative. BROWN & BROWN specializes in preparing Social Security Disability claims and, when necessary, representing claimants. They have a 90% success rate in obtaining awards. Their professional and experienced staff will act on your behalf and will keep your contact with the Social Security Administration to a minimum.

This will be explained to you in greater detail upon accepting representation by BROWN & BROWN.

However, if you are choosing to apply for Social Security benefits without utilizing our Social Security Claimant representative services, you must initiate the process by either calling SSA toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office.

If you have any other family members (dependents) that may be eligible for benefits, please make sure the Social Security Administration is informed so application and payment for dependent benefits is not delayed.

You are required to apply for Social Security benefits under the terms of LCMC's LTD Policy and it is important that you begin this process immediately. Therefore, please initiate your application within 30 days from the date of this letter, 03/09/22.

If you are approved for Social Security Disability benefits, the disability benefits received by you from Lincoln will be reduced by the amount you receive from the Social Security Administration. In other words, you will continue to receive the same amount of monthly benefits, but the money will come from two sources (Lincoln and the Social Security Administration). If you are entitled to retroactive benefits, you may receive a large payment from the Social Security Administration. This money is essentially money that Lincoln advanced to you while you were waiting for Social Security's decision, and you must repay it immediately upon our request.

If you have any questions regarding this letter or the Social Security process, please contact us at the number below.

If you have any questions regarding this matter, please contact me.

Sincerely,

Anne Andrews
Claims Examiner II, SS
Phone No.: (888) 437-7611 Ext. 69876
Secure Fax No.: (402) 501-9399

**From:**Herterich, Kimberly
**Sent:**Thu, 17 Feb 2022 21:28:14 +0000
**To:**James Wright-Chase
**Subject:**RE: Romagosa 12028057

Good afternoon,

Thank you for the update. We have not heard from this claimant either. We first sent a letter on 12/29/2021 and did not get a response. We sent a second follow up email on 2/9/2022. Please let me know if you do close this referral. Thank you,

**Kimberly Herterich**
Social Security Specialist I
GP CLM Shared Services

Lincoln Financial Group
LincolnFinancial.com

LincolnFinancial.com
888-437-7611 ext 69050 Office
260-455-9328 Fax

**Follow us on:**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** James Wright-Chase <jwrightchase@bbabsence.com>
**Sent:** Thursday, February 17, 2022 3:48 PM
**To:** Herterich, Kimberly <Kimberly.Herterich@lfg.com>
**Subject:** Romagosa 12028057

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,

Please be advised the above referenced claimant has been unresponsive to our contact attempts. If we do not hear back soon, we will have to close the claim in our office. Any assistance you could provide will be greatly appreciated. Please let me know if you have any questions.

Thanks,

**James Wright-Chase**

Account Coordinator
jwrightchase@bbabsence.com
O (877) 261-1947 | F (877) 899-1345

Brown & Brown Absence Services Group, LLC (NYSE: BRO)
300 North Beach Street
Daytona Beach, Florida 32114

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

bbabsence.com

**From:**Oconnor, Nancy
**Sent:**Tue, 4 Jan 2022 17:22:42 +0000
**To:**Brandon, Gelon
**Subject:**RE: *2nd Request* LTD Salary Verification - Lucia Romagosa - LTD Claim 12028057
**Importance:**High

Good morning,

Thank you for your email. Can you please provide a copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 05/11/2021?

Please contact me with any questions.

Thank you,

**Nancy Oconnor**
Specialist I, Payment Services
GP CLM Shared Services

**Lincoln Financial Group**
LincolnFinancial.com

888-437-7611- Ext 16556
Office

603-334-9023 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Brandon, Gelon <Gelon.Brandon@lcmchealth.org>
**Sent:** Tuesday, January 4, 2022 9:06 AM
**To:** Oconnor, Nancy <Nancy.Oconnor@lfg.com>
**Subject:** RE: *2nd Request* LTD Salary Verification - Lucia Romagosa - LTD Claim 12028057

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

This message was sent securely using Zix®

Please provide the following:

- A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 05/11/2021.

- Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability. (40 hours per week)




| Select | PaySumGrp | Job Code | Position | Date | Units | Hours | Amount | Currency |
|---|---|---|---|---|---|---|---|---|
| | ETO | 120114 | C6020120114 | 04/10/2021 | 0.00 | 2.00 | 80.00 | USD |
| | ETO | 120114 | C6020120114 | 04/10/2021 | 0.00 | 9.00 | 360.00 | USD |
| | ETO | 120114 | C6020120114 | 04/03/2021 | 0.00 | 8.32 | 332.80 | USD |
| | GTL | 120114 | C6020120114 | 04/10/2021 | 0.00 | 0.00 | 7.62 | USD |

**Gelon M Brandon**
Human Resources
Leave of Absence Analyst

**LCMC Health**
2000 Canal Street
New Orleans, LA 70112

**O** 504.702.3771
**F** 504.962.6463

Gelon.Brandon@LCMCHealth.org
**LCMChealth.org**

---

**From:** Oconnor, Nancy <Nancy.Oconnor@lfg.com>
**Sent:** Wednesday, December 29, 2021 2:54 PM
**To:** LCMC Leave Request <LCMCLeaveRequest@lcmchealth.org>
**Subject:** *2nd Request* LTD Salary Verification - Lucia Romagosa - LTD Claim 12028057
**Importance:** High

**External Email - Evaluate**
**DO NOT** click links if the sender is unknown
**NEVER** provide your User ID or Password

Good afternoon,

I am following up as I have not received a response on my below request.

Please contact me with any questions.

Thank you,

**Nancy Oconnor**
Specialist I, Payment Services
GP CLM Shared Services

**Lincoln Financial Group**
LincolnFinancial.com

888-437-7611- Ext 16556
Office

603-334-9023 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

*** Upcoming PTO 12/30-12/31/21***

---

**From:** Oconnor, Nancy
**Sent:** Wednesday, December 22, 2021 9:15 PM
**To:** lcmcleaverequest@lcmchealth.org
**Subject:** LTD Salary Verification - Lucia Romagosa - LTD Claim 12028057

Good morning,

I am a Payment Specialist in the Financial Services Department within Disability Claims, and I am contacting you for salary verification regarding the LTD claim for Lucia Romagosa, (DOB

Please provide the following:

- A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 05/11/2021.
- Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

Please contact me with any questions.

Thank you,

**Nancy Oconnor**
Specialist I, Payment Services
GP CLM Shared Services

**Lincoln Financial Group**
LincolnFinancial.com

888-437-7611- Ext 16556
Office

603-334-9023 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by Zix®.

This message was sent securely using Zix®

**From:**Brandon, Gelon <Gelon.Brandon@lcmchealth.org>
**Sent:**Wed, 5 Jan 2022 22:44:05 +0000
**To:**Oconnor, Nancy
**Subject:**RE: *2nd Request* LTD Salary Verification - Lucia Romagosa - LTD Claim 12028057




| Select | PaySumGrp | Job Code | Position | Date | Units | Hours | Amount | Currency |
|---|---|---|---|---|---|---|---|---|
| | ETO | 120114 | C6020120114 | 05/08/2021 | 0.00 | 1.37 | 54.80 | USD |
| | ETO | 120114 | C6020120114 | 05/08/2021 | 0.00 | 1.00 | 40.00 | USD |
| | ETU | 120114 | C6020120114 | 05/08/2021 | 0.00 | 0.75 | 0.00 | USD |
| | GTL | 120114 | C6020120114 | 04/24/2021 | 0.00 | 0.00 | 7.62 | USD |
| | GTL | 120114 | C6020120114 | 05/08/2021 | 0.00 | 0.00 | 7.62 | USD |
| | LTD | 120114 | C6020120114 | 04/24/2021 | 0.00 | 0.00 | 11.58 | USD |
| | LTD | 120114 | C6020120114 | 05/08/2021 | 0.00 | 0.00 | 11.58 | USD |
| | OVT | 120114 | C6020120114 | 05/01/2021 | 0.00 | 1.00 | 60.00 | USD |
| | REG | 120114 | C6020120114 | 05/08/2021 | 0.00 | 9.25 | 370.00 | USD |
| | REG | 120114 | C6020120114 | 05/01/2021 | 0.00 | 40.00 | 1,600.00 | USD |

**Gelon M Brandon**
Human Resources
Leave of Absence Analyst

**LCMC Health**
2000 Canal Street
New Orleans, LA 70112

**O** 504.702.3771
**F** 504.962.6463

Gelon.Brandon@LCMCHealth.org
**LCMChealth.org**

---

**From:** Oconnor, Nancy <Nancy.Oconnor@lfg.com>
**Sent:** Tuesday, January 4, 2022 11:23 AM

**To:** Brandon, Gelon <Gelon.Brandon@lcmchealth.org>
**Subject:** RE: *2nd Request* LTD Salary Verification - Lucia Romagosa - LTD Claim 12028057
**Importance:** High

**External Email - Evaluate**
**DO NOT** click links if the sender is unknown
**NEVER** provide your User ID or Password

This message was sent securely using Zix®

Good morning,

Thank you for your email. Can you please provide a copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 05/11/2021?

Please contact me with any questions.

Thank you,

**Nancy Oconnor**
Specialist I, Payment Services
GP CLM Shared Services

**Lincoln Financial Group**
LincolnFinancial.com

888-437-7611- Ext 16556
Office

603-334-9023 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Brandon, Gelon <Gelon.Brandon@lcmchealth.org>
**Sent:** Tuesday, January 4, 2022 9:06 AM
**To:** Oconnor, Nancy <Nancy.Oconnor@lfg.com>
**Subject:** RE: *2nd Request* LTD Salary Verification - Lucia Romagosa - LTD Claim 12028057

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

This message was sent securely using Zix®

Please provide the following:

- A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 05/11/2021.
- Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability. (40 hours per week)




**Gelon M Brandon**
Human Resources
Leave of Absence Analyst

**LCMC Health**
2000 Canal Street
New Orleans, LA 70112

**O** 504.702.3771
**F** 504.962.6463

Gelon.Brandon@LCMCHealth.org
**LCMChealth.org**

---

**From:** Oconnor, Nancy <Nancy.Oconnor@lfg.com>
**Sent:** Wednesday, December 29, 2021 2:54 PM
**To:** LCMC Leave Request <LCMCLeaveRequest@lcmchealth.org>

**Subject:** *2nd Request* LTD Salary Verification - Lucia Romagosa - LTD Claim 12028057
**Importance:** High

**External Email - Evaluate**
**DO NOT** click links if the sender is unknown
**NEVER** provide your User ID or Password

---

Good afternoon,

I am following up as I have not received a response on my below request.

Please contact me with any questions.

Thank you,

**Nancy Oconnor**
Specialist I, Payment Services
GP CLM Shared Services

**Lincoln Financial Group**
LincolnFinancial.com

888-437-7611- Ext 16556
Office

603-334-9023 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

*** Upcoming PTO 12/30-12/31/21***

---

**From:** Oconnor, Nancy
**Sent:** Wednesday, December 22, 2021 9:15 PM
**To:** lcmcleaverequest@lcmchealth.org
**Subject:** LTD Salary Verification - Lucia Romagosa - LTD Claim 12028057

Good morning,

I am a Payment Specialist in the Financial Services Department within Disability Claims, and I am contacting you for salary verification regarding the LTD claim for Lucia Romagosa, (DOB

Please provide the following:

- A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 05/11/2021.

- Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

Please contact me with any questions.

Thank you,

**Nancy Oconnor**
Specialist I, Payment Services
GP CLM Shared Services

**Lincoln Financial Group**
LincolnFinancial.com

888-437-7611- Ext 16556 Office

603-334-9023 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited

and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

This message was secured by **Zix**®.

**Initial Payment Set up Worksheet**

**DOB** ___

**LTD Claim #** 12028057 **Work State:** LA

**Associated Claims** 11459291 Type STD NA Type

**Benefit End date of associated claims** 11/8/2021
per cl note 12

**LTD Benefit begin date** 11/9/2021 **DOD** 5/11/2021 **AGE** 61

**Max Benefit date** 11/8/2026 60 months

**Does policy include COLA provision** No **Eligibility intended** Yes
pending review

**Sources used to verify BME amount**
PER SALARY SCREENSHOT FROM ER IN DOC LIST- PPE 5/1/21-$1600.00 WEEKLY ( 40 HRS) *52= $83,200.00/12= $6,933.33 monthly.

**BME amount** $6,933.33 **Benefit percentage** 60.00 %

**Gross modal benefit** $4,160.00

**Benefit Begin date** 11/9/2021

**Approved thru date** 11/8/2023 24 months own occupation

**Offset Entered**

| Type | Amount |
|---|---|
| | |
| NA | |
| | |

**Deductions entered** **Effective:** ______ **Through** ______

| Type | Amount | Type | Amount |
|---|---|---|---|
| | | | |
| | | | |
| NA | | | |
| | | | |
| | | | |

**Tax Withholding** **Federal** NA **State** NA

**Completed by:** **Nancy Oconnor** **Approved by:** ______

12028057-PAYMENTS-BENEFIT CALCULATION-01.06.2022.xlsx

**From:**Perkins, Bre-ann
**Sent:**Thu, 3 Feb 2022 20:45:20 +0000
**To:**'lcmcleaverequest@lcmchealth.org'
**Subject:**RTW Inquiry for L. Romagosa (secure)

Good Afternoon,

Could you please advise whether or not employee Lucia Romagosa (DOB: has returned to work? And if so, on which day?

Thank you

Bre-Ann Perkins
Claims Examiner
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68172

800.210.0268 Office
69795 Extension
603.559.1991 Fax
Bre-ann.Perkins@lfg.com
www.mylincolnportal.com
LincolnFinancial.com

Follow us on:




Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

# RE: LTD for L. Romagosa (secure)

BG

Brandon, Gelon <Gelon.Brandon@lcmchealth.org>
Wed 12/15/2021 2:28 PM
To: 'Fitzgerald, Joel' <Joel.Fitzgerald@lfg.com>

Show all 0 attachments

Good Afternoon,

Lucia Romagosa worked 9.25 on 5/7/21. That was her last day worked.

**Gelon M Brandon**
Human Resources
Leave of Absence Analyst

**LCMC Health**
2000 Canal Street
New Orleans, LA 70112

O 504.702.3771
F 504.962.6463

Gelon.Brandon@LCMCHealth.org
LCMChealth.org

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

| | |
|---|---|
| Date: | December 16, 2021 |
| To: | DR. ENRIQUE SEGURA<br>ATTN: PENNY |
| Attn: | |
| Fax: | (504) 456-5172 |
| From: | Joel Fitzgerald<br>Sr. Consultant, LTD Claims<br>On Behalf Of: Bre-Ann Perkins<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 559-1991 |
| Total Pages<br>(Including Cover): | 8 |
| RE:<br><br>Claim #: 12028057<br>Claimant: Lucia Romagosa<br><br>Lcmc Health | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

December 16, 2021

Dr. Enrique Segura
ATTN: PENNY

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Dr. Enrique Segura:

We are the Disability Claim Administrator for your patient, Lucia Romagosa.

To evaluate Ms. Romagosa's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Completion of the Enclosed Forms:

_X_ Attending Physician's Statement
___ Other

We ask that you provide this information by December 21, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-1991 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Sr. Consultant, LTD Claims

On Behalf Of: Bre-Ann Perkins
Phone No.: (800) 210-0268 Ext. 69795
Secure Fax No.: (603) 559-1991

Attachments: Attending Physician's Statement
11459291-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.30.2021

Jun 28 21 07:03p Romagosa 5048332109 p.1

Secure fax # (603) 334-0401

## East Jefferson General Hospital Authorization for the Use and Disclosure of Protected Health Information

**ALL ASPECTS OF THIS FORM MUST BE FILLED OUT COMPLETELY.**

Patient Legal Name: Lucia Alongia Romagosa
Birth Date: ________
SS # (last 4 digits): ***-**-3479

Address: ________ Telephone #: (H)
City ________ State ______ Zip Code ________ (C)
(O) ________

☐ Patient Portal Access Patient Email Address: ________

☐ Send Medical Records to Patient's Email Address: ________

I hereby authorize East Jefferson General Hospital to: ☑ Disclose ☐ Request
Medical record information (protected health information) of the patient listed above to/from:

Name / Title: Lincoln Financial Group
Address: PO Box 2578 Omaha, NE 68172-7688
Treatment Date(s): May, ~~June~~, 2021 in hospital
Purpose of Release: ☐ Continued Treatment ☐ Insurance ☐ Legal ☑ Other Short Term Disability

| Type of Access Requested: | Place an "X" in the box(es) next to the information you want to be released: | | |
|---|---|---|---|
| ☑ Copies of the record | ☑ H&P | ☑ ED Record | ☑ Radiology Report |
| ☐ Inspection of the record | ☑ Consult Report | ☑ Lab Reports | ☑ Radiology Film |
| | ☑ Operative Report | ☑ Pathology Report | ☑ Abstract / Pertinent |
| | ☑ Discharge Summary | ☑ Cardiac Report | ☑ Entire Record (Excludes Films) |
| | ☑ Depart Summary | ☑ EKG | ☐ Other ________ |
| | ☑ Progress Notes | ☑ EEG | |

The patient's authorization is required to release certain types of records, including HIV test results, alcohol and/or drug abuse treatment and information, psychiatric treatment, and genetic testing (defined in the Genetic Information Non-Discrimination Act of 2008 – GINA, Section 201 7 A and B). An HIV test result is the document containing the result of an HIV-related test. It does not include any other notation in the record. This restriction does not apply to the release of HIV test results as otherwise prescribed by law. By placing an 'X' in the following box(es), I am indicating that I DO NOT authorize the release of HIV test results, alcohol and/or drug abuse treatment and information, psychiatric treatment, and genetic testing.

I **DO NOT** authorize the release of:

☐ HIV test results ☐ Alcohol/Drug abuse treatment/information ☐ Psychiatric treatment ☐ Genetic testing

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present written revocation to East Jefferson General Hospital, Health Information Management Department 4200 Houma Blvd., Metairie, LA 70006. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company for services already rendered.
- The information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient and no longer protected.
- Fees/ charges will comply with all laws and regulations applicable to release of information.
- I understand authorizing the use of disclosure of the information identified above is voluntary. I do not need to sign this form to ensure healthcare treatment.

This authorization shall expire upon the expiration Date or Event: December, 2021

***(If I fail to specify an expiration date or event, this authorization will expire six (6) months from the date on which it was signed)***

I have read the above and authorize the disclosure of the protected health information as stated.

Lucia Alongia Romagosa Self 6/28/21
Signature of Patient/Legal Representative Relationship to Patient Date

________ ________ ________
Signature of Witness (*if patient is unable to sign*) Relationship to Patient/Credentials Date

Name of the hospital or affiliate employee who processed this authorization

________ ________
(Please print: First Name, Middle Initial and Last Name) Department

Date Authorization Processed (mm/dd/yyyy): ________ MR #: ________

* 5 5 3 7 5 *

FCO-935-1876 Revised 1/06, 7/12, 2/16, 1/17, 5/17

Page 1 of 1

PAGE 1/2 * RCVD AT 6/28/2021 8:36:45 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:6033340401 * CSID:5048332109 * ANI:15048332109 * DURATION (mm-ss):01-38
PAGE 3/3 * RCVD AT 6/30/2021 2:36:03 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/5 * DNIS:6033340401 * CSID: * ANI: * DURATION (mm-ss):00-00

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

**Return To:** Bre-Ann Perkins

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Lucia | | Romagosa | 12028057 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**

Primary ICD diagnosis Description

Secondary ICD Diagnosis Code

Secondary ICD Diagnosis Description

**Pregnancy** ____/____/______ First Treated ____/____/______ Estimated Delivery ____/____/______ Date of Delivery ☐ Vaginal ☐ C-Section

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances -** *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

Dates hospital confined: ____/____/____ to ____/____/____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | |
| | | Fingering | _____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /___________

Dressing _____/ _____ /___________

Transferring _____/ _____ /___________

Bathing _____/ _____ /___________

Toileting _____/ _____ /___________

Eating _____/ _____ /___________

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Date patient experienced loss of
Cognitive Functioning: _____ / _____ / _______

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____ / ____ / _____ to ____ / ____ / ____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City State Zip Code

Phone Number Fax Number

**Signature** **Date** ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

December 21, 2021

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Lcmc Health's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> *"**Disability**" or "**Disabled**", with respect to Long Term Disability, means:*
>
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> *Applicable to Class 1, 1A, 3, 3A:*
>
> *a. if the Covered Person is eligible for the Maximum Own Occupation benefit, "**Disability**" or "**Disabled**" means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*
>
> ***Applicable to Class 2**, 2A, 4, 5, 6, 6A, 6B:*
>
> *b.*
>
> *i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "**Disability**" or "**Disabled**" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft: "**Disability**" or "**Disabled**" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is May 11, 2021 and your benefits begin on November 9, 2021. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to your Long Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration.

There are a number of advantages for you if you are approved for Social Security Disability benefits. These advantages include:

- Increased Social Security Retirement benefits
- Cost of Living Adjustment (COLA) increases
- Expedited Medicare coverage
- Dependent and Spousal benefits
- Return to Work incentives

Under the terms of your employer’s LTD Policy you are required to apply for Social Security Disability benefits, and it is important that you begin this process at this time. Please initiate your application by either calling the Social Security Administration (SSA) toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office and provide us with proof of application by January 20, 2022. One of our Social Security Specialists will reach out to you to discuss the Social Security application process.

If you do not complete that application and provide proof of the application, your LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid The Lincoln National Life Insurance Company has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Sr. Consultant, LTD Claims
On Behalf Of: Bre-Ann Perkins
Phone No.: (800) 210-0268 Ext. 69795
Secure Fax No.: (603) 559-1991

Attachments: Direct Deposit Application
W-4S 2021

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

**Return To:** Bre-Ann Perkins

EMPLOYEE/CLAIMANT NAME: Lucia Romagosa
CLAIM NO: 12028057
EMPLOYER/SPONSOR: Lcmc Health DATE OF BIRTH: ____________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ____________
**ADDRESS:** ____________ **CITY:** ____________ **STATE:** ______ **ZIP:** ________

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request The Lincoln National Life Insurance Company, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by The Lincoln National Life Insurance Company to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ____________

**9 DIGIT ABA ROUTING NUMBER:** ____________ **BANK ADDRESS:** ____________

**YOUR ACCOUNT NUMBER:** ____________ **CITY:** ________ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ____________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to The Lincoln National Life Insurance Company or BANK. Any such notification to The Lincoln National Life Insurance Company shall be effective only with respect to entries initiated by The Lincoln National Life Insurance Company after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ________________________ Date: ____________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

The Lincoln National Life Insurance Company is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?**
No, at this time The Lincoln National Life Insurance Company will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Form **W-4S**

Department of the Treasury
Internal Revenue Service

**Request for Federal Income Tax Withholding From Sick Pay**

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to *www.irs.gov/FormW4S* for the latest information.**

OMB No. 1545-0074

**2021**

| Your first name and middle initial | Last name | **Your social security number** |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

| | |
|---|---|
| Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . . . . | $ |

Employee's signature ▶ Date ▶

..................................**Separate here and give the top part of this form to the payer. Keep the lower part for your records.** ..........................................

**Worksheet** (Keep for your records. Do not send to the IRS.)

| | | | |
|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2021 . . . . . . . . . . . . . . . | **1** | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Tax. Figure your tax on line 3 by using the **2021** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2020 Instructions for Forms 1040 and 1040-SR . | **4** | |
| **5** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . | **5** | |
| **6** | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| **7** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2021 or paid or to be paid with 2021 estimated tax payments . . . | **7** | |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| **10** | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . | **10** | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the IRS.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2021, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) | $25,100* |
| Head of household | $18,800* |
| Single or Married filing separately | $12,550* |

* If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,350 is allowed for a married individual (filing jointly or separately) or a qualifying widow(er) who is 65 or older or blind, $2,700 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,700 is allowed on a joint return. If both spouses are 65 or older **and** blind, an additional $5,400 is allowed on a joint return. Additional standard deductions are also allowed on your separate return for your spouse who is 65 or older and/or blind if your spouse has no gross income and can't be claimed as a dependent by another taxpayer. An additional $1,700 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,400 if 65 or older **and** blind. See the 2021 Estimated Tax Worksheet—Line 2 Standard Deduction Worksheet in Pub. 505.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,100 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual. For exceptions, see Pub. 519, U.S. Tax Guide for Aliens.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax credit and credit for other dependents, higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See the Tax Credits table in Pub. 505 for more information.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2021 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2021 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,950 | **$0 + 10%** | **$0** |
| 9,950 | 40,525 | **995 + 12%** | **9,950** |
| 40,525 | 86,375 | **4,664 + 22%** | **40,525** |
| 86,375 | 164,925 | **14,751 + 24%** | **86,375** |
| 164,925 | 209,425 | **33,603 + 32%** | **164,925** |
| 209,425 | 523,600 | **47,843 + 35%** | **209,425** |
| 523,600 | and greater | **157,804.25 + 37%** | **523,600** |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $14,200 | **$0 + 10%** | **$0** |
| 14,200 | 54,200 | **1,420 + 12%** | **14,200** |
| 54,200 | 86,350 | **6,220 + 22%** | **54,200** |
| 86,350 | 164,900 | **13,293 + 24%** | **86,350** |
| 164,900 | 209,400 | **32,145 + 32%** | **164,900** |
| 209,400 | 523,600 | **46,385 + 35%** | **209,400** |
| 523,600 | and greater | **156,355 + 37%** | **523,600** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $19,900 | **$0 + 10%** | **$0** |
| 19,900 | 81,050 | **1,900 + 12%** | **19,900** |
| 81,050 | 172,750 | **9,328 + 22%** | **81,050** |
| 172,750 | 329,850 | **29,502 + 24%** | **172,750** |
| 329,850 | 418,850 | **67,206 + 32%** | **329,850** |
| 418,850 | 628,300 | **95,686+ 35%** | **418,850** |
| 628,300 | and greater | **168,993.50 + 37%** | **628,300** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,950 | **$0 + 10%** | **$0** |
| 9,950 | 40,525 | **995 + 12%** | **9,950** |
| 40,525 | 86,375 | **4,664 + 22%** | **40,525** |
| 86,375 | 164,925 | **14,751 + 24%** | **86,375** |
| 164,925 | 209,425 | **33,603 + 32%** | **164,925** |
| 209,425 | 314,150 | **47,843 + 35%** | **209,425** |
| 314,150 | and greater | **84,496.75 + 37%** | **314,150** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

December 30, 2021

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

We are writing in reference to your claim for LTD benefits under the Long Term Disability (LTD) Policy issued to your employer.

In addition to your Long Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration.

There are a number of advantages for you if you are approved for Social Security Disability benefits. These advantages are outlined in the attachment, and include:

- Increased Social Security Retirement benefits
- Cost of Living Adjustment (COLA) increases
- Expedited Medicare coverage
- Dependent and Spousal benefits
- Return to Work incentives

The purpose of this letter is to provide you with information about how you can apply for those benefits.

We realize that applying for Social Security Disability benefits can be intimidating. To help you through the process, we are providing information on using the services of BROWN & BROWN, a Social Security claimant representative. BROWN & BROWN specializes in preparing Social Security Disability claims and, when necessary, representing claimants. They have a 90% success rate in obtaining awards. Their professional and experienced staff will act on your behalf and will keep your contact with the Social Security Administration to a minimum.

This will be explained to you in greater detail upon accepting representation by BROWN & BROWN.

However, if you are choosing to apply for Social Security benefits without utilizing our Social Security Claimant representative services, you must initiate the process by either calling SSA toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office.

If you have any other family members (dependents) that may be eligible for benefits, please make sure the Social Security Administration is informed so application and payment for dependent benefits is not delayed.

You are required to apply for Social Security benefits under the terms of LCMC HEALTH'S LTD Policy and it is important that you begin this process immediately. Therefore, please initiate your application by 01/29/22.

If you are approved for Social Security Disability benefits, the disability benefits received by you from Lincoln will be reduced by the amount you receive from the Social Security Administration. In other words, you will continue to receive the same amount of monthly benefits, but the money will come from two sources (Lincoln and the Social Security Administration). If you are entitled to retroactive benefits, you may receive a large payment from the Social Security Administration. This money is essentially money that Lincoln advanced to you while you were waiting for Social Security's decision, and you must repay it immediately upon our request.

If you have any questions regarding this letter or the Social Security process, please contact us at the number below.

If you have any questions regarding this matter, please contact me.

Sincerely,

Anne Andrews
Claims Examiner, Ss
Phone No.: (888) 437-7611 Ext. 69876
Secure Fax No.: (402) 501-9399

ReleasePoint

**Medical Record Overview**

**Date:** December 30, 2021

**Patient Name:** ROMAGOSA, LUCIA A

**Records From:** EAST JEFFERSON GENERAL HOSPITAL
4200 HOUMA BLVD
METAIRIE, LA 70006
(504) 454-4000

**Request Scope:** From May 1, 2021 to June 28, 2021

**Chart Range:** 05/03/2021 - 05/14/2021

**RP ID:** 8736668

**Client ID:** 12028057

**Source:** L-DVRLTD

**Req By:** J Fitzgerald
J Fitzgerald

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | May 3 2021 | May 14 2021 | 34 | 2 |
| Other Records | | | 1 | 36 |
| Request Corr. | | | 4 | 37 |
| | | **Total Page Count:** | 39 | |

**Notes From QC:**

EJGH
East Jefferson General Hospital
4200 Houma Blvd., Metairie, LA 70006
504-454-4961 • www.ejgh.org

Patient Name: ROMAGOSA, LUCIA A
MRN: 4253231
FIN: 4253231-0834
Admit Date: 5/11/2021
Discharge Date: 5/14/2021
Admitting MD: Choudry MD,Varun C

Age: 61 years
Date of Birth:
Sex: FEMALE
Encounter Type: Inpatient

## Discharge Documentation

| | |
|---|---|
| DOCUMENT TYPE: | Discharge/Death/Transfer Summary |
| SERVICE DATE/TIME: | 5/14/2021 10:34 CDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORMED INFORMATION: | Choudry MD,Varun C (5/14/2021 10:38 CDT) |
| SIGNED INFORMATION: | Choudry MD,Varun C (5/14/2021 10:38 CDT) |

**Admission Information**
Responsible Physician: Choudry MD, Varun C
Consult 1: Segura MD, Enrique
Consult 2: Wang MD, Arthur
Consult 3: Rabito MD, Frank J
admit HPI:
**Chief Complaint**
pt was told she has viral meningitis and sent here for spinal tap, c/o headaches since 4/17
**History of Present Illness**
This patient is a 61-year-old woman with a history of anxiety, breast cancer treated with bilateral mastectomy in 2012 followed by oral tamoxifen who presents with a 3 to 4-week history of headache. She states that she received the Johnson & Johnson Covid vaccine on April 10. Approximately 5 days after that she began having daily severe headaches which she describes as bilateral squeezing or "vice grip" around her head. She has associated nausea, photophobia and phonophobia. She states that she has tried naproxen over-the-counter without relief. Her ENT prescribed her Celebrex which she has not yet taken. She will occasionally take a Xanax to help her go to sleep. Her headaches have been daily and lasting for several hours. They have now become very disruptive to her life as she has difficulty driving. Prior to 3 weeks ago, she only rarely ever had headaches and most of them were mild. She denies any fevers or chills, cough or shortness of breath. She denies any recent travel, camping, insect bites, etc. She reports that she had COVID in March 2020 and was sick for a few months following the acute infection. She does work at Children's Hospital of New Orleans and states that there are frequently sick patients that she interacts with, but none that she knows of who have had a diagnosed viral infection or meningitis/encephalitis presentation.
MRI of the brain was obtained today by her ENT which showed some abnormal leptomeningeal enhancement in the right posterior/parietal area. CSF analysis was recommended and the patient was sent to the emergency department for lumbar puncture.

**Hospital Course**
1. Headache
61-year-old female who is a nurse at Children's Hospital with history of anxiety and breast cancer status post bilateral mastectomy in 2012. Patient presented with 3 to 4-week history of progressive headache with associated nausea vomiting, photophobia and vision changes. Symptoms occurred 5 days after receiving the J&J Covid vaccine on April 10.
-Patient was initially evaluated by an ENT physician due to her symptoms and MRI was performed as outpatient
-MRI reveals abnormal T2 signal abnormality with corresponding leptomeningeal enhancement throughout the cortical sulci of the bilateral cerebral hemispheres.
-MRA brain negative
-CT of the chest, abdomen, pelvis negative
-Lumbar puncture revealed 26 white blood cells, normal glucose, elevated protein. Viral panel is negative. CSF culture and fungal culture negative
-CSF color: Xanthochromia
-Due to all these findings infectious, neurology and neurosurgery were consulted
-Due to xanthochromia as well as having abnl MRI patient is undergoing a cerebral angiogram on 5/13

*Discharge Documentation*

-Cerebral angiogram negative
-Repeat MRI 5/14:Interval improvement of abnormal T2 signal abnormality and corresponding leptomeningeal enhancement
-Patient did receive a few doses of IV dexamethasone during hospitalization, patient's symptoms have been improving as well as imaging is improving, due to her improvement she has been cleared for discharge. Recommendations at this time are to continue on Medrol Dosepak and follow-up with neurology in 2 weeks. She is also recommended follow-up with her primary care physician 1 to 2 weeks. Patient may return to work on Tuesday. At this time there is suspicion that this may have been an inflammatory response to the coronavirus vaccine as all other evaluations have been negative.
-discussed with pt and family, follow labs and vitals daily

2. Abnormal MRI
Treatment as above, cerebral angiogram neg

3. Anxiety
Sertraline, Xanax

4. Hx of breast cancer
tx in 2012 , Status post bilateral mastectomies, treatment also included tamoxifen

physician dc time greater than 30 min
dc to :home
patient status:stable

**Physical Exam**

Vitals & Measurements
**T:** 97.9 °F **TMIN:** 97.6 °F **TMAX:** 98.7 °F **HR:** 65 **RR:** 16 **BP:** 145/85
Oxygen Flow Rate: 3 L/min
Oxygen Saturation: 98 %
Oxygen Therapy: Room air
Primary Pain Intensity: 3
GEN: NAD
Neuro: speech intact, follows commands
Psych: A & O x 3, insight : fair
CV: RRR, no edema
RESP: CTA bilaterally, no wheezes
GI: soft NT/ND
MSK: neck supple, no new joint deformity

**Lab Results**
**Current Lab Results (last 24 hrs)**
WBC: 9 K/UL
Hgb: 13.8 gram/dL
Hct: 41.5 %
Platelet Count, Automated: 212 K/UL
Blood Urea Nitrogen: 9 mg/dL
Sodium Level: 141 mEq/L
Potassium Level: 4.2 mEq/L
Chloride Level: 102 mEq/L
Bicarbonate, CO2: 29 mEq/L
Glucose, Plasma: 109 mg/dL High
Creatinine: 0.5 mg/dL

Patient Name: ROMAGOSA, LUCIA A
MRN: 4253231
FIN: 4253231-0834

*Discharge Documentation*

Bun:Creatinine Ratio: 18 Ratio
Calc Osmolality: 281 mOsm/kg
Anion Gap: 14 mEq/L
Calcium Level: 8.9 mg/dL

**Discharge Assessment Plan**
**Clinical Discharge Instructions**
**Patient Information**
**Name**: ROMAGOSA, LUCIA A **Age**: 61 Years **Date of Birth**:
MRN: 4253231 FIN: 4253231-0834
Phone:

**Provider Information**
Admitting Physician: Choudry MD, Varun C
Primary Care Physician: Hickham MD, Michael J
Primary Care Physician Phone: (504) 889-5335
Admit Date: 05/11/2021 14:18:04

Discharge Date: 5/14/2021 10:33:12

East Jefferson General Hospital would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your hospitalization.

**Active Diagnosis:**
1. Headache
2. Abnormal MRI
3. Anxiety
4. Hx of breast cancer

**Allergies:**
traMADol; Dilaudid; Lincocin
**Medication:**
See FINAL MEDICATION SUMMARY for a list of all the medications you should take after discharge. Take ONLY these medications.

The ** sections show more details regarding how prescriptions were submitted, the next time a dose of the medication should be taken, meds with a dose or frequency changes or meds you should stop taking. Please call your doctor with any questions before taking any additional prescription drugs, over the counter drugs, or herbal supplements.
****NEW MEDICATIONS****
**CVS/pharmacy #10145, 1401 Veterans Memorial Blvd Metairie, LA 700052734, (504) 834 - 1570**
**methylPREDNISolone (Medrol Dosepak 4 mg oral tablet)**
1 packet(s) Oral (by mouth) unscheduled for 6 Days. as directed on package labeling. Refills: 0.
Next Dose Date/Time:____________________
****MEDICATIONS TO CONTINUE TAKING THAT HAVE CHANGED****
**Printed Prescriptions**
START: **ALPRAZolam (Xanax 1 mg oral tablet)** 1 tab Oral (by mouth) Once every day as needed for anxiety for 7 Days. Refills: 0., [ HIGH ALERT MED ]
Next Dose Date/Time:____________________

Patient Name: ROMAGOSA, LUCIA A

MRN: 4253231
FIN: 4253231-0834

*Discharge Documentation*

**No Prescription Required at Discharge**
START: **ondansetron (Zofran 8 mg oral tablet)**
1 tab Oral (by mouth) Once every 8 hours as needed as needed for nausea/vomiting.
Next Dose Date/Time:____________________

****MEDICATIONS TO CONTINUE WITH NO CHANGES****
**No Prescription Required at Discharge**
**albuterol (ProAir HFA 90 mcg/inh inhalation aerosol)** 2 puff(s) Inhalation as needed.
Next Dose Date/Time:____________________
**budesonide-formoterol (Symbicort 160/4.5 inhaler)** 2 puff(s) Inhalation Two times every day.
Next Dose Date/Time:____________________
**naproxen (Aleve)** 440 Milligram Oral (by mouth) as needed. pt takes 2 tabs daily.
Next Dose Date/Time:____________________
**sertraline (Zoloft 100 mg oral tablet)** 1 tab Oral (by mouth) Two times every day.,
Product Specific Alternative Schedule For potential insomnia
Next Dose Date/Time:____________________

**Medication Leaflets:**
See FINAL MEDICATION SUMMARY for a list of all the medications you should take after discharge. Take ONLY these medications.

The ** sections show more details regarding how prescriptions were submitted, the next time a dose of the medication should be taken, meds with a dose or frequency changes or meds you should stop taking. Please call your doctor with any questions before taking any additional prescription drugs, over the counter drugs, or herbal supplements.

**FINAL MEDICATION SUMMARY:**
**albuterol (ProAir HFA 90 mcg/inh inhalation aerosol)** 2 puff(s) Inhalation as needed.
**ALPRAZolam (Xanax 1 mg oral tablet)** 1 tab Oral (by mouth) Once every day as needed for anxiety for 7 Days. Refills: 0.
**budesonide-formoterol (Symbicort 160/4.5 inhaler)** 2 puff(s) Inhalation Two times every day.
**methylPREDNISolone (Medrol Dosepak 4 mg oral tablet)**
1 packet(s) Oral (by mouth) unscheduled for 6 Days. as directed on package labeling. Refills: 0.
**naproxen (Aleve)** 440 Milligram Oral (by mouth) as needed. pt takes 2 tabs daily.
**ondansetron (Zofran 8 mg oral tablet)** 1 tab Oral (by mouth) Once every 8 hours as needed as needed for nausea/vomiting.
**sertraline (Zoloft 100 mg oral tablet)** 1 tab Oral (by mouth) Two times every day.

**If your pharmacy automatically refills your prescriptions, you should call now to notify the pharmacy of the medications you are advised to stop taking.**
**Immunizations:** Immunizations that have been given during this hospital visit.
No Immunizations Recorded

**Follow-up Instructions:**

| With: | Address: | When: |
|---|---|---|
| Michael Hickham, OT/ENT | 4315 Houma BlvdSuite 401<br>Metairie, LA 70006<br>(504) 889-5335 Business (1) | |
| **Comment:** | as scheduled | |

Patient Name: ROMAGOSA, LUCIA A

MRN: 4253231
FIN: 4253231-0834

## *Discharge Documentation*

| With: | Address: | When: |
|---|---|---|
| Enrique Segura, Neurology | 3800 Houma BlvdSuite 205<br>Metairie, LA 70006<br>(504) 885-7337 Business (1) | Within 2 weeks |
| **Comment:** | Call your MD for follow up appt | |

| With: | Address: | When: |
|---|---|---|
| Establish with pcp and follow up 1-2 wks | | |
| **Comment:** | Call your MD for follow up appt | |

Diagnosis
1. Headache
2. Abnormal MRI
3. Anxiety
4. Hx of breast cancer

Orders:
ALPRAZolam, 1 mg, 1 tab, Oral, Freq: daily (standard), PRN, 7 tab, 0, 0, for anxiety, Print Requisition, 154 cm, 51.82
methylPREDNISolone, 1 packet, Oral, Freq: unscheduled, 6 day(s), 21 tab, 0, 0, 05/20/21 10:31:00 CDT, as directed on package labeling, Route to Pharmacy Electronically, CVS/pharmacy #10145, 1CD27E8A-9DCA-474B-B476-869F3500DC7B, Tablet, 154 cm, cm, 05/12/21 15:13:00 CDT,...
Discharge Order
Vital Signs

Discharge Instructions
Discharge Diet: Prior to hospitalization
Discharge Activity: Gradually return to full activity
Call Physician: Choudry MD, Varun C
Call Physician for: Any concerns or worsen of symptoms
Additional Follow-Up: Health Finder, (504) 456-5000, Primary care provider, Your Neurologist

| With | When | Contact Information |
|---|---|---|
| Establish with pcp and follow up 1-2 wks | | |
| Additional Instructions: Call your MD for follow up appt | | |
| Enrique Segura, Neurology | Within 2 weeks | 3800 Houma Blvd<br>Suite 205<br>Metairie, LA 70006- |

A=Abnormal, L=Low, H=High, C=Critical, t=Text. Results, cr=Corrected Results, r=Result Cmts., o=Order Cmts., i=Interp. Data, p=Performing Locations

Patient Name: ROMAGOSA, LUCIA A

MRN: 4253231
FIN: 4253231-0834

*Discharge Documentation*

| With | When | Contact Information |
|---|---|---|
| | | (504) 885-7337 Business (1) |
| Additional Instructions: Call your MD for follow up appt | | |
| Michael Hickham, OT/ENT | | 4315 Houma Blvd<br>Suite 401<br>Metairie, LA 70006-<br>(504) 889-5335 Business (1) |
| Additional Instructions: as scheduled | | |

Discharge Medications List
**Please refer to Depart Summary for complete medication reconciliation of home and discharge medications.**

**Disclaimer**
This document was created using voice recognition software (Dragon). Although it may be edited, this document may contain errors related to incorrect recognition of the spoken word, please call the physician for clarification.

*[Electronically Signed on 05/14/21 10:38 AM]*
-----------------------------------------------
*Choudry MD, Varun C*

DOCUMENT TYPE: Discharge Recommendation Form - Text
SERVICE DATE/TIME: 5/14/2021 10:32 CDT
RESULT STATUS: Auth (Verified)
PERFORMED INFORMATION: Choudry MD,Varun C (5/14/2021 10:32 CDT)
SIGNED INFORMATION: Choudry MD,Varun C (5/14/2021 10:32 CDT)

**Discharge Recommendation Form Entered On: 5/14/2021 10:32 CDT**
**Performed On: 5/14/2021 10:32 CDT by Choudry MD, Varun C**

**Discharge Recommendation**
Discharge Diet : Prior to hospitalization
Fluid Restrictions : None
Discharge Weight Inst : None
Discharge Weight (lb) : 114.004 lb
Discharge Activity : Gradually return to full activity
Discharge Wound/tube Care : None
Outpatient testing : None
Call Physician : Choudry MD, Varun C

Patient Name: ROMAGOSA, LUCIA A
MRN: 4253231
FIN: 4253231-0834

*Discharge Documentation*

Call Physician for: : Any concerns or worsen of symptoms
Additional Follow-Up : Health Finder, (504) 456-5000, Primary care provider, Your Neurologist
. : DISCHARGE DIAGNOSIS

Headache
Abnormal MRI
Anxiety
Hx of breast cancer
Verbal/Preprinted Instructions Given : Yes
Condition of Patient on Discharge : Stable
Depart Summary Medication Statement :
Please see depart summary for complete discharge medication list.

Choudry MD, Varun C - 5/14/2021 10:32 CDT

*[Electronically Signed on 05/14/21 10:32 AM]*
----------------------------------------------
*Choudry MD, Varun C*

| | |
|---|---|
| DOCUMENT TYPE: | Attributing Physician at Discharge - Tex |
| SERVICE DATE/TIME: | 5/14/2021 10:31 CDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORMED INFORMATION: | Choudry MD,Varun C (5/14/2021 10:31 CDT) |
| SIGNED INFORMATION: | Choudry MD,Varun C (5/14/2021 10:31 CDT) |

**Attributing Physician at Discharge Form Entered On: 5/14/2021 10:31 CDT**
**Performed On: 5/14/2021 10:31 CDT by Choudry MD, Varun C**

**Attributing Physicians at Discharge**
Responsible Physician : Choudry MD, Varun C
Consult 1 : Segura MD, Enrique
Consult 2 : Wang MD, Arthur
Consult 3 : Rabito MD, Frank J

Choudry MD, Varun C - 5/14/2021 10:31 CDT

Patient Name: ROMAGOSA, LUCIA A

MRN: 4253231
FIN: 4253231-0834

*Discharge Documentation*

| | |
|---|---|
| DOCUMENT TYPE: | Inpatient Discharge Instruction |
| SERVICE DATE/TIME: | 5/14/2021 11:09 CDT |
| RESULT STATUS: | Modified |
| PERFORMED INFORMATION: | Agha-Kasiri RN,Leila (5/14/2021 11:09 CDT) |
| SIGNED INFORMATION: | Agha-Kasiri RN,Leila (5/14/2021 11:09 CDT); Choudry MD, Varun C (5/14/2021 10:33 CDT); Choudry MD,Varun C (5/14/2021 09:45 CDT) |

**Inpatient Discharge Instruction**

**East Jefferson General Hospital**
**4200 Houma Blvd, Metairie, LA 70006-2970**
**(504) 454-4000**

**Patient Information**

**Name:** ROMAGOSA, LUCIA A **Age:** 61 Years **Date of Birth**:

MRN: 4253231 FIN: 4253231-0834

Phone:

**Provider Information**

Admitting Physician: Choudry MD, Varun C

Primary Care Physician: Hickham MD, Michael J

Primary Care Physician Phone: (504) 889-5335
Admit Date: 05/11/2021 14:18:04

Discharge Date: 5/14/2021 11:09:54

East Jefferson General Hospital would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your hospitalization.

**Follow-Up Instructions:**

**PLEASE CALL AND CONFIRM** date and time with office and/or clinics for all appointments listed below.

| With: | Address: | When: |
|---|---|---|
| Michael Hickham, OT/ENT | 4315 Houma BlvdSuite 401<br>Metairie, LA 70006<br>(504) 889-5335 Business (1) | |

Patient Name: ROMAGOSA, LUCIA A

MRN: 4253231
FIN: 4253231-0834

## *Discharge Documentation*

| | | |
|---|---|---|
| **Comment:** | as scheduled | |

| **With:** | **Address:** | **When:** |
|---|---|---|
| Enrique Segura, Neurology | 3800 Houma BlvdSuite 205<br>Metairie, LA 70006<br>(504) 885-7337 Business (1) | Within 2 weeks |
| **Comment:** | Call your MD for follow up appt | |

| **With:** | **Address:** | **When:** |
|---|---|---|
| Establish with pcp and follow up 1-2 wks | | |
| **Comment:** | Call your MD for follow up appt | |

Call For:

Call Physician For: Any concerns or worsen of symptoms

Physician: Choudry MD, Varun C

Additional Instructions:

Additional Follow-Up:

Additional Follow-Up With: Health Finder, (504) 456-5000, Primary care provider, Your Neurologist

Other Additional Follow-Up Information:

Post-Acute Information::

**Active Diagnosis:**

1. Headache
2. Abnormal MRI
3. Anxiety
4. Hx of breast cancer

**Allergies:**

traMADol; Dilaudid; Lincocin

Patient Name: ROMAGOSA, LUCIA A
MRN: 4253231
FIN: 4253231-0834

*Discharge Documentation*

**Medication:**

***See FINAL MEDICATION SUMMARY below for a list of all the medications you should take after discharge.***

**Take ONLY these medications.**

**Check with your Primary Care Physician/Specialist before stopping any medication on the final medication summary. Call your Primary Care Physician/Specialist for any refills prior to running out of any medication.**

**FINAL MEDICATION SUMMARY:**

**albuterol (ProAir HFA 90 mcg/inh inhalation aerosol)** 2 puff(s) Inhalation as needed.

**ALPRAZolam (Xanax 1 mg oral tablet)**
1 tab Oral (by mouth) Once every day as needed for anxiety for 7 Days. Refills: 0.

**budesonide-formoterol (Symbicort 160/4.5 inhaler)** 2 puff(s) Inhalation Two times every day.

**methylPREDNISolone (Medrol Dosepak 4 mg oral tablet)**
1 packet(s) Oral (by mouth) unscheduled for 6 Days. as directed on package labeling. Refills: 0.

**naproxen (Aleve)** 440 Milligram Oral (by mouth) as needed. pt takes 2 tabs daily.

**ondansetron (Zofran 8 mg oral tablet)**
1 tab Oral (by mouth) Once every 8 hours as needed as needed for nausea/vomiting.

**sertraline (Zoloft 100 mg oral tablet)** 1 tab Oral (by mouth) Two times every day.

**If your pharmacy automatically refills your prescriptions, you should call now to notify the pharmacy of the medications you are advised to stop taking.**

**If you haven't already discussed and have concerns about taking Over the Counter Medications or Vitamins, please contact your Primary Care Provider/Specialist.**

The ** sections show more details regarding the next time a dose of medication should be taken, meds with a dose or frequency change or meds you should stop taking and how prescriptions were submitted. Please call your Primary Care Physician/Specialist with any questions before taking any additional prescription drugs, over the counter drugs, or herbal supplements.

****NEW MEDICATIONS****

**CVS/pharmacy #10145, 1401 Veterans Memorial Blvd Metairie, LA 700052734, (504) 834 - 1570**

*Discharge Documentation*

**methylPREDNISolone (Medrol Dosepak 4 mg oral tablet)**
1 packet(s) Oral (by mouth) unscheduled for 6 Days. as directed on package labeling. Refills: 0.
Next Dose Date/Time:____________________

****MEDICATIONS TO CONTINUE TAKING THAT HAVE CHANGED****

**Printed Prescriptions**

START: **ALPRAZolam (Xanax 1 mg oral tablet)**
1 tab Oral (by mouth) Once every day as needed for anxiety for 7 Days. Refills: 0., [ HIGH ALERT MED ]
Next Dose Date/Time:____________________

**No Prescription Required at Discharge**

START: **ondansetron (Zofran 8 mg oral tablet)**
1 tab Oral (by mouth) Once every 8 hours as needed as needed for nausea/vomiting.
Next Dose Date/Time:____________________

****MEDICATIONS TO CONTINUE WITH NO CHANGES****

**No Prescription Required at Discharge**

**albuterol (ProAir HFA 90 mcg/inh inhalation aerosol)** 2 puff(s) Inhalation as needed.
Next Dose Date/Time:____________________

**budesonide-formoterol (Symbicort 160/4.5 inhaler)** 2 puff(s) Inhalation Two times every day.
Next Dose Date/Time:____________________

**naproxen (Aleve)** 440 Milligram Oral (by mouth) as needed. pt takes 2 tabs daily.
Next Dose Date/Time:____________________

**sertraline (Zoloft 100 mg oral tablet)** 1 tab Oral (by mouth) Two times every day.,
Product Specific Alternative Schedule For potential insomnia
Next Dose Date/Time:____________________

## Opioid Pain Medication:

If you have been prescribed an opioid pain medication such as hydrocodone, tramadol, oxycodone, hydromorphone, or morphine, you should be aware that there are many potential side effects. These include, but are not limited to: drowsiness, nausea, constipation, confusion, or physical dependence. Due to these

Patient Name: ROMAGOSA, LUCIA A
MRN: 4253231
FIN: 4253231-0834

*Discharge Documentation*

potential side effects, you should not drive, operate machinery, drink alcohol, or engage in activities that could put you or others at risk while taking opioid medications. A patient prescribed opioids should only take the medications as prescribed. Taking more medication than as prescribed or more frequently than as prescribed, could result in overdose, disability, or even death. The effects of the medication in children may be more severe due to their smaller body size.

In addition, you should be aware that medical practitioners are usually prohibited from prescribing more than a seven-day supply when issuing a first time opioid prescription for outpatient use to an adult patient with an acute condition. A maximum of seven day supply will be prescribed to minors for pain control and the risks include those listed above. You also have the option to fill the prescription in a lesser quantity.

**Immunizations:** Immunizations that have been given during this hospital visit.

No Immunizations Recorded

**Discharge Instructions:**

Discharge Diet/Fluid Restrictions/Supplements:

Diet: Prior to hospitalization

Supplement Type/Frequency:

Nutritional Supplements:

Fluid Restrictions: None

Weight Instructions: None

Last Weight: 114.004 lb

Activity:

Gradually return to full activity

Wound Care/Tube Care:

None

Outpatient Testing:

None

**Goals and Interventions:**

None Documented

Patient Name: ROMAGOSA, LUCIA A

MRN: 4253231
FIN: 4253231-0834

*Discharge Documentation*

**Health Screening:**

Mammogram in last year? No

If you are a female aged 20-39, clinical breast exams are to be done every 1-3 years. If you are a female aged 40 or greater, clinical breast exams and a mammogram are to be performed every year. Please contact your PCP, OB/GYN, or Health Finders EJPG @ 504-503-5000 or 504-456-5000 to learn more.

Pap smear in last 3 years?

If you are a female aged 21-65, pap smears are to be done every 3 years. If you are less than 21 or have had a hysterectomy, no screening is necessary. Please contact your PCP, OB/GYN, or Health Finders EJPG @ 504-503-5000 or 504-456-5000 to learn more.

Colon Cancer test in last 3 years?

Colonoscopy in last 10 years?

If you are 50-80, fecal blood testing is to be done every 3 years. If you have no significant personal or family history, colonoscopy screening is done at least every 10 years beginning at age 45, for African Americans, and at age 50 for everyone else. Please contact your primary care physician, your specialist, or Health Finders EJPG @ 504-503-5000 or 504-456-5000 to learn more.

**Patient Education Materials:**

**EAST JEFFERSON GENERAL HOSPITAL**

**would like to thank you for choosing us for your healthcare needs**

Images

Patient Name: ROMAGOSA, LUCIA A

MRN: 4253231
FIN: 4253231-0834

*Discharge Documentation*

## Signing up for myEJGH is easy.

1. Go to myEJGH.org and click on "Self Registration" button.
2. Follow the prompts to verify your identity and create your username and password. You'll need the email address in your record or your Medical Record Number (MRN).
3. Log in to myEJGH.org any time day or night for secure access to your electronic health record.

myejgh.org

## Your Electronic Health Record is now available!

We believe it is important that you be as informed and involved in your care as possible. Through our patient portal, myEJGH, you will be able to access your medical history, view test results, pay your bill and more!

## Signing up is easy.

1. Ask a member of the EJGH staff to set up your account.
2. Check your email for login instructions and click on the link to create your user name and password.
3. Log in to myEJGH.org any time day or night for secure access to your electronic health record.

myejgh.org

**Your discharge instructions, medication list and test results from this visit are available to view, download or transmit to another provider, in your myEJGH.org account. Please log in to your account, or set one**

Patient Name: ROMAGOSA, LUCIA A

MRN: 4253231
FIN: 4253231-0834

*Discharge Documentation*

**up if you don't already have one, to view your information. Your Medical Record Number, MRN, appears at the top of this document.**

**Instructions for obtaining medical records**: If you need a copy of your medical records, you may contact Health Information Management at (504) 503-4960, 8-4:30pm M-F. Health Information Management is located on the 1st floor of the hospital near the canal garage. Please bring a picture ID with you when you come to pick up your records. Please note a fee for the records may be required.

**Smoking:** If you currently smoke or have smoked in the last 12 months, it is important for you to stop smoking. Smoking can adversely affect your health and the health of those around you. Certified Tobacco Treatment Counselors in Pulmonary Rehab are available to those patients who wish to obtain smoking cessation assistance. Counseling and/or nicotine replacement therapy may be available at no charge to those who qualify. Please call 504-503-6322 for more information.

**Suicide:** Are you feeling depressed or hopeless, like you can't go on? Call the National Suicide Hotline: 1-800-784-2433 or 1-800-273-8255.

**Domestic Violence:** If you are a victim of domestic violence (physical, emotional, or verbal abuse), you are not alone. Discuss this with your physician or a friend and contact one of the following community services:

Metropolitan Battered Women's Program (504) 837-5400

**Substance Abuse and Mental Health Services Administration (SAMHSA) National Helpline:**SAMHSA's National Helpline is a free, confidential, 24/7, 365 day-a-year treatment referral and information service (in English and Spanish) for individuals and families facing mental and/or substance use disorders.
**Safe Keeping and Disposal of Medications:** For safe keeping and disposal education of unused pain medications refer to the following website or contact by phone.

- www.deadiversion.usdoj.gov and follow the link for drug disposal and/or safe keeping
- 1-800-882-9539 Drug Enforcement Agency

**Call your doctor or seek immediate medical attention as soon as possible if your symptoms get worse or if you have symptoms such as:** sudden shortness of breath, chest pain, sudden change in level of consciousness, or unexpected weight gain greater than 3-5 pounds in a week. For assistance with a referral to a physician please call **HealthFinders** – (504) 456-5000

Does Patient Verbalize Understanding?

**Discharge Instructions Acknowledgement**

**Patient Information**

*Discharge Documentation*

**Name:** ROMAGOSA, LUCIA A **Age:** 61 Years **Date of Birth**

MRN: 4253231 FIN: 4253231-0834

Phone:

Primary Care Physician: Hickham MD, Michael J

Primary Care Physician Phone: (504) 889-5335

Discharge Date: 5/14/2021 11:09:54

I, ROMAGOSA, LUCIA A or my representative, have received the above instructions, prescriptions, referrals, and patient education materials and have verbalized understanding of them:

______________________________ ______________________________

PATIENT OR PATIENT REPRESENTATIVE DATE

______________________________ ______________________________

PROVIDER SIGNATURE DATE

| | |
|---|---|
| DOCUMENT TYPE: | Inpatient Depart Summary |
| SERVICE DATE/TIME: | 5/14/2021 11:09 CDT |
| RESULT STATUS: | Modified |
| PERFORMED INFORMATION: | Agha-Kasiri RN,Leila (5/14/2021 11:09 CDT) |
| SIGNED INFORMATION: | Agha-Kasiri RN,Leila (5/14/2021 11:09 CDT); Choudry MD, Varun C (5/14/2021 10:33 CDT); Choudry MD,Varun C (5/14/2021 09:45 CDT) |

**Inpatient Depart Summary**

**East Jefferson General Hospital**

**Clinical Discharge Instructions**

**Patient Information**

**Name**: ROMAGOSA, LUCIA A **Age**: 61 Years **Date of Birth**:

MRN: 4253231 FIN: 4253231-0834

Phone:

**Provider Information**

Patient Name: ROMAGOSA, LUCIA A
MRN: 4253231
FIN: 4253231-0834

## *Discharge Documentation*

Admitting Physician: Choudry MD, Varun C

Primary Care Physician: Hickham MD, Michael J

Primary Care Physician Phone: (504) 889-5335
Admit Date: 05/11/2021 14:18:04

Discharge Date: 5/14/2021 11:09:52

East Jefferson General Hospital would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your hospitalization.

**Active Diagnosis:**

1. Headache
2. Abnormal MRI
3. Anxiety
4. Hx of breast cancer

**Allergies:**

traMADol; Dilaudid; Lincocin

**Medication:**

***See FINAL MEDICATION SUMMARY for a list of all the medications you should take after discharge. Take ONLY these medications.***

The ** sections show more details regarding how prescriptions were submitted, the next time a dose of the medication should be taken, meds with a dose or frequency changes or meds you should stop taking. Please call your doctor with any questions before taking any additional prescription drugs, over the counter drugs, or herbal supplements.

****NEW MEDICATIONS****

**CVS/pharmacy #10145, 1401 Veterans Memorial Blvd Metairie, LA 700052734, (504) 834 - 1570**

**methylPREDNISolone (Medrol Dosepak 4 mg oral tablet)**
1 packet(s) Oral (by mouth) unscheduled for 6 Days. as directed on package labeling. Refills: 0.
Next Dose Date/Time:____________________

****MEDICATIONS TO CONTINUE TAKING THAT HAVE CHANGED****

**Printed Prescriptions**

Patient Name: ROMAGOSA, LUCIA A

MRN: 4253231
FIN: 4253231-0834

*Discharge Documentation*

START: **ALPRAZolam (Xanax 1 mg oral tablet)**
1 tab Oral (by mouth) Once every day as needed for anxiety for 7 Days. Refills: 0., [ HIGH ALERT MED ]
Next Dose Date/Time:____________________

**No Prescription Required at Discharge**

START: **ondansetron (Zofran 8 mg oral tablet)**
1 tab Oral (by mouth) Once every 8 hours as needed as needed for nausea/vomiting.
Next Dose Date/Time:____________________

****MEDICATIONS TO CONTINUE WITH NO CHANGES****

**No Prescription Required at Discharge**

**albuterol (ProAir HFA 90 mcg/inh inhalation aerosol)** 2 puff(s) Inhalation as needed.
Next Dose Date/Time:____________________

**budesonide-formoterol (Symbicort 160/4.5 inhaler)** 2 puff(s) Inhalation Two times every day.
Next Dose Date/Time:____________________

**naproxen (Aleve)** 440 Milligram Oral (by mouth) as needed. pt takes 2 tabs daily.
Next Dose Date/Time:____________________

**sertraline (Zoloft 100 mg oral tablet)** 1 tab Oral (by mouth) Two times every day.,
Product Specific Alternative Schedule For potential insomnia
Next Dose Date/Time:____________________

**Medication Leaflets:**
***See FINAL MEDICATION SUMMARY for a list of all the medications you should take after discharge. Take ONLY these medications.***

The ** sections show more details regarding how prescriptions were submitted, the next time a dose of the medication should be taken, meds with a dose or frequency changes or meds you should stop taking. Please call your doctor with any questions before taking any additional prescription drugs, over the counter drugs, or herbal supplements.

**FINAL MEDICATION SUMMARY:**

**albuterol (ProAir HFA 90 mcg/inh inhalation aerosol)** 2 puff(s) Inhalation as needed.

**ALPRAZolam (Xanax 1 mg oral tablet)**
1 tab Oral (by mouth) Once every day as needed for anxiety for 7 Days. Refills: 0.

Patient Name: ROMAGOSA, LUCIA A

MRN: 4253231
FIN: 4253231-0834

*Discharge Documentation*

**budesonide-formoterol (Symbicort 160/4.5 inhaler)** 2 puff(s) Inhalation Two times every day.

**methylPREDNISolone (Medrol Dosepak 4 mg oral tablet)**
1 packet(s) Oral (by mouth) unscheduled for 6 Days. as directed on package labeling. Refills: 0.

**naproxen (Aleve)** 440 Milligram Oral (by mouth) as needed. pt takes 2 tabs daily.

**ondansetron (Zofran 8 mg oral tablet)**
1 tab Oral (by mouth) Once every 8 hours as needed as needed for nausea/vomiting.

**sertraline (Zoloft 100 mg oral tablet)** 1 tab Oral (by mouth) Two times every day.

**If your pharmacy automatically refills your prescriptions, you should call now to notify the pharmacy of the medications you are advised to stop taking.**

**Immunizations:** Immunizations that have been given during this hospital visit.

No Immunizations Recorded

**Follow-up Instructions:**

| With: | Address: | When: |
|---|---|---|
| Michael Hickham, OT/ENT | 4315 Houma BlvdSuite 401<br>Metairie, LA 70006<br>(504) 889-5335 Business (1) | |
| **Comment:** | as scheduled | |

| With: | Address: | When: |
|---|---|---|
| Enrique Segura, Neurology | 3800 Houma BlvdSuite 205<br>Metairie, LA 70006<br>(504) 885-7337 Business (1) | Within 2 weeks |
| **Comment:** | Call your MD for follow up appt | |

| With: | Address: | When: |
|---|---|---|
| Establish with pcp and follow up 1-2 wks | | |
| **Comment:** | Call your MD for follow up appt | |

**Discharge Instructions:**

Patient Name: ROMAGOSA, LUCIA A

MRN: 4253231
FIN: 4253231-0834

## *Discharge Documentation*

Discharge Diet/Fluid Restrictions/Supplements:

Diet: Prior to hospitalization

Supplement Type/Frequency:

Nutritional Supplements:

Fluid Restrictions: None

Weight Instructions: None

Last Weight: 114.004 lb

Activity:

Gradually return to full activity

Wound Care/Tube Care:

None

Outpatient Testing:

None

Call For:

Call Physician For: Any concerns or worsen of symptoms

Physician: Choudry MD, Varun C

Comments:

Additional Follow-Up:

Additional Follow-Up With: Health Finder, (504) 456-5000, Primary care provider, Your Neurologist

Other Additional Follow-Up Information:

Post-Acute Information:

Verbal/Preprinted Instuctions Given: Yes

Condition of Patient on Discharge: Stable

**Health Screening:**

Mammogram in last year? No

Patient Name: ROMAGOSA, LUCIA A

MRN: 4253231
FIN: 4253231-0834

*Discharge Documentation*

If you are a female aged 20-39, clinical breast exams are to be done every 1-3 years. If you are a female aged 40 or greater, clinical breast exams and a mammogram are to be performed every year. Please contact your PCP, OB/GYN, or Health Finders EJPG @ 504-503-5000 or 504-456-5000 to learn more.

Pap smear in last 3 years?

If you are a female aged 21-65, pap smears are to be done every 3 years. If you are less than 21 or have had a hysterectomy, no screening is necessary. Please contact your PCP, OB/GYN, or Health Finders EJPG @ 504-503-5000 or 504-456-5000 to learn more.

Colon Cancer test in last 3 years?

Colonoscopy in last 10 years?

If you are 50-80, fecal blood testing is to be done every 3 years. If you have no significant personal or family history, colonoscopy screening is done at least every 10 years beginning at age 45, for African Americans, and at age 50 for everyone else. Please contact your primary care physician, your specialist, or Health Finders EJPG @ 504-503-5000 or 504-456-5000 to learn more.

**Patient Education Materials:**

**EAST JEFFERSON GENERAL HOSPITAL**

**would like to thank you for choosing us for your healthcare needs**

Using myEJGH is smart.....

We believe it is important that you be as informed and involved in your care as possible. Through our patient portal, myEJGH, you will be able to access your medical history, view test results, pay your bill and more!

**For support call: 1-877-621-8014**

myejgh.org

*Discharge Documentation*

Signing up for myEJGH is **easy.**

1. Go to myEJGH.org and click on "Self Registration" button.
2. Follow the prompts to verify your identity and create your username and password. You'll need the email address in your record or your Medical Record Number (MRN).
3. Log in to myEJGH.org any time day or night for secure access to your electronic health record.

myejgh.org

**Your discharge instructions, medication list and test results from this visit are available to view, download or transmit to another provider, in your myEJGH.org account. Please log in to your account, or set one up if you don't already have one, to view your information. Your Medical Record Number, MRN, appears at the top of this document.**

**Instructions for obtaining medical records**: If you need a copy of your medical records, you may contact Health Information Management at (504) 503-4960, 8-4:30pm M-F. Health Information Management is located on the 1st floor of the hospital near the canal garage. Please bring a picture ID with you when you come to pick up your records. Please note a fee for the records may be required.

**Smoking:** If you currently smoke or have smoked in the last 12 months, it is important for you to stop smoking. Smoking can adversely affect your health and the health of those around you. Certified Tobacco Treatment Counselors in Pulmonary Rehab are available to those patients who wish to obtain smoking cessation assistance. Counseling and/or nicotine replacement therapy may be available at no charge to those who qualify. Please call 504-503-6322 for more information.

**Suicide:** Are you feeling Depressed or hopeless, like you can't go on? Call the National Suicide Hotline: 1-800-784-2433 or 1-800-273-8255.

**Domestic Violence**: If you are a victim of domestic violence (physical, emotional, or verbal abuse), you are not alone. Discuss this with your physician or a friend and contact one of the following community services:

Metropolitan Battered Women's Program (504) 837-5400

**Printed:** 12/29/2021 15:20

# EJGH FACESHEET

## >>>>>>>>Patient Information << << << <<

Name: ROMAGOSA, LUCIA A
Sex: F
Race: White
DOB:
Age: 62 Years
MS: Married
Ethnicity: Non-Hispanic or Latino

Home Address:
Social Security Number:
City/State/Zip:
Religion: Roman Catholic
Home Phone:
Cell Phone:

Employer Name: Children's Hospital (LAB)
Employer Address: 200 Henry Clay Avenue
Occupation/Job Title: RN
City/State/Zip: New Orleans, LA 70118
Employer Phone: (504) 896-9360

## >>>>>>>>Guarantor Information << << << <<

Name: ROMAGOSA, LUCIA A
Patient's Relationship: SELF
Billing Address:
Sex: F
DOB:
Social Security Number:
City/State/Zip:
Age: 62 Years
MS: Married
Home Phone:

Employer Name: Children's Hospital (LAB)
Employer Address: 200 Henry Clay Avenue
Occupation/Job Title: RN
City/State/Zip: New Orleans, LA 70118
Employer Phone: (504) 896-9360
Employment Status: Employed Full Time

## >>>>>>>> Emergency Contact Information << << << <<

Name: DAVID ROMAGOSA
Patient's Relationship: Spouse
Home Address
Sex: M
DOB:
Business Phone:
City/State/Zip:
Age: 64 Years
Home Phone:

## >>>>>>>>Primary Insured/Insurance Information << << << <<

Name: ROMAGOSA, LUCIA A
Patient's Relationship: SELF
Sex: F
DOB:
Age: 62 Years
MS: Married
Employer Name: Children's Hospital (LAB)
Employer Address: 200 Henry Clay Avenue
Occupation/Job Title: RN
City/State/Zip: New Orleans, LA 70118
Employer Phone: (504) 896-9360
Employment Status: Employed Full Time

Health Plan Name: Blue Cross Out Of State
Misc Plan Name:
Claim Address: PO BOX 98029
City/State/Zip: Baton Rouge, LA 70898
Policy Number: U3S835119506
Authorization Number: U21133BHNM
Group Number: 262580
Group Name: US GYPSUM
Phone Number:
Authorization Phone: (844) 266-8796

## >>>>>>>> Secondary Insured/Insurance Information << << << <<

Name:
Relationship to Patient:
Sex:
DOB:
Age:
MS:
Employer Name:
Employer Address:
Occupation/Job Title:
City/State/Zip: ,
Employer Phone:
Employment Status:

Insurance Name:
Misc Plan Name:
Claim Address:
City/State/Zip: ,
Policy Number:
Authorization Number:
Group Number:
Group Name:
Phone:
Authorization Phone No:

### >>>>>>>> Accident Information << << << <<

Accident: N
Accident Type:
Accident/Onset Date:

### >>>>>>>> Visit Information << << << <<

Admit Date/Time: 05/11/2021 14:18
Disch Date/Time: 05/14/2021 11:50
Visit Type: Inpatient
Source: ED Visit
Admit Type: Emergency Admit
Admit Diagnosis: Headache, unspecified; ABNORML FIND DX IMG
Diagnosis Code: R51.9, R93.89, R51.9
Clerk: Barrios , Rhonda E
Patient Care Physician: Michael Hickham
Admitting Physician: Choudry MD, Varun C
Admitting Physician Phone Number: (504) 503-4334
EJGH Program:
Release of Info: NC
Location: 6-E
Room: 0660-1
Medical Service: Service Line-General Medicine
CPT Authorized:

ROMAGOSA, LUCIA A
4253231

FEMALE / 62 Years
4253231-0834

Patient Name: ROMAGOSA, LUCIA A

MRN: 4253231
FIN: 4253231-0834

*Discharge Documentation*

**Safe Keeping and Disposal of Medications:** For safe keeping and disposal education of unused pain medications refer to the following website or contact by phone.

- www.deadiversion.usdoj.gov and follow the link for drug disposal and/or safe keeping
- 1-800-882-9539 Drug Enforcement Agency

**Call your doctor or seek immediate medical attention as soon as possible if your symptoms get worse or if you have symptoms such as**: sudden shortness of breath, chest pain, sudden change in level of consciousness, or unexpected weight gain greater than 3-5 pounds in a week.

For assistance with a referral to a physician please call **HealthFinders** – (504) 456-5000

Does Patient Verbalize Understanding?

*History and Physical Reports*

| | |
|---|---|
| DOCUMENT TYPE: | History and Physical |
| SERVICE DATE/TIME: | 5/11/2021 19:14 CDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORMED INFORMATION: | Putnam MD,Philip Jordan (5/11/2021 19:37 CDT) |
| SIGNED INFORMATION: | Putnam MD,Philip Jordan (5/11/2021 20:27 CDT) |

**Chief Complaint**
pt was told she has viral meningitis and sent here for spinal tap, c/o headaches since 4/17

**History of Present Illness**
This patient is a 61-year-old woman with a history of anxiety, breast cancer treated with bilateral mastectomy in 2012 followed by oral tamoxifen who presents with a 3 to 4-week history of headache. She states that she received the Johnson & Johnson Covid vaccine on April 10. Approximately 5 days after that she began having daily severe headaches which she describes as bilateral squeezing or "vice grip" around her head. She has associated nausea, photophobia and phonophobia. She states that she has tried naproxen over-the-counter without relief. Her ENT prescribed her Celebrex which she has not yet taken. She will occasionally take a Xanax to help her go to sleep. Her headaches have been daily and lasting for several hours. They have now become very disruptive to her life as she has difficulty driving. Prior to 3 weeks ago, she only rarely ever had headaches and most of them were mild. She denies any fevers or chills, cough or shortness of breath. She denies any recent travel, camping, insect bites, etc. She reports that she had COVID in March 2020 and was sick for a few months following the acute infection. She does work at Children's Hospital of New Orleans and states that there are frequently sick patients that she interacts with, but none that she knows of who have had a diagnosed viral infection or meningitis/encephalitis presentation.
MRI of the brain was obtained today by her ENT which showed some abnormal leptomeningeal enhancement in the right posterior/parietal area. CSF analysis was recommended and the patient was sent to the emergency department for lumbar puncture.

**Review of Systems**
The balance of review of systems is negative except as noted above in the HPI.

**Problem List/Past Medical History**
Ongoing
Asthma
Breast cancer

Patient Name: ROMAGOSA, LUCIA A

MRN: 4253231
FIN: 4253231-0834

*History and Physical Reports*

Dependent edema
Hypothyroidism
Syncope

**Procedure/Surgical History**
No qualifying data available.

**Medications**
Inpatient
NeuLumEX, per radiology protocol, Oral, unscheduled
Prohance injection, Per Radiology Protocol, IV Push, unscheduled
Prohance injection, Per Radiology Protocol, IV Push, unscheduled
Sodium Chloride 0.9% 1,000 mL, 1000 mL, IV Continuous
Home
Aleve, 440 mg, Oral, as needed
ProAir HFA 90 mcg/inh inhalation aerosol, 2 puff, INH, as needed
Symbicort 160/4.5 inhaler, 2 puff, INH, 2times/day
Zofran 8 mg oral tablet, 8 mg= 1 tab, Oral, 8hr (standard), PRN
Zoloft 100 mg oral tablet, 100 mg= 1 tab, Oral, 2times/day

**Allergies**
Lincocin (hives)
Dilaudid (Hallucinations)
traMADol (burning)

**Social History**
Smoking Status - 05/11/2021
Non smoker
Alcohol - Low Risk, 05/20/2019
Substance Abuse - Denies Substance Abuse, 05/20/2019
Tobacco - Denies Tobacco Use, 05/20/2019

**Family History**
Cardiovascular disease: Father.
High blood pressure: Mother.
High cholesterol: Brother.

**Immunizations**
**Immunizations All Encounters**
No qualifying data available.

**Physical Exam**

Vitals & Measurements
**T:** 98.7 °F **HR:** 58 **RR:** 18 **BP:** 124/73
Oxygen Saturation: 96 %
Oxygen Therapy: Room air
Primary Pain Intensity: 10
GENERAL APPEARANCE: Well developed, thin, no acute distress, appearance appropriate for age.
EYES: Sclerae not icteric. Extraocular movements intact
OROPHARYNX: Within normal limits. Mucous membranes moist
NECK: Supple. Normal range of motion. Trachea is midline. No meningismus
RESPIRATORY: The lungs are clear bilaterally to auscultation. Breathing is nonlabored

Patient Name: ROMAGOSA, LUCIA A

MRN: 4253231
FIN: 4253231-0834

*History and Physical Reports*

CARDIOVASCULAR: Normal S1 and S2 without murmurs or gallops.
ABDOMEN: Soft, non-tender, non-distended.
EXTREMITIES/MUSCULOSKELETAL: No clubbing, cyanosis, or edema.
SKIN: Good color, warm and dry.
NEUROLOGIC: Awake, alert, non-focal, bilaterally symmetrical.

**Images**
(05/11/2021 08:10 CDT MRI Brain w/ + w/o Contrast)

MRI BRAIN WITH AND WITHOUT CONTRAST

Procedure: Multiplanar, multi-sequence MR images through the brain were obtained pre-and post gadolinium contrast material administration. In addition diffusion weighted imaging was performed.

Findings:
There is T2 signal abnormality within the subarachnoid spaces seen on FLAIR images within the cortical sulci of bilateral temporal, parietal, and occipital lobes, most noted on the right. There is corresponding leptomeningeal enhancement on postcontrast images. Findings may represent infection, inflammation, or subarachnoid blood. There are multiple small foci of T2 shine through within the subarachnoid spaces on diffusion-weighted images. No evidence of restricted diffusion or recent infarction. In addition there are multiple foci of T2*artifact on SWI imaging within the subarachnoid spaces.

The ventricles are normal in size and position. Normal flow voids are seen within the larger intracranial arteries and dural sinuses. The imaged paranasal sinuses and mastoid air cells are clear.

IMPRESSION:
Abnormal T2 signal abnormality and corresponding leptomeningeal enhancement throughout the cortical sulci of bilateral cerebral hemispheres. Findings may represent infection, inflammation, or subarachnoid blood. Further evaluation with CSF sampling recommended.
[1]

**Lab Results**
ESR 2

CSF Analysis:
WBC
RBC
protein 267
Glucose 53
Biofire

**Current Lab Results (last 24 hrs)**
WBC: 5.9 K/UL
Hgb: 14.4 gram/dL
Hct: 44 %
Platelet Count, Automated: 219 K/UL
PT: 13.7 second(s)
INR: 1
PTT: 24.8 second(s)
Blood Urea Nitrogen: 14 mg/dL
Sodium Level: 140 mEq/L

Patient Name: ROMAGOSA, LUCIA A

MRN: 4253231
FIN: 4253231-0834

*History and Physical Reports*

Potassium Level: 3.8 mEq/L
Chloride Level: 102 mEq/L
Bicarbonate, CO2: 29 mEq/L
Glucose, Plasma: 92 mg/dL
Creatinine: 0.5 mg/dL
Bun:Creatinine Ratio: 28 Ratio High
Calc Osmolality: 280 mOsm/kg
Anion Gap: 13 mEq/L
Calcium Level: 9.1 mg/dL

**Diagnostic Results**
DX Lumbar Puncture with guidance

**Plan**
61-year-old woman with a remote history of breast cancer, recent J & J vaccine recipient who presents with 3 weeks of headache and abnormal MRI results:

1. Headaches: Differential includes infectious process, intracranial bleeding, or other inflammatory process. Bacterial meningitis is highly unlikely given the duration of symptoms, lack of fever and normal white blood cell count on blood work. A viral meningitis could potentially be the cause of her symptoms although she is afebrile and does not have any obvious exposure history. Spontaneous subarachnoid bleed is also on the differential. Unknown whether there is any correlation with the timing of her COVID vaccine. She has been taking naproxen almost every day for the last couple of weeks, must also consider medication withdrawal headache although this does not account for the abnormal findings on MRI. CSF has been obtained and studies are pending...
- Admit for further neurologic evaluation, will place consult to neurology
- zofran prn vomiting
- toradol prn headache

2. anxiety - continue zoloft. ativan ordered as needed

dvt ppx: patient is ambulatory

**Disclaimer**
This document was created using voice recognition software (Dragon). Although it may be edited, this document may contain errors related to incorrect recognition of the spoken word, please call the physician for clarification.

[1] MRI Brain w/ + w/o Contrast; Fuzzard MD, Susan C 05/11/2021 08:10 CDT

*[Electronically Signed on 05/11/21 08:27 PM]*
----------------------------------------------
*Putnam MD, Philip Jordan*

*[Modified on 05/11/2021 08:17 PM]*
----------------------------------------------
*Putnam MD, Philip Jordan*

**Progress Notes - 05/03/2021**

**Printed:** 12/29/2021 15:20

# EJGH FACESHEET

## >>>>>>>>Patient Information << << << <<

Name: ROMAGOSA, LUCIA A
Sex: F
Race: White
Ethnicity: Non-Hispanic or Latino
DOB:
Age: 62 Years
MS: Married

Home Address:
Social Security Number:
City/State/Zip:
Religion: Roman Catholic
Home Phone:
Cell Phone:

Employer Name: Children's Hospital (LAB)
Employer Address: 200 Henry Clay Avenue
Occupation/Job Title: RN
City/State/Zip: New Orleans, LA 70118
Employer Phone: (504) 896-9360

## >>>>>>>>Guarantor Information << << << <<

Name: ROMAGOSA, LUCIA A
Patient's Relationship: SELF
Billing Address:
Sex: F
DOB:
Social Security Number:
City/State/Zip:
Age: 62 Years
MS: Married
Home Phone:

Employer Name: Children's Hospital (LAB)
Employer Address: 200 Henry Clay Avenue
Occupation/Job Title: RN
City/State/Zip: New Orleans, LA 70118
Employer Phone: (504) 896-9360
Employment Status: Employed Full Time

## >>>>>>>> Emergency Contact Information << << << <<

Name: DAVID ROMAGOSA
Patient's Relationship: Spouse
Home Address
Sex: M
DOB:
Business Phone:
City/State/Zip:
Age: 64 Years
Home Phone:

## >>>>>>>>Primary Insured/Insurance Information << << << <<

Name: ROMAGOSA, LUCIA A
Patient's Relationship: SELF
Sex: F
DOB:
Age: 62 Years
MS: Married
Employer Name: Children's Hospital (LAB)
Employer Address: 200 Henry Clay Avenue
Occupation/Job Title: RN
City/State/Zip: New Orleans, LA 70118
Employer Phone: (504) 896-9360
Employment Status: Employed Full Time

Health Plan Name: Blue Cross Out Of State
Misc Plan Name:
Claim Address: PO BOX 98029
City/State/Zip: Baton Rouge, LA 70898
Policy Number: U3S85119506
Authorization Number:
Group Number: 262580
Group Name: US GYPSUM
Phone Number:
Authorization Phone:

## >>>>>>>> Secondary Insured/Insurance Information << << << <<

Name:
Relationship to Patient:
Sex:
DOB:
Age:
MS:
Employer Name:
Employer Address:
Occupation/Job Title:
City/State/Zip: ,
Employer Phone:
Employment Status:

Insurance Name:
Misc Plan Name:
Claim Address:
City/State/Zip: ,
Policy Number:
Authorization Number:
Group Number:
Group Name:
Phone:
Authorization Phone No:

### >>>>>>>> Accident Information << << << <<

Accident: N
Accident Type:
Accident/Onset Date:

### >>>>>>>> Visit Information << << << <<

Admit Date/Time: 05/03/2021 14:41
Disch Date/Time: 05/03/2021 18:28
Visit Type: Emergency
Source: ED Visit
Admit Type: Emergency Admit
Admit Diagnosis: Headache
Diagnosis Code: R51.9
Clerk: Barrios , Rhonda E
Patient Care Physician: Michael Hickham
Admitting Physician: Mouledoux MD, Andre J
Admitting Physician Phone Number: (504) 454-5684
EJGH Program:
Release of Info: NC
Location: ED
Room:
Medical Service: Emergency Room
CPT Authorized:

ROMAGOSA, LUCIA A
4253231

FEMALE / 62 Years
4253231-0832

EJGH
East Jefferson General Hospital
4200 Houma Blvd., Metairie, LA 70006
504-454-4961 • www.ejgh.org

Patient Name: ROMAGOSA, LUCIA A
MRN: 4253231
FIN: 4253231-0832
Admit Date: 5/3/2021
Discharge Date: 5/3/2021
Admitting MD: Mouledoux MD,Andre J

Age: 61 years
Date of Birth:
Sex: FEMALE
Encounter Type: Emergency

*ED Documentation*

| | |
|---|---|
| DOCUMENT TYPE: | ED Triage Report |
| SERVICE DATE/TIME: | 5/3/2021 14:42 CDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORMED INFORMATION: | Horridge RN,Melissa A (5/3/2021 14:42 CDT) |
| SIGNED INFORMATION: | Horridge RN,Melissa A (5/3/2021 14:42 CDT) |

**ED Rapid Triage Form Entered On: 5/3/2021 14:46 CDT**
**Performed On: 5/3/2021 14:42 CDT by Horridge RN, Melissa A**

**Chief Complaint**
Chief Complaint : Pt here c/o constant headache since getting Johnson & Johnson COVID Vaccine 3 weeks ago. Pt states
" I think I have a brain bleed". Pt reports "worse headache of my life"
Symptoms of Stroke : None

Horridge RN, Melissa A - 5/3/2021 14:42 CDT

**Vitals**
Vital Signs Assessed : Yes
Patient Current Age : Patient age greater than or equal to 3
Assess Systolic Blood Pressure : 133 mmHg
Assess Diastolic Blood Pressure : 74 mmHg
BP Method : Automated non-invasive BP
Mean Arterial Pressure : 93.7 mmHg
Assess Pulse Rate : 63 bpm
Pulse Rate Method : Peripheral
Assess respiratory rate : 20 br/min
Assess body temperature : 97.2 DegF(Converted to: 36.2 DegC)
Temperature Method : Oral
Assess Oxygen Saturation : 98 %
Oxygen Therapy : Room air
If pain present, assess intensity : 10
Document Height/Weight : Yes
Weight : 52 kg(Converted to: 114 lb 10 ounce, 114.640 lb)
Height : 154 cm(Converted to: 5 foot 1 inch, 5.05 foot, 60.63 inch)
Body Mass Index : 22
Estimated Weight (lb) : 115 lb(Converted to: 52,163 gram, 52 kg)
Height (inches) : 61 inch(Converted to: 154.94 cm)
Ideal Body Weight : 47.8 kg

Patient Name: ROMAGOSA, LUCIA A

MRN: 4253231
FIN: 4253231-0832

## *ED Documentation*

Estimated Weight (Kg) : 52.27 kg

Horridge RN, Melissa A - 5/3/2021 14:42 CDT

**Allergies ED**
Latex Allergy : No
Allergy Validation : Allergies validated
Patient on Blood Thinners : No

Horridge RN, Melissa A - 5/3/2021 14:42 CDT
(As Of: 5/3/2021 14:46:15 CDT)

Allergies (Active)

| | |
|---|---|
| Lincocin | Estimated Onset Date: Unspecified ; Reactions: hives ; Created By: Dixon RN, N'Jeri K; Reaction Status: Active ; Category: Drug ; Substance: Lincocin ; Type: Allergy ; Severity: Moderate ; Updated By: Dixon RN, N'Jeri K; Reviewed Date: 11/10/2008 7:16 CST |
| traMADol | Estimated Onset Date: Unspecified ; Reactions: burning ; Created By: Magri RN, Danielle T; Reaction Status: Active ; Category: Drug ; Substance: traMADol ; Type: Allergy ; Updated By: Magri RN, Danielle T; Reviewed Date: 12/13/2018 15:35 CST |

**ED Acuity**
DCP GENERIC CODE
Reason for Visit : Headache
Triage Date and Time : 5/3/2021 14:45 CDT
Tracking Reg Status : Requested
Tracking Acuity : 2-Emergent
Tracking Group : ED Tracking Group

Horridge RN, Melissa A - 5/3/2021 14:42 CDT

**COVID-19 Screening**
COVID-19 Symptoms Present : Headache
Recent exposure to COVID19/resp illness : No
Have you tested positive for COVID-19? : Yes, greater than 90 days ago
COVID Results Genview : COVID-19 Results Last 6 Months
No qualifying data available.
COVID Addl Results Genview : COVID-19 Addl Results Last 6 Months
No qualifying data available.

Horridge RN, Melissa A - 5/3/2021 14:42 CDT

| | |
|---|---|
| DOCUMENT TYPE: | Emergency Department Record |
| SERVICE DATE/TIME: | 5/3/2021 15:51 CDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORMED INFORMATION: | Mouledoux MD,Andre J (5/3/2021 16:01 CDT) |
| SIGNED INFORMATION: | Mouledoux MD,Andre J (5/4/2021 21:39 CDT) |

Patient Name: ROMAGOSA, LUCIA A

MRN: 4253231
FIN: 4253231-0832

## *ED Documentation*

**Chief Complaint**
Severe headache

**History of Present Illness**
61 year old female presents to the ED complaining of constant severe headache and pressure since getting Johnson and Johnson COVID vaccine 3 weeks ago. She reports pain located in bilateral temples and radiates to top of head. The patient reports associated nausea and vomiting along with sensitivity to loud sound and photophobia. She states "this is the worse headache of my life". The patient denies any neck pain or stiffness. No recent fever. She describes pain to be 10/10 in severity without any alleviating factors. The patient has not taken otc medication to treat at home. The patient mentions no other specific complaints, concerns, or associated symptoms at this time.
Time seen by physician: 1552
Historian: Patient

**Review of Systems**
CONSTITUTIONAL: No fever, no sweats.
SKIN: No rash.
EYE: No pain, no redness.
ENMT: No sore throat, no ear pain.
RESPIRATORY: No shortness of breath, no cough.
CARDIOVASCULAR: No chest pain, no diaphoresis.
GASTROINTESTINAL: No abdominal pain, no nausea, no vomiting.
GENITOURINARY: No dysuria.
MUSCULOSKELETAL: No back pain, no muscle pain.
NEUROLOGICAL: As per HPI.

**Problem List/Past Medical History**
Ongoing
Asthma
Breast cancer
Dependent edema
Hypothyroidism
Syncope

**Social History**
Smoking Status - 05/03/2021
Non smoker
Have You Ever Smoked: No, I have never smoked (Non smoker) (05/03/21 15:44:00)
Tobacco Use History: Non smoker (05/03/21 15:44:00)

**Family History**
Cardiovascular disease: Father.
High blood pressure: Mother.
High cholesterol: Brother.

**Allergies**
Lincocin (hives)
traMADol (burning)

**Home Meds Active/Historical**
Home
acyclovir, 800 mg, Oral, as needed
Aleve, 440 mg, Oral, as needed

Patient Name: ROMAGOSA, LUCIA A

MRN: 4253231
FIN: 4253231-0832

*ED Documentation*

ProAir HFA 90 mcg/inh inhalation aerosol, 2 puff, INH, as needed
Symbicort 160/4.5 inhaler, 2 puff, INH, 2times/day
Zantac 150, 150 mg, Oral, as needed
Zofran ODT 4 mg oral tablet, disintegrating, 4 mg= 1 tab, Oral, 6hr [interval], PRN
Zoloft 100 mg oral tablet, 100 mg= 1 tab, Oral, 2times/day

**Physical Exam**

First Charted Vitals
Vital Signs & Measurement
**T:** 97.2 °F **BP:** 133/74 **HR:** 63
**RR:** 20 **POx:** 98% Room air
GENERAL: Alert, no acute distress.
SKIN: Dry, intact.
HEAD: Normocephalic, atraumatic.
ENMT: Oral mucosa moist, nose normal.
NECK: Supple, no JVD.
RESPIRATORY: Lungs clear to auscultation, non-labored respirations, symmetrical expansion.
CARDIOVASCULAR: Regular rate and rhythm, normal peripheral perfusion.
GASTROINTESTINAL: Soft, nontender, nondistended.
MUSCULOSKELETAL: No swelling, no deformity.
NEUROLOGICAL: No focal deficits, normal speech. Cranial nerves normal. Normal strength and sensation.
PSYCHIATRIC: Cooperative, appropriate mood and affect.

**Lab Results**
The lab orders were placed after a history and exam were performed. The results of these lab studies were reviewed and interpreted by myself.
**Hematology**

| | |
|---|---|
| WBC | 8.3 |
| RBC | 5.16 |
| Hgb | 15.4 |
| Hct | 45.9 |
| MCV | 88.9 |
| MCH | 29.7 |
| MCHC | 33.4 |
| RDW | 13.8 |
| Mean Platelet Volume | 8.7 |
| Platelet Count, Automated | 235 |
| Diff Type | Auto |
| ESR(Westergren) | 2 |
| Eosinophil % | 0.1 |
| Abs Basophil # | 0.0 |
| Basophil % | 0.2 |
| Abs Eosinophil # | 0.0 |
| Neutrophil % | 94.8 |
| Lymphocyte % | 4.1 |
| Monocyte % | 0.8 |
| Abs Neutrophil # | 7.9 |
| Abs Lymphocyte # | 0.3 |

Patient Name: ROMAGOSA, LUCIA A

MRN: 4253231
FIN: 4253231-0832

*ED Documentation*

| | |
|---|---|
| Abs Monocyte # | 0.1 |

**Routine Chemistry**

| | |
|---|---|
| Blood Urea Nitrogen | 13 |
| Creatinine | 0.6 |
| ALT | 17 |
| AST | 22 |
| Potassium Level | 3.9 |
| Sodium Level | 137 |
| Total Protein | 7.0 |
| Albumin | 4.6 |
| Alkaline Phosphatase | 79 |
| Bicarbonate, CO2 | 27 |
| Calcium Level | 9.6 |
| Chloride Level | 99 |
| Glucose, Plasma | 119 |
| Total Bilirubin | 0.5 |
| Anion Gap | 15 |
| Bun:Creatinine Ratio | 22 |
| Calc Osmolality | 275 |
| Calculated Glomerular Filtration Rate | 105.7 |

**Imaging**
The images were reviewed and interpreted by the radiologist:

**(05/03/2021 15:06 CDT CT Head w/o Contrast)**
IMPRESSION: UNREMARKABLE NONCONTRAST ENHANCED CT SCAN OF BRAIN. [1]

**ED Course**
**Re-evaluation** at 1700: The patient was reassessed and informed of all test results. She reports pain has improved and no longer wants to stay for MRI.

**ED Medications**

diphenhydrAMINE 50 mg/ml Inj : 25 mg, Injection, IV Push, Freq: once, STAT, 05/03/21 15:56:00 CDT

prochlorperazine 5 mg/ml Inj (2ml) : 5 mg, Injection, IV Push, Freq: once, STAT, 05/03/21 15:56:00 CDT

Sodium Chloride 0.9% 1000 mL : 05/03/21 15:56:00 CDT, 05/03/21 15:56:00 CDT, IV Continuous, STAT, 1,000, mL, BOLUS 1000ml, then convert to INT lock., BOLUS, 1,000 ml, IV Soln
gadoteridol 279.3 mg/mL Inj (20 mL) : 40, mL, IV Push, Injection, Freq: unscheduled 1, dose(s), Routine, 05/03/21 15:57:00 CDT

**Medical Decision Making**
Old medical records were reviewed including MRI cervical spine from last year which showed cervical disc disease.
Pulse oximetry obtained as 98% on room air, interpreted as normal.

This is an emergent evaluation of a 61 year old female who presents to the emergency department with constant severe headache and pressure. CT scan shows no hemorrhage. She has no evidence of infection. While I think it is unlikely because of this relation to the J and J vaccine, an MRV was ordered. She does not wish to wait for this however. Her husband and her both say they will have no

Patient Name: ROMAGOSA, LUCIA A

MRN: 4253231
FIN: 4253231-0832

*ED Documentation*

problem getting one as an outpatient from her doctor.

**Clinical Impression**
Acute headache

**Disposition/Plan**
Patient remains very well appearing at discharge and agrees with plan. Counseled patient on need for close follow-up and on red flags of disease process.

**ED Prescriptions**

APAP/butalbital/caffeine : 1 tab, Oral, Freq: 6hr (standard), PRN, 3 day(s), 12 tab, 0, 0, for headache, 05/06/21 17:43:00 CDT, Print Requisition, 52

**Disclaimer**
This document was created using voice recognition software (Dragon). Although it may be edited, this document may contain errors related to incorrect recognition of the spoken word, please call the physician for clarification.
By signing my name below, I, Amanda Bowers, attest that this documentation has been prepared under the direction and in the presence of Andre Mouledoux, MD. Electronically Signed: Amanda Bowers. 5/3/2021

I, Andre Mouledoux, MD, personally performed the services described in this documentation. All medical record entries made by the scribe were at my direction and in my presence. I have reviewed the chart and agree that the record reflects my personal performance and is accurate and complete. 5/3/2021

[1] CT Head w/o Contrast; Singha MD, Puneet K 05/03/2021 15:06 CDT

*[Electronically Signed on 05/04/21 09:39 PM]*
----------------------------------------------
*Mouledoux MD, Andre J*

*[Modified on 05/03/2021 04:01 PM]*
----------------------------------------------
*Bowers , Amanda*

Other Records

Patient Name: ROMAGOSA, LUCIA A
Date of Birth:

MRN: 4253231
FIN: 4253231-0832

* Auth (Verified) *

EJGH

East Jefferson General Hospital
# Emergency Department Physician WorkSheet

ROMAGOSA, LUCIA A
DOB: F/ 61 Years
4253231 – 0832
Emergency MD, Physician
Emergency 05/03/21
ED –

Do not use U, u, IU, ug, QOD, QD, tid, X3d, cc, dc, AS, AD, AU, abbreviations for "Morphine and Magnesium Sulfates", zero after decimal. Always place zero before decimal point.

## THIS IS NOT A PHYSICIAN ORDER SHEET

| | | | |
|---|---|---|---|
| Old Chart | Type/Screen | Abdomen 2 view | |
| CBC w/ Diff | Type/Cross x ___ Units | CXR/Port CXR | |
| BMP | BHCG-Qual/Quant | CT Head w/o Contrast | |
| CMP | Coma Panel | CT Abdomen Oral IV Rectal Contrast | |
| Amylase | U/A | | |
| Lipase | UPT | CT Renal | |
| CRP | Urine C & S | Ultrasound | |
| PT/PTT | Accucheck | | |
| CK-MB | ABG RA or On ___ $O_2$ | | |
| Troponin-T | EKG | | |
| Magnesium | INT Lock | | |
| NPA | Cardiac monitor | | |
| D-Dimer | Pulse Ox | | |
| Blood Cultures x ___ | $O_2$ ___ | | |

TIME SEEN BY MD:

HPI:

ROS:

PE:

PMH:

SH:

FH:

| DIAGNOSIS / IMPRESSION: | INSTRUCTIONS: |
|---|---|
| | |
| MD SIGNATURE: | |

FCO-6780-1843

Page 1 of 1

Request Corr.

**MRO**
**1000 Madison Avenue**
**Suite 100**
**Norristown, PA 19403**
**Ph: (610) 994-7500 Opt. 1**

# Medical Records Transmittal

| | |
|---|---|
| Date: | 12/30/2021 |
| Request Number: | 52703150 |
| Page Count: | 35 |

**Your requested medical records are attached.**

| | |
|---|---|
| Patient Name: | LUCIA ROMAGOSA |
| Medical Facility: | East Jefferson General Hospital |
| Requester: | Leizl Olanda |
| Organization: | ReleasePoint, Inc./PORTAL |

Your reference number: 8736668

Thank you,

*MRO*
*MROcorp.com*

Request Corr.

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

MRO
DEC 2 1 2021
Initials:

Lincoln Financial Group

EAST JEFFERSON GENERAL HOSPITAL
4200 HOUMA BLVD
ATTN: MEDICAL RECORDS
METAIRIE, LA 70006

Date: Dec 16, 2021

**Re: Long Term Disability Benefits**
Claim# 8736668 12028057
Claimant: ROMAGOSA, LUCIA A
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: EJGGH3

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From May 1, 2021 to June 28, 2021**

**Only requesting the hospital discharge summary and Abstract / Pertinent records only. The authorization form authorizes release of everything, but please note we ONLY are requesting the above record types (Abstract and Discharge summary). - Seen By: EAST JEFFERSON GENERAL HOSPITAL**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Leizl Olanda
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

RPID: 8736668

Request Corr.

Secure fax #
(603) 334-0401

# East Jefferson General Hospital
# Authorization for the Use and Disclosure of Protected Health Information

**ALL ASPECTS OF THIS FORM MUST BE FILLED OUT COMPLETELY.**

Patient Legal Name: Lucia Alongia Romagosa   Birth Date: ______   SS # (last 4 digits): ______

Address ______   Telephone #: (H) ______

City ______ State ______ Zip Code ______   (C) ______

(O) ______

☐ Patient Portal Access: Patient Email Address: ______

☐ Send Medical Records to Patient's Email Address: ______

I hereby authorize East Jefferson General Hospital to: ☑ Disclose ☐ Request
Medical record information (protected health information) of the patient listed above to/ from:

Name / Title: LINCOLN FINANCIAL GROUP

Address: PO BOX 2578, OMAHA, NE 68172-7688

Treatment Date(s): May, ~~June~~, 2021 in hospital

Purpose of Release: ☐ Continued Treatment ☐ Insurance ☐ Legal ☑ Other SHORT TERM DISABILITY

| Type of Access Requested: | Place an "X" in the box(es) next to the information you want to be released: | | |
|---|---|---|---|
| ☑ Copies of the record | ☑ H&P | ☑ ED Record | ☑ Radiology Report |
| ☐ Inspection of the record | ☑ Consult Report | ☑ Lab Reports | ☑ Radiology Film |
| | ☑ Operative Report | ☑ Pathology Report | ☑ Abstract / Pertinent |
| | ☑ Discharge Summary | ☑ Cardiac Report | ☑ Entire Record (Excludes Films) |
| | ☑ Depart Summary | ☑ EKG | ☐ Other ______ |
| | ☑ Progress Notes | ☑ EEG | |

The patient's authorization is required to release certain types of records, including HIV test results, alcohol and/or drug abuse treatment and information, psychiatric treatment, and genetic testing (defined in the Genetic Information Non-Discrimination Act of 2008 – GINA, Section 201 7 A and B). An HIV test result is the document containing the result of an HIV-related test. It does not include any other notation in the record. This restriction does not apply to the release of HIV test results as otherwise prescribed by law. By placing an "X" in the following box(es), I am indicating that I DO NOT authorize the release of HIV test results, alcohol and/or drug abuse treatment and information, psychiatric treatment, and genetic testing.

**I DO NOT** authorize the release of:

☐ HIV test results ☐ Alcohol/Drug abuse treatment/information ☐ Psychiatric treatment ☐ Genetic testing

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present written revocation to East Jefferson General Hospital, Health Information Management Department 4200 Houma Blvd., Metairie, LA 70006. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company for services already rendered.
- The information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient and no longer protected.
- Fee/ charges will comply with all laws and regulations applicable to release of information.
- I understand authorizing the use of disclosure of the information identified above is voluntary. I do not need to sign this form to ensure healthcare treatment.

This authorization shall expire upon the expiration Date or Event: December, 2021
*(If I fail to specify an expiration date or event, this authorization will expire six (6) months from the date on which it was signed)*

I have read the above and authorize the disclosure of the protected health information as stated.

Lucia Alongia Romagosa ______ Self ______ 6/28/21
Signature of Patient/Legal Representative   Relationship to Patient   Date

______ ______ ______
Signature of Witness (*If patient is unable to sign*)   Relationship to Patient/Credentials   Date

Name of the hospital or affiliate employee who processed this authorization

______ ______
(Please print: First Name, Middle Initial and Last Name)   Department

Date Authorization Processed (mm/dd/yyyy): ______   MR #: ______

FCO-935-1876 Revised 1/06, 7/12, 2/16, 1/17, 5/17   RPID: 8736668

Request Corr.

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

2/17/2021

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 8736668

# Quality Assurance Report

## Request Information

Report Date: December 30, 2021

**RP ID:** 8736668

Patient Name: ROMAGOSA, LUCIA A

Provider Name: EAST JEFFERSON GENERAL HOSPITAL

## Quality Assurance Information

Scope Requested: **From May 1, 2021 to June 28, 2021**

Special Request:

Only requesting the hospital discharge summary and Abstract / Pertinent records only. The authorization form authorizes release of everything, but please note we ONLY are requesting the above record types (Abstract and Discharge summary). - Seen By: EAST JEFFERSON GENERAL HOSPITAL

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: KKREY

**From:**Fitzgerald, Joel
**Sent:**Wed, 15 Dec 2021 18:44:25 +0000
**To:**Gelon.Brandon@lcmchealth.org
**Subject:**LTD for L. Romagosa (secure)

Hello,

In order to ensure that we have the accurate dates set up on Lucia Romagosa's disability benefit claims, please verify the date that L. Romagosa last received compensation for physically completing at least 4 hours of work (excluding any dates paid for sick pay, paid time off, or other types of paid absence).

We believe this may have occurred around the first or second week in May of 2021.

Best,
Joel F.

**Joel Fitzgerald**
Sr. Consultant, LTD
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

(980) 270-3062 Office

he/him/his

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

| | |
|---|---|
| Date: | December 14, 2021 |
| To: | ENRIQUE SEGURA |
| Attn: | Penny **Urgent** |
| Fax: | (504) 456-5172 |
| From: | Bre-Ann Perkins<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 559-1991 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 11459291<br>Claimant: Lucia Romagosa<br>Lcmc Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

December 14, 2021

Enrique Segura

RE: Short Term Disability (STD) and Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 11459291 and 12028057
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Enrique Segura:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Lcmc Health's Group Disability Plan. We are writing in reference to Lucia Romagosa's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you on November 8, 2021. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by December 17, 2021.

****Please include medical records from May 7, 2021 through the present, including 11/30/21 office visit. ****

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Bre-Ann Perkins
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 69795
Secure Fax No.: (603) 559-1991

Attachments: 12028057-REQUEST-PROVIDER-11.08.2021

MRI Brain w/ + w/o Contrast
* Final Report *

ROMAGOSA, LUCIA A - 4253231

| | |
|---|---|
| Result type: | MRI Brain w/ + w/o Contrast |
| Result date: | May 11, 2021 8:10 CDT |
| Result status: | Modified |
| Result title: | MRI Brain w/ + w/o Contrast |
| Performed by: | Fuzzard MD, Susan C on May 11, 2021 9:01 CDT |
| Verified by: | Fuzzard MD, Susan C on May 11, 2021 9:01 CDT |
| Encounter info: | 4253231-0833, EAST JEFFERSON, Outpatient, 5/11/2021 - 5/11/2021 |

## * Final Report *

**Reason For Exam**
G43.909

**REPORT**

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
Patient Number: 42532310833 --- Patient Name: ROMAGOSA "" "", LUCIA A
Ordering Physician: Hickham MD, Michael J
= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Clinical data: General symptoms, other, 780.09. Headaches. Migraine headache.

MRI BRAIN WITH AND WITHOUT CONTRAST

Procedure: Multiplanar, multi-sequence MR images through the brain were obtained pre-and post gadolinium contrast material administration. In addition diffusion weighted imaging was performed.

Findings:
There is T2 signal abnormality within the subarachnoid spaces seen on FLAIR images within the cortical sulci of bilateral temporal, parietal, and occipital lobes, most noted on the right. There is corresponding leptomeningeal enhancement on postcontrast images. Findings may represent infection, inflammation, or subarachnoid blood. There are multiple small foci of T2 shine through within the subarachnoid spaces on diffusion-weighted images. No evidence of restricted diffusion or recent infarction. In addition there are multiple foci of T2*artifact on SWI imaging within the subarachnoid spaces.

The ventricles are normal in size and position. Normal flow voids are seen within the larger intracranial arteries and dural sinuses. The imaged paranasal sinuses and mastoid air cells are clear.

IMPRESSION:
Abnormal T2 signal abnormality and corresponding leptomeningeal enhancement throughout the cortical sulci of bilateral cerebral hemispheres. Findings may represent infection,

Printed by: Awad MEDASST, Penny Lee
Printed on: 12/14/2021 9:41 CST

inflammation, or subarachnoid blood. Further evaluation with CSF sampling recommended.

**Signature Line**
***** Final *****

Finalized: Fuzzard MD, Susan C 05/11/2021 09:01

**MRI Brain w/ + w/o Contrast**
This document has an image

**Completed Action List:**
* Order by Hickham MD, Michael J on May 10, 2021 10:19 CDT
* Perform by Morel XRAY, Lauren L on May 11, 2021 8:10 CDT
* VERIFY by Fuzzard MD, Susan C on May 11, 2021 9:01 CDT

MRA Head w/o Contrast
* Final Report *

ROMAGOSA, LUCIA A - 4253231

| | |
|---|---|
| Result type: | MRA Head w/o Contrast |
| Result date: | May 12, 2021 8:14 CDT |
| Result status: | Auth (Verified) |
| Result title: | MRA Head w/o Contrast |
| Performed by: | Singha MD, Puneet K on May 12, 2021 9:24 CDT |
| Verified by: | Singha MD, Puneet K on May 12, 2021 9:24 CDT |
| Encounter info: | 4253231-0834, EAST JEFFERSON, Inpatient, 5/11/2021 - 5/14/2021 |

## * Final Report *

**Reason For Exam**
Headache

**REPORT**

================================================
Patient Number: 42532310834 --- Patient Name: ROMAGOSA "" "", LUCIA A
Ordering Physician: Melcher MD, Archibald L
================================================

MRA OF CIRCLE OF WILLIS

Clinical history: Headache
DIAG: R51.9 - Headache, unspecified
Reason for Visit: Headache, unspecified; ABNORML FIND DX ING OTH BODY STRUC

Findings:

Three dimensional time of flight magnetic resonance angiography of the circle of Willis was performed.

Antegrade flow is identified in the vertebral and carotid arteries. The carotid arteries demonstrate no significant stenosis. The anterior and middle cerebral arteries have a normal appearance. The basilar artery and its branches are normal. The posterior cerebral arteries are normal. The posterior cerebral arteries originate from the basilar. Posterior communicating arteries are absent bilaterally. No evidence of aneurysm, stenosis or other vascular abnormality is identified. On the FLAIR images, there is abnormal subarachnoid signal along the temporoparietal and occipital lobes, similar to MRI scan dated 5/11/2021.

IMPRESSION:

NORMAL MRA OF CIRCLE OF WILLIS.

Printed by: Awad MEDASST, Penny Lee
Printed on: 12/14/2021 9:41 CST

MRA Head w/o Contrast
* Final Report *

ROMAGOSA, LUCIA A - 4253231

**Signature Line**
***** Final *****

Finalized: Singha MD, Puneet K 05/12/2021 09:24

**MRA Head w/o Contrast**
This document has an image

**Completed Action List:**
* Order by Melcher MD, Archibald L on May 11, 2021 21:32 CDT
* Perform by Morel XRAY, Lauren L on May 12, 2021 6:14 CDT
* VERIFY by Singha MD, Puneet K on May 12, 2021 9:24 CDT

Printed by: Awad MEDASST, Penny Lee
Printed on: 12/14/2021 9:41 CST

Consultant Report
* Final Report *

ROMAGOSA, LUCIA A - 4253231

| | |
|---|---|
| Result type: | Consultant Report |
| Result date: | May 12, 2021 10:09 CDT |
| Result status: | Auth (Verified) |
| Result title: | Consult Note |
| Performed by: | Segura MD, Enrique on May 12, 2021 10:20 CDT |
| Verified by: | Segura MD, Enrique on May 12, 2021 10:20 CDT |
| Encounter info: | 4253231-0834, EAST JEFFERSON, Inpatient, 5/11/2021 - 5/14/2021 |

# * Final Report *

**Date of Service**
May 12, 2021

**Requesting Physician**
Dr. Putnam

**Reason for Consultation**
Leptomeningeal enhancement and headaches

**History of Present Illness**
The patient is a 61-year-old female with medical history significant for breast cancer that was treated with bilateral mastectomy in 2012, anxiety. The patient was sent to the emergency room due to 3 to 4 weeks history of headaches and a brain MRI that showed leptomeningeal enhancement with some subarachnoid blood. The patient reports that on April 10 she received the Johnson & Johnson Covid vaccine. Then approximately 5 days after receiving the vaccine she began suffering from a holocephalic headache. She describes it as a vice around her head. The headache is associated with photophobia, phonophobia and nausea. The headaches have been persistent. She denies any focal motor or sensory deficits. At times she has felt changes in her vision in the form of blurred vision. The patient's husband also describes minor cognitive changes. She denies any exposure to potential insect bites or ticks. She denies any fevers or chills. The patient works as a nurse at Children's Hospital and does not remember being exposed to any patients with viral infection or encephalitis. CSF studies have been done and show xanthochromia, elevated protein level of 267. Her white count is 19 and RBCs were 44. Bio fire panel has been negative.

**Review of Systems**
A ten point review of systems is negative except for headache, blurred vision, photophobia, phonophobia

**Problem List/Past Medical History**
Ongoing
- Asthma
- Breast cancer
- Dependent edema
- Hypothyroidism
- Syncope

Historical
- No qualifying data

**Procedure/Surgical History**
No qualifying data available.

**Medications**
Inpatient
- albuterol INHALATION solution 2.5mg/3mL NEBULIZER, 2.5 mg= 3 mL, NEB, RESP 4hr, PRN
- Ativan oral tablet, 0.5 mg= 1 tab, Oral, 8hr (standard), PRN
- D5 Lactated Ringers 1,000 mL, 1000 mL, IV Continuous
- dexamethasone injection, 4 mg, IV Push, 6hr (standard)
- Isovue-370, Per Radiology Protocol, IV Push, unscheduled
- sertraline, 100 mg= 1 tab, Oral, 2times/day
- Toradol injection, 15 mg= 0.5 mL, IV Push, 6hr (standard), PRN
- Tylenol oral tablet, 650 mg= 2 tab, Oral, 6hr (standard), PRN

Consultant Report
* Final Report *

ROMAGOSA, LUCIA A - 4253231

Zofran injection, 4 mg= 2 mL, IV Push, 6hr (standard), PRN

Home

Aleve, 440 mg, Oral, as needed
ProAir HFA 90 mcg/inh inhalation aerosol, 2 puff, INH, as needed
Symbicort 160/4.5 inhaler, 2 puff, INH, 2times/day
Zofran 8 mg oral tablet, 8 mg= 1 tab, Oral, 8hr (standard), PRN
Zoloft 100 mg oral tablet, 100 mg= 1 tab, Oral, 2times/day

**Allergies**

Lincocin (hives)
Dilaudid (Hallucinations)
traMADol (burning)

**Social History**

Smoking Status - 05/11/2021
Non smoker
Alcohol - Low Risk, 05/20/2019
Substance Abuse - Denies Substance Abuse, 05/20/2019
Tobacco - Denies Tobacco Use, 05/20/2019

**Family History**

Cardiovascular disease: Father.
High blood pressure: Mother.
High cholesterol: Brother.

**Immunizations**

**Immunizations All Encounters**
No qualifying data available.

**Physical Exam**

Vitals & Measurements
**T:** 98.1 °F **TMIN:** 98.1 °F **TMAX:** 98.7 °F **HR:** 62 **RR:** 16 **BP:** 102/66
Oxygen Saturation: 94 %
Oxygen Therapy: Room air
Primary Pain Intensity: 4

GENERAL: Pleasant 61-year-old Caucasian female. Well-nourished. Normal affect and mood.
EXTREMITIES: No peripheral edema, good peripheral pulses.
NEUROLOGIC EXAM:
Mental Status: Alert and oriented x 4. Normal speech and comprehension
Cranial Nerves: Pupils equal and reactive to light, extraocular movements intact, no visual field deficits, no facial asymmetry, facial sensation intact, midline tongue, 5/5 strength of SCM and trapezius bilaterally.
Motor Exam: 5/5 strength throughout upper and lower extremities with normal bulk and tone.
Reflexes: 2+ symmetrically on upper and lower extremities. Normal plantar responses.
Sensory: Grossly intact to light touch throughout.
Coordination: Normal finger to nose and heel to shin bilaterally.
Gait: Deferred

**Lab Results**

| Test Name | Test Result | Date/Time |
|---|---|---|
| CSF Color | Xanthochromic | 05/11/2021 18:45 CDT |
| CSF Color | Xanthochromic | 05/11/2021 18:45 CDT |
| CSF RBCS | 44 | 05/11/2021 18:45 CDT |
| CSF RBCS | 67 | 05/11/2021 18:45 CDT |
| CSF WBC & Nuc. Cells | 19 /mm3 (High) | 05/11/2021 18:45 CDT |
| CSF WBC & Nuc. Cells | 26 /mm3 (High) | 05/11/2021 18:45 CDT |
| Protein, CSF | 267.6 mg/dL (High) | 05/11/2021 18:45 CDT |

Printed by: Awad MEDASST, Penny Lee
Printed on: 12/14/2021 9:41 CST

Consultant Report
* Final Report *

ROMAGOSA, LUCIA A - 4253231

**Current Lab Results (last 24 hrs)**
WBC: 6.4 K/UL
Hgb: 12.5 gram/dL
Hct: 37.7 %
Platelet Count, Automated: 187 K/UL
PT: 13.7 second(s)
INR: 1
PTT: 24.8 second(s)
Blood Urea Nitrogen: 13 mg/dL
Sodium Level: 141 mEq/L
Potassium Level: 3.9 mEq/L
Chloride Level: 105 mEq/L
Bicarbonate, CO2: 28 mEq/L
Glucose, Plasma: 104 mg/dL High
Creatinine: 0.3 mg/dL Low
Bun:Creatinine Ratio: 43 Ratio High
Calc Osmolality: 282 mOsm/kg
Anion Gap: 12 mEq/L
Calcium Level: 8.3 mg/dL Low

**Diagnostic Results**
(05/11/2021 08:10 CDT MRI Brain w/ + w/o Contrast)
IMPRESSION:
Abnormal T2 signal abnormality and corresponding leptomeningeal enhancement throughout the cortical sulci of bilateral cerebral hemispheres. Findings may represent infection, inflammation, or subarachnoid blood. Further evaluation with CSF sampling recommended. [1]

(05/12/2021 06:14 CDT MRA Head w/o Contrast)
IMPRESSION:

NORMAL MRA OF CIRCLE OF WILLIS. [2]

**Assessment**
61-year-old female with medical history significant for breast cancer, bilateral mastectomy in 2012, on oral tamoxifen. Patient sent to the emergency room due to persistent headache for the past 3 or 4 weeks and a brain MRI that showed leptomeningeal enhancement with subarachnoid blood. Symptoms began approximately 5 days after receiving her Johnson & Johnson Covid vaccine. Her lumbar puncture shows elevated protein level, elevated WBC and xanthochromia. MRA of the head is negative. She does not look toxic to suggest a bacterial etiology. We will need to rule out malignancy with CTs of her chest abdomen and pelvis. Infectious disease will be consulted for further assistance. I will order a CRP, ANA, ACE level, SSA, SSB, rheumatoid factor to rule out inflammatory/autoimmune etiology. Given the presence of subarachnoid blood on MRI and xanthochromia on her LP I will have neurosurgery evaluate the need for a cerebral angiogram. She will also be given 2 doses of Decadron 4 mg IV spaced 6 hours apart to hopefully assist with her headache.

**Plan**
-Infectious disease consult
-Neurosurgery consult
-Dexamethasone 4 mg IV every 6 hours x2 doses
-CRP, ANA, ACE level, SSA, SSB, rheumatoid factor
-CT of chest, abdomen and pelvis to rule out malignancy

**Diagnosis and Plan**
1. Headache
2. Abnormal MRI
3. Anxiety

Consultant Report
* Final Report *

ROMAGOSA, LUCIA A - 4253231

Orders:
dexamethasone, 4 mg, Injection, IV Push, Freq: 6hr (standard), 2, dose(s), Routine, 05/12/21 12:00:00 CDT, Stop date 05/12/21 18:00:00 CDT
iopamidol, Per Radiology Protocol, IV Push, Freq: unscheduled 1, dose(s), Routine, 05/12/21 10:05:27 CDT, pt's weight between 46kg and 63kg = 80 cc; pt's weight between 64kg and 90kg = 100 cc; pt's weight between 91kg and 148kg = 120 cc; pt's weight 149kg or gre...
Angiotensin Converting Enzyme
Antinuclear Antibody
C-Reactive Protein
Consult Physician
Consult Physician
CT Abd/Pelvis w/ + w/o Contrast
CT Chest w/o Contrast
Rheumatoid Factor
Sjogren's Antibody (SSA,SSB)

**Disclaimer**
This document was created using voice recognition software (Dragon). Although it may be edited, this document may contain errors related to incorrect recognition of the spoken word, please call the physician for clarification.

[1] MRI Brain w/ + w/o Contrast; Fuzzard MD, Susan C 05/11/2021 08:10 CDT
[2] MRA Head w/o Contrast; Singha MD, Puneet K 05/12/2021 06:14 CDT

**Signature Line**

[Electronically Signed on 05/12/21 10:20 AM]
---------------------------------------------
Segura MD, Enrique

**Completed Action List:**
* Perform by Segura MD, Enrique on May 12, 2021 10:20 CDT
* Sign by Segura MD, Enrique on May 12, 2021 10:20 CDT
* VERIFY by Segura MD, Enrique on May 12, 2021 10:20 CDT

Printed by: Awad MEDASST, Penny Lee
Printed on: 12/14/2021 9:41 CST

Progress Note
* Final Report *

ROMAGOSA, LUCIA A - 4253231

| | |
|---|---|
| Result type: | Progress Note |
| Result date: | May 13, 2021 11:40 CDT |
| Result status: | Modified |
| Result title: | Progress/SOAP Note |
| Performed by: | Segura MD, Enrique on May 13, 2021 14:14 CDT |
| Verified by: | Segura MD, Enrique on May 13, 2021 14:14 CDT |
| Encounter info: | 4253231-0834, EAST JEFFERSON, Inpatient, 5/11/2021 - 5/14/2021 |

## * Final Report *
## Document Contains Addenda

**Addendum by Segura MD, Enrique on May 13, 2021 14:14:25 CDT (Verified)**
Attending Note:
Patient seen and examined. Agree with above NP's note, assessment and plan.
Patient has been stable. Steroids did help with her headache yesterday. She has gone for cerebral angiogram and results will be followed. Work-up has been unremarkable so far. Immunological reaction to Johnson & Johnson Covid vaccine is suspected.

**Signature Line**

[Electronically Signed on 05/13/21 02:15 PM]
---------------------------------------------
Segura MD, Enrique

[Modified on 05/13/2021 02:15 PM]
---------------------------------------------
Segura MD, Enrique

**Reason for my seeing this patient today**
Leptomeningeal enhancement and headaches

**Subjective**
Patient reports morning bitemporal headache this morning. She stated the steroids "helped tremendously"

**Objective**

Vitals & Measurements
**T:** 98.7 °F **TMIN:** 98 °F **TMAX:** 98.7 °F **HR:** 62 **RR:** 16 **BP:** 135/83 **HT:** 154 cm **HT:** 154 cm **WT:** 51.82 kg **WT:** 51.82 kg **BMI:** 22 **BMI:** 22
Oxygen Saturation: 96 %

Intake and Output
Intake Last 24 hrs: 2987
Output Last 24 hrs: 0

Progress Note
* Final Report *

ROMAGOSA, LUCIA A - 4253231

Balance Last 24 hrs: 2987
Intake Last 48 hrs: 628
Output Last 48 hrs: 0
Balance Last 48 hrs: 628

Weight

**Yesterday Weight:** 51.82 kg 12-MAY-2021 14:50:55.00

**Admit Weight:** 51.82 kg 12-MAY-2021 15:13:32.00

Physical Exam
NEUROLOGIC EXAM:
Mental Status: Alert and oriented x 4. Normal speech and comprehension
Cranial Nerves: Pupils equal and reactive to light, extraocular movements intact, no visual field deficits, no facial asymmetry, facial sensation intact, midline tongue, 5/5 strength of SCM and trapezius bilaterally.
Motor Exam: 5/5 strength throughout upper and lower extremities with normal bulk and tone.
Reflexes: 2+ symmetrically on upper and lower extremities. Normal plantar responses.
Sensory: Grossly intact to light touch throughout.
Coordination: Normal finger to nose and heel to shin bilaterally.
Gait: Deferred

Lab Results
**Current Lab Results (last 24 hrs)**
WBC: 8.9 K/UL
Hgb: 12.6 gram/dL
Hct: 37.7 %
Platelet Count, Automated: 202 K/UL
PT: 14.1 second(s)
INR: 1.1
PTT: 26.4 second(s)
Blood Urea Nitrogen: 8 mg/dL
Sodium Level: 140 mEq/L
Potassium Level: 3.8 mEq/L
Chloride Level: 104 mEq/L
Bicarbonate, CO2: 26 mEq/L
Glucose, Plasma: 103 mg/dL High
Creatinine: 0.4 mg/dL Low
Bun:Creatinine Ratio: 20 Ratio
Calc Osmolality: 278 mOsm/kg
Anion Gap: 14 mEq/L
Calcium Level: 8.7 mg/dL

Diagnostic Results
(05/11/2021 08:10 CDT MRI Brain w/ + w/o Contrast)
IMPRESSION:
Abnormal T2 signal abnormality and corresponding leptomeningeal enhancement throughout the cortical sulci of bilateral cerebral hemispheres. Findings may represent infection, inflammation, or subarachnoid blood. Further evaluation with CSF sampling recommended. [1]

(05/12/2021 06:14 CDT MRA Head w/o Contrast)
IMPRESSION:

NORMAL MRA OF CIRCLE OF WILLIS. [2]

CT Abd/pelvis w/wo contrast
NONSPECIFIC TRACE AMOUNT OF FREE FLUID IN THE PELVIS.
OTHERWISE, NEGATIVE CAT SCAN OF THE ABDOMEN.

Printed by: Awad MEDASST, Penny Lee
Printed on: 12/14/2021 9:42 CST

Progress Note
* Final Report *

ROMAGOSA, LUCIA A - 4253231

CT chest w/contrast
NEGATIVE CT SCAN OF THE CHEST WITH CONTRAST.

**Assessment**
61-year-old female with medical history significant for breast cancer, bilateral mastectomy in 2012, on oral tamoxifen. Patient sent to the emergency room due to persistent headache for the past 3 or 4 weeks and a brain MRI that showed leptomeningeal enhancement with subarachnoid blood. Symptoms began approximately 5 days after receiving her Johnson & Johnson Covid vaccine. Her lumbar puncture shows elevated protein level, elevated WBC and xanthochromia. MRA of the head is negative. She does not look toxic to suggest a bacterial etiology. Infectious disease consulted for further assistance.

CTs of her chest abdomen and pelvis were unremarkable. Labs: CRP, ANA, ACE level, SSA, SSB, rheumatoid factor to rule out inflammatory/autoimmune etiology. She has completed 2 doses of Decadron 4 mg IV which assisted with her headache. Cerebral angiogram today per NSGY. Neuro exam stable.

**Plan**
Cerebral angiogram per NSGY.

**Diagnosis and Plan**
1. Headache
2. Abnormal MRI
3. Anxiety
4. Hx of breast cancer

**Disclaimer**
This document was created using voice recognition software (Dragon). Although it may be edited, this document may contain errors related to incorrect recognition of the spoken word, please call the physician for clarification.

**Signature Line**

[Electronically Signed on 05/13/21 02:14 PM]
-----------------------------------------------
Segura MD, Enrique

[Document created and electronically Signed on 05/13/21 11:56 AM]
-----------------------------------------------
Smith NP, Britta Christine

[Modified on 05/13/2021 11:56 AM]
-----------------------------------------------
Smith NP, Britta Christine

**Completed Action List:**
* Modify by Smith NP, Britta Christine on May 13, 2021 11:56 CDT
* Sign by Smith NP, Britta Christine on May 13, 2021 11:56 CDT
* Perform by Segura MD, Enrique on May 13, 2021 14:14 CDT
* Sign by Segura MD, Enrique on May 13, 2021 14:14 CDT Requested by Smith NP, Britta

Progress Note
* Final Report *

ROMAGOSA, LUCIA A - 4253231

Christine on May 13, 2021 11:56 CDT
* VERIFY by Segura MD, Enrique on May 13, 2021 14:14 CDT
* Modify by Segura MD, Enrique on May 13, 2021 14:15 CDT
* Sign by Segura MD, Enrique on May 13, 2021 14:15 CDT

Established Patient Note
* Final Report *

ROMAGOSA, LUCIA A - 4253231

| | |
|---|---|
| Result type: | Established Patient Note |
| Result date: | November 30, 2021 11:11 CST |
| Result status: | Auth (Verified) |
| Result title: | Neurology Clinic Office Visit Note |
| Performed by: | Segura MD, Enrique on November 30, 2021 16:20 CST |
| Verified by: | Segura MD, Enrique on November 30, 2021 16:20 CST |
| Encounter info: | 4253231-0842, EJNA, Clinic Outpatient, 11/30/2021 - 11/30/2021 |

# * Final Report *

**Date of Service**
30-NOV-2021 10:57

**Chief Complaint**
RV-HEADACHES AND PAPERWORK

**History of Present Illness**
62 y/o female with a medical history significant for encephalitis, headaches, anxiety, hypothyroidism, and breast cancer s/p bilateral mastectomy (2012) returns to the clinic today for a follow up. On last visit, patient reported continued headaches and dizziness secondary to encephalitis recovery. Patient was to remain off work while recovering. She was started on Elavil 10 mg QHS for headache prevention. Patient's Ubrelvy dose was increased to 100 mg PRN for acute relief of headaches. A prescription for a Medrol Dosepak was also administered to patient to hopefully assist with daily headaches. Patient was sent for repeat Brain MRI and testing to r/o Lyme disease, as well. Lyme disease testing was not completed by patient. Repeat Brain MRI performed 10/01/2021 revealed expected evolution of her prior findings. Today, patient reports improvement to intensity of headaches since last visit. She notes the frequency of her headaches remains stable since last visit. She continues to experience almost daily headaches, and patient reports that she will wake up with a headache. Headaches are nonlocalized to a specific region of her head. She admits to an intermittent pressure sensation to the frontal region of her head associated with some of her headaches. Patient admits to anxiety, depression, and recent stress following the death of her husband in October 2021. Patient continues on Elavil 20 mg QHS and Ubrelvy 100 mg PRN without complications. She reports Ubrelvy 100 mg PRN provides minimal relief to headaches.

**Review of Systems**
Normal ROS except as noted in HPI.

**Vitals & Measurements**

Vitals & Measurements
**T:** 97.6 °F **HR:** 88 **BP:** 118/70
**HT:** 154 cm **WT:** 54.8 kg **WT:** 120.83 lb **BMI:** 23
Primary Pain Intensity: 0

**Physical Exam**
NEURO EXAM
Mental Status: Alert and oriented x4, Normal speech and comprehension
Cranial Nerves: Pupils equal and reactive, EOMI, no facial asymmetry, midline tongue
Motor: No pronator drift, 5/5 strength throughout.
Reflexes: Symmetric with normal plantar responses.
Sensory: denies sensory deficits to light touch

**Problem List/Past Medical History**
Ongoing
- Asthma
- Breast cancer
- Dependent edema
- Hypothyroidism
- Syncope

**Procedure/Surgical History**
cerebral angiogram: 05/13/21

**Allergies**
Lincocin (hives)
Dilaudid (Hallucinations)
traMADol (burning)

**Medications**
Aleve, 440 mg, Oral, as needed
amitriptyline 10 mg oral tablet, 10 mg= 1 tab, Oral, bedtime, 5 refills
ProAir HFA 90 mcg/inh inhalation aerosol, 2 puff, INH, as needed
Symbicort 160/4.5 inhaler, 2 puff, INH, 2times/day
tamoxifen 20 mg oral tablet, 20 mg= 1 tab, Oral, daily (standard)
Xanax 1 mg oral tablet, 1 mg= 1 tab, Oral, daily (standard), PRN
Zofran 8 mg oral tablet, 8 mg= 1 tab, Oral, 8hr (standard), PRN
Zoloft 100 mg oral tablet, 100 mg= 1 tab, Oral, 2times/day

**Social History**
Smoking Status - 11/30/2021
Former smoker
Alcohol - Low Risk, 05/20/2019
Substance Abuse - Denies Substance Abuse, 05/20/2019
Tobacco - Denies Tobacco Use, 05/20/2019

**Family History**
Cardiovascular disease: Father.
High blood pressure: Mother.

Printed by: Awad MEDASST, Penny Lee
Printed on: 12/14/2021 9:42 CST

Coordination: No dysmetria on finger to nose
Gait: normal

**Lab Results**
WBC: 9 K/UL (05/14/21)
Hgb: 13.8 gram/dL (05/14/21)
Hct: 41.5 % (05/14/21)
Platelet Count, Automated: 212 K/UL (05/14/21)
ESR(Westergren): 2 mm/hr (05/11/21)
Abs Neutrophil #: 8.3 K/UL High (05/14/21)
PT: 14.1 second(s) (05/13/21)
INR: 1.1 (05/13/21)
PTT: 26.4 second(s) (05/13/21)
Sodium Level: 141 mEq/L (05/14/21)
Potassium Level: 4.2 mEq/L (05/14/21)
Chloride Level: 102 mEq/L (05/14/21)
Bicarbonate, CO2: 29 mEq/L (05/14/21)
Glucose, Plasma: 109 mg/dL High (05/14/21)
Calcium Level: 8.9 mg/dL (05/14/21)
Blood Urea Nitrogen: 9 mg/dL (05/14/21)
Creatinine: 0.5 mg/dL (05/14/21)
Bun:Creatinine Ratio: 18 Ratio (05/14/21)
Magnesium Level: 2 mg/dL (05/11/21)
ALT: 15 unit/L (05/11/21)
AST: 16 unit/L (05/11/21)
PRO-BNP: 182.7 Picogram/mL High (05/08/19)

**Diagnostic Results**
**Data Review:**
Previous neurology notes reviewed. Brain MRIs reviewed. CBC and CMP reviewed.

**(10/01/2021 11:01 CDT MRI Brain w/ + w/o Contrast)**
**IMPRESSION:**
NO EVIDENCE FOR ACUTE INFARCT.

STABLE MINIMAL CHANGES OF SMALL VESSEL ISCHEMIC DISEASE.
[1]

**(07/08/2021 11:57 CDT MRI Brain w/ + w/o Contrast)**
**IMPRESSION:**
Interval resolution of T2 signal abnormality and corresponding leptomeningeal enhancement throughout the cortical sulci of bilateral cerebral hemispheres. Abnormal SWI imaging throughout the cortical sulci/subarachnoid spaces of bilateral cerebral hemispheres, suggesting chronic subarachnoid hemorrhage.

Mild chronic microvascular ischemic change.

No acute intracranial abnormality, evidence of recent infarction, nor abnormal enhancement. [2]

**Assessment/Plan**
1. Encephalitis
2. Headache
3. Depression

**Assessment/Plan:**
Patient reports continued frequent headaches improved in intensity since last visit. She notes a pressure sensation associated with headaches. Patient admits to recent depression, stress, and anxiety following the death of her husband in October, as

High cholesterol: Brother.

Established Patient Note
* Final Report *

ROMAGOSA, LUCIA A - 4253231

well. She continues on Elavil 20 mg QHS and Ubrelvy 100 mg PRN without complications. Ubrelvy 100 mg PRN provides only minimal relief. Patient's repeat Brain MRI performed 10/01/2021 shows expected evolution of her prior findings. She has been reassured that findings on the Brain MRI show improvement. Patient's headaches are not out of the ordinary given her recent episode of encephalitis. I suspect her recent stress/anxiety is exacerbating her headaches. She will remain off work while recovering. Will increase patient's Elavil dose to 25 mg QHS. Will start patient on Nurtec PRN in place of Ubrevly for acute relief to headaches. Patient will follow up in clinic in 6 weeks. I have recommended that the patient establish care with a therapist, as well, for her depression.

**Scribe attestation:**
I, Chelsea Everett, scribed the above HPI for Dr. Segura on 11/30/2021.
The above HPI was transcribed for me by scribe Chelsea Everett. I personally performed the history, exam, and medical decision making and confirm that the transcribed note accurately reflects my work.

[1] MRI Brain w/ + w/o Contrast; Singha MD, Puneet K 10/01/2021 11:01 CDT
[2] MRI Brain w/ + w/o Contrast; Fuzzard MD, Susan C 07/08/2021 11:57 CDT

**Signature Line**

[Electronically Signed on 11/30/21 04:20 PM]
------------------------------------------------
Segura MD, Enrique

[Document created and electronically Signed on 11/30/21 11:38 AM]
------------------------------------------------
Everett , Chelsea Nicole

[Modified on 11/30/2021 11:38 AM]
------------------------------------------------
Everett , Chelsea Nicole

**Completed Action List:**
* Modify by Everett , Chelsea Nicole on November 30, 2021 11:38 CST
* Modify by Everett , Chelsea Nicole on November 30, 2021 11:38 CST
* Modify by Everett , Chelsea Nicole on November 30, 2021 11:38 CST
* Sign by Everett , Chelsea Nicole on November 30, 2021 11:38 CST Requested by Everett , Chelsea Nicole on November 30, 2021 11:38 CST
* Modify by Everett , Chelsea Nicole on November 30, 2021 11:44 CST
* Perform by Segura MD, Enrique on November 30, 2021 16:20 CST
* Sign by Segura MD, Enrique on November 30, 2021 16:20 CST Requested by Everett , Chelsea Nicole on November 30, 2021 11:38 CST
* VERIFY by Segura MD, Enrique on November 30, 2021 16:20 CST

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

| | |
|---|---|
| Date: | December 14, 2021 |
| To: | ENRIQUE SEGURA |
| Attn: | Penny **Urgent** |
| Fax: | (504) 456-5172 |
| From: | Bre-Ann Perkins<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 559-1991 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 11459291<br>Claimant: Lucia Romagosa<br><br>Lcmc Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

December 14, 2021

Enrique Segura

RE: Short Term Disability (STD) and Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 11459291 and 12028057
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Enrique Segura:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Lcmc Health's Group Disability Plan. We are writing in reference to Lucia Romagosa's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you on November 8, 2021. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by December 17, 2021.

****Please include medical records from May 7, 2021 through the present, including 11/30/21 office visit. ****

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Bre-Ann Perkins
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 69795
Secure Fax No.: (603) 559-1991

Attachments: 12028057-REQUEST-PROVIDER-11.08.2021

MRI Brain w/ + w/o Contrast
* Final Report *

ROMAGOSA, LUCIA A - 4253231

Result type: MRI Brain w/ + w/o Contrast
Result date: May 11, 2021 8:10 CDT
Result status: Modified
Result title: MRI Brain w/ + w/o Contrast
Performed by: Fuzzard MD, Susan C on May 11, 2021 9:01 CDT
Verified by: Fuzzard MD, Susan C on May 11, 2021 9:01 CDT
Encounter info: 4253231-0833, EAST JEFFERSON, Outpatient, 5/11/2021 - 5/11/2021

*** Final Report ***

**Reason For Exam**
G43.909

**REPORT**

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
Patient Number: 42532310833 --- Patient Name: ROMAGOSA "" "", LUCIA A
Ordering Physician: Hickham MD, Michael J
= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Clinical data: General symptoms, other, 780.09. Headaches. Migraine headache.

MRI BRAIN WITH AND WITHOUT CONTRAST

Procedure: Multiplanar, multi-sequence MR images through the brain were obtained pre-and post gadolinium contrast material administration. In addition diffusion weighted imaging was performed.

Findings:
There is T2 signal abnormality within the subarachnoid spaces seen on FLAIR images within the cortical sulci of bilateral temporal, parietal, and occipital lobes, most noted on the right. There is corresponding leptomeningeal enhancement on postcontrast images. Findings may represent infection, inflammation, or subarachnoid blood. There are multiple small foci of T2 shine through within the subarachnoid spaces on diffusion-weighted images. No evidence of restricted diffusion or recent infarction. In addition there are multiple foci of T2*artifact on SWI imaging within the subarachnoid spaces.

The ventricles are normal in size and position. Normal flow voids are seen within the larger intracranial arteries and dural sinuses. The imaged paranasal sinuses and mastoid air cells are clear.

IMPRESSION:
Abnormal T2 signal abnormality and corresponding leptomeningeal enhancement throughout the cortical sulci of bilateral cerebral hemispheres. Findings may represent infection,

Printed by: Awad MEDASST, Penny Lee
Printed on: 12/14/2021 9:41 CST

MRI Brain w/ + w/o Contrast
* Final Report *

ROMAGOSA, LUCIA A - 4253231

inflammation, or subarachnoid blood. Further evaluation with CSF sampling recommended.

**Signature Line**
***** Final *****

Finalized: Fuzzard MD, Susan C 05/11/2021 09:01

**MRI Brain w/ + w/o Contrast**
This document has an image

**Completed Action List:**
* Order by Hickham MD, Michael J on May 10, 2021 10:19 CDT
* Perform by Morel XRAY, Lauren L on May 11, 2021 8:10 CDT
* VERIFY by Fuzzard MD, Susan C on May 11, 2021 9:01 CDT

MRA Head w/o Contrast
* Final Report *

ROMAGOSA, LUCIA A - 4253231

| | |
|---|---|
| Result type: | MRA Head w/o Contrast |
| Result date: | May 12, 2021 6:14 CDT |
| Result status: | Auth (Verified) |
| Result title: | MRA Head w/o Contrast |
| Performed by: | Singha MD, Puneet K on May 12, 2021 9:24 CDT |
| Verified by: | Singha MD, Puneet K on May 12, 2021 9:24 CDT |
| Encounter info: | 4253231-0834, EAST JEFFERSON, Inpatient, 5/11/2021 - 5/14/2021 |

# * Final Report *

**Reason For Exam**
Headache

**REPORT**

==========================================
Patient Number: 42532310834 --- Patient Name: ROMAGOSA "" "", LUCIA A
Ordering Physician: Melcher MD, Archibald L
==========================================

MRA OF CIRCLE OF WILLIS

Clinical history: Headache
DIAG: R51.9 - Headache, unspecified
Reason for Visit: Headache, unspecified; ABNORML FIND DX ING OTH BODY STRUC

Findings:

Three dimensional time of flight magnetic resonance angiography of the circle of Willis was performed.

Antegrade flow is identified in the vertebral and carotid arteries. The carotid arteries demonstrate no significant stenosis. The anterior and middle cerebral arteries have a normal appearance. The basilar artery and its branches are normal. The posterior cerebral arteries are normal. The posterior cerebral arteries originate from the basilar. Posterior communicating arteries are absent bilaterally. No evidence of aneurysm, stenosis or other vascular abnormality is identified. On the FLAIR images, there is abnormal subarachnoid signal along the temporoparietal and occipital lobes, similar to MRI scan dated 5/11/2021.

IMPRESSION:

NORMAL MRA OF CIRCLE OF WILLIS.

Printed by: Awad MEDASST, Penny Lee
Printed on: 12/14/2021 9:41 CST

MRA Head w/o Contrast
* Final Report *

ROMAGOSA, LUCIA A - 4253231

**Signature Line**
***** Final *****

Finalized: Singha MD, Puneet K 05/12/2021 09:24

**MRA Head w/o Contrast**
This document has an image

**Completed Action List:**
* Order by Melcher MD, Archibald L on May 11, 2021 21:32 CDT
* Perform by Morel XRAY, Lauren L on May 12, 2021 6:14 CDT
* VERIFY by Singha MD, Puneet K on May 12, 2021 9:24 CDT

Consultant Report
* Final Report *

ROMAGOSA, LUCIA A - 4253231

| | |
|---|---|
| Result type: | Consultant Report |
| Result date: | May 12, 2021 10:09 CDT |
| Result status: | Auth (Verified) |
| Result title: | Consult Note |
| Performed by: | Segura MD, Enrique on May 12, 2021 10:20 CDT |
| Verified by: | Segura MD, Enrique on May 12, 2021 10:20 CDT |
| Encounter info: | 4253231-0834, EAST JEFFERSON, Inpatient, 5/11/2021 - 5/14/2021 |

# * Final Report *

**Date of Service**
May 12, 2021

**Requesting Physician**
Dr. Putnam

**Reason for Consultation**
Leptomeningeal enhancement and headaches

**History of Present Illness**
The patient is a 61-year-old female with medical history significant for breast cancer that was treated with bilateral mastectomy in 2012, anxiety. The patient was sent to the emergency room due to 3 to 4 weeks history of headaches and a brain MRI that showed leptomeningeal enhancement with some subarachnoid blood. The patient reports that on April 10 she received the Johnson & Johnson Covid vaccine. Then approximately 5 days after receiving the vaccine she began suffering from a holocephalic headache. She describes it as a vice around her head. The headache is associated with photophobia, phonophobia and nausea. The headaches have been persistent. She denies any focal motor or sensory deficits. At times she has felt changes in her vision in the form of blurred vision. The patient's husband also describes minor cognitive changes. She denies any exposure to potential insect bites or ticks. She denies any fevers or chills. The patient works as a nurse at Children's Hospital and does not remember being exposed to any patients with viral infection or encephalitis. CSF studies have been done and show xanthochromia, elevated protein level of 267. Her white count is 19 and RBCs were 44. Bio fire panel has been negative.

**Review of Systems**
A ten point review of systems is negative except for headache, blurred vision, photophobia, phonophobia

**Problem List/Past Medical History**
Ongoing
- Asthma
- Breast cancer
- Dependent edema
- Hypothyroidism
- Syncope

Historical
- No qualifying data

**Procedure/Surgical History**
No qualifying data available.

**Medications**
Inpatient
- albuterol INHALATION solution 2.5mg/3mL NEBULIZER, 2.5 mg= 3 mL, NEB, RESP 4hr, PRN
- Ativan oral tablet, 0.5 mg= 1 tab, Oral, 8hr (standard), PRN
- D5 Lactated Ringers 1,000 mL, 1000 mL, IV Continuous
- dexamethasone injection, 4 mg, IV Push, 6hr (standard)
- Isovue-370, Per Radiology Protocol, IV Push, unscheduled
- sertraline, 100 mg= 1 tab, Oral, 2times/day
- Toradol injection, 15 mg= 0.5 mL, IV Push, 6hr (standard), PRN
- Tylenol oral tablet, 650 mg= 2 tab, Oral, 6hr (standard), PRN

Consultant Report
* Final Report *

ROMAGOSA, LUCIA A - 4253231

Zofran injection, 4 mg= 2 mL, IV Push, 6hr (standard), PRN

Home
Aleve, 440 mg, Oral, as needed
ProAir HFA 90 mcg/inh inhalation aerosol, 2 puff, INH, as needed
Symbicort 160/4.5 inhaler, 2 puff, INH, 2times/day
Zofran 8 mg oral tablet, 8 mg= 1 tab, Oral, 8hr (standard), PRN
Zoloft 100 mg oral tablet, 100 mg= 1 tab, Oral, 2times/day

**Allergies**
Lincocin (hives)
Dilaudid (Hallucinations)
traMADol (burning)

**Social History**
Smoking Status - 05/11/2021
Non smoker
Alcohol - Low Risk, 05/20/2019
Substance Abuse - Denies Substance Abuse, 05/20/2019
Tobacco - Denies Tobacco Use, 05/20/2019

**Family History**
Cardiovascular disease: Father.
High blood pressure: Mother.
High cholesterol: Brother.

**Immunizations**
**Immunizations All Encounters**
No qualifying data available.

**Physical Exam**

Vitals & Measurements
**T:** 98.1 °F **TMIN:** 98.1 °F **TMAX:** 98.7 °F **HR:** 62 **RR:** 16 **BP:** 102/66
Oxygen Saturation: 94 %
Oxygen Therapy: Room air
Primary Pain Intensity: 4

GENERAL: Pleasant 61-year-old Caucasian female. Well-nourished. Normal affect and mood.
EXTREMITIES: No peripheral edema, good peripheral pulses.
NEUROLOGIC EXAM:
Mental Status: Alert and oriented x 4. Normal speech and comprehension
Cranial Nerves: Pupils equal and reactive to light, extraocular movements intact, no visual field deficits, no facial asymmetry, facial sensation intact, midline tongue, 5/5 strength of SCM and trapezius bilaterally.
Motor Exam: 5/5 strength throughout upper and lower extremities with normal bulk and tone.
Reflexes: 2+ symmetrically on upper and lower extremities. Normal plantar responses.
Sensory: Grossly intact to light touch throughout.
Coordination: Normal finger to nose and heel to shin bilaterally.
Gait: Deferred

**Lab Results**

| Test Name | Test Result | Date/Time |
|---|---|---|
| CSF Color | Xanthochromic | 05/11/2021 18:45 CDT |
| CSF Color | Xanthochromic | 05/11/2021 18:45 CDT |
| CSF RBCS | 44 | 05/11/2021 18:45 CDT |
| CSF RBCS | 67 | 05/11/2021 18:45 CDT |
| CSF WBC & Nuc. Cells | 19 /mm3 (High) | 05/11/2021 18:45 CDT |
| CSF WBC & Nuc. Cells | 26 /mm3 (High) | 05/11/2021 18:45 CDT |
| Protein, CSF | 267.6 mg/dL (High) | 05/11/2021 18:45 CDT |

Printed by: Awad MEDASST, Penny Lee
Printed on: 12/14/2021 9:41 CST

**Current Lab Results (last 24 hrs)**
WBC: 6.4 K/UL
Hgb: 12.5 gram/dL
Hct: 37.7 %
Platelet Count, Automated: 187 K/UL
PT: 13.7 second(s)
INR: 1
PTT: 24.8 second(s)
Blood Urea Nitrogen: 13 mg/dL
Sodium Level: 141 mEq/L
Potassium Level: 3.9 mEq/L
Chloride Level: 105 mEq/L
Bicarbonate, CO2: 28 mEq/L
Glucose, Plasma: 104 mg/dL High
Creatinine: 0.3 mg/dL Low
Bun:Creatinine Ratio: 43 Ratio High
Calc Osmolality: 282 mOsm/kg
Anion Gap: 12 mEq/L
Calcium Level: 8.3 mg/dL Low

**Diagnostic Results**
(05/11/2021 08:10 CDT MRI Brain w/ + w/o Contrast)
IMPRESSION:
Abnormal T2 signal abnormality and corresponding leptomeningeal enhancement throughout the cortical sulci of bilateral cerebral hemispheres. Findings may represent infection, inflammation, or subarachnoid blood. Further evaluation with CSF sampling recommended. [1]

(05/12/2021 06:14 CDT MRA Head w/o Contrast)
IMPRESSION:

NORMAL MRA OF CIRCLE OF WILLIS. [2]

**Assessment**
61-year-old female with medical history significant for breast cancer, bilateral mastectomy in 2012, on oral tamoxifen. Patient sent to the emergency room due to persistent headache for the past 3 or 4 weeks and a brain MRI that showed leptomeningeal enhancement with subarachnoid blood. Symptoms began approximately 5 days after receiving her Johnson & Johnson Covid vaccine. Her lumbar puncture shows elevated protein level, elevated WBC and xanthochromia. MRA of the head is negative. She does not look toxic to suggest a bacterial etiology. We will need to rule out malignancy with CTs of her chest abdomen and pelvis. Infectious disease will be consulted for further assistance. I will order a CRP, ANA, ACE level, SSA, SSB, rheumatoid factor to rule out inflammatory/autoimmune etiology. Given the presence of subarachnoid blood on MRI and xanthochromia on her LP I will have neurosurgery evaluate the need for a cerebral angiogram. She will also be given 2 doses of Decadron 4 mg IV spaced 6 hours apart to hopefully assist with her headache.

**Plan**
-Infectious disease consult
-Neurosurgery consult
-Dexamethasone 4 mg IV every 6 hours x2 doses
-CRP, ANA, ACE level, SSA, SSB, rheumatoid factor
-CT of chest, abdomen and pelvis to rule out malignancy

**Diagnosis and Plan**
1. Headache
2. Abnormal MRI
3. Anxiety

Consultant Report
* Final Report *

ROMAGOSA, LUCIA A - 4253231

Orders:
dexamethasone, 4 mg, Injection, IV Push, Freq: 6hr (standard), 2, dose(s), Routine, 05/12/21 12:00:00 CDT, Stop date 05/12/21 18:00:00 CDT
iopamidol, Per Radiology Protocol, IV Push, Freq: unscheduled 1, dose(s), Routine, 05/12/21 10:05:27 CDT, pt's weight between 46kg and 63kg = 80 cc; pt's weight between 64kg and 90kg = 100 cc; pt's weight between 91kg and 148kg = 120 cc; pt's weight 149kg or gre...
Angiotensin Converting Enzyme
Antinuclear Antibody
C-Reactive Protein
Consult Physician
Consult Physician
CT Abd/Pelvis w/ + w/o Contrast
CT Chest w/o Contrast
Rheumatoid Factor
Sjogren's Antibody (SSA,SSB)

**Disclaimer**
This document was created using voice recognition software (Dragon). Although it may be edited, this document may contain errors related to incorrect recognition of the spoken word, please call the physician for clarification.

[1] MRI Brain w/ + w/o Contrast; Fuzzard MD, Susan C 05/11/2021 08:10 CDT
[2] MRA Head w/o Contrast; Singha MD, Puneet K 05/12/2021 06:14 CDT

**Signature Line**

[Electronically Signed on 05/12/21 10:20 AM]

Segura MD, Enrique

**Completed Action List:**
* Perform by Segura MD, Enrique on May 12, 2021 10:20 CDT
* Sign by Segura MD, Enrique on May 12, 2021 10:20 CDT
* VERIFY by Segura MD, Enrique on May 12, 2021 10:20 CDT

Progress Note
* Final Report *

ROMAGOSA, LUCIA A - 4253231

| | |
|---|---|
| Result type: | Progress Note |
| Result date: | May 13, 2021 11:40 CDT |
| Result status: | Modified |
| Result title: | Progress/SOAP Note |
| Performed by: | Segura MD, Enrique on May 13, 2021 14:14 CDT |
| Verified by: | Segura MD, Enrique on May 13, 2021 14:14 CDT |
| Encounter info: | 4253231-0834, EAST JEFFERSON, Inpatient, 5/11/2021 - 5/14/2021 |

## * Final Report *
## Document Contains Addenda

**Addendum by Segura MD, Enrique on May 13, 2021 14:14:25 CDT (Verified)**
Attending Note:
Patient seen and examined. Agree with above NP's note, assessment and plan.
Patient has been stable. Steroids did help with her headache yesterday. She has gone for cerebral angiogram and results will be followed. Work-up has been unremarkable so far. Immunological reaction to Johnson & Johnson Covid vaccine is suspected.

**Signature Line**

[Electronically Signed on 05/13/21 02:15 PM]
---------------------------------------------
Segura MD, Enrique

[Modified on 05/13/2021 02:15 PM]
---------------------------------------------
Segura MD, Enrique

**Reason for my seeing this patient today**
Leptomeningeal enhancement and headaches

**Subjective**
Patient reports morning bitemporal headache this morning. She stated the steroids "helped tremendously"

**Objective**

Vitals & Measurements
**T:** 98.7 °F **TMIN:** 98 °F **TMAX:** 98.7 °F **HR:** 62 **RR:** 16 **BP:** 135/83 **HT:** 154 cm **HT:** 154 cm **WT:** 51.82 kg
**WT:** 51.82 kg **BMI:** 22 **BMI:** 22
Oxygen Saturation: 96 %

Intake and Output
Intake Last 24 hrs: 2987
Output Last 24 hrs: 0

Progress Note
* Final Report *



Balance Last 24 hrs: 2987
Intake Last 48 hrs: 628
Output Last 48 hrs: 0
Balance Last 48 hrs: 628

Weight

**Yesterday Weight:** 51.82 kg 12-MAY-2021 14:50:55.00

**Admit Weight:** 51.82 kg 12-MAY-2021 15:13:32.00

Physical Exam
NEUROLOGIC EXAM:
Mental Status: Alert and oriented x 4. Normal speech and comprehension
Cranial Nerves: Pupils equal and reactive to light, extraocular movements intact, no visual field deficits, no facial asymmetry, facial sensation intact, midline tongue, 5/5 strength of SCM and trapezius bilaterally.
Motor Exam: 5/5 strength throughout upper and lower extremities with normal bulk and tone.
Reflexes: 2+ symmetrically on upper and lower extremities. Normal plantar responses.
Sensory: Grossly intact to light touch throughout.
Coordination: Normal finger to nose and heel to shin bilaterally.
Gait: Deferred

Lab Results
**Current Lab Results (last 24 hrs)**
WBC: 8.9 K/UL
Hgb: 12.6 gram/dL
Hct: 37.7 %
Platelet Count, Automated: 202 K/UL
PT: 14.1 second(s)
INR: 1.1
PTT: 26.4 second(s)
Blood Urea Nitrogen: 8 mg/dL
Sodium Level: 140 mEq/L
Potassium Level: 3.8 mEq/L
Chloride Level: 104 mEq/L
Bicarbonate, CO2: 26 mEq/L
Glucose, Plasma: 103 mg/dL High
Creatinine: 0.4 mg/dL Low
Bun:Creatinine Ratio: 20 Ratio
Calc Osmolality: 278 mOsm/kg
Anion Gap: 14 mEq/L
Calcium Level: 8.7 mg/dL

Diagnostic Results
(05/11/2021 08:10 CDT MRI Brain w/ + w/o Contrast)
IMPRESSION:
Abnormal T2 signal abnormality and corresponding leptomeningeal enhancement throughout the cortical sulci of bilateral cerebral hemispheres. Findings may represent infection, inflammation, or subarachnoid blood. Further evaluation with CSF sampling recommended. [1]

(05/12/2021 06:14 CDT MRA Head w/o Contrast)
IMPRESSION:

NORMAL MRA OF CIRCLE OF WILLIS. [2]

CT Abd/pelvis w/wo contrast
NONSPECIFIC TRACE AMOUNT OF FREE FLUID IN THE PELVIS.
OTHERWISE, NEGATIVE CAT SCAN OF THE ABDOMEN.

Progress Note
* Final Report *

ROMAGOSA, LUCIA A - 4253231

CT chest w/contrast
NEGATIVE CT SCAN OF THE CHEST WITH CONTRAST.

**Assessment**
61-year-old female with medical history significant for breast cancer, bilateral mastectomy in 2012, on oral tamoxifen. Patient sent to the emergency room due to persistent headache for the past 3 or 4 weeks and a brain MRI that showed leptomeningeal enhancement with subarachnoid blood. Symptoms began approximately 5 days after receiving her Johnson & Johnson Covid vaccine. Her lumbar puncture shows elevated protein level, elevated WBC and xanthochromia. MRA of the head is negative. She does not look toxic to suggest a bacterial etiology. Infectious disease consulted for further assistance.

CTs of her chest abdomen and pelvis were unremarkable. Labs: CRP, ANA, ACE level, SSA, SSB, rheumatoid factor to rule out inflammatory/autoimmune etiology. She has completed 2 doses of Decadron 4 mg IV which assisted with her headache. Cerebral angiogram today per NSGY. Neuro exam stable.

**Plan**
Cerebral angiogram per NSGY.

**Diagnosis and Plan**
1. Headache
2. Abnormal MRI
3. Anxiety
4. Hx of breast cancer

**Disclaimer**
This document was created using voice recognition software (Dragon). Although it may be edited, this document may contain errors related to incorrect recognition of the spoken word, please call the physician for clarification.

**Signature Line**

[Electronically Signed on 05/13/21 02:14 PM]
------------------------------------------------
Segura MD, Enrique

[Document created and electronically Signed on 05/13/21 11:56 AM]
------------------------------------------------
Smith NP, Britta Christine

[Modified on 05/13/2021 11:56 AM]
------------------------------------------------
Smith NP, Britta Christine

**Completed Action List:**
* Modify by Smith NP, Britta Christine on May 13, 2021 11:56 CDT
* Sign by Smith NP, Britta Christine on May 13, 2021 11:56 CDT
* Perform by Segura MD, Enrique on May 13, 2021 14:14 CDT
* Sign by Segura MD, Enrique on May 13, 2021 14:14 CDT Requested by Smith NP, Britta

Progress Note
* Final Report *

Christine on May 13, 2021 11:56 CDT
* VERIFY by Segura MD, Enrique on May 13, 2021 14:14 CDT
* Modify by Segura MD, Enrique on May 13, 2021 14:15 CDT
* Sign by Segura MD, Enrique on May 13, 2021 14:15 CDT

Established Patient Note
* Final Report *

ROMAGOSA, LUCIA A - 4253231

Result type: Established Patient Note
Result date: November 30, 2021 11:11 CST
Result status: Auth (Verified)
Result title: Neurology Clinic Office Visit Note
Performed by: Segura MD, Enrique on November 30, 2021 16:20 CST
Verified by: Segura MD, Enrique on November 30, 2021 16:20 CST
Encounter info: 4253231-0842, EJNA, Clinic Outpatient, 11/30/2021 - 11/30/2021

# * Final Report *

**Date of Service**
30-NOV-2021 10:57

**Chief Complaint**
RV-HEADACHES AND PAPERWORK

**History of Present Illness**
62 y/o female with a medical history significant for encephalitis, headaches, anxiety, hypothyroidism, and breast cancer s/p bilateral mastectomy (2012) returns to the clinic today for a follow up. On last visit, patient reported continued headaches and dizziness secondary to encephalitis recovery. Patient was to remain off work while recovering. She was started on Elavil 10 mg QHS for headache prevention. Patient's Ubrelvy dose was increased to 100 mg PRN for acute relief of headaches. A prescription for a Medrol Dosepak was also administered to patient to hopefully assist with daily headaches. Patient was sent for repeat Brain MRI and testing to r/o Lyme disease, as well. Lyme disease testing was not completed by patient. Repeat Brain MRI performed 10/01/2021 revealed expected evolution of her prior findings. Today, patient reports improvement to intensity of headaches since last visit. She notes the frequency of her headaches remains stable since last visit. She continues to experience almost daily headaches, and patient reports that she will wake up with a headache. Headaches are nonlocalized to a specific region of her head. She admits to an intermittent pressure sensation to the frontal region of her head associated with some of her headaches. Patient admits to anxiety, depression, and recent stress following the death of her husband in October 2021. Patient continues on Elavil 20 mg QHS and Ubrelvy 100 mg PRN without complications. She reports Ubrelvy 100 mg PRN provides minimal relief to headaches.

**Review of Systems**
Normal ROS except as noted in HPI.

**Vitals & Measurements**

Vitals & Measurements
**T:** 97.6 °F **HR:** 88 **BP:** 118/70
**HT:** 154 cm **WT:** 54.8 kg **WT:** 120.83 lb **BMI:** 23
Primary Pain Intensity: 0

**Physical Exam**
NEURO EXAM
Mental Status: Alert and oriented x4, Normal speech and comprehension
Cranial Nerves: Pupils equal and reactive, EOMI, no facial asymmetry, midline tongue
Motor: No pronator drift, 5/5 strength throughout.
Reflexes: Symmetric with normal plantar responses.
Sensory: denies sensory deficits to light touch

**Problem List/Past Medical History**
Ongoing
- Asthma
- Breast cancer
- Dependent edema
- Hypothyroidism
- Syncope

**Procedure/Surgical History**
cerebral angiogram: 05/13/21

**Allergies**
Lincocin (hives)
Dilaudid (Hallucinations)
traMADol (burning)

**Medications**
Aleve, 440 mg, Oral, as needed
amitriptyline 10 mg oral tablet, 10 mg= 1 tab, Oral, bedtime, 5 refills
ProAir HFA 90 mcg/inh inhalation aerosol, 2 puff, INH, as needed
Symbicort 160/4.5 inhaler, 2 puff, INH, 2times/day
tamoxifen 20 mg oral tablet, 20 mg= 1 tab, Oral, daily (standard)
Xanax 1 mg oral tablet, 1 mg= 1 tab, Oral, daily (standard), PRN
Zofran 8 mg oral tablet, 8 mg= 1 tab, Oral, 8hr (standard), PRN
Zoloft 100 mg oral tablet, 100 mg= 1 tab, Oral, 2times/day

**Social History**
Smoking Status - 11/30/2021
Former smoker
Alcohol - Low Risk, 05/20/2019
Substance Abuse - Denies Substance Abuse, 05/20/2019
Tobacco - Denies Tobacco Use, 05/20/2019

**Family History**
Cardiovascular disease: Father.
High blood pressure: Mother.

Coordination: No dysmetria on finger to nose
Gait: normal

**Lab Results**
WBC: 9 K/UL (05/14/21)
Hgb: 13.8 gram/dL (05/14/21)
Hct: 41.5 % (05/14/21)
Platelet Count, Automated: 212 K/UL (05/14/21)
ESR(Westergren): 2 mm/hr (05/11/21)
Abs Neutrophil #: 8.3 K/UL High (05/14/21)
PT: 14.1 second(s) (05/13/21)
INR: 1.1 (05/13/21)
PTT: 26.4 second(s) (05/13/21)
Sodium Level: 141 mEq/L (05/14/21)
Potassium Level: 4.2 mEq/L (05/14/21)
Chloride Level: 102 mEq/L (05/14/21)
Bicarbonate, CO2: 29 mEq/L (05/14/21)
Glucose, Plasma: 109 mg/dL High (05/14/21)
Calcium Level: 8.9 mg/dL (05/14/21)
Blood Urea Nitrogen: 9 mg/dL (05/14/21)
Creatinine: 0.5 mg/dL (05/14/21)
Bun:Creatinine Ratio: 18 Ratio (05/14/21)
Magnesium Level: 2 mg/dL (05/11/21)
ALT: 15 unit/L (05/11/21)
AST: 16 unit/L (05/11/21)
PRO-BNP: 182.7 Picogram/mL High (05/08/19)

**Diagnostic Results**
**Data Review:**
Previous neurology notes reviewed. Brain MRIs reviewed. CBC and CMP reviewed.

**(10/01/2021 11:01 CDT MRI Brain w/ + w/o Contrast)**
**IMPRESSION:**
NO EVIDENCE FOR ACUTE INFARCT.

STABLE MINIMAL CHANGES OF SMALL VESSEL ISCHEMIC DISEASE.
[1]

**(07/08/2021 11:57 CDT MRI Brain w/ + w/o Contrast)**
**IMPRESSION:**
Interval resolution of T2 signal abnormality and corresponding leptomeningeal enhancement throughout the cortical sulci of bilateral cerebral hemispheres. Abnormal SWI imaging throughout the cortical sulci/subarachnoid spaces of bilateral cerebral hemispheres, suggesting chronic subarachnoid hemorrhage.

Mild chronic microvascular ischemic change.

No acute intracranial abnormality, evidence of recent infarction, nor abnormal enhancement. [2]

**Assessment/Plan**
1. Encephalitis
2. Headache
3. Depression

**Assessment/Plan:**
Patient reports continued frequent headaches improved in intensity since last visit. She notes a pressure sensation associated with headaches. Patient admits to recent depression, stress, and anxiety following the death of her husband in October, as

High cholesterol: Brother.

well. She continues on Elavil 20 mg QHS and Ubrelvy 100 mg PRN without complications. Ubrelvy 100 mg PRN provides only minimal relief. Patient's repeat Brain MRI performed 10/01/2021 shows expected evolution of her prior findings. She has been reassured that findings on the Brain MRI show improvement. Patient's headaches are not out of the ordinary given her recent episode of encephalitis. I suspect her recent stress/anxiety is exacerbating her headaches. She will remain off work while recovering. Will increase patient's Elavil dose to 25 mg QHS. Will start patient on Nurtec PRN in place of Ubrevly for acute relief to headaches. Patient will follow up in clinic in 6 weeks. I have recommended that the patient establish care with a therapist, as well, for her depression.

**Scribe attestation:**
I, Chelsea Everett, scribed the above HPI for Dr. Segura on 11/30/2021.
The above HPI was transcribed for me by scribe Chelsea Everett. I personally performed the history, exam, and medical decision making and confirm that the transcribed note accurately reflects my work.

[1] MRI Brain w/ + w/o Contrast; Singha MD, Puneet K 10/01/2021 11:01 CDT
[2] MRI Brain w/ + w/o Contrast; Fuzzard MD, Susan C 07/08/2021 11:57 CDT

**Signature Line**

[Electronically Signed on 11/30/21 04:20 PM]
------------------------------------------------
Segura MD, Enrique

[Document created and electronically Signed on 11/30/21 11:38 AM]
------------------------------------------------
Everett , Chelsea Nicole

[Modified on 11/30/2021 11:38 AM]
------------------------------------------------
Everett , Chelsea Nicole

**Completed Action List:**
* Modify by Everett , Chelsea Nicole on November 30, 2021 11:38 CST
* Modify by Everett , Chelsea Nicole on November 30, 2021 11:38 CST
* Modify by Everett , Chelsea Nicole on November 30, 2021 11:38 CST
* Sign by Everett , Chelsea Nicole on November 30, 2021 11:38 CST Requested by Everett , Chelsea Nicole on November 30, 2021 11:38 CST
* Modify by Everett , Chelsea Nicole on November 30, 2021 11:44 CST
* Perform by Segura MD, Enrique on November 30, 2021 16:20 CST
* Sign by Segura MD, Enrique on November 30, 2021 16:20 CST Requested by Everett , Chelsea Nicole on November 30, 2021 11:38 CST
* VERIFY by Segura MD, Enrique on November 30, 2021 16:20 CST

MRI Brain w/ + w/o Contrast
* Final Report *

ROMAGOSA, LUCIA A - 4253231

| | |
|---|---|
| Result type: | MRI Brain w/ + w/o Contrast |
| Result date: | October 01, 2021 11:01 CDT |
| Result status: | Auth (Verified) |
| Result title: | MRI Brain w/ + w/o Contrast |
| Performed by: | Singha MD, Puneet K on October 01, 2021 11:20 CDT |
| Verified by: | Singha MD, Puneet K on October 01, 2021 11:20 CDT |
| Encounter info: | 4253231-0839, EAST JEFFERSON, Outpatient, 10/1/2021 - 10/1/2021 |

## * Final Report *

**Reason For Exam**
Brain mass or lesion, follow-p

**REPORT**

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
Patient Number: 42532310839 --- Patient Name: ROMAGOSA "" "", LUCIA A
Ordering Physician: Segura MD, Enrique
= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

MRI SCAN BRAIN WITHOUT AND WITH CONTRAST ENHANCEMENT

Clinical history: Brain mass or lesion, follow-p
DIAG: G04.90 - Encephalitis and encephalomyelitis, unspecified
Reason for Visit: Encephalitis and encephalomyelitis, unspecified

Findings:

T1, T2, flair and diffusion imaging of the brain was performed in sagittal and axial planes. Contrast enhanced T1 weighted sagittal, axial and coronal images were also obtained. Comparison study: 7/8/2021.

There is no focus of restricted diffusion, to suggest acute stroke. Scattered areas of T2 hyperintensity in the subcortical and periventricular white matter are stable, likely representing minimal changes of small vessel ischemic disease. There is stable appearance of numerous punctate foci of abnormal signal on susceptibility weighted images, probably representing sequela of previous subarachnoid hemorrhage. There is no midline shift or mass effect. There is no abnormal leptomeningeal or intracranial enhancement. There is no midline shift or mass effect. T1 hyperintense foci in the right and left calvarium are stable. There is stable appearance of small CSF intensity extra-axial lesion lateral to the left frontal lobe, probably representing arachnoid cyst. The carotid and basilar arteries are patent. The pituitary, orbits, and paranasal sinuses are normal.

IMPRESSION:

Printed by: Awad MEDASST, Penny Lee
Printed on: 12/14/2021 9:42 CST

MRI Brain w/ + w/o Contrast
* Final Report *

ROMAGOSA, LUCIA A - 4253231

NO EVIDENCE FOR ACUTE INFARCT.

STABLE MINIMAL CHANGES OF SMALL VESSEL ISCHEMIC DISEASE.

**Signature Line**
***** Final *****

Finalized: Singha MD, Puneet K 10/01/2021 11:20

**MRI Brain w/ + w/o Contrast**
This document has an image

**Completed Action List:**
* Order by Segura MD, Enrique on September 20, 2021 14:52 CDT
* Perform by McInerney XRAY, Amanda B on October 01, 2021 11:01 CDT
* Assist by Reames XRAY, William P on October 01, 2021 11:01 CDT
* VERIFY by Singha MD, Puneet K on October 01, 2021 11:20 CDT

Printed by: Awad MEDASST, Penny Lee
Printed on: 12/14/2021 9:42 CST

Established Patient Note
* Final Report *

ROMAGOSA, LUCIA A - 4253231

| | |
|---|---|
| Result type: | Established Patient Note |
| Result date: | July 23, 2021 14:18 CDT |
| Result status: | Auth (Verified) |
| Result title: | Clinic Office Visit Note |
| Performed by: | Segura MD, Enrique on July 23, 2021 14:20 CDT |
| Verified by: | Segura MD, Enrique on July 23, 2021 14:20 CDT |
| Encounter info: | 4253231-0837, EJNA, Clinic Outpatient, 7/23/2021 - 7/23/2021 |

# * Final Report *

**Date of Service**
23-JUL-2021 12:53

**Chief Complaint**
HOSPITAL FOLLOW UP-MIGRAINES AND VERTIGO

**History of Present Illness**
62-year-old female with history significant for breast cancer, bilateral mastectomy in 2012, history of anxiety. The patient was seen and treated in the hospital back in May of this year due to encephalitis, possibly due to Johnson & Johnson Covid vaccine. At the time patient was complaining of severe headaches. She had an extensive work-up which was essentially unremarkable aside for elevated protein levels and CSF. The patient's symptoms improved with IV steroids. The CSF studies also showed xanthochromia and her brain MRI showed leptomeningeal enhancement with portions of small subarachnoid bleed. She was discharged home doing better. Since being home the patient has noticed progressive improvement of symptoms. However, she continues to have headaches and dizziness at times. A repeat brain MRI showed resolution of leptomeningeal enhancement and chronic findings of known subarachnoid bleeding.

**Review of Systems**
Review of systems negative except for above.

**Physical Exam**
NEURO EXAM
Mental Status: Alert and oriented x4, Normal speech and comprehension
Cranial Nerves: Pupils equal and reactive, EOMI, no facial asymmetry, midline tongue
Motor: No pronator drift, 5/5 strength throughout.
Reflexes: Symmetric with normal plantar responses.
Sensory: denies sensory deficits to light touch
Coordination: No dysmetria on finger to nose
Gait: normal

**Vitals & Measurements**

Vitals & Measurements
**T:** 98.1 °F **HR:** 65 **BP:** 128/70
**HT:** 154 cm **WT:** 53.63 kg **WT:** 118.25 lb **BMI:** 23
Primary Pain Intensity: 0

**Problem List/Past Medical History**
Ongoing
- Asthma
- Breast cancer
- Dependent edema
- Hypothyroidism
- Syncope

Historical
- No qualifying data

**Procedure/Surgical History**

Established Patient Note
* Final Report *

ROMAGOSA, LUCIA A - 4253231

cerebral angiogram: 05/13/21

**Medications**
Aleve, 440 mg, Oral, as needed
amitriptyline 10 mg oral tablet, 10 mg= 1 tab, Oral, bedtime, 5 refills
Medrol Dosepak 4 mg oral tablet, 1 packet, Oral, unscheduled
ProAir HFA 90 mcg/inh inhalation aerosol, 2 puff, INH, as needed
Symbicort 160/4.5 inhaler, 2 puff, INH, 2times/day
tamoxifen 20 mg oral tablet, 20 mg= 1 tab, Oral, daily (standard)
Xanax 1 mg oral tablet, 1 mg= 1 tab, Oral, daily (standard), PRN
Zofran 8 mg oral tablet, 8 mg= 1 tab, Oral, 8hr (standard), PRN
Zoloft 100 mg oral tablet, 100 mg= 1 tab, Oral, 2times/day

**Allergies**
Lincocin (hives)
Dilaudid (Hallucinations)
traMADol (burning)

**Social History**
Smoking Status - 07/23/2021
Former smoker
Alcohol - Low Risk, 05/20/2019
Substance Abuse - Denies Substance Abuse, 05/20/2019
Tobacco - Denies Tobacco Use, 05/20/2019

**Family History**
Cardiovascular disease: Father.
High blood pressure: Mother.
High cholesterol: Brother.

**Health Maintenance**
**Health Maintenance**
**Pending** (In the next year)
OverDue
Colorectal Screening due 12/13/19 and every 1 year(s)
Due
Asthma Management-Asthma Education due 07/23/21 and every 6 month(s)
Asthma Management-Spirometry due 07/23/21 Variable frequency
Asthma Management-Wright Peak Flow due 07/23/21 and every 6 month(s)
Asthma Management-Written Action Plan due 07/23/21 and every 1 year(s)
Breast Cancer Screening due 07/23/21 Variable frequency
HIV Screening due 07/23/21 and every 1 year(s)
Hepatitis C Screening due 07/23/21 One-time only
Due In Future
Influenza Vaccine not due until 09/03/21 Variable frequency
**Satisfied** (In the past 1 year)
Satisfied
Adult Wellness on 07/23/21. Satisfied by Segura MD, Enrique
Alcohol Use Screening on 07/23/21. Satisfied by Awad MEDASST, Penny Lee
Alcohol Use Screening on 05/12/21. Satisfied by Sawyer RN, Monica L
Cervical Cancer Screening on 05/13/21. Satisfied by Vicknair MD, Erin N
Obesity Screening on 07/23/21. Satisfied by Awad MEDASST, Penny Lee
Obesity Screening on 05/12/21. Satisfied by Sawyer RN, Monica L
Obesity Screening on 05/12/21. Satisfied by Sawyer RN, Monica L
Obesity Screening on 05/03/21. Satisfied by Horridge RN, Melissa A

**Lab Results**
**Lab Results (1Week)**
No qualifying data available.

Printed by: Awad MEDASST, Penny Lee
Printed on: 12/14/2021 9:43 CST

Established Patient Note
* Final Report *

ROMAGOSA, LUCIA A - 4253231

No qualifying data available.

**Diagnostic Results**
(07/08/2021 11:57 CDT MRI Brain w/ + w/o Contrast)
IMPRESSION:
Interval resolution of T2 signal abnormality and corresponding leptomeningeal enhancement throughout the cortical sulci of bilateral cerebral hemispheres. Abnormal SWI imaging throughout the cortical sulci/subarachnoid spaces of bilateral cerebral hemispheres, suggesting chronic subarachnoid hemorrhage.

Mild chronic microvascular ischemic change.

No acute intracranial abnormality, evidence of recent infarction, nor abnormal enhancement. [1]

**Data review**
Hospital records reviewed. Brain MRI report and images reviewed. Lab work including CSF studies reviewed.

**Assessment/Plan**
1. Encephalitis
Ordered: Miscellaneous Lab Test

2. Headache
Ordered: Miscellaneous Lab Test

3. Dizziness
Ordered: Miscellaneous Lab Test

Orders:
amitriptyline, 10 mg, 1 tab, Oral, Freq: bedtime, 30 tab, 5, 5, Route to Pharmacy Electronically, CVS/pharmacy #10145, 1CD27E8A-9DCA-474B-B476-869F3500DC7B, 154 cm, cm, 07/23/21 13:20:00 CDT, Measured height in cm, 53.63, 154
methylPREDNISolone, 1 packet, Oral, Freq: unscheduled, 6 day(s), 21 tab, 0, 0, 07/29/21 13:49:00 CDT, as directed on package labeling, Route to Pharmacy Electronically, CVS/pharmacy #10145, 1CD27E8A-9DCA-474B-B476-869F3500DC7B, Tablet, 154 cm, cm, 07/23/21 13:20:00 CDT,...

**Assessment/Plan:**
Patient's brain MRI shows expected evolution of her prior findings. She has been reassured that findings on the brain MRI show improvement. She continues to suffer from headaches and dizziness. This is not out of the ordinary given her recent episode of encephalitis. She will remain off work while recovering. She will be started on amitriptyline 10 mg nightly for headache prevention. She will continue using Ubrelvy as needed for headaches but will be switched to 100 mg dose. I will also give her a prescription for Medrol Dosepak to hopefully assist with her daily headaches. Patient will also be sent for testing to rule out Lyme disease. She will return to clinic in 6 weeks to be reassessed.

[1] MRI Brain w/ + w/o Contrast; Fuzzard MD, Susan C 07/08/2021 11:57 CDT

**Signature Line**

[Electronically Signed on 07/23/21 02:20 PM]
----------------------------------------------
Segura MD, Enrique

Established Patient Note
* Final Report *

ROMAGOSA, LUCIA A - 4253231

**Completed Action List:**

* Perform by Segura MD, Enrique on July 23, 2021 14:20 CDT
* Sign by Segura MD, Enrique on July 23, 2021 14:20 CDT
* VERIFY by Segura MD, Enrique on July 23, 2021 14:20 CDT

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

December 15, 2021

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

The Lincoln National Life Insurance Company is responsible for managing claims for benefits under the Lcmc Health Long Term Disability (LTD) Insurance Policy.

The purpose of this letter is to inform you that we require additional time to render a determination on your LTD claim. Under the Employee Retirement Income Security Act of 1974 (ERISA), an initial claim determination should be rendered within 45 days of receipt of claim, unless there are special circumstances which require a delay in making a claim determination. If additional time is needed, ERISA allows for up to two 30-day extensions to evaluate and render a claim decision.

At this time, we need additional information which is necessary to render a full and fair determination on your LTD claim for benefits under the Policy. Currently, we are awaiting medical records and a restrictions and limitations form from Dr. Segura as well as a possible clinical review of your claim once these records have been received . We expect to make a determination on your claim no later than January 18, 2021.

We apologize for any inconvenience caused by this delay and will make every effort to render a determination as soon as possible. In the interim, should you have any questions pertaining to the status of your claim, please contact me at the telephone number below.

Sincerely,

Bre-Ann Perkins
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 69795
Secure Fax No.: (603) 559-1991

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

November 6, 2021

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
Lcmc Health
Claim #: 12028057 and 11459291

Dear Ms. Lucia Romagosa:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Lcmc Health's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since May 21, 2021. Should your disability continue through the maximum benefit date, STD benefits are payable through November 4, 2021.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of the STD benefit period, we will be reviewing your claim for consideration under Lcmc Health's LTD Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Plan and may require that we request additional information prior to making a claim determination.

Lcmc Health's LTD Policy requires that you provide proof of disability in order to receive benefits. The Policy requires that you provide proof of disability as follows:

**Notice and Proof of Claim**

1. **Notice**

a. Notice of claim must be given to Lincoln within 30 days of the date of the loss on which theclaim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.

b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.

2. **Proof**

a. Satisfactory Proof of loss must be given to Lincoln no later than 30 days after the end of the Elimination Period.

b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.

c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.

Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.

On November 5, 2021, we requested updated medical records from all of your treating providers. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from June 19, 2021 through present.
- Completion of the following forms: Restrictions and Limitations Form

To assist us with our review, please complete the following forms and return them by the due date indicated below:

X Training Education Experience
X Authorization to Speak with Third Party
X LTD Forms - Standard
__ Other

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

Lcmc Health's LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than December 19, 2021.

If you have any questions regarding this matter, please contact me.

Sincerely,

Bre-Ann Perkins
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 69795
Secure Fax No.: (603) 559-1991

Attachments: Training Education Experience
Authorization to Speak with Third Party
LTD Forms - Standard

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

EMPLOYEE/CLAIMANT NAME: Lucia Romagosa
CLAIM NO: 12028057
EMPLOYER/SPONSOR: Lcmc Health DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Primary language spoken: ________ Other language(s) spoken fluently: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

3. Company: ____________ Department: ____________ From: ______ To: ______
Job Title(s): ____________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________

4. Company: ____________ Department: ____________ From: ______ To: ______
Job Title(s): ____________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________

5. Company: ____________ Department: ____________ From: ______ To: ______
Job Title(s): ____________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ____________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________ Work: ____________

**SIGNATURE:** ____________ **PHONE NO: (  )** ____________

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

**Authorization to Speak with Family Member/Alternate Contact**

EMPLOYEE NAME: Lucia Romagosa CLAIM NO: 12028057
CUSTOMER NAME: Lcmc Health
RETURN TO: Bre-Ann Perkins

In order to protect your privacy, written authorization is needed before we are able to speak with someone on your behalf, in reference to your claim.

By signing below, you give your written authorization for The Lincoln National Life Insurance Company to speak with the person listed below, to obtain information from and release information to, as needed, to evaluate your claim.

This authorization is limited to your claim with The Lincoln National Life Insurance Company, and would be overridden by all other legal arrangements, such as a Power of Attorney agreement.

I, ______________________________ hereby give permission to ______________________________ to speak with The Lincoln National Life Insurance Company on my behalf until further notice.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

Lucia Romagosa
Claimant Name

Date of Birth

Claimant Signature

Date

12028057
Claim Number

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________ Date: ________________

Date of Birth: ________________ Claim Number: 12028057

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________________

Date of Birth: ____________ Claim Number: 12028057 Date: ____________________

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

**Return To:** Bre-Ann Perkins

EMPLOYEE/CLAIMANT NAME: Lucia Romagosa
CLAIM NO: 12028057
EMPLOYER/SPONSOR: Lcmc Health DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/07/2021 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ________ **DATE:** ________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

**Return to:** Bre-Ann Perkins

**EMPLOYEE/CLAIMANT NAME:** Lucia Romagosa **CLAIM #:** 12028057
**EMPLOYER:** Lcmc Health **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ________ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________________

**DATE:**__________________ **EMPLOYEE'S SIGNATURE:** ______________________________

DP 409

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

**Return To:** Bre-Ann Perkins

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: Lucia Romagosa

CLAIM NO: 12028057 DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Lcmc Health

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes____________ No ____________

If Yes, for how long? ____________ At what time of the day?____________

How many hours a day do you spend in bed?____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?____________

Do you hold a valid driver's license?

Yes____________ No ____________

If No, please explain: ____________________________________________

If Yes, how long are you able to drive a car?__________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

____________________________________________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ____________________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ____________________

How many times a day do you leave the house during the week? __________

On the weekends? __________

How often do you run errands? ______________________

Please describe what errands you most commonly run: ______________________

____________________________________________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? ____________________

Are you left or right hand dominant? Left ______ Right ______

Are you able to work in your garden? Yes ______ No ______

Are you able to work on your house? Yes ______ No ______

Are you able to wash your car? Yes ______ No ______

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ____________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________

Do you have a working home copy machine/fax machine? ______ Yes ______ No

If yes, please explain purpose and usage: ____________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
| --- | --- | --- |
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ____________________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________ Date: ______________________

Signature: ______________________

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ____________________________ Relationship ________________

Signature of claimant or legal representative ________________________________ Date: __________________

Date of Birth: ______________ Claim Number: 12028057

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

| | |
|---|---|
| Date: | November 8, 2021 |
| To: | ENRIQUE SEGURA |
| Attn: | |
| Fax: | (504) 456-5172 |
| From: | Bre-Ann Perkins<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 559-1991 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 12028057<br>Claimant: Lucia Romagosa<br><br>Lcmc Health | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

November 8, 2021

Enrique Segura

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Enrique Segura:

We are the Disability Claim Administrator for your patient, Lucia Romagosa.

To evaluate Ms. Romagosa's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 7, 2021 through present

- Completion of the Enclosed Forms:

  X Restrictions Form
  ___ Other

We ask that you provide this information by November 15, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-1991 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Bre-Ann Perkins
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 69795
Secure Fax No.: (603) 559-1991

Attachments: Restrictions Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

# Restrictions Form

**Return To:** Bre-Ann Perkins

| Lucia Romagosa | | 12028057 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________

   **DATE LAST TREATED** — ____________

   **NEXT OFFICE VISIT** — ____________

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

| | |
|---|---|
| Date: | November 9, 2021 |
| To: | ENRIQUE SEGURA |
| Attn: | |
| Fax: | (504) 456-5172 |
| From: | Bre-Ann Perkins<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 559-1991 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 12028057<br>Claimant: Lucia Romagosa<br><br>Lcmc Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

November 9, 2021

Enrique Segura

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Enrique Segura:

Please see attached
If you have any questions regarding this matter, please contact me.

Sincerely,

Bre-Ann Perkins
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 69795
Secure Fax No.: (603) 559-1991

Attachments: 12028057-REQUEST-PROVIDER-11.08.2021

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

| | |
|---|---|
| Date: | November 8, 2021 |
| To: | ENRIQUE SEGURA |
| Attn: | |
| Fax: | (504) 456-5172 |
| From: | Bre-Ann Perkins<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 559-1991 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 12028057<br>Claimant: Lucia Romagosa<br><br>Lcmc Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

November 8, 2021

Enrique Segura

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Enrique Segura:

We are the Disability Claim Administrator for your patient, Lucia Romagosa.

To evaluate Ms. Romagosa's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 7, 2021 through present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by November 15, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-1991 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Bre-Ann Perkins
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 69795
Secure Fax No.: (603) 559-1991

Attachments: Restrictions Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

# Restrictions Form

**Return To:** Bre-Ann Perkins

| Lucia Romagosa | | 12028057 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED — ____________
   DATE LAST TREATED — ____________
   NEXT OFFICE VISIT — ____________

   ______________________________
   ______________________________
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) ***AND*** frequency ***(SEE KEY).***
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM ____________ TO ____________.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ________

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ____________ TO ____________.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

From: LFGNotifications@LFG.com
Sent: Monday, December 13, 2021 12:09:28 PM
To: COM;
CC:
BCC:
Subject: [Send Secure]Lcmc Health Claim No. 12028057 Lucia Romagosa
Attachments: llzbrlwahuy63pu7ler2_11784642.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

December 13, 2021

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057

Dear Ms. Lucia Romagosa:

Please find attached the restrictions and limitations form as we discussed.

If you have any questions regarding this matter, please contact me.

Sincerely,

Bre-Ann Perkins
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 69795
Secure Fax No.: (603) 559-1991

Attachments: Restrictions Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

# Restrictions Form

**Return To:** Bre-Ann Perkins

| Lucia Romagosa | | 12028057 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ______________________

   **DATE LAST TREATED** — ____________ ______________________

   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** __________ **TO** __________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

07/02/2021 FRI 14:21 FAX

06/15/2021 TUE 15:45 FAX 001

*** FAX TX REPORT ***

TRANSMISSION OK

| | |
|---|---|
| JOB NO. | 0442 |
| DESTINATION ADDRESS | 160333404401 |
| SUBADDRESS | |
| DESTINATION ID | |
| ST. TIME | 06/15 15:43 |
| TX/RX TIME | 01' 49 |
| PGS. | 4 |
| RESULT | OK |

This was Already faxed

06/15/21 14:58:58 Lincoln Financial -> Lincoln Financial Gr Page 006

Lincoln Financial Group®

# Attending Physician's Statement

Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688
Phone No: (866) 212-2937
Secure Fax No: (603) 334-0401

Return To: Brier Brooks

To be completed by treating provider:

**1. Patient Information**

| | | | |
|---|---|---|---|
| Lucia | | Romagosa | 11489291 |
| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
| | | | |
| Height | Weight | Blood Pressure | Employer Name |

**2. Diagnosis**

| | |
|---|---|
| G03.9 | meningitis |
| Primary ICD diagnostic Code (Required) | Primary ICD diagnosis Description |
| G43.909 | Migraine |
| Secondary ICD Diagnosis Code | Secondary ICD Diagnosis Description |

Pregnancy ___/___/___ First Treated ___/___/___ Estimated Delivery ___/___/___ Date of Delivery ☐ Vaginal ☐ C-Section

Patient had chronic Headaches.

Symptoms

MRI Scan was done

Objective Findings (include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☒ Illness ☐ Injury ☐ Work Related

Date of: 5/5/21 ___/___ ___/___

PAGE 1/28 * RCVD AT 7/2/2021 4:20:54 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/4 * DNIS:6033340401 * CSID: * ANI:15048895335 * DURATION (mm-ss):09-29

Lincoln Financial Group®

# Attending Physician's Statement

Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688
Phone No: (866) 213-2937
Secure Fax No: (603) 334-0401

Return To: Brier Brooks

To be completed by treating provider:

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Lucia | | Romagosa | 11459291 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code (Required): C03.9

Primary ICD diagnosis Description: Meningitis

Secondary ICD Diagnosis Code: G43.909

Secondary ICD Diagnosis Description: Migraine

Pregnancy: First Treated __/__/__ Estimated Delivery __/__/__ Date of Delivery __/__/__ ☐ Vaginal ☐ C-Section

Symptoms: Patient had Chronic Headaches.

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings): MRI Scan was done

**3. Disability Circumstances** - *Check if applicable*

☒ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances:

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| 5/5/21 | / / | / / |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| 5/11/21 | 5/24/21 | PRN |

Dates hospital confined: 5/11/21 to 5/14/21

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | June 10, 2021 |
| To: | DR MICHAEL HICKHAM<br>ENT SPECIALISTS OF METAIRIE<br>4315 HOUMA BLVD<br>STE 401<br>METAIRIE LA 70006 |
| Attn: | Medical Records |
| Fax: | (504) 889-5451 |
| From: | Brier Brooks<br>Claims Examiner Ii,<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 11459291<br>Claimant: Lucia Romagosa<br><br>Lcmc Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

# Attending Physician's Statement

Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688
Phone No:(866) 213-2937
Secure Fax No: (603) 334-0401

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

Indicate frequency per day the listed activities below can be used performed using:
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ___ | Standing | ___ | Crouching | ___ | Overhead | ___ |
| 6-10 lbs. | ___ | Walking | ___ | Crawling | ___ | Desk Level | ___ |
| 11-25 lbs. | ___ | Sitting | ___ | Grasping | ___ | Below Waist | ___ |
| 26-50 lbs. | ___ | Balancing | ___ | Climbing | ___ | | |
| 51-100 lbs. | ___ | Stooping | ___ | Pushing | ___ | | |
| 100 + lbs. | ___ | Kneeling | ___ | Pulling | ___ | | |
| | | Fingering | ___ | Bending | ___ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ___/___/___
Dressing ___/___/___
Transferring ___/___/___
Bathing ___/___/___
Toileting ___/___/___
Eating ___/___/___

(lines struck through by hand)

## 5. Treatment

Headaches
Meningitis

Describe current and recommended treatment plans including any completed or future surgeries. (include dates)

Date patient experienced loss of Cognitive Functioning ___/___/___ (struck through)

Pain control

Describe ongoing treatment frequency

## 6. Prognosis

good

Describe the patients prognosis for recovery

undetermined

Patient able to return to work Full-Time on:

5 / 11 / 21 to ___/___/___

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name: Michael Hickham MD

Street Address: 4815 Houma Blvd Ste. 401

City: Metairie State: LA Zip Code: 70006

Phone Number: 504-884-5335 Fax Number: 504-884-5351

Signature: [signature] Date: 6/15/21

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | June 15, 2021 |
| To: | DR MICHAEL HICKHAM<br>ENT SPECIALISTS OF METAIRIE<br>4315 HOUMA BLVD<br>STE 401<br>METAIRIE LA 70006 |
| Attn: | Medical Records |
| Fax: | (504) 889-5451 |
| From: | Brier Brooks<br>Claims Examiner Ii,<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 11459291<br>Claimant: Lucia Romagosa<br><br>Lcmo Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

# Attending Physician's Statement

Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688
Phone No:(866) 213-2937
Secure Fax No: (603) 334-0401

Return To: Brier Brooks

To be completed by treating provider:

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Lucia | | Romagosa | 11459291 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

| Primary ICD diagnostic Code (Required) | Primary ICD diagnosis Description |
|---|---|
| G03.9 | meningitis |

| Secondary ICD Diagnosis Code | Secondary ICD Diagnosis Description |
|---|---|
| | |

Pregnancy ___/___/___ First Treated ___/___/___ Estimated Delivery ___/___/___ Date of Delivery ☐ Vaginal ☐ C-Section

Symptoms

Objective Findings (include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

We filled this out and faxed on 6/15/21

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ___/___/___ | ___/___/___ | ___/___/___ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| ___/___/___ | ___/___/___ | ___/___/___ |

Dates hospital confined: ___/___/___ to ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group®

# Attending Physician's Statement

Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688
Phone No:(866) 213-2937
Secure Fax No: (603) 334-0401

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ____ | Standing | ____ | Crouching | ____ | Overhead | ____ |
| 6-10 lbs. | ____ | Walking | ____ | Crawling | ____ | Desk Level | ____ |
| 11-25 lbs. | ____ | Sitting | ____ | Grasping | ____ | Below Waist | ____ |
| 26-50 lbs. | ____ | Balancing | ____ | Climbing | ____ | | |
| 51-100 lbs. | ____ | Stooping | ____ | Pushing | ____ | | |
| 100 + lbs. | ____ | Kneeling | ____ | Pulling | ____ | | |
| | | Fingering | ____ | Bending | ____ | | |

What job modifications would allow the patient to return to work?

### Activities of Daily Living

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ____ / ____ / ____

Dressing ____ / ____ / ____

Transferring ____ / ____ / ____

Bathing ____ / ____ / ____

Toileting ____ / ____ / ____

Eating ____ / ____ / ____

Date patient experienced loss of Cognitive Functioning: ____ / ____ / ____

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____ / ____ / ____ to ____ / ____ / ____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City State Zip Code

Phone Number Fax Number

Signature Date 7/2/21

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Romagosa, Lucia - DOB: - Female - MRN: 22471

Service Date: 05/05/2021

| | |
|---|---|
| Charted Date: | May 05, 2021 11:36 AM CDT |
| Subject / Title: | Office Visit Note |
| Performed By: | Hickham MD, Michael on May 06, 2021 11:36 AM CDT |
| Electronically Signed By: | Hickham MD, Michael on May 06, 2021 11:36 AM CDT |
| Visit Information: | 155274, ENT Specialists of Metairie, Outpatient, 5/5/2021 - 5/7/2021 |

**ENT Note**

Office Visit Note

**Chief Complaint**
Headaches since Covid Vaccine (4-21-21). I am dizzy and having memory issues.

**History of Present Illness**

60-year-old nurse had a Johnson & Johnson vaccine a month ago. About 3 weeks ago she began with a very bad headache with anterior posterior facial pressure and scotoma along with dizziness. Much of what she is telling me sounds like vestibular migraine and she does have a history of migraines. She also has pressure pain in the ears when she masticate's. Also, she has a history of chronic sinusitis and has had 2 sinus surgeries last of which was about 4 years ago. She does have year-round allergic symptoms. Her husband has metastatic liver cancer and she has not been sleeping and has been extremely stressed out as he is not doing well. She did go to the emergency room and a CT scan of the head was negative. This was about 4 days ago. She has no constitutional symptoms such as weight loss, fever or shortness of breath.

**Review of Systems**
**Constitutional**: Within normal limits.
**HEENT**: Other: dizzy and memory problems since Covid Vaccine in April 2021.
**Respiratory**: Within normal limits.
**Cardiovascular**: Within normal limits.
**Gastrointestinal**: Within normal limits.
**Genitourinary**: Within normal limits.
**Hematology/Lymphatics**: Within normal limits.
**Endocrine**: Within normal limits.
**Immunologic**: Within normal limits.
**Musculoskeletal**: Within normal limits.
**Integumentary**: Within normal limits.
**Neurologic**: Within normal limits.
**Psychiatric**: Within normal limits.

**Physical Exam**

Vitals & Measurements
**HT:** 61 in **WT:** 115 lb **BMI:** 21.73

Myofascial trigger point injection: Otalgia secondary to temporomandibular joint disorder/headaches.
Small increments of Kenalog 5 mg/1.5 ml of 0.5% Xylocaine injected into the masseter, temporalis, occipitalis and cervical paravertebral musculature. This alleviated headache immediately. Patient tolerated procedure well.

**Patient Information**
Name: Romagosa, Lucia
Address:

Sex: Female
Date of Birth:
Phone: 5048332109
MRN: 22471
FIN: 155274
Location: ENT Specialists of Metairie
Date of Service: 05/05/2021

**Problem List/Past Medical History**
Ongoing
- Asthma in adult
- COVID-19 virus infection
- Shortness of breath

Historical
- No qualifying data

**Procedure/Surgical History**
- Bladder
- Cesarean section
- Cholecystectomy
- Gastric bypass
- Intussusception
- Mastectomy
- Sinus

**Medications**
Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol, See Instructions
ALPRAZolam 1 mg oral tablet
levocetirizine 5 mg oral tablet
mupirocin 2% topical ointment, See Instructions, 3 refills
predniSONE 20 mg oral tablet, 40 mg= 2 tab(s), Oral, daily

Printed by: Jackson , Sky
Printed on: 7/2/2021 3:11 PM CDT

Romagosa, Lucia - DOB: - Female - MRN: 22471

Service Date: 05/05/2021

## ENT Note

### Office Visit Note

Sinus endoscopy: Chronic sinusitis
After placing oxymetazoline and Pontocaine in the nasal cavity 0 degrees scope was used to enter the right nasal vault. There is mild to moderate erythema and edema of the nasal mucosa with no polyps or purulence noted in the middle meatus. Surgically created cavities are wide open with no purulence or polyps in the middle or superior meatus. No polypoid change or purulence noted in the superior meatus or sphenoethmoid recess. Inspection of the nasopharynx reveals no masses/pathology. A similar procedure with similar findings was then performed on the contralateral side. Patient tolerated exam without difficulty.

ENT exam:
General: No acute distress
Ear exam: External auditory canals and tympanic membranes within normal limits; Weber midline with a positive Rinne bilaterally
Nose: See above
Oral cavity oropharynx: No intraoral lesions noted with soft base of tongue; tender temporomandibular joints bilaterally with spasm of the masseter muscles
Neck: No palpable adenopathy or thyromegaly
Indirect laryngoscopy: TVCs mobile with no hypopharyngeal lesions
Cranial nerve exam grossly intact; cerebellar examination and Romberg within normal limits; no spontaneous nystagmus
Mood: Normal
Lower extremity: No pedal edema
Cardiovascular: Good capillary refill with regular rate and rhythm
Skin: No suspicious lesions in the head and neck area

**Assessment/Plan**
Orders:
ubrogepant, See Instructions, Instructions: take upon onset of headaches may repeat dose in 2 hours if needed but not exceed 2 in 24 hours, # 20 EA, 0 Refill (s), Type: Maintenance, called to pharmacy (Rx), (Ordered)
Miscellaneous Radiology (Request), MRI of head with contrast

Impression/plan 1. Perennial allergic rhinitis: Allergic environmental precautions discussed at length and literature provided to reinforce the counseling session. Saline nasal irrigation and Flonase.
2. Chronic sinusitis: No evidence of active sinus infection.
3. Migraine headaches with aura: Ubrelvy 50 mg 1 in case of headache and repeat in 2 hours if it is not totally relieved. Do not exceed 2/day. To report injection seems to have helped.
4. Temporomandibular joint disorder:
Patient counseled at length and in detail. All questions with regard to the counseling session answered and literature provided to reinforce the counseling session.
Long discussion with patient regarding her symptoms and my belief that is related to anxiety and stress given the situation with her husband's illness. I have given her name to a neurologist and of asked to make an appointment and will contact me if the above measures do not alleviate symptoms within the next few days. All questions answered to her voiced satisfaction.

Super B Complex, Oral, daily
Symbicort 160 mcg-4.5 mcg/inh inhalation aerosol, 2 puff(s), NEB, bid, 3 refills
tamoxifen, Oral
Ubrelvy 50 mg oral tablet, See Instructions
Vitamin B12
Vitamin D3
Zoloft, Oral, daily

**Allergies**
Dilaudid
Lincocin
Tylenol
adhesive tape
traMADol

**Social History**
Smoking Status
Never smoker
Alcohol
Never
Electronic Cigarette/Vaping
Electronic Cigarette Use: Never.
Tobacco
Never (less than 100 in lifetime)

**Lab Results**

| Lab Results (Last 4 results within 90 days) |
|---|
| Culture Aerobic: See comment Abnormal (03/24/21 06:00:00) |
| Culture Anaerobic: See comment (03/24/21 06:00:00) |

**Signature Line**

Printed by: Jackson , Sky
Printed on: 7/2/2021 3:11 PM CDT

**ENT Note**

Office Visit Note

Signed and Authored by Michael Hickham on 05/06/2021 11:36 AM CDT

Romagosa, Lucia - DOB: - Female - MRN: 22471

Service Date: 05/07/2021

Charted Date: May 07, 2021 9:36 AM CDT
Subject / Title: Office Visit Note
Performed By: Hickham MD, Michael on May 12, 2021 9:37 AM CDT
Electronically Signed By: Hickham MD, Michael on May 12, 2021 9:37 AM CDT
Visit Information: 155391, ENT Specialists of Metairie, Outpatient, 5/7/2021 - 5/9/2021

## ENT Note

Office Visit Note

**History of Present Illness**

61-year-old nurse seen 2 days ago for headache and visual changes along with dizziness. She was evaluated in the emergency room and a CT scan of the head was done and reported as negative. She does have a history of sinusitis and had two sinus surgeries. She denies any constitutional symptoms such as fever, shortness of breath or weight loss. She is very stressed as her husband has metastatic liver disease and admits to not sleeping well. Although sounds like a vestibular migraine we will attempt to get an MRI of the head and she should probably see a neurologist.

**Physical Exam**

Myofascial trigger point injection: Otalgia secondary to temporomandibular joint disorder/headaches.
Small increments of Kenalog 5 mg/1.5 ml of 0.5% Xylocaine injected into the masseter, temporalis, occipitalis and cervical paravertebral musculature. This alleviated headache immediately. Patient tolerated procedure well.

ENT exam:
General: No acute distress but does appear miserable.
Ear exam: External auditory canals and tympanic membranes within normal limits; Weber midline with a positive Rinne bilaterally
Nose: Mild erythema and edema of the nasal mucosa with no intranasal lesions noted; postsurgical changes with no purulence in the middle or superior meati.
Oral cavity oropharynx: No intraoral lesions noted with soft base of tongue
Neck: No palpable adenopathy or thyromegaly; negative Kernig sign.
Indirect laryngoscopy: TVCs mobile with no hypopharyngeal lesions
Cranial nerve exam grossly intact; cerebellar examination and Romberg within normal limits; no spontaneous nystagmus
Mood: Normal
Lower extremity: No pedal edema
Cardiovascular: Good capillary refill with regular rate and rhythm
Skin: No suspicious lesions in the head and neck area

**Assessment/Plan**

1. AR (allergic rhinitis) (J30.9)
2. TMJ disease (M26.609)
3. Chronic sinusitis (J32.9)
4. Head ache (R51.9)
5. Other myositis, multiple sites (M60.89)

Orders:

**Patient Information**

Name: Romagosa, Lucia
Address:

Sex: Female
Date of Birth: 07/18/1959
Phone: 5048332109
MRN: 22471
FIN: 155391
Location: ENT Specialists of Metairie
Date of Service: 05/07/2021

**Problem List/Past Medical History**

Ongoing
- Asthma in adult
- COVID-19 virus infection
- Shortness of breath

Historical
- No qualifying data

**Procedure/Surgical History**

- Bladder
- Cesarean section
- Cholecystectomy
- Gastric bypass
- Intussusception
- Mastectomy
- Sinus

**Medications**

Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol, See Instructions
ALPRAZolam 1 mg oral tablet
levocetirizine 5 mg oral tablet
mupirocin 2% topical ointment, See Instructions, 3 refills
predniSONE 20 mg oral tablet, 40 mg= 2 tab(s), Oral, daily

Printed by: Jackson , Sky
Printed on: 7/2/2021 3:11 PM CDT

## ENT Note

## Office Visit Note

20552 injection single/mlt trigger point 1/2 muscles (Task/Charge), Quantity: 1, Other myositis, multiple sites
99214 office o/p est mod 30-39 min (Charge), Quantity: 1, Modifier(s): 25, Headache | Chronic sinusitis | AR (allergic rhinitis) | Other myositis, multiple sites
J3301 triamcinolone acet inj nos, 10 mg (Task/Charge), Quantity: 1, Other myositis, multiple sites
Miscellaneous Radiology (Request), MRI of head with contrast

Impression/plan one. Severe migraine headache is likely diagnosis (vestibular migraine): Neurologic consultation is advisable but she is so overwhelmed and not sure she will make the time to seek another appointment. It is very difficult to get an to see a neurologist and she does not want to go back to the emergency room. She does have Xanax and have advised her to take some and hopefully sleep will help along with trigger point injections. In any event, she will let me know if she does not progressively improve and we will attempt to get authorization for MRI of the head with gadolinium. If symptoms continue to deteriorate she simply will have to go to the emergency room. A neurologist will be on call.

Super B Complex, Oral, daily
Symbicort 160 mcg-4.5 mcg/inh inhalation aerosol, 2 puff(s), NEB, bid, 3 refills
tamoxifen, Oral
Ubrelvy 50 mg oral tablet, See Instructions
Vitamin B12
Vitamin D3
Zoloft, Oral, daily

**Allergies**
Dilaudid
Lincocin
Tylenol
adhesive tape
traMADol

**Social History**
Smoking Status
Never smoker
Alcohol
Never
Electronic Cigarette/Vaping
Electronic Cigarette Use: Never.
Tobacco
Never (less than 100 in lifetime)

**Lab Results**

| Lab Results (Last 4 results within 90 days) |
|---|
| Culture Aerobic: See comment Abnormal (03/24/21 06:00:00) |
| Culture Anaerobic: See comment (03/24/21 06:00:00) |

**Signature Line**

Signed and Authored by Michael Hickham on 05/12/2021 09:37 AM CDT

**EJGH**
East Jefferson General Hospital

Patient Name: ROMAGOSA, LUCIA A
MRN: 4253231
FIN: 4253231-0832
Admit Date: 5/3/2021
Discharge Date: 5/3/2021
Admitting MD: Mouledoux MD,Andre J

Age: 61 years
Date of Birth:
Sex: FEMALE
Encounter Type: Emergency

## *Emergency Department Record*

| | |
|---|---|
| DOCUMENT NAME: | Emergency Department Record |
| SERVICE DATE/TIME: | 5/3/2021 15:51 CDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Mouledoux MD,Andre J (5/3/2021 16:01 CDT) |
| SIGN INFORMATION: | Mouledoux MD,Andre J (5/4/2021 21:39 CDT) |

**Chief Complaint**
Severe headache

**History of Present Illness**
61 year old female presents to the ED complaining of constant severe headache and pressure since getting Johnson and Johnson COVID vaccine 3 weeks ago. She reports pain located in bilateral temples and radiates to top of head. The patient reports associated nausea and vomiting along with sensitivity to loud sound and photophobia. She states "this is the worse headache of my life". The patient denies any neck pain or stiffness. No recent fever. She describes pain to be 10/10 in severity without any alleviating factors. The patient has not taken otc medication to treat at home. The patient mentions no other specific complaints, concerns, or associated symptoms at this time.
Time seen by physician: 1552
Historian: Patient

**Review of Systems**
CONSTITUTIONAL: No fever, no sweats.
SKIN: No rash.
EYE: No pain, no redness.
ENMT: No sore throat, no ear pain.
RESPIRATORY: No shortness of breath, no cough.
CARDIOVASCULAR: No chest pain, no diaphoresis.
GASTROINTESTINAL: No abdominal pain, no nausea, no vomiting.
GENITOURINARY: No dysuria.
MUSCULOSKELETAL: No back pain, no muscle pain.
NEUROLOGICAL: As per HPI.

**Problem List/Past Medical History**
**Ongoing**
- Asthma
- Breast cancer
- Dependent edema
- Hypothyroidism
- Syncope

5/5/2021

**Social History**
**Smoking Status** - 05/03/2021
Non smoker
Have You Ever Smoked: No, I have never smoked (Non smoker) (05/03/21 15:44:00)
Tobacco Use History: Non smoker (05/03/21 15:44:00)

**Family History**
Cardiovascular disease: Father.
High blood pressure: Mother.
High cholesterol: Brother.

**Allergies**
Lincocin (hives)

A=Abnormal, L=Low, H=High, C=Critical, t=Text, Results, c=Corrected Results, r=Result Cmts., o=Order Cmts., i=Interp. Data, p=Performing Locations

Patient Name: ROMAGOSA, LUCIA A
MRN: 4253231
FIN: 4253231-0832

**Emergency Department Record**

traMADol (burning)

**Home Meds Active/Historical**

Home

acyclovir, 800 mg, Oral, as needed
Aleve, 440 mg, Oral, as needed
ProAir HFA 90 mcg/inh inhalation aerosol, 2 puff, INH, as needed
Symbicort 160/4.5 inhaler, 2 puff, INH, 2times/day
Zantac 150, 150 mg, Oral, as needed
Zofran ODT 4 mg oral tablet, disintegrating, 4 mg= 1 tab, Oral, 6hr [Interval], PRN
Zoloft 100 mg oral tablet, 100 mg= 1 tab, Oral, 2times/day

**Physical Exam**

First Charted Vitals
Vital Signs & Measurement
**T:** 97.2 °F **BP:** 133/74 **HR:** 63
**RR:** 20 **POx:** 98% Room air
GENERAL: Alert, no acute distress.
SKIN: Dry, intact.
HEAD: Normocephalic, atraumatic.
ENMT: Oral mucosa moist, nose normal.
NECK: Supple, no JVD.
RESPIRATORY: Lungs clear to auscultation, non-labored respirations, symmetrical expansion.
CARDIOVASCULAR: Regular rate and rhythm, normal peripheral perfusion.
GASTROINTESTINAL: Soft, nontender, nondistended.
MUSCULOSKELETAL: No swelling, no deformity.
NEUROLOGICAL: No focal deficits, normal speech. Cranial nerves normal. Normal strength and sensation.
PSYCHIATRIC: Cooperative, appropriate mood and affect.

**Lab Results**

The lab orders were placed after a history and exam were performed. The results of these lab studies were reviewed and interpreted by myself.

**Hematology**

| | | |
|---|---|---|
| WBC | 8.3 | |
| RBC | 5.16 | |
| Hgb | 15.4 | |
| Hct | 45.9 | |
| MCV | 88.9 | |
| MCH | 29.7 | |
| MCHC | 33.4 | |
| RDW | 13.8 | |
| Mean Platelet Volume | 8.7 | |
| Platelet Count, Automated | 236 | |
| Diff Type | Auto | |
| ESR(Westergren) | 2 | |
| Eosinophil % | 0.1 | |
| Abs Basophil # | 0.0 | |
| Basophil % | 0.2 | |
| Abs Eosinophil # | 0.0 | |
| Neutrophil % | 94.8 | |
| Lymphocyte % | 4.1 | |
| Monocyte % | 0.8 | |
| Abs Neutrophil # | 7.9 | |

A=Abnormal, L=Low, H=High, C=Critical, t=Text Results, c=Corrected Results, r=Result Cmts., o=Order Cmts., I=Interp. Data, p=Performing Locations

Patient Name: ROMAGOSA, LUCIA A

MRN: 4253231
FIN: 4253231-0832

## *Emergency Department Record*

| | |
|---|---|
| Abs Lymphocyte # | 0.3 |
| Abs Monocyte # | 0.1 |

**Routine Chemistry**

| | |
|---|---|
| Blood Urea Nitrogen | 13 |
| Creatinine | 0.6 |
| ALT | 17 |
| AST | 22 |
| Potassium Level | 3.9 |
| Sodium Level | 137 |
| Total Protein | 7.0 |
| Albumin | 4.6 |
| Alkaline Phosphatase | 79 |
| Bicarbonate, CO2 | 27 |
| Calcium Level | 9.6 |
| Chloride Level | 99 |
| Glucose, Plasma | 119 |
| Total Bilirubin | 0.5 |
| Anion Gap | 15 |
| Bun:Creatinine Ratio | 22 |
| Calc Osmolality | 275 |
| Calculated Glomerular Filtration Rate | 105.7 |

**Imaging**
The images were reviewed and interpreted by the radiologist:

**(05/03/2021 15:06 CDT CT Head w/o Contrast)**
IMPRESSION: UNREMARKABLE NONCONTRAST ENHANCED CT SCAN OF BRAIN. [1]

**ED Course**
**Re-evaluation** at 1700: The patient was reassessed and informed of all test results. She reports pain has improved and no longer wants to stay for MRI.

**ED Medications**

diphenhydrAMINE 50 mg/ml Inj : 25 mg, Injection, IV Push, Freq: once, STAT, 05/03/21 15:56:00 CDT

prochlorperazine 5 mg/ml Inj (2ml) : 5 mg, Injection, IV Push, Freq: once, STAT, 05/03/21 15:56:00 CDT

Sodium Chloride 0.9% 1000 mL : 05/03/21 15:56:00 CDT, 05/03/21 15:56:00 CDT, IV Continuous, STAT, 1,000, mL, BOLUS 1000ml, then convert to INT lock., BOLUS, 1,000 ml, IV Soln
gadoteridol 279.3 mg/mL Inj (20 mL) : 40, mL, IV Push, Injection, Freq: unscheduled 1, dose(s), Routine, 05/03/21 15:57:00 CDT

**Medical Decision Making**
Old medical records were reviewed including MRI cervical spine from last year which showed cervical disc disease.
Pulse oximetry obtained as 98% on room air, interpreted as normal.

This is an emergent evaluation of a 61 year old female who presents to the emergency department with constant severe headache and pressure. CT scan shows no hemorrhage. She has no evidence of infection. While I think it is unlikely because of this relation to the J and J vaccine, an MRV was ordered. She does not wish to wait for this however. Her husband and her both say they will have no problem getting one as an outpatient from her doctor.

**Clinical Impression**
Acute headache

A=Abnormal, L=Low, H=High, C=Critical, t=Text. Results, c=Corrected Results, r=Result Cmts., o=Order Cmts., I=Interp. Data, p=Performing Locations

Patient Name: ROMAGOSA, LUCIA A

MRN: 4253231
FIN: 4253231-0832

## Emergency Department Record

**Disposition/Plan**
Patient remains very well appearing at discharge and agrees with plan. Counseled patient on need for close follow-up and on red flags of disease process.

**ED Prescriptions**

APAP/butalbital/caffeine : 1 tab, Oral, Freq: 6hr (standard), PRN, 3 day(s), 12 tab, 0, 0, for headache, 05/06/21 17:43:00 CDT, Print Requisition, 52

**Disclaimer**
This document was created using voice recognition software (Dragon). Although it may be edited, this document may contain errors related to incorrect recognition of the spoken word, please call the physician for clarification.
By signing my name below, I, Amanda Bowers, attest that this documentation has been prepared under the direction and in the presence of Andre Mouledoux, MD. Electronically Signed: Amanda Bowers. 5/3/2021

I, Andre Mouledoux, MD, personally performed the services described in this documentation. All medical record entries made by the scribe were at my direction and in my presence. I have reviewed the chart and agree that the record reflects my personal performance and is accurate and complete. 5/3/2021

[1] CT Head w/o Contrast; Singha MD, Puneet K 05/03/2021 15:06 CDT

*[Electronically Signed on 05/04/21 09:39 PM]*

*Mouledoux MD, Andre J*

*[Modified on 05/03/2021 04:01 PM]*

*Bowers , Amanda*

**EJGH**
East Jefferson General Hospital
[illegible]

Patient Name: ROMAGOSA, LUCIA A
MRN: 4253231
FIN: 4253231-0833
Admit Date: 5/11/2021
Admit Time: 06:56 CDT
Discharge Date:
Patient Location: Hospital
Admitting MD: Hickham MD,Michael J
Ordering: Hickham MD,Michael J

Age: 61 years
Date of Birth:
Sex: FEMALE
Encounter Type: Outpatient

## MRI

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| MR-21-0004079 | 5/11/2021 08:10 CDT | MRI Brain w/ + w/o Contrast | Hickham MD,Michael J | Modified |

**Reason For Exam**
(MRI Brain w/ + w/o Contrast) G43.909

**Report**
=============================================
Patient Number: 42532310833 --- Patient Name: ROMAGOSA "" "", LUCIA A
Ordering Physician: Hickham MD, Michael J
=============================================

Clinical data: General symptoms, other, 780.09. Headaches. Migraine headache.

MRI BRAIN WITH AND WITHOUT CONTRAST

Procedure: Multiplanar, multi-sequence MR images through the brain were obtained pre-and post gadolinium contrast material administration. In addition diffusion weighted imaging was performed.

Findings:
There is T2 signal abnormality within the subarachnoid spaces seen on FLAIR images within the cortical sulci of bilateral temporal, parietal, and occipital lobes, most noted on the right. There is corresponding leptomeningeal enhancement on postcontrast images. Findings may represent infection, inflammation, or subarachnoid blood. There are multiple small foci of T2 shine through within the subarachnoid spaces on diffusion-weighted images. No evidence of restricted diffusion or recent infarction. In addition there are multiple foci of T2*artifact on SWI imaging within the subarachnoid spaces.

The ventricles are normal in size and position. Normal flow voids are seen within the larger intracranial arteries and dural sinuses. The imaged paranasal sinuses and mastoid air cells are clear.

IMPRESSION:
Abnormal T2 signal abnormality and corresponding leptomeningeal enhancement throughout the cortical sulci of bilateral cerebral hemispheres. Findings may represent infection, inflammation, or subarachnoid blood. Further evaluation with CSF sampling recommended.

***** *Final* *****

*Finalized: Fuzzard MD, Susan C* *05/11/2021 09:01*

Printed Date /Time: 5/11/2021 09:30 CDT

Page 1 of 1

5/11/21 DR Segura [illegible] spoke c change [illegible] pt [illegible]

6/11/21 [illegible] husband. [illegible]

Romagosa, Lucia - DOB: - Female - MRN: 22471

Service Date: 05/11/2021

Charted Date: May 11, 2021 2:37 PM CDT
Subject / Title: Office Visit Note
Performed By: Hickham MD, Michael on May 11, 2021 2:37 PM CDT
Electronically Signed By: Hickham MD, Michael on May 11, 2021 2:37 PM CDT
Visit Information: 155515, ENT Specialists of Metairie, Outpatient, 5/11/2021 - 5/13/2021

## ENT Note

Office Visit Note

**Chief Complaint**
headaches

**History of Present Illness**

61-year-old nurse complains of severe headache with photophobia particularly on the left side for about 3 weeks. She also states that her thinking has been cloudy but she admits to taking Xanax several times daily. Pain started 2 to 3 weeks after receiving the Covid vaccine (Johnson & Johnson). She has been under tremendous stress as her husband has metastatic liver cancer and she admits to not sleeping well. She denies any constitutional symptoms such as fever. She was evaluated in the emergency room and a CT scan without contrast was obtained which demonstrated no intracranial abnormalities and postsurgical sinus findings with no sinonasal disease. On her previous visit we reviewed this at length and in detail. Please also schedule an MRI of the head which she had done this morning

After patient left I received the results to the MRI. Leptomeningeal inflammation throughout was noted. I spoke with Dr. Archie Melcher via text and he recommended that she go to the emergency room for lumbar puncture. I called and spoke with the patient as well as the charge nurse and arrange for preparation and ran down the history to the charge nurse. Subsequently, I spoke with David her husband to give him an update on the MRI findings and the new plan and he assured me he would take her immediately to the emergency room.

**Review of Systems**
**Constitutional**: Within normal limits.
**HEENT**: Within normal limits.
**Respiratory**: Within normal limits.
**Cardiovascular**: Within normal limits.
**Gastrointestinal**: Within normal limits.
**Genitourinary**: Within normal limits.
**Hematology/Lymphatics**: Within normal limits.
**Endocrine**: Within normal limits.
**Immunologic**: Within normal limits.
**Musculoskeletal**: Within normal limits.
**Integumentary**: Within normal limits.
**Neurologic**: Within normal limits.
**Psychiatric**: Within normal limits.

**Physical Exam**

Vitals & Measurements

**Patient Information**
Name: Romagosa, Lucia
Address:

Sex: Female
Date of Birth:
Phone: 5048332109
MRN: 22471
FIN: 155515
Location: ENT Specialists of Metairie
Date of Service: 05/11/2021

**Problem List/Past Medical History**
Ongoing
Asthma in adult
COVID-19 virus infection
Shortness of breath
Historical
No qualifying data

**Procedure/Surgical History**
- Bladder
- Cesarean section
- Cholecystectomy
- Gastric bypass
- Intussusception
- Mastectomy
- Sinus

**Medications**
Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol, See Instructions
ALPRAZolam 1 mg oral tablet
levocetirizine 5 mg oral tablet
mupirocin 2% topical ointment, See Instructions, 3 refills
predniSONE 20 mg oral tablet, 40 mg= 2 tab(s), Oral, daily

## ENT Note

### Office Visit Note

**T:** 98.9 °F (Temporal Artery)
**HT:** 61 In

Myofascial trigger point injection: Otalgia secondary to temporomandibular joint disorder/headaches.
Small increments of Kenalog 5 mg/1.5 ml of 0.5% Xylocaine injected into the masseter, temporalis, occipitalis and cervical paravertebral musculature. This alleviated headache immediately. Patient tolerated procedure well.

Neurologic exam is nonfocal with negative Kernig sign
Remainder of exam is unchanged from her previous exam.

**Assessment/Plan**

1. Headache (R51.9)
   Ordered: 99214 office o/p est mod 30-39 min (Charge), Quantity: 1, Modifier (s): 25, Headache | Chronic sinusitis | AR (allergic rhinitis) | Other myositis, multiple sites

2. Chronic sinusitis (J32.9)
   Ordered: 99214 office o/p est mod 30-39 min (Charge), Quantity: 1, Modifier (s): 25, Headache | Chronic sinusitis | AR (allergic rhinitis) | Other myositis, multiple sites

3. AR (allergic rhinitis) (J30.9)
   Ordered: 99214 office o/p est mod 30-39 min (Charge), Quantity: 1, Modifier (s): 25, Headache | Chronic sinusitis | AR (allergic rhinitis) | Other myositis, multiple sites

4. Other myositis, multiple sites (M60.89)
   Ordered: 20552 injection single/mlt trigger point 1/2 muscles (Task/Charge), Quantity: 1, Other myositis, multiple sites
   99214 office o/p est mod 30-39 min (Charge), Quantity: 1, Modifier (s): 25, Headache | Chronic sinusitis | AR (allergic rhinitis) | Other myositis, multiple sites
   J3301 triamcinolone acet inj nos, 10 mg (Task/Charge), Quantity: 1, Other myositis, multiple sites

5. Viral meningitis (A87.9)

Orders:
Miscellaneous Radiology (Request), MRI of head with contrast

Super B Complex, Oral, daily
Symbicort 160 mcg-4.5 mcg/inh inhalation aerosol, 2 puff(s), NEB, bid, 3 refills
tamoxifen, Oral
Ubrelvy 50 mg oral tablet, See Instructions
Vitamin B12
Vitamin D3
Zoloft, Oral, daily

**Allergies**
Dilaudid
Lincocin
Tylenol
adhesive tape
traMADol

**Social History**
Smoking Status
Never smoker
Alcohol
Never
Electronic Cigarette/Vaping
Electronic Cigarette Use: Never.
Tobacco
Never (less than 100 in lifetime)

**Lab Results**

| **Lab Results (Last 4 results within 90 days)** |
|---|
| Culture Aerobic: See comment Abnormal (03/24/21 06:00:00) |
| Culture Anaerobic: See comment (03/24/21 06:00:00) |

### Signature Line

Signed and Authored by Michael Hickham on 05/11/2021 02:37 PM CDT

Printed by: Jackson , Sky
Printed on: 7/2/2021 3:12 PM CDT

Romagosa, Lucia - DOB: - Female - MRN: 22471

Service Date: 05/24/2021

| | |
|---|---|
| Charted Date: | May 24, 2021 4:29 PM CDT |
| Subject / Title: | Office Visit Note |
| Performed By: | Hickham MD, Michael on June 08, 2021 4:29 PM CDT |
| Electronically Signed By: | Hickham MD, Michael on June 08, 2021 4:29 PM CDT |
| Visit Information: | 156124, ENT Specialists of Metairie, Outpatient, 5/24/2021 - 5/26/2021 |

## ENT Note

Office Visit Note

**History of Present Illness**

61-year-old female diagnosed with meningeal inflammation with a negative spinal tap. She was admitted to the hospital after this was revealed as an MRI of the head. She has been evaluated by infectious disease and neurology extensively. There is some question as to whether the Johnson & Johnson Covid vaccine may have contributed to this as the etiology is still somewhat unclear though she is slowly getting better. She presents today because she still has headaches. She is under the care of Dr. Frank Rabito and Dr. Segarra (neurologist). Patient would like trigger point injections as this does seem to help with her terrible headaches and "fogginess". She has no fever or constitutional symptoms.

**Physical Exam**

Myofascial trigger point injection: Otalgia secondary to temporomandibular joint disorder/headaches.
Small increments of Kenalog 5 mg/1.5 ml of 0.5% Xylocaine injected into the masseter, temporalis, occipitalis and cervical paravertebral musculature. This alleviated headache immediately. Patient tolerated procedure well.

Negative meningeal symptoms; neck is supple
Nonfocal neurologic exam
Remainder of exam is unchanged from previous.

**Assessment/Plan**

1. Headache (R51.9)

Impression/plan 1. Meningitis (sterile of unknown etiology): Follow-up neurology as scheduled.
2. Severe headache secondary to #1. Trigger point injections seem to help as does calcitonin gene receptor antagonist which she has started.
3. Chronic sinusitis: Stable. Continue irrigations.
Return to clinic for any problems, questions or concerns. Otherwise, follow-up with the doctors mentioned above. All questions answered to her voiced satisfaction and greater than an hour spent with her.

2. Migraine (G43.909)
3. Other myositis, multiple sites (M60.89)
4. Meningitis (G03.9)
5. Chronic sinusitis (J32.9)
Orders:

**Patient Information**

Name: Romagosa, Lucia
Address:

Sex: Female
Date of Birth:
Phone: 5048332109
MRN: 22471
FIN: 156124
Location: ENT Specialists of Metairie
Date of Service: 05/24/2021

**Problem List/Past Medical History**

Ongoing
- Asthma in adult
- COVID-19 virus infection

Historical
- No qualifying data

**Procedure/Surgical History**

- Bladder
- Cesarean section
- Cholecystectomy
- Gastric bypass
- Intussusception
- Mastectomy
- Sinus

**Medications**

Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol, See Instructions
ALPRAZolam 1 mg oral tablet
levocetirizine 5 mg oral tablet
mupirocin 2% topical ointment, See Instructions, 3 refills
predniSONE 20 mg oral tablet, 40 mg= 2 tab(s), Oral, daily
Super B Complex, Oral, daily

Printed by: Jackson , Sky
Printed on: 7/2/2021 3:12 PM CDT

Romagosa, Lucia - DOB: - Female - MRN: 22471

Service Date: 05/24/2021

## ENT Note

Office Visit Note

ubrogepant, See Instructions, Instructions: take upon onset of headaches may repeat dose in 2 hours if needed but not exceed 2 in 24 hours, # 30 EA, 2 Refill (s), Type: Maintenance, Pharmacy: Vinnie's Pharmacy, take upon onset of headaches; may repeat dose in 2 h..., (Ordered)
64615 chemodervate facial/trigem/cerv musc migraine (Charge), Quantity: 1, Head ache | Migraine
Botox Pre-Cert (Request), Headache | Migraines
J0585 injection, onabotulinumtoxina, 1 unit (Charge), Quantity: 100, Head ache | Migraine

Symbicort 160 mcg-4.5 mcg/inh Inhalation aerosol, 2 puff(s), NEB, bid, 3 refills
tamoxifen, Oral
Ubrelvy 50 mg oral tablet, See Instructions, 2 refills
Vitamin B12
Vitamin D3
Zoloft, Oral, daily

**Allergies**
Dilaudid
Lincocin
Tylenol
adhesive tape
traMADol

**Social History**
Smoking Status
Never smoker
Alcohol
Never
Electronic Cigarette/Vaping
Electronic Cigarette Use: Never.
Tobacco
Never (less than 100 in lifetime)

**Lab Results**

| **Lab Results (Last 4 results within 90 days)** |
|---|
| Culture Aerobic: See comment Abnormal (03/24/21 06:00:00) |
| Culture Anaerobic: See comment (03/24/21 06:00:00) |

**Immunizations**
No Immunizations recorded for patient.

**Signature Line**

Signed and Authored by Michael Hickham on 06/08/2021 04:29 PM CDT

Printed by: Jackson , Sky
Printed on: 7/2/2021 3:12 PM CDT

Romagosa, Lucia - DOB: Female - MRN: 22471

Service Date: 06/18/2021

| | |
|---|---|
| Charted Date: | June 18, 2021 12:34 PM CDT |
| Subject / Title: | Office Visit Note |
| Performed By: | Hickham MD, Michael on June 21, 2021 12:34 PM CDT |
| Electronically Signed By: | Hickham MD, Michael on June 21, 2021 12:34 PM CDT |
| Visit Information: | 157297, ENT Specialists of Metairie, Outpatient, 6/18/2021 - 6/20/2021 |

## ENT Note

Office Visit Note

### History of Present Illness

61-year-old female diagnosed with meningitis. Negative spinal tap. She was evaluated by infectious disease and neurology with extensive testing and work-up. There is some question as to whether the Johnson & Johnson Covid vaccine caused an inflammatory response. In any event, she continues with headaches though they are much less intense and she did have Botox administered and feels like there is some improvement but headaches continue nonetheless. She has not seen infectious disease for neurology in follow-up after her hospital admission.

### Physical Exam

Myofascial trigger point injection: Otalgia secondary to temporomandibular joint disorder/headaches.
Small increments of Kenalog 5 mg/1.5 ml of 0.5% Xylocaine injected into the masseter, temporalis, occipitalis and cervical paravertebral musculature. This alleviated headache immediately. Patient tolerated procedure well.

Nose: Postsurgical changes with no evidence of purulence or polyps in the surgically created middle meatl.
Oral cavity oropharynx: Clear
Neck: Supple
Ear exam within normal limits

### Assessment/Plan

1. Headache (R51.9)
2. TMJ disease (M26.609)
Meningitis (G03.9)

Impression/plan 1. Meningitis (possibly viral versus immune response to Covid vaccine?): Headaches are slowly improving but she must see the neurologist. We will order an MRI of the head with gadolinium to expedite testing while waiting to get in to see her neurologist.
2. Chronic sinusitis: Stable. Continue irrigations
3. Temporomandibular joint disorder:
Patient counseled at length and in detail. All questions with regard to the counseling session answered and literature provided to reinforce the counseling session.
4. Migraine headaches as well as headaches related to meningitis.
We will proceed with treatment as outlined above but I have suggested to both she and her husband that this is a neurologic problem and she really needs to get in and see the neurologist as opposed to coming to see me for these

### Patient Information

Name: Romagosa, Lucia
Address:

Sex: Female
Date of Birth:
Phone: 5048332109
MRN: 22471
FIN: 157297
Location: ENT Specialists of Metairie
Date of Service: 06/18/2021

### Problem List/Past Medical History

Ongoing
- Asthma in adult
- COVID-19 virus infection

Historical
- No qualifying data

### Procedure/Surgical History

- Bladder
- Cesarean section
- Cholecystectomy
- Gastric bypass
- Intussusception
- Mastectomy
- Sinus

### Medications

Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol, See Instructions
ALPRAZolam 1 mg oral tablet
levocetirizine 5 mg oral tablet
mupirocin 2% topical ointment, See Instructions, 3 refills
Super B Complex, Oral, daily
Symbicort 160 mcg-4.5 mcg/inh inhalation aerosol, 2 puff(s), NEB, bid, 3 refills

Printed by: Jackson , Sky
Printed on: 7/2/2021 3:13 PM CDT

**ENT Note**

Office Visit Note

headaches. All questions answered to both parties voiced satisfaction. Greater than 45 minutes spent with patient and husband.

tamoxifen, Oral
Ubrelvy 50 mg oral tablet, See
Instructions, 2 refills
Vitamin B12
Vitamin D3
Zoloft, Oral, daily

**Allergies**
Dilaudid
Lincocin
Tylenol
adhesive tape
traMADol

**Social History**
Smoking Status
Never smoker
Alcohol
Never
Electronic Cigarette/Vaping
Electronic Cigarette Use: Never.
Tobacco
Never (less than 100 in lifetime)

**Lab Results**

| **Lab Results (Last 4 results within 90 days)** |
|---|
| Culture Aerobic: See comment Abnormal (03/24/21 06:00:00) |
| Culture Anaerobic: See comment (03/24/21 06:00:00) |

**Immunizations**
No Immunizations recorded for patient.

**Signature Line**

Signed and Authored by Michael Hickham on 06/21/2021 12:34 PM CDT

Children's Hospital
New Orleans
LCMC Health

POSITION TITLE: Registered Nurse (Outpatient)

JOB CODE: 120150

DEPARTMENT: Ambulatory; Children's Pediatrics; ThriveKids

REPORTS TO: Clinic Manager/Clinical Leader

FLSA STATUS: Non-Exempt

DATE PREPARED/REVISED: 5/1/2002 revised 3/27/2018; 7/1/2020

## POSITION SUMMARY:

Provides appropriate medical care and counseling of the patient in a relaxed and caring manner. Provides the medical provider with professional, responsible support. The delivery of care will be provided under stable, and predictable conditions and within the framework of a patient care assignment. Care will be provided for patients from infancy to young adults.

## JOB DESCRIPTION DISCLAIMER:

The above job summary is intended to describe the general nature and level of the work being performed by people assigned to this work. This is not an exhaustive list of all duties and responsibilities. Children's Hospital reserves the right to amend and change responsibilities to meet organizational needs as necessary.

## JOB SPECIFICATIONS:

Education:
Minimum Required: Employees with a hire date of January 1, 2020 or greater must have a Bachelor's degree in nursing or must be able to obtain a BSN within three years of their date of hire. An employee hired prior to January 1, 2020, will be grandfathered in.

Preferred:

Experience:
Minimum Required:
Preferred: Previous medical experience, good working knowledge of procedure and diagnosis coding. 1 year of experience in physician practice, preferably in pediatrics

License/Certification:
Minimum Required: Current Louisiana State RN Licensure Required and CPR BLS Healthcare Provider Certification from the American Heart Association required.

Preferred:

Special Skills/Training:
Minimum Required: Nursing / Clinical skills: vital signs, documentation, specimen labeling and transport. Computer software skills.

Working knowledge of ICD-10 and CPT-4 codes.
Communication and Guest Relations Skills.

Preferred:

Reporting Relationships:
Does this position formally supervisor employees? No
*If yes, then this position has the authority (delegated) to hire, terminate, discipline, promote or effectively recommend such to manager.*

JOB STANDARDS:

*Describe the duties and responsibilities of the job by listing 3 to 6 essential job functions, associated performance standards and corresponding weights. Weights should be at least 5% and not greater than 40%, totaling 100%.*

| *Essential Job Functions* | *Weight* |
|---|---|
| | |
| *Essential Job Function #1:* CLINICAL SKILLS: | 30.0 % |
| Participates in the care of patients under the supervision of the Clinic Manager and / or Clinical Leader; and in collaboration with other members of the healthcare team.<br><br>1. Measures & records appropriate vital signs based on departmental policy and patient age. Identifies abnormal values based on age and developmental level and reports findings to the appropriate medical provider.<br>2. Participates in clinic flow, including but not limited to: assisting with patient arrival to the clinic, assisting in and performing patient procedures, scheduling new and follow-up patient appointments, facilitating a smooth patient exit from clinic.<br>3. Prepares patients for examination, treatment and/or procedures.<br>4. Observes patients for signs and symptoms of abuse/neglect and report immediately in accordance with policy.<br>5. Recognizes emergencies and responds appropriately in adherence to organizational policy & procedure.<br>6. Provides non-complex procedures, according to clinic policy & documented competency, such as simple dressing changes.<br>7. Provides for comfort needs of patients with consideration of age and special needs.<br>8. Demonstrates a working knowledge of clinic equipment, including preparation of equipment; testing of equipment for safety prior to use on patient; cleaning and disinfecting of equipment (between patients and at clinic's end) according to hospital policy.<br>9. Administers prescribed medication and / or vaccinations via ordered route in accordance with department policy; Considers patient growth and development and uses proper technique for infant, toddler, school-aged, adolescent, young adult and adult patients.<br>10. Properly collects, prepares, and secures specimens for point of care clinic testing and / or transport when necessary. Performs point of care tesing per Laboratory Point of Care Testing Guidelines.<br>11. Maintains medication inventory and demonstrates proper disposal of expired medications. Properly stores medications according to department policy and ensures medication safety when using multi-dose vials and containers. Maintains refrigerator / freezer monitoring logs to ensure proper storage environment for all medications and vaccines. Follows departmental standards when a patient has adverse reaction in clinic and when noting medication error.<br>12. Reinforces provider education / instruction with patient and / or patient's caregiver.<br>13. Organizes work and makes effective use of time. | |
| *Essential Job Function #2:* DOCUMENTATION: | 20.0 % |
| Completely and accurately documents clinical tasks, testing, and procedures.<br><br>1. Documents appropriately in the patient medical record according to established departmental guidelines.<br>2. Maintains privacy of patient personal health information by ensuring computer screens are secure in the absence of medical / nursing / clinical staff.<br>3. Properly navigates Electronic Medical Record to obtain laboratory and radiology results, medical records, update patient demographic data, and schedule follow-up appointments.<br>4. Completes proper paperwork including documentation of waived testing quality control procedures.<br>5. Prepares safety reports when warranted or as directed by the clinic manager / designee. | |
| *Essential Job Function #3:* PROFESSIONALISM AND SUPPORT: | 10.0 % |
| Demonstrates professional ownership and commitment to the principles and core values of guest relations.<br><br>1. Demonstrates honesty, promptness, dependability, courtesy and respect in interactions with patients, caregivers, customers, co-workers, and staff.<br>2. Projects a positive image & attitude by communicating in a courteous and professional manner, and responding with an appropriate tone of voice, facial expressions and gestures (including telephone communication).<br>3. Recognizes when others require information, direction, or assistance and offers help.<br>4. Promotes a professional image by adhering to hospital dress code and division policies on standard of dress.<br>5. Consults and keeps clinic manager informed of clinic activities, requirements, and problems.<br>6. Reports to clinic manager prior to leaving the assigned clinical area.<br>7. Demonstrates ability to manage patient and/or co-worker complaints in a calm, positive, non-judgmental manner, and reports these events to clinic manager on a daily basis. | |

| | |
|---|---|
| 8. Maintains strict patient confidentiality exemplified by discussing issues only with appropriate persons and in a place and manner, which reflects respect for the individual, and his or her right to privacy. | |
| *Essential Job Function #4:* SAFETY AND INFECTION CONTROL STANDARDS: | 20.0 % |
| Assist with compliance to safety, environmental, infection control, quality improvement, and other regulatory standards.<br><br>1. Implements standard and transmission-based precautions, per hospital policy.<br>2. Performs hand hygiene, as outlined in hospital policy<br>3. Ensures patient safety during clinic visits, per hospital policy.<br>4. Maintains a clean clinic working environment.<br>5. Reports any safety hazards or violations in patient or clinic environment to clinic manager or designee.<br>6. Actively participates in Quality Improvement Process, including QAPI projects and EOC Rounds. | |
| *Essential Job Function #5:* CLERICAL SUPPORT: | 10.0 % |
| Participates in the clinic preparation process by gathering appropriate clinical documentation for review by the medical provider / licensed independent practitioner.<br><br>1. Demonstrates knowledge of all equipment including computers, printers, scanners & fax machines.<br>2. Obtains medical records from outside facilities when needed or requested by medical provider<br>3. Scans outside correspondence into the appropriate area of the electronic medical record.<br>4. Answers the telephone and routes calls promptly to the appropriate person. | |
| *Essential Job Function #6:* ADDITIONAL DUTIES: | 10.0 % |
| Accept and performs other assigned duties essential to the efficient operation of the clinic and/or Division of Ambulatory Services. | |

WORK ENVIRONMENT:

Functional Demands

*Select the appropriate physical requirement of the job based on the categories described in the following table. Indicate your selection here: Light*

| Label | Short Description | Full Description |
|---|---|---|
| Sedentary | Very light physical requirements | Sedentary Work- Exerting up to 10 pounds of force occasionally (occasionally means activity or conditions exist up to 1/3 of the work day), and/or, a negligible amount of force frequently (frequently means activity or condition exists from 1/3 to 2/3 of the work day) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met. |
| Light | Light physical requirements | Light Work - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible. |
| Medium | Medium physical requirements | Medium Work - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work. |
| Heavy | Heavy physical requirements | Heavy Work - Exerting 50 to 100 pounds of force occasionally, and/or 25 to 50 pounds of force frequently, and/or 10 to 20 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Medium Work. |
| Very Heavy | Very heavy physical requirements | Very Heavy Work- Exerting in excess of 100 pounds of force occasionally, and/or in excess of 50 pounds of force frequently, and/or in excess of 20 pounds of force constantly to move objects. Physical demand requirements are in excess of those for Heavy Work. |
| **Source: D.O.T. Dictionary of Occupational Titles (www.occupationalinfo.org), 1993.** | | |

## Activity Level Throughout Workday

*Complete each section by clicking in the appropriate space.*

***Physical Activity Requirements***

| | Occasional (0-35% of day) | Frequent (36-66% of day) | Continuous (67-100% of day) | Not Applicable |
|---|---|---|---|---|
| Sitting | √ | ☐ | ☐ | ☐ |
| Standing | ☐ | √ | ☐ | ☐ |
| Walking | ☐ | ☐ | √ | ☐ |
| Climbing (e.g., stairs or ladders) | √ | ☐ | ☐ | ☐ |
| Lifting - Floor to waist level (enter range of lbs.) | ☐ | √ | ☐ | ☐ |
| Lifting – Waist level and above (enter range of lbs.) | √ | ☐ | ☐ | ☐ |
| Carry objects | ☐ | √ | ☐ | ☐ |
| Push/Pull | √ | ☐ | ☐ | ☐ |
| Twisting | ☐ | √ | ☐ | ☐ |
| Bending | ☐ | √ | ☐ | ☐ |
| Reaching forward | ☐ | √ | ☐ | ☐ |
| Reaching overhead | √ | ☐ | ☐ | ☐ |
| Squat/kneel/crawl | √ | ☐ | ☐ | ☐ |
| Wrist position deviation | √ | ☐ | ☐ | ☐ |
| Pinching/fine motor activities | ☐ | √ | ☐ | ☐ |
| Keyboard use/repetitive motion | ☐ | √ | ☐ | ☐ |
| Taste or Smell | √ | ☐ | ☐ | ☐ |
| Talk or Hear | ☐ | ☐ | √ | ☐ |

***Sensory Requirements***

| | Accurate 20/40 | Very Accurate 20/20 | Not Applicable |
|---|---|---|---|
| Near Vision | √ | ☐ | ☐ |
| Far Vision | √ | ☐ | ☐ |

| | Yes | No | Not Applicable |
|---|---|---|---|
| Color Discrimination | √ | ☐ | ☐ |

| | Minimal | Moderate | Accurate | Not Applicable |
|---|---|---|---|---|
| Depth Perception | ☐ | √ | ☐ | ☐ |
| Hearing | ☐ | ☐ | √ | ☐ |

***Environment Requirements***

| Occupational Exposure Risk Potential | Reasonably Anticipated | Not Anticipated |
|---|---|---|
| Bloodborne Pathogens | √ | ☐ |
| Chemical | √ | ☐ |
| Airborne Communicable Disease | √ | ☐ |
| Extreme Temperatures | ☐ | √ |
| Radiation | ☐ | √ |
| Uneven Surfaces or Elevations | ☐ | √ |
| Extreme Noise Levels | √ | ☐ |
| Dust/Particulate Matter | √ | ☐ |
| Other (List) | | |

| | 8 | 10 | 12 | 16 | Other |
|---|---|---|---|---|---|
| Usual workday hours | √ | ☐ | ☐ | ☐ | ☐ |

POPULATION SERVED JOB STANDARDS:

*To be used only for jobs involving direct patient care*

| Standard | Description |
|---|---|
| Age Specific | Assessment and Care Delivery/Service: Assesses data and provides age specific care to patients. |

| Population Served | Performance Expectation | Patient Contact (Yes/No) | Frequency (Regularly/ Infrequently) |
|---|---|---|---|
| Neonate/Infant up to 1 year | Assesses the physiologic, psychosocial, developmental and pain management needs for age group. Recognizes normal age-specific lab values, critical lab values, and normal vital sign parameters for age group. Encourages family/caregiver involvement with infant's care as appropriate. Provides appropriate stimulation for infant. Collaboration: Involves the family/caregiver in plan of care. Communicates the interdisciplinary team plans with family/caregiver. Safety: Provides a safe environment: crib side rails up at all times. Provides equipment appropriate to size and age. Considers the factors effecting medication administration and monitoring for this age group, to include appropriate dosage based on weight, renal/liver function. | **Yes** | **Regularly** |
| Toddler/Preschool/School Age (1 yr to 15 yrs) | Assesses the physiologic, psychosocial, developmental and pain management needs for age group. Recognizes normal age-specific lab values, critical lab values, and normal vital sign parameters for age group. Utilizes appropriate distraction techniques to implement care with toddler. Provides clear, direct communication. Provides the toddler/preschooler with choices when possible. Uses play as a means for communication. Collaboration: Involves the family/caregiver in plan of care. Communicates the interdisciplinary team plans with family/caregiver. Safety: Provides a safe environment for the toddler/preschooler. For the school age patient: explains therapy in simple, concrete terms. Provides privacy for the child. Provides the child with choices when possible. Encourages peer relations when possible. Clearly defines and reinforces behavior limitations. Provides equipment appropriate to size and age. Considers the factors effecting medication administration and monitoring for this age group to include appropriate dosage based on weight, renal/liver function. | **Yes** | **Regularly** |
| Adult (16 and up) | Assesses the physiologic, psychosocial, developmental and pain management needs for age group. Recognizes normal age-specific lab values, critical lab values, and normal vital sign parameters for age group. Recognizes individuality of adult. Respects privacy of adult. Recognizes possible life transitions of adults. Teaches based on learning style of adult. Recognizes potential life stressors and coping behaviors. Collaboration: Involves the family/significant others in plan of care. Recognizes impact of health on family members/significant others. Involves the adult in planning care. Communicates the interdisciplinary team plans with family/significant others. Safety: Provides a safe environment for the adult. Provides equipment appropriate to size and age. Considers the factors effecting medication administration and monitoring for this age group to include appropriate dosage, renal/liver function. | **Yes** | **Regularly** |

<u>SIGNATURES</u>:

☐ The above job description is an accurate representation of the job duties assigned.

Supervisor Signature ____________________ Date ____________________

Employee Name Signature ____________________ Date ____________________

**Lincoln/Romagosa 0919**

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 11459291 Claim Last Updated 12/15/2021 Printed On 7/8/2025

Claimant Information

Name LUCIA A ROMAGOSA
SSN
Birth Date
Address
Salary Amount $
Mode W
Date of Hire 09/07/1994
Last Work Date 05/06/2021
Federal Tax None
State Tax No
Phone
Phys Demands Medium
JobDesc REGISTERED NURSE (INPATIENT)

Claim Status Closed
Status Reason Max Dur/To LTD
Received Date 06/07/2021
Disability Date 05/07/2021
Close Date 11/05/2021
Reopen Date
Sick Days Left
Max Ben Date 11/04/2021
RTW FT / PT
Ben Begin Date 05/21/2021
Apprv Thru Date 11/04/2021
Gross Ben $
Diagnosis 1 Code/Desc G03.9 Meningitis, unspecified
Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 09 - LF0494 LCMC HEALTH
Subsidiary LCMC LCMC HEALTH - ASO
Location CHNOLA00 CHILDRENS HOSPITAL NEW ORLEANS
Symb PD Numeral 01 Product STD Funding ASO Bank N Calcs N Cntr Eff 01/01/2021
Class 02 ALL ACTIVE FULL TIME AND PART TIME STAFF EMPLOYEES OR MANAGERS HIREI
Waiting Period: New/Mode-Current/Mode 6 Month 6 Month Days in WRKWK 7
Elimination Period: Days/Type 14 Hospital-Sickness COLA: Mode/Duration
Successive Period: Period/Mode 15 Day SS Integration:Type/Value
Partial Disability Type/Pct Survivor Ben Months/Wait Period
Non-Verifiable Symptoms Limit Own Occupation Definition Limit M/N Limit
Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 02 | 10/01/1995 |
| PD | 01 | STD | 02 | 04/01/1995 |

Additional Information:

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 11459291 **Accommodation Number**

**Note type:**

Primary Sort Order
- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

Sec
●

**12/15/2021 2:47 PM - CLAIM Note 50**
Claim/Event/Leave: 11459291
NoteSubject : LDW Discrepancy
Other Subject : DATE CORRECTION
Text: [12/15/2021 - FITZGERALD, JOEL]RCVD VERIFICATION OF LDW 5/7/2021 - EMAIL ADDED TO DOC LIST. DOD SHOULD BE 5/11/2021 BASED ON MEDICAL ON FILE INDICATING CLMT WAS FIRST TREATED IN THE ER ON 5/11/2021. ALTHOUGH RECORDS INDICATE CLMT REPORTED HEADACHESFOR ABOUT 4 WEEKS PRIOR TO ER TXMT, SHE WAS WORKING DESPITE THESE FOR THE MAJORITY OF THOSE 4 WEEKS. CLMT WAS AN ACTIVE AND ELIG EMPLOYEE ON THE DOD OF 5/11/2021. NO PAYMENT ADJUSTMENTS NEEDED FOR THIS ASO STD CLAIM WITH A 7 DAY/WEEK PRORATION AND STD APPROVED FOR FULL / MAX STD DURATION ALLOWED UNDER THE PLAN. THE CLAIM WAS APPROVED FOR CORRECT # OF BENEFIT DAYS TOTALING 168 DAYS AFTER A 14 DAY ELIMINATION PERIOD, APPROVED DATES 5/21/2021 THROUGH 11/4/2021. HOWEVER, THE DATES SHOULD HAVE BEENLDW 5/7/2021, DOD 5/11/2021, WITH APPROVED DATES FROM BBD 5/25/2021 THRU MBD 11/8/2021. THE LTD EP IS 'THE GREATER OF' PROVISION AND THUS THE ACCURATE LTD BBD IS 11/9/2021 TAKING INTO CONSIDERATION THE DATE RANGE CORRECTION ON THE ASSOCIATED STD CLAIM.

**12/15/2021 8:28 AM - CLAIM Note 49**
Claim/Event/Leave: 11459291
NoteSubject : Status Report
Other Subject : EXT THRU 11/4/21
Text: CLAIM EXTENDED THRU 11/4/21

**12/15/2021 8:27 AM - CLAIM Note 48**
Claim/Event/Leave: 11459291
NoteSubject : Closed
Other Subject : MAX DUR TO LTD
Text: [12/15/2021 - PERKINS, BRE-ANN]62YOF, REGISTERED NURSE (PRESUMED MED OCC), LDW: 5/6/21, DOD 5/7/21, DX: MENINGITIS. EE BEGAN HAVING DEBILITATING MIGRAINES AFTER RCVING THE JOHNSON AND JOHNSON COVID VACCINE. FOUND TO HAVE BRAIN SWELLING THAT REOPENEDBRAIN BLEED. EE DID NOT HAVE TO HAVE SX. COMORBIDS: ASTHMA, EE IS NOT CLAIMING. CURRENT TXING PROVIDERS: -ENRIQUE SEGURA (NEURO): LOV IN JULY OR AUGUST 2021, NOV 11/30/21. EE HAD MRI AT THE END OF SEPTEMBER 2021 WHICH WILL BE REVIEWED AT NOV; -MICHAEL HICKHAM (ENT): LOV APRIL 2021, NOV IS NOT SCHEDULED YET. TX PLAN: EE IS TAKING MEDS FOR HEADACHES INCLUDING AMITRIPTYLINE. EE IS HOPING TO BE CLEARED TO RTW IN A DESK JOB AFTER 11/30/21. EE STATES THAT SHE HAS SPOKEN TO ER ABOUT THIS ALREADY ANDJUST NEEDS TO BE CLEARED BY AP. *RCVD MAY 2021 MRI RESULTS AND OVNS THRU 11/30/21 FROM DR. SEGURA WHICH INIDICATE EE HAS ONGOING HEADACHES, MEDS INCREASED AND F/U IN 6 WEEKS. CM THEREFORE FINDS IT REASONABLE THAT EE WOULD HAVE REMAINED SUPPORTED THRU STD MBD OF 11/4/21. CLAIM EXTENDED THRU MBD AND CLOSED FOR MAX DUR TO LTD

**12/15/2021 8:23 AM - CLAIM Note 47**
Claim/Event/Leave: 11459291
NoteSubject : Med Records Rcvd
Other Subject : SEGURA
Text: [12/15/2021 - PERKINS, BRE-ANN]RCVD OVNS DOS 5/13/21 AND 11/30/21 FROM DR. SEGURA W/ MRI RESULTS FROM MAY. LAST OVN STATES EE TO F/U IN 6 WEEKS (AROUND 1/11/22) AND ALSO INDICATES EE IS EXPERIENCING ANXIETY AND DEPRESSION.

**12/03/2021 2:27 PM - PHONE Note 30**
Claim/Event/Leave: 11459291
NoteSubject : EE Called
Other Subject :
Text: [12/03/2021 - BERGERON, MORGAN]REQUESTING MEDICAL BE REQUESTED FORM AP OFFICE ATTN PENNY, SENT

**11/30/2021 4:25 PM - PHONE Note 29**
Claim/Event/Leave: 11459291

NoteSubject : Called EE
Other Subject : N/P DAY 21
Text: [11/30/2021 - PERKINS, BRE-ANN]CALLED EE TO ADVISE OF DAY 21 N/P. EE STATES THAT SHE ACTUALLY SAW DR. SEGURA TODAY HER AP UPPED ONE MIGRAINE MED AND SWITCHED ANOTHER ONE. STATES THAT HER MRI LOOKS BETTER AND THAT EE WILL FOLLOWING UP IN 6 WEEKS TO DISCUSS POSSIBLE RTW. CM VOICED U/S, REVIEWED THAT MRS ARE STILL NEEDED FOR BOTH STD AND LTD CLAIMS. REVIEWED STD MBD AND LTD BBD W/ EE AS REQUESTED. REMINDED EE OF 12/19/21 DEADLINE FOR MRS. EE TO F/U W/ DR. SEGURA'S OFFICE. EE HAD NFQ, THANKED, C/E

**11/30/2021 4:17 PM - CLAIM Note 46**
Claim/Event/Leave: 11459291
NoteSubject : Notice/Proof Review
Other Subject : DAY 21
Text: [11/30/2021 - PERKINS, BRE-ANN]MAILED EE N/P DAY 21 REMINDER LETTER

**11/30/2021 4:15 PM - PHONE Note 28**
Claim/Event/Leave: 11459291
NoteSubject : Called AP
Other Subject : SEGURA
Text: [11/30/2021 - PERKINS, BRE-ANN]CALLED DR. SEGURA'S OFFICE TO F/U ON MRS REQ. S/W REP WHO TRANSFERRED CM TO AP'S MEDICAL ASSISTANT. HAD TO LEAVE A VM FOR CALL BACK ON STATUS UPDATE

**11/05/2021 11:38 AM - CLAIM Note 45**
Claim/Event/Leave: 11459291
NoteSubject : Other
Other Subject : EMAIL FROM ER
Text: [11/05/2021 - PERKINS, BRE-ANN]RCVD CX THAT EE DOES IN FACT HAVE CLASS 3 LTD BENS AS IT IS SHOWING IN ELIGIBILITY. COPY OF EMAIL ADDED TO DOC LIST.[11/05/2021 - PERKINS, BRE-ANN]**EDIT: CLASS 2

**11/03/2021 2:31 PM - CLAIM Note 44**
Claim/Event/Leave: 11459291
NoteSubject : LTR to ER
Other Subject : EMAIL TO ER
Text: [11/03/2021 - PERKINS, BRE-ANN]ANOTHER REQUEST FOR CX OF LTD CLASS SENT TO ER W/ M1 CC'D. EMAIL ADDED TO DOC LIST

**11/01/2021 11:48 AM - CLAIM Note 43**
Claim/Event/Leave: 11459291
NoteSubject : LTR to ER
Other Subject : EMAIL TO ER
Text: [11/01/2021 - PERKINS, BRE-ANN]RCVD NOTICE FROM ER THAT EE IS IN LTD CLASS 1 W/ AN EDOC OF 10/1/1995. EMAIL SEND TO DOUBLE CX THE CLASS AS S1 ELIGIBILITY IS SHOWING CLASS 2. BOTH EMAILS IN DOC LIST

**10/29/2021 11:12 AM - PHONE Note 27**
Claim/Event/Leave: 11459291
NoteSubject : EE Called
Other Subject : VM 10/28
Text: [10/29/2021 - BROOKS, BRIER]EE CALLED STATES HAS NO RTW NOTICE

**10/28/2021 4:43 PM - CLAIM Note 42**
Claim/Event/Leave: 11459291
NoteSubject : LTR to ER
Other Subject : EMAIL TO ER
Text: [10/28/2021 - PERKINS, BRE-ANN]2ND REQUEST FOR LTD CLASS/EDOC CX FROM ER. EMAIL ADDED TO DOC LIST

**10/27/2021 1:49 PM - CLAIM Note 41**
Claim/Event/Leave: 11459291
NoteSubject : LTR to ER
Other Subject : EMAIL TO ER
Text: [10/27/2021 - PERKINS, BRE-ANN]EMAIL SENT TO ER TO CX LTD CLASS AND EDOC. ADDED COPY OF EMAIL TO DOC LIST[10/27/2021 - PERKINS, BRE-ANN]WILL DEFER CONVERT TO LTD UNTIL INFO HAS BEEN RCVD

**10/26/2021 12:22 PM - CLAIM Note 40**
Claim/Event/Leave: 11459291
NoteSubject : Escalation
Other Subject : TO LTD
Text: [10/26/2021 - YOUNG, JUSTINE]CLAIM REASSIGNED TO LTD DCM B. PERKINS

**10/22/2021 2:32 PM - CLAIM Note 39**
Claim/Event/Leave: 11459291
NoteSubject : Escalation
Other Subject : MANAGER REVIEW
Text: [10/22/2021 - WATTS, DRONJI]PER SME, AGREE WITH ESCALATION TO LTD. DCM TO SEND LFG AUTH TO EE FOR COMPLETION. 1. HAS THE DOD BEEN VALIDATED? YES 2. IF THERE IS ANY GAP BETWEEN LDW/DOD, IS THERE REASONABLE JUSTIFICATION AND HAS A CLAIM NOTE HAS BEEN ENTERED PROVIDING RATIONALE? NO GAP 3. ARE

THERE ANY PRIOR CLAIMS WITHIN SUCCESSIVE PERIOD THAT SHOULD HAVE BEEN INVESTIGATED FOR SUCCESSIVE? NO 4. ARE THERE ANY MISSING OPPORTUNITIES FOR SUBROGATION AND/OR EXCLUSION(S)? NO 5. HAS A CALL BEEN MADE TO THE CLAIMANT RECENTLY TO DISCUSS ESCALATION TO LTD AND EXPLORE LIKELIHOOD OF RETURN TO WORK PRIOR TO THE LTD BBD? ATTP 6. IS SUFFICIENT MEDICAL ON FILE AND ARE THE DOC LIST PROPERTIES COMPLETED? YES 7. ARE THE JD AND AUTH ON FILE? JD, YES. DCM TO REQ LFG AUTH. 8. IS THE APPROPRIATE FOLLOW-UP TASK(S) SET? YES

**10/21/2021 11:33 AM - CLAIM Note 38**
Claim/Event/Leave: 11459291
NoteSubject : Escalation
Other Subject : TO SEVERE
Text: [10/21/2021 - BROOKS, BRIER]61YOF RN INPATIENT (MEDIUM) LDW: 5/6 DOD: 5/7 NO GAP. DX: VIRAL MENINGITIS. CLAIM APPROVED THRU 10/25 STD MAX BEN DATE 11/4. TREATING WITH NEURO ENRIQUE SEGURA 504-885-7337. FAXED AP FOR UPDATED R&LS AND OVN. EE HAD MRI ON 10/1. TX HAS BEEN DELAYED DUE TO HURRICANE. F/U WITH AP STILL NEEDED IN ORDER TO REVIEW MRI FOR ONGOING TX AND RTW STATUS. EE IS ON A WAITING LIST FOR APPOINTMENT WITH AP AS THEY ARE BOOKED OUT DUE TO HAVING TO RESCHED ALL APPOINTMENTS DUE TO HURRICANE. CURRENT RESTRICTIONS FORM AP SEGURA ARE SEDENTARY. ESCALATION TO SEVERE DUE TO NEURO APPOINTMENT DATE BEING UNKNOWN. EE IS NOT ABLE TO RTW PRIOR TO F/U WITH NEURO FOR READING OF MRI AND EE IS UNSURE IF THAT WILL BE BEFORE MAX BEN DATE. JD AND AUTH IN DOC LIST.[10/21/2021 - BROOKS, BRIER]ESCALATION HELD DUE TO HOPES THAT AP WOULD HAVE CANCELATION FOR EE TO SCHED VISIT

**10/21/2021 11:24 AM - PHONE Note 26**
Claim/Event/Leave: 11459291
NoteSubject : Called EE
Other Subject :
Text: [10/21/2021 - BROOKS, BRIER]CALLED EE AT REGARDING LTD AS EE STILL WAITING ON MRI APPOINTMENT NO ANSWER MAILBOX IS FULL UNABLE TO LVM

**10/21/2021 11:23 AM - CLAIM Note 37**
Claim/Event/Leave: 11459291
NoteSubject : LTR to AP
Other Subject : SEGURA
Text: [10/21/2021 - BROOKS, BRIER]FAXED AP FOR MEDS AND R&LS

**10/21/2021 11:20 AM - PHONE Note 25**
Claim/Event/Leave: 11459291
NoteSubject : Called AP
Other Subject : SEGURA
Text: [10/21/2021 - BROOKS, BRIER]CALLED AP AT 504-885-7337 SPOKE WITH JENNY WHO TRANSFERRED TO AP ASSISTANT LEFT VM WITH RCB REGARDING MRI DETAILS

**10/21/2021 11:16 AM - CLAIM Note 36**
Claim/Event/Leave: 11459291
NoteSubject : LTR to ER
Other Subject :
Text: [10/21/2021 - BROOKS, BRIER]HELLO, TO ASSIST US IN PROCESSING THE ABOVE EMPLOYEE S CLAIM, PLEASE PROVIDE A COPY OF THE JOB DESCRIPTION FOR THEIR CURRENT JOB TITLE. WHEN SUBMITTING THE JOB DESCRIPTION, PLEASE DO SO TO MY ATTENTION OR FAX YOURINFORMATION TO THE FAX NUMBER BELOW. THANK YOU,

**10/13/2021 9:45 AM - NOTIFICATION Note 8**
Claim/Event/Leave: 11459291
NoteSubject : Text Message
Other Subject : Extension
Text: Recipient Name 1 : Lincoln Financial Group: Claim 11459291. Your approved through date has been changed from 10/08/2021 to 10/25/2021.
**TEXT Life Cycle**
Sent ON: 10/13/2021 09:45 AM EST
Current Status: DELIVERED
Delivered ON: 10/13/2021 11:02 AM EST

**10/13/2021 9:44 AM - CLAIM Note 35**
Claim/Event/Leave: 11459291
NoteSubject : Status Report
Other Subject :
Text: EXTENDED THRU 10/25

**10/13/2021 9:44 AM - CLAIM Note 34**
Claim/Event/Leave: 11459291
NoteSubject : Extended Benefits
Other Subject : THRU 10/25
Text: [10/13/2021 - BROOKS, BRIER]61YOF RN INPATIENT (MEDIUM) LDW: 5/6 DOD: 5/ NO GAP. DX: VIRAL MENINGITIS TX DELAYED DUE TO HURRICANE MRI COMPLETE AWAITING APPOINTMENT FOR REVIEW OF RESULTS. BASED ON DX AND TX REASONABLE TO EXT THRU 10/25. DCM TO F/U WITH EE ON OV PLANS

**10/13/2021 9:34 AM - PHONE Note 24**
Claim/Event/Leave: 11459291

Claim/Event/Leave: 11459291
NoteSubject : EE Called
Other Subject : VM 10/12
Text: [10/13/2021 - BROOKS, BRIER]EE CALLED STATES WAITING TO GET INTO NEUROLOGIST GOT BACK UP DUE TO HURRICANE OFFICE WAS CLOSED DUE TO DAMAGE FOR HURRICANE ON WAIT LIST MRI COMPLETED WAITING FOR MRI RESULTS

**10/12/2021 11:34 AM - PHONE Note 23**
Claim/Event/Leave: 11459291
NoteSubject : Called EE
Other Subject :
Text: [10/12/2021 - BROOKS, BRIER]CALLED EE AT FOR UPDATE ON MRI AND TX PLAN NO ANSWER MAILBOX FULL UNABLE TO LVM

**09/29/2021 4:49 PM - CLAIM Note 33**
Claim/Event/Leave: 11459291
NoteSubject : Status Report
Other Subject :
Text: BENS EXT THRU 10/8/21

**09/29/2021 4:49 PM - CLAIM Note 32**
Claim/Event/Leave: 11459291
NoteSubject : Extended Benefits
Other Subject : THRU 10/8/21
Text: [09/29/2021 - DONALD, JULIANNE]BENS EXT THRU 10/8/21, 1 WK BEYOND MRI DATE. 61YOF RN INPATIENT (MEDIUM) LDW: 5/6 DOD: 5/7 NO GAP. DX: VIRAL MENINGITIS. EE TX DELAYED DUE TO HURRICANE. HAS MRI SCHED FOR 10/1/21 AND WILL SEE AP AFTER THAT FOR RTW PLAN. GIVEN DX AND TX, REASONABLE TO EXT BENS THRU 10/8/21 AND WILL F/U ON OV AND RTW PLANS

**09/29/2021 4:47 PM - PHONE Note 22**
Claim/Event/Leave: 11459291
NoteSubject : Called EE
Other Subject :
Text: [09/29/2021 - DONALD, JULIANNE]EE CALLED AND LM 1:41P 9/28 LUCIA ROMAGOSA, 11459291. IN REFERENCE TO RTW, WAS DELAYED D/T HURRICANE, F/U MRI IS 10/1 THEN WILL SEE DR TO GET RELEASED, THEY WILL SET UP F/U AFTER MRI. RTC TO EE AND LMOM ADV WE WILL EXT THRU 10/8/21 TO GIVE TIME TO SET UP APPT AND ADV TO CALL DCM W/UPDATE ON OV DATE

**09/29/2021 4:46 PM - NOTIFICATION Note 7**
Claim/Event/Leave: 11459291
NoteSubject : Text Message
Other Subject : Extension
Text: Recipient Name 1 : Lincoln Financial Group: Claim 11459291. Your approved through date has been changed from 09/28/2021 to 10/08/2021.
**TEXT Life Cycle**
Sent ON: 09/29/2021 04:46 PM EST
Current Status: DELIVERED
Delivered ON: 09/29/2021 04:46 PM EST

**09/15/2021 10:54 AM - NOTIFICATION Note 6**
Claim/Event/Leave: 11459291
NoteSubject : Text Message
Other Subject : Extension
Text: Recipient Name Lincoln Financial Group: Claim 11459291. Your approved through date has been changed from 09/13/2021 to 09/28/2021.
**TEXT Life Cycle**
Sent ON: 09/15/2021 10:54 AM EST
Current Status: DELIVERED
Delivered ON: 09/15/2021 11:00 AM EST

**09/15/2021 10:54 AM - CLAIM Note 31**
Claim/Event/Leave: 11459291
NoteSubject : Status Report
Other Subject :
Text: EXTENDED THRU 9/28

**09/15/2021 10:54 AM - CLAIM Note 30**
Claim/Event/Leave: 11459291
NoteSubject : Action Plan
Other Subject :
Text: [09/15/2021 - BROOKS, BRIER]DCM TO F/U WITH EE TO CF SCHED OV AND UPDATE ON TX PLAN

**09/15/2021 10:54 AM - CLAIM Note 29**
Claim/Event/Leave: 11459291
NoteSubject : Extended Benefits

Other Subject : THRU 9/28
Text: [09/15/2021 - BROOKS, BRIER]61YOF RN INPATIENT (MEDIUM) LDW: 5/6 DOD: 5/7 NO GAP. DX: VIRAL MENINGITIS. CLAIM APPROVED THRU 7/23. UPDATED R&LS FROM AP STATES SEDENTARY R&LS UNTIL REEVAL AT 9/13 OV DUE TO RESULTS OF MRI AND SEVERITY OF ONGOING SX ANDIMAGING. OV WAS CANCELLED DUE TO HURRICANE IDA EE IS TRYING TO GET IT RESCHED. BASED ON EE AGE, JOB DUTIES, R&LS FROM AP AND NOV WITH NEURO NEEDED FOR REEVAL PRIOR TO RTW, RECOMMEND EXTENDING HTRU 9/28. DCM TO F/U WITH EE TO CF SCHED OV AND UPDATE ONTX PLAN

**09/15/2021 10:52 AM - PHONE Note 21**
Claim/Event/Leave: 11459291
NoteSubject : Called EE
Other Subject :
Text: [09/15/2021 - BROOKS, BRIER]DCM RTC TO EE AT NO ANSWER DCM LEFT VM ADV TO F/U WITH DCM ONCE SCHED WILL GET CLAIM EXTENDED OUT

**09/15/2021 10:51 AM - PHONE Note 20**
Claim/Event/Leave: 11459291
NoteSubject : EE Called
Other Subject : VM 9/14
Text: [09/15/2021 - BROOKS, BRIER]EE CALLED STATES WAS UNABLE TO GO TO NEURO DUE TO HURRICANE TRYING TO GET RESCHED

**07/28/2021 3:50 PM - NOTIFICATION Note 5**
Claim/Event/Leave: 11459291
NoteSubject : Text Message
Other Subject : Extension
Text: Recipient Name 1 : Lincoln Financial Group: Claim 11459291. Your approved through date has been changed from 07/23/2021 to 09/13/2021.
**TEXT Life Cycle**
Sent ON: 07/28/2021 03:50 PM EST
Current Status: DELIVERED
Delivered ON: 07/28/2021 03:50 PM EST

**07/28/2021 3:50 PM - CLAIM Note 28**
Claim/Event/Leave: 11459291
NoteSubject : Status Report
Other Subject :
Text: EXTENDED THRU 9/13

**07/28/2021 3:50 PM - CLAIM Note 27**
Claim/Event/Leave: 11459291
NoteSubject : Action Plan
Other Subject :
Text: [07/28/2021 - BROOKS, BRIER]DCM TO F/U WITH EE AFTER NOV WITH AP TO DISCUSS ONGOING TX IF NEEDED

**07/28/2021 3:50 PM - CLAIM Note 26**
Claim/Event/Leave: 11459291
NoteSubject : Extended Benefits
Other Subject : THRU 9/13
Text: [07/28/2021 - BROOKS, BRIER]61YOF RN INPATIENT (MEDIUM) LDW: 5/6 DOD: 5/7 NO GAP. DX: VIRAL MENINGITIS. CLAIM APPROVED THRU 7/23. UPDATED R&LS FROM AP STATES SEDENTARY R&LS UNTIL REEVAL AT 9/13 OV DUE TO RESULTS OF MRI AND SEVERITY OF ONGOING SX ANDIMAGING. BASED ON EE AGE, JOB DUTIES, R&LS FROM AP AND NOV RECOMMEND EXTENDING THRU 9/13. DCM TO F/U WITH EE AFTER NOV WITH AP TO DISCUSS ONGOING TX IF NEEDED

**07/28/2021 3:46 PM - PHONE Note 19**
Claim/Event/Leave: 11459291
NoteSubject : Called AP
Other Subject : SEGURA
Text: [07/28/2021 - BROOKS, BRIER]DCM CALLED AP SEGURA AT 504-885-7337 SPOKE WITH JACKIE WHO TRANSFERRED TO AP ASSISTANT WHO CF EE MUST BE REMAIN OOW DUE TO ONGOING SX AND REVIEW OF MRI SEDENTARY R&LS NOV 9/13 FOR REEVAL

**07/23/2021 4:13 PM - PHONE Note 18**
Claim/Event/Leave: 11459291
NoteSubject : EE Called
Other Subject :
Text: [07/23/2021 - BROOKS, BRIER]EE CALLED STATING OV ON 7/23 STATES MRI SHOWED IMPROVEMENT BUT AP DID NOT RELEASE EE TO RTW STATES MAYBE IN 6 WEEKS. TX: MEDROL DOSE PACK DOUBLE GILBRALDI? EE TRIED GETTING AP TO LET EE F/U AFTER 4 WEEKS INSTEAD OF 6 AP STATES NO 6 WEEKS MUST TREAT YOURSELF LIKE CONCUSSION PATIENT AND TAKE CARE OF YOURSELF AP STATES NO LIGHT DUTY AND MUST ALLOW SELF FOR HEALING. ENRIQUE SEGURA 3800 HOUMA BLVD SUITE 325 METAIRIE LA 70006 PHONE: 504-885-7337 FAX: 504-456-5172 NOV 9/13FOR REEVAL FOR RTW. SWELLING IN MRI DOWN BUT COULD CONTINUE TO GO ON STILL INJURY TO HEAD AND AP OFFICE STATES THINKS IT'S FROM THE J&J COVID VACCINE OR COULD BE VIRAL MENINGITIS

**07/23/2021 10:29 AM - NOTIFICATION Note 4**

Claim/Event/Leave: 11459291
NoteSubject : Text Message
Other Subject : Extension
Text: Recipient Name : Lincoln Financial Group: Claim 11459291. Your approved through date has been changed from 07/19/2021 to 07/23/2021.
**TEXT Life Cycle**
Sent ON: 07/23/2021 10:29 AM EST
Current Status: DELIVERED
Delivered ON: 07/23/2021 11:00 AM EST

**07/23/2021 10:28 AM - CLAIM Note 25**
Claim/Event/Leave: 11459291
NoteSubject : Status Report
Other Subject :
Text: EXTENDED THRU 7/23

**07/23/2021 10:28 AM - CLAIM Note 24**
Claim/Event/Leave: 11459291
NoteSubject : Action Plan
Other Subject :
Text: [07/23/2021 - BROOKS, BRIER]DCM TO F/U WITH EE AFTER OV TO DISCUSS RTW PLAN AND ONGOING TX

**07/23/2021 10:28 AM - CLAIM Note 23**
Claim/Event/Leave: 11459291
NoteSubject : Extended Benefits
Other Subject : THRU 7/23
Text: [07/23/2021 - BROOKS, BRIER]61YOF RN INPATIENT (MEDIUM) LDW: 5/6 DOD: 5/7 NO GAP. DX: VIRAL MENINGITIS. CLAIM APPROVED THRU 7/19 EE HAS F/U WITH NEURO ON 7/23 FOR REVIEW OF MRI AND RELEASE FOR RTW. BASED ON EE AGE, JOB DUTIES, DX, AND OV WITH NEURO REASONABLE TO EXTEND THRU 7/23. DCM TO F/U WITH EE AFTER OV TO DISCUSS RTW PLAN AND ONGOING TX

**07/23/2021 10:26 AM - PHONE Note 17**
Claim/Event/Leave: 11459291
NoteSubject : EE Called
Other Subject : VM 7/22
Text: [07/23/2021 - BROOKS, BRIER]EE CALLED AND LEFT VM STATING HAS NOT RTW F/U WITH NEURO ON 7/23 TO REVIEW MRI AND DISCUSS RELEASE FOR RTW

**07/23/2021 10:25 AM - CLAIM Note 22**
Claim/Event/Leave: 11459291
NoteSubject : Other
Other Subject :
Text: [07/23/2021 - BROOKS, BRIER]GOOD MORNING, SHE HAS NOT RETURNED TO WORK. GELON M BRANDON

**07/22/2021 10:08 AM - CLAIM Note 21**
Claim/Event/Leave: 11459291
NoteSubject : LTR to ER
Other Subject :
Text: [07/22/2021 - BROOKS, BRIER]HI GELON, CAN YOU CONFIRM IF THIS EMPLOYEE HAS RETURNED TO WORK OR NOT? IF SO, ON WHAT DAY DID SHE RETURN? THANK YOU,

**07/22/2021 10:07 AM - PHONE Note 16**
Claim/Event/Leave: 11459291
NoteSubject : Called EE
Other Subject : UPDATE X 2
Text: [07/22/2021 - BROOKS, BRIER]DCM CALLED EE TO GET UPDATE ON TX PLAN. NO ANSWER. DCM LEFT VM WITH RCB

**07/20/2021 11:48 AM - PHONE Note 15**
Claim/Event/Leave: 11459291
NoteSubject : Called EE
Other Subject :
Text: [07/20/2021 - BROOKS, BRIER]DCM CALLED EE TO F/U ON TX PLAN AND TELEVISIT ON 7/19. NO ANSWER DCM LEFT VM WITH RCB AND DIRECT CONTACT INFO

**07/09/2021 7:34 PM - CLAIM Note 20**
Claim/Event/Leave: 11459291
NoteSubject : Extended Benefits
Other Subject : THRU 7/16
Text: [07/09/2021 - WALLACE, HILARY ANNE]61YOF RN INPATIENT (MEDIUM) LDW: 5/6 DOD: 5/7 NO GAP. DX: VIRAL MENINGITIS. EE WAS EXPERIENCING SX OF VISION LOSS, SEVERE HEADACHE, SPOTS IN EYES. EE WAS ADMITTED TO EAST JEFFERSON GENERAL 5/11 DISCHARGED 5/14. EE CURRENTLY TREATING WITH MICHAEL HICKHAM PHONE: 504-889-5335 FAX: 504-889-5451. BASED ON EE AGE, DX, RECENT HOSPITALIZATION, MRI ON 7/8 AND FOLLOW UP WITH NEUROLOGIST ON 7/16 TO DISUCSS DIAGNOSTIC TESTS AND RELEASE TO RTW, REASONABLE TO EXT THRU 7/16

**07/09/2021 7:32 PM - NOTIFICATION Note 3**

07/09/2021 7:32 PM - NOTIFICATION Note 3
Claim/Event/Leave: 11459291
NoteSubject : Text Message
Other Subject : Extension
Text: Recipient Name 1 : Lincoln Financial Group: Claim 11459291. Your approved through date has been changed from 07/16/2021 to 07/19/2021.
**TEXT Life Cycle**
Sent ON: 07/09/2021 07:32 PM EST
Current Status: DELIVERED
Delivered ON: 07/10/2021 11:01 AM EST

**07/09/2021 8:58 AM - PHONE Note 14**
Claim/Event/Leave: 11459291
NoteSubject : EE Called
Other Subject : LVM
Text: [07/09/2021 - WALLACE, HILARY ANNE]EE CALLED STATING THAT SHE HAD THE MRI. WAS TOLD TO REACH OUT TO AP AFTER MRI WAS DONE. AP IS OUT ON VACATION THRU JULY 19- AP IS BOOKED THROUGH AUG 31 WHICH IS THE NEXT AVAILABLE APPOINTMENT. SO WHAT THE OFFICE IS GOING TO DO IS SET UP A TELEHEALTH APPOINTMENT AFTER HE RETURNS INSTEAD SO THEY CAN DISCUSS THE MRI TO SEE IF SHE CAN BE RELEASED. STILL HAVING HEADACHES BUT FEELS MUCH BETTER.

**07/07/2021 2:54 PM - MDS Note**
Claim/Leave: 11459291
Episode #: 1
Nurse Name: BELL, ALISON
Service #: 17177575
Service Date: 07/07/2021
Activity: PHONE CONTACT, CLAIMS
Contact Information: CLAIMS, BRIER, BROOKS
Note Type: INFORMATION OBTAINED DESC
Text: CLAIM DISCUSSED IN CONSULT SETTING WITH CS, PLEASE SEE NDC CONSULT NOTE FOR DETAILS. CONSULT COMPLETE.

**07/07/2021 12:39 PM - PHONE Note 13**
Claim/Event/Leave: 11459291
NoteSubject : Called EE
Other Subject :
Text: [07/07/2021 - WALLACE, HILARY ANNE]DR SEGURA IS THE NEUROLOGIST, DOESN'T HAVE AN EVAL WITH HIM YET 504-885-7337. WANTS EE TO HAVE MRI FIRST BEFORE SCHEDULING AN APPOINTMENT. WILL BE REACHING OUT TO NEURO TO SCHEDULE AN APPOINTMENT TOMORROW. SAW INFECTIOUS DISEASE IN HOSPITAL AND DR SEGURA (NEURO) AND NEUROSX WHO DID THE PROCEDURE IN HOSPITAL. DR FRANK RIBITO, IS INFECTIOUS DISEASE PROVIDER, INFECTIOUS DISEASE ASSOCIATES, IN ZIP CODE 70006. ADVISED EE OF EXTENSION ON CLAIM.

**07/07/2021 12:32 PM - CLAIM Note 19**
Claim/Event/Leave: 11459291
NoteSubject : Other
Other Subject : NDC CONSULT
Text: [07/07/2021 - BELL, ALISON]CLAIM REVIEWED IN CONSULT WITH CS. BASED ON THE DOCUMENTS REVIEWED AND DISCUSSED, EE IS TREATING FOR MENINGITIS WITH PERSISTENT HEADACHES NECESSITATING HOSPITALIZATION, OUTPATIENT FOLLOW UP WITH MULTIPLE SPECIALISTS, INJECTIONS, AND PLAN FOR REPEAT MRI (IMAGING) OF HER BRAIN AND EVALUATION BY NEUROLOGY AND INFECTIOUS DISEASE. AS SUCH, IT WOULD BE REASONABLE TO SUPPORT R/LS OF LESS THAN SEDENTARY FROM 5/29/21 THROUGH 7/16/21 (4 WEEKS FROM LOV) TO ALLOW TIME FOR COMPLETION OF TESTING AND FOLLOW UP WITH MULTIPLE SPECIALISTS. IF EE DOES NOT RTW AT THAT TIME, NDC RECOMMENDS CS OBTAIN UPDATED MEDICAL FROM ENT, NEUROLOGY, INFECTIOUS DISEASE, AND ANY OTHER TREATING PROVIDERS WITH CORRELATING DIAGNOSTIC REPORTS, ASSOCIATEDHOSPITAL RECORDS (H&P AND DISCHARGE SUMMARY) AND A COMPLETED RF FROM EACH PROVIDER AND REFER BACK FOR ONGOING CLINICAL REVIEW AS NEEDED. CONSULT COMPLETE.

**07/07/2021 12:24 PM - NOTIFICATION Note 2**
Claim/Event/Leave: 11459291
NoteSubject : Text Message
Other Subject : Extension
Text: Recipient Name 1 : Lincoln Financial Group: Claim 11459291. Your approved through date has been changed from 05/29/2021 to 07/16/2021.
**TEXT Life Cycle**
Sent ON: 07/07/2021 12:24 PM EST
Current Status: DELIVERED
Delivered ON: 07/07/2021 12:24 PM EST

**07/07/2021 10:35 AM - CLAIM Note 18**
Claim/Event/Leave: 11459291
NoteSubject : Ref to Managed Care
Other Subject : FULL FILE REVIEW
Text: [07/07/2021 - OUELLETTE, JAMES]DIAGNOSIS/ICD-10 CODE: MENINGITIS DUE TO OTHER AND UNSPECIFIED CAUSES, CLINICAL UTILIZATION LEVEL: MEDIUM . LOV: 6/18, NOV: UNKNOWN, RTW/ERTW: UNKNOWN, N&P DEADLINE: 7/24, JOB

LEVEL: MEDIUM, ATD: 5/29. PLEASE PROVIDE R&LS BASED ON THE MEDICAL EVIDENCE IN FILE. INCLUDE THE DURATION FOR ANY SUPPORTED RESTRICTIONS AND OUTLINE NEXT FOLLOW UP ACTIVITY.

**07/07/2021 10:15 AM - PHONE Note 12**
Claim/Event/Leave: 11459291
NoteSubject : Called EE
Other Subject : RTC
Text: [07/07/2021 - OUELLETTE, JAMES]RTC TO EE, GOT VM, LET HER KNOW WE DID JUST RCV MR'S, SENDING FOR CLINICAL RVW

**07/07/2021 9:23 AM - CLAIM Note 17**
Claim/Event/Leave: 11459291
NoteSubject : Med Records Rcvd
Other Subject : ENT
Text: [07/07/2021 - WALLACE, HILARY ANNE]AP STATEMENT- HEADACHES AND MENINGITIS. DATED 6/15- OV NOTES 5/5- ENT NOTE- ***** 5/4 ER DEPARTMENT--- MRI BRAIN ATTAAHED.[07/07/2021 - WALLACE, HILARY ANNE]6/18 OV NOTE ENT

**07/01/2021 12:35 PM - CLAIM Note 16**
Claim/Event/Leave: 11459291
NoteSubject : LTR to EE
Other Subject :
Text: [07/01/2021 - BROOKS, BRIER]DCM SENT EE DAY 21 N&P REMINDER LETTER

**07/01/2021 12:35 PM - CLAIM Note 15**
Claim/Event/Leave: 11459291
NoteSubject : LTR to AP
Other Subject : HICKHAM
Text: [07/01/2021 - BROOKS, BRIER]DCM FAXED AP HICKHAM SUB REQ FOR DAY 21 F/U ATTN SKY PER EE REQ DUE 7/7

**07/01/2021 12:33 PM - PHONE Note 11**
Claim/Event/Leave: 11459291
NoteSubject : EE Called
Other Subject : DAY 21
Text: [07/01/2021 - BROOKS, BRIER]EE CALLED FOR UPDATE ON CLAIM DCM ADVISED NOTHING RCVD TO DATE AND SENT AUTH TO MRO AND NOTHING FROM AP HICKHAM EE STATES SEND FAX ATTN SKY AND SHE SHOULD BE ABLE TO COMPLETE WITH RCB IF NOT RCVD DCM ADVISED EE TO F/U WITHAP AS IT IS HER RESPONSIBILITY TO GATHER RECORDS FOR DCM NO FURTHER PAYMENTS WILL BE MADE UNTIL MEDICAL IS RCVD EE STATES WILL F/U

**06/30/2021 2:36 PM - CLAIM Note 14**
Claim/Event/Leave: 11459291
NoteSubject : LTR to AP
Other Subject :
Text: [06/30/2021 - BROOKS, BRIER]DCM SENT EJ AUTH TO MRO

**06/24/2021 9:57 AM - CLAIM Note 13**
Claim/Event/Leave: 11459291
NoteSubject : LTR to EE
Other Subject :
Text: [06/24/2021 - BROOKS, BRIER]DCM SENT EJ AUTH TO EE VIA S1 EMAIL

**06/24/2021 9:56 AM - PHONE Note 10**
Claim/Event/Leave: 11459291
NoteSubject : Called EE
Other Subject :
Text: [06/24/2021 - BROOKS, BRIER]DCM CALLED EE TO ADVISE SPECIFIC AUTH NEEDED FOR EAST JEFFERSON EE GAVE EMAIL TO SEND OVER TO EE ASKED ABOUT PAYDCM ADVISED UNTIL MEDICAL RCVD CLAIM STAYS APPROVED THRU 5/29

**06/15/2021 2:54 PM - CLAIM Note 12**
Claim/Event/Leave: 11459291
NoteSubject : LTR to AP
Other Subject : EAST JEFFERSON
Text: [06/15/2021 - BROOKS, BRIER]DCM FAXED EAST JEFFERSON GENERAL FOR MEDICAL REQ RECORDS DATED 5/1-THE PRESENT DUE 6/21

**06/15/2021 2:53 PM - PHONE Note 9**
Claim/Event/Leave: 11459291
NoteSubject : Called AP
Other Subject : EAST JEFFERSON
Text: [06/15/2021 - BROOKS, BRIER]DCM CALLED EAST JEFFERSON HOSPITAL AT 504-454-4000 CF FAX FOR MEDICAL 504-503-6116

**06/15/2021 2:49 PM - CLAIM Note 11**
Claim/Event/Leave: 11459291
NoteSubject : LTR to AP
Other Subject : HICKHAM

Other Subject : HICKHAM
Text: [06/15/2021 - BROOKS, BRIER]DCM FAXED SUB REQ TO AP HICKHAM DUE 6/21

**06/15/2021 2:48 PM - PHONE Note 8**
Claim/Event/Leave: 11459291
NoteSubject : EE Called
Other Subject : DAY 7
Text: [06/15/2021 - BROOKS, BRIER]EE CALLED REGARDING N&P LETTER AND WONDERING IF AP HICKMAN HAS RETURNED THE RECORDS REQ DCM ADVISED NOT YET EE STATES WILL F/U WITH AP AND STATES EAST JEFFERSON HAS PLENTY OF TESTS MRN: 4253231 PHONE: 504-454-4000. SAW INFECTIOUS DISEASE, NEURO, NEURO SURGEON, HOSPITALIST AND NEEDS F/U MRI AND TO SEE AP HICKMAN AND F/U EE QUESTIONED ABOUT PAYMENTS DCM ADVISED AGAIN HR ISSUES PAYMENTS TO F/U WITH THEM EE STATES WILL F/U WITH AP AS WELL

**06/11/2021 2:32 PM - PHONE Note 7**
Claim/Event/Leave: 11459291
NoteSubject : EE Called
Other Subject :
Text: [06/11/2021 - BROOKS, BRIER]EE CALLED BACK TO DCM STATING SORRY PHONE DIED. EE STATES GOING TO GET BOTOX FOR HEADACHES AND THAT UNTIL BLOOD IS ABSORBED COMPLETELY WILL GET HEADACHES. EE STATES WILL F/U WITH DCM AS FAR AS CONTINUING TX AND AND RTW EEHAD QUESTIONS ABOUT PAYMENTS DCM SAID TO F/U WITH HR WITH PAYMENTS

**06/11/2021 2:27 PM - PHONE Note 6**
Claim/Event/Leave: 11459291
NoteSubject : EE Called
Other Subject :
Text: [06/11/2021 - BROOKS, BRIER]EE CALLED WITH QUESTIONS ABOUT APPROVE THRU DATE DCM ADVISED INITIAL APPROVAL BASED OFF SX AND HOSPITALIZATION AND DCM REQ UPDATED MEDS TO ASSESS ONGOING EE STATES GOING TO PICK UP MEDS AND HUNG UP

**06/11/2021 1:54 PM - NOTIFICATION Note 1**
Claim/Event/Leave: 11459291
NoteSubject : Text Message
Other Subject : Approved
Text: Recipient Name : Lincoln Financial Group: Claim 11459291. Your disability claim has been approved through 05/29/2021.
**TEXT Life Cycle**
Sent ON: 06/11/2021 01:54 PM EST
Current Status: DELIVERED
Delivered ON: 06/11/2021 01:54 PM EST

**06/11/2021 1:50 PM - CLAIM Note 10**
Claim/Event/Leave: 11459291
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [06/11/2021 - DONALD, JULIANNE]AGREE W/APPROVAL AND ACTION PLAN

**06/10/2021 11:29 AM - CLAIM Note 9**
Claim/Event/Leave: 11459291
NoteSubject : LTR to EE
Other Subject :
Text: [06/10/2021 - BROOKS, BRIER]DCM SENT ONGOING N&P LETTER TO EE DUE 7/24

**06/10/2021 11:29 AM - CLAIM Note 8**
Claim/Event/Leave: 11459291
NoteSubject : Status Report
Other Subject :
Text: EE ON ONGOING N&P DUE 7/24

**06/10/2021 11:28 AM - CLAIM Note 7**
Claim/Event/Leave: 11459291
NoteSubject : Notice/Proof Review
Other Subject : DUE 7/24
Text: [06/10/2021 - BROOKS, BRIER]FAXED AP GOLDMAN 6/10 REQ RECORDS DATED 5/1-THE PRESENT WITH APS EE ON ONGOING N&P FOR MEDICAL FROM AP DUE 7/24. DAY 7- 6/16 DAY 21- 6/30 DAY 46- 6/26[06/10/2021 - BROOKS, BRIER]**EDIT** DAY 46- 7/26

**06/10/2021 11:25 AM - CLAIM Note 6**
Claim/Event/Leave: 11459291
NoteSubject : LTR to AP
Other Subject : HICKHAM
Text: [06/10/2021 - BROOKS, BRIER]FAXED AP HICKHAM FOR MEDICAL REQ RECORDS DATED 5/1-THE PRESENT WITH APS DUE 6/16

**06/10/2021 11:22 AM - CLAIM Note 5**

Claim/Event/Leave: 11459291
NoteSubject : Status Report
Other Subject :
Text: APPROVED THRU 5/29

**06/10/2021 11:22 AM - CLAIM Note 4**
Claim/Event/Leave: 11459291
NoteSubject : Action Plan
Other Subject :
Text: [06/10/2021 - BROOKS, BRIER]DCM TO FAX AP AND PLACE EE ON ONGOING FOR MEDICAL FROM AP TO ASSESS ONGOING DISABILITY.

**06/10/2021 11:22 AM - CLAIM Note 3**
Claim/Event/Leave: 11459291
NoteSubject : Approved
Other Subject : MENTOR REVIEW
Text: [06/10/2021 - BROOKS, BRIER]61YOF RN INPATIENT (MEDIUM) LDW: 5/6 DOD: 5/7 NO GAP. DX: VIRAL MENINGITIS. EE WAS EXPERIENCING SX OF VISION LOSS, SEVERE HEADACHE, SPOTS IN EYES. EE WAS ADMITTED TO EAST JEFFERSON GENERAL 5/11 DISCHARGED 5/14. EE CURRENTLY TREATING WITH MICHAEL HICKHAM PHONE: 504-889-5335 FAX: 504-889-5451. BASED ON EE AGE, DX, AND HOSPITALIZATION REASONABLE TO APPROVE THRU 5/29. 14 DAY EP WITH BBD: 5/21. ERTW: UNKNOWN. DCM TO FAX AP AND PLACE EE ON ONGOING FOR MEDICAL FROM AP TO ASSESS ONGOING DISABILITY.

**06/10/2021 11:19 AM - PHONE Note 5**
Claim/Event/Leave: 11459291
NoteSubject : Called AP
Other Subject : EAST JEFFERSON
Text: [06/10/2021 - BROOKS, BRIER]DCM CALLED EAST JEFFERSON GENERAL AT 504-454-4000 SPOKE WITH COURTNEY WHO TRANSFERRED TO RELEASE OF MEDICAL WHO STATES WILL NOT CF ADMIT DISCHARGE DATE WOULD NEED MAILED REQ

**06/10/2021 11:14 AM - PHONE Note 4**
Claim/Event/Leave: 11459291
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [06/10/2021 - BROOKS, BRIER]61YOF RN INPATIENT (MEDIUM) WORKS TUES-FRI 10 HRS/DAY AT 40 HRS/WEEK. JOB DUTIES INCLUDE ALWAYS MOVING AROUND STANDING WALKING AROUND HOSPITAL. LDW: 5/6 DOD: 5/6 NO GAP. DX: VIRAL MENINGITIS. TREATING WITH MICHAEL HICKHAMPHONE: 504-889-5335- FAX: 504-889-5451. EE WAS EXPERIENCING EXTREME HEADACHE, SPOTS IN EYES WITH VISUAL IMPAIRMENT. EE WAS ADMIT WITH EAST JEFFERSON GENERAL ON 5/11 AND DISCHARGED 5/14. THEY DID MRI, CT SCAN, MVA AND FOUND INFLAMMATION OF MENINGES AND OLD BLOOD IN THE BRAIN WHICH ACTS AS IRRITANTS AND CAUSES CONTINUOUS HEADACHES. ERTW UNKNOWN AS EE STILL EXPERIENCING HEADACHES. TX: BOTOX FOR HEADACHES AND MIGRAINE MEDS. DCM ADVISE OF 14 DAY EP WITH BBD: 5/21 EE AGREED TO TEXT NOTIFICATIONS AND ASKED ABOUT PAYMENTS DCM ADVISED ALL PAYMENTS GO THRU ER AND THEY WILL ISSUE PAYMENTS EE THANKED FOR TIME

**06/10/2021 10:56 AM - PHONE Note 3**
Claim/Event/Leave: 11459291
NoteSubject : EE Called
Other Subject :
Text: [06/10/2021 - GORTON, MEGANLYN]EE CALLED IN FOR II, PROVIDED EE ADCM'S CONTACT INFO, TRANSFERRED TO ADCM'S VM TO LEAVE A MESSAGE WITH BEST CALL BACK NUMBER

**06/09/2021 11:57 AM - PHONE Note 2**
Claim/Event/Leave: 11459291
NoteSubject : Called AP
Other Subject : HICKHAM
Text: [06/09/2021 - BROOKS, BRIER]DCM CALLED AP HICKHAM AT 504-889-5335 AP OFFICE CF DX OF VIRAL MENINGITIS AND FAX 504-889-5451

**06/09/2021 11:54 AM - PHONE Note 1**
Claim/Event/Leave: 11459291
NoteSubject : Initial EE Interview
Other Subject : 1ST ATTEMPT
Text: [06/09/2021 - BROOKS, BRIER]DCM CALLED EE NO ANSWER DCM LEFT VM WITH RCB AND DIRECT CONTACT INFO

**06/07/2021 11:00 AM - CLAIM Note 1**
Claim/Event/Leave: 11459291
NoteSubject : Internet Intake
Other Subject : SURGERY INFO
Text: EE REPORTED CLAIM. DX- VIRAL MENINGITIS EE BEING TREATED BY DR. MICHAEL HICKHAM P: 504.889.5335 F: 504.889.5451.

**06/07/2021 11:00 AM - CLAIM Note 2**
Claim/Event/Leave: 11459291
NoteSubject : Internet Intake

Other Subject : ADDITIONAL INFO
Text: LOV- 6.3.21. NOV- NOTHING SCHEDULED. ERTW- UNKNOWN AT THIS TIMEEE DID NOT HAVE SURGERY, BUT SMALL PROCEDURES AND TESTING

**This report contains claimant information collected from the employer interview. You will need to confirm this information with the employee.**

| | |
|---|---|
| Claim Number or Leave ID: | 11459291 |
| Reorted by Portal User ID: | ASHLEY.TIBBETTS@LFG.COM |
| Accident Date: | 1/1/1900 |
| Accident Time: | 12:00 AM |
| Job Description: | |
| Employee Subsidiary: | |
| Employee Location: | |
| Employee Class: | |
| Work Status: | |
| Salary Type: | |
| Earnings: | $0.00 |
| Return to Work Date: | 1/1/1900 |
| Product: | |
| Premium Employer Contribution: | |
| Premium Employee Contribution | |
| Employee Benefit Percent: | |

**The Employer Contact has indicated that the employee's injury or illness was work related, and the status of their WC claim is either accepted or pending.**

| | |
|---|---|
| WC Carrier | |
| WC Carrier Contact | |
| WC Carrier Contact Phone: | |

**The Employer Contact has indicated that the employee will be receiving another source(s) of income for a portion of the absence, or the entire absence, covered by this claim.**

**Other Income 1**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 2**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 3**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 4**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 5**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 6**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 7**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 8**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 9**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 10**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

From: LFGNotifications@LFG.com
Sent: Thursday, June 24, 2021 9:57:11 AM
To: COM;
CC:
BCC:
Subject: [Send Secure]Lcmc Health Claim No. 11459291 Lucia Romagosa
Attachments: cjltheynwplxesmiqpuv_10718251.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-0401

June 24, 2021

Ms. Lucia A. Romagosa

RE: Short Term Disability (STD) Benefits
Lcmc Health
Claim #: 11459291

Dear Ms. Lucia Romagosa:

Enlcosed is the authorization needed to obtain your medical records. My fax is listed below or you can also email the completed form to disabilitydocuments@lfg.com.
If you have any questions regarding this matter, please contact me.

Sincerely,

Brier Brooks
Claims Examiner Ii,
Phone No.: (866) 213-2937 Ext. 69804
Secure Fax No.: (603) 334-0401

Attachments: 11459291-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.16.2021

# East Jefferson General Hospital Authorization for the Use and Disclosure of Protected Health Information

**ALL ASPECTS OF THIS FORM MUST BE FILLED OUT COMPLETELY.**

Patient Legal Name ____________________ Birth Date __________ SS # *(last 4 digits)* *** _ ** _ ______

Address ____________________ Telephone #: (H) __________

City ____________ State ______ Zip Code __________ (C) __________

(O) __________

☐ Patient Portal Access: Patient Email Address: ____________________

☐ Send Medical Records to Patient's Email Address: ____________________

I hereby authorize East Jefferson General Hospital to: ☐Disclose ☐Request
Medical record information (protected health information) of the patient listed above to/ from:

Name / Title: ____________________

Address: ____________________

Treatment Date(s): ____________________

Purpose of Release: ☐Continued Treatment ☐Insurance ☐Legal ☐ Other ____________

| Type of Access Requested: | Place an "X" in the box(es) next to the information you want to be released: | | |
|---|---|---|---|
| ☐ Copies of the record | ☐ H&P | ☐ ED Record | ☐ Radiology Report |
| ☐ Inspection of the record | ☐ Consult Report | ☐ Lab Reports | ☐ Radiology Film |
| | ☐ Operative Report | ☐ Pathology Report | ☐ Abstract / Pertinent |
| | ☐ Discharge Summary | ☐ Cardiac Report | ☐ Entire Record (Excludes Films) |
| | ☐ Depart Summary | ☐ EKG | ☐ Other __________ |
| | ☐ Progress Notes | ☐ EEG | __________ |

The patient's authorization is required to release certain types of records, including HIV test results, alcohol and/or drug abuse treatment and information, psychiatric treatment, and genetic testing (defined in the Genetic Information Non-Discrimination Act of 2008 – GINA, Section 201 7 A and B). An HIV test result is the document containing the result of an HIV-related test. It does not include any other notation in the record. This restriction does not apply to the release of HIV test results as otherwise prescribed by law. By placing an "X" in the following box(es), I am indicating that I DO NOT authorize the release of HIV test results, alcohol and/or drug abuse treatment and information, psychiatric treatment, and genetic testing.

I **DO NOT** authorize the release of:

☐ HIV test results ☐ Alcohol/Drug abuse treatment/information ☐ Psychiatric treatment ☐Genetic testing

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present written revocation to East Jefferson General Hospital, Health Information Management Department, 4200 Houma Blvd., Metairie, LA 70006. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company for services already rendered.
- The information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient and no longer protected.
- Fee/ charges will comply with all laws and regulations applicable to release of information.
- I understand authorizing the use of disclosure of the information identified above is voluntary. I do not need to sign this form to ensure healthcare treatment.

This authorization shall expire upon the expiration Date or Event: ____________________
***(If I fail to specify an expiration date or event, this authorization will expire six (6) months from the date on which it was signed)***

I have read the above and authorize the disclosure of the protected health information as stated.

____________________ ____________________ __________
Signature of Patient/Legal Representative Relationship to Patient Date

____________________ ____________________ __________
Signature of Witness (*If patient is unable to sign*) Relationship to Patient/Credentials Date

Name of the hospital or affiliate employee who processed this authorization

____________________ ____________________
(Please print: First Name, Middle Initial and Last Name) Department

Date Authorization Processed (mm/dd/yyyy): ____________________ MR #: ____________________

* 5 8 3 7 5 *

Jun 28 21 07:03p Romagosa 5048332109 p.1

Secure fax # (603) 334-0401

# East Jefferson General Hospital Authorization for the Use and Disclosure of Protected Health Information

**ALL ASPECTS OF THIS FORM MUST BE FILLED OUT COMPLETELY.**

Patient Legal Name: Lucia Alongia Romagosa Birth Date: SS # (last 4 digits)

Address: Telephone #: (H)

City: State: Zip Code: (C)

(O)

☐ Patient Portal Access: Patient Email Address:

☐ Send Medical Records to Patient's Email Address:

I hereby authorize East Jefferson General Hospital to: ☑ Disclose ☐ Request

Medical record information (protected health information) of the patient listed above to/ from:

Name / Title: Lincoln Financial Group

Address: PO Box 2578, Omaha, NE 68172-7688

Treatment Date(s): May, ~~June~~, 2021 in hospital

Purpose of Release: ☐ Continued Treatment ☐ Insurance ☐ Legal ☑ Other Short Term Disability

| Type of Access Requested: | Place an "X" in the box(es) next to the information you want to be released: | | |
|---|---|---|---|
| ☑ Copies of the record | ☑ H&P | ☑ ED Record | ☑ Radiology Report |
| ☐ Inspection of the record | ☑ Consult Report | ☑ Lab Reports | ☑ Radiology Film |
| | ☑ Operative Report | ☑ Pathology Report | ☑ Abstract / Pertinent |
| | ☑ Discharge Summary | ☑ Cardiac Report | ☑ Entire Record (Excludes Films) |
| | ☑ Depart Summary | ☑ EKG | ☐ Other ______ |
| | ☑ Progress Notes | ☑ EEG | |

The patient's authorization is required to release certain types of records, including HIV test results, alcohol and/or drug abuse treatment and information, psychiatric treatment, and genetic testing (defined in the Genetic Information Non-Discrimination Act of 2008 – GINA, Section 201 7 A and B). An HIV test result is the document containing the result of an HIV-related test. It does not include any other notation in the record. This restriction does not apply to the release of HIV test results as otherwise prescribed by law. By placing an "X" in the following box(es), I am indicating that I DO NOT authorize the release of HIV test results, alcohol and/or drug abuse treatment and information, psychiatric treatment, and genetic testing.

I **DO NOT** authorize the release of:

☐ HIV test results ☐ Alcohol/Drug abuse treatment/information ☐ Psychiatric treatment ☐ Genetic testing

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present written revocation to East Jefferson General Hospital, Health Information Management Department 4200 Houma Blvd., Metairie, LA 70006. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company for services already rendered.
- The information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient and no longer protected.
- Fee/ charges will comply with all laws and regulations applicable to release of information.
- I understand authorizing the use of disclosure of the information identified above is voluntary. I do not need to sign this form to ensure healthcare treatment.

This authorization shall expire upon the expiration Date or Event: December, 2021

***(If I fail to specify an expiration date or event, this authorization will expire six (6) months from the date on which it was signed)***

I have read the above and authorize the disclosure of the protected health information as stated.

Lucia Alongia Romagosa — Signature of Patient/Legal Representative | Self — Relationship to Patient | 6/28/21 — Date

Signature of Witness (*If patient is unable to sign*) | Relationship to Patient/Credentials | Date

Name of the hospital or affiliate employee who processed this authorization

(Please print: First Name, Middle Initial and Last Name) | Department

Date Authorization Processed (mm/dd/yyyy): | MR #:

* 5 5 3 7 5 *

FCO-935-1876 Revised 1/06, 7/12, 2/16, 1/17, 5/17 Page 1 of 1

6/28/2021 9:36:45 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:6033340401 * CSID:5048332109 * ANI:15048332109 * DURATION (mm-ss):01-38

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | June 30, 2021 |
| To: | MRO REQUEST ID: 47262378 |
| Attn: | Request ID: 47262378 |
| Fax: | (603) 334-0401 |
| From: | Brier Brooks<br>Claims Examiner Ii,<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 11459291<br>Claimant: Lucia Romagosa<br><br>Lcmc Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-0401

June 30, 2021

Mro Request Id: 47262378

RE: Short Term Disability (STD) Benefits
Lcmc Health
Claim #: 11459291
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Mro Request Id: 47262378:

Enclosed is the authorization needed for Request ID: 47262378.
If you have any questions regarding this matter, please contact me.

Sincerely,

Brier Brooks
Claims Examiner Ii,
Phone No.: (866) 213-2937 Ext. 69804
Secure Fax No.: (603) 334-0401

Attachments: 11459291-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

Jun 28 21 07:03p Romagosa 5048332109 p.1

Secure fax # (603) 334-0401

# East Jefferson General Hospital Authorization for the Use and Disclosure of Protected Health Information

**ALL ASPECTS OF THIS FORM MUST BE FILLED OUT COMPLETELY.**

Patient Legal Name: LUCIA ALONGIA ROMAGOSA Birth Date: SS # (last 4 digits):

Address: Telephone #: (H)

City State Zip Code (C)

(O)

☐ Patient Portal Access Patient Email Address:

☐ Send Medical Records to Patient's Email Address:

I hereby authorize East Jefferson General Hospital to: ☑ Disclose ☐ Request
Medical record information (protected health information) of the patient listed above to/ from:

Name / Title: LINCOLN FINANCIAL GROUP

Address: PO BOX 2578 OMAHA, NE 68172-7688

Treatment Date(s): MAY, ~~JUNE~~, 2021 in hospital

Purpose of Release: ☐ Continued Treatment ☐ Insurance ☐ Legal ☑ Other SHORT TERM DISABILITY

| Type of Access Requested: | Place an "X" in the box(es) next to the information you want to be released: | | |
|---|---|---|---|
| ☑ Copies of the record | ☑ H&P | ☑ ED Record | ☑ Radiology Report |
| ☐ Inspection of the record | ☑ Consult Report | ☑ Lab Reports | ☑ Radiology Film |
| | ☑ Operative Report | ☑ Pathology Report | ☑ Abstract / Pertinent |
| | ☑ Discharge Summary | ☑ Cardiac Report | ☑ Entire Record (Excludes Films) |
| | ☑ Depart Summary | ☑ EKG | ☐ Other |
| | ☑ Progress Notes | ☑ EEG | |

The patient's authorization is required to release certain types of records, including HIV test results, alcohol and/or drug abuse treatment and information, psychiatric treatment, and genetic testing (defined in the Genetic Information Non-Discrimination Act of 2008 – GINA, Section 201 7 A and B). An HIV test result is the document containing the result of an HIV-related test. It does not include any other notation in the record. This restriction does not apply to the release of HIV test results as otherwise prescribed by law. By placing an "X" in the following box(es), I am indicating that I DO NOT authorize the release of HIV test results, alcohol and/or drug abuse treatment and information, psychiatric treatment, and genetic testing.

I **DO NOT** authorize the release of:

☐ HIV test results ☐ Alcohol/Drug abuse treatment/information ☐ Psychiatric treatment ☐ Genetic testing

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present written revocation to East Jefferson General Hospital, Health Information Management Department 4200 Houma Blvd., Metairie, LA 70006. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company for services already rendered.
- The information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient and no longer protected.
- Fee/ charges will comply with all laws and regulations applicable to release of information.
- I understand authorizing the use of disclosure of the information identified above is voluntary. I do not need to sign this form to ensure healthcare treatment.

This authorization shall expire upon the expiration Date or Event: December, 2021
***(If I fail to specify an expiration date or event, this authorization will expire six (6) months from the date on which it was signed)***

I have read the above and authorize the disclosure of the protected health information as stated.

Lucia Alongia Romagosa — Signature of Patient/Legal Representative
Self — Relationship to Patient
6/28/21 — Date

Signature of Witness *(If patient is unable to sign)* Relationship to Patient/Credentials Date

Name of the hospital or affiliate employee who processed this authorization

(Please print: First Name, Middle Initial and Last Name) Department

Date Authorization Processed (mm/dd/yyyy): MR #:

* 5 5 3 0 7 5 *

FCO-835-1876 Revised 1/06, 7/12, 2/16, 1/17, 5/17 Page 1 of 1

PAGE 1/2 * RCVD AT 6/28/2021 8:36:45 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:6033340401 * CSID:5048332109 * ANI:15048332109 * DURATION (mm-ss):01-38

Jun 28 21 07:03p Romagosa 5048332109 p.1

Source for # (603) 334-0401

# East Jefferson General Hospital Authorization for the Use and Disclosure of Protected Health Information

**ALL ASPECTS OF THIS FORM MUST BE FILLED OUT COMPLETELY.**

Patient Legal Name: Lucia Alongia Romagosa Birth Date SS # (last 4 digits)

Address State Zip Code Telephone #: (H) (C) (O)

☐ Patient Portal Access Patient Email Address:

☐ Send Medical Records to Patient's Email Address:

I hereby authorize East Jefferson General Hospital to: ☑ Disclose ☐ Request
Medical record information (protected health information) of the patient listed above to/from:

Name / Title: LINCOLN FINANCIAL GROUP
Address: PO BOX 2578 OMAHA, NE 68172-7688
Treatment Date(s): MAY, ~~JUNE~~ 2021 in hospital
Purpose of Release: ☐ Continued Treatment ☐ Insurance ☐ Legal ☑ Other SHORT TERM DISABILITY

| Type of Access Requested: | Place an "X" in the box(es) next to the information you want to be released: | | |
|---|---|---|---|
| ☑ Copies of the record | ☑ H&P | ☑ ED Record | ☑ Radiology Report |
| ☐ Inspection of the record | ☑ Consult Report | ☑ Lab Reports | ☑ Radiology Film |
| | ☑ Operative Report | ☑ Pathology Report | ☑ Abstract / Pertinent |
| | ☑ Discharge Summary | ☑ Cardiac Report | ☑ Entire Record (Excludes Films) |
| | ☑ Depart Summary | ☑ EKG | ☐ Other |
| | ☑ Progress Notes | ☑ EEG | |

The patient's authorization is required to release certain types of records, including HIV test results, alcohol and/or drug abuse treatment and information, psychiatric treatment, and genetic testing (defined in the Genetic Information Non-Discrimination Act of 2008 – GINA, Section 201 7 A and B). An HIV test result is the document containing the result of an HIV-related test. It does not include any other notation in the record. This restriction does not apply to the release of HIV test results as otherwise prescribed by law. By placing an "X" in the following box(es), I am indicating that I DO NOT authorize the release of HIV test results, alcohol and/or drug abuse treatment and information, psychiatric treatment, and genetic testing.

I **DO NOT** authorize the release of:

☐ HIV test results ☐ Alcohol/Drug abuse treatment/information ☐ Psychiatric treatment ☐ Genetic testing

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present written revocation to East Jefferson General Hospital, Health Information Management Department 4200 Houma Blvd., Metairie, LA 70006. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company for services already rendered.
- The information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient and no longer protected.
- Fee/ charges will comply with all laws and regulations applicable to release of information.
- I understand authorizing the use of disclosure of the information identified above is voluntary. I do not need to sign this form to ensure healthcare treatment.

This authorization shall expire upon the expiration Date or Event: December, 2021
***(If I fail to specify an expiration date or event, this authorization will expire six (6) months from the date on which it was signed)***

I have read the above and authorize the disclosure of the protected health information as stated.

Lucia Alongia Romagosa — Signature of Patient/Legal Representative Self — Relationship to Patient 6/28/21 — Date

Signature of Witness (*If patient is unable to sign*) Relationship to Patient/Credentials Date

Name of the hospital or affiliate employee who processed this authorization

(Please print: First Name, Middle Initial and Last Name) Department

Date Authorization Processed (mm/dd/yyyy): MR #:

FCO-835-1876 Revised 1/06, 7/12, 2/16, 1/17, 5/17 Page 1 of 1

PAGE 1/2 * RCVD AT 6/28/2021 8:36:45 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:6033340401 * CSID:5048332109 * ANI:15048332109 * DURATION (mm-ss):01-38

PAGE 2/2 * RCVD AT 6/28/2021 8:36:03 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/5 * DNIS:6033340401 * CSID: * ANI: * DURATION (mm-ss):00-00

EJGH

# East Jefferson General Hospital Authorization for the Use and Disclosure of Protected Health Information

**ALL ASPECTS OF THIS FORM MUST BE FILLED OUT COMPLETELY.**

Patient Legal Name ____________________ Birth Date ____________ SS # *(last 4 digits)* *** - ** - ______

Address ____________________ Telephone #: (H) ____________

City ____________ State ______ Zip Code ________ (C) ____________

(O) ____________

☐ Patient Portal Access: Patient Email Address: ____________________

☐ Send Medical Records to Patient's Email Address: ____________________

I hereby authorize East Jefferson General Hospital to: ☐Disclose ☐Request
Medical record information (protected health information) of the patient listed above to/ from:

Name / Title: ____________________

Address: ____________________

Treatment Date(s): ____________________

Purpose of Release: ☐Continued Treatment ☐Insurance ☐Legal ☐ Other ____________

| Type of Access Requested: | Place an "X" in the box(es) next to the information you want to be released: | | |
|---|---|---|---|
| ☐ Copies of the record<br><br>☐ Inspection of the record | ☐ H&P<br>☐ Consult Report<br>☐ Operative Report<br>☐ Discharge Summary<br>☐ Depart Summary<br>☐ Progress Notes | ☐ ED Record<br>☐ Lab Reports<br>☐ Pathology Report<br>☐ Cardiac Report<br>☐ EKG<br>☐ EEG | ☐ Radiology Report<br>☐ Radiology Film<br>☐ Abstract / Pertinent<br>☐ Entire Record (Excludes Films)<br>☐ Other ____________<br>____________ |

The patient's authorization is required to release certain types of records, including HIV test results, alcohol and/or drug abuse treatment and information, psychiatric treatment, and genetic testing (defined in the Genetic Information Non-Discrimination Act of 2008 – GINA, Section 201 7 A and B). An HIV test result is the document containing the result of an HIV-related test. It does not include any other notation in the record. This restriction does not apply to the release of HIV test results as otherwise prescribed by law. By placing an "X" in the following box(es), I am indicating that I DO NOT authorize the release of HIV test results, alcohol and/or drug abuse treatment and information, psychiatric treatment, and genetic testing.

I **DO NOT** authorize the release of:

☐ HIV test results ☐ Alcohol/Drug abuse treatment/information ☐ Psychiatric treatment ☐Genetic testing

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present written revocation to East Jefferson General Hospital, Health Information Management Department, 4200 Houma Blvd., Metairie, LA 70006. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company for services already rendered.
- The information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient and no longer protected.
- Fee/ charges will comply with all laws and regulations applicable to release of information.
- I understand authorizing the use of disclosure of the information identified above is voluntary. I do not need to sign this form to ensure healthcare treatment.

This authorization shall expire upon the expiration Date or Event: ____________________
***(If I fail to specify an expiration date or event, this authorization will expire six (6) months from the date on which it was signed)***

I have read the above and authorize the disclosure of the protected health information as stated.

____________________ Signature of Patient/Legal Representative ____________ Relationship to Patient ________ Date

____________________ Signature of Witness (*If patient is unable to sign*) ____________ Relationship to Patient/Credentials ________ Date

*****************************************************************************************************

Name of the hospital or affiliate employee who processed this authorization

____________________ (Please print: First Name, Middle Initial and Last Name) ____________ Department

Date Authorization Processed (mm/dd/yyyy): ____________ MR #: ____________

EJGH

# East Jefferson General Hospital Authorization for the Use and Disclosure of Protected Health Information

**ALL ASPECTS OF THIS FORM MUST BE FILLED OUT COMPLETELY.**

Patient Legal Name ______________________ Birth Date __________ SS # *(last 4 digits)* *** - ** - ______

Address ______________________ Telephone #: (H) ______________

City ______________ State ______ Zip Code __________ (C) ______________

(O) ______________

☐ Patient Portal Access: Patient Email Address: ______________________

☐ Send Medical Records to Patient's Email Address: ______________________

I hereby authorize East Jefferson General Hospital to: ☐Disclose ☐Request
Medical record information (protected health information) of the patient listed above to/ from:

Name / Title: ______________________

Address: ______________________

Treatment Date(s): ______________________

Purpose of Release: ☐Continued Treatment ☐Insurance ☐Legal ☐ Other ______________

| Type of Access Requested: | Place an "X" in the box(es) next to the information you want to be released: | | |
|---|---|---|---|
| ☐ Copies of the record | ☐ H&P | ☐ ED Record | ☐ Radiology Report |
| ☐ Inspection of the record | ☐ Consult Report | ☐ Lab Reports | ☐ Radiology Film |
| | ☐ Operative Report | ☐ Pathology Report | ☐ Abstract / Pertinent |
| | ☐ Discharge Summary | ☐ Cardiac Report | ☐ Entire Record (Excludes Films) |
| | ☐ Depart Summary | ☐ EKG | ☐ Other ______________ |
| | ☐ Progress Notes | ☐ EEG | ______________ |

The patient's authorization is required to release certain types of records, including HIV test results, alcohol and/or drug abuse treatment and information, psychiatric treatment, and genetic testing (defined in the Genetic Information Non-Discrimination Act of 2008 – GINA, Section 201 7 A and B). An HIV test result is the document containing the result of an HIV-related test. It does not include any other notation in the record. This restriction does not apply to the release of HIV test results as otherwise prescribed by law. By placing an "X" in the following box(es), I am indicating that I DO NOT authorize the release of HIV test results, alcohol and/or drug abuse treatment and information, psychiatric treatment, and genetic testing.

I **DO NOT** authorize the release of:

☐ HIV test results ☐ Alcohol/Drug abuse treatment/information ☐ Psychiatric treatment ☐Genetic testing

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present written revocation to East Jefferson General Hospital, Health Information Management Department, 4200 Houma Blvd., Metairie, LA 70006. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company for services already rendered.
- The information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient and no longer protected.
- Fee/ charges will comply with all laws and regulations applicable to release of information.
- I understand authorizing the use of disclosure of the information identified above is voluntary. I do not need to sign this form to ensure healthcare treatment.

This authorization shall expire upon the expiration Date or Event: ______________________
***(If I fail to specify an expiration date or event, this authorization will expire six (6) months from the date on which it was signed)***

I have read the above and authorize the disclosure of the protected health information as stated.

______________________ ______________ __________
Signature of Patient/Legal Representative Relationship to Patient Date

______________________ ______________ __________
Signature of Witness (*If patient is unable to sign*) Relationship to Patient/Credentials Date
**********************************************************************************************************

Name of the hospital or affiliate employee who processed this authorization

______________________ ______________
(Please print: First Name, Middle Initial and Last Name) Department

Date Authorization Processed (mm/dd/yyyy): ______________ MR #: ______________

EJGH

# East Jefferson General Hospital Authorization for the Use and Disclosure of Protected Health Information

**ALL ASPECTS OF THIS FORM MUST BE FILLED OUT COMPLETELY.**

Patient Legal Name ______ Birth Date ______ SS # *(last 4 digits)* *** - ** - ______

Address ______ Telephone #: (H) ______

City ______ State ______ Zip Code ______ (C) ______

(O) ______

☐ Patient Portal Access: Patient Email Address: ______

☐ Send Medical Records to Patient's Email Address: ______

I hereby authorize East Jefferson General Hospital to: ☐Disclose ☐Request

Medical record information (protected health information) of the patient listed above to/ from:

Name / Title: ______

Address: ______

Treatment Date(s): ______

Purpose of Release: ☐Continued Treatment ☐Insurance ☐Legal ☐ Other ______

| Type of Access Requested: | Place an "X" in the box(es) next to the information you want to be released: | | |
|---|---|---|---|
| ☐ Copies of the record<br><br>☐ Inspection of the record | ☐ H&P<br>☐ Consult Report<br>☐ Operative Report<br>☐ Discharge Summary<br>☐ Depart Summary<br>☐ Progress Notes | ☐ ED Record<br>☐ Lab Reports<br>☐ Pathology Report<br>☐ Cardiac Report<br>☐ EKG<br>☐ EEG | ☐ Radiology Report<br>☐ Radiology Film<br>☐ Abstract / Pertinent<br>☐ Entire Record (Excludes Films)<br>☐ Other ______<br>______ |

The patient's authorization is required to release certain types of records, including HIV test results, alcohol and/or drug abuse treatment and information, psychiatric treatment, and genetic testing (defined in the Genetic Information Non-Discrimination Act of 2008 – GINA, Section 201 7 A and B). An HIV test result is the document containing the result of an HIV-related test. It does not include any other notation in the record. This restriction does not apply to the release of HIV test results as otherwise prescribed by law. By placing an "X" in the following box(es), I am indicating that I DO NOT authorize the release of HIV test results, alcohol and/or drug abuse treatment and information, psychiatric treatment, and genetic testing.

I **DO NOT** authorize the release of:

☐ HIV test results ☐ Alcohol/Drug abuse treatment/information ☐ Psychiatric treatment ☐Genetic testing

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present written revocation to East Jefferson General Hospital, Health Information Management Department, 4200 Houma Blvd., Metairie, LA 70006. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company for services already rendered.
- The information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient and no longer protected.
- Fee/ charges will comply with all laws and regulations applicable to release of information.
- I understand authorizing the use of disclosure of the information identified above is voluntary. I do not need to sign this form to ensure healthcare treatment.

This authorization shall expire upon the expiration Date or Event: ______

***(If I fail to specify an expiration date or event, this authorization will expire six (6) months from the date on which it was signed)***

I have read the above and authorize the disclosure of the protected health information as stated.

______ Signature of Patient/Legal Representative ______ Relationship to Patient ______ Date

______ Signature of Witness (*If patient is unable to sign*) ______ Relationship to Patient/Credentials ______ Date

****************************************************************************************************************************

Name of the hospital or affiliate employee who processed this authorization

______ (Please print: First Name, Middle Initial and Last Name) ______ Department

Date Authorization Processed (mm/dd/yyyy): ______ MR #: ______

* 5 0 3 7 5 *

FCO-935-1876 Revised 1/06, 7/12, 2/16, 1/17, 5/17

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-0401

June 24, 2021

Ms. Lucia A. Romagosa

RE: Short Term Disability (STD) Benefits
Lcmc Health
Claim #: 11459291

Dear Ms. Lucia Romagosa:

Enlcosed is the authorization needed to obtain your medical records. My fax is listed below or you can also email the completed form to disabilitydocuments@lfg.com.
If you have any questions regarding this matter, please contact me.

Sincerely,

Brier Brooks
Claims Examiner Ii,
Phone No.: (866) 213-2937 Ext. 69804
Secure Fax No.: (603) 334-0401

Attachments: 11459291-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.16.2021

To BG Brandon, Gelon <Gelon.Brandon@lcmchealth.org> ×

Cc B Bre-ann.Perkins@lfg.com ×

Re: LTD for L. Romagosa (secure)

Good Morning,

Thank you for that information. I just wanted to double confirm the Class is in fact Class 1 for this employee as our eligibility screen is showing Class 2. According to the policy the two classes are defined as :

Class 1: All active full-time Directors, APN, NNP, CRNA, PA, and Perfusionists enrolled in the core plan
Class 2: All active full-time staff Employees with one or more years of service enrolled in the core plan

Kindly confirm which class is accurate for this claimant.

Thank you again,

---

**From:** Brandon, Gelon <Gelon.Brandon@lcmchealth.org>
**Sent:** Thursday, October 28, 2021 4:56:21 PM
**To:** 'Perkins, Bre-ann' <Bre-ann.Perkins@lfg.com>
**Subject:** RE: LTD for L. Romagosa (secure)

EDOC- 10/1/1995

Class-1

# RE: LTD for L. Romagosa (secure)

BG Brandon, Gelon <Gelon.Brandon@lcmchealth.org>
Yesterday, 4:56 PM
'Perkins, Bre-ann' <Bre-ann.Perkins@lfg.com>

Show all 0 attachments

EDOC- 10/1/1995

Class-1

**Gelon M Brandon**
Human Resources
Leave of Absence Analyst

**LCMC Health**
2000 Canal Street
New Orleans, LA 70112

O 504.702.3771
F 504.962.6463

Gelon.Brandon@LCMCHealth.org
LCMChealth.org

---

**From:** Perkins, Bre-ann <Bre-ann.Perkins@lfg.com>
**Sent:** Thursday, October 28, 2021 3:43 PM
**To:** Brandon, Gelon <Gelon.Brandon@lcmchealth.org>
**Subject:** RE: LTD for L. Romagosa (secure)

External Email - Evaluate
**DO NOT** click links if the sender is unknown
**NEVER** provide your User ID or Password

This message was sent securely using Zix®

Encrypted Message

Send Attach Discard •••

To BG Brandon, Gelon <Gelon.Brandon@lcmchealth.org> ✕

Cc T timothy.lister@lfg.com ✕

Re: LTD for L. Romagosa (secure)

Good Afternoon,

Please respond as soon as possible to the below email regarding this employee's accurate LTD Class.

Thank you,

---

**From:** Bre-ann.Perkins@lfg.com <Bre-ann.Perkins@lfg.com>
**Sent:** Monday, November 1, 2021 11:47:05 AM
**To:** Brandon, Gelon <Gelon.Brandon@lcmchealth.org>
**Cc:** Bre-ann.Perkins@lfg.com <Bre-ann.Perkins@lfg.com>
**Subject:** Re: LTD for L. Romagosa (secure)

Good Morning,

Thank you for that information. I just wanted to double confirm the Class is in fact Class 1 for this employee as our eligibility screen is showing Class 2. According to the policy the two classes are defined as :

Class 1: All active full-time Directors, APN, NNP, CRNA, PA, and Perfusionists enrolled in the core plan
Class 2: All active full-time staff Employees with one or more years of service enrolled in the core plan

Kindly confirm which class is accurate for this claimant.

Thank you again,

Encrypted Message

# RE: LTD for L. Romagosa (secure)

BG

Brandon, Gelon <Gelon.Brandon@lcmchealth.org>
Today, 2:53 PM
'Bre-ann.Perkins@lfg.com'

Lucia is class 2

**Gelon M Brandon**
Human Resources
Leave of Absence Analyst

**LCMC Health**
2000 Canal Street
New Orleans, LA 70112

O 504.702.3771
F 504.962.6463

Gelon.Brandon@LCMCHealth.org
LCMChealth.org

**From:** Bre-ann.Perkins@lfg.com <Office365@messaging.microsoft.com>
**Sent:** Wednesday, November 3, 2021 1:31 PM
**To:** Brandon, Gelon <Gelon.Brandon@lcmchealth.org>
**Cc:** timothy.lister@lfg.com
**Subject:** Re: LTD for L. Romagosa (secure)

You've received an encrypted message from **Bre-ann.Perkins@lfg.com**
**To view your message**
Save and open the attachment (message.html), and follow the instructions.
Sign in using the following email address: **Gelon.Brandon@lcmchealth.org**

This email message and its attachments are for the sole use of the intended recipient or recipients and may contain confidential information. If you have received this email in error, please notify the sender and delete this message.

Message Encryption by Microsoft Office 365

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

**MRO**

Fax: (610) 962-8421
Phone: (610) 994-7500 Opt. 1

**Request ID: 47262378**
**Tracking #: EJGHEYAE3P3DN**

**Brier Brooks**
Lincoln Financial Group
P.O. Box 2578
Disability And Life Claims
Omaha, NE 68172

**Track your request at www.roilog.com.**
**Enter your Tracking # and Request ID.**

**Date:** 6/16/2021
**Phone:** 866-213-2937
**Fax:** 603-334-0401

**Notice of an Issue Regarding Your Medical Record Information Request**

MRO works with your healthcare provider to process requests for copies of medical records on their behalf. There is an issue with your medical record request (see below). In order to resolve this issue; please fax the information requested to MRO at (610) 962-8421. Upon receipt of the requested information, your request will be processed as quickly as possible.

**Please note that you may be billed for a search/retrieval fee if you cancel your request.**

Should you have any questions, please feel free to contact MRO directly regarding this request by dialing (610) 994-7500 Opt. 1 or by submitting an email to Requestinformation@mrocorp.com.
To help us better assist you, please be sure to include your Request ID in the subject line of your email.

MRO is processing your request in accordance with HIPAA regulations. Please notify the patient that the provision of treatment, payment, enrollment, or eligibility for benefits will not be conditioned on the elements of the authorization provided or your request for copies of the patient's records, unless permitted under 45 CFR 164.508(c)(2)(ii)(A)-(B).

Thank you,
**MRO**

**Patient Name: LUCIA ROMAGOSA**

**Your Request Date:** 6/15/2021
**Your Reference Number:** 11459291
**Date Received at Facility:** 6/15/2021

**Your request is being processed by MRO on behalf of the following facility:**

**Facility:** **East Jefferson General Hospital**
4200 Houma Boulevard
Metairie, LA 70006

| ISSUE LIST |
|---|
| **Authorization Required by Provider**<br>The provider requires an authorization signed by the patient, or patient's personal representative, for the disclosure of the records requested. Please mail or fax an authorization to the address or fax number listed above. |

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

MRO
Fax: (610) 962-8421
Phone: (610) 994-7500 Opt. 1

**Request ID: 47262378**
**Tracking #: EJGHEYAE3P3DN**

**Brier Brooks**
Lincoln Financial Group
P.O. Box 2578
Disability And Life Claims
Omaha, NE 68172

**Track your request at www.roilog.com.**
**Enter your Tracking # and Request ID.**

**Date:** 6/16/2021
**Phone:** 866-213-2937
**Fax:** 603-334-0401

**Notice of an Issue Regarding Your Medical Record Information Request**

MRO works with your healthcare provider to process requests for copies of medical records on their behalf. There is an issue with your medical record request (see below). In order to resolve this issue; please fax the information requested to MRO at (610) 962-8421. Upon receipt of the requested information, your request will be processed as quickly as possible.

**Please note that you may be billed for a search/retrieval fee if you cancel your request.**

Should you have any questions, please feel free to contact MRO directly regarding this request by dialing (610) 994-7500 Opt. 1 or by submitting an email to Requestinformation@mrocorp.com.
To help us better assist you, please be sure to include your Request ID in the subject line of your email.

MRO is processing your request in accordance with HIPAA regulations. Please notify the patient that the provision of treatment, payment, enrollment, or eligibility for benefits will not be conditioned on the elements of the authorization provided or your request for copies of the patient's records, unless permitted under 45 CFR 164.508(c)(2)(ii)(A)-(B).

Thank you,
**MRO**

**Patient Name:** **LUCIA ROMAGOSA**

**Your Request Date:** 6/15/2021
**Your Reference Number:** 11459291
**Date Received at Facility:** 6/15/2021

**Your request is being processed by MRO on behalf of the following facility:**

**Facility:** **East Jefferson General Hospital**
4200 Houma Boulevard
Metairie, LA 70006

| ISSUE LIST |
| --- |
| **Authorization Required by Provider**<br>The provider requires an authorization signed by the patient, or patient's personal representative, for the disclosure of the records requested. Please mail or fax an authorization to the address or fax number listed above. |

**From:**Brandon, Gelon <Gelon.Brandon@lcmchealth.org>
**Sent:**Thu, 22 Jul 2021 14:12:08 +0000
**To:**Brooks, Brier
**Subject:**RE: Lucia Romagosa, Claim 11459291

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

This message was sent securely using Zix®

Good Morning,

She has not returned to work.

**Gelon M Brandon**
Human Resources
Leave of Absence Analyst

**LCMC Health**
2000 Canal Street
New Orleans, LA 70112

**O** 504.702.3771
**F** 504.962.6463

Gelon.Brandon@LCMCHealth.org
**LCMChealth.org**

---

**From:** Brooks, Brier <Brier.Brooks@lfg.com>
**Sent:** Thursday, July 22, 2021 9:09 AM
**To:** Brandon, Gelon <Gelon.Brandon@lcmchealth.org>
**Subject:** Lucia Romagosa, Claim 11459291

**External Email - Evaluate**
**DO NOT** click links if the sender is unknown
**NEVER** provide your User ID or Password

---

Hi Gelon,

Can you confirm if this employee has returned to work or not? If so, on what day did she return?

Thank you,

**Brier Brooks**
Claims Examiner II, Claims
Lincoln Financial Group
P.O. Box 7206
London, KY 40742

800.210.0268 Office
69804 Ext.
260.455.9217 Fax

LincolnFinancial.com

Follow us on:

***Did you know you can access your claim or leave by visiting My Lincoln Portal SM? Track the status of a claim or leave, report an absence, view payment information and MORE…24 hours a day 7 days a week!***

***Remember to visit mylincolnportal.com and start accessing your information when you need it no matter the day or time.***




Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by Zix®.

**From:**Perkins, Bre-ann
**Sent:**Wed, 27 Oct 2021 17:44:27 +0000
**To:**Gelon.Brandon@lcmchealth.org
**Subject:**LTD for L. Romagosa (secure)

Good Afternoon,

I have received a long term disability claim for employee Lucia Romagosa (DOB: 7/18/2959). In order to continue processing her claim could you please confirm the LTD Class and Effective Date of Coverage for her LTD benefits?

Thank you,

Bre-Ann Perkins
Claims Examiner
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68172

800.210.0268 Office
69795 Extension
603.559.1991 Fax
Bre-ann.Perkins@lfg.com
www.mylincolnportal.com
LincolnFinancial.com

Follow us on:




Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:**Perkins, Bre-ann
**Sent:**Thu, 28 Oct 2021 20:43:23 +0000
**To:**Gelon.Brandon@lcmchealth.org
**Subject:**RE: LTD for L. Romagosa (secure)

Good Afternoon,

This is a follow up to the below email. Please respond with this employee's LTD Class and EDOC as soon as possible so we may continue processing her claim.

Thank you again,

Bre-Ann Perkins
Claims Examiner
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68172

800.210.0268 Office
69795 Extension
603.559.1991 Fax
Bre-ann.Perkins@lfg.com
www.mylincolnportal.com
LincolnFinancial.com

Follow us on:




Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Perkins, Bre-ann
**Sent:** Wednesday, October 27, 2021 1:44 PM
**To:** Gelon.Brandon@lcmchealth.org
**Subject:** LTD for L. Romagosa (secure)

Good Afternoon,

I have received a long term disability claim for employee Lucia Romagosa (DOB: 7/18/2959). In order to continue processing her claim could you please confirm the LTD Class and Effective Date of Coverage for her LTD benefits?

Thank you,

Bre-Ann Perkins
Claims Examiner
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68172

800.210.0268 Office
69795 Extension
603.559.1991 Fax
Bre-ann.Perkins@lfg.com
www.mylincolnportal.com
LincolnFinancial.com

Follow us on:




Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

MRO
Fax: (610) 962-8421
Phone: (610) 994-7500 Opt. 1

**Request ID: 47262378**
Tracking #: **EJGHEYAE3P3DN**

**Brier Brooks**
Lincoln Financial Group
P.O. Box 2578
Disability And Life Claims
Omaha, NE 68172

**Track your request at www.roilog.com.**
**Enter your Tracking # and Request ID.**

**Date:** 6/16/2021
**Phone:** 866-213-2937
**Fax:** 603-334-0401

**Notice of an Issue Regarding Your Medical Record Information Request**

MRO works with your healthcare provider to process requests for copies of medical records on their behalf. There is an issue with your medical record request (see below). In order to resolve this issue; please fax the information requested to MRO at (610) 962-8421. Upon receipt of the requested information, your request will be processed as quickly as possible.

**Please note that you may be billed for a search/retrieval fee if you cancel your request.**

Should you have any questions, please feel free to contact MRO directly regarding this request by dialing (610) 994-7500 Opt. 1 or by submitting an email to Requestinformation@mrocorp.com.
To help us better assist you, please be sure to include your Request ID in the subject line of your email.

MRO is processing your request in accordance with HIPAA regulations. Please notify the patient that the provision of treatment, payment, enrollment, or eligibility for benefits will not be conditioned on the elements of the authorization provided or your request for copies of the patient's records, unless permitted under 45 CFR 164.508(c)(2)(ii)(A)-(B).

Thank you,
**MRO**

**Patient Name:** **LUCIA ROMAGOSA**

**Your Request Date:** 6/15/2021
**Your Reference Number:** 11459291
**Date Received at Facility:** 6/15/2021

**Your request is being processed by MRO on behalf of the following facility:**

**Facility:** **East Jefferson General Hospital**
4200 Houma Boulevard
Metairie, LA 70006

| ISSUE LIST |
| --- |
| **Authorization Required by Provider**<br>The provider requires an authorization signed by the patient, or patient's personal representative, for the disclosure of the records requested. Please mail or fax an authorization to the address or fax number listed above. |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | June 30, 2021 |
| To: | MRO REQUEST ID: 47262378 |
| Attn: | Request ID: 47262378 |
| Fax: | (603) 334-0401 |
| From: | Brier Brooks<br>Claims Examiner Ii,<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 11459291<br>Claimant: Lucia Romagosa<br><br>Lcmc Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-0401

June 30, 2021

Mro Request Id: 47262378

RE: Short Term Disability (STD) Benefits
Lcmc Health
Claim #: 11459291
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Mro Request Id: 47262378:

Enclosed is the authorization needed for Request ID: 47262378.
If you have any questions regarding this matter, please contact me.

Sincerely,

Brier Brooks
Claims Examiner Ii,
Phone No.: (866) 213-2937 Ext. 69804
Secure Fax No.: (603) 334-0401

Attachments: 11459291-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

| | |
|---|---|
| Date: | December 14, 2021 |
| To: | ENRIQUE SEGURA |
| Attn: | Penny **Urgent** |
| Fax: | (504) 456-5172 |
| From: | Bre-Ann Perkins<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 559-1991 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 11459291<br>Claimant: Lucia Romagosa<br><br>Lcmc Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

December 14, 2021

Enrique Segura

RE: Short Term Disability (STD) and Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 11459291 and 12028057
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Enrique Segura:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Lcmc Health's Group Disability Plan. We are writing in reference to Lucia Romagosa's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you on November 8, 2021. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by December 17, 2021.

****Please include medical records from May 7, 2021 through the present, including 11/30/21 office visit. ****

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Bre-Ann Perkins
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 69795
Secure Fax No.: (603) 559-1991

Attachments: 12028057-REQUEST-PROVIDER-11.08.2021

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

| | |
|---|---|
| Date: | November 8, 2021 |
| To: | ENRIQUE SEGURA |
| Attn: | |
| Fax: | (504) 456-5172 |
| From: | Bre-Ann Perkins<br>Senior Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 559-1991 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 12028057<br>Claimant: Lucia Romagosa<br><br>Lcmc Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

November 8, 2021

Enrique Segura

RE: Long Term Disability (LTD) Benefits
Lcmc Health
Claim #: 12028057
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Enrique Segura:

We are the Disability Claim Administrator for your patient, Lucia Romagosa.

To evaluate Ms. Romagosa's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 7, 2021 through present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by November 15, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-1991 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Bre-Ann Perkins
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 69795
Secure Fax No.: (603) 559-1991

Attachments: Restrictions Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

# Restrictions Form

**Return To:** Bre-Ann Perkins

| Lucia Romagosa | | 12028057 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED — ____________ ________________________
   DATE LAST TREATED — ____________ ________________________
   NEXT OFFICE VISIT — ____________ DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).*
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM ____________ TO ____________ .

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ________

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM __________ TO __________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | October 21, 2021 |
| To: | ENRIQUE SEGURA |
| Attn: | Medical Records |
| Fax: | (504) 456-5172 |
| From: | Brier Brooks<br>Claims Examiner Ii,<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 5 |
| RE:<br><br>Claim #: 11459291<br>Claimant: Lucia Romagosa<br><br>Lcmc Health | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

October 21, 2021

Enrique Segura

RE: Short Term Disability (STD) Benefits
Lcmc Health
Claim #: 11459291
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Enrique Segura:

We are the Disability Claim Administrator for your patient, Lucia Romagosa.

To evaluate Ms. Romagosa's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2021 through the present

- Completion of the Enclosed Forms:

  _X_ Restrictions Form
  ___ Other

We ask that you provide this information by October 27, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brier Brooks
Claims Examiner Ii,
Phone No.: (800) 210-0268 Ext. 69804
Secure Fax No.: (603) 334-0401

Attachments: Restrictions Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

# Restrictions Form

**Return To:** Brier Brooks

| Lucia Romagosa | | 11459291 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ______________________

   **DATE LAST TREATED** — ____________ ______________________

   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

   ______________________________________________

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

   ______________________________________________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

   ______________________________________________

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** __________ **TO** __________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

December 1, 2021

Ms. Lucia A. Romagosa

RE: Short Term Disability (STD) Benefits
Lcmc Health
Claim #: 11459291

Dear Ms. Lucia Romagosa:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Lcmc Health's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you on November 6, 2021. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by December 19, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Bre-Ann Perkins
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 69795
Secure Fax No.: (603) 559-1991

Attachments: 12028057-ACKNOWLEDGE-NEW CLAIM-11.05.2021

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

November 6, 2021

Ms. Lucia A. Romagosa

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
Lcmc Health
Claim #: 12028057 and 11459291

Dear Ms. Lucia Romagosa:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Lcmc Health's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since May 21, 2021. Should your disability continue through the maximum benefit date, STD benefits are payable through November 4, 2021.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of the STD benefit period, we will be reviewing your claim for consideration under Lcmc Health's LTD Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Plan and may require that we request additional information prior to making a claim determination.

Lcmc Health's LTD Policy requires that you provide proof of disability in order to receive benefits. The Policy requires that you provide proof of disability as follows:

**Notice and Proof of Claim**

1. **Notice**

a. Notice of claim must be given to Lincoln within 30 days of the date of the loss on which theclaim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.

b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.

2. **Proof**

a. Satisfactory Proof of loss must be given to Lincoln no later than 30 days after the end of the Elimination Period.

b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.

c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.

Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.

On November 5, 2021, we requested updated medical records from all of your treating providers. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from June 19, 2021 through present.
- Completion of the following forms: Restrictions and Limitations Form

To assist us with our review, please complete the following forms and return them by the due date indicated below:

_X_ Training Education Experience
_X_ Authorization to Speak with Third Party
_X_ LTD Forms - Standard
___ Other

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

Lcmc Health's LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than December 19, 2021.

If you have any questions regarding this matter, please contact me.

Sincerely,

Bre-Ann Perkins
Senior Claims Examiner
Phone No.: (800) 210-0268 Ext. 69795
Secure Fax No.: (603) 559-1991

Attachments: Training Education Experience
Authorization to Speak with Third Party
LTD Forms - Standard

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

EMPLOYEE/CLAIMANT NAME: Lucia Romagosa

CLAIM NO: 12028057

EMPLOYER/SPONSOR: Lcmc Health DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Primary language spoken: ________ Other language(s) spoken fluently: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

3. Company: ____________ Department: ____________ From: ______ To: ______
Job Title(s): ____________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________

4. Company: ____________ Department: ____________ From: ______ To: ______
Job Title(s): ____________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________

5. Company: ____________ Department: ____________ From: ______ To: ______
Job Title(s): ____________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ____________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________ Work: ____________

**SIGNATURE:** ____________ **PHONE NO: (    )** ____________

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

**Authorization to Speak with Family Member/Alternate Contact**

EMPLOYEE NAME: Lucia Romagosa CLAIM NO: 12028057
CUSTOMER NAME: Lcmc Health
RETURN TO: Bre-Ann Perkins

In order to protect your privacy, written authorization is needed before we are able to speak with someone on your behalf, in reference to your claim.

By signing below, you give your written authorization for The Lincoln National Life Insurance Company to speak with the person listed below, to obtain information from and release information to, as needed, to evaluate your claim.

This authorization is limited to your claim with The Lincoln National Life Insurance Company, and would be overridden by all other legal arrangements, such as a Power of Attorney agreement.

I,____________________________ hereby give permission to ____________________________ to speak with The Lincoln National Life Insurance Company on my behalf until further notice.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

Lucia Romagosa
Claimant Name

Date of Birth

Claimant Signature

Date

12028057
Claim Number

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________________________

Name of legal representative, if applicable (print) ________________________________ Relationship ___________________

Signature of claimant or legal representative ______________________________________ Date: _____________________

Date of Birth: __ ________ Claim Number: 12028057

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ____________________ Relationship __________

Signature of claimant or legal representative ______________________________

Date of Birth: __ ________ Claim Number: 12028057 Date: ____________________

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

**Return To:** Bre-Ann Perkins

EMPLOYEE/CLAIMANT NAME: Lucia Romagosa
CLAIM NO: 12028057
EMPLOYER/SPONSOR: Lcmc Health DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/07/2021 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______ **DATE:** ______

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

**Return to:** Bre-Ann Perkins

**EMPLOYEE/CLAIMANT NAME:** Lucia Romagosa **CLAIM #:** 12028057
**EMPLOYER:** Lcmc Health **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________________

**DATE:**____________________ **EMPLOYEE'S SIGNATURE:** ______________________________

DP 409

# ACTIVITIES QUESTIONNAIRE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

**Return To:** Bre-Ann Perkins ______



EMPLOYEE/CLAIMANT NAME: Lucia Romagosa

CLAIM NO: 12028057 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Lcmc Health

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? ______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | ____________ | ____________ |
| Carrying groceries into the house | ____________ | ____________ |
| Cooking meals | ____________ | ____________ |
| Cleaning after meals | ____________ | ____________ |
| Cleaning bathrooms | ____________ | ____________ |
| Vacuuming | ____________ | ____________ |
| Doing the laundry | ____________ | ____________ |
| Opening and responding to mail | ____________ | ____________ |
| Managing your finances | ____________ | ____________ |
| Balancing your checkbook | ____________ | ____________ |
| Bathing yourself | ____________ | ____________ |
| Styling your own hair | ____________ | ____________ |
| Getting dressed | ____________ | ____________ |
| Going up and down stairs | ____________ | ____________ |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________

______________________________________________

______________________________________________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes _____ No _____

If Yes, please describe ____________________

Do you participate in an exercise program? Yes _____ No _____

If Yes, please describe ____________________

Do you do any Volunteer work? Yes _____ No _____

If Yes:

how many hours per day? _______

how many hours per week? _______

for whom? ____________________

Are you working for wages? Yes _____ No _____

If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

____________________
____________________
____________________
____________________
____________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________________
____________________
____________________
____________________
____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ____________________ Date: ____________________

Signature: ____________________

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

| | |
|---|---|
| Date: | December 3, 2021 |
| To: | ENRIQUE SEGURA |
| Attn: | Penny |
| Fax: | (504) 456-5172 |
| From: | Morgan Bergeron<br>Std Claims Specialist 1<br>On Behalf Of: Bre-Ann Perkins<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 559-1991 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 11459291<br>Claimant: Lucia Romagosa<br><br>Lcmc Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1991

December 3, 2021

Enrique Segura

RE: Short Term Disability (STD) Benefits
Lcmc Health
Claim #: 11459291
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Enrique Segura:

We are the Disability Claim Administrator for your patient, Lucia Romagosa.

To evaluate Ms. Romagosa's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2021 through the present.

We ask that you provide this information by December 8, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-1991 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus

carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Morgan Bergeron
Std Claims Specialist 1
On Behalf Of: Bre-Ann Perkins
Phone No.: (800) 210-0268 Ext. 69795
Secure Fax No.: (603) 559-1991

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-0401

June 11, 2021

Ms. Lucia A. Romagosa

RE: Short Term Disability (STD) Benefits
Lcmc Health
Claim #: 11459291

Dear Ms. Lucia Romagosa:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Lcmc Health's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On June 10, 2021, we requested medical records from Dr. Michael Hickham. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from May 1, 2021 through the present from Dr. Michael Hickham.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Lcmc Health's STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than July 24, 2021 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brier Brooks
Claims Examiner Ii,
Phone No.: (866) 213-2937 Ext. 69804
Secure Fax No.: (603) 334-0401

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | June 15, 2021 |
| To: | EAST JEFFERSON GENERAL HOSPITAL<br>4200 HOUMA BOULEVARD<br>METAIRIE LA 70006 |
| Attn: | Medical Records |
| Fax: | (504) 503-6116 |
| From: | Brier Brooks<br>Claims Examiner Ii,<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 11459291<br>Claimant: Lucia Romagosa<br><br>Lcmc Health | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-0401

June 15, 2021

East Jefferson General Hospital
4200 HOUMA BOULEVARD
METAIRIE, LA 70006

RE: Short Term Disability (STD) Benefits
Lcmc Health
Claim #: 11459291
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear East Jefferson General Hospital:

We are the Disability Claim Administrator for your patient, Lucia Romagosa.

To evaluate Ms. Romagosa's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2021 through the present.

We ask that you provide this information by June 21, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Brier Brooks
Claims Examiner Ii,
Phone No.: (866) 213-2937 Ext. 69804
Secure Fax No.: (603) 334-0401

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | June 15, 2021 |
| To: | DR MICHAEL HICKHAM<br>ENT SPECIALISTS OF METAIRIE<br>4315 HOUMA BLVD<br>STE 401<br>METAIRIE LA 70006 |
| Attn: | Medical Records |
| Fax: | (504) 889-5451 |
| From: | Brier Brooks<br>Claims Examiner Ii,<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 9 |
| RE:<br><br>Claim #: 11459291<br>Claimant: Lucia Romagosa<br><br>Lcmc Health | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-0401

June 15, 2021

Dr. Michael Hickham
Ent Specialists of Metairie
4315 HOUMA BLVD
STE 401
METAIRIE, LA 70006

RE: Short Term Disability (STD) Benefits
Lcmc Health
Claim #: 11459291
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Dr. Michael Hickham:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Lcmc Health's Group Disability Plan. We are writing in reference to Lucia Romagosa's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by June 21, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Brier Brooks
Claims Examiner Ii,
Phone No.: (866) 213-2937 Ext. 69804
Secure Fax No.: (603) 334-0401

Attachments: 11459291-REQUEST-PROVIDER-06.10.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | June 10, 2021 |
| To: | DR MICHAEL HICKHAM<br>ENT SPECIALISTS OF METAIRIE<br>4315 HOUMA BLVD<br>STE 401<br>METAIRIE LA 70006 |
| Attn: | Medical Records |
| Fax: | (504) 889-5451 |
| From: | Brier Brooks<br>Claims Examiner Ii,<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 11459291<br>Claimant: Lucia Romagosa<br><br>Lcmc Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-0401

June 10, 2021

Dr. Michael Hickham
Ent Specialists of Metairie
4315 HOUMA BLVD
STE 401
METAIRIE, LA 70006

RE: Short Term Disability (STD) Benefits
Lcmc Health
Claim #: 11459291
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Dr. Michael Hickham:

We are the Disability Claim Administrator for your patient, Lucia Romagosa.

To evaluate Ms. Romagosa's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2021 through the present.

- Completion of the Enclosed Forms:

  _X_ Attending Physician's Statement
  ___ Other

We ask that you provide this information by June 16, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Brier Brooks
Claims Examiner Ii,
Phone No.: (866) 213-2937 Ext. 69804
Secure Fax No.: (603) 334-0401

Attachments: Attending Physician's Statement

Lincoln Financial Group®

# Attending Physician's Statement

Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688
Phone No:(866) 213-2937
Secure Fax No: (603) 334-0401

**Return To:** Brier Brooks

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Lucia | | Romagosa | 11459291 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**: ____

Primary ICD diagnosis Description: ____

Secondary ICD Diagnosis Code: ____

Secondary ICD Diagnosis Description: ____

**Pregnancy** ____/____/______ First Treated ____/____/______ Estimated Delivery ____/____/______ Date of Delivery ☐ Vaginal ☐ C-Section

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

Dates hospital confined: ____/____/____ to ____/____/____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688
Phone No:(866) 213-2937
Secure Fax No: (603) 334-0401

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ____ | Standing | ____ | Crouching | ____ | Overhead | ____ |
| 6-10 lbs. | ____ | Walking | ____ | Crawling | ____ | Desk Level | ____ |
| 11-25 lbs. | ____ | Sitting | ____ | Grasping | ____ | Below Waist | ____ |
| 26-50 lbs. | ____ | Balancing | ____ | Climbing | ____ | | |
| 51-100 lbs. | ____ | Stooping | ____ | Pushing | ____ | | |
| 100 + lbs. | ____ | Kneeling | ____ | Pulling | ____ | | |
| | | Fingering | ____ | Bending | ____ | | |

What job modifications would allow the patient to return to work?

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Describe the patients prognosis for recovery

## 7. Physician's Information

Name

Street Address

City State Zip Code

### Activities of Daily Living

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ____ /____ /________

Dressing ____ /____ /________

Transferring ____ /____ /________

Bathing ____ /____ /________

Toileting ____ /____ /________

Eating ____ /____ /________

Date patient experienced loss of
Cognitive Functioning: ____ /____ /____

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

____ /____ /____ to ____ /____ /____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

Phone Number Fax Number

**Signature** **Date** ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-0401

July 2, 2021

Ms. Lucia A. Romagosa

RE: Short Term Disability (STD) Benefits
Lcmc Health
Claim #: 11459291

Dear Ms. Lucia Romagosa:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Lcmc Health's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 24, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Brier Brooks
Claims Examiner Ii,
Phone No.: (866) 213-2937 Ext. 69804
Secure Fax No.: (603) 334-0401

Attachments: 11459291-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-06.10.2021

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LUCIA ROMAGOSA

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-0401

June 11, 2021

Ms. Lucia A. Romagosa

RE: Short Term Disability (STD) Benefits
Lcmc Health
Claim #: 11459291

Dear Ms. Lucia Romagosa:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Lcmc Health's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On June 10, 2021, we requested medical records from Dr. Michael Hickham. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from May 1, 2021 through the present from Dr. Michael Hickham.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Lcmc Health's STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than July 24, 2021 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brier Brooks
Claims Examiner Ii,
Phone No.: (866) 213-2937 Ext. 69804
Secure Fax No.: (603) 334-0401

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | July 1, 2021 |
| To: | DR MICHAEL HICKHAM<br>ENT SPECIALISTS OF METAIRIE<br>4315 HOUMA BLVD<br>STE 401<br>METAIRIE LA 70006 |
| Attn: | Sky<br>Medical Records |
| Fax: | (504) 889-5451 |
| From: | Brier Brooks<br>Claims Examiner Ii,<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 11459291<br>Claimant: Lucia Romagosa<br><br>Lcmc Health |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-0401

July 1, 2021

Dr. Michael Hickham
Ent Specialists of Metairie
4315 HOUMA BLVD
STE 401
METAIRIE, LA 70006

RE: Short Term Disability (STD) Benefits
Lcmc Health
Claim #: 11459291
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Dr. Michael Hickham:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Lcmc Health's Group Disability Plan. We are writing in reference to Lucia Romagosa's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 7, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Brier Brooks
Claims Examiner Ii,
Phone No.: (866) 213-2937 Ext. 69804
Secure Fax No.: (603) 334-0401

Attachments: 11459291-REQUEST-PROVIDER-06.10.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | June 10, 2021 |
| To: | DR MICHAEL HICKHAM<br>ENT SPECIALISTS OF METAIRIE<br>4315 HOUMA BLVD<br>STE 401<br>METAIRIE LA 70006 |
| Attn: | Medical Records |
| Fax: | (504) 889-5451 |
| From: | Brier Brooks<br>Claims Examiner Ii,<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 7 |
| RE:<br><br>Claim #: 11459291<br>Claimant: Lucia Romagosa<br><br>Lcmc Health | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-0401

June 10, 2021

Dr. Michael Hickham
Ent Specialists of Metairie
4315 HOUMA BLVD
STE 401
METAIRIE, LA 70006

RE: Short Term Disability (STD) Benefits
Lcmc Health
Claim #: 11459291
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Dr. Michael Hickham:

We are the Disability Claim Administrator for your patient, Lucia Romagosa.

To evaluate Ms. Romagosa's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2021 through the present.

- Completion of the Enclosed Forms:

  _X_ Attending Physician's Statement
  ___ Other

We ask that you provide this information by June 16, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Brier Brooks
Claims Examiner Ii,
Phone No.: (866) 213-2937 Ext. 69804
Secure Fax No.: (603) 334-0401

Attachments: Attending Physician's Statement

Lincoln Financial Group®

# Attending Physician's Statement

Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688
Phone No:(866) 213-2937
Secure Fax No: (603) 334-0401

**Return To:** Brier Brooks

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Lucia | | Romagosa | 11459291 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**: 

Primary ICD diagnosis Description: 

Secondary ICD Diagnosis Code: 

Secondary ICD Diagnosis Description: 

**Pregnancy**

First Treated: ____/____/______ Estimated Delivery: ____/____/______ Date of Delivery: ____/____/______ ☐ Vaginal ☐ C-Section

Symptoms: 

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings): 

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances: 

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

Dates hospital confined: ____/____/____ to ____/____/____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688
Phone No:(866) 213-2937
Secure Fax No: (603) 334-0401

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | |
| | | Fingering | _____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Describe the patients prognosis for recovery

## 7. Physician's Information

Name

Street Address

City State Zip Code

### Activities of Daily Living

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /___________

Dressing _____ / _____ /___________

Transferring _____ / _____ /___________

Bathing _____ / _____ /___________

Toileting _____ / _____ /___________

Eating _____ / _____ /___________

Date patient experienced loss of
Cognitive Functioning: _____ / _____ / _______

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

_____ /_____ /_____ to _____ /_____ /_____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

Phone Number Fax Number

**Signature** **Date** ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | June 10, 2021 |
| To: | DR MICHAEL HICKHAM<br>ENT SPECIALISTS OF METAIRIE<br>4315 HOUMA BLVD<br>STE 401<br>METAIRIE LA 70006 |
| Attn: | Medical Records |
| Fax: | (504) 889-5451 |
| From: | Brier Brooks<br>Claims Examiner Ii,<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 7 |
| RE:<br><br>Claim #: 11459291<br>Claimant: Lucia Romagosa<br><br>Lcmc Health | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-0401

June 10, 2021

Dr. Michael Hickham
Ent Specialists of Metairie
4315 HOUMA BLVD
STE 401
METAIRIE, LA 70006

RE: Short Term Disability (STD) Benefits
Lcmc Health
Claim #: 11459291
Claimant: Lucia Romagosa
Claimant D.O.B.:

Dear Dr. Michael Hickham:

We are the Disability Claim Administrator for your patient, Lucia Romagosa.

To evaluate Ms. Romagosa's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2021 through the present.

- Completion of the Enclosed Forms:

  X Attending Physician's Statement
  __ Other

We ask that you provide this information by June 16, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Brier Brooks
Claims Examiner Ii,
Phone No.: (866) 213-2937 Ext. 69804
Secure Fax No.: (603) 334-0401

Attachments: Attending Physician's Statement

Lincoln Financial Group®

# Attending Physician's Statement

**Lincoln Financial Group**
PO Box 2578
Omaha, NE 68172-9688
Phone No:(866) 213-2937
Secure Fax No: (603) 334-0401

**Return To:** Brier Brooks

**To be completed by treating provider:**

**1. Patient Information**

| Lucia | | Romagosa | 11459291 |
|---|---|---|---|
| Full Name (First) | (M.I.) | (Last Name) | Claim Number |

| | | | |
|---|---|---|---|
| Height | Weight | Blood Pressure | Employer Name |

**2. Diagnosis**

| | |
|---|---|
| Primary ICD diagnostic Code **(Required)** | Primary ICD diagnosis Description |
| | |
| Secondary ICD Diagnosis Code | Secondary ICD Diagnosis Description |

**Pregnancy** ____/____/______ First Treated ____/____/______ Estimated Delivery ____/____/______ Date of Delivery ☐ Vaginal ☐ C-Section

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| ____/____/____ | ____/____/____ | ____/____/____ |
|---|---|---|
| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
| ____/____/____ | ____/____/____ | ____/____/____ |
| Initial Treatment | Most Recent Treatment | Next Treatment |

Dates hospital confined: ____/____/____ to ____/____/____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

**Lincoln Financial Group**
PO Box 2578
Omaha, NE 68172-9688
Phone No: (866) 213-2937
Secure Fax No: (603) 334-0401

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | |
| | | Fingering | _____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Describe the patients prognosis for recovery

## 7. Physician's Information

Name

Street Address

City | State | Zip Code

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

| | |
|---|---|
| Continence | _____ /_____ /___________ |
| Dressing | _____/ _____ /___________ |
| Transferring | _____/ _____ /___________ |
| Bathing | _____/ _____ /___________ |
| Toileting | _____/ _____ /___________ |
| Eating | _____/ _____ /___________ |

Date patient experienced loss of Cognitive Functioning: _____ / _____ / _______

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

_____ / _____ / _____ to _____ / _____ / _____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

Phone Number | Fax Number

**Signature** | ___/___/___ **Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.