MINUTE ENTRY
CURRAULT, M.J.
JANUARY 22, 2026
**MJSTAR: 2:30**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LUCIA ROMAGOSA | * | CIVIL ACTION |
| VERSUS | * | NO. 25-1512 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | * | SECTION "H" (2) |

A settlement conference was conducted on this date before the undersigned magistrate judge. After extensive settlement discussions with the parties and counsel, the court was advised that a settlement has been reached. The material terms of confidential settlement were recited on the court record, and all parties and their counsel confirmed their agreement to same. In light of the parties' confidentiality agreement regarding the settlement terms, neither the recording nor any transcript of today's proceeding shall be released, except by further order of this Court after the filing of a motion noticed to all parties.

By copy of this minute entry, Judge Milazzo is advised so that she may enter an appropriate conditional dismissal order.

Donna Phillips Currault
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. JANE TRICHE MILAZZO**