**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LUCIA ROMAGOSA,** | **CIVIL ACTION NO. 2:25-cv-01512** |
| **Plaintiff,** | **JUDGE MILAZZO** |
| **V.** | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **MAGISTRATE JUDGE CURRAULT** |
| **Defendant.** | |

**<u>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE</u>**

Plaintiff Lucia Romagosa and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 17th day of April 2026.

Respectfully submitted,

**GAFFNEY & GAFFNEY, A LAW CORPORATION**

*<u>/s/ Michael G. Gaffney</u>*
Michael G. Gaffney (Bar #5868)
Christopher M. Gaffney (Bar #34290)
3015 19th Street
Metairie, LA 70002
PH: (504) 299-7169
Email: Mike@Gaffneyla.com
Email: Chris@Gaffneyla.com

-and-

**CUSIMANO LAW FIRM, PLC**

*/s/ Charles V. Cusimano, III*
Charles V. Cusimano, III (Bar #28858)
3015 19th Street
Metairie, LA 70002
PH: (504) 525-1213
Email: Chuck@Cusimanolaw.com

**COUNSEL FOR PLAINTIFF**

**AND**

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
Email: iwana@rademaekerslaw.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

-and-

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*
Lindsay Calhoun (Bar #35070)
Keiran S. McCluskie (Bar # 40874)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: keiran.mccluskie@phelps.com

**COUNSEL FOR DEFENDANT**